AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Treasury Employees Union<br>*Plaintiff*<br>v.<br>Russell Vought, Acting Director, CFPB<br>*Defendant* | Case No. 1:25-cv-381 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Treasury Employees Union.

Date: 02/10/2025

/s/ Allison C. Giles
*Attorney's signature*

Allison C. Giles
*Printed name and bar number*
Assistant Counsel, OGC
800 K Street, N.W., Suite 1000
Washingon, D.C. 20001

*Address*

Allie.Giles@nteu.org
*E-mail address*

(202) 572-5500
*Telephone number*

(202) 572-5645
*FAX number*