AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

National Treasury Employees Union )
*Plaintiff* )
v. ) Case No. 1:25-cv-381
Russell Vought, Acting Director, CFPB )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Treasury Employees Union.

Date: 02/10/2025

/s/ Paras N. Shah
*Attorney's signature*

Paras N. Shah Bar No. 983881
*Printed name and bar number*
Deputy General Counsel, OGC, NTEU
800 K Street, N.W., Suite 1000
Washingon, D.C. 20001

*Address*

Paras.Shah@nteu.org
*E-mail address*

(202) 572-5500
*Telephone number*

(202) 572-5645
*FAX number*