CO-386
10/2018

# United States District Court
# For the District of Columbia

National Treasury Employees Union )
)
)
)
                            vs         Plaintiff )         Civil Action No. __1:25-cv-381__
)
Russell Vought, in his official capacity as )
Acting Director, Consumer Financial )
Protection Bureau )
)
                         Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __the National Treasury Employees Union__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __the National Treasury Employees Union__ which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

__D.C. Bar 482946__

BAR IDENTIFICATION NO.

__Julie M. Wilson__
Print Name

__800 K Street, N.W., Suite 1000__
Address

__Washington, D.C.__          __20001__
City         State         Zip Code

__202-572-5500__
Phone Number