AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

National Treasury Employees Union, et al. )
*Plaintiff* )
v. ) Case No. 25-cv-381-ABJ
Russell Vought, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Treasury Employees Union, et al.

Date: 02/13/2025

/s/ Wendy Liu
*Attorney's signature*

Wendy Liu, DC Bar No. 1600942
*Printed name and bar number*
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

*Address*

wliu@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

*FAX number*