IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY
EMPLOYEES' UNION, *et al.*,

                *Plaintiffs*,

v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,

                *Defendants*.

Case No. 25-cv-381-ABJ

## [PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' Emergency Motion for Temporary Restraining Order and Limited Administrative Stay, and memorandum of law, it is hereby

ORDERED that Defendants are directed to refrain from taking any action to terminate the employment of CFPB employees; and

ORDERED that Defendants are enjoined from taking further action to suspend or terminate CFPB's operations, including any action to return CFPB's operational funding, in a manner not authorized by Congress until further order of this Court; and

ORDERED that Defendants are directed to lift their directives to cease work at CFPB, including by restoring any cancelled contracts and reopening the CFPB headquarters building; and

ORDERED that Defendant Vought is enjoined from taking any action as Acting Director of CFPB; and

ORDERED that Defendant Vought's actions purportedly on behalf of CFPB are vacated.

SO ORDERED.

Dated: February 13, 2025

_____
Hon. Amy Berman Jackson
United States District Judge