IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES' UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-381-ABJ |

## [PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR LIMITED ADMINISTRATIVE STAY

Upon consideration of Plaintiffs' Emergency Motion for Temporary Restraining Order and Limited Administrative Stay, it is hereby

ORDERED that the Motion for a Limited Administrative Stay is GRANTED; and

ORDERED that Defendants are directed to refrain from taking any action to terminate the employment of CFPB employees to preserve the status quo while the Court considers the motion for a temporary restraining order.

SO ORDERED.

Dated: February 13, 2025

_____
Hon. Amy Berman Jackson
United States District Judge

1