UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES' UNION, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>        *Defendants*. | Civil Action No. 25-381-ABJ |

**NOTICE OF APPEARANCE**

    Please enter the appearance of Allison M. Zieve as counsel for Plaintiff.

Dated: February 13, 2025                      Respectfully submitted,

                                                 /s/ Allison M. Zieve
                                                 Allison M. Zieve (DC Bar No. 424786)
                                                 Public Citizen Litigation Group
                                                 1600 20th Street NW
                                                 Washington, DC 20009
                                                 (202) 588-1000