AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| National Treasury Employees Union, et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-381-ABJ |
| Russell Vought, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Treasury Emps. Union, et al.

Date: 02/13/2025

/s/Robert D. Friedman
*Attorney's signature*

Robert D. Friedman 1046738
*Printed name and bar number*

2001 K St NW, Suite 850 North
Washington, DC 20006

*Address*

robert@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

(202) 888-7792
*FAX number*