AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Treasury Employees Union, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-381-ABJ |
| Russell Vought, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Treasury Employees Union, et al.

Date: 02/14/2025

/s/ Adam R. Pulver
*Attorney's signature*

Adam Pulver, DC Bar No. 1020475
*Printed name and bar number*
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

*Address*

Apulver@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

*FAX number*