IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-381-ABJ |

**NOTICE UNDER LOCAL CIVIL RULE 65.1**

As required by Local Civil Rule 65.1(a), at 5:55 p.m. on February 13, 2025, counsel for the plaintiffs emailed the Chief of the Civil Division for the United States Attorney's Office for the District of Columbia, three Assistant Directors for the Federal Programs Branch of the Department of Justice, and three assigned attorneys in the Federal Programs Branch of the Department of Justice to provide actual notice that the plaintiffs would be filing this motion for a temporary restraining order and administrative stay. The plaintiffs attached to that email electronic copies of the First Amended Complaint, the motion, and proposed orders before filing the motion and proposed orders.

The plaintiffs file this supplemental notice to advise the Court that prior to filing the memorandum in support of the motion and accompanying declarations, plaintiffs' counsel provided actual notice to the same counsel at 12:40 a.m. on February 14, 2025.

Dated: February 14, 2025

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar. 1046738)
Gabriel Chess (DC Bar No. 90019245)
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett\*
Gupta Wessler LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 573-0335

\* motion for *pro hac vice* admission forthcoming

*Counsel for Plaintiffs*

Julie Wilson
General Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

Respectfully submitted,

*/s/ Wendy Liu*
Wendy Liu (DC Bar No. 1600942)
Adam R. Pulver (DC Bar No. 1020475)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*