AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| National Treasury Employees Union, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-381-ABJ |
| Russell Vought, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants                                                                                          .

Date:      02/14/2025                                          /s/ Brad P. Rosenberg
                                                                          *Attorney's signature*

                                                            Brad P. Rosenberg (D.C. Bar No. 467513)
                                                                          *Printed name and bar number*
                                                                  U.S. Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                                        1100 L Street, NW
                                                                     Washington, DC  20005

                                                                               *Address*

                                                                  brad.rosenberg@usdoj.gov
                                                                          *E-mail address*

                                                                     (202) 514-3374
                                                                          *Telephone number*


                                                                               *FAX number*