IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>                *Plaintiffs*,<br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>                *Defendants*. | Case No. 25-cv-0381-ABJ |

**NOTICE OF FILING OF AMENDED PROPOSED ORDER**

At the scheduling conference on Friday, February 14, 2025, the Court ordered that the plaintiffs' motion for a temporary restraining order (ECF No. 10) shall be deemed a motion for a preliminary injunction and ordered the plaintiffs to file an amended proposed order granting their motion. Pursuant to the Court's order, the plaintiffs' amended proposed order granting a preliminary injunction is attached to this notice.

Dated: February 18, 2025

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (DC Bar No. 1046738)
Gabriel Chess* (DC Bar No. 90019245)
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett**
Gupta Wessler LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 573-0335

Respectfully submitted,

 */s/ Wendy Liu*
Wendy Liu (DC Bar No. 1600942)
Adam R. Pulver (DC Bar No. 1020475)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

Julie Wilson (DC Bar No. 482946)
General Counsel
Paras N. Shah (DC Bar No. 983881)
Deputy General Counsel

1

| | |
|---|---|
| \* motion for admission pending<br>\*\* motion for *pro hac vice*<br>admission forthcoming<br><br>*Counsel for Plaintiffs* | Allison C. Giles (DC Bar No. 439705)<br>Assistant Counsel<br>National Treasury Employees Union<br>800 K Street, NW, Suite 1000<br>Washington, DC 20001<br>(202) 572-5500<br><br>*Counsel for Plaintiff National Treasury Employees Union* |