IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his capacity as Acting Director of the Consumer Financial Protection Bureau, et al.<br><br>*Defendants*. | Case No. 25-0381-ABJ |

**PLAINTIFFS' MOTION FOR *PRO HAC VICE*
ADMISSION OF JENNIFER D. BENNETT**

Robert Friedman of Gupta Wessler LLP, a member in good standing in the bar of this Court, respectfully moves for the admission *pro hac vice* of Jennifer D. Bennett for the limited purpose of entering an appearance on behalf of Plaintiffs in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and have entered my appearance in the above-captioned matter.

2. I move for admission *pro hac vice* of Jennifer D. Bennett of the law firm of Gupta Wessler LLP to appear before this Court as co-counsel of record, and to participate in all proceedings.

3. As evidenced by the attached affidavit, Ms. Bennett is a member in good standing of the bar of California, as well as others listed in the supporting papers; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; no discipline has

previously been imposed on her in any jurisdiction; and she is familiar with the local rules of this Court.

For the foregoing reasons, undersigned counsel respectfully requests that this Court grant leave for Jennifer D. Bennett to appear before the Court in this matter *pro hac vice*.

                                                                    Respectfully submitted,

Date: February 20, 2025                   */s/ Robert D. Friedman*
                                                             Robert D. Friedman (Bar #495451)
                                                             Gupta Wessler LLP
                                                             2001 K Street, NW
                                                             Suite 850 North
                                                             (202) 888-1741
                                                             *robert@guptawessler.com*

                                                             *Counsel for Plaintiffs*