IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his capacity as Acting Director of the Consumer Financial Protection Bureau, et al.<br><br>*Defendants*. | Case No. 25-cv-0381-ABJ |

# [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF JENNIFER D. BENNETT *PRO HAC VICE*

This matter having come before the Court on a motion of Robert D. Friedman, local counsel for Plaintiffs, for the admission of Jennifer D. Bennett *pro hac vice* as co-counsel for Plaintiffs, and the Court having considered the arguments and papers submitted herein, and for good cause shown:

IT IS SO ORDERED on this ___ day of _____, 2025, as follows:

1. Plaintiffs' Motion for Admission of Jennifer D. Bennett *Pro Hac Vice* is GRANTED.

2. In accordance with Local Civil Rule 83.2(e), counsel admitted *pro hac vice* shall make a payment of $100.00 to the Clerk of the United States District Court.

BY THE COURT:

Date: February ____, 2025

_____
United States District Judge