UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION, *et al.*,

*Plaintiffs*,

v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,

*Defendants*.

Case No. 1:25-cv-00381-ABJ

## NOTICE OF FILING

Pursuant to this Court's Minute Order of February 20, 2025, Defendants hereby file true and correct copies of the following documents:

- February 3, 2025 email, "Instructions from Acting Director"
- February 8, 2025 email, "Directives on Bureau Activities"
- February 9, 2025 email, "Please Read: DC Headquarters Building Operating Status (2/10-2/14)"
- February 10, 2025 email, "Additional Directives on Bureau Activities"

Dated: February 21, 2025

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General
Civil Division

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*