UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, <br> *in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*, <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 25-CV-381-ABJ <br><br> Hon. Amy Berman Jackson |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Noah Brozinsky, a member of this bar in good standing, hereby notices his appearance for amicus curiae Tzedek DC.

February 21, 2025   Respectfully submitted,

*/s/ Noah Brozinsky*

Noah Brozinsky
D.C. Bar No. 1655789

KAISER PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
Telephone: (202)-640-2850
Facsimile: (202)-640-1034
nbrozinsky@kaiserlaw.com

*Counsel for amicus curiae Tzedek DC*

1

## CERTIFICATE OF SERVICE

On February 21, 2025, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

*/s/ Noah Brozinsky*
Noah Brozinsky

*Counsel for amicus curiae Tzedek DC*
