UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY ) | |
| EMPLOYEES UNION, *et al.*, ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 25-CV-381-ABJ |
| ) | |
| RUSSELL VOUGHT, ) | Hon. Amy Berman Jackson |
| *in his official capacity as* ) | |
| *Acting Director of the* ) | |
| *Consumer Financial Protection Bureau, et al.*, ) | |
|     *Defendants* ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William Pittard, a member of this bar in good standing, hereby notices his appearance for amicus curiae Tzedek DC.

February 21, 2025               Respectfully submitted,


                                */s/ William Pittard*

                                William Pittard
                                D.C. Bar No. 482949

                                KAISER PLLC
                                1099 14th Street NW, 8th Floor West
                                Washington, D.C. 20005
                                Telephone: (202)-640-2850
                                Facsimile: (202)-640-1034
                                wpittard@kaiserlaw.com

                                *Counsel for amicus curiae Tzedek DC*

1

**CERTIFICATE OF SERVICE**

      On February 21, 2025, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

<u>*/s/ William Pittard*</u>
William Pittard

*Counsel for amicus curiae Tzedek DC*
