**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL TREASURY
EMPLOYEES UNION, *et al.*
      *Plaintiffs*,

      v.                                                   Civil Action No. 25-cv-381-ABJ

RUSSELL VOUGHT, in his official capacity
as Acting Director of the Consumer
Financial Protection Bureau, *et al.*
      *Defendants*.

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF**
**TZEDEK DC FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

WHEREAS Tzedek DC has filed an Unopposed Motion for Leave to File Amicus Brief in Support of Plaintiffs' Motion for a Preliminary Injunction (the "Motion"); and

WHEREAS, upon consideration of the motion, it is:

HEREBY ORDERED that Tzedek DC's Motion is GRANTED and the amicus brief attached as Exhibit 1 to Tzedek DC's Motion is deemed filed and will be considered by the Court.

                                                                         _____
                                                                         Judge Amy Berman Jackson

Copies to all counsel of record via CM/ECF