UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>    *Plaintiffs*, | )<br>)<br>)<br>) | |
| v. | ) | Civil Action No. 25-CV-381-ABJ |
| | ) | |
| RUSSELL VOUGHT,<br>*in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*,<br>    *Defendants*. | )<br>)<br>)<br>)<br>) | Hon. Amy Berman Jackson |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ariel Levinson-Waldman, a member of this bar in good standing, hereby notices his appearance for amicus curiae Tzedek DC.

February 21, 2025

Respectfully submitted,

*/s/ Ariel Levinson-Waldman*

Ariel Levinson-Waldman
D.C. Bar No. 474429

**TZEDEK DC**
UDC David A. Clarke School of Law
4340 Connecticut Ave NW, Suite 319
Washington, DC 20008
Tel: (202) 441-9959
ah@tzedekdc.org

*Counsel for amicus curiae Tzedek DC*

1

## CERTIFICATE OF SERVICE

On February 21, 2025, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

*/s/ Ariel Levinson-Waldman*
Ariel Levinson-Waldman

*Counsel for amicus curiae Tzedek DC*
