AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Treasury Employees Union, et al.<br>*Plaintiff*<br>v.<br>Russell Vought, et al.<br>*Defendant* | )<br>)<br>) Case No. 25-cv-0381-ABJ<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Treasury Employees Union, et al.

Date: 02/24/2025

/s/Jennifer D. Bennett
*Attorney's signature*

Jennifer D. Bennett 296726
*Printed name and bar number*

505 Montgomery Street, Suite 625,
San Francsisco, CA 94111

*Address*

jennifer@guptawessler.com
*E-mail address*

(415) 573-0336
*Telephone number*

(202) 888-7792
*FAX number*