IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-0381-ABJ |

## UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR REPLY MEMORANDUM

Under Local Civil Rule 7(e), the plaintiffs move to expand the page limit for their reply brief in support of their motion for preliminary injunction by ten pages. Because their initial motion was filed on an emergency basis as a temporary restraining order, and has since been converted to a preliminary injunction motion, the plaintiffs need the additional pages to ensure that they can adequately respond to the new arguments in the defendants' opposition that weren't addressed in their initial memorandum in support of the temporary restraining order. Counsel for the defendants have conferred with the plaintiffs and informed them that they do not oppose this motion.

Dated: February 25, 2025

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar. 1046738)
Gabriel Chess* (DC Bar No. 90019245)
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Respectfully submitted,

*/s/ Wendy Liu*
Wendy Liu (DC Bar No. 1600942)
Adam R. Pulver (DC Bar No. 1020475)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

2

| | |
|---|---|
| Jennifer D. Bennett (*pro hac vice*) | Julie Wilson (DC Bar No. 482946) |
| Gupta Wessler LLP | General Counsel |
| 505 Montgomery Street | Paras N. Shah (DC Bar No. 983881) |
| Suite 625 | Deputy General Counsel |
| San Francisco, CA 94111 | Allison C. Giles (DC Bar No. 439705) |
| (415) 573-0335 | Assistant Counsel |
| | National Treasury Employees Union |
| *Counsel for Plaintiffs* | 800 K Street, NW, Suite 1000 |
| | Washington, DC 20001 |
| | (202) 572-5500 |
| *admission pending | |
| | *Counsel for Plaintiff National Treasury Employees Union* |

2