IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION, et al.

        *Plaintiffs*,

  v.

RUSSELL VOUGHT, in his capacity as Acting Director of the Consumer Financial Protection Bureau, et al.

        *Defendants*.

Case No. 25-0381-ABJ

## AMICUS CURIAE TZEDEK DC'S MOTION FOR *PRO HAC VICE* ADMISSION OF ANDREW J. HUBER

Ariel Levinson-Waldman of Tzedek DC, a member in good standing in the bar of this Court, respectfully moves for the admission *pro hac vice* of Andrew J. Huber for the limited purpose of entering an appearance on behalf of amicus curiae Tzedek DC in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and have entered my appearance in the above-captioned matter.

2. I move for admission *pro hac vice* of Andrew J. Huber of Tzedek DC to appear before this Court as co-counsel of record, and to participate in all proceedings.

3. As evidenced by the attached affidavit, Mr. Huber is a member in good standing of the bars of the District of Columbia, where his membership is active, and Delaware, where his membership is inactive; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; no discipline has previously been imposed on him in any jurisdiction; and he is familiar with the local rules of this Court.

For the foregoing reasons, undersigned counsel respectfully requests that this Court grant leave for Andrew J. Huber to appear before the Court in this matter *pro hac vice*.

Dated: February 27, 2025            Respectfully Submitted,

/s/   Ariel Levinson Waldman
Ariel Levinson-Waldman (Bar No. 474429)
TZEDEK DC
UDC David A. Clarke School of Law
4340 Connecticut Ave NW, Suite 319
Washington, DC 20008
Tel: (202) 441-9959
alw@tzedekdc.org

Counsel for Amicus Curiae Tzedek DC