IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his capacity as Acting Director of the Consumer Financial Protection Bureau, et al.<br><br>*Defendants*. | Case No. 25-0381-ABJ |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ANDREW J. HUBER *PRO HAC VICE***

This matter having come before the Court on a motion of Ariel Levinson-Waldman, counsel for Amicus Curiae Tzedek DC, for the admission of Andrew J. Huber *pro hac vice* as co-counsel for Tzedek DC, and the Court having considered the arguments and papers submitted herein, and for good cause shown:

IT IS SO ORDERED on this ___ day of _____, 2025, as follows:

1. Tzedek DC's Motion for Admission of Andrew J. Huber *Pro Hac Vice* is GRANTED.

BY THE COURT:

Date: February ___, 2025

_____
United States District Judge