**INDEX OF SUPPLEMENTAL DECLARATIONS**

| | Current Employees | |
|---|---|---|
| | **Current Employees** | |
| 1 | **Alex Doe** | Describes meetings in which Adam Martinez details plans to "wind down" the CFPB and "carry out the closure of the agency." |
| 2 | **Blake Doe** | Describes meetings in which Martinez details his plans for "wind down mode," transferring functions to other agencies, and returning CFPB funds. |
| 3 | **Charlie Doe** | Contracting officer who describes a rush to accomplish the "wholesale termination of the contracts needed to keep the CFPB running"—setting aside all regular protocols, risking loss of data, and resulting in harm that can't be undone once final. |
| 4 | **Drew Doe** | Describes recent actions to ensure that the Bureau does "not exist"—to close down all agency systems, delete data, fire all staff, and reduce the CFPB to a "room" in another agency "with five men and a phone." |
| 5 | **Adam Scott** (Director of Digital Services) | CFPB's Director of Digital Services establishes that "the decision to delete the homepage was made by Acting Director Vought, and it was not an error," and that authorization to repair the site—consumers' main access point—was denied. |
| 6 | **Matthew Pfaff** (Chief of Staff, Consumer Response) | The Chief of Staff of the Office of Consumer Response details inaccuracies in the Martinez declaration. Contra Martinez, "operations related to the Consumer Complaint Database" are not "continuing" and have not remained "intact and operational." |
| 7 | **Brian Shearer** (Head of Policy Planning) | The current head of CFPB's Office of Policy Planning details how atypical the dismantling of the Bureau is compared to normal transitions, and details inaccuracies in the Martinez declaration. |
| | **Former Employees** | |
| 8 | **Erie Meyer** (Chief Technologist) | The CFPB's Chief Technologist highlights mishandled data retention practices, the mass cancellation of cyber-security contracts, serious risk of data loss in violation of the Court's Order, and the current inability of consumers to receive help. |
| 9 | **Julia Barnard** (Student Loan Ombusman) | The CFPB's Student Loan Ombudsman describes her responsibilities as Student Loan Ombudsman and CFPB's halted efforts to help Pastor Eva Steege. Also highlights concerns about shirking statutory duties, contra the Martinez declaration. |
| 10 | **Lorelei Salas** (Supervision Director) | The CFPB's Supervision Director details the irreversible and lasting effects of the unprecedented decision to halt all of the Bureau's statutorily required supervision activity. |

| 11 | **Eric Halperin** (Enforcement Director) | The CFPB's Enforcement Director supplements his earlier declaration with further information on the severe curtailment and unraveling of enforcement operations and its lasting effects. |
|---|---|---|
| 12 | **Seth Frotman** (General Counsel) | The CFPB's General Counsel addresses statements or implications in the Martinez declaration that are, to the best of his knowledge, either inaccurate or misleading, or both. |
| | **Plaintiffs and Counsel** | |
| 13 | **Juanita West-Tillman** (NAACP) | Juanita West-Tillman is a member of the National Association for the Advancement of Colored People ("NAACP") and the former Secretary of the Pasadena branch. Ms. West-Tillman lost everything in the Altadena fire and was the target of numerous financial scams and predatory schemes which targeted fire victims. Ms. West-Tillman describes the role the CFPB played in protecting NAACP members from predatory financial schemes and providing direct assistance. |
| 14 | **Peyton Diotalevi** (NTEU) | Peyton Diotalevi, National Counsel for the National Treasury Employees Union, documents the mass termination of term employees that occurred as the motion for temporary restraining order was being filed, the auto-reply on the CFPB Human Resources account that advises employees that it is working diligently to provide documents regarding "your recent or *impending* separation," and the closure of the CFPB headquarters and regional offices. |
| 15 | **Christina Coll** (Employee Association) | Christina Coll is an officer and board member at the CFPB Employee Association, who explains the harm the CFPB's shutdown has and will continue to impose on the Association's members. |
| 16 | **Deepak Gupta** | This declaration recounts an agreement reached with the Justice Department to temporarily suspend the cancelation of contracts through the March 3, 2025, hearing. |
| 17 | **Abigail Roston and Aidan Scible** (Press Clippings) | This declaration provides full copies of the public reports on the dismantling of the CFPB from the filing of the complaint through today that are cited in the brief. |