IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>                              *Plaintiffs*,<br><br>          v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>                              *Defendants*. | Case No. 25-cv-381-ABJ |

## DECLARATION OF ABIGAIL ROSTON AND AIDAN SCIBLE

We, Abigail Roston and Aidan Scible, declare as follows:

1.      We are legal assistants at Gupta Wessler. This declaration provides the Court with full copies of public reports about the dismantling of the CFPB from the filing of the complaint through today that are cited in the reply brief.

## TABLE OF CONTENTS

The President, Musk, and Vought make statements proclaiming the elimination of the CFPB ........................................................................................................ 2

Vought and DOGE shut down the CFPB building .................................................. 3

Bureau leadership offers mixed messages ............................................................... 5

All Bureau employees are sent home, told to stop working; hundreds are fired ...................... 5

The CFPB pauses and then entirely drops active enforcement proceedings ........................... 7

The CFPB cuts hundreds of millions in contracts with vendors ................................. 8

The CFPB'S online presence begins to disappear; Voght intentionally orders the deletion of the homepage, consumers' main point of access ............................................. 8

Even banking industry leaders grow concerned ........................................................ 9

***The President, Musk, and Vought make statements proclaiming the elimination of the CFPB***

2.      Russell Vought has previously stated that he wanted "the bureaucrats to be traumatically affected. When they wake up in the morning, we want them to not want to go to work because they are increasingly viewed as the villains…We want to put them in trauma." *See* Molly Redden et al., *"Put Them in Trauma": Inside a Key MAGA Leader's Plans for a New Trump Agenda*, Pro Publica (Oct. 28, 2024), https://perma.cc/6AZS-6LML, attached hereto as **Exhibit A**.

3.      Elon Musk posted "Delete CFPB. There are too many duplicative regulatory agencies." *See* @Elonmusk, Twitter (Nov. 27, 2024), https://perma.cc/UR6U-LZ7C, attached hereto as **Exhibit B**.

4.      Elon Musk posted "CFPB RIP." *See* @Elonmusk, Twitter (Feb. 7, 2025), https://perma.cc/Q2RX-CHXR, attached hereto as **Exhibit C**.

5.      Elon Musk posted "[The CFPB] did above zero good things, but still need to go." *See* @ElonMusk, Twitter (Feb. 7, 2025), https://perma.cc/M8A7-NQK6, attached hereto as **Exhibit D**.

6.      Russ Vought posted "Pursuant to the Consumer Financial Protection Act, I have notified the Federal Reserve that CFPB will not be taking its next draw of unappropriated funding because it is not 'reasonably necessary' to carry out its duties. The Bureau's current balance of $711.6 billion is in fact excessive in the current fiscal environment. This spigot, long contributing to CFPB's unaccountability, is now being turned off." *See* @russvought, Twitter (Feb. 8, 2025), https://perma.cc/3BCY-WL8Y, attached hereto as **Exhibit E**.

7.      Russ Vought posted "The CFPB has been a woke & weaponized agency against disfavored industries and individuals for a long time. This must end." *See* @russvought, Twitter (Feb. 8, 2025), https://perma.cc/DXX5-TVM8, attached hereto as **Exhibit F**.

8.      President Trump confirmed to a reporter that his goal is to "totally eliminate" the CFPB. Referring to the agency in the past tense, President Trump called the CFPB "a very important thing to get rid of, and [the agency] *was* also a waste. I mean, number one, it *was* a bad group of people running it, but it *was* also a waste." *See* Alejandra Jaramillo, *Trump confirms goal to "totally eliminate" the Consumer Financial Protection Bureau*, CNN (Feb. 10, 2025), https://perma.cc/N9U8-DTTS, attached hereto as **Exhibit G**.

### *Vought and DOGE shut down the CFPB building*

9.      Employees at the CFPB received an email alerting them that the bureau's headquarters would be closed for the coming week and that all employees and contractors are to work remotely unless otherwise instructed from the acting director or his designee. *See* Stacy Cowley, *Russell Vought Orders Consumer Protection Bureau's Headquarters Closed for a Week*, New York Times (Feb. 9, 2025), https://perma.cc/AE44-AA6Z, attached hereto as **Exhibit H**. A CFPB staffer speaking on the condition of anonymity told the Washington Post that the closure was "hugely unprecedented and deeply concerning for all the folks here." *See* Lauren Kaori Gurley and Ian Duncan, *Consumer Financial Protection Bureau to shutter for a week*, The Washington Post (Feb. 9, 2025), https://perma.cc/BM27-VWYF, attached hereto as **Exhibit I**.

10.     On the same day, by 4:30 p.m., security officers in the Bureau's office lobby were telling employees who showed up to collect their personal belongings that they would not be allowed inside the building. *See* Jess Bidgood, *When Musk's Team Shows Up at Your Doorstep*, New York Times (Feb. 12, 2025), https://perma.cc/PPE4-FSC3, attached hereto as **Exhibit J**. Employees outside of the office asked colleagues already inside of the Bureau to collect items such as "clothes, family photos and a breast pump." *See* Exhibit J.

11.     On February 10, 2025, the AP reported that over the weekend, some staff members at the Bureau noticed "[w]indows in two basement conference rooms [that] were covered with brown paper and blue painter's tape, concealing their occupants. Voices could be heard inside discussing cuts to government agencies. When the door was cracked open, there were young people with temporary badges." *See* Chris Megerian, *Secrecy preceded the shutdown of the consumer protection agency's Washington headquarters*, Associated Press (Feb. 10, 2025), https://perma.cc/2MCQ-AGZE, attached hereto as **Exhibit K**.

12.     On February 19, 2025, Reuters Reporter Douglas Gillison posted an image on Bluesky showing that the signage was removed from the front door and lobby of the Bureau's building. *See* @dgillison.bsky.social, Bluesky (Feb. 19, 2025), https://perma.cc/BK2S-QMKA, attached hereto as **Exhibit L**.

13.     On February 21, 2025, employees were told that the agency's lease on its Washington headquarters had been canceled and that the Bureau had 30 days to vacate the building. *See* Stacy Cowley, *A consumer bureau is told to vacate its Washington office as its lease is canceled*, New York Times (Feb. 21, 2025), https://perma.cc/CA5D-KPTR, attached hereto as **Exhibit M**. Employees were assigned a 15-minute window in which they could return to the Bureau's headquarters to pick up their personal belongings. *See* Exhibit M.

14.     On February 25, 2025, Real Clear Politics Reporter Philip Wegmann posted an image on X which displays the Bureau's headquarters with the signs for the CFPB removed from the external walls. *See* @PhilipWegmann, Twitter (Feb. 25, 2025), https://perma.cc/6FCQ-4V3C, attached hereto as **Exhibit N**.

***Bureau leadership offers mixed messages***

15.    On February 11, 2025, CFPB employees reported that DOGE staffers, despite "sa[ying] they would follow protocol," "repeatedly did not." *See* Makena Kelly and Dhruv Mehrotra, *Dozens of CFPB Workers Fired in After-Hours Blitz*, Wired (Feb. 11, 2025), https://perma.cc/B5EH-7AGH, attached hereto as **Exhibit O**.

16.    On February 19, 2025, President Trump announced during an interview that his administration has "virtually shut down the out of control CFPB." *See* Lesley Stahl et al, *Why the Consumer Financial Protection Bureau is being targeted by Trump, DOGE*, CBS News (Feb. 23, 2025), https://perma.cc/5PUB-9Y2C, attached hereto as **Exhibit P**.

17.    On February 25, 2025, reporters highlighted the tension between the Justice Department's explanation that the headquarters closed in response to protests by employees and the fact that "the protests happened only after the office was shuttered," with several CFPB employees calling that explanation "laughable." *See* Kate Berry, *Justice Dept. insists 'there will continue to be a CFPB'*, American Banker (Feb. 25, 2025), https://perma.cc/R3ST-Z3E2, attached hereto as **Exhibit Q**.

***All Bureau employees are sent home, told to stop working; hundreds are fired***

18.    Russell Vought instructed all Bureau employees to cease "all supervision[,] examination activity", and "all stakeholder engagement" in an agency-wide email. *See* Ryan Mac and Stacey Cowley, *Federal Financial Watchdog Ordered to Cease Activity*, New York Times (Feb. 8, 2025), https://perma.cc/R3FM-YPAC, attached hereto as **Exhibit R**.

19.    On February 10, 2025, Vought further directed all CFPB employees to "not come into the office" and "not perform any work tasks," in an internal agency-wide email. *See* Laurel

Wamsley, *New CFPB chief closes headquarters, tells all staff they must not 'do any work tasks.'* NPR (February 10, 2025), https://perma.cc/3PDH-PPTV, attached hereto as **Exhibit S**.

20.    Late on February 13, 2025, the Bureau also sent notices to dozens of term employees, "full-time workers on contracts with end dates," terminating them effective at close of business on the same day. *See* Douglas Gillison et al., *US consumer watchdog broadens layoffs beyond probationary staff, sources say*, Reuters (Feb. 14, 2025), https://perma.cc/QYX4-QWZ2, attached hereto as **Exhibit T**.

21.    On February 13, 2025, the Bureau also fired twenty technologists, leaving consumers vulnerable to companies "obscuring … shady practices … with technical complexity." *See* Lauren Feiner, *The technology team at financial regulator CFPB has been gutted*, The Verge (Feb. 14, 2025), https://perma.cc/55K2-J7VE, attached hereto as **Exhibit U**.

22.    In total, the Bureau fired about 200 employees over the course of the week—all either probationary or term employees. *See* Stacey Cowley, *A consumer bureau is told to vacate its Washington office as its lease is canceled*, New York Times (Feb. 21, 2025), https://perma.cc/CA5D-KPTR, attached hereto as **Exhibit V**.

23.    On February 21, 2025, Vought's stop work order continued to prevent CFPB attorneys from arguing enforcement cases or defending CFPB rulemaking. *See* Taryn Phaneuf, *R.I.P. CFPB? What's At Stake If the Watchdog Agency Goes Dark*, Nerdwallet (Feb. 21, 2025), https://perma.cc/C4DS-6CCG, attached hereto as **Exhibit W**.

24.    On February 21, 2025, the Bureau instructed its remaining employees to return to the agency's headquarters during an assigned 15-minute time slot in order to recover their personal items. *See* Stacey Cowley, *A consumer bureau is told to vacate its Washington office as its lease is canceled*, New York Times (Feb. 21, 2025), https://perma.cc/CA5D-KPTR, *see* Exhibit M.

25.     On February 25, 2025, USA Today reported that the Bureau's work has slowed to a trickle since the mass firings on February 13, having uploaded only 2,234 complaints per day during that period, as opposed to the average of 11,600 complaints received per day historically. Further, the complaints submitted to companies over the period had dropped by 80% compared to the ten days prior to the firing. *See* Joey Garrison, *Thousands of consumer complaints unanswered after Trump CFPB purge, Dems say*, USA Today (Feb. 25, 2025), https://perma.cc/ZHE8-79DG, attached hereto as **Exhibit X**.

### The CFPB pauses and then entirely drops active enforcement proceedings

26.     On February 4, 2025, an email sent from "CFPB_WeeklyDigest" instructed CFPB employees to not approve or issue rules or guidance, and that they should "suspend the effective date of rules that had not yet become effective." *See* Alana Semuels, *What Cuts to the CFPB Could Mean for Consumers*, TIME (Feb. 13, 2025), https://perma.cc/K7BA-RG23 attached hereto as **Exhibit Y**.

27.     Following the stop work order on February 10, 2025, all active CFPB lawsuits are in limbo, preventing attorneys at the Bureau from arguing cases or defending its rulemaking in courts across the country. *See* Taryn Phaneuf, *R.I.P. CFPB? What's At Stake If the Watchdog Agency Goes Dark*, nerdwallet (Feb. 21, 2025), https://perma.cc/C4DS-6CCG, *see* Exhibit W.

28.     On February 21, 2025, the Bureau dropped its litigation against the online lender SoLo Funds. According to the New York Times, this was the "first time since President Trump took office that the agency…ended one of its enforcement cases." *See* Stacy Cowley, *The federal consumer protection bureau abandons a case against an online lender*, New York Times (Feb. 21, 2025), https://perma.cc/792U-T8CC, *see* Exhibit M. According to the CFPB, the company misrepresented the costs of loans, tricked consumers into making "donations," made false threats,

and attempted to collect funds that consumers did not actually owe. *See* Douglas Gillison, *Under Trump, consumer watchdog drops case against online lender,* Reuters (Feb. 21, 2025), https://perma.cc/FR2C-LML7, attached hereto as **Exhibit Z**. The joint motion filed on February 21, 2025, said the action would be "completely dismissed, with each side covering their own legal costs." *See* Exhibit Z.

### The CFPB cuts hundreds of millions in contracts with vendors

29.    On February 11, 2025, the Bureau cancelled more than $100 million in vendor contracts, which may have included cybersecurity and software systems. *See* Evan Weinberger, *CFPB Cuts Over $100 Million in Contracts Amid DOGE Probe*, Bloomberg Law (Feb. 11, 2025), https://perma.cc/7BVL-APMX, attached hereto as **Exhibit AA**.

30.    This figure eventually rises to over $200 million in canceled vendor contracts. *See* Charlie Doe Decl. ¶ 6; Meyer Decl. ¶ 12.

### The CFPB'S online presence begins to disappear; Voght intentionally orders the deletion of the homepage, consumers' main point of access

31.    On February 10, 2025, the CFPB's home page was taken down. *See* Julia Shapero, *'We're about to get annihilated': Musk, DOGE descend on consumer bureau*, The Hill (Feb. 11, 2025), https://perma.cc/6AVC-APVE, attached hereto as **Exhibit BB**.

32.    Later that week, the Verge reported that the homepage of the CFPB's website delivered a 404 message. *See* Lauren Feiner, *Trump admin pulls hundreds of videos from CFPB's YouTube channel*, The Verge (Feb. 14, 2025), https://perma.cc/5KPK-RBAA, attached hereto as **Exhibit CC**.

33.    On February 14, 2025, nearly 400 videos were removed from the CFPB's YouTube page. *See* Exhibit DD. On the same day, the Verge reported that the Facebook and X accounts for the agency had also been taken down, although it was unclear when. *See* Exhibit CC.

### *Even banking industry leaders grow concerned*

34.     The work stoppage letter issued by Russel Vought to CFPB employees, caused confusion and concern across the consumer protection industry. *See* Christopher Rugaber, *Trump administration orders consumer protection agency to stop work, closes building*, Associated Press (Feb. 9, 2025), https://perma.cc/E4G6-JN7N, attached hereto as **Exhibit DD**; *see also* Laurel Wamsley, *New CFPB chief closes headquarters, tells all staff they must not do 'any work tasks'*, National Public Radio (Last updated Feb. 10, 2025), https://perma.cc/3PDH-PPTV, attached hereto as **Exhibit EE**; J.J. McCorvey, *What's at stake for consumers as Trump officials target the CFPB*, NBC (Feb. 10, 2025), https://perma.cc/6APG-H7K4, attached hereto as **Exhibit FF**.

35.     On February 10, 2025, the Open Banking industry "[was] await[ing] next steps" for legislative instruction that previously came from the CFPB. *See With CFPB Closed, Open Banking Awaits Next Steps*, PYMNTS (Feb. 10, 2025), https://perma.cc/H3SE-BBGE, attached hereto as **Exhibit GG**.

36.     On February 11, 2025, a CFPB spokesperson confirmed that crucial APOR lending tables would continue to be published weekly. The same day, *The Prospect* reported that the CFPB employees who publish these tabled hadn't been carved from the stop-work order. *See* David Dayen, *Vought Restores CFPB Procedure That Sustains Mortgage Markets*, The American Prospect (Feb. 11, 2025), https://perma.cc/LT25-LQJD, attached hereto at **Exhibit HH**.

37.     On February 20, 2025, the CFPB eliminated the Credit Union Advisory Council, removing all "essential channel[s]" for credit union issues. *See* Michael Ogden, *CFPB Credit Union Council Disbanded*, ALM Credit Union times (Feb. 20, 2025), https://perma.cc/3CTZ-7BBG, attached hereto as **Exhibit II**.

38.     From February 12, 2025, on, industry leaders voiced concerns related to Elon Musk's conflict of interest in the financial regulation landscape. *See* Alisa Chang et al., *Elon Musk's DOGE takes aim at agency that had plans of regulating X*, All Things Considered: National Public Radio (Feb. 12, 2025), https://perma.cc/HP7Q-4FVE, attached hereto as **Exhibit JJ**; Lauren Feiner, *The technology team at financial regulator CFPB has been gutted*, The Verge (Feb. 14, 2025), https://perma.cc/55K2-J7VE, *see* Exhibit U.

39.     From February 13, 2025, on, industry leaders voiced concerns about the uncertainty surrounding the financial regulatory landscape. *See* Douglas Gillison et al., *Financial Firms Hated US Consumer Watchdog, but Rapid Unraveling Creates Limbo*, Reuters (Feb. 13, 2025), https://perma.cc/DJ3G-34A6, attached hereto as **Exhibit KK**; *see also* Exhibit W; Nancy Cook & Joshua Green, *Musk Team's Blitz on Consumer Financial Protection Agency Unsettles Trump Allies*, Bloomberg (Feb. 22, 2025); https://perma.cc/T4JA-FCPG, attached hereto as **Exhibit LL**; Callum Jones, *US economy 'less safe', experts say, as Trump hobbles consumer watchdog*, The Guardian (Feb. 25, 2025), https://perma.cc/EWZ9-VPNS, attached hereto as **Exhibit MM**.

We declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on February 27, 2025, in Washington, DC.

*/s/Abigail Roston*
Abigail Roston


*/s/Aidan Scible*
Aidan Scible

# Exhibit A

**ProPublica**

**Democracy**

# "Put Them in Trauma": Inside a Key MAGA Leader's Plans for a New Trump Agenda



Russell Vought speaks during an event on federal guidance and enforcement in 2019. Evan Vucci/AP Photo

**by Molly Redden and Andy Kroll, ProPublica, and Nick Surgey, Documented**

Oct. 28, 2024, 5 a.m. EDT

Co-published with Documented

*ProPublica is a nonprofit newsroom that investigates abuses of power. Sign up to receive our biggest stories as soon as they're published.*

### Reporting Highlights

- **"In Trauma":** A key Trump adviser says a Trump administration will seek to make civil servants miserable in their jobs.

- **Military:** In private speeches, he laid out plans to use armed forces to quell any domestic "riots."

- **1776 and 1860:** He likened the country's moment to those fractious periods in American history.

These highlights were written by the reporters and editors who worked on this story. Were they helpful?

A key ally to former President Donald Trump detailed plans to deploy the military in response to domestic unrest, defund the Environmental Protection Agency and put career civil servants "in trauma" in a series of previously unreported speeches that provide a sweeping vision for a second Trump term.

In private speeches delivered in 2023 and 2024, Russell Vought, who served as Trump's director of the Office of Management and Budget, described his work crafting legal justifications so that military leaders or government lawyers would not stop Trump's executive actions.

He said the plans are a response to a "Marxist takeover" of the country; likened the moment to 1776 and 1860, when the country was at war or on the brink of it; and said the timing of Trump's candidacy was a "gift of God."

ProPublica and Documented obtained videos of the two speeches Vought delivered during events for the Center for Renewing America, a pro-Trump think tank led by Vought. The think tank's employees or

fellows include Jeffrey Clark, the former senior Justice Department lawyer who aided Trump's attempts to overturn the 2020 election result; Ken Cuccinelli, a former acting deputy secretary in the Department of Homeland Security under Trump; and Mark Paoletta, a former senior budget official in the Trump administration. Other Trump allies such as former White House adviser Steve Bannon and U.S. Reps. Chip Roy and Scott Perry either spoke at the conferences or appeared on promotional materials for the events.

Vought does not hide his agenda or shy away from using extreme rhetoric in public. But the apocalyptic tone and hard-line policy prescriptions in the two private speeches go further than his earlier pronouncements. As OMB director, Vought sought to use Trump's 2020 "Schedule F" executive order to strip away job protections for nonpartisan government workers. But he has never spoken in such pointed terms about demoralizing federal workers to the point that they don't want to do their jobs. He has spoken in broad terms about undercutting independent agencies but never spelled out sweeping plans to defund the EPA and other federal agencies.

Vought's plans track closely with Trump's campaign rhetoric about using the military against domestic protesters or what Trump has called the "enemy within." Trump's desire to use the military on U.S. soil recently prompted his longest-serving chief of staff, retired Marine Gen. John Kelly, to speak out, saying Trump "certainly prefers the dictator approach to government."

Other policies mentioned by Vought dovetail with Trump's plans, such as embracing a wartime footing on the southern border and rolling back transgender rights. Agenda 47, the campaign's policy blueprint, calls for revoking President Joe Biden's order expanding gender-affirming care for transgender people; Vought uses even more extreme language, decrying the "transgender sewage that's being pumped into our schools and institutions" and referring to gender-affirming care as "chemical castration."

Since leaving government, Vought has reportedly remained a close ally of the former president. Speaking in July to undercover journalists posing as relatives of a potential donor, Vought said Trump had "blessed" the Center for Renewing America and was "very supportive of what we do," CNN reported.

Vought did not respond to requests for comment.

"Since the Fall of 2023, President Trump's campaign made it clear that only President Trump and the campaign, and NOT any other organization or former staff, represent policies for the second term," Danielle Alvarez, a senior adviser to the Trump campaign, said in a statement. She did not directly address Vought's statements.

Karoline Leavitt, his campaign's national press secretary, added there have been no discussions on who would serve in a second Trump administration.

In addition to running his think tank, Vought was the policy director of the Republican National Committee's official platform committee ahead of the nominating convention. He's also an architect of Project 2025, the controversial coalition effort mapping out how a second Trump administration can quickly eliminate obstacles to rolling out a hard-right policy agenda.

As ProPublica and Documented reported, Project 2025 has launched a massive program to recruit, vet and train thousands of people to "be ready on day one" to serve in a future conservative administration. (Trump has repeatedly criticized Project 2025, and his top aides have said the effort has no connection to the official campaign despite the dozens of former Trump aides and advisers who contributed to Project 2025.)

Vought is widely expected to take a high-level government role if Trump wins a second term. His name has even been mentioned as a potential White House chief of staff. The videos obtained by ProPublica and Documented offer an unfiltered look at Vought's worldview, his plans for a Trump administration and his fusing of MAGA ideology and Christian nationalism.

# A Shadow Government in Waiting

In his 2024 speech, Vought said he was spending the majority of his time helping lead Project 2025 and drafting an agenda for a future Trump presidency. "We have detailed agency plans," he said. "We are writing the actual executive orders. We are writing the actual regulations now, and we are sorting out the legal authorities for all of what President Trump is running on."

Vought laid out how his think tank is crafting the legal rationale for invoking the Insurrection Act, a law that gives the president broad power to use the military for domestic law enforcement. The Washington Post previously underlined reported the issue was at the top of the Center for Renewing America's priorities.

"We want to be able to shut down the riots and not have the legal community or the defense community come in and say, 'That's an inappropriate use of what you're trying to do,'" he said. Vought held up the summer 2020 unrest following George Floyd's murder as an example of when Trump ought to have had the ability to deploy the armed forces but was stymied.

Vought's preparations for a future Trump administration involve building a "shadow" Office of Legal Counsel, he told the gathered supporters in May 2023. That office, part of the Justice Department, advises the president on the scope of their powers. Vought made clear he wants the office to help Trump steamroll the kind of internal opposition he faced in his first term.

Historically, the OLC has operated with a degree of independence. "If, all of a sudden, the office is full of a bunch of loyalists whose only job is to rubber-stamp the White House's latest policy directive, whose only goal is to justify the ends by whatever means, that would be quite dangerous," said an attorney who worked in the office under a previous Republican administration and requested anonymity to speak freely.

Another priority, according to Vought, was to "defund" certain independent federal agencies and demonize career civil servants, which include scientists and subject matter experts. Project 2025's plan to revive Schedule F, an attempt to make it easier to fire a large swath of government workers who currently have civil service protections, aligns with Vought's vision.

"We want the bureaucrats to be traumatically affected," he said. "When they wake up in the morning, we want them to not want to go to work because they are increasingly viewed as the villains. We want their funding to be shut down so that the EPA can't do all of the rules against our energy industry because they have no bandwidth financially to do so.

"We want to put them in trauma."

Vought also revealed the extent of the Center for Renewing America's role in whipping up right-wing panic ahead of the 2022

## What We're Watching

During Donald Trump's second presidency, ProPublica will focus on the areas most in need of scrutiny. Here are some of the issues our reporters will be watching — and how to get in touch with them securely.



**Learn more about our reporting team.** We will continue to share our areas of interest as the news develops.

### Robert Faturechi

I have been reporting on Trump Media, the parent company of Truth Social. I'm also reporting on the Trump administration's trade policies, including tariffs.

**Signal**   **WhatsApp**   **Email**

### Maryam Jameel



I'm an engagement reporter interested in immigration, labor and the federal workforce.

**Phone**   **Signal**   **Email**

### Jesse Coburn

I'm tracking how the Trump administration reshapes policy at the Department of Housing and Urban Development and the Department of Transportation.

midterms over an increase in asylum-seekers crossing at the U.S.-Mexico border.

In February 2022, Arizona Attorney General Mark Brnovich released a legal opinion claiming the state was under "invasion" by violent cartels and could invoke war powers to deploy National Guard troops to its southern border. The legally dubious "invasion" theory became a potent Republican talking point.

Vought said in the 2023 speech that he and Cuccinelli, the former top Homeland Security official for Trump, personally lobbied Brnovich on the effort. "We said, 'Look, you can write your own opinion, but here's a draft opinion of what this should look like,'" Vought said.

The nonpartisan watchdog group American Oversight later obtained an email in which Vought pitched the "invasion" framework to Brnovich.

Brnovich wrote in an email to ProPublica that he recalled multiple discussions with Cuccinelli about border security. But he added that "the invasion opinion was the result of a formal request from a member of the Arizona legislature. And I can assure you it was drafted and written by hard working attorneys (including myself) in our office."

In the event Trump loses, Vought called for Republican leaders of states such as Florida and Texas to "create red-state sanctuaries" by "kicking out all the feds as much as they possibly can."

## "Nothing Short of a Quiet Revolution"

The two speeches delivered by Vought, taken together, offer an unvarnished look at the animating ideology and political worldview of a key figure in the MAGA movement.

Over the last century, Vought said, the U.S. has "experienced nothing short of a quiet revolution" and abandoned what he saw as the true meaning and force of the Constitution. The country today, he argued, was a "post-constitutional regime," one that no longer adhered to the separation of powers among the three branches of government as laid out by the framers.

He lamented that the conservative right and the nation writ large had become "too secular" and "too globalist." He urged his allies to join his mission to "renew a consensus of America as a nation under God."

And in one of his most dramatic flourishes, he likened the 2024 election to moments in America's history when the country was facing all-out war.

"We are here in the year of 2024, a year that very well [could] — and I believe it will — rival 1776 and 1860 for the complexity and the uncertainty of the forces arrayed against us," Vought told his audience, referring to years when the colonies declared independence from Britain and the first state seceded over President Abraham Lincoln's election. "God put us here for such a time as this."

Vought said that independent agencies and unelected bureaucrats and experts wield far too much power while the traditional legislative process is a sham. He extended that critique to agencies like the Department of Justice and the Federal Reserve, whose independence from the White House had long been protected by both political parties.

Email   Signal   WhatsApp

Phone

**Andy Kroll**

I cover justice and the rule of law, with a focus on the Justice Department, the U.S. Attorney's Office for the District of Columbia and the federal courts.

Signal   Phone   Email



If you don't have a specific tip or story in mind, we could still use your help. Sign up to be a member of our **federal worker source network** to stay in touch.

We're trying something new.
Was it helpful?

"The left in the U.S. doesn't want an energetic president with the power to motivate the executive branch to the will of the American people consistent with the laws of the country," he said in the 2024 speech. "They don't want a vibrant Congress where great questions are debated and decided in front of the American people. They don't want empowered members. They want discouraged and bored backbenchers."

He added, "The all-empowered career expert like Tony Fauci is their model, wielding power behind the curtains." Fauci was one of the top public health experts under Trump at the start of the COVID-19 pandemic and a key figure in coordinating the national response.

What sets Vought apart from most of his fellow conservative activists is that he accuses powerful organizations on the right of being complicit in the current system of government, singling out the Federalist Society for Law and Public Policy Studies, the conservative and libertarian legal network co-chaired by activist Leonard Leo. The society is widely seen as an instrumental force in cultivating young conservative lawyers and building a bench of future judges whose embrace of legal theories like originalism and textualism have led to decisions overturning abortion rights, environmental protections and social welfare policies.

Yet in his 2024 speech, Vought accused the Federalist Society and "originalist judges" of being a part of the problem, perpetuating the "post-constitutional structure" that Vought lamented by not ruling more aggressively to weaken or dismantle independent regulatory agencies that Vought and his allies view as illegitimate or unconstitutional.

It was "like being in a contract quietly revoked two decades ago, in which one party didn't tell the other," he said. "At some point, reality needs to set in. Instead, we have the vaunted so-called Federalist Society and originalist judges acting as a Praetorian Guard for this post-constitutional structure."

Echoing Trump's rhetoric, Vought implicitly endorsed the false claim of a stolen 2020 election and likened the media's debunkings of that claim to Chinese Communist propaganda.

"In the aftermath of the election, we had all these people going around saying, 'Well, I don't see any evidence of voter fraud. The media's not giving enough [of] a compelling case,'" he said. "Well, that compelling case has emerged. But does a Christian in China ask and come away saying, 'You know, there's no persecution, because I haven't read about it in the state regime press?' No, they don't."

Vought referred to the people detained for alleged crimes committed on Jan. 6, 2021, as "political prisoners" and defended the lawyers Jeffrey Clark and John Eastman, who have both faced criminal charges for their role in Trump's attempts to overturn the 2020 election. Federal law enforcement agencies, he added, "are keeping political opponents in jail, and I think we need to be honest about that."

The left, Vought continued, has the ultimate goal of ending representative democracy altogether. "The stark reality in America is that we are in the late stages of a complete Marxist takeover of the country," he said, "in which our adversaries already hold the weapons of the government apparatus, and they have aimed it at us. And they are going to continue to aim it until they no longer have to win elections."

When Democrats called Trump an "existential threat to democracy," they were not merely calling for his defeat at the ballot box, he said, but were using "coded language the national security state uses overseas when they are overthrowing other governments" to discourage the military from putting down anti-Trump protests should he win.

"They're making Trump out to be a would-be dictator or an authoritarian," he said. "So they're actively working now to ensure, on a number of levels, that the military will perceive this as dictatorial and therefore not respond to any orders to quell any violence."

Trump, Vought insisted, has the credibility and the track record to defeat the "Marxist" left and bring about the changes that Vought and his MAGA allies seek. In his view, the Democratic Party's agenda and its "quiet revolution" could be stopped only by a "radical constitutionalist," someone in the mold of Thomas Jefferson or James Madison. For Vought, no one was in a better position to fill that role than Trump.

"We have in Donald Trump a man who is so uniquely positioned to serve this role, a man whose own interests perfectly align with the interests of the country," Vought said. "He has seen what it has done to him, and he has seen what they are trying to do to the country.

"That," he added, "is nothing more than a gift of God."

---

**Molly Redden**    X

Molly Redden is a ProPublica reporter covering politics.

**MORE STORIES**    **NEED TO GET IN TOUCH?**

---

**Andy Kroll**    f    X    🦋    Ⓖ    in

I cover justice and the rule of law, including the Justice Department, U.S. attorneys and the courts.

**MORE STORIES**    **HAVE A TIP FOR A STORY?**

Send me tips and documents about changes in administration policy, political interference, conflicts of interest and abuses of power inside the DOJ, OMB, the White House and other law enforcement agencies.

# Exhibit B



Settings

Post

Elon Musk
@elonmusk

Delete CFPB. There are too many duplicative regulatory agencies.

12:35 AM · Nov 27, 2024 · **457.6K** Views

475 326 1.7K 118

**Read 475 replies**

**New to X?**

Sign up now to get you

Sign u

Sign u

Creat

By signing up, you agre
Privacy Policy, includin

Something wer

Terms of Service Priv
Accessibility Ads inf

**Don't miss what's happening**
People on X are the first to know.

Log in

# Exhibit C

Elon Musk on X: "CFPB RIP 🪦" / X

← **Post**

**Elon Musk** ✓
@elonmusk

CFPB RIP 🪦

4:41 PM · Feb 7, 2025 · **50.6M** Views

💬 9K            🔁 16K            ♡ 143K            🔖 3.3K

💬 Read 9K replies

**New to X?**

Sign up now to get your

G  Sign u

 Sign u

Creat

By signing up, you agre
Privacy Policy, including

Something wer

Terms of Service    Priv
Accessibility    Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

# Exhibit D



# Exhibit E

Home
Explore
Notifications
Messages
Grok
Communities
Premium
Profile
More
Post

# Post

**Russ Vought** @russvought

Pursuant to the Consumer Financial Protection Act, I have notified the Federal Reserve that CFPB will not be taking its next draw of unappropriated funding because it is not "reasonably necessary" to carry out its duties. The Bureau's current balance of $711.6 billion is in fact excessive in the current fiscal environment. This spigot, long contributing to CFPB's unaccountability, is now being turned off.

9:45 PM · Feb 8, 2025 · **829.6K** Views

There's a new version of this post. See the latest post

292 757 4.2K 113

**Peachy Keenan** @KeenanPeachy · Feb 8
What did. they do with all that money?
3 7 84 5.2K

**Breakout** @breakoutprop Ad
Don't risk Your personal account— Secure Your Capital Today with Breakout

From breakoutprop.com
44 37 461 4.5M

**David Steinberg** @realDSteinberg · Feb 8
Amazing
17 3.6K

**Spitfire** @DogRightGirl · Feb 8
THANK YOU!!💪🇺🇸
1 79 2.2K

**Julie Hamill** @hamill_law · Feb 8
👀
1 5 539

**Savannah** @BasedSavannah · Feb 8
Thank you! 🙏🇺🇸. Cue the insane Democrat meltdowns. 3,2,1

**Abigail Roston** @AbigailRoston

Search

**Relevant people**
**Russ Vought** @russvought
#44 and #4… CFPB Direct… God."

**Subscribe to your own long…**
Write longer posts… such as bold and it…
Subscribe

**What's happening**
**Flyers** Starts

**#LastBreathMovie**
IN THEATERS TONI…
Promoted by Last B…

Politics · Trending
**Phase 1**
Trending with Epstein
89.2K posts

Trending in United Sta…
**Shrek**
Trending with Zenday…
265K posts

Entertainment · Trendi…
**Gene Hackman**
Trending with The Bir…
286K posts

Show more

Terms of Service Priv… Accessibility Ads inf…

Messages



Russ Vought on X: "Consumer Financial Protection Act, I hereby instruct the Federal Reserve not to be taking its next d...

GIF

💬 1    🔁 2    ♡ 23    ⲍ 664    🔖    ⬆

**Jack O'Neill** ✔ @Jack2LOneill · Feb 8
Bringing back executive level authority to halt funding?

💬 2    🔁 4    ♡ 126    ⲍ 4.5K    🔖    ⬆

**World Hall Of Fun** ✔ @WorldHallOfFun · Feb 8
VIVE RAMASWAMY:

Three critical cases in front of the Supreme Court right now which could significantly curb the power of the deep state:
- One could effectively abolish the CFPB because it's illegally funded by the Fed instead of Congress
- Another could end Chevron deference

Show more

💬 17    🔁 53    ♡ 292    ⲍ 15K    🔖    ⬆

Home

Explore

Notifications

Messages

Grok

Communities

Premium

Profile

More

Post

Abigail Roston
@AbigailRoston

Messages

# Exhibit F



X
Home
Explore
Notifications
Messages
Grok
Communities
Profile
More
Post

Post

**Russ Vought** @russvought

The CFPB has been a woke & weaponized agency against disfavored industries and individuals for a long time. This must end. 👇

Trump must cancel CFPB censorship - Washington Examiner

From washingtonexaminer.com

11:25 AM · Feb 9, 2025 · **272.9K** Views

297 999 3.8K 99

Post your reply Reply

**Basel Musharbash** @musharbash_b · Feb 9
The CFPB under Rohit Chopra literally issued the rule prohibiting political debanking — to protect conservatives. You're being played.
10 253

**Charles Jason Baldwin** @charlesjbaldwin · Feb 10
Make no mistake: Trump is on a mission to "drain the [Americans.]"
2 1 99

**Animal Lover** 🦅 @AnimalsRockOn · Feb 9
You're a delusional psychopath who wants to prioritize bottom lines for billionaires at the expense of Americans

GIF

6 18

**Mike Shor** @MikeShor · Feb 9
It is hard to figure out if you're a complete idiot or you just a

Search

**Relevant people**

**Russ Vought** @russvought
#44 and #42 OMB D CFPB Director | Ephe God."

**What's happening**

**Flyers at Peng**
Starts tomorrow

**#LastBreathMovie**
IN THEATERS TONIGHT!
Promoted by Last Breath

Politics · Trending
**Phase 1**
Trending with Epstein, DC Drain
90.1K posts

Trending in United States
**Shrek**
Trending with Zendaya, Fiona
266K posts

Trending in United States
**Twitter Files**
266K posts

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

**Abigail Roston** 🔒 @AbigailRoston

Messages

Russ Vought on X: "The CFPB has been a woke & *corrupt* weaponized agency against disfavored industries and individuals for a long time. This mu... acolytes are

💬 1    🔁    ♡ 1    📊 39    🔖    ⬆️

**roaring20s_xo** @roaring20s_xo · Feb 9

The VA is still giving taxpayer funded abortions despite the hyde EO. Can you get an EO about reducing gestational limits to X of weeks, explicitly to restrict access to abortion in the US. supplants the VA's APA process

#marchforlife #executiveorder @elonmusk @realDonaldTrump

💬 1    🔁    ♡    📊 59    🔖    ⬆️

**Rarely Tolerable.** ✓ @RarelyTolerated    Ad    •••

Do you think Sen Warren and the Consumer Financial Protection Bureau actually protected consumers?

Yes                                                          29.4%

No                                                           70.6%

211 votes · Final results

💬 12    🔁 30    ♡ 104    📊 56K    🔖    ⬆️

**Stacy Wernick** @stacywernick · Feb 9

Imagine being so mad about consumer protections that you call cracking down on fraud 'weaponized.'

If stopping financial scams upsets you, maybe the problem isn't the CFPB - it's you.

💬 2    🔁 2    ♡ 13    📊 157    🔖    ⬆️

**CrazyLettuce86** 🏳️‍⚧️🇩🇪🏴 👩🏻 🏴‍☠️ 🔥 👹 ... @MarieJo455... · Feb 9

Stop with the lies and gaslighting.

💬    🔁    ♡ 1    📊 20    🔖    ⬆️

Abigail Roston 🔒
@AbigailRoston

Russ Vought on X: "The CFPB has been a woke &amp; weaponized agency against disfavored industries and individuals for a long time. This mu…



Abigail Roston
@AbigailRoston

# Exhibit G

February 10, 2025: Donald Trump presidency news | CNN Politics

Video Ad Feedback

Trump says he doesn't see JD Vance as his successor

01:35 - Source: CNN

# February 10, 2025: Donald Trump presidency news

By Veronica Stracqualursi and Elise Hammond, CNN

Updated 10:01 PM EST, Mon February 10, 2025

---

## What we covered here:

• **New tariffs and more:** President Donald Trump imposed a 25% tariff today on all steel and aluminum imports with no exceptions or exemptions. Among a flurry of other moves, he removed the head of the Office of Government Ethics from his post and his Justice Department moved to drop federal corruption case against New York City Mayor Eric Adams.

• **Criticism of judiciary:** The president also expanded on his criticisms of the judiciary amid a growing pile of court proceedings challenging his administration's actions. Earlier, a judge extended a pause on the deadline set for federal workers to accept "buyouts," while another judge said the administration can't cut off grant and loan payments.

• **Trump sets Gaza deadline:** Trump also today urged Israel to cancel its ceasefire deal and "let

all hell break out" if Hamas does not return all the hostages still being held in Gaza by noon Saturday. Trump is set to meet tomorrow with King Abdullah of Jordan.

| All | Tariffs | Federal Agencies | Immigration | Catch Up | Analysis |

**63 Posts**

10:00 p.m. EST, February 10, 2025

*Our live coverage of Donald Trump's presidency has ended for the day. Follow the latest updates or read through the posts below.*



9:59 p.m. EST, February 10, 2025

# Analysis: Top Trump officials are openly challenging the centuries-old power of the nation's judiciary

From Joan Biskupic, CNN Chief Supreme Court Analyst

Vice President JD Vance, Elon Musk and others in the Trump administration are openly challenging the centuries-old power of the nation's judiciary, foreshadowing a possible constitutional breakdown of American government.

> It's not simply that the new administration has flouted a raft of federal statutes and prompted a flood of legal challenges. It's that some of Donald Trump's top advisers have cast doubt on whether rulings on those lawsuits would even constrain the president.

There are signs that some judges' orders have been disregarded. On Monday, a federal judge in Rhode Island found that the administration has violated the "plain text" of his earlier order unfreezing billions of dollars in federal aid. The judge directed funding to be reinstated to environmental, health and other programs that had been cut off.

In a separate case Monday, in Washington, DC, federal employees told a judge that the administration had failed to reinstate USAID workers who were put on leave.

In fighting the cases, the Justice Department says the president should have the authority to decide how to run the government and that the judges are overreaching.

Chief Justice John Roberts may have presaged the turn of events six weeks ago as he warned at the end of December that "elected officials from across the political spectrum have raised the

specter of open disregard for federal court rulings. These dangerous suggestions, however sporadic, must be soundly rejected."

**Read more of the analysis** on the looming constitutional crisis



---

9:53 p.m. EST, February 10, 2025

## Defense Secretary Hegseth brings back Fort Bragg name, but it's not the same Bragg

From CNN's Piper Hudspeth-Blackburn

Secretary of Defense Pete Hegseth is bringing the name Bragg back to one of the Army's largest installations, Fort Liberty, which replaced the namesake of a Confederate general in 2023.

But in a memorandum signed Monday, Hegseth renamed the North Carolina military installation in honor of a different Bragg: Pfc. Roland L. Bragg, a World War II veteran who was awarded the Silver Star and Purple Heart for extraordinary bravery during the Battle of the Bulge, according to a statement from Pentagon press secretary John Ullyot.



**"This change underscores the installation's legacy of recognizing those who have demonstrated extraordinary service and sacrifice for the nation," Ullyot said.**

Before it was renamed to Fort Liberty in 2023, the fort originally was named after Confederate Gen. Braxton Bragg, who drew criticism for his combative personality and often subpar field performance during the Civil War.

The installation was among nine bases that a congressional commission proposed renaming during President Joe Biden's presidency. Removing Confederate monikers from US military bases became a contentious political issue in the final months of Donald Trump's first presidency. While Trump vetoed the 2021 National Defense Authorization Act that included the naming commission, Congress voted to override his veto with overwhelming bipartisan support.

Hegseth, a National Guard veteran and former longtime Fox News host, strongly opposed removing the names of Confederate generals from US military bases and has suggested they should be changed back. He also described the renaming efforts as "a sham," "garbage," and

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 36 of 276

"crap" in various media appearances between 2021 and 2024 reviewed by CNN.

*CNN's Kaanita Iyer and Andrew Kaczynski contributed to this report.*



---

9:40 p.m. EST, February 10, 2025

## Court says head of whistleblower agency, who was fired by Trump, can resume job for at least a few more days

From CNN's Tierney Sneed

A top federal government investigator of political retaliation within the executive branch will be allowed to return to the job for at least a few more days, after being fired by President Donald Trump on Friday, a judge ordered Monday night.

US District Judge Amy Berman Jackson issued a so-called administration stay restoring Hampton Dellinger to the role of Special Counsel through Thursday, as she further considers his lawsuit challenging the termination.

The Office of Special Counsel — which is distinct from the special counsels appointed to oversee politically sensitive Justice Department investigations — handles allegations of whistleblower retaliation and is an independent agency created by Congress.

Trump's firing of Dellinger, who was confirmed for a five-year team by the Senate last year, appeared to run afoul the limits Congress has placed on when a special counsel can be fired.

At a hearing called hours after Dellinger's lawsuit was filed, Jackson indicated she saw the Office of Special Counsel as different than other agencies whose leaders a president is given wide discretion to fire.

"They are not a big bureaucracy …that marches on" without a leader, she said, describing Dellinger's former role as "much more hands on."

The office, she noted, is different from the agencies in charge of rolling out a president's agenda and that can issue sweeping regulations that affect the entire country.

"Independence is the essence of this," she said of the special counsel's office.

Her order, however, made clear it was only aimed to maintain the status quo as she considered written briefs due tomorrow from the Justice Department.



> **"I am grateful to have the opportunity to continue leading the Office of Special Counsel and I am resuming my work tonight,"** Dellinger said in a statement.



9:01 p.m. EST, February 10, 2025

## Ocasio-Cortez urges Democratic leaders to draw a tough line with GOP as shutdown looms

From CNN's Ali Main and Manu Raju



Rep. Alexandra Ocasio-Cortez speaks with CNN's Manu Raju on Monday.  CNN

Rep. Alexandra Ocasio-Cortez made clear that she believes House Democrats should not simply come to the table and provide Republicans with the votes to pass a government funding bill, even

if it means a shutdown next month.

> "We should be very clear with the American people that the House is governed by a Republican majority, the Senate is governed by a Republican majority, and the White House has a Republican president. And if they want to pass their agenda, Republicans need to conjure up the votes for them to pass their own bills," she told CNN's Manu Raju.

Ocasio-Cortez lamented that President Donald Trump and his ally, Tesla CEO Elon Musk, are "tearing up the very foundations of the federal government," adding, "if they think that they're gonna do that with a Democratic vote, I've got a bridge to sell them."

Asked what Democrats should demand specifically from Republicans, the New York congresswoman said it's up to party leadership to "determine what is strategically best," but added, "it should not come cheap, whatsoever."

"There should be really deep, large, systemic demands — if we even come to the table, given the amount of tearing up that they're doing over there," she said.

Democratic Rep. Jared Moskowitz of Florida said he would vote against a bill that would just extend current spending levels beyond the March 14 deadline, warning that it would allow Republicans to continue making the same arguments about fraud and abuse of taxpayer dollars.

Moskowitz said he believes the only acceptable way to fund the government is through the normal process of passing 12 individual appropriations bills, adding that "Speaker Johnson has a month to start that process. If he doesn't get that process started, I think government will shut down on the 14, and that'll be his fault."



8:22 p.m. EST, February 10, 2025

## Johnson maintains optimistic tone around spending negotiations despite sliding timeline

From CNN's Haley Talbot and Aileen Graef





House Speaker Mike Johnson speaks with the media on Monday.  CNN

House Speaker Mike Johnson maintained an optimistic tone about spending negotiations Monday night despite a sliding timeline and following a lively discussion on the House floor with key negotiators.

> "I was just talking to Chairman (Jodey) Arrington and the budget committee, and we're getting very close," Johnson said as he left the chamber.
> When asked about the visibly animated conversation with Arrington and House Majority Leader Steve Scalise, Johnson said: "Oh, look, he's like my brother. We have lots of animated conversation. It's all positive, though."

When asked about the sliding timeline as he tries to wrangle his slim majority, Johnson replied "everything's sliding around here if you notice." When asked if he was having more meetings tonight, Johnson said: "For me? Yes, they are endless."

Johnson once again advocated for the one-bill solution, saying with two bills the probability of success "decreases dramatically."

Johnson said doing one bill of things all Republicans agree on like energy and border security is "low-hanging fruit."



9:05 p.m. EST, February 10, 2025

US tariffs on steel and aluminum are "totally unjustified."

## US tariffs on steel and aluminum are "totally unjustified," Canada's industry minister says

From CNN's Michael Rios and Anna Cooban

Canada's Minister of Innovation, Science and Industry François-Philippe Champagne said Monday that US tariffs on steel and aluminum would be "totally unjustified," warning that the country's response to the measure will be "clear and calibrated."

Canada is the United States' largest source of both materials, according to the US Department of Commerce — a fact that Champagne highlighted in his statement on Monday.

> "Canadian steel and aluminum support key industries in the US from defense, shipbuilding, energy to automotive," he said.

Champagne added that Canada would consult with its international partners and examine details of the tariffs.

Chrystia Freeland, Canada's former finance minister who is running to replace Justin Trudeau as prime minister, described the tariffs as "illegal and unjustifiable."

> "Given that Donald Trump has decided to proceed with tariffs against our steel and aluminum industries and workers, we must do what we did the first time he tried: retaliate dollar for dollar," she said in a statement titled "The Proven Plan to Stop Trump's Tariffs."

Freeland also called for talks with other affected countries to push back against President Donald Trump.

**Some background:** Trump on Monday imposed a 25% tariff on all steel and aluminum imports into the United States with no exceptions or exemptions. And although the United States gets most of its steel from Canada, Brazil and Mexico, the tariffs are largely — albeit indirectly — aimed at China. Read more details here.

*This post was updated with the statement from Chrystia Freeland.*



---

8:13 p.m. EST, February 10, 2025

## Trump says he has spoken with Chinese President Xi since taking office

From CNN's Alejandra Jaramillo



US President Donald Trump and Chinese leader Xi Jinping.   Getty Images

President Donald Trump said he has spoken to Chinese President Xi Jinping since taking office on January 20.

"Yeah, I have talked to him," Trump responded to Fox News' Bret Baier when asked if he had spoken to Chinese leader since inauguration, during a pre-taped interview aired Monday.

> "I happen to like him a lot, President Xi," Trump said. "I have talked to him, and I talk to his people too. His people come in all the time, we have a very good personal relationship."

He also said that he knows North Korea leader Kim Jong Un "better than anybody."

Trump told reporters he was in "no rush" to speak with Xi the same day the administration implemented 10% tariffs on Chinese imports.

Just last week, Beijing announced a broad package of economic measures targeting the US, hitting back after Trump imposed 10% tariffs on Chinese imports.

8:00 p.m. EST, February 10, 2025

## Most Head Start programs and community health centers regain access to federal funds

From CNN's Tami Luhby

Fewer than 10 Head Start programs nationwide were having trouble accessing their federal funds on Monday, down from around 57 programs last Thursday, Tommy Sheridan, deputy director of the National Head Start Association, told CNN.

Likewise, the funding disruptions affecting some community health centers "have largely been resolved at this point," said Alexandra Walker, communications director for the National Association of Community Health Centers.

The programs were among multiple other nonprofit, community and health organizations that were experiencing delays in receiving federal money from the Department of Health and Human Services' grant payments portal. The Office of Management and Budget released a memo in late January ordering a pause on trillions in federal grants, loans and financial assistance but quickly rescinded it. A federal judge then temporarily blocked the effort.

HHS acknowledged in a statement to CNN last week that some users of its payments system "may be experiencing lags due to the high volume of requests." The department is working to "help expedite resolution as quickly as possible," it said.

The agency did not immediately return a request on Monday for an update on the payment delays.

The improvement in the programs' funding comes as a federal judge on Monday told the Trump administration for a second time that it cannot cut off grant and loan payments.



7:48 p.m. EST, February 10, 2025

## Trump signs executive order aimed at encouraging return to plastic drinking straws

From CNN's Alejandra Jaramillo

President Donald Trump on Monday signed an executive order aimed at encouraging the US government and consumers to purchase plastic drinking straws.

government and consumers to purchase plastic drinking straws.

"We're going back to plastic straws," Trump told reporters from the Oval Office as he signed the order.

This move follows former President Biden's goal to reduce the government's reliance on single-use plastics.

> "I don't think that plastic is going to affect a shark very much as they're eating, as they're munching their way through the ocean," Trump said.

In 2022, the Department of the Interior began implementing a plan to phase out single-use plastics on public lands by 2032, part of a broader effort by the Biden administration to eliminate single-use plastics across federal government operations by 2035, as previously reported by CNN.

Trump and other Republicans have frequently used paper straws as a symbol in their opposition to Democratic-backed environmental policies.



---

7:53 p.m. EST, February 10, 2025

## Trump expands his criticism of the judiciary system

From CNN's Michael Williams

President Donald Trump on Monday expanded on his criticisms of the judiciary system, criticizing judges for wanting to "tell everybody how to run the country."



> **"Judges should be ruling. They shouldn't be dictating what you're supposed to be doing," Trump told radio host Mark Levin during an interview Monday night.**

Trump later criticized California and New York and what he described as efforts to "Trump -proof" those states. He said those efforts "make[s] it difficult to want to help."

"I mean, New York, the corruption in the court system is unthinkable," Trump said. "What they've done in the court system to people, and in particular to me and to others, is just — can't be allowed to go on."

"And you know, you want to help places, and you want to help the big cities and the inner cities

and these states that in cases are horribly, horribly run. But it really makes it difficult to want to help, I will tell you," Trump said. "It makes it difficult when you're a victim of massive frauds."

**Background:** This administration's massive overhaul of the federal government, including the closure of agencies and plans to offer "buyouts" thousands of federal workers, have been challenged in federal courts. Some of Trump's top advisers have cast doubt on whether rulings on those lawsuits would even constrain the president.



---

7:31 p.m. EST, February 10, 2025

## Trump confirms goal to "totally eliminate" the Consumer Financial Protection Bureau

From CNN's Alejandra Jaramillo

President Donald Trump confirmed that his goal is to "totally eliminate" the Consumer Financial Protection Bureau (CFPB), a federal agency he has long criticized.

When asked by a reporter if his goal was to have a "totally eliminated agency," Trump was quick to respond, "Yeah," before elaborating, "Because we're trying to get rid of waste, fraud, and abuse."

Trump also claimed the CFPB was created with harmful intentions.

> "That was a very important thing to get rid of, and it was also a waste. I mean, number one, it was a bad group of people running it, but it was also a waste," he said, continuing his long-standing opposition to the bureau's role in consumer protection.

**Some background:** Employees at the CFPB were unexpectedly notified on Sunday afternoon that the agency's Washington, DC, headquarters would be closed for the week, as CNN previously reported.

In an email obtained by CNN, Adam Martinez, the CFPB's chief operating officer, directed all employees and contractors in Washington to "work remotely unless instructed otherwise by our Acting Director or his designee." The email did not provide an explanation for the sudden closure.



7:24 p.m. EST, February 10, 2025

# Here's the latest legal challenges and court rulings as Trump seeks to restructure government

From CNN's Elise Hammond, Katelyn Polantz, Devan Cole, Tierney Sneed, Meg Tirrell and The Associated Press

There is now a growing pile of court proceedings challenging President Donald Trump's executive actions as he seeks to reshape the federal government in his first weeks in office.

In at least two of those cases, litigants have accused the administration of not complying with federal judges' orders, though it's not clear yet if that is intentional.

Here's the latest legal news:

- **USAID workers:** Federal workers told a judge Monday that the Trump administration hasn't reinstated US Agency for International Development employees who were put on leave, as was ordered by the court late last week. The workers' testimonies came in a new filing in the Washington, DC, federal court.

- **Freezing federal aid:** Earlier on Monday, in a different case, a federal judge in Rhode Island found that the administration violated the "plain text" of an order unfreezing billions of dollars in federal aid. The judge, for the second time, told the Trump administration it can't cut off grant and loan payments, after several Democratic-led states complained that the administration wasn't obeying previous court orders and was still withholding federal funds from some groups.

- **Federal "buyout":** Another federal judge extended a pause on the deadline set by the Trump administration for federal workers to accept a deferred resignation and temporarily prohibited the government from soliciting more so-called buyouts. The temporary restraining will stay in place until the judge decides if he should indefinitely pause the offer's deadline pending further court proceedings.

- **Public health research:** A federal judge paused cuts that the Trump administration had made to funding for public health research, but Monday's temporary restraining order will only apply in the 22 Democratic-led states that brought a lawsuit challenging the reduction in funding. The states argued the proposed cuts would halt "countless life-saving health research and cutting-edge technology initiatives," according to the lawsuit.

- **Birthright citizenship:** A third federal judge on Monday blocked Trump's executive order ending birthright citizenship for the children of people who are in the US illegally. The ruling from a US district judge in New Hampshire comes after two similar rulings by judges in Seattle and Maryland. At least nine lawsuits have been filed to challenge the birthright citizenship order.

- **Treasury payment systems:** The Trump administration is fighting a court order from Saturday that restricts political appointees from accessing a critical Treasury Department payment system responsible for processing trillions of dollars in federal funds. Tom Krause, the top political appointee at Treasury and a key ally of Elon Musk, wrote to a judge that he had never had "direct or personal" access, but he can view data being accessed by Treasury employees who did have access to the system.



---

**7:49 p.m. EST, February 10, 2025**

## Some lawmakers defend role of federal courts as judges issue orders on Trump actions

From CNN's Elise Hammond, Manu Raju, Haley Talbot, Ali Main, Ted Barrett and Aileen Graef

As court rulings have blocked some of the Trump administration's agenda, some lawmakers are weighing in on the role of the judiciary.

Judges issued recent court orders for several of Donald Trump's recent actions, including the deadline for mass federal resignations, a bid to end birthright citizenship, and a move to place thousands of workers at the US Agency for International Development on leave.

It all comes after Vice President JD Vance questioned whether judges can block any of Trump's agenda.

> "If a judge tried to tell a general how to conduct a military operation, that would be illegal," Vance said in a post on X over the weekend. "If a judge tried to command the attorney general in how to use her discretion as a prosecutor that's also illegal. Judges aren't allowed to control the executive's legitimate power."

*Here's how some lawmakers are reacting:*

- **House Speaker Mike Johnson** said he hadn't kept up on the latest litigation, but "obviously we have systems that have to work," when asked if the Trump administration should comply with federal court orders, including one over the weekend ordering the destruction of some downloaded information from a Treasury Department payment system.

- **Senate Majority Leader John Thune** defended the role of courts, saying they are "the branch of our government that calls balls and strikes, and referees, and I think that they've got an important role to play." He said he expects federal courts to continue to play "the important role of ensuring that you know that the laws in the country are followed."

February 10, 2025 Donald Trump presidency news | CNN Politics

important role of ensuring that you know that the laws in the country are followed.

- **Republican Sen. Susan Collins** said "the administration has to follow the court rulings. I would note that President Biden did not do so when it came to the student loan program." The former president set a "very unfortunate precedent," she said.

- **GOP Sen. John Cornyn** said he does not think there is a risk that President Donald Trump's administration will ignore federal court rulings against them, referring to the 1805 case of Marbury vs Madison that established judicial review of the other two branches of government. Asked if Trump can dismantle federal agencies without Congress' OK, he didn't directly answer, but said "I think all this stuff is going to end up going to courts."

- **Senate Judiciary Chairman Chuck Grassley** pushed back on the idea from Vance's tweet that judges cannot check the executive branch's power: "I'm a member of the legislative branch, and I'll let the executive branch speak for themselves, but we got a system of checks and balances, and that's what I see working."

- **Republican Sen. Josh Hawley** said that he believes the Trump administration will ultimately comply with court rulings, and he believes they should. "When the judge issues a binding order within their jurisdiction, then that needs to be followed. And even if it's frustrating, part of that, you can follow and still say you think it's wrong," he said.

- **Sen. John Kennedy**, a Republican who sits on the Senate Judiciary, defended the legitimacy of the federal judiciary and said if you don't like a decision "that's why God made the courts of appeal." He added that he supports "the process, and I support the legitimacy of the federal judiciary."



---

7:07 p.m. EST, February 10, 2025

## Johnson said he won't talk timeline on budget, but maintains they are close

From CNN's Lauren Fox





House Speaker Mike Johnson stops to speak with reporters as he arrives at the US Capitol on Monday.  Francis Chung/Politico/AP

House Speaker Mike Johnson declined to lay out a timeline for when House Republicans would ultimately unveil a budget resolution — warning that every time he does so, reporters call him out when it moves.

> "Stay tuned. I am not going to project timelines and deadlines because you all call me on it and say I missed it," Johnson said.

He also said that freedom caucus gave him a heads up they were going to unveil their own budget resolution earlier tonight, a sign that Republicans are deeply divided even amongst their own ranks about one bill vs. two.

Johnson also argued he and Senate Budget Chairman Lindsey Graham aren't far apart despite the fact that Graham is marching ahead with his own budget blueprint in the Senate later this week that tackles only border and defense and leaves taxes for later in the year.

"There is no daylight between us. We all have exactly the same objectives … there are different ideas of how to get there," Johnson said. "The reality is the House really needs to drive the process because it's more complex what we have to do on our side."



7:00 p.m. EST, February 10, 2025

## Trump urges Israel to cancel truce deal if hostages aren't

## freed by Saturday – and "let all hell break out"

From CNN's Donald Judd



President Donald Trump speaks after signing an executive order in the Oval Office of the White House in Washington, DC, on Monday. Kevin Lamarque/Reuters

President Donald Trump on Monday urged Israel to cancel its ceasefire deal with Hamas and "let all hell break out" if Hamas does not return all the hostages still being held in Gaza by noon Saturday.

Trump's comments come after Hamas threatened to postpone Saturday's hostage release "until further notice," accusing Israel of breaking the ceasefire deal earlier Monday.

> "As far as I'm concerned, if all of the hostages aren't returned by Saturday at 12 o'clock — I think it's an appropriate time — I would say, cancel it and all bets are off and let hell break out," the president told reporters in the Oval Office.

Pressed on what "all hell" might entail in Gaza, Trump demurred, saying, "You'll find out, and they'll find out. Hamas will find out what I mean."

Trump's Middle East envoy, Steve Witkoff, was involved in negotiating the ceasefire between Israel and Hamas, which was secured in the waning days of President Joe Biden's administration.

But since taking office, Trump has suggested he wasn't sure the ceasefire would hold. A proposal to permanently displace Palestinians from Gaza and for the United States to "own" the Strip has injected yet more uncertainty into the process.

Trump is expected to meet with Jordanian King Abdullah II on Tuesday, who, along with his counterparts in Egypt and other Arab nations, has flatly rejected Trump's Gaza plan.



---

7:04 p.m. EST, February 10, 2025

## Trump names Doug Collins interim head of watchdog agencies

From CNN's Michael Williams



Doug Collins be the Secretary of the Department of Veterans Affairs, testifies during his Senate Veterans' Affairs Committee confirmation hearing on January 21, 2025 in Washington, DC. Samuel Corum/Getty Images/File

confirmation hearing on January 21, 2025 in Washington, DC.  *Samuel Corum/Getty Images/File*

President Donald Trump on Monday named Veterans Affairs Secretary Doug Collins as the interim head of the offices of the Special Counsel and Government Ethics after he removed the previous leader of the government watchdog agencies.

Collins' interim appointment comes after Trump dismissed David Huitema, the OGE director who had been confirmed to his post by the Senate in November, and Hampton Dellinger, the federal government's Special Counsel, in a purge of government oversight agencies.

The OGE oversees the executive branch's ethics program while the Special Counsel handles whistleblower complaints.

*CNN's Fredreka Schouten and Katelyn Polantz contributed to this report.*



6:53 p.m. EST, February 10, 2025

## Trump ousts top government ethics czar

From CNN's Fredreka Schouten





David Huitema, Director of the Office of Government Ethics, sits down with Reuters for his first interview on the job, at his office in Washington, on January 2.  Evelyn Hockstein/Reuters

President Donald Trump is removing the head of the Office of Government Ethics from his post, the agency said Monday — the latest example of the president acting against a government watchdog.

The agency's director, David Huitema, was confirmed to the post by the Senate in November. He had been nominated by President Joe Biden but had languished for more than a year in the Senate before lawmakers confirmed him by a 50-46 vote during a post-election lame-duck session.

In an interview with CNN, Huitema said he was notified of his removal by the Presidential Personnel Office through an email that had been sent Friday night.

Huitema said he was unaware of any specific agency action that would have precipitated Trump's decision.

> "My sense is that the president doesn't want OGE, or really anyone with an independent voice, to address concerns that are raised," he said.

CNN has reached out to the White House for comment.

It was "disappointing," the 53-year-old said, to have his job end so quickly and "without any explanation or notice." He previously served as a State Department ethics official and said he has worked for the federal government for 19 years.

OGE directors typically serve 5-year terms — allowing them to overlap administrations as part of an attempt to reduce partisanship. On Monday, a statement on the agency website read: "OGE has been notified that the President is removing David Huitema as the Director of OGE. OGE is reverting to an Acting Director."

**Read more details here** about Huitema's ouster

*This post has been updated with comments from Huitema.*



6:54 p.m. EST, February 10, 2025

# Department of Justice directs Southern District to drop corruption case against New York Mayor Adams

From CNN's Paula Reid and Gloria Pazmino

The Department of Justice is directing the Southern District of New York to drop its current case against New York City Mayor Eric Adams, according to a memo obtained by CNN.

The memo, which was sent by Acting Deputy Attorney General Emil Bove — who is former SDNY prosecutor himself — instructed the Acting United States Attorney for the Southern District to dismiss the charges "as soon as is practicable," subject to several conditions including a review by the Southern District after the November 2025 mayoral election.

The Southern District of New York brought public corruption charges against the mayor last year in the first prosecution of a sitting mayor in the city's modern history. The case was scheduled to go to trial this spring.



6:44 p.m. EST, February 10, 2025

# Senate breaks filibuster on Gabbard's nomination, clearing way for confirmation vote

From CNN's Morgan Rimmer

The Senate voted 52-46 to break a filibuster on Tulsi Gabbard's nomination to be director of National Intelligence.

This sets up a confirmation vote on her nomination as late as 12:34 a.m. ET Wednesday, if Republicans and Democrats cannot cut a time agreement to vote any earlier.



Search CNN...

**Subscribe**

**Sign in**

Live TV

Listen

Watch

US

World

Politics

Business

Markets

Health

Entertainment

Tech

Style

Travel

Sports

Live updates: Donald Trump presidency news | CNN Politics

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

CNN Underscored

Games

About CNN

## Politics

### FOLLOW CNN POLITICS

   

Terms of Use    Privacy Policy    Cookie Settings    Ad Choices    Accessibility & CC    About    Subscribe    Newsletters

Transcripts    Help Center

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

Case 1:25-cv-00381-ABJ     Document 38-17     Filed 02/27/25     Page 60 of 276

# Exhibit H

# Russell Vought Orders Consumer Protection Bureau's Headquarters Closed for a Week

The order to shutter the agency's headquarters follows another order issued Saturday by Mr. Vought, who also leads the Office of Management and Budget, telling agency employees to halt nearly all their work.

 **By Stacy Cowley**
Consumer finance reporter

Feb. 9, 2025

Employees at the Consumer Financial Protection Bureau received an email on Sunday saying the bureau's headquarters would be closed for the coming week.

"Employees and contractors are to work remotely unless instructed otherwise from our Acting Director or his designee," said the notice, a copy of which was reviewed by The New York Times.

Russell Vought, who now leads the Office of Management and Budget, was appointed late Friday as the consumer bureau's acting director. Mr. Vought was an architect of Project 2025, the conservative blueprint for radically remaking the federal government.

The order to shutter the agency's headquarters follows another order that Mr. Vought issued Saturday, telling agency employees to halt nearly all their work, including their regulatory supervision of banks and other financial companies.

The union that represents the bureau's employees filed a lawsuit against Mr. Vought on Sunday night. Granting Mr. Musk's team access to employee records violated the Privacy Act, the 1974 law regulating how the government handles individuals' personal information, the union said in its complaint, which was filed in federal court in Washington.

Agency workers fear their employment data could be used for online harassment or "to blackmail, threaten or intimidate them," the complaint said. Workers are also concerned about disclosure of their personal health or financial details, the union added.

The union filed a second lawsuit against the acting director over his efforts to freeze the agency's work. Mr. Vought's orders illegally infringe, the union said, on "Congress's authority to set and fund the missions" of the consumer bureau.

The consumer protection agency, created by Congress in 2011 as a financial industry watchdog, cannot be closed without congressional action, but its director can freeze most of its actions by halting enforcement, weakening or repealing regulations and softening its supervision of banks and other lenders.

**Stacy Cowley** is a business reporter who writes about a broad array of topics related to consumer finance, including student debt, the banking industry and small business. More about Stacy Cowley

# Exhibit I

*Democracy Dies in Darkness*

# Consumer Financial Protection Bureau to shutter for a week

The closure of the independent watchdog follows a visit Friday by members of Elon Musk's U.S. DOGE Service team.

February 9, 2025

🎧 3 min    ↗    🔖    💬 317

By Lauren Kaori Gurley and Ian Duncan

The Trump administration is closing the offices of the Consumer Financial Protection Bureau for the coming week, according to an email viewed by The Washington Post, casting further doubt on the future of an agency tasked with protecting the public against predatory lending practices.

Russell Vought, director of the White House budget office, who became the acting head of the federal government's financial industry watchdog agency on Friday, sent an email to staff Saturday ordering them to "cease all supervision and examination activity" and "cease all stakeholder engagement," according to the email.

In a separate email sent Sunday morning, also viewed by The Post, Adam Martinez, the CFPB's chief operating officer, informed staff that the agency's Washington headquarters would be closed from Monday through Friday.

Also Sunday, staffers reported that the agency's office was already locked, and that security had informed those inside to leave.

The closure of the office follows a visit Friday by members of Elon Musk's U.S. DOGE Service team, which has been probing data at federal agencies with a mission to cut costs. The CFPB has been a target of Musk's since before President Donald Trump took office, and on Friday he posted to his X page saying "CFPB RIP" with the tombstone emoji.

The same day, Trump installed Vought as the bureau's acting director.

Even before this weekend, the bureau's future was unclear. Trump had fired its director, Rohit Chopra, who had used the agency's powers to crack down on predatory lending and serve as a watchdog for the financial arms of large tech firms. After Chopra's dismissal, the bureau's new leaders ordered staff to halt their work and blocked the implementation of rules finalized in the late days of the Biden administration.

The freeze on work at the CFPB has parallels with efforts at a number of other federal agencies that Trump's team has an eye on dismantling or paring back. They include the U.S. Agency for International Development, the Education Department and the Federal Emergency Management Agency. In each case, it's not clear that the White House has the legal authority to unilaterally shut the agencies.

"This is hugely unprecedented and deeply concerning for all of the folks here," said a CFPB staffer on Sunday, who spokes on the condition of anonymity because they feared retaliation for speaking to the news media. "It certainly seems to be consistent with what they're doing at USAID."

Congress created the CFPB after the 2008 financial crisis to serve as an independent consumer watchdog over banks and other institutions. In recent years, the bureau has enacted new protections for Americans from medical debt; expanded access to banking services; and cracked down on financial institutions that levy high fees. These measures have long drawn fire from Republicans, who have accused the agency of overreach.

**What readers are saying**

The comments overwhelmingly criticize the Trump administration's decision to close the Consumer Financial Protection Bureau (CFPB), viewing it as a move that benefits wealthy individuals and corporations at the expense of ordinary consumers. Many commenters express concern that... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# Exhibit J

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 68 of 276

NEWSLETTER

## On Politics: Musk's Washington

---

# *When Musk's Team Shows Up at Your Doorstep*

The upheaval at the Consumer Financial Protection Bureau offers a glimpse into the playbook that Elon Musk and other Trump allies seem to be writing in real time.

 **By Jess Bidgood**

Feb. 12, 2025

> **You're reading the On Politics: Musk's Washington newsletter.** A close-up look at how Elon Musk is trying to transform the federal government.

At first, things at the Consumer Financial Protection Bureau seemed eerily calm.

The Biden-appointed director of the agency, which was created after the 2009 financial crisis to regulate banks and other lenders, was not immediately fired by President Trump. The lawyers at the agency continued with their business. In late January, they said a remittance company was misleading customers about its fees and ordered it to pay a $2.5 million fine.

And then the chaos began.

On the morning of Feb. 1 — a Saturday — the director was dismissed, as my colleague Stacy Cowley, who has followed every twist and turn of this story, reported. By the next Friday, Feb. 7, Russell Vought, the director of the Office of Management and Budget and a close Trump adviser, was installed as the C.F.P.B.'s acting director. Representatives from the new Department of Government Efficiency, which is led by Elon Musk and is not a formal executive-branch department, arrived and got access to the computer systems.

Musk posted a message on his X account: "CFPB RIP."

Musk's cost-cutting team has been operating with little transparency. Members don't announce what they're doing, who's doing it or how. So it's worth understanding what's happening at the C.F.P.B., both because of the direct impact on the agency's work and because it's a glimpse into the playbook that Musk and his team, working with Trump officials like Vought, seem to be writing in real time.

Case 1:25-cv-00381-ABJ   Document 38-17   Filed 02/27/25   Page 69 of 276

## The panic strategy



Russell Vought on Capitol Hill this week.  Haiyun Jiang for The New York Times

Last Saturday, Vought ordered the nearly 1,700 people who work at the agency to stop much of their work. The edict prompted widespread fear and deep concern about the agency's future. People worried that their work phones and computers were being tracked. One employee I spoke with, who asked not to be identified out of fear of retaliation, felt panic, and then remembered that Vought had spoken in 2023 of his intent to demoralize workers in the civil service.

"We want the bureaucrats to be traumatically affected," Vought had said.

Some employees tried to plug away at their jobs. Two of them told me that after they saw Musk's post on X about his team's preference for working on weekends, when federal offices are closed, they decided they would do the same. On Saturday, they saw three employees from Musk's team in the bureau's basement, working in conference rooms with the windows papered over.

## The confusion

Those two employees, who also spoke with me on the condition of anonymity for fear of retribution, returned to the office on Sunday, about an hour and a half after the agency's chief operating officer sent an email informing the staff that the offices would be closed for the week.

By 4:30 p.m., security officers in the lobby were telling employees who showed up that they wouldn't be allowed inside. The two employees and others who were already inside worked to collect personal belongings that people worried they might not be able to access again. As their colleagues who weren't in the office messaged about what they needed, the employees gathered clothes, family photos and a breast pump.

Upstairs, some of the employees who were already inside stuck signs in the window. "CFPB fights for you," one said.

Case 1:25-cv-00381-ABA   Document 38-17   Filed 02/27/25   Page 70 of 276

## Dismissals and departures

A White House spokesman did not respond to a request for comment about the C.F.P.B. The agency was founded in 2011 after Elizabeth Warren, now a Democratic senator from Massachusetts, pressed President Obama to tighten controls on banks as part of a sweeping financial reform bill in 2010. Republicans and the financial industry have targeted it for years, arguing that it is unaccountable and has overstepped its mandate.

---

Tracking Trump's First 100 Days ›
**The Trump administration's previous actions on C.F.P.B.**

| | |
|---|---|
| Feb. 21 | Canceled the lease of the Consumer Financial Protection Bureau's headquarters › |
| Feb. 10 | Denounced the Consumer Financial Protection Bureau › |
| Feb. 7 | Named Russell Vought acting director of the Consumer Financial Protection Bureau › |
| Feb. 3 | Ordered Consumer Financial Protection Bureau to stop most work › |
| Feb. 3 | Named Scott Bessent acting director of Consumer Financial Protection Bureau › |
| Feb. 1 | Fired director of Consumer Financial Protection Bureau › |

See every major action by the Trump administration ›

---

Musk has his own connection to the agency. The bureau has a database containing hundreds of complaints about his car company, Tesla. The agency also regulates digital payment platforms — something Musk is developing at X, my colleagues noted today.

For now, employees have been told not to do "any work task" and the agency's enforcement work is frozen. The enforcement division received an email on Monday telling it to stand down on any continuing work because there would be "new enforcement priorities."

On Tuesday, two key leaders at the agency resigned. Recently hired employees — those still in their "probationary" period — found they could no longer access their email or other work systems.

One of them was Taylor Sonne, 27, a compliance examiner living in Houston who had learned about the bureau in college and made it his mission to work there. Five minutes after he realized was locked out, he received a message to his personal email address saying he had been fired because, according to the letter, the agency had found he was "not fit for continued employment." Other probationary employees were fired, too.

Sonne had just been promoted, he said, and had only one month to go before his probationary period was over. He said his termination seemed to take even his direct supervisor by surprise.

"It was demeaning," he told me. "At the end of the day, I just want to do my job."

It's not clear what will happen next. Trump has nominated a new director. But the disruption has created lingering questions about the future of the agency and its mission.

---

AGENCY REPORT

Case 1:25-cv-00381-ABJ   Document 38-17   Filed 02/27/25   Page 71 of 276

## Accidental access at Treasury

After Musk's team got access to a payment system at the Treasury Department, the Trump administration claimed the staff members could only see the data, not alter it.

But my colleague Andrew Duehren reported yesterday that a young ally of Elon Musk and former Treasury Department appointee had been accidentally given the ability to make changes to a sensitive payment database.

A court filing revealed that, on Feb. 6, Treasury officials found that Marko Elez had been given "read/write" permissions to one of the payment databases. Elez, a 25-year-old former employee of X, resigned from the team last week after being linked to racist social media posts.

That access was revoked, according to the filing, and the incident is being investigated.

**More on government agencies**

- Layoffs have been ordered at the General Services Administration, two people with knowledge of the situation told our reporters.

- Musk's cost-cutting team is at the Department of Labor — and that could really matter for the U.S. economy, according to Politico.

---

MEANWHILE ON X

## Musk vs. the courts

*Musk rarely does interviews, but he is using his X account as a megaphone. My colleague Kate Conger, the co-author of a book called "Character Limit: How Elon Musk Destroyed Twitter," guides you through his most important messages in recent days.*

Right now, the strongest check on Musk's power may be the federal courts. Looking at his feed on X, Musk seems to understand this.

In recent days, as courts have blocked some of this work, Musk has called for some judges to lose their jobs.

On Wednesday, Musk reposted a message from Senator Mike Lee, Republican of Utah, calling for "corrupt" judges to be impeached. Musk added an American flag emoji. He shared several other messages from X users that accused the judges of activism and overreach.

He also started a poll, asking his followers to reply "yes" or "no" to the prompt: "Federal judges who repeatedly abuse their authority to obstruct the will of the people via their elected representatives should be impeached."

Musk has bristled at judicial oversight in the past, and gone to great lengths to avoid scrutiny from the courts. He focused particular ire at a Delaware judge who has overseen several lawsuits against him and his businesses, using his posts on X to accuse her of corruption. He also reincorporated several of his businesses in Texas to avoid being dragged into her courtroom as part of future litigation.

**Other notable posts:**

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 72 of 276

- Musk has been celebrating his rising power. On Wednesday, he shared photos and videos of himself in the Oval Office with President Trump. Musk is walking a fine line with Trump, who doesn't like to be overshadowed by his aides. Musk's feed suggests his strategy to this dilemma is effusive flattery. "I love @realDonaldTrump as much as a straight man can love another man," he recently posted.

- He also celebrated a milestone when, for the first time, he had more than 217 million followers on X.

— Kate Conger

BY THE NUMBERS

# *The head count*

My colleagues are tracking the numbers behind Trump and Musk's attempts to shrink the government payroll. Their regularly updated tally is here.

| Federal employees targeted for cuts | |
| --- | --- |
| **Type of cut** | **Employees affected** |
| Targeted for agency dismantling | At least **8,700** |
| D.E.I. workers | At least **280** |
| Jan. 6 and Trump investigators | At least **33** |
| Government watchdogs | At least **22** |
| Other staff | At least **224** |

Data shown is as of Feb. 11, 2025. | By The New York Times

**Got a Tip?**
The Times offers several ways to send important information confidentially.

MUSK'S WORLD

# *An origin story*

Antonio Gracias, a Silicon Valley investor who is one of Musk's closest friends, recently pulled back the curtain a bit on the earliest days of the Department of Government Efficiency. His description reveals Musk's immediate frustration with government accounting.

On the "All-In" podcast, Gracias said he was at Mar-a-Lago with Musk during the transition, "trying to track through how does the money actually flow."

"No one could tell us how it actually flows. Where is it going out? People didn't know."

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 73 of 276

"How can the government not know how much money it's spending?" he asked, bewildered. "Just hit the button on the computer and figure it out. The problem is — that button doesn't exist." (According to the Treasury Department, the federal government spent $6.75 trillion last year.)

Gracias said he was still somewhat involved in Musk's project. "I'm in and out a little bit, and trying to help where I can, but I'm not there full time," he said.

— Theodore Schleifer

---

YOU SHOULDN'T MISS

## How Musk is redefining 'doxxing'



Elon Musk in Palm Beach, Fla., last year.  Haiyun Jiang for The New York Times

My colleague Ken Bensinger takes a sharp look at how Musk and other Trump allies have suggested that journalists who report on their work are "doxxing." Ken writes:

> For years, journalists have written about the social media posts of government employees to help reveal the positions, motivations and actions of public officials.
>
> But when a journalist recently trained that same lens on Elon Musk's new government efficiency program, the billionaire suggested that the reporting might be illegal, joining other powerful figures connected to the Trump administration who have made similar claims in recent weeks.

Ken notes that First Amendment groups are pushing back, pressing one Trump official to explain what laws were violated.

Read more here.

**Jess Bidgood** is a managing correspondent for The Times and writes the On Politics newsletter, a guide to the 2024 election and beyond. More about Jess Bidgood

# Exhibit K

2/27/25, 4:34 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 75 of 276
Secrecy preceded the shutdown of the consumer protection agency's Washington headquarters | AP News

POLITICS

## Secrecy preceded the shutdown of the consumer protection agency's Washington headquarters



BY CHRIS MEGERIAN
Updated 6:32 PM EST, February 10, 2025

▶ Follow live updates on President Donald Trump and his new administration.

WASHINGTON (AP) — Over the weekend, some staff members at the Consumer Financial Protection Bureau saw a sign of trouble to come.

Windows in two basement conference rooms were covered with brown paper and blue painter's tape, concealing their occupants. Voices could be heard inside discussing cuts to government agencies. When the

door was cracked open, there were young people with temporary badges.

It was fresh evidence that the agency, which was created to protect Americans from financial fraud, abuse and deceptive practices, was the newest target of Elon Musk and his Department of Government Efficiency, known as DOGE. Now the Washington headquarters is shut down for the week, and there are fears that it will be gutted like the U.S. Agency for International Development.

Pictures of the conference rooms were viewed by The Associated Press, and the scene was described by two current employees who spoke on the condition of anonymity because they feared retaliation. The secrecy contradicts insistence by the White House that Musk is transparently fulfilling President Donald Trump's goal of downsizing the federal government.



Fresh Foam X 880

Shop now

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.     DONATE

Trump defended his administration's broadside against the Consumer Financial Protection Bureau, or CFPB, saying it was "set up to destroy people."

**RELATED STORIES**



**Americans brace to feel impact of Trump actions halting CFPB's work**

2/27/25, 4:34 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 77 of 276
Agency prodded the White House consumer protection agency, Washington Headquarters | AP News



**Trump fires Rohit Chopra, Consumer Financial Protection director**



**The head of a federal agency for consumers has packed up his office. But will Trump fire him?**

"We did the right thing," he told reporters in the Oval Office on Monday.

Demonstrators gathered outside the bureau to criticize Trump and Musk, who has faced escalating scrutiny as DOGE spreads its reach across the federal government.

"Elon Musk, where are you?" said Rep. Maxine Waters, a California Democrat. "We're not afraid of you."

The White House is considering opportunities for Musk to talk publicly about his work for the first time since the billionaire entrepreneur joined the administration as a special government employee, according to an official who spoke on the condition of anonymity about internal discussions.

So far, Musk has only defended himself on social media, saying he's confident that the American people will support DOGE's efforts. He also responded to accusations that he's improperly accessed sensitive information through government databases, saying "I'm 1000% more trustworthy than untold numbers of deep state bureaucrats and fraudsters."

Russ Vought, Trump's budget chief, is serving as the CFBP's acting director after the previous director, Rohit Chopra, was fired by Trump. Vought sent an email to employees on Monday morning saying they should "not perform any work tasks." They were directed to contact the top lawyer for the Office of Management and Budget "to get approval in writing" before doing anything.

Vought's message followed one on Saturday evening that ordered the bureau to "cease all supervision and examination activity."

There are indications that the bureau's website is being disrupted. The homepage displays a "404: Page not found" message, although other parts still work.

The National Treasury Employees Union, which represents more than 1,000 workers at the bureau, filed a lawsuit saying that Vought's order illegally exceeded his authority.

"It is substantially likely that these initial directives are a precursor to a purge of CFPB's workforce, which is now prohibited from fulfilling the agency's statutory mission," the lawsuit said.

The CFPB, was created after the 2008 financial crisis and subprime mortgage-lending scandal. Officials said that it has obtained nearly $20 billion in financial relief for U.S. consumers since its founding in the form of canceled debts, compensation and reduced loans.

"This is a fight between millions of hardworking people who just don't want to get cheated and a handful of billionaires like Elon Musk, who wants the chance to cheat them," said Sen. Elizabeth Warren, a Massachusetts Democrat who helped create the CFPB.

In recent years, the agency had passed rules capping bank overdraft fees, removing medical debt from consumer credit reports, regulating "buy now, pay later" loans, and requiring disclosures on short-term loans known as earned wage access. It has sued banks for misleading consumers and employers for misleading workers, with a particular focus on curbing junk fees and predatory lending under President Joe Biden's administration.

Banks and industry groups have sued to block some of these rules, claiming the agency has exceeded its regulatory authority. Conservatives and their financial backers have long targeted the bureau, contending it lacks sufficient supervision. However, the bureau's funding and oversight model was upheld by the Supreme Court in May.

On Friday night, Musk posted "CFPB RIP" on X, his social media platform. He added an emoji of a tombstone.

When another person expressed approval of the plan, Musk wrote "they did above zero good things, but still need to go."

Since Congress created the CFPB, it would need to pass additional legislation to formally eliminate it. However, agency leadership can decide what enforcement actions to take.

Democrats and progressives expressed outrage over the Trump administration's decision to target the CFPB.

"Elon Musk and Russ Vought aren't just testing the limits of the law — they're shattering them, daring anyone to stop them," said Leah Greenberg, co-executive director of the activist group Indivisible. "This attack on the Consumer Financial Protection Bureau is illegal, unconstitutional, and a blatant power grab by billionaires who want to rig the system even further in their favor."

———

Associated Press writers Cora Lewis and Christopher Rugaber contributed to this report.



**CHRIS MEGERIAN**
Megerian covers the White House for The Associated Press. He previously wrote about the Russia investigation, climate change, law enforcement and politics in California and New Jersey.

𝕏  ✉

ADVERTISEMENT

Save smarter, faster than ever.

Open Savings Account

MOST READ



1    Immigration officials say everyone living in the US illegally must register. What does that mean?

2    The Trump administration sets the stage for large-scale federal worker layoffs in a new memo

3    A Texas child who was not vaccinated has died of measles, a first for the US in a decade

4    Trump says he will offer 'gold cards' for $5 million path to citizenship, replacing investor visas

5    Trump administration creates registry for immigrants who are in the US illegally

# Exhibit L

← **Post**



**Douglas Gillison**                                                    Follow
@dgillison.bsky.social

Seems today the Trump admin removed the signage from the front door and lobby of the #CFPB....

Photos taken 2 weeks apart



February 19, 2025 at 7:19 PM    👥 Everybody can reply

**4 reposts    1 quote    2 likes**

💬 1                    🔁 5                    ♡ 2                    ⬆                    ⋯



Create account    **Sign in**

 Bluesky

Create account    Sign in

# Exhibit M

 

**Feb. 21, 2025, 10:02 p.m. ET**

Stacy Cowley   Consumer finance reporter

# A consumer bureau is told to vacate its Washington office as its lease is canceled.



The Consumer Financial Protection Bureau's lease was terminated by the Department of the Treasury, which owns the building in Washington.   Al Drago for The New York Times

Employees at the Consumer Financial Protection Bureau have been told that the agency's lease on its Washington headquarters has been canceled and that the bureau has 30 days to vacate the building, according to three people with knowledge of the agency's internal discussions.

The consumer bureau's headquarters are controlled by the Treasury Department, which once used the building for its Office of Thrift Supervision. That agency, a bank regulator, closed in 2011, the same year the consumer bureau opened.

Representatives from the Treasury Department and the consumer bureau did not respond to requests for comment.

Russell Vought, the Office of Management and Budget director, was named the acting director of the consumer bureau' two weeks ago. He immediately began shutting down what he called "a woke & weaponized agency," ordering its headquarters closed and its staff to halt all work. Nearly 200 employees — those who were probationary hires or who worked on fixed-term contracts — were fired, and those who remained were forbidden from entering the agency's offices.

The consumer bureau cannot be officially abolished without action from Congress, which created the agency in the aftermath of the Great Recession to regulate consumer products like mortgages, auto loans, credit cards and bank accounts. The bureau has twice survived Supreme Court cases that aimed to eliminate it.

But firing nearly all the bureau's staff — as Mr. Vought intends, according to litigation in federal court in Washington that is aimed at curtailing his actions — and eliminating its physical premises would functionally be a death knell.

Employees will be assigned a 15-minute window in which they can return to the agency's headquarters to pick up their personal effects, according to two people who were told of the shutdown plan.

Among the many open questions are what will happen to the agency's records, some of which are subject to "litigation holds" and cannot legally be destroyed. A plan to transfer papers to a storage facility is being developed, but several

employees said they worried about what would happen to the vast array of agency records held by cloud software providers. If the contracts with those providers are canceled, irreplaceable data risks being deleted.

Judge Amy Berman Jackson, of the U.S. Court for the District of Columbia, issued an order last week that temporarily prevents the consumer bureau from deleting any agency data, which includes records located on the agency's "premises, on physical media, on a cloud server, or otherwise."

That order will last until Judge Jackson rules on a request for a restraining order sought by lawyers representing the consumer bureau's staff union and other parties. A hearing on that request is scheduled for March 3.

While Judge Jackson's order has paused some of the unwinding of the agency's staff and infrastructure, the physical dismantling of its premise has begun. Workers this week removed the signage on its Washington headquarters.

<u>Show less</u>



**Feb. 21, 2025, 9:27 p.m. ET**
Chris Cameron   Reporting from Washington



# Exhibit N

← Post Reply

 **Philip Melanchthon Wegmann** ✓
@PhilipWegmann

Signs for the CFPB have been removed from the now shuttered bureau headquarters.

 

2:26 PM · Feb 25, 2025 · **7,440** Views

💬 5          ↺ 12          ♡ 34          🔖 1          ⬆️

Replying to **@PhilipWegmann**

# Exhibit O

MAKENA KELLY    DHRUV MEHROTRA    **POLITICS**    FEB 11, 2025 10:41 PM

# Dozens of CFPB Workers Fired in After-Hours Blitz

**Some affected employees of the Consumer Financial Protection Bureau were notified with an email that addressed them as [EmployeeFirstName] [EmployeeLastName], [Job Title], [Division].**



The US Consumer Financial Protection Bureau headquarters in Washington, DC. PHOTOGRAPH: GETTY IMAGES



Dozens of <u>Consumer Finance Protection Bureau employees</u> were terminated on Tuesday evening, sources tell WIRED.

The cuts largely targeted contractors and so-called probationary employees, workers who have served less than two years at the agency. Sources tell WIRED that the CFPB's enforcement division was hit hard, but it's unclear how many employees were let go.

---

## Politics Lab Newsletter by Makena Kelly

Not your average politics newsletter. Makena Kelly and the WIRED Politics team help you make sense of how the internet is shaping our political reality.

SIGN UP

By signing up, you agree to our <u>user agreement</u> (including <u>class action waiver and arbitration provisions</u>), and acknowledge our <u>privacy policy</u>.

Workers were informed that they had been fired with a frenetic email delivered around 9 pm ET on Tuesday. An evidently failed mail merge meant that some affected employees were addressed as [EmployeeFirstName][EmployeeLastName], [Job Title], [Division].

"This is to provide notification that I am removing you from your position of [Job Title] and federal service consistent with the above references," the email from acting chief human capital officer Adam Martinez says. "Unfortunately, the Agency finds that that [sic] you are not fit for continued employment because your ability, knowledge and skills do not fit the Agency's current needs."

The firings follow a tumultuous few days at the CFPB. On Friday, staff for Elon Musk's Department of Government Efficiency shut down a portion of the agency's homepage after a day of struggling to obtain access to the CMS and other systems. WIRED reported last week that three DOGE staffers, including Gavin Kliger and Nikhil Rajpal, were given access to the CFPB's HR, procurement, and financial infrastructure. The DOGE workers were later granted access to all of the agency's systems on Friday, Bloomberg reported this week, including bank examination and enforcement records.

Later on Friday evening, Russell Vought—President Trump's newly confirmed director of the Office of Management and Budget—took over as the acting administrator for the CFPB late Friday evening, as first reported by The Wall Street Journal. Soon after, DOGE staff began sending out email requests asking CFPB managers to give Kliger additional access to agency systems, including physical access control system, payroll processing systems, and the ability to edit the CFPB's website, sources tell WIRED.

Just before 10:30 pm ET on Friday, sources say, someone who appeared to have administrative privileges accessed the agency server using Secure Shell, a protocol that allows remote control of a computer over a network. Bypassing the content management system, they unpublished the homepage file, causing a portion of the CFPB homepage to display a "404: Page not found" notice typical of a website that has been deleted or is otherwise missing. The remainder of the site was functional, including submission forms for industry whistleblowers and consumer complaints.

Around 11 pm on Friday, the CFPB's X account disappeared, and shortly after, according to a CFPB staffer, DOGE left the building.

CFPB sources who spoke to WIRED described being blindsided by the DOGE staffers. "They said they would follow protocol but repeatedly did not," one says, noting that the level of access these staffers have could allow them to lock others out of the building, take down the website, and "obstruct the bureau's ability to carry out its mandate."

**Got a Tip?**

Are you a current or former government worker with insight into what's going on? We'd like to hear from you. Using a nonwork phone or computer, contact the reporters securely using a personal device on Signal at makenakelly.32 and dmehro.89.

One source at CFPB on Friday says they saw two young DOGE staffers wandering through the halls of the building trying to open doors.

"DOGE pulled a Darth Vader in cloud city where they came in promising to respect our rules and ask for read access and then tonight [Friday] at 6 they took a heel turn and demanded website access," another CFPB source told WIRED at the time.

In a pair of emails sent Saturday and Monday, Vought effectively ordered all work at the agency to stop, freezing various enforcement efforts and work on regulations that would affect payment programs run by Big Tech companies.

The CFPB has long been a target of both Elon Musk and conservatives more broadly; the Project 2025 chapter on financial regulatory agencies describes it as "a highly politicized, damaging, and utterly unaccountable federal agency" and calls to have it abolished. Musk wrote "RIP CFPB" with a gravestone emoji in an X post Friday afternoon. In November, he posted "Delete CFPB." There are around 1,700 employees in total at the agency.

The CFPB was established by the 2010 Dodd-Frank Act, a sweeping piece of legislation that imposed significant regulatory reform in the wake of the 2008 financial crisis. Its remit is to protect consumers from unfair or deceptive financial practices, and the agency claims to be responsible for $19.7 billion in consumer relief since its inception, as well as $5 billion in civil penalties.

Some of those wins have come against payment processors including Block, which last month was ordered to pay $175 million in penalties for allegedly failing to sufficiently protect users of its Cash App from fraud. The CFPB also has an active lawsuit against JPMorgan Chase, Bank of America, and Wells Fargo for similar alleged failures on their shared payment app Zelle. Elon Musk will soon be in the peer-to-peer payments business as well, after X entered a partnership with Visa in late January.

# You Might Also Like …

- **In your inbox:** Get Plaintext—Steven Levy's long view on tech
- Musk takeover: No, 150-year-olds aren't collecting benefits
- **Big Story:** Are you lonely? Adopt a new family on Facebook today
- The wild story behind Kendrick Lamar's Super Bowl halftime show
- **Love Bytes:** The brave new frontiers of romance

---



Makena Kelly is a senior writer at WIRED focused on the intersection of politics, power, and technology. She writes the *Politics Lab* newsletter that helps you make sense of how the internet is shaping our political reality—**sign up here**. She was previously at The Verge, CQ Roll Call, and the … Read more

SENIOR WRITER, TECH AND POLITICS

---



Dhruv Mehrotra (he/him) is an investigative data reporter for WIRED. He uses technology to find, build, and analyze data sets for storytelling. Before joining WIRED, he worked for the Center for Investigative Reporting and was a researcher at New York University's Courant Institute of Mathematical Sciences. At Gizmodo, he was … Read more

SENIOR WRITER    

---

TOPICS   DOGE     ELON MUSK     GOVERNMENT     WEBSITES     CONSUMER PROTECTION

# Politics Lab Newsletter by Makena Kelly

Not your average politics newsletter. Makena Kelly and the WIRED Politics team help you make sense of how the internet is shaping our political reality.

|  |
| --- |

**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

---

## READ MORE

---



## The Best Ski Clothes for Staying Warm and Having Fun

From weatherproof jackets and pants to puffers, gloves, and socks, WIRED's winter sports experts have got you covered.

CHRIS HASLAM



## Which Motorola Phone Should You Buy?

Motorola phones may seem old-school, but their simple interface, good battery life, and tendency for steep discounts make them solid wallet-friendly Android smartphones.

JULIAN CHOKKATTU



## Kia Has Revealed Its Electric Camper to Rival VW's ID.Buzz

As the EV4 sedan and EV2 mini SUV round out Kia's electric offering, the brand confirms its PV5 Light Camper is inbound, and an even larger model is likely on the way.

JEREMY WHITE



## Framework's First Desktop Is an Xbox-Sized Mini Gaming PC

This powerful 1440p-capable gaming and workstation computer fits inside a case the size of a small game console.

ANDREW CUNNINGHAM, ARS TECHNICA



## The Best Hair Dryers That Put Your Old One to Shame

Ready to ditch your clunky hair dryer? These top-tier models bring the heat without the damage.

BOUTAYNA CHOKRANE



## DOGE's Chaos Reaches Antarctica

Daily life at US-run Antarctic stations has already been disrupted. Scientists worry that the long-term impacts could upend not only important research but the continent's delicate geopolitics.

LEAH FEIGER



## Elon Musk's Starlink Is Keeping Modern Slavery Compounds Online

A WIRED investigation reveals that criminals who make billions from scam compounds in Myanmar —where tens of thousands of people are enslaved—are using Starlink to get online.

MATT BURGESS



## The New York City Subway Is Using Google Pixels to Listen for Track Defects

New York City's transit authority is one of a few US systems experimenting with using sensors and AI to improve track inspections.

AARIAN MARSHALL



## Top Wayfair Coupons for February 2025

Get 10% off with a Wayfair promo code, up to 70% off furniture, and more top coupons.

MOLLY HIGGINS



## A Deadly Unidentified Disease Has Emerged in the DRC

More than 50 people have died in the Democratic Republic of the Congo, most within 48 hours of the onset of symptoms. Initial analysis suggests neither Ebola nor Marburg is the cause.

MARTA MUSSO



# DOGE Staffers at HUD Are From an AI Real Estate Firm and a Mobile Home Operator

Elon Musk's men at HUD come from the real estate sector. They have access to vast stores of personal and financial data—and control over who can access which HUD systems.

VITTORIA ELLIOTT

Can $1 Million Last 30 Years Into Retirement?

Investors with $1 million, prepare for a comfortable fut
15-Minute Retirement Plan."

Learn More

**Sponsored Links by Taboola**

**Here's Your Chance to Win A MacBook Pro**

Shift

Enter Now

**Looking to finally switch vets? Meet Small Door**

Small Door Veterinary

Learn More

**Sleep Better: Top Mattress Discounts Await**

StartSearch | Search Ads

Click Here

**Here's Your Chance to Win a MacBook Pro**

Shift

Enter Now

**Co-Founder of Google Brain, Andrew Ng, Recommends: "These 5 Books Will Turn Your Life Around"**

Blinkist: Andrew Ng's Reading List

**When to Retire: A Guide for Investors With $1M**

Fisher Investments

Learn More

FIVE IMMERSIVE WORLDS

Five Immersive Worlds. One Amazing Theme Park. Opens May 22, 2025. On sale now.

**Universal Orlando Resort** | Sponsored

Learn more

Stay Safe Online: Top Cyber Security Tips

Protect Sensitive Data With Top-tier Cyber Security Solutions.

**SearchLists | Search Ads** | Sponsored

Learn More

Market Predictions for 2025 [Get Started]

**GoSearches | Search Ads** | Sponsored

Learn More



Stay fully charged

Get 1 year for $30 $10

WIRED

SUBSCRIBE

PRIVACY CONFIGURATIONS

# Exhibit P



CFPB under fire by President
Trump, DOGE

In the weeks since President Trump's return to office, the Consumer Financial Protection Bureau, a target of conservatives, landed in the crosshairs of Elon Musk's DOGE, or Department of Governi Efficiency.

As a watchdog agency, the Consumer Financial Protection Bureau, or CFPB, is tasked with protecti consumers from financial fraud and shady lending practices. Musk has criticized the agency, which would oversee one of his new ventures. Now its head has been fired and workers have been told to stay home. Doors have been locked and all work has ceased.

Rohit Chopra, the fired head – who previously served at the Federal Trade Commission under Mr. Trump during his first term in office – said he sees the targeting of the CFPB as "suspicious"; It's a agency that oversees some of the biggest and most powerful companies out there, including big ba and tech companies moving into financial technology.

"They would want a situation where the agency is a lapdog rather than a watchdog," Chopra said.

## A conflict of interest for Musk?

Mr. Trump, in the Oval Office earlier this month, said it was his goal to fully eliminate the CFPB "because we're trying to get rid of waste fraud and abuse." Getting rid of waste, fraud and abuse is a the president handed to Musk and DOGE.

But eliminating an agency that regulates tech companies creates a potential for conflicts of interest Musk, especially given the secrecy around DOGE – something Musk refutes.

"I don't know of a case where an organization has been more transparent than the DOGE organization," Musk said in the Oval Office on Feb. 11.

He said it would be obvious if he was doing something that would benefit one of his companies. However, it's not obvious or transparent to many. A team of young men – connected with DOGE – given wide access to the bureau's computers, but the American public doesn't know what they're looking for or what they're doing with the access to these files.

Hanna Hickman, who was a bureau attorney until she was fired less than two weeks ago, said she's heard DOGE workers are camped out in the CFPB basement.

"They've got papers up on the windows to keep people from looking in. And they've been accessing data, certainly," she said.

## What's on the computers being accessed by DOGE

In recent years the bureau started aggressively policing digital banking companies and products. S has a lot of information on its computers about them, which is potentially relevant to Musk becaus announced that he's starting a new digital payment platform, X Money.

"He's potentially able to gain access to files of his competitors like Venmo and Cash App. He is able take out the regulator that would've been the watchdog for his company," Hickman said. "I guess it easier to fire us than it is to beat us in court."

A senior White House official told 60 Minutes that Musk is not in the inner workings of the DOGE operations at CFPB. The team working there take their orders from the acting director of the burea The official declined to comment on what specifically the team of young men was doing at the bur

But according to several sources, the team was granted unprecedented access to the CFPB data systems, including to sensitive bank records – access that normally requires training and backgrou checks.

Hickman said every employee at CFPB has to go through an extensive background check.

"It includes a detailed run of our background, fingerprints, talking to neighbors and friends to mak sure we are who we say we are," she said. "It's a process that takes at least a couple of months befo you're hired."

The CFPB's chief operating officer gave a sworn declaration saying the DOGE team members were "provided privacy and cyber security training" and signed non-disclosure agreements.

In response, the CFPB's chief technologist, who just resigned, wrote that the training alone would insufficient, noting that there was also "no mention of DOGE employees undergoing a background investigation."

Lorelei Salas and Eric Halperin, among the highest-ranking civil servants at the CFPB to leave the bureau, said they were horrified by the idea of people rummaging through the bureau's confidential files. After they were placed on administrative leave, both resigned.

"I'm worried about your account number, your social security number being out there," Salas said.

Halperin, who was in charge of all the bureau's lawsuits on behalf of defrauded consumers, said companies would want the information the CFPB has to stay private.

"We do have information - both proprietary business information, trade secret information and personal identifiable information for consumers that we collected in the course of our work, that w necessary to do our work," Halperin said.

Salas ran a team of nearly 600 inspectors who examined the books of banks and other financial institutions. She pointed toward the development of artificial intelligence tools used by companies make decisions about whether or not to give someone a loan. Those algorithms are in the CFPB system, Salas said.

"I think that companies that gave us their financial information and even trade secrets, they will probably be harmed if that information fell into the hands of competitors," Salas said.

## What's happening at CFPB now

Three hours after the DOGE team swept in on Feb. 7, Musk posted "CFPB RIP" on X, alongside a pic of a gravestone. Mr. Trump appointed Russ Vought, an ardent critic of the bureau, as its acting director. Vought announced on X he would stop funding the agency.

"This spigot, long contributing to CFPB's unaccountability, is now being turned off," Vought said.

Soon, the firings started. Hickman and nearly 200 of her colleagues found out through a mass ema

"We virtually shut down the out-of-control CFPB, escorting radical-left bureaucrats out of the build and locking the doors behind them," Mr. Trump said last week. "What they were doing was so terri Where they were spending the money was so terrible."

Late last week, workers took down the signage at CFPB's headquarters, even though a federal judg imposed a temporary restraining order to stop budget cuts at the bureau and any more firings. A hearing is set for March 3.

The judge's order does not cover those already fired, like Hickman, who says she did not receive a severance pay.

"Under the normal regulations governing a government layoff, we should receive at least 60 days' notice, severance, benefits to help us transition into a new role," Hickman said. "It's shocking."

Hickman said her union is fighting back.

"We are looking for all legal avenues to pursue this," Hickman said. "At the end of the day, the administration thinks they can get away with it because they don't think we have any recourse. So hoping to prove them wrong."

## Should the CFPB exist?

The watchdog agency, created by Congress after the 2008 financial crisis, was the brainchild of Se: Elizabeth Warren, who's now leading the uphill fight to keep the bureau alive.

"For every person who wants to buy a home without getting scammed, this fight is your fight," she at a recent protest.

Norbert Michel, of the Libertarian Cato Institute, agrees with the president that there are too many financial regulatory agencies. He said there are enough regulatory agencies out there and doesn't believe CFPB should have ever been created.

"Consumer protection existed long before we had a CFPB," Michel said. "And if we got rid of it and everything back to the way that it was, we would still have consumer protection."



Functions assigned to the bureau could be assigned under the Federal Trade Commission, he said.

"Their motto is literally on the website, 'Protecting America's consumers,'" Michel said.

Still, the bureau, in its short existence, has recovered over $20 billion for consumers.



As of now, CFPB investigations and nearly all lawsuits brought by the agency are frozen. And Chop says no refund checks to defrauded consumers are going out. He doesn't even know if the bureau really exists right now.

"All I know is that a lot of employees are being told to stay silent and stay home," Chopra said.

He also doesn't know where Congress is in all the chaos around the agency. He argues only Congre: has the legal authority to shut down an agency it created.

"You can't just say, 'We're gonna pass these laws to protect consumers,' and then act like the agency dead fish," he said. "That's not how the Constitution works."

**More from CBS News**



This is who the White House says is the DOGE acting administrator

21 DOGE staffers, whose employment predated Musk agency, resign

DOGE releases updated "wall of receipts" with more discrepancies

Elon Musk to retired air traffic controllers: Please come back to work

In: DOGE    Elon Musk    Donald Trump    Consumer Financial Protection Bureau

**Lesley Stahl**



One of America's most recognized and experienced broadcast journalists, Lesley Stahl has been a "60 Minutes" correspondent since 1991.

© 2025 CBS Interactive Inc. All Rights Reserved.

# Exhibit Q

## *Justice Dept. insists 'there will continue to be a CFPB'*

nationalmortgagenews.com

February 25, 2025

Copyright 2025 SourceMedia LLC d/b/a Arizent All Rights Reserved



**Section:** Vol. 1; No. 1

**Length:** 1244 words

**Byline:** Kate Berry

## Body

The Trump administration said in a court filing that the Consumer Financial Protection Bureau will continue to exist - albeit with a reduced budget and lower headcount - and blamed the bureau's closure on protests that occurred after the agency was shuttered.

In a legal brief filed Monday, the Justice Department defended the actions of acting CFPB Director Russell Vought, who this month fired 170 temporary and short-term employees, shut the agency's headquarters in Washington D.C., and placed the bureau's remaining 1,500 employees on administrative leave.

"As acting director Vought noted in a letter to the Federal Reserve, the 'Bureau's new leadership will run a substantially more streamlined and efficient bureau,'" the Justice Department said in its 40-page brief. "The predicate to running a 'more streamlined and efficient bureau' is that there will continue to be a CFPB."

The brief also stated that the CFPB under Vought "is committed to performing its statutory obligations," and the bureau "will " do its part to reduce the federal deficit."

The Justice Department filed the brief in opposition to a request for a preliminary injunction by the National Treasury Employees Union and other groups that asked the court to stop mass firings of CFPB employees and halt the removal or deletion of data covered by the Federal Records Act. A hearing on the preliminary injunction has been set for March 3.

On Feb. 14, U.S. District Judge Amy Berman Jackson of the U.S. District Court for the District of Columbia ordered the CFPB and Vought to not fire any CFPB employee, except for cause, and not to destroy or remove any CFPB data.

The Justice Department said Vought's actions were part of the Trump administration's efforts to pause the bureau's work while it reevaluates policies made during the Biden administration.

Justice Dept. insists 'there will continue to be a CFPB'

Vought issued a stop-work order almost immediately after being appointed to temporarily lead the CFPB agency on Feb. 7. His primary job is running the Office of Management and Budget. Vought ordered CFPB staff not to take regulatory actions, open new instigations into regulatory entities, enter into settlements, or take other actions that could represent policy decisions "inconsistent with new leadership's views on the most desirable way for CFPB to meet its statutory responsibilities."

"Defendants' decision-making fits comfortably within this Executive Branch practice of short-term pauses in order to determine how best to implement programs consistent with the President's policy objectives and underlying law, and therefore is not violative of separation of powers principles," the brief states.

The Justice Department also falsely claimed that it closed the CFPB's Washington D.C. headquarters in response to protests by employees - even though the protests happened only after the office was shuttered.

The Justice Department said that the protests involved "large and disruptive gatherings" outside of the CFPB headquarters building. It claimed that Vought's arrival at the CFPB "coincided with a series of episodes of an extraordinary and disruptive nature," including a meeting that was disrupted between CFPB management and the Department of Government Efficiency.

"Several protestors followed and questioned other CFPB staff members, making them feel harassed," the brief said. "Given these disruptive protests involving the CFPB's own staff, CFPB leadership has closed the CFPB Headquarters Building and tightened staff supervision, making sure that they are focused only on aspects of the mission that are, in fact, urgently required by law, as determined by the Chief Legal Officer."

Several CFPB employees, who spoke on the condition of anonymity for fear of retribution, said they did not find the government's claims to keep the bureau operating reassuring. Some said they found it laughable that Vought and other Trump administration employees were frightened by the protestors.

The Trump administration said it plans to cancel the lease on the CFPB's headquarters, which has not yet happened, and the bureau "will have thirty days to move out." CFPB leaders will "evaluate options for alternative office space once the Bureau has ascertained the amount of office space it will need to carry out its more streamlined operations, such as those required by statute and those for which physical office space is necessary."

The government's brief was signed by Deputy Assistant Attorney General Eric J. Hamilton,

Special Counsel Brad P. Rosenberg, and Trial Attorney Liam C. Holland of the Justice Department's civil division.

The Justice Department did not respond in the brief to major questions raised by the NTEU's lawyer Deepak Gupta about whether CFPB data has been accessed by Trump advisor Elon Musk and the Department of Government Efficiency, a rebranded version of the U.S. Digital Service. The Justice Department's brief repeatedly referred to a declaration by Adam Martinez, the CFPB's chief operating officer and the most senior career official, that DOGE members followed procedures and received privacy and cyber-security training before accessing data.

Justice Dept. insists 'there will continue to be a CFPB'

Gupta, the founding principal of the law firm Gupta Wessler, told Berman Jackson earlier this month that the risks to CFPB data are far-reaching and that Musk and DOGE employees gained access to all data involving bank and payment contracts, the consumer complaint database and personal financial information on the bureau's employees. He is expected to argue that a preliminary injunction is warranted because there is no way of knowing whether CFPB employees were locked out of the agency's headquarters to gain access to sensitive data, including bank trade secrets that could be used for commercial purposes. DOGE was created by executive order soon after Trump was sworn in in January, and is aimed at reducing federal spending to pay for an extension of Trump's 2017 tax bill.

Banking experts said the legal brief combined with the Senate Banking Committee's hearing this Thursday to confirmJonathan McKernanas the permanent CFPB director as signs that the agency will not be shut down.

"Our expectation is that the CFPB will continue to operate and will look similar this term to the way it looked during the first Trump administration, and it is consistent with Jonathan McKernan being the nominee and having a hearing this week," said Chris Willis, a partner at the law firm Troutman Pepper Locke LLP.

The union has claimed that Vought was illegally appointed acting CFPB director under the Federal Vacancies Reform Act because former CFPB Director Rohit Chopra did not die, resign, or become "unable to perform the functions and duties of the office," but rather was fired by President Trump.

The Justice Department said in the brief that the claim "is difficult to square" with the statute.

"The Government's position is simple: Removal is an event that would render an officer 'unable to perform the functions and duties of the office,'" the brief states.

The Trump administration sought to portray the NTEU's lawsuit as primarily a challenge to policy decisions governing federal employees. It claims that disputes about federal employment must be adjudicated through an administrative process - either before the Merit Systems Protection Board for employment disputes or the Federal Labor Relations Authority for labor disputes."

"Plaintiffs here do not allege any concrete harm," the brief stated, and referred to harm as "the risk of criminal or civil penalties."

https://www.nationalmortgagenews.com/news/justice-dept-insists-there-will-continue-to-be-a-cfpb

**Load-Date:** February 26, 2025

End of Document

# Exhibit R



**Feb. 21, 2025, 5:46 p.m. ET**
Stacy Cowley   Consumer finance reporter



# The federal consumer protection bureau abandons a case against an online lender.



Russell Vought, the acting director of the Consumer Financial Protection Bureau, has fired more than 70 probationary employees at the agency, leaving dozens of its cases in disarray.   Haiyun Jiang for The New York Times

The Consumer Financial Protection Bureau on Friday dropped its litigation against the online lender SoLo Funds, the first time since President Trump took office that the agency — which has been all but shut down by the leaders he appointed — ended one of its enforcement cases.

The bureau, which is meant to protect consumers from unfair and deceptive financial practices, sued SoLo last year in federal court in Los Angeles, where SoLo is based, over the company's peer-to-peer lending platform. SoLo has advertised its small-dollar loans as "no interest" and "0% A.P.R.," but steered customers toward making "donations" for its services and paying "tips" to its lenders.

Less than 1 percent of borrowers obtained a loan without paying the lender a fee, and the costs to borrowers added up to more than $20 million, the bureau said in its complaint.

"SoLo has had repeated run-ins with state regulators, and we are putting a stop to their fake tipping scheme," Rohit Chopra, the Biden-era director of the bureau, said when the agency filed its lawsuit. Mr. Chopra was ousted this month.

SoLo paid fines and consumer refunds in 2023 and 2024 to settle actions brought against it by state officials in California and Pennsylvania and local officials in Washington, D.C.

Russell Vought, the director of the Office of Management and Budget director, was named the consumer bureau's acting director two weeks ago. He immediately closed its building and told its staff to halt all of their work, including appearing in court cases for any purposes other than to seek a delay in the proceedings.

Following instructions from Treasury Secretary Scott Bessent, who was the agency's acting director for less than a week before Mr. Vought replaced him, the bureau asked for a pause in its case against SoLo on Feb. 3, but Judge Gary Klausner of the U.S. District Court for the Central District of California denied the request. The bureau then missed two deadlines to file court papers.

Mr. Vought has fired more than 70 probationary employees, including prosecutors, leaving dozens of cases in disarray. And Mr. Vought's broad instruction to employees to "not perform any work tasks" has stopped the bureau's lawyers from advancing their active cases.

Consumer advocates released a memo this week tracking the status of more than three dozen cases that they feared would now be abandoned, including the one against SoLo.

The legal agreement to dismiss the case against SoLo was signed by Mark Paoletta, who listed himself as the consumer bureau's chief legal officer. Mr. Paoletta is also the general counsel at the Office of Management and Budget, a role he held during Mr. Trump's first administration.

Travis Holoway, the chief executive of SoLo Funds, said in a statement that he was "relieved" to be freed of the consumer bureau's lawsuit.

The company will now "refocus our efforts on growing our business and expanding our impact," he said.

Show less

---

ADVERTISEMENT

---

# Exhibit S

2/27/25, 1:56 PM
Russell Vought closes CFPB HQ tells staff to stop work : NPR
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 123 of 276






PLAYLIST

npr    WAMU 88.5    DONATE

NATIONAL

# New CFPB chief closes headquarters, tells all staff they must not do 'any work tasks'

UPDATED FEBRUARY 10, 2025 · 10:47 AM ET

 Laurel Wamsley



Russell Vought, seen on Jan. 22, is now in charge at the United States' consumer finance watchdog. Vought is one of the architects of the conservative policy agenda Project 2025 and was recently confirmed as director of the Office of Management and Budget.

*Kayla Bartkowski/Getty Images*

Staff and contractors at the Consumer Financial Protection Bureau have been told they cannot "perform any work tasks," according to an internal email obtained by NPR on Monday.

Russell Vought orders closure of CFPB HQ, tells staff to stop work : NPR

The new directive from the CFPB's acting director, Russell Vought, on Monday comes after the agency closed the bureau's Washington headquarters for the week and told staff to work remotely. No reason was given for the building's closure.

"Employees should not come into the office. Please do not perform any work tasks," Vought said in an email to CFPB staff on Monday.

Representatives of Elon Musk's Department of Government Efficiency team were seen at the headquarters on Friday, according to the union representing CFPB staff, and have been granted access to key systems, stirring concerns about the fate of the vast amount of sensitive information maintained by the bureau.

**Sponsor Message**

The bureau's staff was informed over the weekend that Vought is now acting director of the CFPB, the United States' consumer protection watchdog. Vought was an architect of the conservative policy agenda Project 2025 and was confirmed last week as director of the Office of Management and Budget.

In a separate email to staff on Saturday night, Vought had directed staff to stop virtually all their work, including the supervision that the agency does to check whether companies are following the law. It also instructed staff to cease any pending investigations.

That edict followed an earlier order to halt most of the agency's work, including suspending the effective dates of all rules that have been issued but haven't yet gone into effect.

Russell Vought closes CFPB HQ and reviews DOGE work : NPR

CFPB staff members warn that Vought's moves will leave American families exposed to financial abuse.



**POLITICS**

**Who is part of Elon Musk's DOGE, and what are they doing?**

Vought posted on his X account on Saturday evening: "Pursuant to the Consumer Financial Protection Act, I have notified the Federal Reserve that CFPB will not be taking its next draw of unappropriated funding because it is not 'reasonably necessary' to carry out its duties. The Bureau's current balance of $711.6 million is in fact excessive in the current fiscal environment. This spigot, long contributing to CFPB's unaccountability, is now being turned off."

In leading the bureau, Vought replaces Treasury Secretary Scott Bessent, who was named acting director of the bureau on Monday.

The Consumer Financial Protection Bureau was instrumental in the Biden administration's work to address deceptive or predatory business practices. The CFPB filed lawsuits against big banks and payment platforms, and it made rules that included capping overdraft fees and removing medical bills from credit reports.



**NEWS**

**Musk's team takes control of key systems at Consumer Financial Protection Bureau**

## Musk's DOGE members stoke fear inside the agency

As NPR reported Friday, members of Musk's Department of Government Efficiency team — which is not a true government department but, rather, a group of staff members tasked with ensuring that President Trump's priorities are enacted across the government — has gained access to internal computer systems that manage the agency's human resources, procurement and finance systems.

Musk's representatives have also taken control of the CFPB's website, which now shows an error message on its homepage. The rest of the site appears to be functioning normally. DOGE staffers also took control of the bureau's social media accounts and deleted them.

Musk posted on his personal X account on Friday: "CFPB RIP" — though it is not clear there have been any reductions or changes to the agency's staff yet. In November, Musk posted, "Delete CFPB."



Elon Musk arrives on Capitol Hill in Washington, D.C., with his son on Dec. 5, 2024.
*Anna Moneymaker/Getty Images*

DOGE's actions inside the bureau are stoking fears that Musk will try to virtually dismantle the agency to the extent possible, as he aims to do at the Department of Education and the U.S. Agency for International Development.

The moves appear to echo the abrupt changes at USAID, where staff members were given a stop-work order, then the USAID headquarters were closed and eventually all but a small number of "essential" staff members were put on administrative leave. The gutting of USAID was temporarily ordered to be paused by a federal judge on Friday.

The union representing CFPB workers, NTEU 335, said Friday that Musk's lieutenants entering the agency was "a clear attempt to attack union workers and defang the only agency that checks the greed of payment providers, as well as auto lenders like Tesla." Musk — who Trump said Monday would be kept from working on areas where "there is a conflict or problem" — is the CEO of Tesla and runs at least five other companies, some of which have lucrative contracts with the federal government.



**NATIONAL**

**Treasury Secretary Bessent, tapped to run CFPB, orders staff to halt work**

The union also noted that the bureau collects and maintains vast amounts of sensitive information about individuals and businesses, including banks and other financial institutions. It expressed concern that "such legally-protected, sensitive data of businesses and individuals will be exposed and used in inappropriate ways."

"For example, the CFPB has gathered a wealth of proprietary information from big tech payment platforms that could be exploited by someone with a conflict of interest to corner the payments industry," the union said, pointing to a newly announced partnership between Musk's X and Visa.

The CFPB has long been a target of criticism among Republicans, the banking sector and some in Silicon Valley for its investigations, enforcement actions and fines in consumer protection cases.

The organization is an independent bureau within the Federal Reserve System. It is funded outside the congressional appropriations process, and its funding comes from the Fed.

Russell Vought closes CFPB HQ, tells staff to stop work : NPR

The bureau would on its face appear to be an unlikely target for cost-cutting, given its return on investment.

The budget slated for 2025 for the CFPB was $823 million. Since its creation in 2011, the CFPB has handled millions of consumer complaints and returned $20.7 billion back to consumers.

### Correction

**Feb. 8, 2025**

An earlier version of this story misstated the name of the Consumer Financial Protection Bureau as the Consumer Finance Protection Bureau.

cfpb     consumer financial protection bureau     russell vought

---



## News without the noise

Our journalists summarize the biggest stories in the Up First newsletter so you can stay informed, not overwhelmed.

| Email address | SUBSCRIBE |

See more subscription options

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

## More Stories From NPR

# Exhibit T

Learn more about  LSEG

 Reuters

My News  🔍  ☰

# US consumer watchdog broadens layoffs beyond probationary staff, sources say

By **Douglas Gillison**, **Nupur Anand**, **Chris Prentice** and **Pete Schroeder**

February 14, 2025 11:46 AM EST · Updated 13 days ago

  



Signage is seen at the Consumer Financial Protection Bureau (CFPB) headquarters in Washington, D.C., U.S., August 29, 2020. REUTERS/Andrew Kelly/File Photo  Purchase Licensing Rights ⧉

### Summary

'Term' employees are on contracts, entitled to job protections

Fresh round of dismissals comes after CFPB was told to stop work

Firings come same day employee union, NAACP sue administration

NEW YORK, Feb 13 (Reuters) - A new category of employees at the U.S. Consumer Financial Protection Bureau received termination notices on Thursday, according to five sources and termination letters, in a sign that the Trump administration was going beyond probationary employees as it looks to fire federal staff.

Notices to dozens of so-called "term employees," full-time workers on contracts with end dates, began arriving Thursday evening, letting them know they were being terminated the same day, according to the sources and copies of two termination notices sent to employees that were reviewed by Reuters.

Some staff discovered they had lost access to the agency's IT systems before receiving their termination letters, two of the sources said.

The Office of Management and Budget, which is also run by the CFPB's acting director Russell Vought, and the CFPB, did not respond immediately to requests for comment.

Reuters could not immediately ascertain how many employees were fired.

The firings are part of a sweeping effort by President Donald Trump and his aide, billionaire entrepreneur Elon Musk, to scale back the federal bureaucracy. Trump has said the government is bloated and too much money is lost to waste and fraud. Firings had also begun elsewhere in the federal government, including at the Department of Education and the Small Business Administration.

But the Trump administration's actions are increasingly being challenged. Critics have questioned the administration's approach and experts have flagged concerns about the legality of the firings, as most civil service employees can be fired only for bad performance or misconduct.

Earlier on Thursday, a CFPB employee union and organizations including the National Association for the Advancement of Colored People filed a federal lawsuit asking a court to block the Trump administration's efforts to kill the agency.

**TERM EMPLOYEES**

The latest termination letters to CFPB employees, dated February 13, were sent by Adam Martinez, acting chief human capital officer at the agency.

Term employees have contracts of more than one year and up to four years, which can be extended, according to federal regulations. Their first year of service is a trial period, when they can be terminated by the agency at any point. The two notices reviewed by Reuters were for employees who had been at the agency for more than one year.

"The purpose of this memorandum is to notify you that your employment will be terminated effective at the close of business on February 13, 2025," Martinez wrote.

The memos told employees they could seek recourse if they believed their firings were the result of discrimination based on race, religion, sex or other factors, or the result of whistleblower activities.

The latest round of notices came after CFPB fired scores of probationary staff on Tuesday as part of a larger effort to gut the agency.

The CFPB, which has been a lightning rod for conservatives and the industry since it was established by Congress in 2010, was hobbled over the weekend, when Vought ordered staff to cease all "supervision and examination activity."

On the social media platform X, Erie Meyer, the CFPB's chief technologist, said that a group of private-sector technologists she had hired were now gone.

"They were looking into big tech. Trump just fired them. All of them," she wrote.

> Get weekly news and analysis on U.S. politics and how it matters to the world with the Reuters Politics U.S. newsletter. Sign up here.

Reporting by Chris Prentice, Douglas Gillison, Nupur Anand and Pete Schroeder; Editing by Paritosh Bansal and Michael Perry

Our Standards: **The Thomson Reuters Trust Principles.** ⤢

Suggested Topics:

World at Work    Regulatory Oversight

Purchase Licensing Rights

---



**Nupur Anand**
Thomson Reuters

Nupur Anand is a U.S. banking correspondent at Reuters in New York. She focuses on JPMorgan Chase, Wells Fargo and regional banks. Anand covered banking and finance in India for more than a decade, chronicling the collapse of major lenders and turmoil at digital banks and cryptocurrencies. She has a degree in English literature from Delhi University and a postgraduate diploma in journalism from the Indian Institute of Journalism & New Media in Bangalore. Anand is also an award-winning fiction writer.

  



**Chris Prentice**
Thomson Reuters

Chris Prentice reports on financial crimes, with a focus on securities enforcement matters. She previously covered commodities markets and trade policy. She has received awards for her work from the Society for Advancing Business Editing and Writing and the Newswomen's Club of New York.

  

 **Pete Schroeder**
Thomson Reuters

Covers financial regulation and policy out of the Reuters Washington bureau, with a specific focus on banking regulators. Has covered economic and financial policy in the U.S. capital for 15 years. Previous experience includes roles at The Hill newspaper and The Wall Street Journal. Received a Master's degree in journalism from Georgetown University, and an undergraduate degree from the University of Notre Dame.

  

## Read Next

World at Work

**Lyondell to lay off 86% of workforce at shuttered Houston refinery, filing shows**

5:49 PM UTC

World at Work

**Exclusive: HSBC cutting staff numbers by 900 at China Pinnacle unit, sources say**

10:48 AM UTC

World at Work

**Japanese manufacturing sector union members demand record pay hike in 2025**

9:22 AM UTC

Europe

**Munich, Hamburg airports hit by 2-day strike in wage dispute**

9:01 AM UTC

# Exhibit U

2/27/25, 2:09 PM
The technology team at financial regulator CFPB has been gutted - The Verge
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 135 of 276



**POLICY**

## The technology team at financial regulator CFPB has been gutted / The terminations leave a gaping hole in the oversight of financial institutions and tech firms venturing into financial technology.

by **Lauren Feiner**
Feb 14, 2025, 9:20 AM EST

   |  **Comments (94 New)**



Image: Cath Virginia / The Verge



__Lauren Feiner__ is a senior policy reporter at The Verge, covering the intersection of Silicon Valley and Capitol Hill. She spent 5 years covering tech policy at CNBC, writing about antitrust, privacy, and content moderation reform.

Around 20 technologists at the Consumer Financial Protection Bureau were fired on Thursday evening, gutting a team that specialized in understanding Big Tech's entrance into financial products, three sources familiar with the matter tell *The Verge*.

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 136 of 276

It follows an earlier round of layoffs of mostly contractors and probationary employees on Tuesday, as reported by *Wired*, representing the latest cuts to an agency with oversight over a field that one of Elon Musk's companies is trying to enter. Musk, who now leads the Department of Government Efficiency (DOGE), has announced plans for his company X to enter the payments business, which is an area the CFPB oversees for potential consumer harm.

**Related /**

- **Trump admin pulls hundreds of videos from CFPB's YouTube channel**
- **Trump's first 100 days: all the news affecting the tech industry**

In a copy of a termination letter obtained by *The Verge*, the CFPB acting chief human capital officer Adam Martinez references President Donald Trump's executive order instructing the Musk-run Department of Government Efficiency to help cull the federal workforce. Around 7 PM Eastern Time on Thursday, members of the technology team received the termination notices in their personal emails. One member of the team — who like others in this story spoke on background to candidly share their experiences — said the email didn't come until about 20 minutes after they noticed they were locked out of Teams and Outlook on their work phone.

# "We can't investigate firms or supervise firms if we don't understand the technology we're investigating."

"The people on this team were the kind of senior people — sometimes at Big Tech firms, sometimes at premier universities — that hiring teams fight tooth and nail

Our news stories are free to read. To get all access to The Verge, subscribe now.

×

SUBSCRIBE NOW

The consumer finance agency's tech registration has been gutted — The Verge

surprised to learn that emails to her former colleagues announcing their termination on Thursday still copied her now-defunct work email.

ADVERTISEMENT

Meyer, who previously worked at the Federal Trade Commission and before that co-founded the US Digital Service — the group that Trump has refashioned into DOGE — hired technologists to the CFPB that could embed across the agency and lend their expertise in everything from research to enforcement. "When I arrived at the bureau, it became immediately clear that Big Tech's expansion into consumer financial products and services was a trend we needed to be extremely careful to address before it became a crisis," she says. "We can't investigate firms or supervise firms if we don't understand the technology we're investigating."

Now that expertise has been ravaged from the agency in one night, and the agency's former technologists fear that consumer complaints will go unanswered, and companies will be able to get away with shady practices by obscuring them with

Our news stories are free to read. To get all access to The Verge, subscribe now.    ✕

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 138 of 276

understands the databases, who understands the technology at hand is really crucial to being able to push back."

The CFPB technologists' backgrounds in the private sector also helped them understand where to look for information in technical systems, says another former staffer. "When you're a regulatory agency of 1,500 people trying to find out information about hundreds of companies, and each company is ten times your size, the amount of information that is conceivably there, and the techniques available to shroud the useful evidence are so enormous, that having the specific experience of developing the kind of technology that you're investigating means that you can get the evidence more quickly, you can understand what it means very efficiently," they say. "And, you can push back if a big company tries to steamroll an investigation or tries to misrepresent what is actually happening to consumers."

This is especially helpful when it comes to looking at tech firms, which have entered the financial services sector and often already have a vast array of data on users that could potentially be combined with their spending habits. "I would say a single one of these Big Tech firms is bigger than the top five big banks combined," Meyer says. The CFPB has managed to take on some of these massive companies. It fined Apple and Goldman Sachs $89 million for allegedly misleading iPhone consumers about interest-free payment options and sued Zelle and the three banks that own it for allegedly enabling more than $870 million in consumer fraud.

# DOGE has gained an unusual level of access to agency data

In the course of investigating, the CFPB collects vast amounts of information on companies, which now may be at risk of being accessed by DOGE staff. A recent lawsuit by a federal workers' union claims that Trump administration official

Our news stories are free to read. To get all access to The Verge, subscribe now.                                                 ✕

What kind of information does the CFPB maintain? A document provided to congressional staffers briefed on the CFPB this week notes that the agency has information on enforcement actions and investigations, as well as market research that could include business plans. If that data is accessed without appropriate guardrails, the document warns, it could create unfair competitive advantages for a company like Musk's X, which plans to move into payments services. The information would include sensitive consumer data, regulatory compliance information on other financial institutions, and insider information that could be used unfairly, the document notes. The White House has insisted that Musk would step back from any work that presented a conflict of interest, but his business dealings are so vast that X's payments project presents just one example of how his interests could intertwine with the agencies DOGE is trimming down.

When the CFPB collects confidential information during an investigation, companies provide it with the understanding it won't be shared publicly, says one of the former staffers. "Absolutely there is information that we have that would be beneficial to someone who might be launching a company in the payment space," they say.

Consumers will also likely feel the hit, now that former staffers say the portal for consumer complaints is likely not being monitored anymore. The agency would receive complaints when consumers were locked out of their bank accounts after data breaches, for example, and could often get their issues addressed within days, the former staffer says. "There is nowhere else" for consumers to go, they say. "They could potentially go to the state attorney generals, but they just don't have the same capacity."

Asked if they would take back their job if it came back on the table, the second former technology worker said they would. "I took this job because it was by far the best opportunity I had to help as many people as possible, as much as I possibly

Our news stories are free to read. To get all access to The Verge, subscribe now. ✕

help others at their own expense is embedded in almost every federal worker, and there are still plenty of those folks kicking around."

94 COMMENTS (94 NEW)

SEE MORE:    POLICY

---

**MORE IN THIS STREAM**                                                SEE ALL

## Starlink poised to take over $2.4 billion contract to overhaul air traffic control communication

ANDREW J. HAWKINS    TWO HOURS AGO    |    💬 24

---

## Antarctic research is at risk.

JUSTINE CALMA    9:49 AM EST    |    💬 2

---

## We finally know who's legally running DOGE

ADI ROBERTSON    FEB 25    |    💬 21

ADVERTISEMENT



Our news stories are free to read. To get all access to The Verge, subscribe now.    ×

# Exhibit V

 **Feb. 21, 2025, 10:02 p.m. ET**
Stacy Cowley  Consumer finance reporter



# A consumer bureau is told to vacate its Washington office as its lease is canceled.



The Consumer Financial Protection Bureau's lease was terminated by the Department of the Treasury, which owns the building in Washington.  Al Drago for The New York Times

Employees at the Consumer Financial Protection Bureau have been told that the agency's lease on its Washington headquarters has been canceled and that the bureau has 30 days to vacate the building, according to three people with knowledge of the agency's internal discussions.

The consumer bureau's headquarters are controlled by the Treasury Department, which once used the building for its Office of Thrift Supervision. That agency, a bank regulator, closed in 2011, the same year the consumer bureau opened.

Representatives from the Treasury Department and the consumer bureau did not respond to requests for comment.

Russell Vought, the Office of Management and Budget director, was named the acting director of the consumer bureau' two weeks ago. He immediately began shutting down what he called "a woke & weaponized agency," ordering its headquarters closed and its staff to halt all work. Nearly 200 employees — those who were probationary hires or who worked on fixed-term contracts — were fired, and those who remained were forbidden from entering the agency's offices.

The consumer bureau cannot be officially abolished without action from Congress, which created the agency in the aftermath of the Great Recession to regulate consumer products like mortgages, auto loans, credit cards and bank accounts. The bureau has twice survived Supreme Court cases that aimed to eliminate it.

But firing nearly all the bureau's staff — as Mr. Vought intends, according to litigation in federal court in Washington that is aimed at curtailing his actions — and eliminating its physical premises would functionally be a death knell.

Employees will be assigned a 15-minute window in which they can return to the agency's headquarters to pick up their personal effects, according to two people who were told of the shutdown plan.

Among the many open questions are what will happen to the agency's records, some of which are subject to "litigation holds" and cannot legally be destroyed. A plan to transfer papers to a storage facility is being developed, but several

employees said they worried about what would happen to the vast array of agency records held by cloud software providers. If the contracts with those providers are canceled, irreplaceable data risks being deleted.

Judge Amy Berman Jackson, of the U.S. Court for the District of Columbia, issued an order last week that temporarily prevents the consumer bureau from deleting any agency data, which includes records located on the agency's "premises, on physical media, on a cloud server, or otherwise."

That order will last until Judge Jackson rules on a request for a restraining order sought by lawyers representing the consumer bureau's staff union and other parties. A hearing on that request is scheduled for March 3.

While Judge Jackson's order has paused some of the unwinding of the agency's staff and infrastructure, the physical dismantling of its premise has begun. Workers this week removed the signage on its Washington headquarters.

Show less

---

 **Feb. 21, 2025, 9:27 p.m. ET**
Chris Cameron   Reporting from Washington



# Exhibit W

 nerdwallet

SIGN IN    JOIN

‹ PERSONAL FINANCE

**Advertiser disclosure**

# R.I.P. CFPB? What's At Stake If the Watchdog Agency Goes Dark

Advocates fear consumers could be left to fend for themselves in a complicated financial marketplace.



Many, or all, of the products featured on this page are from our advertising partners who compensate us when you take certain actions on our website or click to take an action on their website. However, this does not influence our evaluations. Our opinions are our own. Here is a list of **our partners** and **here's how we make money**.

Updated Feb 21, 2025 1:54 p.m. PST · 7 min read                    Fact Checked

 **Written by Taryn Phaneuf**
Lead Writer & Content Strategist

 Edited by **Rick VanderKnyff**
Senior Assigning Editor

Stalled lawsuits. Halted supervision and oversight. Suspended workforce. The Consumer Financial Protection Bureau is in the midst of a complete overhaul that could cripple its ability to act as the consumer finance watchdog it was designed to be.

While the fate of the **CFPB** remains unclear, recent actions by the **Trump administration** indicate that, if it survives, it'll be a much smaller and weaker agency than before. Advocates and public policy experts fear that without the bureau, consumers could be left to fend for themselves in a complicated and ever-evolving financial marketplace where unfair and deceptive practices go unchecked.

"We think the activities of the CFPB are broadly popular with the American people and it's hard to see how we can just leave consumers completely unprotected in the very large financial services economy that we have," Chuck Bell, program director for advocacy at Consumer Reports, **told NerdWallet**. "And I think that any government that doesn't try to protect customers on some of these issues is going to have a lot to answer for."

## What's happening at the CFPB?

The CFPB was thrown into turmoil soon after former director Rohit Chopra was fired on Feb. 1. Temporary leaders — first, Secretary of the Treasury Scott Bessent, and now Russell Vought, director of the Office of Budget and Management — took swift steps to halt operations at the bureau, including closing its headquarters for a week. And other signs of the bureau's dismantling began to show.

- The Department of Government Efficiency, an unofficial department run by billionaire Elon Musk, became embedded in the CFPB. On Feb. 7, Musk tweeted, "CFPB RIP."
- Acting director Vought took to social media to announce plans to cut off the agency's funding.
- The bureau's X account was deleted and its homepage shows an error message, "404: page not found," though its research, published rules, complaints database and education material are still available.
- Also on X, Vought confirmed a new tipline was set up to give companies a place to report CFPB employees who violate his stop-work order.
- A series of layoffs affecting roughly 150 CFPB workers appeared to be just the beginning of a much larger workforce reduction. A lawsuit filed Feb. 13 by the union representing CFPB workers alleges that Vought planned to dismiss more than 95% of the agency's staff. In response, a federal judge in Washington, D.C., blocked any additional layoffs and will hold a hearing on the suit on March 3.

**President Donald Trump** has said explicitly that his goal is to get rid of the bureau. Nevertheless, he nominated Jonathan McKernan on Feb. 11 to become its permanent director. McKernan previously served as a board member of the Federal Deposit Insurance Corporation. He'll have to be confirmed by the Senate.

The CFPB was created in 2010 in response to the financial crisis that triggered the Great Recession. Since Congress established the bureau, it would take an act of Congress to fully

dissolve it. Without that, the administration's efforts to prevent it from fulfilling its Congressional mandate could be deemed illegal. Lawsuits like the one filed by the National Treasury Employees Union are an attempt to use the courts to thwart those efforts.

Sen. Elizabeth Warren, the primary architect behind the CFPB's creation, has been vocal in its defense. "I fought to create the Consumer Financial Protection Bureau for the same reason I'm fighting to defend it: big banks shouldn't be able to cheat people," she posted on X this week.

## What if the CFPB goes away?

Before the CFPB, federal consumer protection laws were enforced by a variety of federal **regulators** — an "unusual patchwork system" that proved not only inefficient but ineffective, says Mallory SoRelle, assistant professor at the Sanford School of Public Policy at Duke University and author of the 2020 book "Democracy Declined — The Failed Politics of Consumer Financial Protection."

Those existing regulators were created to look out for banks' interests, so the added consumer protection mandates created tension in their jobs, SoRelle says. On top of that, spreading out consumer protection across multiple agencies required a level of coordination that was hard to achieve.

### News moves fast. Stay ahead of how it could impact your money.

Interest rates, inflation, natural disasters — get notified when breaking news could affect your finances, and get expert insights to help you plan your next move.

DOWNLOAD THE APP

"What ended up happening was really weak consumer financial protections," SoRelle says. "That led in no small part to the financial crisis."

The CFPB was set up to be a centralized rulemaker. Multiple regulators still coordinate, but now there's an obvious, expert authority with a singular goal to protect consumers in the financial space. Congress further insulated the bureau from political pressure by funding it through the Federal Reserve instead of Congressional appropriation — an unusual arrangement that the Supreme Court upheld in 2024.

As a result, the CFPB is more efficient than the previous consumer protection system, SoRelle argues. And that's made it an effective watchdog. Since it was established, and especially under the Biden administration, the bureau has reformed many aspects of the consumer financial space, penalized companies that broke the law and refunded billions of dollars to consumers who lost money as a result of unfair or illegal practices.

"The idea that it's duplicative or inefficient is simply not true," SoRelle says, adding that a diminished CFPB could bring back the environment that existed before the agency was created.

## Active and robust consumer protection

The CFPB operates in a consumer finance marketplace that includes not only traditional banking and loan products — including those for major purchases like cars or houses — but also credit reporting that can influence a person's financial opportunities and technology that's never been seen before.

As a result, the CFPB has been active on many fronts. It supervises and investigates companies, pursues consumer complaints, makes and enforces rules and studies trends and common practices in the industry, among other activities.

SoRelle says without a functioning CFPB, consumers risk losing "active and robust" consumer protection. The impact of its enforcement efforts alone have been substantial. Since its inception, the CFPB netted consumers $19 billion in refunds, principal reductions, canceled debts and other consumer relief, while imposing $5 billion in civil penalties on companies and individuals who broke consumer protection laws.

Some examples of those enforcement actions include:

**Keeping credit bureaus in check.** The CFPB protects consumers from negligence that could harm their credit scores. For example, in January 2025, the CFPB took separate legal actions against Experian and Equifax for not properly investigating **disputes** and removing incorrect information from consumers' credit reports. The bureau filed a lawsuit against Experian. And Equifax was ordered to pay $15 million in civil penalties.

**Penalizing banks for creating fake accounts.** Wells Fargo paid the CFPB a $100 million initial fine in 2016 for opening about 1.5 million deposit accounts without customers' consent. These fake accounts helped bankers meet aggressive sales goals and resulted in charging fees to customers who were unaware of these accounts. The CFPB later penalized Bank of America in 2023 and Fifth Third Bank in 2024 for also opening fake bank accounts or credit cards and charging customers fees.

**Rooting out harmful private student loan lenders and federal servicers.** In 2024, CFPB banned Navient from federal student loan servicing and ordered it to pay a $120 million

settlement, including $100 million in redress to borrowers who were harmed by its "wide-ranging student lending failures," including illegally or inappropriately steering borrowers toward costly forbearance instead of income-driven repayment plans. Some private Navient loan borrowers also had the chance to apply for **private student loan forgiveness** — a rare opportunity.

**Investigating discriminatory lending practices.** CFPB files lawsuits against mortgage lenders that violate fair lending laws. Most recently, the CFPB has sued Rocket Homes for alleged home buyer steering and Vanderbilt Mortgage & Finance for allegedly failing to properly consider borrowers' ability to repay loans. It recently proposed a settlement with Fairway Mortgage over **redlining**.

**Stopping wrongful auto repossessions.** In those cases, the **repossessions** occurred after borrowers had made timely payments or secured loan extensions. In one related case, the CFPB sued USASF Servicing for using kill switches to illegally disable vehicles, ending with a $42 million penalty against USASF.

**Ordering refunds for defrauded customers.** The CFPB has gone after owners of digital payment systems that didn't sufficiently safeguard customers against fraud. In January, it ordered Block, which owns **Cash App**, to pay refunds and penalties of up to $175 million for maintaining poor security protocols that hurt its users. In December, it sued the operator of Zelle and three of its owners — Bank of America, JPMorgan Chase and Wells Fargo — alleging that its failures led to $870 million in losses for customers.

## What happens to pending cases, rules?

The Zelle lawsuit is one example of CFPB actions that are in limbo under the new administration. The current order to stop work at the bureau has prevented attorneys from arguing its cases or defending its rulemaking in courts. Another pending legal matter involves a lawsuit that seeks to stop a CFPB rule to reduce **credit card late fees**. It was one of several rules designed to eliminate **junk fees** that consumers are forced to pay across a variety of services.

"Consumers could lose hundreds of millions of dollars in restitution and relief if the CFPB does not pursue those lawsuits and the cases to defend its regulations," Bell says.

Similar uncertainty surrounds rules that have been finalized by the CFPB but haven't yet taken effect. Vought's stop-work order at the bureau suspended the effective dates of those rules, including one that would **remove medical debt from credit reports** and another that would reduce **overdraft fees** charged by major banks. Separately, a resolution introduced Feb. 13 in the House Financial Services Committee seeks to roll back the overdraft rule.

## Highly visible consumer advocate

In addition to enforcement and rulemaking, SoRelle says the CFPB also serves as a highly visible consumer advocate, demonstrating the link between personal finances and government accountability that helps consumers know there's someone in their corner.

For example, the Student Borrower Protection Center credits the CFPB with supporting **U.S. Department of Education** efforts to cancel $188.8 billion of student debt for 5.3 million borrowers during the Biden administration. It's worth noting the administration has **threatened to dismantle the Education Department**, as well.

It's common for consumers to encounter the CFPB in paperwork they receive when they take on a new mortgage or Google search results while they're researching answers to financial questions.

Additionally, the CFPB gives consumers a place to submit **complaints about banks**, credit card companies, lenders, debt collectors and others. It receives roughly 25,000 per week, according to its website. The bureau shares each complaint with the company named by the consumer (or with another federal agency if the complaint falls outside the CFPB's scope) and calls on the company to respond.

The bureau maintains a public complaint database, which helps consumers get information about institutions or products and makes it clear which tend to cause the most trouble. In all, the bureau has received more than 6.8 million consumer complaints, with most related to credit reporting. Other common topics of complaint include debt collection, **credit cards**, checking or savings accounts, mortgages and **student loans**.

"They have made the complaint-making process much easier than it used to be," SoRelle says. "They've managed to get both financial and nonfinancial remedies much more frequently."

## If not the CFPB, then who?

If the CFPB is eliminated or effectively neutralized over the next four years, it could leave a gap in monitoring the consumer financial industry.

"Presumably regulatory oversight would be returned to other regulators or handed over to the state," SoRelle says. But it's not clear what happens to the rules it made. "Do other agencies enforce them? Do they get wiped off the books?"

That uncertainty is being felt in pockets of the financial services industry, as well. Some industry leaders have chafed under its supervision, decrying its heavy-handed rulemaking and enforcement. Others, including some bankers, fintech leaders and mortgage lenders, support its role as a centralized regulator, telling news reporters recently that getting rid of it entirely would be a mistake.

Case 1:25-cv-00381-ABJ Document 38-17 Filed 02/27/25 Page 152 of 276

"When you tear it all down, you potentially lose what had been good regulatory policy," Phil Goldfeder, the chief executive of the American Fintech Council, told Politico's Morning Money. "When operated correctly and bereft of ideological drive, the CFPB could be a valuable tool for responsible regulation."

Additionally, the CFPB has a leading role in monitoring a number of new financial products or technologies that could lose oversight if the bureau were shuttered. And that could have implications for consumers that use them.

For example, data suggests that people who use **buy now, pay later** loans are more financially vulnerable than the general population, according to studies by the CFPB and Federal Bank of New York. They have higher credit card balances, take out more unsecured loans and may not be able to get approved for credit elsewhere. In May 2024 the CFPB introduced new protections for users of the popular BNPL products.

The CFPB also started to regulate earned-wage access products, which serve the same purpose as **payday loans**, as well as peer-to-peer payment systems — including the kind Elon Musk hopes to integrate with X. As lawsuits filed by the CFPB have indicated, those payment systems have exposed many customers to fraud.

"The biggest thing is nobody quite knows what happens next," SoRelle says.

*NerdWallet writers Anna Helhoski, Amanda Barroso, Lauren Schwahn, Sara Rathner, Jackie Veling, Eliza Haverstock, Shannon Bradley, Spencer Tierney and Kate Wood contributed to this report.*

*(Photo by Jemal Countess/Getty Images for MoveOn)*

---

## About the author



**Taryn Phaneuf**

Taryn Phaneuf is a lead writer and content strategist covering personal finance news and other topics. She joined NerdWallet in 2022 after reporting on business, education and public policy for more than a decade. **See full bio.**



# More like this

Making Money     Paying Your Bills     Personal Finance

## Get Your Free Credit Score

Sign up for your free credit score and enjoy credit-building Nerdy insights personalized to you.

## Pay Off

Learn str
debt loa

NerdWallet                                                                                    2   By



## Finance Smarter

**LEARN MORE ABOUT THE APP**

Download the app



  

## ABOUT

Company

Leadership

Careers

Corporate impact

Diversity & Inclusion

Nerdy merch

Editorial guidelines

Star rating methodologies

Editorial team

News

Press kit

Investors

## HELP

Help center

Support team

Community

Security FAQs

## LEGAL

Terms of use

Supplier Code of Conduct

Privacy policy

California privacy policy

Privacy preferences

Do not sell or share my personal information

Disclaimer: NerdWallet strives to keep its information accurate and up to date. This information may be different than what you see when you visit a financial institution, service provider or specific product's site. All financial products, shopping products and services are presented without warranty. When evaluating offers, please review the financial institution's Terms and Conditions. Pre-qualified offers are not binding. If you find discrepancies with your credit score or information from your credit report, please contact TransUnion® directly.

NerdUp by NerdWallet credit card: NerdWallet is not a bank. Bank services provided by Evolve Bank & Trust, member FDIC. The NerdUp by NerdWallet Credit Card is issued by Evolve Bank & Trust pursuant to a license from MasterCard International Inc.

Impact on your credit may vary, as credit scores are independently determined by credit bureaus based on a number of factors including the financial decisions you make with other financial services organizations.

NerdWallet Compare, Inc. NMLS ID# 1617539

NMLS Consumer Access |

 Licenses and Disclosures

California: California Finance Lender loans arranged pursuant to Department of Financial Protection and Innovation Finance Lenders License #60DBO-74812

Insurance Services offered through NerdWallet Insurance Services, Inc. (CA resident license no.OK92033)

Insurance Licenses

NerdWallet has engaged Atomic Invest LLC ("Atomic"), an SEC-registered investment adviser, to bring you the opportunity to open an investment advisory account with Atomic. NerdWallet receives compensation of 0% to 0.85% of assets under management annualized, payable monthly, for each referred client who opens an Atomic account and a percentage of free cash interest earned by clients, which creates a conflict of interest.

Brokerage services for Atomic are provided by Atomic Brokerage LLC, a registered broker-dealer and member of FINRA and SIPC and an affiliate of Atomic, which creates a conflict of interest. For more details about Atomic, please see the Form CRS, Form ADV Part 2A and Privacy Policy. For more details about Atomic Brokerage, please see the Form CRS, the Atomic Brokerage General Disclosures. You can check the background of Atomic Brokerage on FINRA's BrokerCheck.

Neither Atomic Invest nor Atomic Brokerage, nor any of their affiliates is a bank. **Investments in securities are Not FDIC insured, Not Bank Guaranteed, and May Lose Value**. Investing involves risk, including the possible loss of principal. Before investing, consider your investment objectives and the fees and expenses charged.

NerdWallet™ | 55 Hawthorne St. - 10th Floor, San Francisco, CA 94105



NerdWallet USA   |   NerdWallet UK

NerdWallet CA   |   NerdWallet AU



© 2025 NerdWallet, Inc.
All Rights Reserved.

# Exhibit X



POLITICS                                    **Donald Trump**    Add Topic

# Thousands of consumer complaints unanswered after Trump CFPB purge, Dems say

*Since its founding, the CFPB has returned more than $21 billion to consumers who were victims of fraud or scams.*



**Joey Garrison**
USA TODAY

Published 11:26 a.m. ET Feb. 25, 2025 | **Updated 12:33 p.m. ET Feb. 25, 2025**

WASHINGTON – Thousands of complaints submitted by Americans to the Consumer Financial Protection Bureau alleging fraud or scams from private companies are going unanswered following President Donald Trump's efforts to dismantle the agency, Senate Democrats argue in a new report.

Their conclusion is based on publicly available data detailed in an analysis released Tuesday by Democrats on the Senate Committee on Banking, Housing and Urban Affairs led by ranking member Sen. Elizabeth Warren, D-Mass.

The CFPB's Consumer Complaint Program – established in the 2010 Dodd-Frank Act that created the agency – serves as a clearinghouse for consumers to submit complaints online, by phone or mail about financial products and services. After the CFPB screens the complaints, they are sent to companies for a response.

Since its founding, the CFPB has returned more than $21 billion to consumers who were victims of fraud or scams.

**More:** No more consumer protection? What the CFPB shutdown means for you.

During the final three months of former President Joe Biden's administration, the CFPB uploaded and publicized a daily average of 10,609 complaints received by consumers. During

the same period, the CFPB submitted an average of 10,596 complaints to the companies that were named, according to data on the bureau's website.

But the processing has dropped significantly under Trump.

The agency uploaded a daily average of 7,853 consumer complaints over the 10 days after Treasury Secretary Scott Bessent on Feb. 3 ordered the bureau's staff to stop much of its work. Five days later on Feb. 8, Russ Vought, director of the Office of Management and Budget and acting director of the bureau, ordered CFPB staff to "cease all supervision and examination activity" and "cease all stakeholder engagement."

Since Feb. 13 – following mass firings at the CFPB pushed by Vought – the bureau has uploaded just 2,234 complaints a day, according to the report. Historically, the CFPB receives about 350,000 monthly complaints – a pace far greater than the number processed so far this month.

**More:** US consumer watchdog signs come down at Washington HQ

Between Feb. 3 and Feb. 13, the CFPB submitted a daily average of 7,519 complaints to companies. The daily average of complaints submitted to companies has dropped to 2,067 since Feb. 13, a decline of 80% from the pre-Trump rate.

"Consumers in need of help are seeing their complaints go unanswered," the report says.

Spokespeople for the OMB did not respond to a message from USA TODAY seeking comment.

The report's release comes ahead of a forum of Democratic senators Warren is convening Tuesday to highlight the consequences of Trump's efforts to eliminate the CFPB. Top Trump advisor Elon Musk, who has vowed to destroy the bureau through his Department of Government Efficiency, was invited to the forum but is not expected to attend.

Warren, who led the CFPB after it was created during the 2007-2009 Great Recession, requested information Tuesday in a letter to Vought on the number of bureau employees responsible for keeping the complaint database, as well as potential terminations of those involved in the processing of complaints and a tally of the overall complaints the agency has received since its dismantling began.

**More:** Judge blocks mass layoffs at consumer protection agency targeted by Trump

"With work at the agency effectively halted, it is unclear whether the CFPB still has the staff, financial, technological, and other resources necessary to keep its Consumer Complaint Program operational," Warren said in the letter co-signed by Sen. Andy Kim, D-N.J., who also sits on the baking committee.

"We are deeply concerned about the implications of your efforts to gut the CFPB on our constituents, who rely on the CFPB and its partner agencies to advocate on their behalf," the letter says.

The bureau's biggest enforcement action was in 2022, when it ordered Wells Fargo to pay $3.7 billion in penalties and restitution for what it said was widespread mismanagement of mortgages and accounts that cost customers their homes and cars and locked people out of their own bank accounts - with more than 16 million consumers affected.

The CFPB, formed to protect consumers against fraud, has long drawn criticism from Republicans and the financial industry. Efforts to dismantle the agency come as the DOGE, led by multibillionaire Musk, has worked aggressively to cut government spending and reduce the federal workforce.

Trump this month said it's his goal to full eliminate the CFBP, alleging "waste fraud and abuse" in the agency. A federal judge on Feb. 14 ordered the Trump administration to halt the firing of CFPB employees for now until the court takes up a request for a temporary injunction from unions seeking to stop the purge.

*Reach Joey Garrison on X @joeygarrison.*

# Exhibit Y

# TIME

SUBSCRIBE

BUSINESS    DONALD TRUMP

# What Cuts to the CFPB Could Mean For Consumers

**9 MINUTE READ**



Protesters rally outside the Consumer Financial Protection Bureau (CFPB) on February 10, 2025 in Washington, DC.    Anna Moneymaker/Getty Images

BY **ALANA SEMUELS**

FEBRUARY 13, 2025 12:34 PM EST

F or a long time, Misty Castaneda had terrible credit. Even though she had health insurance, the hair stylist from Colorado owed a hospital around $20,000 for a $200,000 open-heart surgery in 2010 that had been necessary to keep her alive, she says.

Castaneda's credit was so bad that she stayed in a bad relationship for more than a decade, she says, because she knew that without her husband's credit score, she wouldn't be able to rent an apartment, buy a car, or take out a credit card.

So when she recently heard that the Consumer Financial Protection Bureau (CFPB) had finalized a rule that would keep medical debt off personal credit reports, she knew she had to advocate on behalf of it. "It would just open the doors for so many people like me," says Castaneda, now 47 and divorced.

Although the rule keeping medical debt off credit reports was finalized on Jan. 7, it may be on the chopping block as Elon Musk's Department of Government Efficiency (DOGE) turns its sights to the CFPB. It's not clear what powers the bureau will retain after Musk and his allies in the Trump Administration are through with it.

Trump has fired the CFPB's director. Its acting replacement, Office of Management and Budget director Russell Vought, ordered all employees to stop work earlier this week, effectively suspending much of the bureau's bread-and-butter activities. In an email, employees were told to not approve or issue rules or guidance and that they should suspend the effective date of rules that had not yet become effective, which includes the medical debt rule. Employees were also told to cease any pending investigations and not issue any public communications of any type. Vought said on X on Feb. 8 that he would be notifying the Federal Reserve that the CFPB would not be taking its next funding draw "because it is not 'reasonably necessary' to carry out its duties."

"CFPB RIP," Musk wrote on X on Feb. 7.

**From:** CFPB_WeeklyDigest
**Sent:** Tuesday, February 4, 2025 12:15 PM
**To:** CFPB_WeeklyDigest
**Cc:** _DL_CFPB_AllHands; _DL_CFPB_AllHands_Contractors
**Subject:** Message from the Acting Director, Prohibited Holdings, and more

Compliance training due March 17



FEBRUARY 4, 2025

# Weekly Digest

[Message from the Acting Director](#) | [Checklist](#) | [Professional development](#) | [Breakroom](#)

## MESSAGE FROM THE ACTING DIRECTOR

*Updated from Feb. 3 email:*

Colleagues,

Secretary of the Treasury Bessent has been named Acting Director of the CFPB, effective January 31, 2025. As Acting Director, Secretary Bessent is committed to appropriately stewarding the agency pending new leadership. In order to promote consistency with the goals of the Administration, effective immediately, unless expressly approved by the Acting Director or required by law, all employees, contractors, and other personnel of the Bureau are directed:

- Not to approve or issue any proposed or final rules or formal or informal guidance.
- To suspend the effective dates of all final rules that have been issued or published but that have not yet become effective.
- Not to commence, take additional investigative activities related to, or settle enforcement actions.
- Not to issue public communications of any type, including publication of research papers.
- Not to approve or execute any material agreements, including related to employee matters or contractors.
- Not to make or approve filings or appearances by the Bureau in any litigation, other than to seek a pause in proceedings.
- Not to initiate supervisory designation proceedings or designate any nondepository institution for supervision.

Screenshot of email sent to all CFPB employees on Feb. 4, 2025   Filed as part of 2/12 motion to intervene in medical debt case

It doesn't look like the bureau is going away entirely. On Feb. 12, President Trump reportedly nominated FDIC board member Jonathan McKernan to be director of the CFPB. But the Administration's moves are a massive blow to consumers, advocates say, and will leave holes in enforcement and regulation that could allow companies to take advantage of consumers.

"The CFPB was established to take the side of ordinary people when Wall Street banks and big corporations rip you off, when they tank your credit report, when they push you into foreclosure," says Lauren Saunders, associate director at the National Consumer Law Center, a nonprofit that works on behalf of low-income

consumers. "Getting rid of the CFPB will just let Wall Street banks and corporate predators run amok."

The White House and DOGE did not respond to requests for comment.

## What the CFPB does

The CFPB, which was created in 2010 in the wake of the financial crisis, has three key assignments: it supervises banks and financial institutions, writes rules that protect consumers, and enforces the law. But there are other functions it performs that no other agency can or would do if it were eliminated, consumer advocates say.

The CFPB employs bank supervisors around the U.S., who go into financial institutions periodically to check books and prevent problems from occurring. It enforces 18 consumer financial laws that Congress transferred to the agency when it passed the Dodd-Frank Act, which established the bureau. It runs a complaint database, to which consumers can submit reports of problems with certain companies. The agency has received nearly 7 million complaints from consumers since Dec. 2024.

The CFP also prosecutes companies that it says fail to protect consumers. In December, it filed a lawsuit against the operator of Zelle and three of the nation's largest banks for allegedly failing to safeguard consumers from fraud. In January, it sued the credit reporting agency Experian for allegedly failing to investigate consumer disputes.

Perhaps most importantly, the CFPB writes rules to help consumers. It recently finalized a rule that would cap overdraft fees from banks, which the bureau said would add up to $5 billion in overdraft fee savings for consumers. In January it finalized the rule that would remove medical debt from people's credit reports, which it said would remove $49 billion in medical bills from about 15 million Americans' credit reports. These rules are the product of months or sometimes years of on-the-record discussion, to which anybody can submit comments and try to sway regulators.

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 165 of 276

**Read More:** *Here's Where China's Retaliatory Tariffs On the U.S. Could Hit Hardest.*

"They have really done a lot in the last six months, and many of those accomplishments are being contested," says Adam Rust, director of financial services at the Consumer Federation of America, a nonprofit association of nearly 250 pro-consumer groups.

It's possible the Trump Administration will try to move the responsibilities of the CFPB to another agency in its efforts to cut government spending. In a November post on X, Musk wrote, "delete CFPB. There are too many duplicative regulatory agencies."

But the CFPB was created precisely because the old system didn't work, says Julie Margetta Morgan, the associate director of research, monitoring, and regulations at the CFPB in the Biden Administration. "Many of the responsibilities that CFPB had," she adds, "came from the fact that these other agencies were not adequately protecting consumers."

## How DOGE could neutralize the CFPB

Some of the consumers who might be first affected by the Trump Administration's moves to limit the CFPB's power are those like Castaneda, who have medical debts ruining their credit scores, or those who say that banks have charged them too much on overdraft fees. That's because the rules recently finalized by the CFPB are facing lawsuits from trade associations that the agency, under new leadership, may not defend against, says Rust.

Instead of fighting the suits, the CFPB has instead asked for a pause in the proceedings and has reportedly instructed its lawyers not to make appearances in the matters. The effective date of the final rule on medical debt has now been postponed from March 7 to June 15. But the CFPB could drop its defense of the case before then. On Feb. 12, a group of nonprofit organizations filed a motion to intervene in the medical debt case so that they could continue to defend the rule.

Even some consumers who support DOGE's cost-cutting attempts are skeptical that the medical debt rule should go. Gloria Austin, a 67-year-old Chicago resident, says her credit score was hit by medical bills from when she contracted shingles—twice—in 2020, when she did not have health insurance. Austin supports efforts to cut back government spending, and says she believes there is a huge amount of fraud and waste that should be eliminated. She's struggling under the burden of inflation and hopes that cost-cutting in government could lessen her expenses and taxes.

**Read More:** *How Trump's Tariffs Could Affect Consumers.*

But she also says the CFPB's rule on medical debt would help consumers like her who are saddled with bills they can't avoid. "It was either keep the lights on and buy groceries or pay my medical bills," she says.  Creditors have continued to hound Austin, she says. When she had to buy a car, the only loan she could get had an interest rate near 30%. "No medical debt should appear on a credit report," she says. "People are struggling enough already."

In general, consumer advocates say they expect the new Administration to take a much less aggressive approach to holding companies accountable. It could try to drop lawsuits against companies like Experian, or stop looking for new enforcement efforts to bring. "I don't have a lot of optimism that the CFPB is going to continue to prosecute enforcement actions," says Saunders, of the NCLC.

Already, visitors to the CFPB's website, consumerfinance.gov, are greeted with a new error message: "404: Page not found." An email from TIME to the CFPB's press office was not returned.

## Not the first attack on the CFPB

The CFPB has been under fire before. It was first envisioned by now-Sen. Elizabeth Warren, then a professor at Harvard, and created after President Obama proposed a financial agency to focus on consumer protection in the wake of banks' role in the financial crisis.

Many Republicans opposed the creation of the bureau, insisting it had burdensome regulations that would hamper consumers' ability to access credit. When the CFPB opened its doors in 2011, it did not have a director because the U.S. Senate would not confirm President Obama's appointee. (President Obama used a recess appointment to install Richard Cordray as the agency's chief.) Some Republicans have been trying to get rid of the agency ever since. In 2015, Sen. Ted Cruz introduced a bill to abolish the CFPB.

One of the biggest challenges to the agency came in a series of lawsuits opposing its statutory authority and funding structure that ultimately reached the Supreme Court. The CFPB emerged from the challenges intact, with one exception. In 2020, the Supreme Court ruled that the CFPB's director could be fired for cause. That allowed Trump to get rid of former director Rohit Chopra on Feb. 1.

In 2024, the Supreme Court upheld the CFPB's funding structure, saying it could draw money from the earnings of the Federal Reserve. But Vought appears disinclined to do so. "This spigot, long contributing to the CFPB's unaccountability," he wrote on X, "is now being turned off."

## MORE MUST-READS FROM TIME

- Inside **Elon Musk's War** on Washington
- Meet the **2025 Women of the Year**
- The Harsh Truth About **Disability Inclusion**
- Why Do More **Young Adults Have Cancer?**
- **Colman Domingo** Leads With Radical Love
- How to Get Better at **Doing Things Alone**
- **Cecily Strong** on Goober the Clown
- Column: The Rise of **America's Broligarchy**

**CONTACT US AT** LETTERS@TIME.COM

The Stress Workout
Sometimes moving the body for 7 minutes can help quiet the mind.

# Exhibit Z

Learn more about 



My News  

# Under Trump, consumer watchdog drops case against online lender

By **Douglas Gillison**

February 21, 2025 6:04 PM EST · Updated 6 days ago

  



Signage is seen at the Consumer Financial Protection Bureau (CFPB) headquarters in Washington, D.C., U.S., August 29, 2020. REUTERS/Andrew Kelly/File Photo  Purchase Licensing Rights

Feb 21 (Reuters) - The U.S. Consumer Financial Protection Bureau, which President Donald Trump has moved to abolish, told a court on Friday it was dropping a lawsuit against the online lending platform Solo Funds, which the agency had earlier accused of deceiving borrowers about the cost of loans.

The case, which the CFPB filed less than a year ago in federal court in Los Angeles, appeared to be the first to be withdrawn since the Trump administration took over the consumer watchdog agency earlier this month, freezing activities, firing scores of workers and removing the agency's insignia from its Washington headquarters.

Since 2023, several state attorneys general had also taken action against the agency over similar allegations.

Representatives for the CFPB and Solo Funds did not immediately respond to requests for comment.

According to the CFPB, the company misrepresented the costs of loans, tricked them into making "donations" that were actually optional, made false threats and attempted to collect funds customers did not actually owe, among other allegations -- claims the company rejected in court papers.

A motion that both sides filed together on Friday said the action would be completely dismissed, with each side covering their own legal costs.

> Get a look at the day ahead in U.S. and global markets with the Morning Bid U.S. newsletter. Sign up here.

Reporting by Douglas Gillison; Editing by Alistair Bell

Our Standards: **The Thomson Reuters Trust Principles.** ↗

Suggested Topics:

Boards, Policy & Regulation    Donald Trump    Regulatory Oversight

Purchase Licensing Rights

---

## Read Next

Technology

**US SEC announces dismissal of civil enforcement action against Coinbase**

ago

---

**Democratic FCC commissioner says agency seeking to 'bully' broadcasters**

ago

---

**India names Finance Secretary Pandey as chief of market regulator**

7:39 PM UTC

---

**Trump's CEA chair pick Miran says deregulation will lower prices**

4:41 PM UTC

**Sponsored Content**            Dianomi ▷

**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**
Sponsored by WalletJump


**'DOGE' to unleash America's biggest financial transformation?**
Sponsored by Altimetry


**Singapore: Where green meets economy**
Sponsored by Singapore EDB


**Opportunities don't stop when the market day ends, so neither do we**
Sponsored by Charles Schwab


**Investors Over 50: Ways to Generate Income From a $1 Million Portfolio**
Sponsored by Fisher Investments


**The Name Your Price® tool**
Sponsored by Progressive Insurance


Business >

# Duolingo forecasts annual revenue above estimates on strong adoption of AI features

Technology · February 27, 2025 · 4:28 PM EST · 8 min ago

Language learning app Duolingo forecast annual revenue above Wall Street expectations on Thursday, anticipating a stronger adoption of its subscription tier featuring artificial intelligence capabilities.

Technology

Dell forecasts upbeat annual profit on cost cuts, robust AI server demand

8 min ago

---

Technology

**HP beats quarterly revenue estimates on steady PC market recovery**

9 min ago

---

Technology

**Meta plans to release standalone Meta AI app, CNBC reports**

9 min ago

---

**Big fines coming for companies with export violations, says ex-Commerce official**

10 min ago

## Sponsored Content

Dianomi ▷

Seniors Born 1941-1979
Receive 55 Benefits This
Month if They Ask
Sponsored by WalletJump



Power your energy
transition from Singapore
Sponsored by Singapore EDB



'DOGE' to unleash
America's biggest
financial transformation?
Sponsored by Altimetry



Leverage a powerful
platform designed for
self-directed traders.
Sponsored by TradeStation



8 Dumbest Things Smart
People Waste Money On
Sponsored by FinanceBuzz



Will You Run out of
Retirement Funds? Find
out in 1 Minute
Sponsored by Fisher Investments



## Sponsored Content

Dianomi ▷

Opportunities don't stop when the
market day ends, so neither do we
Sponsored by Charles Schwab

9 Ways To Get Money Without Getting
A Job
Sponsored by FinanceBuzz

Take a Shot at Saving
Sponsored by Progressive Insurance

5 Side Hustles That Work Even with a
Full-Time Job
Sponsored by FinanceBuzz

See How Some Retirees Use Options
Trading As A Safe Way To Earn Income
Sponsored by TradeWins

Stupid Mistakes We've All Paid Too
Much For
Sponsored by The Penny Hoarder

---

Latest

Home

Authors

Topic Sitemap

Browse

World

Business

Markets

Archive

Article Sitemap

Media

Videos

Pictures

Graphics

Podcasts

Sustainability

Legal

Breakingviews

Technology

Investigations

Sports

Science

Lifestyle

About Reuters

About Reuters ⧉

Advertise with Us ⧉

Careers ⧉

Reuters News Agency ⧉

Brand Attribution Guidelines ⧉

Reuters and AI ⧉

Reuters Leadership ⧉

Reuters Fact Check

Reuters Diversity Report ⧉

Stay Informed

Download the App (iOS) ⧉

Download the App (Android) ⧉

Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

LSEG Products

Workspace ⧉

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

DataCatalogue ⧉

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

World-Check ⧉

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us ⧉          Advertising Guidelines          Purchase Licensing Rights ⧉

2/27/25, 4:37 PM
Case 1:25-cv-00381-ABJ   Document 38-17   Filed 02/27/25   Page 174 of 276
Under Trump, consumer watchdog drops case against online lender | Reuters

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ⬀   **Terms of Use**   **Privacy** ⬀   **Digital Accessibility** ⬀   **Corrections**   **Site Feedback** ⬀

© 2025 Reuters. All rights reserved

# Exhibit AA

Banking Law
Feb. 11, 2025, 6:22 PM EST; Updated: Feb. 11, 2025, 7:43 PM EST

# CFPB Cuts Over $100 Million in Contracts Amid DOGE Probe (1)

Exclusive

---

- **Elon Musk's DOGE team has access to CFPB procurement data**
- **CFPB had budgeted $224 million in 'other contractual services'**

The Consumer Financial Protection Bureau is canceling more than $100 million in vendor contracts as part of a cost-cutting maneuver by the agency's new leadership, potentially putting its cybersecurity efforts at risk.

The cuts come as Elon Musk's Department of Government Efficiency pores over the CFPB's internal finance and procurement data and while the agency is at a virtual standstill under an order from acting Director Russell Vought. Musk is currently developing his X social media platform into a payments platform.

Cybersecurity contracts and other internal management systems weren't included on a list of "essential" contracts obtained by Bloomberg Law, meaning they're vulnerable to cuts.

Vought also serves as the director of the Office of Management and Budget.

"Acting Director Vought is wasting no time getting to the bottom of the waste, fraud, and lavish spending at this rogue and weaponized agency and in bringing it to heel," an OMB spokesperson said in a statement to Bloomberg Law. "We are in the process of canceling hundreds of wasteful and unnecessary contracts worth over $100 million."

The agency budgeted more than $224 million for "other contractual services" in fiscal 2024, according to its annual performance plan and budget overview released in February 2024.

**CFPB Contracts**

Any cuts to cybersecurity and software system contracts could threaten the security of highly confidential information provided by banks and other companies the CFPB supervises, as well as customer data and employee information.

Among the cuts were 102 vendor contracts for the CFPB's enforcement division, 33 contracts linked to the director's office, and 16 contracts for the agency's supervision unit, according to a Tuesday evening email from CFPB acting Senior Procurement Executive Joshua Galicki obtained by Bloomberg Law.

The email didn't say how much those contracts were worth.

The CFPB's list of essential contracts included spending on security guards with the Whitestone Group, a mailroom system from NewView Oklahoma, janitorial services from Didlake, and facilities maintenance from EML, according to a Monday email obtained by Bloomberg Law.

Contracts for the CFPB's service desk, a contact center, and management of the agency's civil penalty fund were also listed as essential.

The email didn't indicate how much those contracts were worth.

The agency obligated $18.9 million in fiscal 2024 for "enterprise-wide cloud hosting infrastructure, system administration and related IT support services," according to its financial report.

Another $8.1 million went to e-discovery and litigation services and $7.9 million for information technology data platform engineering and support, the fiscal 2024 financial report said.

The CFPB also agreed to pay $7.6 million to Salesforce Inc. for program support in fiscal 2024, the financial report said. The CFPB's Supervision Examination System, a digital platform for the bureau's examination force, is a Salesforce platform.

**DOGE Cuts**

The cuts come as DOGE moves through several government agencies, such as the US Department of Education and the US Agency for International Development, looking to eliminate grants and other spending it deems wasteful or inefficient.

In most cases, the spending DOGE and its teams are targeting at other agencies is appropriated by Congress. Federal judges have started blocking some of Trump's efforts to cut programs, although the administration has indicated it may disregard court orders.

The CFPB cuts are different.

Because the CFPB is funded through the Federal Reserve, none of its spending is allocated by Congress. So Vought has a freer hand to slash the agency's spending.

Vought on Feb. 8 announced he wouldn't be requesting the CFPB's next scheduled funding draw from the Fed, noting the consumer finance watchdog has more than $700 million in reserves.

To contact the reporter on this story: Evan Weinberger in New York at eweinberger@bloombergindustry.com

To contact the editor responsible for this story: Michael Smallberg at msmallberg@bloombergindustry.com

© 2025 Bloomberg Industry Group, Inc.   All Rights Reserved

# Exhibit BB

TRENDING:    ELON MUSK    GOP TAX AGENDA    ANDREW CUOMO    TRUMP BUDGET BILL    SPONSORED:    CONTENT FROM VSP VISION

BUSINESS

## 'We're about to get annihilated': Musk, DOGE descend on consumer bureau

BY JULIA SHAPERO - 02/11/25 6:00 AM ET





> Listen to this Article

The Trump administration is moving rapidly to gut the Consumer Financial Protection Bureau (CFPB), halting the agency's work, cutting off its funding and shutting down its headquarters.

The push is not unlike the effort launched in the early years of President Trump's first term to defang the agency, which has faced staunch opposition from Republicans throughout its brief existence.

Case 1:25-cv-00381-ABJ   Document 38-17   Filed 02/27/25   Page 183 of 276

However, as Elon Musk's Department of Government Efficiency (DOGE) sweeps into one agency after another with the directive to slash wide swaths of government funding, the new assault on the CFPB has sparked concerns from consumer advocacy groups and Democratic lawmakers about just how far the administration will go this time.

"I think everyone assumes this is the USAID playbook, and I think everyone's operating off of the assumption that we're about to get annihilated, the way that they were annihilated," a CFPB employee told The Hill, referring to the U.S. Agency for International Development.

The moves at the CFPB have drawn parallels with USAID, where staff were also told to stay out of headquarters and cease work before the Trump administration attempted to place thousands of employees on administrative leave. The effort was put on hold by a federal judge Friday night.

"There is precedent for certain action, for certain ways in which they took CFPB off the beat during the first Trump administration," said Graham Steele, former assistant secretary of financial institutions at U.S. Treasury under former President Biden.

ADVERTISEMENT



North Carolina, ranked America's
top state for business.

"The idea of trying to basically shut the agency down in all but name is a step farther," he added. "It's an escalation."

The Trump administration launched its blitz attack on the agency over the weekend, shortly after newly confirmed Office of Management and Budget (OMB) Director Russell Vought was appointed acting CFPB director on Friday.

ADVERTISEMENT

2/27/25, 1:43 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 184 of 276
Trump administration targets CFPB: DOGE targeted agency facing cutback and purge

He took the place of Treasury Secretary Scott Bessent, who had been named acting director just days earlier. Bessent had reportedly directed staff to halt work on enforcement actions, rulemaking and litigation.

Vought similarly ordered employees to "cease all supervision and examination activity" and "stakeholder engagement" Saturday, according to The Washington Post. That same day, he announced he would not take its next drawdown of funding from the Federal Reserve.

"The Bureau's current balance of $711.6 million is in fact excessive in the current fiscal environment," Vought wrote in a post on the social platform X. "This spigot, long contributing to CFPB's unaccountability, is now being turned off."

CONTENT CONTINUES BELOW SURVEY

**What Do You Think?**    ⚑    ⋮

**To what extent do you approve or disapprove of the Trump administration's current efforts to reform / scale back the Consumer Financial Protection Bureau (CFPB)?**

○ Strongly approve

○ Somewhat approve

○ Somewhat disapprove

○ Strongly disapprove

○ Other / No opinion

\* By clicking "NEXT" I submit my answers and consent to the use of cookies for research and advertising purposes; I have read and agree to the CivicScience Privacy Policy and Terms of Service

NEXT *

The agency's chief operating officer, Adam Martinez, reportedly told staff Sunday that its headquarters would be closed for the week. On Monday, Vought ordered employees to "stand down from performing any work task," according to Business Insider.

The CFPB's X account has since been deleted, and the homepage of its website shows a note that says "404: Page not found," although the site remains functional.

Employees affiliated with Musk's DOGE have also gained access to CFPB's data systems, according to Bloomberg News. Despite initially receiving limited access, they now have access to the full scope of information stored at the agency, including sensitive bank examination and enforcement records.

Sen. Elizabeth Warren (D-Mass.), the top Democrat on the Senate Banking Committee, slammed Musk and Vought in a video posted to X on Monday for attempting to "kill" the CPFB, calling it "another scam."

"So, why are these two guys trying to gut the CFPB?" Warren asked. "It's not rocket science: Trump campaigned on helping working people, but now that he's in charge, this is the payoff to the rich guys who invested in his campaign and who want to cheat families — and not have anybody around to stop them."

Rep. Maxine Waters (D-Calif.), ranking member of the House Financial Services Committee, took aim at Musk in particular.

ADVERTISEMENT

"Why the richest man in the world is working to gut the agency that has returned $21 billion to harmed American consumers is simple," she said in a statement Saturday.

She pointed to the billions of dollars' worth of government contracts held by Musk's companies, as well as his plans to turn X, which he owns, into a digital payment platform.

"Such a platform would be regulated by — you guessed it — the CFPB," Waters said. "So, in addition to having access to the consumer data of millions of Americans, Musk can now illegally steal sensitive business information about other American companies in the same industry. It doesn't get any more corrupt and anti-American than that."

ADVERTISEMENT

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 186 of 276

Musk's large network of companies, including Tesla, SpaceX and X, have increasingly raised questions about conflicts of interest, particularly as his DOGE team burrows into every part of the executive branch.

DOGE-affiliated employees have rapidly moved from one agency to the next, with a focus on gaining access to technological infrastructure.

At the Treasury Department, DOGE staff received access to a sensitive federal payment system, sparking outcry from Democrats and prompting several lawsuits. A federal judge ultimately blocked Musk and his DOGE team from accessing the system late Saturday.

ADVERTISEMENT

The National Treasury Employees Union filed two separate lawsuits against Vought over the CFPB push Sunday. The first case seeks to prevent the push to dismantle the agency, while the other seeks to block DOGE's access to CFPB employees' personal information.

The Trump administration's efforts to target the CFPB are not entirely surprising, given the GOP's history with the agency.

"It's no surprise that there was going to be an interest in trying to effectively gut the CFPB, one way or another, pretty early on into the Trump administration," Steele said. "The CFPB has been the bête noir of conservatives for a long time."

ADVERTISEMENT

Conservatives have opposed the CFPB since its creation in 2010, in the wake of the 2007-08 financial crisis. They argue the agency has overstepped its regulatory authority and the bounds of the Constitution, and have frequently leveled such arguments against the CFPB in court, without much success.

As the CFPB cannot be eliminated without an act of Congress, appointees in Trump's first administration set about attempting to limit the agency's power.

Former OMB director and acting CFPB director Mick Mulvaney instituted a freeze on hiring and new rulemaking when he took control of the agency in 2017. Much like Vought, he also requested a budget of zero dollars from the Fed.

"This is a déjà vu situation," said Joe Lynyak, a financial services partner at the law firm Dorsey & Whitney. "But I would say that Mr. Vought is probably a more astute tactician in terms of his utilization of authorities."

In the second Trump administration, they have taken things a "step farther," in a way that could expose them to lawsuits if they fail to fulfill certain statutorily required duties, Steele said.

"I think it is a more dramatic shift that raises some of these core legal questions about the separation of powers, Congress telling agencies what to do and the agencies faithfully executing the laws, which is what they're supposed to be doing," he told The Hill.

Lynyak warned that the push to effectively dismantle the CFPB could be met "more forcefully" than the response to the DOGE's efforts to shutter USAID.

"If the CFPB is effectively defunded and prevented from standing up for consumers, the consequences could be severe," Delicia Hand, senior director, digital marketplace at Consumer Reports, said in a statement.

"Consumers will end up paying the price if the CFPB is sidelined and will be more likely to fall victim to predatory practices, hidden fees, and data privacy violations," she continued. "Without an active cop on the beat looking out for consumers in the financial marketplace, the administration is essentially saying consumers are on their own."

**TAGS** CFPB   CFPB   CONSUMER FINANCIAL PROTECTION BUREAU   CONSUMER FINANCIAL PROTECTION BUREAU   DEPARTMENT OF GOVERNMENT EFFICIENCY   DOGE DOGE   DOGE CFPB   DOGE FUNDING   DONALD TRUMP   ELIZABETH WARREN   ELON MUSK   ELON MUSK   FINANCIAL REGULATION   MAXINE WATERS   SCOTT BESSENT TRUMP MUSK

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



## SPONSORED CONTENT

# Exhibit CC



**NEWS**

### Trump admin pulls hundreds of videos from CFPB's YouTube channel / Its X and Facebook accounts are down, too, and its website is partially 404ing.

by **Lauren Feiner**
Feb 14, 2025, 6:15 PM EST

      | 19 | **Comments (19 New)**



Image: Cath Virginia / The Verge

 Lauren Feiner is a senior policy reporter at The Verge, covering the intersection of Silicon Valley and Capitol Hill. She spent 5 years covering tech policy at CNBC, writing about antitrust, privacy, and content moderation reform.

Nearly 400 videos that were posted on the Consumer Financial Protection Bureau's YouTube page have been removed, as the Trump administration continues to pare back the agency, including its team of skilled technologists.

The CFPB YouTube page, which has 15,000 subscribers and was created in 2011, has had every one of its videos removed as of Friday. An archived version of the page shows that as recently as February 8th, it hosted 386 videos. The archived page shows videos with titles like "Five tips for when you can't pay your bills," "How do I dispute an error on my credit report?" and "How can I improve my credit scores?"

Facebook and X accounts for the agency have also been taken down, although it's unclear when. The homepage of the CFPB website delivers a 404 error message, though other pages on the site are still active.

ADVERTISEMENT



The removals seem to be part of a larger dismantling of the agency, which oversees consumer protection issues in financial service. That's an area that's increasingly come to include tech players, including X; X is owned by Department of Government Efficiency (DOGE) head Elon Musk, who's been leading the charge on slashing the federal workforce. About 20 technologists in the bureau were suddenly terminated on Thursday evening, *The Verge* reported, ravaging a team that provided deep expertise to help hold companies accountable for their financial technology services.

Across several agencies, the government has hurriedly removed webpages to comply with President Donald Trump's flurry of executive orders at the start of his term. Many pages that hosted health information were brought back online this week to comply with a court order. Later, the Trump administration updated those pages with a disclaimer against "gender ideology," noting it was forced by a court to restore the information.

There could be a brief reprieve for the CFPB after a new court order. On Friday evening, a judge put a pause on further firings of CFPB staff without cause, and ordered the agency not to delete agency records or data at least until a hearing on March 3rd.

---

**19 COMMENTS (19 NEW)**

---

SEE MORE:   ELON MUSK    NEWS    POLICY    POLITICS    TECH

---

**MORE IN THIS STREAM**      SEE ALL

**Starlink poised to take over $2.4 billion contract to overhaul air traffic control communication**
ANDREW J. HAWKINS   AN HOUR AGO  | 💬 23

**Antarctic research is at risk.**
JUSTINE CALMA   9:49 AM EST  | 💬 2

**We finally know who's legally running DOGE**

Our news stories are free to read. To get all access to The Verge, subscribe now.

**SUBSCRIBE NOW**

✕

### Trump's tariffs on China, Canada, and Mexico will take effect March 4th

LAUREN FEINER  TWO HOURS AGO  |  💬 6



---

### US tariffs: how Trump's tax is hitting Big Tech and beyond

EMMA ROTH  TWO HOURS AGO  |  💬 8



---

### Roblox is getting faster on Chromebooks

JAY PETERS  TWO HOURS AGO



---

### The Powerbeats Pro 2 can't play music while tracking heart rate on gym equipment

VICTORIA SONG  TWO HOURS AGO  |  💬 9



---

### Disney Plus is adding a bite-sized version of ESPN's SportsCenter

EMMA ROTH  TWO HOURS AGO  |  💬 2



---

### DoorDash will pay $16.8 million to New York delivery workers after misusing their tips

UMAR SHAKIR  TWO HOURS AGO  |  💬 1



---

### Top Stories

FEB 26
**iPhone 16E review: Eh, it's alright** 🎥

---

9:58 AM EST
**Pokémon Legends: Z-A's starters make their debut in new trailer**

---

1:15 AM EST
**Engwe Mapfour N1 Pro e-bike review: the new 'premium'**

---

10:00 AM EST
**BoldHue review: the best foundation is the one you print**

Our news stories are free to read. To get all access to The Verge, subscribe now.    ✕

2/27/25, 1:47 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 192 of 276
Trump wants YouTube to unblock old videos from official Trump News channel - The Verge

**Understanding Elon Musk's polarizing ascent in the MAGA movement**

ADVERTISEMENT

ADVERTISEMENT

    

Contact    Tip Us    Community Guidelines    About    Ethics Statement    How We Rate and Review Products

Do Not Sell or Share My Personal Data    Terms of Use    Privacy Notice    Cookie Policy    Licensing FAQ    Accessibility    Platform Status

Our news stories are free to read. To get all access to The Verge, subscribe now.    ✕

# Exhibit DD

2/27/25, 1:53 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 194 of 276
Trump administration orders consumer protection agency to stop work, closes building | AP News



AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE

BUSINESS

## Trump administration orders consumer protection agency to stop work, closes building



 BY **CHRISTOPHER RUGABER**

Updated 3:56 PM EST, February 9, 2025

▶ Follow live updates on President Donald Trump and his new administration.

WASHINGTON (AP) — The Trump administration has ordered the Consumer Financial Pr...
stop nearly all its work, effectively shutting down an agency that was created to protect...
2008 financial crisis and subprime mortgage-lending scandal.

Russell Vought, the newly installed director of the Office of Management and Budget, directed the CFPB, in a Saturday night email confirmed by The Associated Press, to stop work on proposed rules, to suspend the effective dates on any rules that were finalized but not yet effective, and to stop investigative work and not begin any new investigations. The agency has been a target of conservatives since President Barack Obama pushed to include it in the 2010 financial reform legislation that followed the 2007-2008 financial crisis.

The email also ordered the bureau to "cease all supervision and examination activity."

ADVERTISEMENT



On Sunday, administration officials also said that the CFPB's headquarters in Washington, D.C. would be closed the week of Feb. 10 through Feb. 14, according to an email obtained by The Associated Press. No reason was given for closure.

**RELATED STORIES**



**What's going on at the Consumer Financial Protection Bureau?**





**Americans brace to feel impact of Trump actions halting CFPB's work**



**Powell says Fed 'well positioned' for the 'risks and uncertainties' that lie ahead**

"Employees and contractors are to work remotely unless instructed otherwise," the email to headquarters workers said.

The order follows similar efforts by the White House to dismantle the U.S. Agency for International Development.

Since the CFPB is a creation of Congress, it would require a separate act of Congress to fully dismantle it. But the head of the agency has discretion over what enforcement actions to take, if any.

Yet Elon Musk commented, "CFPB RIP" on social media site X on Friday. And the CFPB home page on the Internet was down Sunday, replaced by a message reading "page not found."

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 197 of 276

Also late Saturday, Vought said in a social media post that the CFPB would not withdraw its next round of funding from the Federal Reserve, adding that its current reserves of $711.6 million is "excessive." Congress directed the bureau to be funded by the Fed to insulate it from political pressures.

"This spigot, long contributing to CFPB's unaccountability, is now being turned off," Vought said on X.

The CFPB says that it has obtained nearly $20 billion in financial relief for U.S. consumers since its founding in the form of canceled debts, compensation, and reduced loans. Last month, the bureau sued Capital One for allegedly misleading consumers about its offerings for high-interest savings accounts — and "cheating" customers out of more than $2 billion in lost interest payments as a result, the bureau said.

Dennis Kelleher, president of Better Markets, an advocacy group, said, "that's why Wall Street's biggest banks and Trump's billionaire allies hate the bureau: it's an effective cop on the finance beat and has stood side-by-side with hundreds of millions of Americans — Republicans and Democrats — battling financial predators, scammers, and crooks."

The administration's move against the CFPB also highlights the tensions between Trump's more populist promises to lower costs for working-class families and his pledge to reduce government regulation.

During the campaign, Trump said he would cap credit card interest rates at 10%, after they had soared to record levels above 20%, on average, as the Federal Reserve lifted interest rates in 2022 and 2023. The CFPB had started work on how that proposal would be implemented.

The bureau can still take complaints, but it can't conduct exams or pursue existing investigations, according to a person familiar with the agency who insisted on anonymity to discuss CFPB business. The memo is also interpreted as blocking it from communicating with companies it regulates, consumer advocates or other outside groups.

Musk's team would also have access to complaints, investigations and regulatory oversight data. The access raises uncomfortable questions if Musk's company X launches a payments system as the company has said, and competitors such as Cash App, the person said.

Vought's email follows a similar directive from Treasury Secretary Scott Bessent Feb. 3 and reflects an effort by the Trump administration to rapidly curtail the work of federal agencies that they have

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 198 of 276

## Contacting The Associated Press

The Associated Press is an independent global news organization dedicated to factual, nonpartisan journalism. We are reporting on changes within the U.S. government under the new administration. **If you are a former or current government worker** who would like to share information with us, please message us on Signal at *TheAP.1846*

Obama spearheaded the creation of the bureau in the wake of the 2007-2008 housing bubble and financial crisis, which was caused in part by fraudulent mortgage lending. It was the brainchild of Massachusetts Democratic Sen. Elizabeth Warren and has attracted lawsuits from large banks and financial industry trade associations.

"Vought is giving big banks and giant corporations the green light to scam families," Warren said.

Last week, Warren called on Trump to work with the bureau to protect Americans from de-banking, the practice of banks shutting down customer accounts because they believe they pose financial, legal or reputational risks to the banks.

"I know that the Consumer Financial Protection Bureau is a favorite whipping boy of Republicans on this Committee, but the CFPB is the main agency in our government that is actively working to stop unfair de-banking," she said at a hearing of the Senate Banking, Housing and Urban Affairs Committee.

Vought's email said that President Donald Trump had made him acting director of the CFPB on Friday. Trump fired the previous director of the bureau, Rohit Chopra, on Feb. 1. Vought was an architect of Project 2025, a policy blueprint for the Trump White House that Trump tried to disavow during last year's campaign.

Under Chopra, the CFPB approved rules to cap overdraft fees by banks, limit junk fees, a restrictions on data brokers selling personal information such as Social Security numbers

AP Writers Josh Boak and Chris Megerian contributed to this report. AP Writer Holly Ramer contributed from Concord, New Hampshire.



**CHRISTOPHER RUGABER**

Rugaber has covered the Federal Reserve and the U.S. economy for the AP for 16 years. He is a two-time finalist for the Gerald Loeb award for business reporting.



ADVERTISEMENT

**MOST READ**

# Exhibit EE



  

                                                               DONATE

---

NATIONAL

# New CFPB chief closes headquarters, tells all staff they must not do 'any work tasks'

UPDATED FEBRUARY 10, 2025 · 10:47 AM ET

Laurel Wamsley



Russell Vought, seen on Jan. 22, is now in charge at the United States' consumer finance watchdog. Vought is one of the architects of the conservative policy agenda Project 2025 and was recently confirmed as director of the Office of Management and Budget.

*Kayla Bartkowski/Getty Images*

Staff and contractors at the Consumer Financial Protection Bureau have been told they cannot "perform any work tasks," according to an internal email obtained by NPR on Monday.

Russell Vought closed CFPB HQ and told workers to stop work : NPR

The new directive from the CFPB's acting director, Russell Vought, on Monday comes after the agency closed the bureau's Washington headquarters for the week and told staff to work remotely. No reason was given for the building's closure.

"Employees should not come into the office. Please do not perform any work tasks," Vought said in an email to CFPB staff on Monday.

Representatives of Elon Musk's Department of Government Efficiency team were seen at the headquarters on Friday, according to the union representing CFPB staff, and have been granted access to key systems, stirring concerns about the fate of the vast amount of sensitive information maintained by the bureau.

The bureau's staff was informed over the weekend that Vought is now acting director of the CFPB, the United States' consumer protection watchdog. Vought was an architect of the conservative policy agenda Project 2025 and was confirmed last week as director of the Office of Management and Budget.

In a separate email to staff on Saturday night, Vought had directed staff to stop virtually all their work, including the supervision that the agency does to check whether companies are following the law. It also instructed staff to cease any pending investigations.

That edict followed an earlier order to halt most of the agency's work, including suspending the effective dates of all rules that have been issued but haven't yet gone into effect.

CFPB staff members warn that Vought's moves will leave American families exposed to financial abuse.



**POLITICS**

**Who is part of Elon Musk's DOGE, and what are they doing?**

Vought posted on his X account on Saturday evening: "Pursuant to the Consumer Financial Protection Act, I have notified the Federal Reserve that CFPB will not be taking its next draw of unappropriated funding because it is not 'reasonably necessary' to carry out its duties. The Bureau's current balance of $711.6 million is in fact excessive in the current fiscal environment. This spigot, long contributing to CFPB's unaccountability, is now being turned off."

In leading the bureau, Vought replaces Treasury Secretary Scott Bessent, who was named acting director of the bureau on Monday.

The Consumer Financial Protection Bureau was instrumental in the Biden administration's work to address deceptive or predatory business practices. The CFPB filed lawsuits against big banks and payment platforms, and it made rules that included capping overdraft fees and removing medical bills from credit reports.

 **NEWS**

**Musk's team takes control of key systems at Consumer Financial Protection Bureau**

## Musk's DOGE members stoke fear inside the agency

As NPR reported Friday, members of Musk's Department of Government Efficiency team — which is not a true government department but, rather, a group of staff members tasked with ensuring that President Trump's priorities are enacted across the government — has gained access to internal computer systems that manage the agency's human resources, procurement and finance systems.

Musk's representatives have also taken control of the CFPB's website, which now shows an error message on its homepage. The rest of the site appears to be functioning normally. DOGE staffers also took control of the bureau's social media accounts and deleted them.

Musk posted on his personal X account on Friday: "CFPB RIP" — though it is not clear there have been any reductions or changes to the agency's staff yet. In November, Musk posted, "Delete CFPB."



Elon Musk arrives on Capitol Hill in Washington, D.C., with his son on Dec. 5, 2024.
*Anna Moneymaker/Getty Images*

DOGE's actions inside the bureau are stoking fears that Musk will try to virtually dismantle the agency to the extent possible, as he aims to do at the Department of Education and the U.S. Agency for International Development.

The moves appear to echo the abrupt changes at USAID, where staff members were given a stop-work order, then the USAID headquarters were closed and eventually all but a small number of "essential" staff members were put on administrative leave. The gutting of USAID was temporarily ordered to be paused by a federal judge on Friday.

The union representing CFPB workers, NTEU 335, said Friday that Musk's lieutenants entering the agency was "a clear attempt to attack union workers and defang the only agency that checks the greed of payment providers, as well as auto lenders like Tesla." Musk — who Trump said Monday would be kept from working on areas where "there is a conflict or problem" — is the CEO of Tesla and runs at least five other companies, some of which have lucrative contracts with the federal government.

Treasury Secretary Bessent, tapped to run CFPB, orders staff to halt work : NPR



**NATIONAL**

**Treasury Secretary Bessent, tapped to run CFPB, orders staff to halt work**

The union also noted that the bureau collects and maintains vast amounts of sensitive information about individuals and businesses, including banks and other financial institutions. It expressed concern that "such legally-protected, sensitive data of businesses and individuals will be exposed and used in inappropriate ways."

"For example, the CFPB has gathered a wealth of proprietary information from big tech payment platforms that could be exploited by someone with a conflict of interest to corner the payments industry," the union said, pointing to a newly announced partnership between Musk's X and Visa.

The CFPB has long been a target of criticism among Republicans, the banking sector and some in Silicon Valley for its investigations, enforcement actions and fines in consumer protection cases.

The organization is an independent bureau within the Federal Reserve System. It is funded outside the congressional appropriations process, and its funding comes from the Fed.

Case 1:25-cv-00381-ABJ          Document 38-17    Filed 02/27/25    Page 207 of 276

The bureau would on its face appear to be an unlikely target for cost-cutting, given its return on investment.

The budget slated for 2025 for the CFPB was $823 million. Since its creation in 2011, the CFPB has handled millions of consumer complaints and returned $20.7 billion back to consumers.

## Correction

### Feb. 8, 2025

An earlier version of this story misstated the name of the Consumer Financial Protection Bureau as the Consumer Finance Protection Bureau.

cfpb        consumer financial protection bureau        russell vought



## The news you need to start your day

Our journalists summarize the biggest stories in the Up First newsletter so you can stay informed, not overwhelmed.

| Email address |

SUBSCRIBE

[See more subscription options](#)

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

## More Stories From NPR

2/27/25, 7:43 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 208 of 276
Russell Vought closes CFPB HQ; DOGE and Musk access : NPR



YOUR MONEY

**The CFPB drops its lawsuit against Capital One, marking a major reversal**



CONSIDER THIS FROM NPR

**DOGE work could 'cross extreme ethical and legal lines,' says former employee**



**POLITICS**

## Court partially halts Trump's mass firings of federal employees



**NATIONAL**

## ICE will reopen a major detention center in New Jersey as it eyes a broader expansion



**RELIGION**
## Martin Marty, leading scholar of American religion, dies at 97



**NATIONAL**
## Andrew Tate, facing rape and trafficking charges in Romania, is back in the U.S.

## Popular on NPR.org



NATIONAL

**Pentagon directs removal of trans service members from military**



Russell Vought closed CFPB headquarters amid Musk's work : NPR

NATIONAL

**A rare 'parade' of all 7 planets will move across the night sky this week**



POLITICS

**Trump's social media video garners pushback from Arabs and Muslims in U.S. and Gaza**



Russell Vought: Shutdown of CFPB Helps Musk and Trump | New York : NPR

THE 'WASHINGTON POST' IN CRISIS

## Jeff Bezos' revamp of 'Washington Post' opinions leads editor to quit



**How a son spent a year trying to save his father from conspiracy theories**



AUTHOR INTERVIEWS

## Language as protagonist in Cristina Rivera Garza's newly translated novel

## NPR Editors' Picks



THE BRIEF

**Katy Perry and Gayle King are heading to space as part of an all-female Blue Origin crew**



**BUSINESS**

**Data show Tesla sales declined sharply in Europe**



**POLITICS**

**USAID workers return to HQ to clear their desks, as Trump dismantles the agency**



POLITICS

**Trump says new tariffs will cut U.S. drug deaths but fatal overdoses were already plummeting**



TREATMENTS

**Alzheimer's was taking her memory, so she started taking a new drug**

Russell Vought Closed CFPB Hours After Musk's DOGE Network : NPR



WORLD

**2 years after Greece's deadliest train crash, victims and families await answers**

**READ & LISTEN**

**Home**

**News**

**Culture**

**Music**

**Podcasts & Shows**

**CONNECT**

**Newsletters**

**Facebook**

**Instagram**

**Press**

**Public Editor**

**Corrections**

**Contact & Help**

**ABOUT NPR**

**Overview**

**Diversity**

**NPR Network**

**GET INVOLVED**

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**Accessibility**

**Ethics**

**Finances**

**NPR Shop**

**NPR Events**

**NPR Extra**

---

terms of use

privacy

your privacy choices

text only

© 2025 npr

# Exhibit FF

CONSUMER

# What's at stake for consumers as Trump officials target the CFPB

The Consumer Financial Protection Bureau's recent rules on overdraft and credit card late fees are in jeopardy, while others face uncertain futures.



—    The Consumer Financial Protection Bureau has been a target of GOP and Wall Street critics since it began in 2011.    Al Drago / Bloomberg / Getty Images

Feb. 10, 2025, 6:36 PM EST / Updated Feb. 12, 2025, 10:32 AM EST

## By J.J. McCorvey

The Trump administration's efforts to dismantle the Consumer Financial Protection Bureau risk leaving Americans' nearly $18 trillion in consumer debt with less supervision or regulation.

One CFPB staffer said Monday that every meeting and work item on their calendar, including reviewing investigative actions, had been deleted.

"I think at some point, the machinery is going to start to jam up," said the employee, who asked to speak anonymously out of fear of reprisal. "What is industry going to do on its own?"

As of Monday evening, the CFPB's homepage said "404: Page not found," though other parts of the site appeared to be working.



—    The CFPB homepage displayed an error message Monday.

The confusion comes after a turbulent weekend at the CFPB, whose acting director, Russell Vought, told employees late Saturday to stop most work activities and on Sunday not to report to the office for the rest of this week. He also said in a post on X that the agency "will not be taking its next draw of unappropriated funding because it is not 'reasonably necessary' to carry out its duties."

Meanwhile, staffers at the Elon Musk-led Department of Government Efficiency project have sought access to CFPB personnel information, part of efforts driven by the world's richest person to remake or eliminate entire federal agencies from the Education Department to the nation's main foreign aid body.

Both moves targeting the CFPB have already drawn lawsuits from a federal union.

The CFPB has been a target of GOP and Wall Street critics since its inception in 2011. That includes Vought, a co-author of Project 2025, a conservative blueprint for President Donald Trump's second term that calls for abolishing the bureau altogether. The independent agency, a brainchild of Sen. Elizabeth Warren, D-Mass., was set up by the Federal Reserve in the wake of the 2008 financial crisis. Last year it survived a business-backed challenge to its funding that wound up before the Supreme Court.

In his first term, Trump installed Mick Mulvaney as the agency's director, who had previously called the CFPB a "joke" and stripped the agency's ability to pursue discrimination cases. He also dropped a lawsuit against payday lenders and fired the agency's 25-member consumer advisory board.

The bureau is again under fire from Trump officials after an aggressive four-year run during the Biden administration, by the conclusion of which the CFPB estimated it had clawed back nearly $20 billion in consumer relief.

Congress granted the CFPB the power to supervise banks with more than $10 billion in assets and to regulate lending by nonbank entities, including mortgage, auto, payday and private student loan issuers. In addition to writing and enforcing rules for making consumer financial products fair and efficient, the agency also solicits, tracks and publishes consumer complaints.

One of the agency's biggest recent wins over industry players has been limiting overdraft or insufficient funds fees. After years of CFPB scrutiny of these surcharges, many banks started dropping the fees on their own. In fact, the revenue banks derived from overdraft fees dropped more than $6 billion between 2019 and 2023. That agency push culminated in a final rule in December that would have capped overdraft fees at large banks to $5, but its fate is now uncertain.

Consumer advocates told NBC News shortly after the election that the popularity of the CFPB's overdraft crackdown might lead Trump officials to leave those protections in place. But last week, the Republican-led House Financial Services Committee presented a draft resolution to overturn the bureau's overdraft rule.

2/27/25, 1:58 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 223 of 276
What dismantling the CFPB could mean for consumers as Trump officials target the agency

The CFPB issued a separate rule last March that appears to be all but defeated. That move slashed the typical credit card late fee from $32 to $8, drawing swift legal pushback from card issuers. A federal judge in Texas recently rejected the CFPB's request to lift an injunction barring the rule, and it's unlikely that the agency will submit further appeals under Vought's leadership.

"I wonder if the new approach is just, 'We're not going to even bother to formally change the effective [rule] dates,'" the CFPB staffer said. "We'll just not do anything, and we expect the industry to also know that we're not going to do anything."



—  Russell Vought, the acting director of the CFPB, has instructed agency staffers to halt most work activities.  Al Drago / Bloomberg / Getty Images

Some relief for cardholders could come legislatively, though that path is steeper and narrower than the CFPB's typical rulemaking process.

Earlier this month, Sens. Bernie Sanders, I-Vt., and Josh Hawley, R-Mo., introduced a bill to cap credit card interest rates at 10%, echoing one of Trump's campaign promises. However, the

measure is expected to meet fierce opposition in Congress and from the financial industry. Lindsey Johnson, president and CEO of the Consumer Bankers Association, said in a statement that the effort reflected "Socialist-type pricing policies" that are "the best way to drive up costs for consumers."

The agency has made other strides in protecting borrowers' credit health, including surfacing violations made by student loan services and uncovering errors in medical debt reporting.

In 2023 – following a CFPB report on medical debt complications – the three major reporting bureaus announced they were wiping medical collections under $500 from consumers' credit reports, causing an estimated 22.8 million people to see at least one medical bill dropped from their files. Last month, the agency finalized a rule that would remove an estimated $49 billion in medical bills from the credit reports of around 15 million consumers.

Consumer advocates have pointed out that the medical debt rule, like the rule capping credit card fees, is vulnerable to being overturned by Congress.

Under the Biden administration, the CFPB had also been positioning itself as a watchdog of Big Tech and artificial intelligence, as the industries crept deeper into consumers' wallets. It created guardrails around "buy now, pay later" installment loans and increased its scrutiny of tech companies that have expanded into digital payments.

Musk himself, who called to "Delete CFPB" following Trump's win, has participated in the latter trend. In January, his social media platform X announced a deal with Visa, the largest U.S. credit card network, allowing X users to move money between bank accounts and make peer-to-peer payments.

---

 J.J. McCorvey

J.J. McCorvey is a business and economy reporter for NBC News.

---

# Exhibit GG

# With CFPB Closed, Open Banking Awaits Next Steps

BY **PYMNTS**
FEBRUARY 10, 2025





The Consumer Financial Protection Bureau is shuttered — at least for now.

In the wake of Russell Vought — head of the Office of Management and Budget — moving to the acting director role at the CFPB, supervisory and examination activities were halted Sunday (Feb. 9).

On Monday (Feb. 10), news came that Vought sent an email to CFPB staffers that said, "Employees should not come into the office. Please do not perform any work tasks."

Online, much of the CFPB website is hobbled, with a 404-error message, job postings scrubbed, and links to past rulemaking and enforcement actions here and there.

The debate over the agency's funding is likely to rage, and it's no secret that the President Donald Trump administration and Republicans in



Congress are targeting the structure wherein the CFPB gets its money from the Federal Reserve.

## Open Banking Rule Hangs in the Balance

If future rulemaking is indeed dead in the water and existing rules could be cut back, the sweeping moves would presumably include the October issuance of the final rule that would shape how personal financial data is handled, and by extension, how open banking evolves.

For now, the final rule took effect last month, and banks must eye a phased-in approach to compliance.

The rule, which is based on Section 1033 of the Dodd-Frank Act, mandates that banks, credit unions and other financial institutions must make consumers' financial data available upon request to consumers and authorized third parties. This data includes information about transactions, costs, charges and usage related to consumer deposit accounts, credit cards and payment services, data in payment apps and digital wallets as well as bank accounts.

The rule also establishes strict guidelines for third parties seeking to access consumer data, including data security measures.

For banks, there's a requirement for standardized API development and a ban on institutions from charging fees for data access.

As for the timeline, the rule is being implemented in phases, with larger providers subject to the rule sooner than smaller ones, per the CFPB. The largest banks will have to comply by April 1, 2026, while the smallest institutions will have until April 1, 2030. Certain small banks and credit unions are not subject to the rule.

## What Happens Next?

The new, 119th Congress will likely wield much power in scuttling rules, as the Congressional Review Act lets lawmakers overturn rules stretching back over six months through joint resolutions of the Senate and House.

The banks themselves, through the Bank Policy Institute and the Kentucky Bankers Association, filed a lawsuit against the CFPB in October, alleging that the rule "seeks to cut off that private development



and replace it with a complicated, expensive, mandatory regulatory framework that Congress never authorized."

The lack of fee structure also disallows banks to recoup costs while adding to the operational burden of compliance (as financial institutions would bear liability for breaches), the lawsuit said.

If the rule is struck down, it's possible that banks will re-examine their open banking efforts and strike FinTech partnerships that are economically advantageous to both sides of the provider equation as data is shared. There are already aggregators that act as a data-transfer bridge between banks and FinTechs.

The organic, market-based approach would bring more momentum to embedded finance and other services. The PYMNTS Intelligence report "Consumer Sentiment About Open Banking Payments" found that 46% of consumers surveyed would be "highly willing" to use open banking options for bill payments and financial services. However, only 11% of consumers in the United States have used open banking payment options, which leaves 89% of a thus-far untapped market.

Although the compliance deadlines put forth by the CFPB are months away, the technical and operational lifts required to implement the rule are heavy. Will banks push to meet those deadlines even as the fate of the CFPB is being determined, or will they find their own avenues to innovate with FinTechs to share and protect data in the spirit of the rule?

Plaid is an example here, as the data connectivity platform enables customers to store their verified identity and account information with Plaid and reuse it across other Plaid-powered apps. This reduces sign-up time for new services by as much as 90% in some cases and improves the conversion rate as well as the overall consumer experience.

In an October interview with PYMNTS on open banking, Brian Dammeir, head of payments for Plaid, said that the rule offers a roadmap.

"Fraud liability in bank-based payments, particularly on the ACH rail, is well-established," he said. "But as we move to a real-time world, those rules will need to evolve, and consumers will need to understand their protections."

"The banks that see this as an opportunity rather than a compliance obligation will be the ones to succeed," Dammeir said.



RECOMMENDED

**With CFPB Closed, Open Banking Awaits Next Steps**

**Klarna CEO Sebastian Siemiatkowski Says Firm 'Will Embrace Crypto'**

**The Clearing House: BNY Makes Largest Instant Payment in US History**

**The Business Professionals' Guide to AI Prompting**

SEE MORE IN: BANKING, BANKS, CFPB, CONSUMER FINANCIAL PROTECTION BUREAU, DATA, EMBEDDED FINANCE, FINTECH, GOVERNMENT, NEWS, OPEN BANKING, PARTNERSHIPS, PRIVACY, PYMNTS NEWS, REGULATIONS, SECURITY

# Target Teams With Warby Parker for in-Store Eyewear Shopping

BY **PYMNTS**
FEBRUARY 27, 2025





Target is opening a series of "shop-in-shops" in partnership with eyewear maker Warby Parker.

The collaboration, announced Thursday (Feb. 27), will bring five "Warby Parker at Target" outposts to stores around the country, and comes at a time when Target and other retailers are dealing with consumer pullbacks.



"We've long offered our guests well-designed products at a value, and our latest shop-in-shop partnership with Warby Parker continues that tradition," Christina Hennington, Target's executive vice president and chief strategy and growth officer, said in a news release.

"Warby Parker at Target reflects both brands' commitment to style, affordability, quality and convenience. As we test and learn with this new partnership — bringing Warby Parker's expertise into select stores — we're enticing new consumers to discover more of Target."

The first five shop-in-shops will open at stores in Pennsylvania, New Jersey, Minnesota, Ohio and Illinois in the second half of the year, with more locations to follow in 2026. The partnership is geared toward stores that don't offer the Target Optical program, the release added.

The partnership is happening at a moment when retailers are dealing with a number of stressors, including tariffs, inflation and weak consumer demand, as PYMNTS wrote Thursday.

"Uncertainty seems to be the buzzword of earnings calls," Neil Saunders, managing director of retail at research firm GlobalData, said in an interview with PYMNTS.

"Going into this year, a lot of retailers are very nervous about various aspects of policy, particularly tariffs. They fear both the cost implications for their businesses and the dampening impact higher prices would have on spending. We are seeing this come out in guidance."

"Consumers feel the pinch of inflation, shifting their focus to essentials like groceries and health products while cutting back on discretionary items like apparel and electronics," added RetailBoss founder and CEO Jeanel Alvarado. "For shoppers, this means fewer splurges and more strategic spending."

Research by PYMNTS Intelligence shows some of the strain facing consumers, with two-thirds saying they depend on their next paycheck to cover their bills.

Both Walmart and Amazon, the report noted, were cautious during their earnings calls recently.



Amazon's projected revenue of $151 billion to $155.5 billion for the first quarter fell short of the $158 billion forecast, while Walmart's projected Q1 sales growth in the United States of 3% to 4% came in under analyst expectations.

**RECOMMENDED**

**Target Teams With Warby Parker for in-Store Eyewear Shopping**

**Tencent Says Its New AI Model Can Outrun DeepSeek**

**Leap Financial Integrates Visa Direct to Streamline Cross-Border Remittances**

**Amazon Debuts Chip It Aims to Scale Into Quantum Computer**

SEE MORE IN: CONSUMER SPENDING, EYEGLASSES, EYEWEAR, NEWS, PARTNERSHIPS, PYMNTS NEWS, RETAIL, SHOP-IN-SHOPS, TARGET, WARBY PARKER, WARBY PARKER AT TARGET, WHAT'S HOT



# Exhibit HH

# THE AMERICAN PROSPECT

**IDEAS, POLITICS & POWER**

DNC 2024   THE COLD CIVIL WAR   HOW PRICING REALLY WORKS   MONEY, POLITICS AND POWER

ECONOMIC MODELS   ECONOMIC POLICY   WORKING IN AMERICA +   ENERGY AND THE ENVIRONMENT +

HOUSING AND TRANSPORTATION +   CIVIL RIGHTS IN AMERICA   LAW AND JUSTICE

HEALTH AND SOCIAL POLICY   AMERICA AND THE WORLD   PODCASTS   THE PROSPECT ARCHIVE

# Vought Restores CFPB Procedure That Sustains Mortgage Markets

The situation reveals that sometimes, even arsonists need the building they're burning down to stay upright.

**BY DAVID DAYEN   FEBRUARY 11, 2025**

4.3k
Shares



JACQUELYN MARTIN/AP PHOTO

OMB Director Russell Vought appears before the Senate Budget Committee during a nomination hearing on Capitol Hill in Washington, January 22, 2025.

 Listen to this article now
Powered by **Trinity Audio**

      1.0x

00:00                                                    07:35

There's an old saying about the dog that caught the car: They don't know what to do next. Let me tell you the case of the dog that caught the Consumer Financial Protection Bureau.

Russ Vought is an own-the-libs kind of guy, an ideological warrior who delights in watching the world burn. Shutting down the CFPB is his idea of paradise; now the rugged capitalists can get back to work making America great again without interference from meddling bureaucrats determined to punish success.

Then he heard about the APOR tables.

APOR stands for the "average prime offer rate," and it's a little tool that keeps the mortgage market running. It involves public servants, every week, going in and calculating it. Those staffers work at the CFPB, and if

they're locked out, you have no APOR tables. And over time, if you have no APOR tables, you have no mortgage market, or at least an uncertain and economically damaging mess.

In the face of this, tough guy Vought blinked, and in so doing revealed why even the most John Galt-ian banker needs the government every now and again.

### *More from David Dayen*

Let me explain: In the 2008 financial crisis, mortgage lenders signed up anyone who could fog a mirror for a loan. As a result of this mountain of fraud and the dire consequences, the Dodd-Frank Act set up a standard for mortgages, requiring lenders to verify the ability to repay.

There is an exception to this rule for so-called "qualified mortgages" (QMs), which are considered compliant with the ability to repay standard. Lenders who offer QMs do not have to show their work of determining ability to repay and cannot be sued if the loan goes bad.

What's critical to being designated a qualified mortgage? APOR. The interest rate on the loan must be within a narrow bound that doesn't exceed APOR by a certain level. This keeps some of the more exotic loans out of the market, because of the regulatory burden and litigation risk. It has worked tolerably well since the crisis.

Of course, knowing what interest rate to offer to qualify for QM rules is a moving target: The average mortgage rate changes, and someone has to calculate it, so everyone in the market knows what is covered. Secondary-market mortgage purchasers, the lifeblood capital providers for the mortgage industry, need to know what mortgages are QMs as they are doing the purchases. If they are unsure, they could balk at making

mass purchases, and that could seize up the entire mortgage market.

You know who makes sure that doesn't happen? The CFPB.

The agency updates the APOR tables every week, using survey data for eight different mortgage products. The survey data comes primarily from Freddie Mac, one of those secondary-market giants. But it's CFPB's job to manually calculate and publish the APOR tables to keep the mortgage market humming. (Under Rohit Chopra, CFPB actually strengthened reporting of the APOR tables with a new methodology that was more redundant and less susceptible to the failure of outside providers to send the data.)

Yesterday, I started hearing from people worried that with the CFPB in shutdown mode, they wouldn't publish the APOR tables. Per the statute, lenders could use the last published rate as a guideline in the short term, but if mortgage rates rose, those would quickly become obsolete. They could try to calculate APOR themselves, but that might not have any legal sanction.

Georgetown Law professor Adam Levitin explained the stakes in a post late Monday night. Lenders would either not make loans at risk of coming in above APOR, or would raise rates on loans below APOR to compensate, costing borrowers potentially tens of thousands of dollars in financing. Home values could get skewed, and credit access could be cut for many borrowers. "In other words, shutting down the CFPB does not *reduce* regulation. It actually *increases* it because it results in the [APOR tables] being miscalibrated," Levitin wrote.

So I asked CFPB whether their stop-work order covered the APOR tables. Spokesperson Rachel Cauley got back to me: "Yesterday, CFPB Chief Legal Officer Mark Paoletta

directed Jason Brown, the Assistant Director of Research at the CFPB to continue all necessary functions, including the publication of the APOR on a weekly basis indefinitely."

Contrary to the timing professed by CFPB, sources tell the *Prospect* that as of Tuesday morning, the individuals who calculate and publish the APOR tables hadn't been carved out from the stop-work order. So this came together fairly quickly.

And it's an example of the importance of small details in markets, and government's role. Regulation is essentially setting the rules for structuring markets. They can be used to promote fairness, competition, or maximum profits; they can guard against risk or nudge participants toward aggression. In the hands of self-interested actors, markets are structured to their advantage; this is regulation by the C-suite. But democratic regulation has a greater interest in mind. Something tiny like publishing the APOR tables is a big part of that; ultimately, that procedure is about making sure there aren't insane loans floating around of the kind that crashed our economy in 2008.

APOR tables don't show up on a to-do list for the lords of deregulation. They are moving fast and breaking things, and they don't even know when they are getting close to the support beams that uphold the entire economy. And when they find out, they quietly put those beams back in place.

Other small details at the agency keep moving forward. For example, the bureau's consumer complaint database hasn't been shut down. People can still file complaints, and the automated process that responds and shares with other regulators is still operative. The database of complaints remains active as well. At least someone in charge recognizes that shutting down the database

would make it harder to identify patterns and would close off what has been a valuable service to millions of ordinary people.

I'm not going to wear a smiley face here. The CFPB's heads of supervision and enforcement just resigned today, and it's not because they think the agency will miss them so much that they'll beg for their return. They know that the next four years will feature the bare minimum, if any, supervision and enforcement, even under the best possible scenario where lawsuits are won and everyone goes back to work. This is going to be four years of open season on consumers, and it's particularly dangerous because tech platforms want to transform the financial services sector with lightly regulated offerings, from Elon Musk's payment app to Trump Media investment products.

But the APOR tables episode reveals that even the most hardened enemy of the administrative state eventually realizes that they need it every now and again. The unlawful attempted deletion of the agency, none of which represents any structural change, is an effort to demoralize federal workers and the public, to intimidate them into getting used to life without a dedicated consumer protection agency. The problem is that even Vought understands that the agency is needed, and so should we. That's what will sustain the fight for its survival.



## DAVID DAYEN

David Dayen is the Prospect's executive editor. His work has appeared in The Intercept, The New Republic, HuffPost, The Washington Post, the Los Angeles Times, and more. His most recent book is 'Monopolized: Life in the Age of Corporate Power.'

About the Prospect
/ Contact Info

Careers

Newsletters

Browse Archive /
Back Issues

Subscription
Services

Privacy Policy

## DONATE TO THE PROSPECT

  

Copyright 2025 | The American Prospect, Inc. | All Rights Reserved

Built with Metro Publisher™

# Exhibit II

CFPB Credit Union Council Disbanded



**ALM | Credit Union Times**

News

# CFPB Credit Union Council Disbanded

The abrupt end to the group removes an "essential channel" for credit union issues.

By **Michael Ogden** | February 20, 2025 at 04:32 PM



**Consumer Financial Protection Bureau headquarters in Washington, D.C.**

Since 2018, the CFPB's Credit Union Advisory Council (CUAC) has been disbanded or dissolved twice. The second dissolving of the eight-member group came Thursday with this one sentence posted on the CFPB's website: "Effectively immediately, the Consumer Financial Protection Bureau (CFPB) has dissolved this council."

In both iterations of the Trump Administration, the CUAC and all other CFPB councils have been dissolved. Thursday's abrupt announcement, while not completely unexpected, served as a reminder of how important it is for credit unions to be able to connect with government officials and agencies.

Head of Regulatory Affairs with America's Credit Unions, James Akin, issued the following response to the council's elimination.

"The CUAC provided a critical forum for credit unions to share their expertise with CFPB leadership, to help them understand the real-world impacts on the 140 million Americans who rely on credit unions," Akin said. "While credit union expertise was not always heeded, eliminating this council removes an essential channel for dialogue. In the absence of the CUAC, we will increase our direct engagement with the CFPB. Our industry's mission, to prioritize people over profit, remains unchanged, and we will continue to push for policies that protect the cooperative financial system."

According to the official charter of the CUAC, members submitted "advice and recommendations to the Bureau relating to the activities and operations of credit unions, which shall be non-binding on the Bureau."

According to the last update from the CFPB, members of the CUAC included:

- Chad LaFlash, associate vice president of research and product strategy at UW Credit Union in Madison, Wis.
- Floyd Rummel, III, CEO at Northern Hills Federal Credit Union in Sturgis, S.D.
- Suzanne Weinstein, president/CEO at Orlando Credit Union in Orlando, Fla.
- Shawn Wolbert, president/CEO at GHS Federal Credit Union in Binghamton, N.Y.
- Deb Wreden, EVP of product and delivery strategy at Virginia Credit Union in Richmond, Va.
- Michael Daugherty, president at Community Plus Federal Credit Union in Rantoul, Ill.
- Jeff Ivey, president/CEO at River City Federal Credit Union in San Antonio.
- Michael J. Levy, vice president/general counsel at Travis Credit Union in Vacaville, Calif.

---

**NOT FOR REPRINT**

© 2025 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.

# Exhibit JJ



  

DONATE

TECHNOLOGY

# Elon Musk's DOGE takes aim at agency that had plans of regulating X

FEBRUARY 12, 2025 · 5:00 AM ET

HEARD ON ALL THINGS CONSIDERED

 Bobby Allyn

**3-Minute Listen**              PLAYLIST      TRANSCRIPT



The exterior of the Consumer Financial Protection Bureau headquarters in Washington, D.C. Employees of the CFPB were notified that the headquarters would be closed and that employees were to work from home.

*Anna Moneymaker/Getty Images*

Elon Musk made a big leap late last month toward his long-shot goal of turning X into an "everything app," a service that could encompass a broad range of services, including the ability to transfer money, similar to Venmo or PayPal.

X, formerly Twitter, announced it had struck a deal with Visa to soon offer a mobile payments service, cementing the card giant as the first major partner in a feature called "X Money Account."

This service would be directly regulated by the Consumer Financial Protection Bureau under expanded oversight powers it had finalized late last year allowing the agency to police things like privacy issues, fraud and how disputed transactions are handled at mobile payment apps like Apple Pay, Google Wallet, PayPal, Cash App — and X's money service.

**Sponsor Message**



**BUSINESS**

**The Trump administration has stopped work at the CFPB. Here's what the agency does**

Now, the CFPB is in Musk's crosshairs as the latest target of a group of young operatives tasked with President Trump's marching orders to cut federal government spending at the same time the agency was poised to oversee his grand plan of morphing X into a financial services juggernaut.

"The fact that Musk is now engaged in payment businesses that would be regulated by the CFPB at the same time he's trying to tear down the CFPB puts in sharp relief the conflicts of interests here and how much this disserves the general public," said Richard Cordray, who led the CFPB under President Barack Obama. "The whole situation is rife with conflicts of interest."

The White House and Musk did not return requests for comment.

The CFPB has long faced opposition from Republicans and industries, including Wall Street and Silicon Valley.

Weeks after the bureau announced finalized rules for becoming a watchdog on digital wallets, TechNet and NetChoice, two groups backed by Big Tech, sued the CFPB, arguing that the agency does not have "free rein in choosing which nonbank entities to supervise."

During Trump's first term, the scope of the agency's work was significantly narrowed. But now, under acting Director Russ Vought, nearly all of the bureau's work has been ordered to be stopped, with Vought saying he will not be asking for any more funding for the agency.

"CFPB RIP," Musk wrote on X last week with an emoji of a gravestone.

**NATIONAL**



**New CFPB chief closes headquarters, tells all staff they must not do 'any work tasks'**

# New questions about Musk's potential conflicts of interest

Since Musk's role leading the Department of Government Efficiency, or DOGE, became clear, his critics have been quick to point out just how entangled some of his six companies, including Tesla and SpaceX, are with the federal government.

Through contracts, tax breaks, loans and other ways, the federal government has supported Musk's business empire to the tune of billions of dollars, while at least 11 federal agencies have more than 30 investigations into Musk's companies, according to a count by *The New York Times*. The newspaper reported on Tuesday that Musk's push to whittle down, or completely dismantle, agencies has "thrown into question the progress and outcomes of many of those pending investigations."

As a special government employee, Musk is required by law to recuse himself from any matters that could have an impact on his financial interests. President Trump has vowed to remove Musk from any government business that intersects with one of his companies.

"If we thought that, we would not let him to do that segment, or look in that area, if we thought there was a lack of transparency or conflict of interest," Trump said from the Oval Office on Tuesday alongside Musk. "We watch that."



Sen. Elizabeth Warren, D-Mass., speaks as congressional Democrats and CFPB workers hold a rally to protest the closing of the Consumer Financial Protection Bureau and a work-from-home order outside its headquarters on Monday in Washington, D.C.
*Jemal Countess/Getty Images*

In the same appearance, Musk told reporters in the White House that DOGE is operating transparently, pointing to the unit's account on X, which posts regularly celebrating the canceling of various federal contracts.

"Transparency is what builds trust," Musk said. "And you can see, am I doing something that is benefiting one of my companies or not? It's totally obvious."

But if there is a problem, the public may never know.

The White House confirmed to NPR that Musk's financial disclosures will remain confidential, a level of secrecy that is permitted under law. Trump officials added that Musk received an ethics training this week to ensure Musk's work with DOGE does not create ethical conflicts.

In taking a hatchet to the CFPB, Musk is not only potentially clearing regulatory oversight of new money services on X, but delivering a win to other Silicon Valley giants, which have for years been fighting against the bureau, according to lawmakers and advocacy groups that rail against Big Tech.

At a protest outside the CFPB headquarters on Monday, Sen. Elizabeth Warren, D-Mass., who helped conceive of the agency, told rallygoers that Musk wants to wipe out the agency as a way of boosting his own bottom line.

"This is like a bank robber trying to fire the cops," Warren said. "And turn off the alarms just before he strolls into the lobby."

*Have information you want to share about the ongoing changes at CFPB or across the federal government? Bobby Allyn is available via the encrypted messaging app Signal at ballyn.77*

consumer financial protection bureau    elon musk    doge

# Exhibit KK

Learn more about 



My News     

# Financial firms hated US consumer watchdog, but rapid unraveling creates limbo

By **Douglas Gillison**, **Nupur Anand**, **Pete Schroeder** and **Isla Binnie**

February 13, 2025 11:39 AM EST · Updated 14 days ago

  



A special police member monitors a protest, while inside the Consumer Financial Protection Bureau (CFPB) building, the day after members of Elon Musk's Department of Government Efficiency...

Purchase Licensing Rights  Read more

### Summary

Companies

CFPB's abrupt halt leaves consumer finance unsupervised

Industry fears patchwork state regulation post-CFPB

Regulatory void raises concerns over consumer vulnerability

Feb 13 (Reuters) - At a JPMorgan (JPM.N) townhall meeting on Wednesday, CEO Jamie Dimon was asked whether the Trump administration's decision to abruptly stop work at the Consumer Financial Protection Bureau (CFPB) and question its existence was good news for the industry.

Dimon told his employees that it was hard for the bank when "policies flip back and forth" and that he preferred consistent policies. The CFPB had some good consumer protection rules, especially when it came to areas like payday lenders, he said, according to a recording of the meeting that

Reuters reviewed, which has not been previously reported. Still, he was not mourning the dismantling of the agency.

AD    00:11    **Coming up:** In Cyprus schools, a 'frying pan movement' collects oil for fuel



"The only good I'll say about the CFPB is there are consumer protection rules that are good," said Dimon. He added that the agency had "massively overstepped their authority" and used an expletive to describe the former CFPB director, Rohit Chopra, a Democrat who led an aggressive enforcement campaign against the industry. JPMorgan was among three banks the CFPB sued in December, alleging "widespread" fraud on the Zelle payment service.

Advertisement · Scroll to continue

JPMorgan declined to comment. A spokesperson for Chopra declined to comment.

Established in 2010 to protect consumers after lax mortgage rules and other shoddy industry practices led to the financial crisis of 2008, the CFPB has been reviled by conservatives and the industry, which has accused it of overreach and overzealous enforcement actions.

Even so, its abrupt undoing over a weekend by the Trump administration, including by the Elon Musk-led Department of Government Efficiency (DOGE), is causing upheaval among those it regulates, according to half a dozen people who either advise or work at banks or financial technology firms regulated by the CFPB.

Advertisement · Scroll to continue



Report this ad

The sudden halt of work has a swath of consequences: it leaves much of consumer finance, from mortgage companies to payment apps, unsupervised, and removes a venue where consumers could file complaints about their providers. It also leaves many investigations hanging in the balance, according to the industry advisers as well as several current and former CFPB staffers.

In the industry, which has had a flurry of conversations to assess the impact of the CFPB's neutering, concern is emerging that a patchwork of state regulators could take on issues the CFPB had led, potentially leaving them with even more onerous requirements, the industry insiders said.

Advertisement · Scroll to continue

Some executives also raised concerns during industry calls about DOGE's access to their proprietary data that CFPB collects and questioned who Musk's team was accountable to, given the billionaire entrepreneur's plans for his own competing payments business

Musk and President Donald Trump have both said the entrepreneur's role at DOGE does not present any conflict of interest.

The CFPB holds vast amounts of data, including confidential supervisory reports, examination findings, investigative records and compliance records that include personal information for customers, their accounts, transaction histories and product preferences.

Feedback

2/27/25, 2:13 PM    Financial firms hated US consumer watchdog. Its rapid unraveling creates a gap | Reuters

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 255 of 276

## Sponsored Content

Dianomi



**Schwab's Take on Market Volatility**

Sponsored by
Charles Schwab



**Leverage TradeStation's platform designed for self-directed traders.**

Sponsored by
TradeStation



**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

Sponsored by
WalletJump

Industry executives said they were worried about the seeming lack of a plan in place.

"That's something banks have always been concerned about -- patchwork regulation as opposed to knowing who you are dealing with," said James Ballentine, a former lobbyist with the trade group American Bankers Association who now runs his own consulting firm. "It's easy to say, 'Let's get rid of something,' but there has to be a plan in place."

Spokespeople for the White House, CFPB, and DOGE did not respond to requests for comment. Musk did not respond to a request for comment.

## REGULATORY VOID

Whether the agency continues to exist in some form and what its function would be is still to be seen. The White House nominated Jonathan McKernan, a former member of the Federal Deposit Insurance Corporation, as full-time director of the CFPB, leading some analysts to suspect the administration does not want to eradicate it entirely. McKernan did not respond to a request for comment.

The industry's mixed feelings of relief and concern underscore how the Trump administration's sweeping remake of the federal government is likely to lead to consequences that are not fully understood.

On Tuesday, Federal Reserve Chair Jerome Powell told Congress that no other federal regulator was enforcing several consumer finance laws in its absence. Some experts said the regulatory void could leave everyday Americans vulnerable to predatory practices, especially from the lightly regulated parts of the financial industry and erode trust overall.

"Banking is about trust, and it's an industry that disfavors regulatory uncertainty," said Matthew Biben, who co-heads law firm King & Spalding's global financial services group. "So the longer-term question is, 'What impact will the new direction have on consumer trust and regulatory certainty for market participants?'"

BOOKS CLOSED, LAPTOPS LEFT BEHIND

While the writing was on the wall for the CFPB, the speed of events has left the industry and staffers stunned.

On Feb 7, a Friday night, Trump appointed Russell Vought as the acting director of the CFPB. Vought, who is also Trump's budget director, was one of the architects of Project 2025, a conservative manifesto published by the Heritage Foundation that called for the CFPB's abolition.

A spokesperson for the Office of Management and Budget, which Vought leads, did not respond to a request for comment.

Vought quickly ordered a temporary closure of the agency. One of the CFPB staffers said they had such little warning that many employees had left their laptops and personal effects, such as family photos, kids' artwork and potted plants, on their desks.

Another staffer said hundreds of bank examiners who were set to go and examine the books at banks and other financial firms on Monday had to change travel plans. Enforcement attorneys turned off their computers mid-way through document reviews on investigations, this person said.

This week, those challenging or facing action from the CFPB were trying to figure out whether they would have to continue to pursue or defend against those cases. Cases are pending against companies including Capital One (COF.N) , which was accused of cheating customers in high interest accounts; Meta, which said it was being probed about advertising financial products; and Experian, which faces a lawsuit alleging it mishandled complaints.

Meta declined comment. Experian and Capital One did not respond to requests for comment.

2/27/25, 2:13 PM    Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 256 of 276

Financial firms hated US consumer watchdog. Its rapid unraveling creates angst | Reuters

"There are a lot of organizations that are currently under investigation that are wondering what it means ... and if potentially, the investigations will be closed," said Anastasia Stull, a partner at Stinson law firm, which represents financial clients including some involved in lawsuits with the CFPB.

Get weekly news and analysis on U.S. politics and how it matters to the world with the Reuters Politics U.S. newsletter. Sign up here.

Reporting by Douglas Gillison, Pete Schroeder, Nupur Anand, Hannah Lang and Isla Binnie; additional reporting by Lananh Nguyen and Tatiana Bautzer Writing by Megan Davies; Editing by Paritosh Bansal and Anna Driver

Our Standards: **The Thomson Reuters Trust Principles.** ↗

Suggested Topics:

Boards, Policy & Regulation      Regulatory Oversight

Purchase Licensing Rights



### Nupur Anand
Thomson Reuters

Nupur Anand is a U.S. banking correspondent at Reuters in New York. She focuses on JPMorgan Chase, Wells Fargo and regional banks. Anand covered banking and finance in India for more than a decade, chronicling the collapse of major lenders and turmoil at digital banks and cryptocurrencies. She has a degree in English literature from Delhi University and a postgraduate diploma in journalism from the Indian Institute of Journalism & New Media in Bangalore. Anand is also an award-winning fiction writer.

  



### Pete Schroeder
Thomson Reuters

Covers financial regulation and policy out of the Reuters Washington bureau, with a specific focus on banking regulators. Has covered economic and financial policy in the U.S. capital for 15 years. Previous experience includes roles at The Hill newspaper and The Wall Street Journal. Received a Master's degree in journalism from Georgetown University, and an undergraduate degree from the University of Notre Dame.

  



### Isla Binnie
Thomson Reuters

Isla Binnie reports on how company directors and executives manage stakeholder and shareholder interests, with a focus on compensation, corporate crises, dealmaking and succession. She also covers how politics, regulation, environmental issues and the broader economy affect boardroom discussions. Isla previously covered business, politics and general news in Spain and Italy. She trained with Reuters in London and covered emerging markets debt for the International Financing Review (IFR).

  

## Read Next

**India appoints Tuhin Kanta Pandey as chief of market regulator, govt order shows**

6:10 PM UTC

**Trump's CEA chair pick Miran says deregulation will lower prices**

4:41 PM UTC

2/27/25, 2:13 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 257 of 276
Financial firms hated the US consumer watchdog. Its rapid unraveling creates a legal... | Reuters

London's One Hyde Park needs $44 million in repairs, UK court told

4:23 PM UTC

---

Legal

US CFPB drops slew of cases including against Capital One

ago

---

## Sponsored Content

Dianomi ▷



**Understanding the 1099-DIV Tax Form**

Sponsored by
Charles Schwab



**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

Sponsored by
WalletJump



**Opportunities don't stop when the market day ends, so neither do we**

Sponsored by
Charles Schwab

## Sponsored Content

Dianomi ▷

**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**
Sponsored by WalletJump


**Schwab's Opening Market Update**
Sponsored by Charles Schwab


**Opportunities don't stop when the market day ends, so neither do we**
Sponsored by Charles Schwab


**Leverage a powerful platform designed for self-directed traders.**
Sponsored by TradeStation


**Make the 20% Small Business Deduction Permanent**
Sponsored by NFIB


**Will You Run out of Retirement Funds? Find out in 1 Minute**
Sponsored by Fisher Investments


World ›

2/27/25, 2:13 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 258 of 276
Financial firms hated US consumer watchdog. Its rapid unraveling creates legal limbo.

# Kurdish militant chief's peace call prompts hope, scepticism in Turkey

Middle East · February 27, 2025 · 2:11 PM EST · a min ago

Kurdish militant leader Abdullah Ocalan's call from prison for his Kurdistan Workers Party (PKK) to lay down arms sparked both hope and scepticism in Turkey on Thursday, while analysts linked it to a possible bid to overcome presidential term limits.

World

**Trump says talks on Ukraine advanced, Russia 'acting well'**

2 min ago

Asia Pacific

**US condemns Thailand's return of 40 Uyghurs to China**

7 min ago

**Deadly illness in Congo may be malaria, health officials say**

8 min ago

Lifestyle

**Military overtones vibrate through renowned Mali arts festival**

17 min ago

Feedback

## Sponsored Content

Dianomi ▷

Leverage a powerful platform designed for self-directed traders.

Sponsored by TradeStation



3 Clean Energy and Vehicle Tax Credits

Sponsored by Charles Schwab



8 Dumbest Things Smart People Waste Money On

Sponsored by FinanceBuzz



9 Ways To Get Money Without Getting A Job

Sponsored by FinanceBuzz



Opportunities don't stop when the market day ends, so neither do we

Sponsored by Charles Schwab



Congress: Stop the Tax Hike on Small Businesses

Sponsored by NFIB



## Sponsored Content

Dianomi ▷

Did You Know These Tips? How To Stop Spending On Groceries 2024

Sponsored by The Penny Hoarder

7 Wealth Tips Once Your Portfolio Reaches $1 Million

Sponsored by Fisher Investments

See How Some Retirees Use Options Trading As A Safe Way To Earn Income

Sponsored by TradeWins

7 Weird Investments You Can Make Today With Just $1,000

Sponsored by The Penny Hoarder

5 Side Hustles That Work Even with a Full-Time Job

Sponsored by FinanceBuzz

'DOGE' to unleash America's biggest financial transformation?

Sponsored by Altimetry

Feedback

**Latest**

Home

Authors

Topic Sitemap

Archive

Article Sitemap

**Media**

▶ Videos

◉ Pictures

🖾 Graphics

🎧 Podcasts

**Browse**

World

Business

Markets

Sustainability

Legal

Breakingviews

Technology

Investigations

Sports

Science

Lifestyle

About Reuters

2/27/25, 2:13 PM Financial firms hated US consumer watchdog. Its rapid unraveling creates legal limbo | Reuters

Case 1:25-cv-00381-ABJ Document 38-17 Filed 02/27/25 Page 260 of 276

About Reuters [↗]

Advertise with Us [↗]

Careers [↗]

Reuters News Agency [↗]

Brand Attribution Guidelines [↗]

Reuters and AI [↗]

Reuters Leadership [↗]

Reuters Fact Check

Reuters Diversity Report [↗]

Stay Informed

Download the App (iOS) [↗]

Download the App (Android) [↗]

Newsletters

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

[X] [Facebook] [Instagram] [YouTube] [LinkedIn]

---

LSEG Products

Workspace [↗]

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

DataCatalogue [↗]

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

World-Check [↗]

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

---

Advertise With Us [↗]    Advertising Guidelines    Purchase Licensing Rights [↗]

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies [↗]    Terms of Use    Privacy [↗]    Digital Accessibility [↗]    Corrections    Site Feedback [↗]

© 2025 Reuters. All rights reserved

Feedback

2/27/25, 2:13 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 261 of 276
Financial firms hated US consumer watchdog. Its rapid unraveling creates angst | Reuters

# Exhibit LL

Politics

# Musk Team's Blitz on Consumer Financial Agency Unsettles Trump Allies

- Agency goes dark amid DOGE's whirlwind government overhaul
- Rapid-fire gutting of CFPB faces legal challenge in court



The US Consumer Financial Protection Bureau headquarters in Washington, DC. *Photographer: Al Drago/Bloomberg*

By <u>Nancy Cook</u> and <u>Joshua Green</u>
February 22, 2025 at 10:00 AM EST
*Updated on February 22, 2025 at 7:50 PM EST*

From the moment the <u>Consumer Financial Protection Bureau</u> opened its doors in the summer of 2011, powerful critics have wanted to rein it in – and the regulator was one of the very first targets of Elon Musk's scorched-earth overhaul of the US government.

Since Musk vowed to "delete" the agency, hundreds of its workers have lost their jobs. Enforcement activity has ground to a halt. President Donald Trump boasted that his administration had "virtually shut down CFPB."

Yet some Trump aides and advisers fear that Musk's Department of Government Efficiency is moving too fast and breaking too many things.

Trump allies including Russell Vought, the head of the Office of Management and Budget and acting director of the CFPB, were seen as concerned that DOGE's lack of discipline could undermine efforts to neuter the agency, according to three people briefed on the situation who weren't authorized to speak publicly. The worry is that the Musk team's haphazard actions could be challenged in court – and allow a muscular CFPB to live on.



Russell Vought *Photographer: Al Drago/Bloomberg*

"You can't just close an agency Congress created," said Norbert Michel, who leads the policy group on financial regulation at the libertarian Cato Institute, in regard to Musk's effort to permanently eliminate the agency. "You won't win that fight in the end."

A spokesperson for Vought denied any tensions exist, stating, "this story is false and another ax-to-grind story against DOGE."

Musk's team has been engaged in a rapid-fire reshaping of the US government since Trump's inauguration. DOGE workers have fanned out

across the federal bureaucracy, firing thousands of workers, terminating contracts and pulling the plug on programs that they say are out of step with the president's agenda.

The Heritage Foundation's Project 2025, a conservative roadmap laid out before the presidential election, called for Congress to abolish the agency, though DOGE's chaotic takeover has cut out lawmakers.

Working out of the basement of CFPB headquarters in Washington, DOGE employees have spent the past two weeks combing through the agency's contracts, asking a handful of CFPB employees which are required by congressional statute, as they seek to cut costs and then publicize those efforts, according to people familiar with the effort.

When DOGE employees showed up at CFPB, they left staffers with the impression that they weren't sure what the agency did, according to people familiar with the matter. The DOGE team has questioned whether CFPB needs to keep its office leases, including for its headquarters down the street from the White House. The CFPB signage is now gone from that building.

"Defunding the police that watches over Wall Street and Big Tech will cost consumers billions of dollars," said former CFPB Director Rohit Chopra. "The only ones who benefit from shutting down the CFPB are companies that break the law."



**Trumponomics**
Will Elon Musk Trigger a US Government Shutdown?

**22:13**

## Work Stopped

So far, Musk's team has fired roughly 200 of the CFPB's 1,700 employees, according to people familiar with the agency. Vought instructed remaining staff not to do any work unless cleared through a lawyer for the Office of

Management and Budget, according to emails included in court filings by the National Treasury Employees Union.

The CFPB has paused all litigation and enforcement actions. Recently, the agency's consumer call line, which fields more than 1 million complaints a year, was offline briefly as DOGE started to dig more into the bureau, according to people familiar with the agency.

"There are no cops on the beat now," said Julie Morgan, a former associate director of research, monitoring, and regulations at the agency who resigned last month. "From where I sit, consumers are left completely unprotected."



Elon Musk *Photographer: Will Oliver/EPA/Bloomberg*

On Feb. 11, shortly after Vought took over, three top CFPB officials were placed on administrative leave and ordered to halt work: Deputy Director Zixta Martinez; Lorelei Salas, assistant director for supervision policy; and Eric Halperin, assistant director for the Office of Enforcement. Salas and Halperin subsequently resigned.

CFPB workers have been left with the impression that the Trump administration's goal is to turn CFPB into a shell of itself, with only a handful

of officials left as required by law, according to people familiar with DOGE's work at the agency.

On Feb. 13, the bureau eliminated a team of roughly two dozen market and policy fellows, many recruited from Wall Street firms and fintech companies, including Morgan Stanley, JPMorgan Chase & Co., and Credit Karma Inc. Several of the former employees said they often worked directly with CEOs and other top executives to maintain transparency and design policies to avoid unnecessary complications.



Sign Up

By continuing, I agree to the Privacy Policy and Terms of Service.

"The bureau was designed with the idea that a modern regulatory agency needs to be financially literate and savvy about markets," said Doug Simons, a former managing director at UBS and Credit Suisse who served as a senior markets and policy fellow at the CFPB and was among those terminated from the agency last week. "We spent a lot of time talking to executives, understanding how their products and businesses worked."

CFPB officials who left after Trump's election say the summary dismissal of the private-sector market experts could also have negative effects for small and mid-sized businesses.

"A core part of their work was doing outreach with industry to discuss market developments, areas where industry wanted more guidance, and to hear about challenges small and nascent firms were experiencing," said Jan Singelmann, Chopra's former chief of staff.

**In Limbo**
Musk, the world's richest man and CEO of automaker Tesla Inc., has indicated that he plans to offer digital payments through his social media

platform, X, and he has repeatedly criticized the CFPB, which oversees payment firms, for interfering with private-sector companies.

Read more: DOGE-Backed Halt at CFPB Comes Amid Musk's Plans for 'X' Digital Wallet

The CFPB, which was the brainchild of Massachusetts Senator Elizabeth Warren, flexed its muscles under Biden, pursuing cases against major companies ranging from retailer Walmart Inc. to credit-card giant Capital One Financial Corp. Now, the bureau and its remaining staff are in limbo.

Following Vought's stop-work order, the agency's supervision division – which oversees consumer financial activities at the country's biggest banks and financial technology companies – was told to stand down. Much of the CFPB's research has also been put on hold, including analysis of the credit-card industry and work on the housing market and risky mortgages.

The CFPB's former chief technologist alleged in a legal filing that the Trump administration is on the verge of deleting a database with sensitive financial information. A judge temporarily blocked the deletion of any files, and also barred the administration from dismissing any additional workers until early March.

Warren, the ranking Democrat on the Senate Banking Committee, plans to hold a hearing on Tuesday to highlight the agency's consumer protection work. She has invited Musk to attend the hearing and learn about the agency's accomplishments. By Friday evening, he had not RSVP'd.
– *With assistance from Paige Smith*

*(Updates with more context in paragraph 5)*

How easy or hard was it to use Bloomberg.com today?

**Share feedback** ↗

Advertisement

©2025 Bloomberg L.P. All Rights Reserved.

# Exhibit MM

2/27/25, 2:27 PM    US economy 'less safe', experts say, as Trump hobbles consumer watchdog | Trump administration | The Guardian

Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 271 of 276

**Trump administration**

# US economy 'less safe', experts say, as Trump hobbles consumer watchdog

**Former officials say Americans more likely to be ripped off and scammed as CFPB targeted by Musk 'efficency' blitz**



People rally in support of the Consumer Financial Protection Bureau in Washington DC on 10 February 2025. Photograph: Craig Hudson/Reuters

**Callum Jones** *in New York*

Wed 26 Feb 2025 06.00 EST

Millions of Americans are more likely to be ripped off by scammers and thieves as a result of a bid by the Trump administration to defang the top US consumer watchdog, former officials have warned.

Donald Trump has indicated he wants to eliminate the Consumer Financial Protection Bureau (CFPB), which was set up after the financial crisis to shore up oversight of consumer financial firms, prompting critics to accuse him of setting the stage for "one of the biggest cons" in modern memory.

The billionaire tycoon Elon Musk, engaged in a government-wide "efficiency" blitz with the president's blessing, has suggested the agency is already dead. Only in a court filing late on Monday did Russell Vought, the CFPB's acting director, clarify it would continue to exist – albeit in a "more streamlined and efficient" form – under the new administration.

With the CFPB incapacitated by layoffs, work stoppages and widespread confusion over its future, the Massachusetts senator Elizabeth Warren, who

played a key role in setting up the agency, held a forum on its future on Capitol Hill on Tuesday alongside other Senate Democrats.

Lorelei Salas, who resigned as the CFPB's director of supervision earlier this month, came with a stark message for consumers: the agency is "no longer able" to defend them. The threat of another financial crisis has risen, she cautioned.

"You, your family and the economy itself has become less safe, secure and stable," said Salas. "Your parents are more likely to see their retirement threatened by scammers and fraudsters. Your kids are more likely to be ripped off, or given the runaround by their student loan company.

"Your sick spouse is more likely to be harassed by a debt collector for a medical bill they do not even owe. Your nephew who's getting ready to be deployed overseas is more likely to be targeted by a predatory lender that sees them as just another dollar sign in a uniform.

"These are hard things to hear, but it is the truth. Millions of Americans are more likely to get ripped off because the CFPB was essentially fired from doing the job Congress gave it."

The White House and the CFPB were approached for comment.

The CFPB has returned more than $21bn to consumers since 2011. But the agency attracted critics on the right, who accused it of overreach. "We're trying to get rid of waste, fraud and abuse," Trump told reporters earlier this month.

The way Trump officials are treating the CFPB "could be one of biggest cons in recent history", claimed Warren, who described it as "the theft of billions of dollars from American consumers".

The agency is processing thousands fewer complaints each day since Trump took office, according to analysis released by Democrats on the Senate banking committee.

"Elon Musk and Donald Trump are going all out to kill the Consumer Financial Protection Bureau and make it easier to cheat people out of their hard-earned money," said Warren. "President Trump ran on lowering costs for families on 'Day One' – those were his words.

"But instead of trying to lower costs, he and his co-president Elon Musk are putting an end to the millions of dollars this little agency delivers every single day for working people. For everyone who gets scammed or cheated because the CFPB cops have been taken off the beat, costs have gone up – not down."

In interviews with the Guardian, former insiders questioned why Musk's so-called "department of government efficiency" (Doge) had targeted the agency. "I think it's basically a waste of taxpayer money, to throw out what's been built all these years," said Peggy Twohig, a veteran federal official who helped establish the CFPB.

Recent layoffs "will have serious consequences on the bureau's ability to do its work", David Silberman, a former associate director of the CFPB, said. "If

they want to keep the CFPB functioning, it's going to be a whole lot harder without the people and the contractors they've let go."

Twohig, who worked for decades in government and was assistant director for supervision policy at the CFPB until 2021, said she struggled to understand how an agency created to stand up for individual consumers had become such a target for conservative figures.

"It's protection for the little guy against the big overreaches," she said. "I believe in the fair market system, and competitive practices, but often in the race for profits there is a push or overreach."

In the early 2010s, Congress decided "there is a role for a regulator whose mission is to focus on consumer protection and to prevent markets from running amok", said Silberman. "I personally share that view."

But "reasonable people" can debate the merits and pitfalls of its actions over the years, added Twohig, who noted that different administrations can shift the CFPB into new directions.

"That's very different to completely shutting down the agency, which I would argue is a complete waste to all this effort over the past years to create this agency which has brought a very good change to the regulatory landscape to help protect consumers."

**Most viewed**

2/27/25, 2:27 PM
Case 1:25-cv-00381-ABJ    Document 38-17    Filed 02/27/25    Page 275 of 276
Economy bus safe to take digital trump.bubbles collides at codify2.5rump immigration the Guardian

Economy bass safeguards against financial mishap, bubbles could be at risk under a Trump administration | US | The Guardian