UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY
EMPLOYEES UNION, *et al.*,

        *Plaintiffs*,

v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,

        *Defendants*.

Civil Action No. 25-381-ABJ

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion and for good cause shown, the Court GRANTS Plaintiffs' motion to file supplemental declarations in support of their motion for a preliminary injunction.

SO ORDERED.

Dated: February___, 2025

---

AMY BERMAN JACKSON
United States District Judge