UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial protection Bureau, *et al.*,<br><br>Defendants. | No. 1:25-cv-00381-ABJ |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Christopher M. D'Angelo, a member of this bar in good standing, hereby notices his appearance for amicus curiae the State of New York.

Dated: February 28, 2025               Respectfully submitted,

                                    By: /s/ Christopher D'Angelo
                                        Christopher M. D'Angelo
                                        28 Liberty St.
                                        New York, NY 10005
                                        Tel.: (212) 516-6124

1