# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>          *Plaintiffs*,<br><br>v.<br><br>Russell VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>          *Defendants*. | Case No. 1:25-cv-00381-ABJ |

## [PROPOSED] ORDER

On consideration of the Motion by 203 Members of Congress for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for a preliminary injunction, *see* ECF No. 14, and the entire record herein, it is hereby:

**ORDERED** that the motion is GRANTED. The Clerk of Court is directed to file 203 Members of Congress's *Amicus Curiae* Brief in Support of Plaintiffs' Motion for a Preliminary Injunction, attached as Exhibit 1, onto the electronic case docket in the above-captioned matter.

**SO ORDERED.**

This _____ day of _____, 2025.

                                                          **BY THE COURT:**

                                                          _____

                                                          The Honorable Judge Amy B. Jackson
                                                        United States District Court Judge