# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, <br> *in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*, <br>     Defendants. | Civil Action No. 25-CV-381-ABJ <br><br> Hon. Amy Berman Jackson |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew J. Huber, pursuant to the Court's order granting permission to appear *pro hac vice*, hereby notices his appearance for amicus curiae Tzedek DC.

February 28, 2025

Respectfully submitted,

*/s/ Andrew J. Huber*
Andrew J. Huber
D.C. Bar No. 1620072
**TZEDEK DC**
UDC David A. Clarke School of Law
4340 Connecticut Ave NW, Suite 319
Washington, DC 20008
Tel: (202) 656-9233
ah@tzedekdc.org

*Counsel for amicus curiae Tzedek DC*

1

## CERTIFICATE OF SERVICE

On February 28, 2025, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

*/s/ Andrew J. Huber*
Andrew J. Huber

*Counsel for amicus curiae Tzedek DC*