UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00381-ABJ |

**DEFENDANTS' MOTION FOR LEAVE TO FILE THE
SUPPLEMENTAL DECLARATION OF ADAM MARTINEZ**

Defendants, by and through counsel, hereby seek leave pursuant to Local Rule 65.1(c) to file the Supplemental Declaration of Adam Martinez, which is attached hereto. Local Rule 65.1(c) provides that supplemental declarations either to a motion for a preliminary injunction or in opposition thereto "may be filed only with permission of the Court." L. Cv. R. 65.1(c); *see also Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (rule gives the Court "discretion to allow parties to supplement the record.").

Supplementation of the record with Mr. Martinez's Supplemental Declaration is appropriate here. Plaintiffs filed 17 declarations and voluminous attachments late in the evening on Thursday, February 27 and early in the morning on Friday, February 28. *See* ECF Nos. 38, 41. Some of those declarations address Mr. Martinez's initial declaration in this matter. Supplementation is therefore appropriate, among other things, to allow Mr. Martinez to supply additional context for his testimony, including by responding to some of the points raised in plaintiffs' supplemental declarations. Plaintiffs will not be prejudiced by the filing of Mr.

Martinez's Supplemental Declaration, which is only nine paragraphs long.

Pursuant to Local Rule 7(m), counsel have conferred regarding this motion. Plaintiffs consent to the filing of this motion so long as Defendants consent to the filing of responsive declarations by plaintiffs, if necessary. Defendants so consent.

A proposed order is attached.

Dated: March 2, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Fax: 202-616-8460
Email:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*