# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00381-ABJ |

## [PROPOSED] ORDER

For good cause shown, Defendants' Motion for Leave to File the Supplemental Declaration of Adam Martinez shall be, and hereby is, GRANTED. The Clerk of the Court is directed to file the Supplemental Declaration of Adam Martinez on the docket. IT IS SO ORDERED.

_____
Amy Berman Jackson
United States District Judge

_____
Date