IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>        *Plaintiffs*,<br>  v.<br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>        *Defendants*. | Case No. 25-cv-381-ABJ |

**UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS IN RESPONSE TO THE SUPPLEMENTAL MARTINEZ DECLARATION**

The plaintiffs seek leave, under Local Civil Rule 65.1(c), to file supplemental declarations in response to the Second Declaration of Adam Martinez, filed this afternoon. ECF 47-1. The plaintiffs previously filed several declarations that contradicted numerous statements in Mr. Martinez's first declaration. Mr. Martinez now admits that all of the statements attributed to him—about plans to "leav[e] a Bureau that could not actually perform any functions, or no Bureau at all," to transfer functions to other agencies, to "carry out the closure of the agency," and to make plans for after the "CFPB itself was no longer operating"—are "not inaccurate." ECF 47-1 at ¶ 3.

Mr. Martinez's new declaration identifies only one statutory function of the CFPB—Consumer Response and, specifically, its Escalated Case Management Team—that he asserts has been "activated" and is "working" "as of February 27, 2025." ECF 47-1 at ¶ 8. But the supplemental declarations of Matthew Pfaff, the Chief of Staff of Consumer Response, and Emory Doe, who has supervision over the Escalated Case Management Team, establish that testimony is false. The additional declarations further confirm that the Acting Director's stop-work order

continues to prevent the Bureau from fulfilling its statutory obligations across the full range of CFPB's functions. An index describing the supplemental declarations is attached as a cover.

Mr. Martinez's two declarations comprise the defendants' sole factual support for their defense in this case. His credibility is therefore central to the pending motion. The plaintiffs seek leave to file the declarations attached here to demonstrate that there are factual inaccuracies in Mr. Martinez's supplemental testimony, further calling his credibility into doubt.

The defendants have consented to this request.

Dated: March 2, 2025

Respectfully submitted,

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar. 1046738)
Gabriel Chess (DC Bar No. 90019245)*
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett (*pro hac vice*)
Gupta Wessler LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 573-0335

*Counsel for Plaintiffs*

Julie Wilson
General Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

*/s/ Wendy Liu*
Wendy Liu (DC Bar No. 1600942)
Adam R. Pulver (DC Bar No. 1020475)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*