**INDEX OF SUPPLEMENTAL DECLARATIONS (MARCH 2, 2025)**

| | **Current Employees** | |
|---|---|---|
| 1 | **Matthew Pfaff** | The Chief of Staff of the Office of Consumer Response explains that the statements in Adam Martinez's testimony (¶ 8) about work being "activated" in the Office of Consumer Response are "misleading" and "false." |
| 3 | **Emory Doe** | An employee with supervision over the Escalated Case Management team explains that the assertion in Martinez's testimony (¶ 8)—that "members of the Escalated Case Management team" are "working" — is "false." |
| 4 | **Francis Doe** | A CFPB analyst recounts that, after Adam Martinez sent an email on February 27th purporting to authorize statutorily mandated work in the Research, Monitoring, and Regulations division, she received a text message to her personal cell phone from her supervisor telling her to nevertheless "stand down." |
| 4 | **Greer Doe** | A management official explains that, contrary to Martinez's testimony that leadership is authorizing "each of CFPB's critical statutory responsibilities" (¶ 4), all of the agency's required offices responsible for serving consumer populations—including its Offices of the Student Loan Ombudsman, Servicemember Affairs, Older Americans, Financial Education, and Community Affairs—are not operational. |