IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>　　　　*Plaintiffs*,<br>　v.<br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>　　　　*Defendants*. | Case No. 25-cv-0381-ABJ |

**DECLARATION OF FRANCIS DOE**

I, Francis Doe, declare as follows:

1.　I am a Financial Analyst in the Research, Monitoring, and Regulations division of the CFPB. The statements made in this declaration are based on my personal knowledge.

2.　I am submitting this declaration pseudonymously because I fear retaliation. But if the Court would like to know my name, I am willing to provide it ex parte and under seal.

3.　On February 10, 2025, Acting Director Russell Vought sent an agency-wide email, instructing all employees to "stand down from performing any work task." The email made clear that even work on "urgent matters" could not be performed without "approval in writing," which it directed could only be secured by alerting the Acting Director himself through "Mark Paoletta, Chief Legal Officer." There were no exceptions to this stop-work order for statutorily required work.

4.　I, my colleagues, and my manager all understood this email as an order to stop all work, regardless of whether it was required by statute. Accordingly, we have not performed any work, since it was sent. My office is responsible for statutorily mandated reports, for which I have

1

upcoming deadlines. I have not worked on these reports (or anything else) since we received the February 10 stop-work order.

5. On the morning of Friday, February 28, 2025, I became aware that the prior afternoon (February 27, 2025), CFPB Chief Operating Officer Adam Martinez had sent an email to the leadership of my division, including the assistant director responsible for overseeing my team, John McNamara. That email stated that Mr. Martinez and Acting Director Vought "wanted to ensure that [staff is] aware that statutorily required work and/or work required by law are authorized." Although Mr. Martinez cited a February 8, 2025 email from Acting Director Vought, he did not mention the subsequent February 10 email, which had explicitly directed all employees to stop all work—without any exception for work required by law.

6. I learned of Mr. Martinez's February 27 email from a colleague. When I learned of the email, I had not received any authorization from my management to resume work. Seeking clarification, I sent an email from my CFPB email account to Mr. McNamara, and cc-ed my direct manager. That email sought clarification about whether I should resume work on the statutorily mandated reports for which I am responsible. My direct manager responded, stating that Mr. McNamara "will be reaching out to you shortly." Immediately thereafter, my direct manager texted me and two of my colleagues on our personal cell phones, stating: "In response to Adam Martinez's email, John [McNamara] has instructed us to stand down until further notice." In response to my manager's text, I asked that Mr. McNamara "provide written guidance to our CFPB emails."

7. Mr. McNamara then sent an email just to me and my direct manager (to our CFPB emails), stating that he would "like to get started" on statutorily mandated reports, but that I should

"[s]tay tuned for guidance." Separately, he sent an email to my whole team, which said that he had emailed "Adam Martinez letting him know that [he planned] to recommence work on all areas."

8. Confused, I then emailed Mr. McNamara again, asking "To clarify, should I get started or wait for guidance?" Mr. McNamara responded that I should "[w]ait for guidance."

9. Having not received any further guidance, I continue to remain unauthorized to perform any work. Despite Mr. Martinez's February 27 email, my understanding is that the stop-work order issued on February 10th remains in effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 2, 2025, in Washington, D.C.

/s/ *Francis Doe*
Francis Doe