# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>                    *Plaintiffs*,<br>        v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 25-cv-0381-ABJ |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion and for good cause shown, the Court GRANTS Plaintiffs' motion to file supplemental declarations in support of their motion for a preliminary injunction.

SO ORDERED.

Dated: March ___, 2025

_____
AMY BERMAN JACKSON
United States District Judge