AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-00381-ABJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Edward R. Martin, Jr., Interim U.S. Attorney for the District of Columbia

was received by me on *(date)* 2/14/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* Sent via email to USADC.ServiceCivil@usdoj.gov, which responded that the documents were received and accepted with a service date of February 15, 2025, on behalf of the U.S. Attorney's Office for the District of Columbia. See attached.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/2/2025

*Server's signature*

Aidan Scible, Legal Assistant at Gupta Wessler LLP
*Printed name and title*

2001 K Street NW, Suite 850 North, Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

National Treasury Employees Union, et al.

*Plaintiff(s)*

v.

Civil Action No. 25-cv-00381-ABJ

RUSSELL VOUGHT, in his official capacity as the acting director of the Consumer Financial Protection Bureau, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edward R. Martin, Jr.
Interim U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Deepak Gupta
2001 K Street NW
Suite 850 North
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 02/14/2025

/s/ Dwight Patterson
*Signature of Clerk or Deputy Clerk*

Gupta / Wessler

Aidan Scible <aidan@guptawessler.com>

## RE: [EXTERNAL] Re: NTEU v. Vought, 25-0381

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>    Sat, Feb 22, 2025 at 8:59 AM
To: Aidan Scible <aidan@guptawessler.com>

Your service package has been received and accepted with a service date of February 15, 2025. Thank you.

---

**From:** Aidan Scible <aidan@guptawessler.com>
**Sent:** Saturday, February 15, 2025 6:55 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>; Hudak, Brian (USADC) <BHudak@usa.doj.gov>
**Cc:** Deepak Gupta <deepak@guptawessler.com>; Jennifer Bennett <jennifer@guptawessler.com>; Robert Friedman <robert@guptawessler.com>; Gabe Chess <gabe@guptawessler.com>
**Subject:** Re: [EXTERNAL] Re: NTEU v. Vought, 25-0381

Counsel,

Attached are the clerk-signed summons and amended complaint, as required for email service.

Thank you,

Aidan Scible (he/him)

Legal Assistant at Gupta Wessler LLP

2001 K Street NW, Suite 850 North

Washington, DC 20006

(202) 888-1741

On Sat, Feb 15, 2025 at 11:06 AM USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> wrote:

> Thank you for your email. Your service of the TRO motion papers was accepted as of February 14, 2025.
>
> That said, your email failed to comply with the terms and conditions set by the U.S. Attorney's Office as conditions to accepting service of a summons and complaint under FRCP 4(i) by email. Specifically, your service package did not contain a summons signed and stamped by the clerk, which is a requirement to effect service under FRCP 4(a)(1)(F) and (G). As such, your email was insufficient to effect FRCP 4 service in this matter.
>
> Please feel free to attempt service again with a clerk-signed summons.

**From:** Aidan Scible <aidan@guptawessler.com>
**Sent:** Friday, February 14, 2025 12:41 AM
**To:** Farby, Lesley (CIV) <Lesley.Farby@usdoj.gov>; USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Rising, Andrew J. (CIV) <Andrew.J.Rising@usdoj.gov>; Holland, Liam C. (CIV) <Liam.C.Holland@usdoj.gov>; Hudak, Brian (USADC) <BHudak@usa.doj.gov>; Haas, Alex (CIV) <Alex.Haas@usdoj.gov>; Kelleher, Diane (CIV) <Diane.Kelleher@usdoj.gov>; Griffiths, John (CIV) <John.Griffiths@usdoj.gov>
**Cc:** Deepak Gupta <deepak@guptawessler.com>; Jennifer Bennett <jennifer@guptawessler.com>; Gabe Chess <gabe@guptawessler.com>; Robert Friedman <robert@guptawessler.com>
**Subject:** [EXTERNAL] Re: National Treasury Employees Union v. Vought - Service Under Local Rule 65.1

Counsel,

Per Rule 65.1, please find attached the plaintiffs' motion for an administrative stay and temporary restraining order, memorandum of law, supporting declarations, proposed orders, and the amended complaint in this case.

Thank you,

Aidan Scible (he/him)

Legal Assistant at Gupta Wessler LLP

2001 K Street NW, Suite 850 North

Washington, DC 20006

(202) 888-1741

On Thu, Feb 13, 2025 at 5:53 PM Aidan Scible <aidan@guptawessler.com> wrote:

> Counsel,
>
> Please find attached a motion for an administrative stay and temporary restraining order and proposed orders to be filed, and a copy of the amended complaint.
>
> Thank you,
>
> Aidan

Aidan Scible (he/him)
Legal Assistant at Gupta Wessler LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006

(202) 888-1741