AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

National Treasury Employees Union, et al.

*Plaintiff(s)*

v.   Civil Action No. 25-cv-00381-ABJ

RUSSELL VOUGHT, in his official capacity as the acting director of the Consumer Financial Protection Bureau, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Consumer Financial Protection Bureau
1700 G St NW
Washington, DC 20552

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Deepak Gupta
2001 K Street NW
Suite 850 North
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 02/14/2025

/s/ Dwight Patterson

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-00381-ABJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the Consumer Financial Protection Bureau

was received by me on *(date)* 2/14/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On February 19, 2025, Brad Rosenberg, counsel of record for the defendants, agreed to accept service via email on behalf of defendant CFPB and defendant Vought. I then emailed him a copy of the amended complaint and summons, as shown in the attached email correspondence.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/2/2025

/s/Robert D. Friedman
*Server's signature*

Robert D. Friedman, Associate at Gupta Wessler LLP
*Printed name and title*

2001 K Street NW, Suite 850 North, Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:



Aidan Scible <aidan@guptawessler.com>

## Accepting Service in NTEU v. Vought, 25-cv-381

**Robert Friedman** <robert@guptawessler.com>   Wed, Feb 19, 2025 at 11:01 AM
To: "Rosenberg, Brad (CIV)" <Brad.Rosenberg@usdoj.gov>
Cc: Aidan Scible <aidan@guptawessler.com>, Deepak Gupta <deepak@guptawessler.com>, Gabe Chess <gabe@guptawessler.com>, Jennifer Bennett <jennifer@guptawessler.com>

Thank you, Brad. Please find the summonses for CFPB and Mr. Vought, and the amended complaint attached.

On Wed, Feb 19, 2025 at 8:46 AM Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov> wrote:

> Hi Rob,
>
> If it's just a question of accepting service on behalf of the agency defendants (CFPB and Mr. Vought in his official capacity), then under these circumstances I can accept that service.
>
> Thanks,
>
> -Brad
>
> _____
>
> **Brad P. Rosenberg**
>
> Special Counsel
>
> Federal Programs Branch
>
> Civil Division, U.S. Department of Justice
>
> 1100 L Street, NW
>
> Washington, DC  20005
>
> 202-514-3374
>
> **From:** Robert Friedman <robert@guptawessler.com>
> **Sent:** Wednesday, February 19, 2025 8:02 AM
> **To:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
> **Cc:** Aidan Scible <aidan@guptawessler.com>; Deepak Gupta <deepak@guptawessler.com>; Gabe Chess <gabe@guptawessler.com>; Jennifer Bennett <jennifer@guptawessler.com>
> **Subject:** Re: [EXTERNAL] Accepting Service in NTEU v. Vought, 25-cv-381

Hi Brad,

Just following up on this. If it's possible to let us know this morning, we'd appreciate it.

Thank you,

Rob

On Tue, Feb 18, 2025 at 2:28 PM Robert Friedman <robert@guptawessler.com> wrote:

> Hi Brad,
>
> Thanks for the quick response. We have sent the amended complaint and the summons to the USAO. I've attached the email here (as well as a PDF of the same). Does that mean you are willing to accept service?
>
> Thanks,
>
> Rob
>
> On Tue, Feb 18, 2025 at 2:23 PM Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov> wrote:
>
>> Hi Rob,
>>
>> The critical service is on the U.S. Attorney's Office—we need that in order to be able to track the summons and complaint through our systems. Have you been able to complete that service?
>>
>> Thanks,
>>
>> -Brad
>>
>> _____
>>
>> **Brad P. Rosenberg**
>>
>> Special Counsel
>>
>> Federal Programs Branch

Civil Division, U.S. Department of Justice

1100 L Street, NW

Washington, DC  20005

202-514-3374

---

**From:** Robert Friedman <robert@guptawessler.com>
**Sent:** Tuesday, February 18, 2025 2:21 PM
**To:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
**Cc:** Deepak Gupta <deepak@guptawessler.com>; Jennifer Bennett <jennifer@guptawessler.com>; Gabe Chess <gabe@guptawessler.com>; Aidan Scible <aidan@guptawessler.com>
**Subject:** [EXTERNAL] Accepting Service in NTEU v. Vought, 25-cv-381

Hi Brad,

I'm writing to see if you would accept email service of the summons and amended complaint in *NTEU v. Vought*, 25-cv-381, on behalf of the defendants.  We attempted to complete service with a process server, but they were denied access to the building.

Also, I apologize for not including your colleague on this email.  I do not have her email.

Thank you,

Rob


--

**Robert D. Friedman**
Gupta Wessler LLP

2001 K Street, NW, Suite 850

Washington, DC 20006

914.588.4713


--

**Robert D. Friedman**
Gupta Wessler LLP

2001 K Street, NW, Suite 850

Washington, DC 20006

914.588.4713


---------- Forwarded message ----------
From: Aidan Scible <aidan@guptawessler.com>
To: USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>, brian.hudak@usdoj.gov
Cc: Deepak Gupta <deepak@guptawessler.com>, Jennifer Bennett <jennifer@guptawessler.com>, Robert Friedman <robert@guptawessler.com>, Gabe Chess <gabe@guptawessler.com>
Bcc:
Date: Sat, 15 Feb 2025 18:55:27 -0500
Subject: Re: [EXTERNAL] Re: NTEU v. Vought, 25-0381

Counsel,

Attached are the clerk-signed summons and amended complaint, as required for email service.

Thank you,

Aidan Scible (he/him)

Legal Assistant at Gupta Wessler LLP

2001 K Street NW, Suite 850 North

Washington, DC 20006

(202) 888-1741


On Sat, Feb 15, 2025 at 11:06 AM USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> wrote:

> Thank you for your email.  Your service of the TRO motion papers was accepted as of February 14, 2025.
>
> That said, your email failed to comply with the terms and conditions set by the U.S. Attorney's Office as conditions to accepting service of a summons and complaint under FRCP 4(i) by email.  Specifically, your service package did not contain a summons signed and stamped by the clerk, which is a requirement to effect service under FRCP 4(a)(1)(F) and (G).  As such, your email was insufficient to effect FRCP 4 service in this matter.
>
> Please feel free to attempt service again with a clerk-signed summons.
>
> **From:** Aidan Scible <aidan@guptawessler.com>
> **Sent:** Friday, February 14, 2025 12:41 AM
> **To:** Farby, Lesley (CIV) <Lesley.Farby@usdoj.gov>; USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Rising, Andrew J. (CIV) <Andrew.J.Rising@usdoj.gov>; Holland, Liam C. (CIV) <Liam.C.Holland@usdoj.gov>;