IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>        *Plaintiffs*,<br>  v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>        *Defendants*. | Case No. 25-cv-0381-ABJ |

**JOINT NOTICE OF AGREEMENT CONCERNING CONTRACT TERMINATIONS PENDING MARCH 10 EVIDENTIARY HEARING**

As directed by the Court at today's hearing on the motion for a preliminary injunction, the parties submit this joint notice to inform the Court that they have extended their agreement respecting contract terminations through next Monday, March 10, 2025. That agreement is that the parties agree as follows: The Consumer Financial Protection Bureau ("CFPB") has frozen and will continue to freeze any and all termination actions regarding its contracts.[1]

The parties will confer to determine whether they can agree on a further extension of this agreement (or a modified agreement on this topic) pending the Court's order on the motion for preliminary injunction. In accordance with this Court's order, the parties will inform the Court whether they have reached such an agreement—and, if so, what that agreement is—no later than 5:00 pm on Friday, March 7, 2025.

Respectfully submitted,

---

[1] The parties do not agree on whether the freeze of contract terminations covers the headquarters lease. CFPB's position is that it does not.

1

Dated: March 3, 2025

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar. 1046738)
Gabriel Chess (DC Bar No. 90019245)
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett (pro hac vice)
Gupta Wessler LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 573-0335

Wendy Liu (DC Bar No. 1600942)
Adam R. Pulver (DC Bar No. 1020475)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

\* motion for admission pending

Julie Wilson
General Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)

Special Counsel

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Fax: 202-616-8460
Email:  brad.rosenberg@usdoj.gov

*Attorneys for Defendants*