IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION, et al.

*Plaintiffs*,

v.

RUSSELL VOUGHT, in his capacity as Acting Director of the Consumer Financial Protection Bureau, et al.

*Defendants*.

Case No. 25-0381-ABJ

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ERIK GOODMAN *PRO HAC VICE***

This matter having come before the Court on a motion of Ariel Levinson-Waldman, counsel for Amicus Curiae Tzedek DC, for the admission of Erik Goodman *pro hac vice* as co-counsel for Tzedek DC, and the Court having considered the arguments and papers submitted herein, and for good cause shown:

IT IS SO ORDERED on this ___ day of _____, 2025, as follows:

1. Tzedek DC's Motion for Admission of Erik Goodman *Pro Hac Vice* is GRANTED.

BY THE COURT:

Date: _____, 2025

_____
United States District Judge