UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00381-ABJ |

## NOTICE OF FILING

Pursuant to this Court's Minute Order dated March 4, 2025, and as ordered at the hearing of March 3, 2025, Defendants, by and through counsel, hereby file the following documents: (1) internal Consumer Financial Protection Bureau ("CFPB") e-mails;[1] (2) recent court filings in CFPB enforcement actions; and (3) a Memorandum of Understanding Between CFPB and the U.S. Department of Education, dated January 31, 2020, concerning coordination in resolving borrower complaints.

Dated: March 4, 2025                         YAAKOV M. ROTH
                                             Acting Assistant Attorney General
                                             Civil Division

                                             BRAD P. ROSENBERG
                                             Special Counsel

---

[1] The material at CFPB_00020-23 is an attachment to the e-mail from the Associate Director of Consumer Response, Christopher Johnson, to CFPB Chief Legal Officer Mark Paoletta dated February 26, 2025, at 11:01 AM, included as part of the e-mail chain at CFPB_00016-19.  The e-mail chain at CFPB_00115-16 is an attachment to the e-mail from Principal Deputy Assistant Director of Supervision Policy & Operations Cassandra Huggins to CFPB Chief Legal Officer Mark Paoletta at CFPB_00111-14.

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4964
Fax: 202-616-8460
Email: liam.c.holland@usdoj.gov

*Attorneys for Defendants*
