**INDEX OF EMAILS, TEXT MESSAGES, AND OTHER COMMUNICATIONS (MARCH 4, 2025)**

| Exhibit | Date | Description |
|---|---|---|
| A | 2/11 | Email to contracting officers with subject line "Urgent Action: Contract Termination and Continuation Notifications (Emails)" |
| B | 2/11 | "Urgent update" to contracting officers with "direction to terminate all Enforcement, … Supervision, … External Affairs, … Consumer Response, … [and] Office of Director" contracts |
| C | 2/11 | Adam Martinez memorandum terminating probationary employees |
| D | 2/11 | Notice to NCLC regarding CFPB's "blanket Stop Work Order" |
| E | 2/11 | Email from Adam Martinez regarding civil penalty fund and returning CFPB's money to Federal Reserve |
| F | 2/11 | Email from Consumer Response identifying contracts that directly support its statutory requirements |
| G | 2/12 | Termination of NCLC contract |
| H | 2/13 | Adam Martinez memorandum terminating the Student Loan Ombudsman |
| I | 2/13 | Memo from Matthew Pfaff regarding staffing at Consumer Response |
| J | 2/14 | Email instructing all staff to "exercise administrative leave" |
| K | 2/17 | Email regarding closure of regional offices |
| L | 2/18 | Email from Christopher Chilbert (CFPB Chief Information Officer) declining request to fix the CFPB's homepage |
| M | 2/26 | Email regarding discontinuation of "Citrix Virtual Desktop" |
| N | 2/27 | Auto-response from HR regarding "recent or impending separation" |
| O | 2/27 | Email directing employees to retrieve personal belongings from CFPB building and return CFPB equipment |
| P | 2/27 | Email from Adam Martinez regarding "Statutory/Legal Required Work" |
| Q | 2/28 | Email from Assistant Director of Research regarding resumption of "statutory work" |
| R | 2/28 | Emails with Francis Doe regarding statutorily mandated reports |
| S | 2/28 | Text message telling Francis Doe to "stand down until further notice" |
| T | 3/1 | Email to Office of Finance and Procurement inquiring about statutory requirements |
| U | 3/3 | Email to supervision examiners asking them to "refrain from all work activity other than ministerial tasks" pending further guidance |
| V | 3/3 | Email instructing supervision staff to "continue to comply with the stop work order" |
| W | 3/3 | Email notifying supervision staff that Martinez and Paoletta's 3/2 email do not authorize them to carry out activities "required by law" |
| X | 3/3 | Email from CFPB's CFO discussing "very narrow approach" to "turning back on … contract[s]" |

| Y | 3/3 | Status update on Research, Monitoring, and Regulations' ability to "comply with the directive to resume statutory responsibilities" |
|---|---|---|
| Z | 3/3 | Email about "getting the [Consumer Complaint Database] back up and running" |
| AA | 3/3 | Email to operations about "statutory requirements" |
| BB | 3/3 | Email providing probationary employee with Notification of Termination (approved on 2/13) pursuant to "E.O. 14210 and the stop work email from Russ Vought" |
| CC | 3/3 | Email providing term employee with notification of Termination (approved on 2/15) pursuant to "E.O. 14210 and the stop work email from Russ Vought" |
| DD | 3/4 | Email from Christopher Chilbert declining request to fix the homepage |
| EE | 3/4 | Email from CFO in response to request to pay for Google Analytics platform, without which CFPB "will lose all historical data" |
| FF | 3/4 | Email chain between Mark Paoletta and Cassandra Huggins about status of Supervision |
| GG | 3/4 | Screen shot of "CFPB Tip Line" taken from X on March 4 at 11:05 PM |
| HH | 3/4 | White House statement says that "President Trump ordered the" CFPB "to halt operations" |