Leave to File GRANTED

*Amy B Jackson*

U.S. District Judge
March 3, 2025

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

RE: JANICE WOLK GRENADIER (JWG)       CASE #: 1:25-cv-00381-ABJ
*Pro Se  Intervene*

NATIONAL TREASURY EMPLOYEES UNION
NATIONAL CONSUMER LAW CENTER
NATIONAL ASSOCIATION FOR ADVANCEMENT OF COLORED PEOPLE
PEOPLE VIRGINIA POVERTY LAW CENTER
EVA STEEGE
CFPB EMPLOYEE ASSOCIATION
v.

RUSSELL VOUGHT
CONSUMER FINANCIAL PROTECTION BUREAU

**RECEIVED**
Mail Room
FEB 18 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## NOTICE TO THE COURT FOR JANICE WOLK GRENADIER TO INTERVENE IN SUPPORT OF RUSSELL VOUGHT et al

Comes Now JWG has the "STANDING" to Intervene due to the harm caused to her by CFPB & its associates ie:

**the Government:** the CFPB, the Senate Federal Banking Committee, the SEC, the IRS, the DOJ, the FBI,et al

**the 50 States & the District of Columbia:** Governors,  Attorney Generals & Legislatures

**the Judges** Federal & State,

**the Banks:** Wells Fargo Bank CEO Charles W. Schrf, Bank of America CEO Brian Moynihan, JP Morgan Jamie Dimon  et al,

**the Servicers** & others not listed:

1. OCWEN (American Home Mortgage Services, Homeward) aka PHH traded under **ONITY Group Inc** CEO Glen A. Messina,
2. NewRez aka ShellPoint aka lender PenFed traded as **Rithm Capital,**
3. Guardian Asset Management,
4. Altisource Solutions CEO William B. Shepro  NASDAQ  ticker symbol "ASPS",  HUBZU CEO Travis Britsch **NASDAQ ticker symbol ASPS**

**the Lawyers:**

1. Troutman Pepper Locke.
2. Brock & Scott
3. Grenadier Duffett, Levi, Winkler & Rubin PC
4. DiMuroGinsberg
5. Gary Lonergan Ltd.
6. Friedman,Grimes,Meinken & Leischner PLLC
7. McCabe, Weisberg & Conway
8. BWW Law Group LLC  et al
9. Baughman Kroup Bosse PLLC
10. Greenberg Traurig
11. Nixon Peabody
12. Michael J. Wieser
13. McGuireWoods
14. Parker Simon & Kokolis

Have acted in a Mafia Style "Rico & Racketeering" Enterprise against the American Citizens having colluded, conspired & are complicit to the Criminal Enterprise of the Banks & Servicers that are terrorizing JWG & the American Citizens with "FAKE & FRAUDULENT" documents against their homes.

President Donald J. Trump acts and actions were appropriate against the CFPB  that allowed  actions which I support for the following reasons:

> *"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness. - The Declaration of Independence*

1

The United States of America has turned the citizens into their "Slaves" spending our money for "favor" and to "ENRICH" themselves using all agencies et al. This is being exposed "We the People" support Trump & Musk.

**Fifth Amendment**: *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.*

**The Fourteenth Amendment's:** *Due Process Clause requires government actors to follow certain procedures before taking away a person's life, liberty, or property*

*Comes Now* JWG is using her property that is a victim to a "Fraudulent Foreclosure" at 15 W. Spring St., Alexandria, VA 22301 to explain how the Enterprise under "Rico & Racketeering" is and should be investigated in the closing of the CFPB and their accomplices

The elements of RIco & Racketeer Influenced and Corrupt Organizations Act codified at 18 U.S.C. §§ 1961-68
  1. **Enterprise:**
      **the Government:**
          the CFPB, the Senate Federal Banking Committee (created the CFPB) , the SEC, the IRS,  the  DOJ, the FBI,et al  the complaints filed with the Government Agencies to stop the criminal Enterprise is being ignored
      **the 50 States & the District of Columbia:**
          Governors,  Attorney Generals & Legislatures, Clerks of Courts all ignore the evidence put in front of them to support the lawyers who are their "Powerful Friends", in the Federal Government It, the banks, lawyers support the elected officials with financial donations
      **the Judges**
          Federal & State, it has been proven in the past that there may be alleged "KICKBACKS" to judges such as loans being forgiven.  The Judges are heavily invested in the Banks, Servicers and other entities that are used in the Foreclosure
      **the Banks:**  Wells Fargo Bank CEO Charles W. Schrf, Bank of America CEO Brian Moynihan, JP Morgan Jamie Dimon  et al,
      **the Servicers:**
          OCWEN CEO Glen A. Messina  (American Home Mortgage Services, Homeward) aka PHH CEO Robert B. Crowl  traded under **ONITY Group Inc** CEO Glen A. Messina, / Leon Cooperman (active 10% owner prior to selling stock or having stock managed)

          NewRez CEO Baron Silverstein  aka ShellPoint aka lender PenFed traded as **Rithm Capital CEO Michael B. Nierenberg,**

          Guardian Asset Management  CEO Jerry Mavellia

          Altisource Solutions CEO William B. Shepro  NASDAQ  ticker symbol "ASPS",  **HUBZU** CEO Travis Britsch **NASDAQ ticker symbol ASPS**

          These are the entities that usually create the "fake and fraudulent" documents with Robo Signers, Fake BAR numbers et al

**the Lawyers:** *under Wikipedia financial rated as:*[1]
Troutman Pepper Locke. Representing all Fifty States Bankers Association & DC[2] Exhibit 16

| 59 | Troutman Pepper | $1,029,503,000 | 1,121 | $918,000 | $1,386,000 | US |
|----|----------------|----------------|-------|----------|------------|-----|

Brock & Scott
Grenadier Duffett, Levi, Winkler & Rubin PC
DiMuroGinsberg
Gary Lonergan Ltd.
Friedman,Grimes,Meinken & Leischner PLLC
McCabe, Weisberg & Conway
BWW Law Group LLC  et al
Baughman Kroup Bosse PLLC
Greenberg Traurig

| 19 | Greenberg Traurig | $2,003,790,000 | 2,209 | $907,000 | $2,276,000 | US |
|----|-------------------|----------------|-------|----------|------------|-----|

McGuire Woods

| 66 | McGuireWoods | $953,548,000 | 921 | $1,035,000 | $2,053,000 | US |
|----|--------------|--------------|-----|------------|------------|-----|

Nixon Peabody
Michael J. Wieser
Parker Simon & Kokolis
All Stay silent, Lie in court, court documents with the support of the Judges et al

### *"Shadow Banking"* or *"Secret Banking"*

That JWG is still in the home and in the courts due to the numerous "FRAUD" and new evidence that is continually being found. That not one of the above have done their job and or followed the Laws of the United States of America and or the United States Constitution creating a "Hate" crime against a *pro se* litigant. The above worked together to "cover-up" the "Fake & Fraudulent" documents littered throughout the United States of America's Courts without the American Citizen understanding.

**2.  Interstate Commerce**
That the above have traded and created alleged  loans on the property, that the above have through the mail sent fraudulent documents to the Clerk's office in the City of Alexandria, VA.

**3.  Association**
That ALL of the above have associated to "Cover-Up' the crimes of each other for financial gain

**4.  Pattern**
   a.  Bribery: they all gain financially and with "favor" of those more powerful
   b.  Extortion:  Money Laundering - Property on or appears to be on several balance sheets for Banks & Servicers
   c.  Fraud:  Lack of Standing, on 1 assignment the BAR lawyer number belongs to a Judge in Florida who states he never worked for OCWEN
   d.  Theft:  of Real Estate with "Fake & Fraudulent" documents

---

[1] https://en.wikipedia.org/wiki/List_of_largest_law_firms_by_revenue
[2] https://www.consumerfinancialserviceslawmonitor.com/2024/12/troutman-represents-all-fifty-states-bankers-associations-and-d-c-in-tenth-circuit-didmca-opt-out-litigation/

5. **Connection:**  They have all been working together for years and moving from one bank and or servicer to protect the Scheme against the homeowners in the United States of America. **Believing the Scheme was so "BIG" no one would turn on the other.**

## OTHER LAWS BROKEN BY THE ABOVE

18 USC § 371 Conspiracy
18 USC § 1341 Frauds and Swindles
18 USC §1344 Bank Fraud
18 USC §1346 Honest Services
18 USC § 1348 Securities and commodities fraud
18 USC §1349 Attempt & Conspiracy
Sarbanes – Oxley Act
18 U.S. Code § 666 - Theft or bribery concerning  programs receiving Federal funds
15 U.S. Code Subchapter V - DEBT COLLECTION PRACTICES

| | |
|---|---|
| § 1692d - Harassment or abuse | § 1692g - Validation of debt |
| § 1692e -False or misleading representations | § 1692j - Furnishing certain deceptive forms |
| § 1692f - Unfair practices | |

31 U.S.C. § 3729 Federal False Claims Act
18 U.S. Code § 1033 Insurance Fraud
False Advertising - FTC Act, Lanham Act and
Dodd-Frank Wall Street Reform, Consumer  Protection Act

18 U.S. Code § 1343 Fraud by wire, radio, or Television
US Constitution Fifth & 14th Amendment deprived  of life, liberty or property without due process  of law
Theft by Deceptive Taking
*18 USC  §4, aka the Misprision Of Felony Statute,*
**42 U.S. Code § 1983 - Civil action for deprivation of rights**
18 U.S. Code **§ 241 & 242 Conspiracy/Deprivation  against rights**
18 U.S. Code § 514 - Fictitious obligations

the acts and actions of the court were ***"FRAUD ON THE COURT"*:**

1. **Intentional deception is a deliberate act of misleading the court, not just an innocent mistake.** There were no mistakes in what took place and has was conspired
2. **Material misrepresentation and false information presented must be significant enough to impact the court's decision.**
3. **Attorneys, as officers of the court** are involved in the "Cover-up" with their lawyer staying silent and withholding their knowledge of the relationship

The Supremacy Clause is a clause in the U.S. Constitution that establishes federal law as the supreme law of the land. It's found in Article VI, Clause 2 of the Constitution.

- The Supremacy Clause protects the federal government from state attacks and regulations.
- It ensures that the federal government is superior to the states.
- It requires that judges in every state follow the Constitution and federal laws, even if their state's laws contradict them.
- It requires all federal and state officials to swear an oath of allegiance to the Constitution

**"Equal Justice for All"**:  is the idea that everyone should have equal access to justice under the law, regardless of their status, income, or identity. It's a core value in American society.

**"Equal Protection Clause"**  The Equal Protection Clause of the Fourteenth Amendment prevents states from denying equal protection of the law to any person within their jurisdiction

**The above are Criminal Charges** that have been ignored by the Government  & the Government employees for Personal Gain using the ***CFPB as a "SHIELD" to state to Citizens that is where you have to go*** - *"We don't have Jurisdiction"* yet all involved took an oath of Office, a Oath as a Judge and or an Oath as a lawyer Which states:

> **§3331. Oath of office**
> *An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."*

**A Lawyers Oath of Office:**

**Virginia:**   *Do you solemnly swear or affirm that you will support the Constitution of the United States and the Constitution of the Commonwealth of Virginia, and that you will faithfully, honestly, professionally, and courteously demean yourself in the practice of law and execute your office of attorney at law to the best of your ability, so help you God?*

**Federal Judges Oath of office:**

## 28 U.S. Code § 453 - Oaths of justices and judges
> *Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."*

### The EVIDENCE TO SUPPORT THE CLAIM & STANDING of JWG

1. **JWG filed Forty-Nine (49) complaints with the CFPB** *Exhibit 1* that may have been used in their numbers for lawsuits to force settlements from the above listed, yet JWG and or anyone that JWG knows who have had similar issues has been compensated with the funds collected.  The states have and the Question becomes where is the "Slush Fund" of monies collected?

2. JWG is the Founder of JudicialPedia.com with over 5 Million views in 2023, giving a platform to expose what is going on in the courts, JWG has been a Certified ADA Advocate & Mediator for over 7 years. JWG is a Board Member:  Elderly Lives Matter https://www.elderlylivesmatterusa.org/.  **JWG is an Expert on the "Judicial Crisis" of the United States of America.**

3. FOIA requests in the State of Virginia are silent.  **The appearance is that the money that the CFPB collects is not going to the Victims.**  So where is it and all other "Fines" to companies that do not follow the law and or the Government restrictions.  The appearance is the money goes to "programs" to

"friends" and or "slush funds".  Government "Slush Funds" are hidden and out of the view of the American People.

## A FEW of the MOST EGREGIOUS OF FORECLOSURE DOCUMENTS
## OF 15 W. SPRING ST, ALEXANDRIA, VIRGINIA 22301

That JWG has boxes of documents, here I am going to concentrate on the most egregious of criminal crimes that will show that this is a "pattern & practice" of the CFPB & its associates to harm the American Citizens which is why **I support the CFPB being dismantled and an investigation into where all the money has gone.**

**The few documents in the Exhibits show  the Servicers and or the Banks that there is some sort of *"Shadow Banking"* being facilitated with the help of the CFPB & all of the listed above, especially Troutman Pepper Locke.**

1. **Documented Complaints with the CFPB form 2017 - 2024** CFPB passed the buck and never referred the criminal activity to the authorities.  **Shows the harm being done and how "we the people"  thought it was to help us - but, that was a "Smoke & Mirrors"** It was created for another "HUGE" Slush fund for Government employees / Elected Officials "pet projects" which lines the pockets of  their friends. **Exhibit 1**

2. It should be noted here that on or around February 7, 2022 a letter from the United States Senate Committee on Banking, Housing & Human Affairs states very clearly "ROBO-SIGNING" is illegal stop it Jamie Dimon. **Exhibit 2**

   This is important:

   1. If Robo-Signing is illegal today - why are the Federal & State Courts ignoring it and being complicit to Deed Theft with Fake & Fraudulent documents that are "Robo-Signed"
   2. To support this NYC Leticia James has come out and stated:
      ***Attorney General James Announces New Protections Against Deed Theft***[3]

      **New Law Taking Effect Today Makes Deed Theft a Crime, Expands AG's Authority to Prosecute Deed Theft**

      **July 19, 2024**

      NEW YORK – New York Attorney General Letitia James reminded New Yorkers that a new law establishing deed theft as a crime and expanding the Office of the Attorney General's (OAG) ability to prosecute deed theft goes into effect today.
   3. That a home taken with fraudulent documents is a "Criminal Crime" that is being ignored and was and is being ignored by the CFPB

3. **Filed on or around February 4, 2009**  against 15 W. Spring Street, Alexandria, VA 22301 Document No.  190003603  000551  000075 *"Notice of Assignment of Deed of Trust"* **Virginia fraud on the court  with** the basics of Virginia fraud claim requires proof of: **Exhibit 3 & 5**

---

[3] https://ag.ny.gov/press-release/2024/attorney-general-james-announces-new-protections-against-deed-theft

(1) a **false** representation, that the loan went to a Mtg Back Security that was closed prior to the loan being created

(2) of a present, material fact, the Assignment was done by a non-lawyer Rob Meharg

(3) made intentionally and knowingly, That Docx person Lorraine Brown went to jail for the "Black Market" Back Door loans

(4) with intent to mislead, the letter by Bank of America through BWW Law Group shows the intend in or around December of 2012

(5) reasonable reliance by the party misled, and  the Facts that Lorraine Brown went to jail the fact the Mtg Back Security was closed on or around July 1, 2003 and the alleged loan is dated February of 4, 2005

(6) resulting damage. Illegal Foreclosure on March 30, 2019

4. **Filed on or around June 18, 2009** against 15 W. Spring Street, Alexandria, VA 22301  Document NO. 090012907  000253  000076  "Notice of Assignment of Deed of Trust"  **Virginia fraud on the court with** the basics of Virginia fraud claim requires proof of: **Exhibit 4 & 5**

(1) a **false** representation, that the loan went to a Mtg Back Security that was closed prior to the loan being created

(2) of a present, material fact, the Assignment was done by a non-lawyer Rob Meharg

(3) made intentionally and knowingly, That Docx person Lorraine Brown went to jail for the "Black Market" Back Door Mortgage Back Securities for the "Back Room" for financial gains of Banks and Servicers

(4) with intent to mislead, the letter by Bank of America through BWW Law Group shows the intend in or around December of 2012

(5) reasonable reliance by the party misled, and  the Facts that Lorraine Brown went to jail the fact the Mtg Back Security was closed on or around July 1, 2003 and the alleged loan is dated February of 4, 2005

(6) resulting damage. Illegal Foreclosure on March 30, 2019

5. **Filed on or around April 22, 2013**  against 15 W. Spring Street, Alexandria, VA 22301 Document No. 130014851  000586, 000587 000071 "Affidavit of Lost Assignment"  **Virginia fraud on the court with** the basics of Virginia fraud claim requires proof of: **Exhibit 7**

**Sister Nora Nash states:**  *OCWEN and Altisource, through a systematically designed process, induce foreclosures and then sell these foreclosed homes on HUBZU.com so they can earn listing commissions, Buyer's Premium, Escrow Fees, Web Technology Fee, Property Preservation Fees, Title Insurance Fees, Closing Coordination Fees and more!*

(1) a **false** representation, After BWW Law Group failed at foreclosure and questions asked, and evidence of the fraud presented to Servicer and Lawyers they created by a non-lawyer a "Affidavit of Lost Assignment" using a Judge Donald  Alexander  in Florida Bar number

(2) of a present, material fact,  That Wells Fargo Bank in phone calls and written to CRPB and this court no ownership or any involvement in any loan with 15 W. Spring St. Alexandria, VA 22301

(3) made intentionally and knowingly,  the Facts are clear JWG had disclosed to Howard Bierman of BWW Law Group the Fraud

(4) with intent to mislead,  The filing with the Commissioner, and the foreclosure itself showed OCWEN et al believe they are above the law as long as there is financial gain for lawyers

(5) reasonable reliance by the party misled, and The foreclosure on March 30, 2018

6. That Real Estate Property 15 W. Spring St., Alexandria, VA was illegally Foreclosed on March 30 of 2018 and the title is tainted by the collusion and cover-up of defendants / mostly lawyers who have knowledge of the facts and ignored them for personal and professional self-dealing. *https://www.youtube.com/watch?v=82tllotwvW0*  Link to taped foreclosure with Wells Fargo Bank buying the property back?

7. The Documents prior to the foreclosure will show that from 2009 - 2013 fraudulent/falsified documents filed against the home put it on the Balance Sheet of Bank of America aka Lasalle Bank and Wells Fargo Bank by Lorraine Brown of Dox who went to jail. Exhibits 3 - 6

8. That a letter from BWW Law Group shows it was still on the Bank of America Balance Sheet et al and included in a Federal Settlement Exhibit  6

9. It is still not known how Wells Fargo Bank & Bank of America had the property on both of their Balance Sheets at the same time and the CFPB did not report it to the appropriate authorities.  Troutman was in contact with the CFPB in collusion to "Cover-up"

10. That a Corrected Lost Assignment filed was done by a Robo-Signer who I have interviewed and stated and gave several hours of disclosure of the corruption.  The State of Virginia requires a review of such documents by a lawyer - the BAR NO. 01079 on the document belongs to a Judge Donald Alexander in Florida. No such number exists in Virginia. According to OCWEN/PHH employees, this is a pattern and practice not to use lawyers and add "FAKE" Bar Numbers. **Exhibit 7**

11. Conversations with Wells Fargo Bank and OCWEN on the home which shows it was known by all the scheme to foreclose on falsified documents and that Wells Fargo Bank had no knowledge

> *August 10, 2017, Emily with Wells Fargo 8 10 2017 video 27m50s webcamera io Wells Fargo*
> *https://youtu.be/ol0n-EDveLk*
>
> *August 10, 2017, Emily with Wells Fargo OCWEN 8 9 2017 video 26m26s webcamera io*
> *https://youtu.be/ZU_JP9w5sDQ*
>
> *August 11, 2017 OCWEN 8 11 2017 video 10m15s webcamera io*
> *https://youtu.be/EUenT0aKsHk*
>
> *August 11, 2017 OCWEN 2 Video Fri 8011 2017 video 39m22s webcamera io*
> *https://youtu.be/SKZtWosXiUk*
>
> *August 11, 2017 OCWEN No 3 video 34m10s webcamera io https://youtu.be/iwMiBXHWtj8*
>
> *Friday, August 11, 2017, OCWEN No 4 Legal Brenda video 12m34s webcamera io*
> *https://youtu.be/qXIy54bvCIo*

12. Brook & Scott who foreclosed on the home were told by OCWEN not to.  It appears that Troutman Pepper Locke demanded the foreclosure for personal financial gain.

13. Troutman Pepper Locke aka Mays & Valentine has a conflict as they with others swindled $30,000. From Plaintiff September of 1990 - to Cover-Up Trust monies stolen from Sonia Grenadier. This court Case No. 1:93-cr-00302-CMH - You can Read More: 1https://judicialpedia.com/listing/criminal-trust-theft-by-lawyer-jim-arthur-of-troutman-pepper-hamilton-sanders-aka-mays-valentine-cover-up-of-trust-theft-by-divorce-lawyer-ilona-ely-freedman-grenadier-heckman-of-sonia-grenadier/

14. *March 29, 2018 - Brock and Scott / OCWEN conversation  admits OCWEN had told Brock & Scott  to not Foreclose  conv starts at about  6 min and 40 sec* https://www.youtube.com/watch?v=00gWnLp11vI&t=1127s

15. The illegal Foreclosure took place on **March 30, 2018,** with the bank Wells Fargo Bank purchasing the home - Plaintiff is still in the property *https://www.youtube.com/watch?v=82tilotwvW0*

16. **On April 6, 2018,** Brock and Scott filed a Deed that Wells Fargo Bank was the Owner of the Loan. The lawyers have stated in several documents and in court that Wells Fargo Bank is the lender.  **Exhibit 9**

17. *On or around April 4 2019* Troutman Pepper Hamilton Sanders Lawyer S. Mohsin Reza exposes that he and his "Friend" want me to short sell my home to them.  That his friend states they can get Wells Fargo to do whatever they want -  There are taped conversations **Exhibit 17**  this shows that Trouman at all times knew they had no Standing but believed and have proven they own the Judges who either have financial interests and or for "Power & Favor" with Troutman Pepper Locke rule in favor ignoring any and all documents in Federal & State Courts

18. **On March 31, 2019,** Plaintiff received 1098 stating the owner was OCWEN - the IRS finds this to be a fraud and the complaint is being moved to the Tax Court in Washington DC **Exhibit 12**

19. **On August 26,2019** Plaintiff received a letter from OCWEN / PHH is transfer to  new servicer after the foreclosure NewRez **Exhibit 13**

20. On October 1, 2019 Exhibit 1 Copy of Computer - print out for NewRez loan **Exhibit 13**

21. On or around *February 10, 2020* Exhibits 13 - 15 Servicer for Loan No. 7143312465 Plaintiff received a letter from New Rez they now had a loan on property 15 W. Spring St.  **The home was foreclosed on March of 2018** and in 2020 JWG is getting letter from a new Servicer?

22. That the documents, emails and  from signing into accounts will show now after the foreclosure Plaintiff still had a loan with Two Servicers as of today  **Exhibit 13 - 15**

23. Bank of America through McQuireWoods has always taken a stand they had no ownership and or an interest in a loan on 15 W. Spring St., but never took the corrective steps to ensure Plaintiff was not harmed by lawyers et al.

24. On April 4, 2020   Troutman Pepper Hamilton Sanders  Reza Moushin asked Plaintiff to agree to sell the property - knowing the Title of the property was tainted. He would then go on to harass me and my daughters giving out our phone numbers by all appearances to his friend Micheal Martinez who several taped conversations will show the intent and the insider relationship. **Exhibit 17**

25. *On or around Nov 18, 2018* **Wells Fargo Bank answered discovery and stated they had no loan on 15 W. Spring St. and filed it directly in the City of Alexandria court.**  They also had no knowledge that Troutman Pepper Hamilton Sanders was representing them. **Exhibit 10 & 11**

26. Wells Fargo Bank answered discovery on August 6, 2019 and August 7, 2019 with a Notarized Letter that they had no loan or ownership of 15 W. Spring St., Alexandria, VA 22301.  Again Wells Fargo Bank had no knowledge of lawyers Troutman Pepper Hamilton Sanders **Exhibits 10 & 11**

27. That in or around 2021 thru today  the home without notification to Plaintiff was put on the market for Sale by Altisource, Houbzu, REALHOME SERVICES AND SOLUTIONS, INC. aka Altisource, and MLS BRIGHT the problem is nowhere on the listing did they disclose the tainted title.  Misleading the public of a home that was illegally foreclosed on.

28. The majority of those involved are Banks, Servicers, Judges, Lawyers, Realtors and Government Employees that have an obligation under the professional code of ethics and the law to report such corruption and collusion.

29. On October 23, 2024 JWG received an email from NEWRez Servicing that they had nothing to do with the JWG loan.  JWG found in her emails several emails she did not realize she had received from New Rez.  **Exhibit 13 - 15**

30. **Exhibits 16 & 17** show that Troutman Pepper Locke since 1990 with the swindling of $30,000.00 has acted with Malicious towards JWG for "favor" with the Powerful "Old Boys Network" in Virginia that JWG is exposing.

The above shows in a short outline the Collisions, the Conspiracy and the Complicit behavior of those listed and many more Federal & State Agencies, Elected Officials, Judges & Lawyers that are colluding and ignoring the United States Constitutional Rights of the American Citizens.

## PROMISES MADE & PROMISE KEPT BY:
## PRESIDENT DONALD J TRUMP

Starting January 20, 2025 President Donald J. Trump started keeping his promises.

Prioritizing the American People and their Constitutional Rights that have for years now been violated by the United States Government: Executive Branch, Legislature and Judiciary

American Citizens have become "slaves" to the government and are not stakeholders unless they give up there constitutional and lawful rights

it is undeniable that the American political landscape is being  significantly shaped by the events surrounding the election and presidency of Donald J. Trump.

1. The victory is rooted in the American people's frustration with the waste, fraud, and abuse within the political system, and the  growing distrust in traditional politicians and a desire for change.
2. Trump is an outsider who can "drain the swamp" in Washington D.C. and bring accountability back to the government.
3. To give Standing and make Stakeholders out of the disenfranchised and overlooked by the political establishment.
4. The issue of waste, fraud, and abuse within government agencies and programs was is the  central theme that the people want exposed and revised such as the CFPB
5. Trump's promise to bring accountability and transparency to government struck a chord with voters who felt that their tax dollars were not being put to good use and that special interests were prioritized over the needs of ordinary Americans.

6. The question of how Government Employees & Politicians make Millions on a Government Salary needs to be investigated and the American People believe in Trump & Musk to ensure accountability.

The American Citizens support President Donald J. Trump to create change to the Government in "favor" of the People.

RELIEF REQUESTED

That this court allows for the CFPB Consumer Financial Protection Bureau to be dismantled and an investigation and compensation for the American People who have been harmed by the CFPB not protecting their interest in their Real Estate and other Financial Interests.

**For an audit** of where all the money the CFPB took in on fines and or lawsuits , what was collected and who received it, and why "VICTIMS" the stakeholders were not compensated, and  have nowhere to go.

**For the President of the United States of America** be given the authority to do his job, and an investigation into the Judges who are stopping this process without "STANDING" to do so.

Respectfully Submitted,

February 17, 2025

Janice Wolk Grenadier
  *Pro Se Intervener*
Certified ADA Advocate & Mediator
Founder:  JudicialPedia.com
15 W. Spring St.,
Alexandria, VA 22301
202-368-7178
jwgrenadier@gmail.com

**CERTIFICATE OF SERVICE**

That on or around February 17, 2025  through email Janice Wolk Grenadier filed in the USDC District of Columbia an Intervene.  That the following lawyers have been emailed a copy of such filing.

**NATIONAL TREASURY EMPLOYEES UNION,**
**NATIONAL CONSUMER LAW CENTER,**
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
**VIRGINIA POVERTY LAW CENTER**
**EVA STEEGE** *Pastor*
**CFPB EMPLOYEE ASSOCIATION**

**Deepak Gupta**                                    *ATTORNEY TO BE NOTICED*
GUPTA WESSLER LLP
2001 K Street, NW                                 **Adam R. Pulver**
Suite 850 North                                      PUBLIC CITIZEN LITIGATION GROUP
Washington, DC 20006                          1600 20th Street, NW
202-888-1741                                         Washington, DC 20009
Fax: 202-888-7792                                 (202) 588-7790
Email: deepak@guptawessler.com        Email: apulver@citizen.org
*LEAD ATTORNEY*                                  *ATTORNEY TO BE NOTICED*

**Allison Conrey Giles**
NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006
(202) 572-5509
Fax: (202) 572-5645
Email: allie.giles@nteu.org
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000
Fax: (202) 588-7795
Email: azieve@citizen.org
*ATTORNEY TO BE NOTICED*

**Paras N. Shah**
NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006
(202) 436-0980
Fax: (202) 572-5645
Email: paras.shah@nteu.org
*ATTORNEY TO BE NOTICED*

**Robert D. Friedman**
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
202-888-1741
Email: robert@guptawessler.com
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
Email: wliu@citizen.org
*ATTORNEY TO BE NOTICED*

**Julie M. Wilson**
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, NW
Ste 1000
Washington, DC 20001
202-572-5500
Email: julie.wilson@nteu.org
*ATTORNEY TO BE NOTICED*

**Defendants**
**RUSSELL VOUGHT**
*in his official capacity as Acting Director of the Consumer Financial Protection Bureau*
**CONSUMER FINANCIAL PROTECTION BUREAU**

**Brad P. Rosenberg**
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20005
(202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

February 17, 2025

Janice Wolk Grenadier

EXHIBITS

| Exhibit # | | | # of Page |
|---|---|---|---|
| | | | |
| 1 | CFPB | List of 49 Complaints filed by JWG from 2017 - 2024 | 13` |
| 2 | United States Senate Committee on Banking, Housing and Human Affairs<br><br>Letter to Jamie Dimon<br>**Dated:** February 7, 2022, Robo-Signing illegal | **Robo-Signing illegal** - Robo-signers are mortgage lending company employees who prepared and signed off on foreclosures without reviewing them as the law requires.  Robo Signer Jeffrey Stephan, the GMAC employee, acknowledged in sworn deposition that he prepared over 400 foreclosures in a day.<br>https://www.scribd.com/document/121734449/Complete-Guide-to-Robo-Signers# | 5 |
| 3 | Notice of Assignment LaSalle Bank / Bank of America<br><br>MBS Closed in or around July 2003 | February 24, 2009 Notice of Assignment of Deed of Trust<br>　1.　*LaSalle Bank National Association (aka Bank of America) as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, series 2003-BC6*<br>　　　a.　Signed by Tywanna Thomas as Asst. Vice President<br>　　　b.　Signed by Linda Green Vice president<br>　　　c.　Notary Cheryl Denise Thomas | 2 |
| 4 | Notice of Assignment Wells Fargo Bank<br><br>MBS Closed in or around July 2003 | June 18, 2009 Notice of Assignment of Deed of Trust<br>　1.　*LaSalle Bank National Association (aka Bank of America) as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, series 2003-BC6*<br>　2.　*Delivers to WElls Fargo Bank, N.A., as Trustee*<br>　　　a.　Address 9062 Old Annapolis Road Columbia Md, 21045<br>　　　b.　Signed by Tywanna Thomas Asst. Vice President<br>　　　c.　Signed by  Korell Harp Vice President<br>　　　d.　Notary Brittany Snow | 2 |
| 5 | Google Search on Robo-Signers | Korell Harp<br>Linda Green<br>Tywanna Thomas<br>Lorraine Brown | 19 |
| 6 | BWW Law Group Aka Equity Trustees | Letter December 2012 - Part of Bank of America settlement 87 | 1 |
| 7 | OCWEN Affidavit of Lost Assignment Joe Simmons<br><br>How do you move a loan from one MBS to another? | 1.　Date **April 22, 2013**<br>2.　Prepared by Joe Simmons<br>3.　Attorney CodeL  01079 Belongs to Judge Donald R. Alexander of Florida  - Has denied any involvement<br>4.　Paragraph 7:  Wells Fargo Bank, N. A. as Trustee subsequently transferred its interest, in the above Alexandria City Mortgage/Deed of Trust to **Wells Fargo BANK, National Association, as Trustee for Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2. The original assignment** | 8 |

13

| | | **was lost or misplaced before being recorded.**<br>5. Signed By:<br>  a. Attorney in Fact: Leticia N. Arias as Vice President and appears to be forged signature  TITLE:  Vice President<br>  b. Witness Franci Bootney - initial not signed<br>  c. Witness Victoria Vazquez - initial not signed<br>  d. Notary  Debra Sprum - initial not signed | |
|---|---|---|---|
| 8 | MERS Look-Up<br>Freddie Mac<br>Fannie Mae | All Three - NO Loan | 3 |
| 9 | Brock & Scott aka<br>Trustee Services of Virginia LLC Substitute Trustee<br><br>Trustee's Deed<br>Foreclosure March 30, 2018 | 1. February 14, 2018 The Appointment of Substitute Trustee<br>2. Signed By:<br>  a. Attorney in Fact:  Marlene Saunders Contract Management Coordinator aka Robo-Signer<br>  b. Notary **Evette Moreales**<br>**3. The Trustee's Deed**<br>  a. Consideration $833,000<br>  b. Assessed Value:  $811,203.00<br>  c. Title Insurance Co.:  Unknown<br>  d. for :  Wells Fargo Bank National Association as Trustee for Option One Mortgage Loan Trust 2005-2,<br>    1. Address % OCWEN Loan Servicing, LLC 1661 Worthington Road ste 100 West Palm Beach, Fl 33416<br>  e. Signed by:<br>    1. Melissa Alcocer as Vice President for Trustee Services of Virginia LLC, Substitute Trustee<br>    2. Notary  Mathew Douglas Baer | 4 |
| 10 | Wells Fargo Bank N. A. | 1. Letter November 28, 2018<br>  a. **Shakiah F. Jones - Filed directly into the City of Alexandria Court** as so not to be able to state JWG had handled it<br>  b. STATES Clearly Wells Fargo Bank N.A. no information relating to home, loan, JWG | 6 |
| 11 | Wells Fargo Bank | 1. Letter August 6, 2019<br>2. Letter August 7, 2019 -<br>  a. **Notarized by Patrick William Lambach** - Vice President Loan Documents Wells Fargo Bank<br>  b. STATES Clearly Wells Fargo Bank N.A. no information relating to home, loan, JWG | 5 |
| 12 | IRS 1998<br>IRS Complaint | 1998 with the name<br>1. OCWEN the name is an ackerman and not the name of the Company<br>2. The Account # does not exist | 3 |
| 13 | Transfer of Mortgage from PHH to New REz | 1. August 26, 2019 Letter from PHH Mortgage Loan account moved<br>2. October 1, 2019 Letter NewRez<br>3. February 10, 2020 New Rez Letter Acknowledgement of Correspondence<br>4. February 24, 2020 New Rez Letter Acknowledgement of | 16 |

| | | Correspondence<br>5. April 13, 2020 New Rez Letter Acknowledgement of Correspondence | |
|---|---|---|---|
| 14 | New Rez Email<br>2024 - 2025 | 1. Claims from Subpoena they have nothing to do with this loan<br>2. It appears they may have taken a "Silent" $900,000 loan from their company PenFed | 20 |
| 15 | New Rez account<br>Signed into<br>& Emails<br>2021 - 2024 | 1. October 1, 2024 NEWRez screenshot that shows email response to subpoena is a lie<br>2. September 30, 2024 NEWRez Loan still active<br>3. September 28, 2024 Mtg Acct Reg Confirmed<br>4. May 4, 2023 from NEWRez Payoff Quote<br>5. September 27, 2023 E-mail from NEWRez Important Escrow Account Update<br>6. April 4, 2022 Important Escrow Account Update<br>7. November 5, 2021 Email from NEWRez Important Account information | 7 |
| 16 | Troutman Pepper Locke | Article Trouman Represents all Fifty States Bankers Associations & DC in Re: Tenth Circuit DIDMCA Opt-Out Litigation | 2 |
| 17 | Troutman Pepper Locke | 1. Email to in RE: the City of Alexandria Judge if they had to respond or does the Judge just take care of it<br>2. Transcripts<br>3. Text Messages & notes that show Troutman Lawyer requested a "Short Sale" after the foreclosure due to lack of "Standing" & "FRAUD" by ALL<br>4. Information about Michael Martinez "friend" & Partner of Trouman to harass JWG & her daughters to "short sale" to him & His associates | 9 |
| | | | |

Other taped phone calls with Wells Fargo Bank,
OCWEN,  and Brock & Scott

| 08-10-2017 | | *August 10, 2017, Emily with Wells Fargo 8 10 2017 video 27m50s webcamera io Wells Fargo* https://youtu.be/ol0n-EDveLk *- 49 views*<br><br>*August 10, 2017, Emily with Wells Fargo OCWEN 8 9 2017 video 26m26s webcamera io* https://youtu.be/ZU_JP9w5sDQ  *-  34 views* |
|---|---|---|
| 08-11-2017 | | *August 11, 2017 OCWEN 8 11 2017 video 10m15s webcamera io* https://youtu.be/EUenT0aKsHk  *- 7 views*<br><br>*August 11, 2017 OCWEN 2 Video Fri 8011 2017 video 39m22s webcamera io* https://youtu.be/SKZtWosXiUk  *- 11 views* |

| | | |
|---|---|---|
| | | *August 11, 2017 OCWEN No 3 video 34m10s webcamera io* *https://youtu.be/iwMIBXHWtj8* - 16 views *Friday, August 11, 2017, OCWEN No 4 Legal Brenda video 12m34s webcamera io* *https://youtu.be/gXIy54bvCfo* - 14 views |
| 01-29-2018 | | January 29, 2018, - Brock and Scott JWG message to Brian Campbell Jan 2018 https://youtu.be/LjyNVTlPhMM |
| 03-29-2018 | | *March 29, 2018 - Brock and Scott / OCWEN conversation   Admits OCWEN had told them to not Foreclose  conv starts at about  6 min and 40 sec* *https://www.youtube.com/watch?v=00gWnLp11vI&t=1127s* |
| 03-30-2018 | | *March 30, 2018 The Foreclosure by Wells Fargo  NOT OCWEN a total SCAM March 2018* *https://www.youtube.com/watch?v=82tlIotwvW0* |
| 08-05-2019 | | **August 5, 2019**, Monday Wells Fargo Bank contacts JWG https://studio.youtube.com/video/tFtD3mk1C4g/edit |
| 08-07-2019 | | **August 7, 2019,** after a letter mailed overnight to JWG she contacts Wells Fargo Bank to have a CERTIFIED, Notarized Letter that Wells Fargo Bank has no documents on the loan https://www.youtube.com/watch?v=QcGZRKUtWGw&t=38s |



An official website of the United States Government

**cfpb** Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

Start a new complaint

# Your complaints

| COMPLAINT ID | PRIMARY CONSUMER | PRODUCT AND ISSUE | CONSUMER-IDENTIFIED COMPANY | SUBMITTED ▼ | STATUS |
|---|---|---|---|---|---|
| 240414-13945253 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Lawyer / Judge Donald Alexander | 04/14/2024 | **Closed** Sent to Regulator FTC |
| 230223-10443504 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | FANNIE MAE | 02/23/2023 | **Closed** Contact another agency |
| 221124-9821382 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | The Depository Trust Company (DTC). | 11/24/2022 | **Closed** Sent to Regulator Not FTC |
| 221120-9795386 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Norwest Asset Sec Corp Mort Ps Thr Cert Ser 1998-1 Trust SEC CIK #0001056404 | 11/19/2022 | **Closed** Marked as a duplicate complaint on 1/6/2023 |

EXHIBIT

1

| 221120-9795356 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Option One | 11/19/2022 | **Closed** Company responded |
|---|---|---|---|---|---|
| 221119-9795279 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Thacher Proffitt & Wood Llp | 11/19/2022 | **Closed** CFPB referred complaint to the Federal Trade Commission (FTC) |
| 221119-9795234 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | KPMG LLP | 11/19/2022 | **Closed** Sent to Regulator FTC |
| 221119-9795092 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Computershare CTSLink | 11/19/2022 | **Closed** Sent to Regulator FTC |
| 190514-4067123 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | OCWEN | 05/21/2019 | **Closed** Other |

| 190430-4031535 | Janice Wolk Grenadier | Other type of mortgage Struggling to pay mortgage | OCWEN | 05/07/2019 | Closed Other |
|---|---|---|---|---|---|
| 190416-3994236 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Brock and Scott PLLC | 04/16/2019 | Closed Feedback provided |
| 190416-3994223 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | TROUTMAN SANDERS LLP | 04/16/2019 | Closed Sent to Regulator FTC |
| 190416-3994213 | Janice Wolk Grenadier | Other type of mortgage Struggling to pay mortgage | Wells Fargo Bank N. A. | 04/16/2019 | Closed Other |
| 190416-3994193 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | OCWEN LOAN SERVICING LLC | 04/16/2019 | Closed Company responded |
| 190217-3841584 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Travelers Insurance | 02/17/2019 | Closed Sent to Regulator FTC |

| 190217-3841561 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | McCabe Weisberg Conway LLC | 02/17/2019 | Closed Sent to Regulator FTC |
|---|---|---|---|---|---|
| 190215-3839369 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Equity Trustees LLC | 02/15/2019 | Closed Feedback provided |
| 190215-3839319 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | BWW LAW GROUP, LLC | 02/15/2019 | Closed Feedback provided |
| 190215-3839017 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Hunoval & Associates PLLC | 02/15/2019 | Closed Sent to Regulator FTC |
| 190215-3838909 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Brock and Scott PLLC | 02/15/2019 | Closed Feedback provided |

| 190215-3838771 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Trustee Services of Virginia LLC | 02/15/2019 | Closed Sent to Regulator FTC |
| 190215-3838694 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Marlene Saunders | 02/15/2019 | Closed Marked as a duplicate complaint on 2/26/2019 |
| 190215-3838626 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Timek J. Motlow | 02/15/2019 | Closed Marked as a duplicate complaint on 2/26/2019 |
| 190215-3838557 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Carrie E. Priebe | 02/15/2019 | Closed Marked as a duplicate complaint on 2/26/2019 |
| 190215-3838495 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Evette Morales | 02/15/2019 | Closed Marked as a duplicate complaint on 2/26/2019 |

‹ Previous          Page [ 1 ] of 2  Go          Next ›

## Learn more

Visit our Consumer Tools to see guides for financial decisions, answers to common financial questions, and more.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

 An official website of the United States Government



An official website of the United States Government

**cfpb** Consumer Financial Protection Bureau

Start a new complaint

(https://www.consumerfinance.gov/)

# Your complaints

| COMPLAINT ID | PRIMARY CONSUMER | PRODUCT AND ISSUE | CONSUMER-IDENTIFIED COMPANY | SUBMITTED ▼ | STATUS |
|---|---|---|---|---|---|
| 190215-3838431 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Darryl Millett | 02/15/2019 | Closed Marked as a duplicate complaint on 2/26/2019 |
| 190215-3838375 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Victoria Vazquez | 02/15/2019 | Closed Marked as a duplicate complaint on 2/25/2019 |
| 190215-3838326 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Fanci Boothney | 02/15/2019 | Closed Marked as a duplicate complaint on 2/25/2019 |
| 190215-3838298 | Janice Wolk Grenadier | Other type of mortgage Trouble during payment process | Debra Spruill | 02/15/2019 | Closed Marked as a duplicate complaint on 2/25/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 190215-3838243 | Janice Wolk Grenadier | **Other type of mortgage** Trouble during payment process | Leticia N. Arias | 02/15/2019 | **Closed** Marked as a duplicate complaint on 2/25/2019 |
| 190215-3838189 | Janice Wolk Grenadier | **Other type of mortgage** Trouble during payment process | Joe Simmons | 02/15/2019 | **Closed** Marked as a duplicate complaint on 2/25/2019 |
| 190215-3838022 | Janice Wolk Grenadier | **Other type of mortgage** Struggling to pay mortgage | Judge Donald R. Alexander | 02/15/2019 | **Closed** No consumer response |
| 190215-3837978 | Janice Wolk Grenadier | **Other type of mortgage** Trouble during payment process | Paul A. Koches | 02/15/2019 | **Closed** No consumer response |
| 190215-3837923 | Janice Wolk Grenadier | **Other type of mortgage** Trouble during payment process | Troutman Sanders LLP | 02/15/2019 | **Closed** Sent to Regulator FTC |
| 190215-3837828 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | OCWEN LOAN SERVICING LLC | 02/15/2019 | **Closed** Feedback provided |

| 170928-2523432 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | OCWEN LOAN SERVICING LLC | 09/28/2017 | **Closed** Feedback provided |
| --- | --- | --- | --- | --- | --- |
| 170803-2311545 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | McCabe Weisberg & Conway | 08/03/2017 | **Closed** Sent to Regulator FTC |
| 170803-2311346 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Troutman Sanders LLP | 08/03/2017 | **Closed** Sent to Regulator FTC |
| 170803-2311192 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Michael Weiser Esq | 08/03/2017 | **Closed** Sent to Regulator FTC |
| 170803-2311029 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | DiMuro Ginsberg | 08/03/2017 | **Closed** No consumer response |

| 170803-2310882 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Office of the Attorney General Mark Herring Virginia | 08/03/2017 | **Closed** Other |
| 170803-2310642 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Parker Simon & Kokolis LLC | 08/03/2017 | **Closed** Sent to Regulator FTC |
| 170803-2310574 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Hunoval Law Firm LLC | 08/03/2017 | **Closed** Sent to Regulator FTC |
| 170803-2310401 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Grenadier Starace Duffett & Levi PC | 08/03/2017 | **Closed** Sent to Regulator FTC |
| 170803-2310083 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | McQuireWoods LLP | 08/03/2017 | **Closed** Sent to Regulator FTC |

| 170803-2309910 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | BWW LAW GROUP, LLC | 08/03/2017 | **Closed** Feedback provided |
|---|---|---|---|---|---|
| 170803-2309725 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | Equity Trustees | 08/03/2017 | **Closed** Sent to Regulator FTC |
| 170803-2309595 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | BANK OF AMERICA | 08/03/2017 | **Closed** Company responded |
| 170803-2309432 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | OPTION ONE MORTGAGE | 08/03/2017 | **Closed** Feedback provided |

| 170731-2300513 | Janice Wolk Grenadier | **Conventional home mortgage** Struggling to pay mortgage | WELLS FARGO, Bank of America aka LaSalle Bank, OCWEN, McCabe Weisberg & Conway LLC, Troutman Sanders, McQuire Woods, BWW Law Group Equity Trustees, Howard Bierman, Parker Simon & Kokolis LLC, | 07/31/2017 | **Closed** Withdrawn by consumer |

❮ **Previous**          Page [ **2** ] of 2 Go                    **Next** ⋮ ❯

## Learn more

Visit our Consumer Tools to see guides for financial decisions, answers to common financial questions, and more.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-
leave/federal-holidays/#url=Overview)

More than 180 languages available.

 An official website of the United States Government

**United States Senate**

COMMITTEE ON BANKING, HOUSING, AND
URBAN AFFAIRS

WASHINGTON, DC 20510–6075

February 7, 2022

Mr. James Dimon
Chairman and Chief Executive Officer
JPMorgan Chase & Co.
207 Park Avenue
New York, NY 10017

Dear Mr. Dimon:

We are deeply troubled by recent reports that JPMorgan Chase ("Chase") – the nation's largest bank with over $3.2 trillion in assets – has renewed its predatory practice of robo-signing purported evidence of credit card debt to sue customers during the pandemic.[1]  We were concerned to hear that this practice has resumed after the January 1, 2020 expiration of Chase's consent order with the Consumer Financial Protection Bureau ("CFPB" or Bureau).  We request that Chase provide detailed information regarding the bank's credit card debt collection practices.  Chase should not utilize robo-signing in pursuing these debt collection suits, or any other debt.

At the height of the robo-signing scandal following the 2008 financial crisis, the CFPB found that Chase wrongfully sued thousands of customers for debt they did not owe.  As you know, "robo-signing" is the practice where important documents are reviewed and signed by individuals with little to no knowledge about the case and proper procedures are not followed.  From 2009 to 2013, the CFPB estimated that the error rate in robo-signing cases in which Chase obtained a judgement against consumers reached approximately 9 percent.[2]  In 2015, the CFPB issued a consent order prohibiting Chase from engaging in robo-signing and certain debt collections practices that were in violation of the Consumer Financial Protection Act.[3]  The consent order established that Chase's practices harmed consumers by "subject[ing] certain consumers to collections activity for accounts that were not theirs, in amounts that were incorrect or uncollectable."[4]  Robo-signing enabled Chase to obtain judgments and collect from consumers

---

[1] https://www.propublica.org/article/a-return-to-robo-signing-jpmorgan-chase-has-unleashed-a-lawsuit-blitz-on-credit-card-customers
[2] https://files.consumerfinance.gov/f/201507_cfpb_consent-order-chase-bank-usa-na-and-chase-bankcard-services-inc.pdf
[3] https://files.consumerfinance.gov/f/201507_cfpb_consent-order-chase-bank-usa-na-and-chase-bankcard-services-inc.pdf
[4] *Id.* at 2.

**EXHIBIT**

2

based on "documents that were falsely sworn and that at times contained inaccurate amounts."[5] The purpose of the consent order was "to ensure [Chase] do[es] not revive these practices."[6]

Chase has stated that it "quality-check[s] 100%," of the affidavits used in the credit card suits.[7] We respectfully request that Chase substantiate this statement because a failure to properly check this information can lead to wage garnishment and direct bank withdrawals for debts consumers do not owe. Not only does this practice result in wage garnishing and taking money directly out of customers' accounts for wrongful debts, these collections negatively impact consumers' credit scores through credit reporting, making it more difficult for those consumers to obtain jobs, housing, and affordable credit—all due to Chase's mistakes. The potential resumption of this practice could affect tens of millions of American families who rely on Chase for financial services.

To better understand Chase's credit card collection practices, please provide the following information regarding the review processes:

1. Has Chase resumed the practice of robo-signing?
2. If so, does Chase believe that this practice is consistent with the CFPB's consent order?
3. How many employees of Chase are dedicated to reviewing customer files to decide whether to pursue a lawsuit collecting on debt?
4. How many supervisory employees review decisions to submit a lawsuit?
5. How many employees are tasked with substantiating the action via the drafting and signing of an affidavit?
   a. Do these employees have personal knowledge of the case?
   b. What particular elements of a customer's file are utilized in drafting the affidavit?
   c. How much time does a staff member utilize to review a customer's file and draft the affidavit to submit in support of a collections action?
6. How does Chase quality check the affidavits used in debt collection suits against credit card consumers?

Please provide the following information regarding Chase's credit card collections:

1. What types of hardship policies did Chase have in place in 2020 and 2021?
2. Did Chase affirmatively tell every customer about its hardship policy and any opportunity to put collection on hold for those impacted by the pandemic?
   a. If yes, how were these policies and opportunities communicated to customers?
3. How did Chase select people to sue during a pandemic? How did it screen out those with financial hardship as a result of the pandemic?
4. There is extensive evidence about racial disparities in debt collection and the disparate impact of the pandemic on black and Hispanic communities. How does Chase ensure that its collection activity and collection lawsuits do not create racial disparities?

---

[5] *Id.*
[6] *Id.*
[7] https://www.propublica.org/article/a-return-to-robo-signing-jpmorgan-chase-has-unleashed-a-lawsuit-blitz-on-credit-card-customers

2

5. How many lawsuits did Chase file against its credit card customers in 2019, 2020, and 2021?
    b. How many lawsuits ended in a default judgement?
    c. In how many lawsuits were defendants representing themselves, and what were those outcomes?
6. In jurisdictions with higher standards of judicial review, what number of cases were rejected on evidentiary grounds? Please provide this information on a state-by-state basis.

We request a response to these questions by February 21, 2022. Thank you for your prompt attention to this inquiry.

Sincerely,


SHERROD BROWN
U.S. Senator


ROBERT MENENDEZ
U.S. Senator


TINA SMITH
U.S. Senator


ELIZABETH WARREN
U.S. Senator


CHRIS VAN HOLLEN
U.S. Senator


RAPHAEL WARNOCK
U.S. Senator

# Jamie Dimon Lands in the Cross Hairs of Senate Banking Committee Chair Sherrod Brown

By Pam Martens and Russ Martens: February 8, 2022 ~

As Wall Street On Parade, two trial lawyers, the U.S. Department of Justice, the Senate's Permanent Subcommittee on Investigations and one of the bank's former lawyers have suggested, the largest bank in the United States, JPMorgan Chase, has enshrined crime as a business model.



The man ultimately responsible for this business model is Jamie Dimon, the bank's Chairman and CEO since December 31, 2006. Since 2014, JPMorgan Chase has the unprecedented distinction of admitting to five felony counts brought by the U.S. Department of Justice. In each case, it was given a deferred prosecution agreement and put on probation. (See a sampling of its Rap Sheet here.)

Now Dimon and the bank have come into the cross hairs of Senator Sherrod Brown, Chairman of the powerful Senate Banking Committee that oversees the megabanks on Wall Street.

*Senator Sherrod Brown*

Yesterday, Brown and five of his Democratic colleagues on the Senate Banking Committee sent Dimon a letter demanding answers regarding the bank's credit card collection practices. The letter opens with this:

> "We are deeply troubled by recent reports that JPMorgan Chase ('Chase') – the nation's largest bank with over $3.2 trillion in assets – has renewed its predatory practice of robo-signing purported evidence of credit card debt to sue customers during the pandemic. We were concerned to hear that this practice has resumed after the January 1, 2020 expiration of Chase's consent order with the Consumer Financial Protection Bureau ('CFPB' or Bureau). We request that Chase provide detailed information regarding the bank's credit card debt collection practices. Chase should not utilize robo-signing in pursuing these debt collection suits, or any other debt.

> "At the height of the robo-signing scandal following the 2008 financial crisis, the CFPB found that Chase wrongfully sued thousands of customers for debt they did not owe. As you know, 'robo-signing' is the practice where important documents are reviewed and signed by individuals with little to no knowledge about the case and proper procedures are not followed. From 2009 to 2013, the CFPB estimated that the error rate in robo-signing cases in which Chase obtained a judgement against consumers reached approximately 9 percent. In 2015, the CFPB issued a consent order prohibiting Chase from engaging in robo-signing and certain debt collections practices that were in violation of the Consumer Financial Protection Act. The consent order established that Chase's practices harmed consumers by 'subject[ing] certain consumers to collections activity for accounts that were not theirs, in amounts that were incorrect or uncollectable.' Robo-signing enabled Chase to obtain judgments and collect from consumers based on 'documents that were falsely sworn and that at times contained inaccurate amounts.' The purpose of the consent order was 'to ensure [Chase] do[es] not revive these practices.' "

The robo-signing reports come courtesy of a January 5 article written by Patrick Rucker and jointly published by Pro-Publica and The Capital Forum. That article revealed that "Today, just as it did before running afoul of the CFPB, Chase is mass-producing

affidavits from the same San Antonio office where low-level employees generated hundreds of thousands of affidavits in the past, according to defense attorneys and court documents. Those affidavits are often the main piece of evidence that Chase uses to win its case while detailed customer records — and any errors they may contain — remain out of sight."



Jamie
Dimon,
Chairman
and CEO,
JPMorgan
Chase

The article goes on to explain that after Dimon publicly bemoaned wealth inequality in the United States, his bank brought thousands of consumer debt lawsuits last year after filing very few when it was under the CFPB's consent order. The article's author, Rucker, notes further that: "Those sued by Chase, then and now, might spot errors if the company provided full records in its court filings, consumer advocates say. Instead, Chase typically submits copies of a few credit card statements along with a two-page affidavit attesting that the bank's records were accurate and complete."

Taking the word of a five-count felon bank with a long history under Dimon of serial law-breaking is not something courts should be doing. The Rap Sheet we linked to above should be introduced into evidence to open the eyes of the judges that are presiding over these cases.

Senator Brown and his colleagues have given Dimon until February 21st to answer a list of questions in this matter. If the Senate Banking Committee wants to serve the public interest, it will call Dimon to testify under oath as to why it is the only U.S. bank with five felony counts notched in its belt and why it continues to thumb its nose at the law.

If the Senate Banking Committee limits its investigation to JPMorgan Chase's consumer debt practices, it will be replicating the mistake made by the SEC when it ignored years of Harry Markopolos pounding on its door with evidence that Bernie Madoff was running a massive criminal enterprise.

Bookmark the permalink.

190003603

000551

| Document Prepared By: | The Space Above is Reserved for Recorder's Use Only | | |
|---|---|---|---|
| **Ron Meharg, 888-362-9638** | AHMA | 647 | 28308337 |

Document Prepared By:
**Ron Meharg, 888-362-9638**
When Recorded Return To:
**DOCX**
**1111 Alderman Dr.**
**Suite 350**
**Alpharetta, GA 30005**

PIN/Tax ID #: **053.01-04-23**
Property Address:
**15 SPRING ST WEST**
**ALEXANDRIA, VA 22301**

CRef#:03/03/2009-PRef#:A030-POF
Date:02/19/2009-Print Batch ID:4657

### NOTICE OF ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION**, the receipt and sufficiency of which is hereby acknowledged, <u>American Home Mortgage Servicing</u>, Inc. as successor-in-interest to Option One Mortgage Corporation, whose address is 6501 Irvine Center Drive, Irvine, CA 92618, does by these presents hereby grant, bargain, sell, assign, transfer, convey, set over and deliver unto <u>LaSalle Bank National Association</u>, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC6, whose address is 135 S. LaSalle Street Suite 1625, Chicago, IL 60603, the following described deed of trust, securing the payment of a certain promissory note(s) for the sum listed below, together with all rights therein and thereto, all liens created or secured thereby, all obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such deed of trust,.

Original Borrower(s): JANICE WOLK-GRENADIER SOLE OWNER ;
Original Beneficiary: MORTGAGE AND EQUITY FUNDING CORPORATION
Date of Deed of Trust: **02/04/2005**     Loan Amount: $390,000.00
Recording Date: **02/10/2005**     Book: n/a  Page: n/a     Document #: 050004302
Misc. Comments: ASSIGNMENT EFFECTIVE DATE: 5/19/2006

**LEGAL DESCRIPTION:**
**ALL THAT CERTAIN LOT OR PARCEL OF LAND SITUATED, LYING AND BEING IN CITY OF ALEXANDRIA, VIRGINIA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**
**ALL THAT CERTAIN LOT OR PARCEL OR LAND, WITH ITS IMPROVEMENTS AND APPURTENANCES, LOCATED IN THE CITY OF ALEXANDRIA, VIRGINIA AND PARTICULARLY DESCRIBED AS FOLLOWS:**
LOT NUMBERED ELEVEN (11), AND WEST 1/2 OF LOT NUMBERED TWELVE (12), BLOCK NUMBERED ONE (1), IN THE SUBDIVISION OF TEMPLE PARK, ALL THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 77 AT SUBDIVISION OF TEMPLE PARK, ALL THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 77 AT PAGE 172 OF THE LAND RECORDS OF THE CITY OF ALEXANDRIA, VIRGINIA. THIS CONVEYANCE IS MADE EXPRESSLY SUBJECT TO ANY AND ALL EASEMENTS, RESTRICTIONS AND AGREEMENTS OF RECORD INSOFAR AS THEY MAY BE LAWFULLY APPLICABLE TO THE PROPERTY HEREBY CONVEYED AND TO SUCH STATE OF FACTS AS ARE DISCLOSED BY THE RECORDED PLAT ABOVE MENTIONED.
and recorded in the official records of the City of Alexandria, State of Virginia affecting Real Property and more particularly described on said Deed of Trust referred to herein.

This transaction is only an assignment and transfer of the debt and the lien securing the debt. No new or additional indebtness is involved in this transaction.

**IN WITNESS WHEREOF**, the undersigned has caused these presents to be executed on this date of 02/24/2009.

American Home Mortgage Servicing, Inc. as
successor-in-interest to Option One Mortgage Corporation

**Tywanna Thomas**
**Asst. Vice President**

**Linda Green**
**Vice President**



**EXHIBIT**

3

Jefferson Title

Exhibit 3

000552

State of GA
County of Fulton

On this date of 02/24/2009, before me, the undersigned authority, a Notary Public duly commissioned, qualified and acting within and for the aforementioned State and County, personally appeared the within named **Linda Green** and **Tywanna Thomas**, known to me (or identified to me on the basis of satisfactory evidence) that they are the Vice President and Asst. Vice President respectively of American Home Mortgage Servicing, Inc. as successor-in-interest to Option One Mortgage Corporation, and were duly authorized in their respective capacities to execute the foregoing instrument for and in the name and in behalf of said corporation and that said corporation executed the same, and further stated and acknowledged that they had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

Witness my hand and official seal on the date hereinabove set forth.

Notary Public: _____

Cheryl Denise Thomas
NOTARY PUBLIC
Fulton County
State of Georgia
My Commission Expires
April 7, 2012

VIRGINIA:
IN THE CLERK'S OFFICE OF THE CIRCUIT COURT

This Instrument was admitted to record on

_____ at _____ o'clock _____ m
Date                        Time

by _____, Deputy Clerk. Clerk's fees: $_____ has been paid.

INSTRUMENT #090003603
RECORDED IN THE CLERK'S OFFICE OF
ALEXANDRIA ON
MARCH 3, 2009 AT 02:55PM

EDWARD SEMONIAN, CLERK
RECORDED BY: AAD

090012907                                    000253

| Document Prepared By: | The Space Above is Reserved for Recorder's Use Only |
|---|---|

Document Prepared By:
Ron Meharg, 888-362-9638
When Recorded Return To:
**DOCX**
**1111 Aderman Dr.**
**Suite 350**
**Alpharetta, GA 30005**

| AHMA | 647 | 31626605 |
|---|---|---|

PIN/Tax ID #: **053.01-04-23**
Property Address:
**15 SPRING STREET WEST**
**ALEXANDRIA, VA  22301**

CRef#:05/06/2009-PRef#:A033-POF
Date:04/24/2009-Print Batch ID:6144



### NOTICE OF ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION,** the receipt and sufficiency of which is hereby acknowledged, LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC6 by American Home Mortgage Servicing, Inc as Attorney-in-Fact, whose address is 135 S. LaSalle Street Suite 1625, Chicago, IL 60603, does by these presents hereby grant, bargain, sell, assign, transfer, convey, set over and deliver unto Wells Fargo Bank, N.A., as Trustee, whose address is 9062 Old Annapolis Road, Columbia, MD 21045-1951, the following described deed of trust, securing the payment of a certain promissory note(s) for the sum listed below, together with all rights therein and thereto, all liens created or secured thereby, all obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such deed of trust..

Original Borrower(s): **Janice Wolk-GRENADIER SOLE OWNER**
Original Beneficiary: **MORTGAGE AND EQUITY FUNDING CORPORATION**
Date of Deed of Trust: **02/04/2005**        Loan Amount: **$390,000.00**
Recording Date: **02/10/2005    Book: NA Page: 000264    Document #: 050004302**
Misc. Comments: **EFFECTIVE DATE: 5/19/2006**
**SEE ATTACHED LEGAL**
and recorded in the official records of the City of Alexandria, State of Virginia affecting Real Property and more particularly described on said Deed of Trust referred to herein.

This transaction is only an assignment and transfer of the debt and the lien securing the debt. No new or additional indebtess is involved in this transaction.

**IN WITNESS WHEREOF,** the undersigned has caused these presents to be executed on this date of **06/18/2009.**

LaSalle Bank National Association, as Trustee for
Structured Asset Investment Loan Trust Mortgage
Pass-Through Certificates, Series 2003-BC6 by American
Home Mortgage Servicing, Inc as Attorney-in-Fact

Tywanna Thomas
Asst. Vice President

Korell Harp
Vice President

**EXHIBIT**

4

000254

State of **GA**
County of **Fulton**

On this date of **06/18/2009**, before me, the undersigned authority, a Notary Public duly commissioned, qualified and acting within and for the aforementioned State and County, personally appeared the within named **Korell Harp and Tywanna Thomas**, known to me (or identified to me on the basis of satisfactory evidence) that they are the **Vice President and Asst. Vice President** respectively of **LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2003-BC6 by American Home Mortgage Servicing, Inc as Attorney-in-Fact**, and were duly authorized in their respective capacities to execute the foregoing instrument for and in the name and in behalf of said corporation and that said corporation executed the same, and further stated and acknowledged that they had so signed, executed and delivered said instrument for the consideration, uses and purposes therein mentioned and set forth.

Witness my hand and official seal on the date hereinabove set forth.

Notary Public: _____

**Brittany Snow**
**NOTARY PUBLIC**
**Fulton County**
**State of Georgia**
**My Commission Expires**
**May 21, 2011**

VIRGINIA:
IN THE CLERK'S OFFICE OF THE CIRCUIT COURT

This Instrument was admitted to record on

_____ at _____ o'clock _____ m
Date                          Time

by _____, Deputy Clerk. Clerk's fees: $_____ has been paid.

Linda Green Robo Signer - April 24, 2013  Google

## Search Results

1. <u>Linda Green: The Original Robo Signer? - LexisNexis</u>
www.lexisnexis.com/.../linda-green-the-original-robo-signer.as...
Aug 9, 2011 – In case you missed it, 60 Minutes re-aired a story last night called "The Next Housing Shock," which reports on the "robo signing" scandal that ...

2. **Linda Green Robo-Signing** Shows Massive Document Fraud | FDL ...
news.firedoglake.com/.../linda-green-robo-signing-shows-mas...
Nov 24, 2010 – One reason why lawyers were so quick to see the patterns in robo-signing and mortgage documentation problems was that the same names ...

3. <u>Daily Kos: About Damn Time: Mortgage **Robo-signer** Facing ...</u>
www.dailykos.com/.../-About-Damn-Time-Mortgage-Robo-si...
Feb 8, 2012 – About Damn Time: Mortgage Robo-signer Facing Criminal Prosecution ...DocX signed the name "Linda Green" to at least 60 official documents ...

4. <u>Linda Green | Robo-signing Signing Scandal Hits Allen County ...</u>
4closurefraud.org/.../linda-green-robo-signing-signing-scandal...
Oct 14, 2011 – The mortgage release on the house he and his wife sold in 2005 bears the signature of **Linda Green** – the most notorious **robo-signer** in the ...

5. <u>"Robo-signing" of mortgages still a problem - CBS News</u>
www.cbsnews.com/2100-201_162-20080533.html
Jul 18, 2011 – One name, "Linda Green," was signed almost two dozen different ways.... "Robo-signing is not even close to over," says Curtis Hertel, the ...

6. <u>Foreclosure Robo-Signing...Featuring DOCX and **Linda Green**</u>
trabee1973.hubpages.com › ... › Foreclosures and Short Sales
Aug 24, 2012 – Probably the most famous of the many "Robo-Signers" that have been discovered is "Linda Green", who was an employee of DOCX based out ...

7. <u>Alleged **Robo-Signer** Settles With Missouri for $2 Million | News ...</u>
www.newstribune.com/.../alleged-robo-signer-settles-missouri-...
Aug 5, 2012 – DOCX's role in the robo-signing process came to national attention when 60 Minutes reported that **Linda Green**, an employee of DOCX, ...

8. <u>2010 United States foreclosure crisis - Wikipedia, the free ...</u>
en.wikipedia.org/wiki/2010_United_States_foreclosure_crisis
Weidner, a blogger, called them "robo signers" in a January 8, 2010 posting. ... "Robo-signing" is a term used by consumer advocates to describe the robotic ...

9. <u>**Linda Green's** changing signature - Washington Post</u>
www.washingtonpost.com › Business
Sep 23, 2010 – ... Linda Green, for years claimed to be executives of Bank of America.... of other lenders while signing off on tens of thousands of foreclosure ...

10. <u>Political Economy - Robo-signer Linda Green signed documents ...</u>
voices.washingtonpost.com/.../robo-signer_linda_green_signe...
Sep 24, 2010 – **Robo-signer Linda Green**, like Ally Financial's Jeffrey Stephan, signed documents that led to thousand of foreclosures.

Ad related to linda green robo signer

1. **Linda Green**
green.publicrecords.com/

1


EXHIBIT
3

Public Records Found For: **Linda Green**. View Now.

Searches related to **linda green robo signer**
linda green **foreclosure**
linda green **docx**
linda green **signatures**
**martha munoz robo signer**
**edward gallegos** robo signer
**robosigning**
**what is the robo signing scandal**
**mers robo signing**

12345678910**Next**

# Search Results

**1. ROBO SIGNERS » American Debt Forgiveness Act ADFA.us**
americandebtforgivenessact.org/?page_id=169
Watch this Video of a 60 minutes program youtu.be/IKwB1BaFu9Q about **Linda Green**. To find out if
**a robo signer** has signed your mortgage, look for the Loan ...

**2. Sarah Palin, Meet Linda Green (And MERS): Was Palin's New ...**
www.zerohedge.com/.../sarah-palin-meet-linda-green-and-mer...
May 26, 2011 – Behold Ms. Green's signature on the release of the mortgage
(and ... by**Robosigner** extraordinaire, the one, the only, the infamous **Linda Green** ...

**3. Desert Underwater: Robo-Signing Problems on Foreclosure ...**
www.8newsnow.com/.../desert-underwater-**robo-signing**-probl...
Nov 15, 2011 – Infamous **robo-signer Linda Green**, who appeared on 60 Minutes, fraudulently
identified herself as vice president of more than 20 banks.

**4. The Housing Justice Foundation – Documents**
thjf.org/v2/resources-2/documents/
Ten versions of **robo-signer** Lina Green's signature on mortgage documents. 20 Titles – Linda
**Green** Mortgage Assignments showing 20 different job titles used ...

**5. Weary Robosigner Gets Punchy and Vulgar on Signing "Linda Green"**
https://livinglies.wordpress.com/.../weary-**robosigner**-gets-pun...
Jun 27, 2011 – The use of the C-word in place of even a forgery of **Linda Green's**signature should
ring the bell. For the banks, the bell tolls for thee. If you act ...

**6. EXPLOSIVE VIDEO | CBS 60 MINUTES: Lynn Szymoniak ESQ, LPS ...**
stopforeclosurefraud.com/.../explosive-video-cbs-60-minutes-l...
Apr 3, 2011 – Szymoniak's mortgage had been bundled with thousands of others into one of those
Wall Street securities traded from investor to investor.

**7. Banks find way to benefit from robo-signing scandal | Foreclosure ...**
4closurefraud.org/.../banks-find-way-to-benefit-from-**robo**-sig...
Feb 22, 2013 – **Linda Green | Robo-signing** Signing Scandal Hits Allen County Recorder John
McGauley, Thousands of Suspect Documents, Including His ...

**8. Banks, Mortgages, Forgeries and Foreclosures - YouTube**
▶ 13:60 ▶ 13:50

Tywanna Thomas ·

About 753 results (0.2) seconds)

# Search Results

1. Deposition Transcript of DOCx, LPS CHERYL
DENISE **THOMAS** ...
stopforeclosurefraud.com/.../deposition-transcript-of-docx-lps-...
Mar 30, 2011 – 10/10/2011 at 11:51 pm. [...] involves **Tywanna Thomas**, who we all
know worked for Lender Processing Services' DocX. We learned a lot from [ ...

2. Full Deposition of **Tywanna Thomas** - Foreclosure Fraud
4closurefraud.org/.../full-deposition-of-**tywanna**-**thomas**-moth...
Mar 30, 2011 – Full Deposition of **Tywanna Thomas'** Mother, Cheryl Denise
Thomas ... I think that a FEW of the **robo-signers** have lost their notary licenses and ...

3. The Housing Justice Foundation – Documents
thjf.org/v2/resources-2/documents/
4 Versions - **Tywanna Thomas** Four versions of **robo-signer** Tywanna Thomas'
signature on mortgage documents. 6 Versions – Sherry Doza Signature Versions ...

4. **Tywanna Thomas - Robo-Signers**.com Where We Expose
The ...
**robo-signers**.com/index.php?title=**Tywanna_Thomas**
Jan 19, 2011 – Do you have an assignment with the name **Tywanna Thomas**? If so
please add his/her title(s) here and upload your assignment and link to it.

5. LowellDeeds: More on **robo-signers** | - Market Leader : News
twainsthoughts.com/2011/.../lowelldeeds-more-on-**robo-signer**...
Jul 17, 2011 – The term "surrogate signer" first came to light in the deposition of
Cheryl**Thomas**, a DocX employee and mother of DocX **Robo-Signer** Tywanna ...

6. Tips and Tricks to Analyzing Your Foreclosure Documents
for ...
trabee1973.hubpages.com › ... › Foreclosures and Short Sales
Jan 27, 2013 – A History of Signatures: From Cave Paintings to Robo-Signings ...**robo-
signer**, including: Scott Anderson, Bryan Bly, Crystal Moore, Linda Green,**Tywanna
Thomas**, Korell Harp, Jessica Ohde, Tamara Price, Denise Apicella, ...

7. **Robo-signers** Starting with Letter T - ProTitleUSA.com
www.protitleusa.com/t_robo.aspx
Certified **Robo-signers**: TATE ERIC TAVERAS
OSCAR **THOMAS** CHERYL **THOMAS**HELEN **THOMAS** TAWANNA **THOMAS**
**TYWANNA** THORESEN LINDA ...

8. **Thomas Robo's** Pics, Phone, Email, Address, Public Records
- Spokeo

1

www.spokeo.com/**Thomas+Robo**
**Thomas Robo's** photos, phone, email, address, and public records for free! Find more about **Thomas Robo's** biography, profile, email, cv, curriculum vitae, blog, ...

9. The Home Equity Theft Reporter Cases & Articles: Mortgage Loan ...
homeequitytheft-cases-articles.blogspot.com/.../mortgage-loan...
Oct 6, 2010 – Robo-signing (preparing over 10,000 sworn statements each month with no ... or Mortgage Assignments were signed by the following **robo-signers**: Beth ...Titles attributed to **Tywanna Thomas** include the following: [click here ...

10. Robo Signer List 4.1.2011 - Scribd
www.scribd.com › Business/Law › Court Filings
Mar 31, 2011 – **Robo Signer** List 4.1.2011 - Free download as PDF File (.pdf), Word Doc ... Townsend & **Thomas**, P.C. Arango, Patricia ²PATRICIA ARANGO is ...

12345678910Next

1. Flawed Paperwork Aggravates a Foreclosure Crisis - CNBC.com
www.cnbc.com/id/39499044
Oct 4, 2010 – Court documents show that **Tywanna Thomas**, assistant vice president of American Home Mortgage Servicing, assigned the mortgage from ...

2. NEW SUSPECTED **ROBO SIGNERS** | S.T.O.P - Take Your Home Back
takeyourhomeback.com › Blog
Oct 28, 2012 – Alice Rowe – suspected **robo signer** as an alleged Assistant Secretary for ...... -of-**tywanna-thomas**-mother-cheryl-denise-thomas-of-docx-lps/ ...

3. Report: To Foreclose, GMAC Filed Bogus Document | Credit.com ...
blog.credit.com/.../report-to-foreclose-gmac-filed-bogus-docu...
Aug 3, 2011 – And both assignments are signed by known, notorious **robo-signers**: Linda Green, **Tywanna Thomas**, Bryan Bly, and Crystal Moore.

4. Linda Green **Robo**-Signing Shows Massive Document Fraud | FDL ...
news.firedoglake.com/.../linda-green-**robo**-signing-shows-mas...
Nov 24, 2010 – Often in these records you see the name "**Tywanna Thomas**" under Green's, ... Tags: foreclosure fraud, foreclosures, LPS, **robo-signers**, forgery, ...

5. Real Time real-estate blog | The Palm Beach Post » **robo-signers**
blogs.palmbeachpost.com/realtime/tag/**robo-signers**/
Mar 30, 2011 – Posts Tagged '**robo-signers**' ... She also said her daughter, **Tywanna Thomas** – whose name appears on thousands of sworn affidavits – also ...

6. **ROBO SIGNER** - TAKE ACTION – FIGHTING FORECLOSURE - 5 ...

Korell Harp – Robo Signer – April 24, 2013

About 2,440 results (0.35 seconds)

# Search Results

1. Korell Harp | Foreclosure Fraud - Fighting Foreclosure Fraud by ...

4closurefraud.org/tag/**korell-harp**/

Too Many Jobs – Linda Green, Tywanna Thomas, **Korell Harp** and Shelly Scheffey.
Posted by 4closureFraud on January 27, 2010 · 22 Comments. For this ...

2. Robo Signer Report - **Korell Harp** - ProTitleUSA.com

www.protitleusa.com/**korell_harp**.aspx

**Korell Harp** seems to be an employee of DOCX physically located in the 1111
Alderman Dr, Ste 350, Alpharetta, GA 30005. He signed many different job titles ...

3. [PDF]

Harvey v. Deutsche Bank National Trust Company - Fourth District ...

www.4dca.org/opinions/June%202011/06.../4D10-674.rhg.pd...

File Format: PDF/Adobe Acrobat - Quick View
Jun 29, 2011 -- assignment of mortgage was executed by **Korell Harp**, vice president
for MERS, as nominee for AHMAI, and Tywanna Thomas, assistant ...

4. Too Many Jobs - Linda Green, Tywanna Thomas, **Korell Harp** and ...

www.scribd.com › Research › Law

Jan 27, 2010 – Too Many Jobs - Linda Green, Tywanna Thomas, **Korell Harp** and
Shelly Scheffey - Free download as PDF File (.pdf), Text File (.txt) or read ...

5. Full Deposition Transcript of Patricia Berner Foreclosure Special

stopforeclosurefraud.com/.../full-deposition-transcript-of-patri...

Dec 13, 2011 – TRENT: Q What about **Korell Harp**, K-O-R-E-L-L, H-A-R-P? Same
question. Do you know **Korell Harp**? that particular assignment came about?

6. Press Releases - Restore Public Records

www.restorepublicrecords.com/press-releases

Apr 16, 2013 – ... the Register of Deeds and signed in the names of known robo-signer
aliases: "Linda Green," "Christie Baldwin," "Pat Kingston," "**Korell Harp**," ...

7. KORELL HARP | LinkedIn

www.linkedin.com/pub/**korell-harp**/2a/a26/a49

Greater Atlanta Area - Executive Office Professional
View **KORELL HARP's** professional profile on LinkedIn. LinkedIn is the world's largest
business network, helping professionals like **KORELL HARP** discover ...

8. Korell Harp | DTC Systems

dtc-systems.net/tag/**korell-harp**/

Jun 8, 2011 – Tag Archives: **Korell Harp** ... Iowa Attorney General, Jeff Thigpen, keeper of the records, Kevin Harvey, **Korell Harp**, Lender Processing Services ...

9. <u>**Korell Harp** » Philosophers Stone | Philosophers stone</u>

philosophers-stone.co.uk/wordpress/tag/**korell-harp**/
Tag Archive: **Korell Harp**. Jun 07. Massachusetts – First in the nation to say no to ROBO-SIGNED documents. Massachusetts Register of Deeds John O'Brien is ...

10. **[PDF]**

<u>Mortage Electronic Recognition System</u>

www.wicounties.org/uploads/EventMaterials/mers.pdf
File Format: PDF/Adobe Acrobat - Quick View
Robert Rybarczy. ® Muriel Adams. ® Linda Thoresen. ® Marshall Isaacs. ® Whitney Cook. ® Jessica Leete. ® Jessica Ohde. ® **Korell Harp**. ® Barbara Hindmain ...
Ad related to **korell harp**

1. <u>Obama's **HARP** 2.0 Program</u>

www.**harp**guidelines.com/
Borrow up to 125% of your Home! No Late Payments in past 6 Months

**Searches related to korell harp**
<u>korell harp **mers**</u>
<u>korell harp **atlanta**</u>
<u>korell harp **foreclosure**</u>

12345678910<u>Next</u>

קומ -- של שנענ 2 440 נ-נ-א-ם (0.20 ה-נ/ה-נ)

## Search Results

1. <u>Images for **korell harp**</u>

- Report images
o 

o 

2

9/21/23, 10:50 AM                    Office of Public Affairs - Lorraine Brown - Google Docs



# Office of Public Affairs



The Office of Public Affairs is the principal point of contact for the Department of Justice with the news media.

The Office is responsible for ensuring that the public is informed about the Department's activities and about the priorities and policies of the Attorney General and the President with regard to law enforcement and legal affairs

### General Information

* Leadership
* Xochitl Hinojosa  Director
* Contact   Office of Public Affairs Direct Line  (202) 514-2007
* Department of Justice Main Switchboard  (202) 514-2000

**PRESS RELEASE** **Former Executive at Florida-Based Lender Processing Services Inc. Sentenced to Five Years in Prison for Role in Mortgage-Related Document Fraud Scheme**
Tuesday, June 25, 2013

## Over 1 Million Documents Prepared and Filed with Forged and False Signatures, Fraudulent Notarizations

A former executive of Lender Processing Services Inc. (LPS) – a publicly traded company based in Jacksonville, Fla. – was sentenced today to serve five years in prison for her participation in a six-year scheme to prepare and file more than 1 million fraudulently signed and notarized mortgage-related documents with property recorders' offices throughout the United States, announced Acting Assistant Attorney General Mythili Raman of the Justice Department's Criminal Division, U.S. Attorney for the Middle District of Florida Robert E. O'Neill and Special Agent in Charge Michelle S. Klimtof the FBI Jacksonville Division.

Lorraine Brown, 56, of Alpharetta, Ga., was sentenced by Senior U.S. District Judge Henry Lee Adams Jr. in the Middle District of Florida. In addition to her prison term, Brown was sentenced to serve two years of supervised



release and ordered to pay a fine of $15,000.On Nov. 20, 2012, Brown pleaded guilty to conspiracy to commit mail and wire fraud.

"Lorraine Brown will spend five years in prison for her central role in a scheme to fraudulently execute thousands of mortgage-related documents while our nation's housing market was at its most vulnerable point in generations," said Acting Assistant Attorney General Raman. "The documents that were fraudulently produced under Brown's direction were relied upon in court proceedings, including a significant number of foreclosure and bankruptcy matters. Today's sentencing represents appropriate punishment for someone who sought to capitalize on the nation's housing crisis."

"Floridians were hard hit by the downturn in the real estate market," said U.S. Attorney O'Neill. "We will continue to pursue individuals like Brown who took advantage of consumers for personal gain and contributed to the financial crisis. Prosecuting financial crimes remains a priority for our office."

"The investigation of sophisticated mortgage and corporate fraud schemes continues to be a priority for the Federal Bureau of Investigation as such criminal activities have a significant economic impact on our community," said Special Agent in Charge Klimt.



Brown was an executive at LPS and the chief executive of DocX LLC, which was a wholly-owned subsidiary of LPS, until it was closed down in early 2010. DocX's main clients were residential mortgage servicers, which typically undertake certain actions for the owners of mortgage-backed promissory notes. Servicers hired DocX to, among other things, assist in creating and executing mortgage-related documents filed with recorders' offices.

According to Brown's plea agreement, employees of DocX, at the direction of Brown and others, began forging and falsifying signatures of authorized personnel on the mortgage-related documents that they had been hired to prepare and file with property recorders' offices. Only specific personnel at DocX were authorized by clients to sign the documents, but the documents were fraudulently notarized as if actually executed by authorized DocX employees.

According to plea documents, Brown implemented these signing practices at DocX to enable DocX and Brown to generate greater profit. Specifically, DocX was able to create, execute and file larger volumes of documents using these signing and notarization practices. To further increase profits, DocX also hired temporary workers to act as authorized signers. These temporary employees worked for much lower costs and without the quality control represented by Brown to DocX's clients. Some of these temporary workers were able to sign thousands of mortgage-related instruments a day. Between 2003 and 2009, DocX generated approximately $60 million in gross revenue.



After these documents were falsely signed and fraudulently notarized, Brown authorized DocX employees to file and record them with local county property records offices across the country. Many of these documents were later relied upon in court proceedings, including property foreclosures and federal bankruptcy actions. Brown admitted she understood that property recorders, courts, title insurers and homeowners relied upon the documents as genuine.

Office of Public Affairs - Lorranie Brown - Google Docs



This case is being prosecuted by Trial Attorney Ryan Rohlfsen and Assistant Chief Glenn S. Leon of the Criminal Division's Fraud Section and Assistant U.S. Attorney Mark B. Devereaux of the U.S. Attorney's Office for the Middle District of Florida. This case was investigated by the FBI, with assistance from the state of Florida's Department of Financial Services.

This case is part of efforts underway by President Obama's Financial Fraud Enforcement Task Force (FFETF), which was created in November 2009 to wage an aggressive, coordinated and proactive effort to investigate and prosecute financial crimes. With more than 20 federal agencies, 94 U.S. Attorneys' offices and state and local partners, it's the broadest coalition of law enforcement, investigatory and regulatory agencies ever assembled to combat fraud. Since its formation, the task force has made great strides in facilitating increased investigation and prosecution of financial crimes; enhancing coordination and cooperation among federal, state and local authorities; addressing discrimination in the lending and financial markets and conducting outreach to the public, victims, financial institutions and other organizations. Over the past three fiscal years, the Justice Department has filed more than 10,000 financial fraud cases against nearly 15,000 defendants including more than 2,900 mortgage fraud defendants. For more information on the task force, visit www.stopfraud.gov

*Updated September 15, 2014*

3

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

LORRAINE BROWN

Case No. 3:12-cr- 198-J-25MCR

Count 1:   18 U.S.C. § 371

## INFORMATION

The United States Attorney charges:

## COUNT ONE
### (Conspiracy to Commit Mail and Wire Fraud)

### Background

At all times material herein, unless otherwise specified:

1.    LORRAINE BROWN, a resident of Georgia, founded DocX LLC
(hereinafter, "DocX") in the 1990s in Ohio.  In the early 2000s, Brown relocated
the bulk of DocX's operations to Alpharetta, Georgia (the Alpharetta operations
of DocX LLC are referred to herein as "DocX" regardless of the time frame).

2.    In mid-2005, Jacksonville, Florida based Fidelity National Financial,
Inc. ("FNF") purchased DocX from Brown and her partners.  Through corporate
reorganizations within FNF, DocX later fell under ownership of Fidelity National
Information Services, Inc. ("FNIS").  In mid-2008, FNIS spun off a number of
business lines into a new publicly-traded entity, Lender Processing Services, Inc.
("LPS"), based in Jacksonville, Florida.  At that time, DocX was rebranded as

"LPS Document Solutions, a Division of LPS." Following this spin-off, Brown was the President and Senior Managing Director of LPS Document Solutions, which constituted DocX's operations in Alpharetta. At all times relevant to this Information, Brown was the chief executive of the DocX operations.

3.      DocX's main clients were residential mortgage servicers (the "servicers"), which typically undertake certain actions for the owners of mortgage-backed promissory notes. These duties include, among others, accepting and recording mortgage payments, paying taxes and insurance from borrower escrow accounts, and conducting or supervising the foreclosure process when necessary.

4.      Servicers hired DocX to perform a number of these actions, including assisting in creating and executing mortgage-related documents filed with recorders' offices. The majority of documents created and recorded by DocX between 2003 and 2009 were lien releases, which evidence payment in full of a mortgage-backed note. DocX also executed mortgage assignments, which purport to transfer the note's ownership interest. Mortgage assignments were typically created during the foreclosure process, and the volume of these documents dramatically increased at DocX during the foreclosure crisis of 2007 to 2009. DocX also signed lost note and lost assignment affidavits related to mortgage documents.

5.      From at least March 2003 through November 2009, Brown

marketed DocX as an outsourcing solution to mortgage servicers for filing and

recording mortgage documents throughout the United States.  Brown

represented to clients that DocX had robust quality control procedures in place to

ensure a thorough and proper signing, notarization, and recordation process.  As

a result of these representations, clients hired DocX.

6.      When hiring DocX to sign documents, servicers typically issued

special corporate resolutions delegating document execution authority to

specific, authorized, and trained personnel at DocX.  The DocX employees who

were given express signing authority from DocX's clients and who, as

represented by Brown, were purportedly trained to ensure that the clients'

documents were properly created, signed, and notarized were called "Authorized

Signers."  These documents were then generally recorded by DocX with the

appropriate local property recorders' offices throughout the country.

### The Conspiracy and its Objects

7.    From in or about 2005 through in or about October 2009 at

Jacksonville in the Middle District of Florida, Alpharetta, Georgia, and elsewhere

throughout the United States,

LORRAINE BROWN,

the defendant herein, did knowingly and willfully combine, conspire, confederate

and agree with others to commit certain offenses, to wit:

a.    execute and attempt to execute a scheme and artifice to

defraud, and to obtain money and property by means of material false and

fraudulent pretenses, representations, and promises, by utilizing the United

States mail and private and commercial interstate carriers, for the purpose of

executing such scheme and artifice, in violation of Title 18, United States Code,

Section 1341; and,

b.    execute and attempt to execute a scheme and artifice to

defraud, and to obtain money and property by means of material false and

fraudulent pretenses, representations, and promises, by transmitting and causing

to be transmitted by means of wire communications in interstate and foreign

commerce, writings, signs, visual pictures, and sounds, for the purpose of

executing such scheme and artifice, in violation of Title 18, United States Code,

Section 1343.

4

## Manner and Means of the Conspiracy and Scheme and Artifice

8.    The manner and means by which Brown, co-conspirators, and others sought to accomplish the purposes and objectives of the conspiracy include, but are not limited to, the following:

a.    Beginning in or about 2005, employees of DocX, at the direction of Brown and others, began forging and falsifying signatures on the mortgage-related documents that they had been hired to prepare and file with property recorders' offices throughout the United States.

b.    Unbeknownst to DocX's clients, the Authorized Signers were instructed by Brown and other DocX employees to allow other, unauthorized, DocX employees to sign, and to have the document notarized as if the actual Authorized Singer had executed the document.

c.    Brown also hired temporary workers to sign as Authorized Signers. These temporary employees worked for much lower costs and without the quality control represented by Brown to DocX's clients.  In fact, some of these temporary workers were able to sign thousands of documents a day. These mortgage-related documents were fraudulently notarized by DocX employees even though the Authorized Signer did not actually sign the document.

d.    These unauthorized signing and notarization practices allowed DocX, Brown, and others to generate greater profit and make more money.

5

e.      After these false documents were signed and notarized, DocX filed them through the mails or by electronic methods with local county property records offices.  Many of these documents, particularly mortgage assignments and lost note or assignment affidavits, were later relied upon in court proceedings, including property foreclosures and in federal bankruptcy court.  Brown knew that these property recorders, as well as those who received the documents such as courts, title insurers, and homeowners, relied on these documents as genuine.

f.      Brown and others also took various steps to conceal their actions from detection from clients, LPS corporate headquarters, law enforcement authorities, and others.

### Overt Acts

9.      On or about August 13, 2008, Brown caused to be delivered to Jacksonville, Florida, by commercial interstate carrier from DocX, an Assignment of Mortgage filed with the Clerk of Circuit Court, Duval County, Florida, which Assignment of Mortgage had been executed on August 12, 2008, with false and fraudulent signatures of Authorized Signers and which bore a false and fraudulent notarization attestation.

10.      On or about February 23, 2009, Brown caused a DocX business client to make a payment by electronic funds transfer of $357,185.60, in

interstate commerce, from a financial institution in Iowa to a DocX account held

at a financial institution in Georgia.

In violation of Title 18, United States Code, Section 371.


ROBERT E. O'NEILL
United States Attorney

By: _____
MARK B. DEVEREAUX
Assistant United States Attorney

_____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division


DENIS McINERNEY
Chief, Fraud Section - Criminal Division
United States Dept. of Justice

By: _____
RYAN ROHLFSEN
Trial Attorney, Fraud Section

_____
GLENN LEON
Assistant Chief, Fraud Section



# The Detroit News
SERVING MICHIGAN SINCE 1873

BUSINESS

## Michigan sets parole for 'Linda Green' robo-signer

**Brian J. O'Connor** Detroit News Finance Editor

The only person jailed in connection with a foreclosure forgery scandal that swept through Michigan and the rest of the country after the collapse of the housing bubble spends her days confined to the Women's Huron Valley Correctional Facility in Pittsfield Township.

But not for long.

Sentenced in May 2013 to serve up to 20 years on racketeering charges, Lorraine Brown, now 55, will be paroled sometime this week, according to the Michigan Department of Corrections, after serving her 40-month minimum sentence. Brown will then be transferred to federal custody to serve the remainder of a 58-month federal sentence after pleading guilty to a single charge of conspiracy to commit mail and wire fraud.

Brown's scheme netted $60 million between 2003 and 2006 for the parent company DocX, her Georgia-based document processing firm that forged more than 1 million foreclosure documents used by banks and attorneys to illegally turn homeowners homeless.

The parent firm, Lender Processing Services of Jacksonville, Florida, has paid millions in fines and settlements — including $800,000 to Michigan for attorneys' fees and costs and another $1.7 million to the state as part of a 46-state $127 million settlement.

But none of Brown's co-conspirators has been criminally charged. And despite civil actions and investigations into the same kind of document fraud routine in foreclosures across the country, few if any other individuals have faced jail time over "robo-signing" and foreclosure forgeries, according to a Los Angeles-based author and journalist who has reported extensively on foreclosure.

"Her problem was that she lied to the FBI and the FBI didn't take kindly to that," says David Dayen. "She was the scapegoat."

Dayen's recent book, "Chain of Title," traces the original discovery of the widespread document fraud and forgery that permeated foreclosures. The fraud became known as robo-signing, a process where documents required in foreclosures and other legal filings were signed and notarized with faked signatures, illegally back-dated or recreated with false information.

Brown allegedly directed her workers at DocX to routinely sign the name "Linda Green" on thousands of filings in Michigan and the nation with vastly different handwriting. The investigation into robo-signing began in April 2011, following an expose of DocX in a "60 Minutes" broadcast. In Michigan, complaints were lodged by several county clerks who found "Linda Green" documents in their files. The Attorney General's Office found more than 1,000 fraudulent documents on file.

But underlined additional reporting by Dayen for the website Vice reveals that robo-signing went far beyond DocX, Linda Green and Lorraine Brown.

Dayen reviewed more than 600 pages of documents from the FBI's Jacksonville field office that detail a widespread investigation into robo-signing, foreclosure fraud and illegal activity in the creation of the mortgage-backed securities that spawned the housing bubble and foreclosure crisis. The documents reveal that FBI investigators and Justice Department attorneys impaneled a grand jury, deployed dozens of agents and forensic examiners, conducted 75 interviews, issued hundreds of subpoenas and reviewed millions of documents.

And then made just one criminal indictment — Lorraine Brown.

"If you look at these documents, this was a serious case," Dayen says. "It ended up with one person being convicted, and it's just unconscionable."

In early 2012, several months before Brown pleaded guilty in both Michigan and federal court, 49 states, the District of Columbia and the federal government approved the National Mortgage Settlement with five major mortgage servicers. The $25 billion agreement was the largest consumer financial protection settlement in U.S. history.

In the settlement, the Justice Department reserved the right to bring criminal prosecutions. But no one was charged.

Since then, federal authorities have pursued other servicers and lenders for abusive practices, but only in civil cases. And despite repeated violations of banking and consumer laws by major lenders such as J.P. Morgan Chase and Bank of America, no executives at those firms have been charged.

In Michigan, Attorney General Bill Schuette's spokeswoman said in a statement: "The Attorney General has charged many over mortgage modification scams including some that used fraudulent documents."

None of those cases, however, focused solely on forgery and fraudulent documentation in foreclosures. The most recent case, for example, involved a Birmingham attorney who pleaded guilty to two felonies and 27 misdemeanors for stealing money from Michigan residents facing foreclosures or who sought help with credit card debt.

According to documents obtained by The Detroit News in 2013 under the Freedom of Information Act, Schuette's office did investigate complaints of robo-signing at Orlans & Associates, a major foreclosure law firm headquartered in Troy in 2011. After an investigation in which a retired Michigan State crime lab expert reviewed six suspect foreclosure documents signed by a single Orlans attorney, the investigator ruled there was "a high degree of probability" the signatures were authentic, and the case was closed.

The federal Department of Justice didn't respond to questions.

Mark Rosenblum, Brown's defense attorney in her federal case, questions the motives of state and local prosecutors who indicted Brown after her federal charges were filed, including Schuette.

"She became the poster child for mortgage fraud," says Rosenblum, who's now a federal public defender in in Jacksonville. "Not only did she go to jail, but she was prosecuted in four different jurisdictions. How often does that happen? No often in my experience. Everybody wanted to get a piece of her."

Brown last week rejected a Detroit News request for an interview.

Dayen, the author, concludes that the extent of fraud discovered by the FBI, in both foreclosures and in the creation of the trusts that held the mortgages for investors, was so widespread that federal authorities balked at going forward with more criminal charges, either out of fear it would further damage the financial system, which was teetering after the housing crash, or for other reasons.

At one point, he says, FBI investigators felt it could become one of the country's top 10 white-collar fraud cases for the year.

"My judgment in dealing with this case is that the Justice Department didn't want this getting out of control," Dayen says. "They didn't want to get into any major criminal issue because, if this was a systemic practice, if you continued up the line, you're going to look at scores of major executives on Wall Street, and they weren't willing to do that.

"The million-dollar question is: Why did it end there?"

Sometime next week, Brown will go from being prisoner number 867624 in the Michigan Department of Corrections and become prisoner number 57729-018 under the Federal Bureau of Prisons. Her 58-month sentence runs concurrently with Michigan's, leaving her 18 months to go. Because most federal prisoners serve 85 percent of their sentence, Rosenblum says she could be released in as little as 11 months and could serve out that time in a variety of ways, including house arrest.

As for the fraudulent "Linda Green" documents created by Lorraine Brown, DocX and Lender Processing Services, they continue to circulate in county recorder offices and local courtrooms.

**Says Dayen: "Every day in America, someone continues to be thrown out of their home based on a false document."**

boconnor@detroitnews.com

(313) 222-2145

Twitter: @BrianOCTweet

3

*December 2012*



# B|W|W

**BWW LAW GROUP, LLC**

ATTORNEYS AT LAW
www.bww-law.com

4520 EAST WEST HIGHWAY
SUITE 200
BETHESDA, MD 20814
(301) 961-6555 (PHONE)
(301) 961-6545 (FACSIMILE)

8100 THREE CHOPT RD.
SUITE 240
RICHMOND, VA 23229
(804) 282-0463 (PHONE)
(804) 282-0541 (FACSIMILE)

December 18, 2012

Janice Wolk-Grenadier
15 West Spring Street
Alexandria, VA  22301

RE:  Loan#:            0015847247
     Loan Servicer:    Homeward Residential, Inc. f/k/a American Home Mortgage
                       Servicing, Inc.
     Property Address: 15 West Spring Street, Alexandria, VA 22301

## NOTICE

This notice is provided at the direction of your loan servicer to comply with its obligations under Section IV.D.6 of the National Mortgage Settlement.  Your loan servicer wants to inform you that alternatives to foreclosure may still be available.  All inquiries regarding this notice should be directed to your loan servicer.

Please take notice of the following:

- The loan servicer may have sent to you one or more Borrower Solicitation Packages.

- Even if you have previously shown no interest, you may still be evaluated for alternatives to foreclosure.

- A Borrower Solicitation Package may be obtained from the loan servicer.

- You may submit a Borrower Response Package to the servicer to request consideration for available foreclosure prevention alternatives.

- You may contact the servicer at **(800) 669-6650** for instructions for submitting a complete Borrower Response Package.  *BANK of America*

### THIS IS A COMMUNICATION FROM A DEBT COLLECTOR



EXHIBIT

*6*

130014851

*← Robo signer* (handwritten)

000596

Prepared By: Joe Simmons
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409
(561)682-8000
5271439124393
Attorney Code : 01079 BR

*2) belong to Judge* (handwritten)

NOTE: PLEASE CROSS REFERENCE WITH THAT CERTAIN MORTGAGE/DEED OF TRUST RECORDED ON FEBRUARY 10, 2005, IN PAGE 000264, AS INSTRUMENT 050004302, ALEXANDRIA CITY COUNTY, VIRGINIA RECORDS.

### AFFIDAVIT OF LOST ASSIGNMENT

Personally appeared before the undersigned officer authorized by law to administer oaths in said State and County, comes the undersigned, who states on oath as follows:

1. That I am over 21 years of age, and competent to give this affidavit.

2. That I currently serve as an officer of HOMEWARD RESIDENTIAL, INC. Attorney in fact for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-2, ASSET-BACKED CERTIFICATES, SERIES 2005-2 and am personally familiar with the facts set forth herein.

*not an officer & works for OCWEN* (handwritten)

3. That on or about FEBRUARY 04, 2005, JANICE WOLK-GRENADIER executed a Mortgage/Deed of Trust in favor of MORTGAGE AND EQUITY FUNDING CORPORATION, which Mortgage/Deed of Trust was recorded on FEBRUARY 10, 2005 in Page 000264, Instrument 050004302, ALEXANDRIA CITY County land records.

4. That MORTGAGE AND EQUITY FUNDING CORPORATION subsequently transferred its interest in the above Mortgage/Deed of Trust to OPTION ONE MORTGAGE CORPORATION by Assignment dated FEBRUARY 04, 2005 and recorded on JULY 09, 2007 in Page 000380, Instrument 070015806, aforesaid records.

5. That OPTION ONE MORTGAGE CORPORATION subsequently transferred its interest in the above Mortgage/Deed of Trust to LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS- THROUGH CERTIFICATES, SERIES 2003-BC6 by Assignment dated FEBRUARY 24, 2009 and recorded on MARCH 03, 2009 in Page 000551, Instrument 090003603, aforesaid records.

6. That LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC6 subsequently transferred its interest in the above Mortgage/Deed of Trust to WELLS FARGO BANK, N.A., AS TRUSTEE by Assignment dated JUNE 18, 2009 and recorded on JUNE 23, 2009 in Page 000253, Instrument 090012907, aforesaid records.

1

**EXHIBIT**

7

*↓ NO date when* (handwritten annotation)

000507

7.  That **WELLS FARGO BANK, N.A., AS TRUSTEE** subsequently transferred its interest in the above ALEXANDRIA CITY Mortgage/Deed of Trust to **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-2, ASSET-BACKED CERTIFICATES, SERIES 2005-2.** The original assignment was lost or misplaced before being recorded.

8.  That good faith effort have been made in accordance with our procedures for locating the lost assignment.

This affidavit may be relied on by purchasers, sellers, lenders, attorneys and title insurers.

DATED: APRIL 22, 2013

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
OPTION ONE MORTGAGE LOAN
TRUST 2005-2, ASSET-BACKED
CERTIFICATES, SERIES 2005-2
BY ITS ATTORNEY IN FACT
OCWEN LOAN SERVICING, LLC

*appears to be forged & NO POA* (handwritten annotation)

BY: _____

NAME: Leticia N. Arias
TITLE: Vice President

Witnesses:

(1) _____
       Franci Boothbay

(2) _____
       Victoria Vazquez

STATE OF FLORIDA        )
                        )ss.
COUNTY OF PALM BEACH    )

    The foregoing instrument was acknowledged, subscribed and sworn before on APRIL 22, 2013, by Leticia N. Arias, the Vice President, Homeward Residential, Inc., Attorney in fact for **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-2, ASSET-BACKED CERTIFICATES, SERIES 2005-2** a limited liability corporation, on behalf of the limited liability corporation. He is personally known to me.

Notary Public State of Florida  Debra Spruill

Notary Public State of Florida
Debra Spruill
My Commission EE 167045
Expires 02/03/2016

INSTRUMENT #130014051
RECORDED IN THE CLERK'S OFFICE OF
ALEXANDRIA ON
JUNE 19, 2013 AT 02:21PM

EDWARD SEMONIAN, CLERK
RECORDED BY: JAH

2



BAR No. 01079 Member Profile – Donald R Alexander – The Florida Bar.pdf

# MEMBER PROFILE

## Donald R Alexander

Member of the Judiciary

**Bar Number:**

1079

**Mail Address:**

PO Box 15164
Tallahassee, FL 32317-5164
United States

Office: 850-488-9675

Cell: 850-488-9675

**Email:**

xyzauh@gmail.com

**Personal Bar URL:**

https://www.floridabar.org/mybarprofile/1079

**vCard:**



**County:**

Leon

**Circuit:**

2

**Admitted:**

06/07/1965

**Judicial Position:**

Administrative Law

**10-Year Discipline History:**

None

**Sections:**

Administrative Law

Environmental & Land Use Law

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, the Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by the Bar for accuracy and the Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.

# Joe Simmons

*aka Robo Signer*

Job Title **Contract Management**

Phone

Email

Facebook

LinkedIn

Twitter

Google+

(This record is incomplete and will not show up in LeadFerret search results. You can still log in (/login) or register (/register) to find similar contacts with complete information.)

Company **Ocwen Financial Corporation**

**1661 Worthington Rd STE 100, West Palm Beach, FL 33409-6480**
**561-682-8000**
**http://www.ocwen.com/** ⌐

**View Complete Company Profile** ⌐

**Claim Profile**

**Is this you?** Claim your profile to update and/or remove this information.

**Quality score**

# 99

**out of 100**

**Others with Similar First and Last Names**

| First Name | Last name | Title | Company Name | |
|---|---|---|---|---|
| Joe | Simmons | Sales Executive | Performance Plastics | ⌐ |
| Joe | Simmons | Humanities And Fine Arts | Los Rios Community College District | ⌐ |
| Joe | Simmons | Manager | Cohen Financial | ⌐ |







Debra Spruill Ocwen

Resumes

PROP TAX CLERK at Ocwen Financial Corporation



Position:

Owner at "WOMEN INSPIRED BY BELIEVING MINISTRY", tax clerk at loan company, TAX CLERK at Ocwen Financial Corporation, TAX CLERK at Ocwen Financial Corporation, PROP TAX CLERK at Ocwen Financial Corporation

Location:  West Palm Beach, Florida Area

Industry:  **Real Estate**

Work history:  **"WOMEN INSPIRED BY BELIEVING MINISTRY"** - West Palm Beach, Florida Area

Owner *since Jan 2012* **loan company**

ux cler k*since Jul 2011* Ocwen Financial Corporation

TAX CLERK *since Jul 2011* Ocwen  Financial Corporation

PROP TAX CLERK *since Jul 2011* **lake worth** Palm beach county head start *May 2006 - Jul 2009*

Education:  **Tabernacle Christian University** pending, Theology *2009 - 2009* **South University**

Skills:  Microsoft Office, Powerpoint, Excel, Team Building, Event Planning, Nonprofits, Fundraising, Strategic Planning, Customer Service, Social Networking, Coaching, Public Relations, Marketing, Negotiation, Teaching, Social Media, Community Outreach, Public Speaking, PowerPoint

Supervisor at Beach Club

Location:  West Palm Beach, Florida Area

Industry:  **Staffing and Recruiting**   Debbie **Spruill**

Location.  United States

# MERS LOOK-UP:  for 15 W. Spring St., Alexandria, Virginia 22301



## The Mortgage Industry's Utility

### MERS® ServicerID

#### Search for servicer information

*Need help?*

**Search by MIN**
Search by a MERS® System Mortgage Identification Number.

**Search by Property Address/Borrower Details**
Search by property address and borrower information.

**Search by Property Address Only**

No MINs can be located that match the search criteria entered. Verify the search criteria and resubmit. If you need assistance to make sure your search criteria are valid, use the link to see Help.

Your entries may be either upper or lower case.

Enter the Street without a direction or designator. For example: "E. Main St." should be entered as "Main"

Fields marked * are required.

**Street Number:** 15     **Street:** Spring

**City:** Alexandria     **State:** VA ▼     **Zip Code:** 22301     * **Unit:**

✓ **Expanded Street Search**
An expanded street search, a search on "Main" will return "Montana", "Main St." or "East Maine Ave."

Please note: selecting this option will increase the time taken for your search results to be displayed.

Search

**Search by Borrower Name and Property Address**

**Search by Borrower Name, SSN and Property Zip Code**

**Search by FHA/VA/MI Certificate**
Search by Federal Housing Administration / Veterans Administration Case Number or Mortgage Insurance Certificate Number.

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to [our Website]

Homeowners: Visit [information by MERS help] for information about the duties and responsibilities of your mortgage link to know how, and to provide current and guidance for homeowners at address.



---

## The Mortgage Industry's Utility

### MERS® ServicerID

#### Search for servicer information

*Need help?*

**Search by MIN**
Search by a MERS® System Mortgage Identification Number.

**Search by Property Address/Borrower Details**
Search by property address and borrower information.

**Search by Property Address Only**

**Search by Borrower Name and Property Address**

No MINs can be located that match the search criteria entered. Verify the search criteria and resubmit. If you need assistance to make sure your search criteria are valid, use the link to see Help.

Your entries may be either upper or lower case.

Fields marked * are required.

**Borrower**

**First Name:** Jessie     * **Last Name:** Spring

**Property Address**

**Street Number:** 15     **Street:** Spring

**City:** Alexandria     **State:** VA ▼     **Zip Code:** 22301     * **Unit:**

✓ **Expanded Street Search**
With expanded street search, a search on "Main" will return "Montana", "Main St." or "East Maine Ave."

Please note: selecting this option will increase the time taken for your search results to be displayed.

Search

**Search by Corporation, Non-Person Entity, Borrower and Property Address**

**Search by Borrower Name, SSN and Property Zip Code**

**Search by FHA/VA/MI Certificate**
Search by Federal Housing Administration / Veterans Administration Case Number or Mortgage Insurance Certificate Number.

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to [our Website]



EXHIBIT

FreddieMac.com

# No. Our records show that Freddie Mac is not the owner of your mortgage.

## What to do next

1. **Try our look-up tool** (https://ww3.freddiemac.com/loanlookup/index.html) **again.** Abbreviations or typos can cause an incorrect result. Be sure that all information entered in the look-up tool is typed completely and accurately and reflects the information from your original loan documents.

2. **Contact Fannie Mae at FannieMae.com** (http://www.FannieMae.com/), **or 1-800-7Fannie** to see if they own your loan.

3. **Call your lender** (also referred to as your mortgage servicer) **for assistance with your mortgage.** Their telephone number and mailing address should be listed on your monthly statement. Learn how to prepare for this discussion (http://myhome.freddiemac.com/mortgage-help/talk-with-lender.html).

Visit My Home by Freddie Mac ® (http://myhome.freddiemac.com/) for information and guidance on options to stay in your home, options to leave your home, working with a housing counselor or your lender, avoiding fraud and more.

# Fannie Mae Loan Lookup Results: No Match Found.

It appears that Fannie Mae does not own your loan, based on the information you entered. Try the next steps below for assistance.

Janice Grenadier
15 West Spring Street
Alexandria, VA 22301
Last 4 Digits of Social Security Number: ****

## Next Steps

### Search Again (/loanlookup)

Re-enter your information in the Loan Lookup Tool or, if there is a co-borrower on the mortgage, try entering the co-borrower's information.

**Additional Tips:**

- Do NOT enter symbols or special characters (#, ', -, etc.) or generational titles (Jr., Sr. III, etc.) in any of the input fields.
- If you own a condo or townhome and received a "No Match", try a New Search (/loanlookup)
  - Be sure to enter your unit number in the designated unit field.
  - If entering your information into the proper fields still yields "No Match", put your unit number in the address field (and this time, leave the unit field blank).

*Information that does not match our records exactly may return inaccurate results. You should contact your mortgage company to verify these results.*

### Contact the Homeowner's HOPE™ Hotline (http://www.995hope.org/)

Get free housing counseling and immediate assistance by contacting the Homeowner's HOPE™ Hotline at 888-995-HOPE (4673) or www.995HOPE.org (http://www.995hope.org/).

### Explore KnowYourOptions.com (/)

Review the useful information and tools on this site to learn more about your options.

### Contact Your Mortgage Company (/find-resources/mortgage-assistance/helpful-contacts/your-mortgage-company)

Confirm these results and obtain additional information regarding your mortgage by contacting your mortgage company. Remember, data entered in the Loan Lookup Tool that does not match our records exactly may return inaccurate results.

### See If Your Loan is Owned by Freddie Mac (https://ww3.freddiemac.com/corporate/)

### Go to MakingHomeAffordable.gov (http://makinghomeaffordable.gov)

Learn more about the Making Home Affordable program — other investors (who might own your loan) may participate in this program.

### Visit HUD.gov (http://www.hud.gov/)

Find for more information about avoiding foreclosure.

## 180004553

This deed was prepared by Melissa Alcocer VSB 83617,
who is an attorney licensed to practice
in the Commonwealth of Virginia.

000409

Return to:
    Brock & Scott, PLLC,
    484 Viking Drive, Suite 203
    Virginia Beach, VA 23452

| | |
|---|---|
| B&S File No.: | 17-19131 FC01 |
| Tax Map No.: | 053.01-04-23 |
| Consideration: | $833,000.00 |
| Assessed Value: | $811,203.00 |
| Title Insurance Co.: | Unknown |

### THIS TRUSTEE'S DEED,

entered into on the 30th day of March, 2018, the foreclosure sale date, by and between

**TRUSTEE SERVICES OF VIRGINIA, LLC**, Substitute Trustee, party of the first part, whose

address is 484 Viking Drive, Suite 203, Virginia Beach, Virginia 23452, under a deed of trust

made by Janice Wolk-Grenadier (together to be indexed as **"Grantors"**); and Wells Fargo Bank,

National Association, as Trustee for Option One Mortgage Loan Trust 2005-2, Asset-Backed

Certificates, Series 2005-2, party of the second part, whose address is, c/o Ocwen Loan

Servicng, LLC, 1661 Worthington Road Ste. 100, West Palm Beach, FL 33416 (to be indexed as

**"Grantee"**).

    WHEREAS, by Deed of Trust dated February 4, 2005 and recorded on February 10, 2005

as Instrument No. 050004302 in the land records of the Circuit Court for the City of Alexandria,

Virginia, Janice Wolk-Grenadier, mortgagor(s), conveyed the hereinafter described property to

Ronald D. Speakman, Trustee(s), securing payment of the sum of $390,000.00 evidenced by a

promissory note as is more fully set forth therein; and,

EXHIBIT

9

- 1 -




000410

WHEREAS, Trustee Services of Virginia, LLC was appointed as Substitute Trustee by an instrument duly recorded in the land records of the Circuit Court for the City of Alexandria, Virginia to serve as Trustee in the place and stead of Ronald D. Speakman, by Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2, the present holder of the note secured by said Deed of Trust; and,

WHEREAS, default was made in the payment of the aforesaid Promissory Note, and the said Substitute Trustees were requested by the holder of said note, Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2, to sell the said property pursuant to the terms of the aforesaid Deed of Trust; and,

WHEREAS, the said Substitute Trustees advertised the time, place and terms of such sale in The Washington Times, a newspaper published in or having a general circulation in the City of Alexandria, Virginia, in its issues of March 2, 2018, and March 9, 2018,  the date of said Trustee's sale being fixed in said notice for March 30, 2018, at 10:00AM at at the front of the Alexandria City Court House (520 King Street), at Alexandria, Virginia; and,

WHEREAS, notice, in accordance with Title 55, Section 59.1A. of the 1950 Code of Virginia, as amended, was mailed by certified mail, return receipt requested, no less than 14 days prior to March 30, 2018, to the owner(s) of the hereinafter described property at the last known address appearing on the records of the party secured by said Deed of Trust, to any subordinate lienholder holding a Note against the property secured by a Deed of Trust whose address was recorded with the Deed of Trust and to any association lienholder specified in the aforementioned Section; and,

000411

WHEREAS, in strict compliance with the terms and conditions of said Deed of Trust, the said Substitute Trustee did expose the hereinafter described property for sale at public auction to the highest bidder on March 30, 2018, at 10:00AM, and the highest bid received for said property was that of Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2, for $833,000.00 cash; and,

WHEREAS, the said purchase price has been paid in full.

WHEREAS, none of the parties in interest are entitled to the benefits of the Servicemembers' Civil Relief Act.

NOW, THEREFORE, THIS DEED,

W I T N E S S E T H,

in consideration of the premises and of the sum of Eight Hundred Thirty-Three Thousand and 0/100 dollars ($833,000.00), paid to the party of the first part by the party of the second part, the party of the first part does hereby grant, bargain, sell and convey, with SPECIAL WARRANTY OF TITLE, unto the party of the second part, all that certain real property described below, with all rights, ways, easements, improvements and appurtenances thereunto belonging, described as follows:

> All that certain lot or parcel of land, with its improvements and appurtenances, located in the City of Alexandria, Virginia and more particularly described as follows: LOT numbered Eleven (11), and West 1/2 of LOT numbered Twelve (12), Block numbered One (1), in the Subdivision of TEMPLE PARK, all the same appears duly dedicated, platted and recorded in Deed Book 77 at Page 172 of the Land Records of the City of Alexandria, Virginia.

> This conveyance is made expressly subject to any and all easements, restrictions and agreements of record insofar as they may be lawfully applicable to the property hereby conveyed and to such state of facts as are disclosed by the recorded plat above mentioned.

Tax Map No.: 053.01-04-23

000412

PROPERTY KNOWN AS: 15 West Spring Street, Alexandria, VA 22301

REFERENCE is hereby made to said Deed of Trust and plat for a further and more particular description of the land hereby conveyed.

This conveyance is made subject to the conditions and restrictions contained in the Deeds forming the chain of title to this property.

WITNESS the following signature and seal endorsed on ___4/6/18___ :

TRUSTEE SERVICES OF VIRGINIA,
LLC, SUBSTITUTE TRUSTEE

By: Melissa Alcocer

Its: <u>Vice President</u>

CITY/COUNTY OF Virginia Beach

COMMONWEALTH OF VIRGINIA

I, Matthew Baer , a Notary Public in and for the aforesaid State, does hereby certify that Melissa Alcocer, Vice President of TRUSTEE SERVICES OF



Legal Department
One Wells Fargo Center
301 South College Street
Charlotte, NC 28202

Tel  704 374 6611

Shakiah F. Jones
Direct Dial (704) 410-6218
Fax (877) 572 7039
Shakiah.F.Jones@wellsfargo.com

November 28, 2018

VIA EMAIL: jwgrenadier@gmail.com
Janice Wolk Grenadier
520 King Street # 307
Alexandria, VA  22301

Re:    State of Virginia;  Case No.: CW 1800 1465
        In re: Janice Wolk Grenadier
        Wells Fargo Reference # **WF2018033756**

Dear Janice Wolk Grenadier:

I, Shakiah F. Jones, declare that I am employed by Wells Fargo Bank, N.A., and one of the duly authorized Custodians of Records with the authority to certify the authenticity of records.

After undergoing a detailed search, I am __unable to locate__ any information relating your subpoena attached.

I am closing this matter. Should you have additional identifiers which would aid in fulfilling your request, please do not hesitate to contact me.

Sincerely,

Shakiah F. Jones

Enclosures (copy of original subpoena)

*Sent directly to the court by Ms Jones*

A COPY TESTE
EDWARD SEMONIAN, CLERK
By James Collins    DEPUTY CLERK
CERTIFIED THIS 21 DAY OF DEC  2018



Together we'll go far

EXHIBIT

6

# Commonwealth of Virginia



Case No: CW18001465

Doc No: 3131006

Wolk-Grenadier, Janice

# Subpoena Duces Tecum-Produce

## To the Sheriff: You are hereby commanded to serve:

Serve: Wells Fargo Bank
Registered Agent
Corporation Service Company
100 Shockoe Slip #2nd FL
Richmond, VA  23219

You or someone acting on your behalf are commanded to produce at Janice Grenadier, 15 W. Spring St, Alexandria, VA 22301 on the 29th day of November, 2018 at 11:00 AM the following: SEE ATTACHED
on behalf of the Defendant in the above styled case, and have then and there this writ and make return how you have executed the same.

Warning: Failure to comply with the terms of this Subpoena Duces Tecum may result in your being fined or jailed for contempt of court.

DATE ISSUED: 11/13/2018

Edward Semonian, Clerk

By: _Janna Dauums_
Deputy Clerk

Edward Semonian, Clerk
Alexandria, Circuit Court
520 King Street #307
Alexandria, VA  22314

Requested by: Janice Wolk Grenadier
(202) 368-7178

Private

SPGENE.IFD  (REV. 9 / 2017)

**Copy to Return**

Case # CW18001465

COMMONWEALTH OF VIRGINIA:
In the Circuit Court of the City of Alexandria

STYLE: WOLK-GRENADIER, JANICE

Serve: Wells Fargo Bank
Registered Agent
Corporation Service Company
100 Shockoe Slip #2nd FL
Richmond, VA 23219

[ ] IN PERSON    Executed by delivering a true copy of the (within/attached) process to the within named individual IN PERSON.

[ ] FAMILY    The within named individual could not be found at his/her usual place of abode, I executed the (within/attached) process by leaving a true copy of the same with _____, who is a MEMBER of the individual's FAMILY and over the age of sixteen years and explaining its purport.

[ ] POSTED    Neither the within named person nor any person who is a member of the person's family and over the age of sixteen years, could be found at the person's usual place of abode, so the (within/attached) process was executed by leaving a true copy of all the same, in writing, POSTED on the front door or such other door as appears to be the main entrance of usual place of abode, address listed above.

[X] RA/CO    Executed by delivering a true copy of the (within/attached) papers to _Kene Noedquist_ in person, who is the _agent for service of process_ ~~of the within named Corporation/or~~ _Department_ ~~in the City of Alexandria, Virginia.~~ _COATS 11/14/18_
_See attached document - See_ 11/14/18
[X] By substituted service on the registered agent pursuant to Virginia Code § 8.01-299(3).

[ ] FOR GARNISHMENT OF FEDERAL WAGES ONLY:
Pursuant to U.S.C. 5520a, service by certified or registered mail, return receipt requested.

[ ] NOT FOUND
The within named person could NOT BE FOUND in my City of Alexandria, Virginia, after diligent search, and does not maintain a usual place of abode therein, and the (within/named) process could not be served in my jurisdiction.

RESULTS OF SERVICE NOT FOUND

Not Found Reason _____

Done in ~~my~~ City/~~County~~ of _Richmond_____, Virginia this _14_ Day of _November_, 20_18_ at _10 : 00 am_

~~Dana A. Lawhorne~~ _11/14/18_
~~Sheriff~~

I hereby acknowledge receipt in person the above referenced Legal Process

~~dep~~ _Rhetta M. Danel_ _11/14/18_
Deputy Sheriff

_____    _____
Signature                Date
(Defendant/Witness/Other)
DOC #3131005

Copy to Return

SPGENE.IFD (REV 9/2017)

VIRGINIA

## IN The CIRCUIT COURT OF THE CITY OF ALEXANDRIA

CASE NO. CW 1800 1465

### PRAECIPE
### SUBPOENA FOR PRODUCTION OF DOCUMENTS

THE CLERK OF COURT will take notice of this subpoena of

1. Copies of all documents submitted to the Commissioner of Accounts Gary W. Lonergan and or Clerk of Court Edward Semonian in regard to 15 W. Spring St, Alexandria, VA. 22301 and or Janice Wolk Grenadier.

2. Copies of all correspondence / documents / emails between Wells Fargo Bank, National Association and John and or Jane Doe, OCWEN, OCWEN employees past and present, TROUTMAN SANDERS, Trustee Services of Virginia LLC, Brock & Scott, McCabe Weisberg Conway PC, Surety Trustees LLC, Abby Moynihan Esq, Travelers Insurance, Governor Rick Scott directly or indirectly with his office, AG Pam Bondi directly and or indirectly with his office, AG Mark Herring directly and or indirectly with his office, Consumer Financial Protection Bureau / CFPB directly and or indirectly, BWW Law Group, Equity Trustees, LLC, Howard Bierman Esq., Hunoval & Associates, PLLC Wells Fargo Bank et al, Bank of America aka LaSalle Bank, Paul A. Koches, Joe Simmons, Judge Donald R. Alexander, Leticia N. Arias, Debra Spruill, Fanci Boothney, Victoria Vazquez, Darryl Willett, Evette Morales, Ryan P. Floyd, Carrie E. Priebe, Timeka J. Motlow, Marlene Saunders, including and all employees of such company. For Janice Wolk Grenadier, 15 W. Spring St., Alexandria, VA 22301 or Alleged / FAKE Loan No. 7143312465.

3. Any and all filings with the SEC on Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2005- 2, Asset-Backed Certificates, Series 2005-2. Since the last one EDGAR shows. Copies of '**SEC Form 424B5**' **SEC Form 424B5** is the prospectus **form** that companies must file to disclose information referred to in **forms** 424B2 (filed in connection with a primary offering of securities) and 424B3 (filed if major changes have occurred to the prospectus).

4. The last tax return filed for Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2005- 2, Asset-Backed Certificates, Series 2005-2

5. A full legible accounting of 15 W. Spring St., Alexandria VA which has been requested for the last 10 years or so.

6. List of any and all political or other contributions to the Governor's office and or other offices.

7. Any all correspondence / documents with docx and or Lorraine Brown / Ron Meburg and or any other alleged names(Linda Green, Tywana Thomas, Korell Harp) with the creation of Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2005- 2, Asset-Backed Certificates, Series 2005-2

8. Copies / Documents for Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2005- 2, Asset-Backed Certificates, Series 2005-2

9. Copy of Trustee Agreement.

10. Copy of Servicer agreement with OCWEN.

11. Any and all correspondence with any other lawyers (Ben DiMuro, Ilona Grenadier, Troutman Sanders et al) in regard to Janice Wolk Grenadier et al.

That the documents can be copies, on a USB thumb drive which should be available for Janice Wolk Grenadier to pick up at 100 Shockoe Slip, 2nd floor, Richmond VA 23219 and or mailed to Janice Wolk Grenadier, 15 W. Spring St., Alexandria, VA 22301 and or any other mutually agreed upon transmission by at or around 9:00 am—5:00 pm Thursday, November 29, 2018.

11:00 am ~

**Subpoena to be served on: Wells Fargo Bank, National Association**
**Registered Agent/Registered Office**
**CORPORATION SERVICE COMPANY**
**100 SHOCKOE SLIP  2ND FLOOR**
**RICHMOND VA 23219**

November 12, 2018
Respectfully submitted

Janice Wolk Grenadier
15 W. Spring St.
Alexandria, VA 22301
202-368-7178
jwgrenadier@gmail.com

**Certificate of Service**

That a copy on or around November 12, 2018  this has been electronically (email) and or through USPS mail been sent to Commissioner of Accounts Gary W. Lonergan, Trustee Services of Virginia, LLC, Brock & Scott and OCWEN.

Janice Wolk Grenadier

**CERTIFICATE**
**OF**
**CORPORATION SERVICE COMPANY**

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Subsection 3(b) Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY,** a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.  It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.  (a)   Effective January 1, 2018 it maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

    (b)   Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c)   The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporation, limited liability company, partnership, trust and other entities, associations and person which have designated it as such agent are:

Beverley L. Crump          Rene Nordquist
Linda B. Liles             Dustin Kline
Donna Creekmore

**WHEREFORE,** Corporation Service Company has caused its corporate name to be hereunto subscribed this _18_ day of December 2017.

CORPORATION SERVICE COMPANY

By
George A. Massih III, Vice President

The foregoing instrument was acknowledged before me this _18_ day of December 2017 by George A. Massih III

Notary Public

My Commission Expires  6-16 2020



Subpoena Processing Department
1 Home Campus
MAC X2302-03T
Des Moines, IA 50328-0001

## CERTIFICATION OF NO RECORDS

I, Patrick William Laubach, State:

I am a Vice President Loan Documentation for Wells Fargo Bank N.A., and I am an authorized custodian of the mortgage records for Wells Fargo Home Mortgage, servicer for the loan, and I have authority to certify such records.

I certify that a thorough search of our mortgage files revealed no documents, records or other materials requested in the Legal Order and that no such records exist with the information provided for Janice Wolk Grenadier at the property at 45 W. Spring St. Alexandria, VA 22301.

I declare under penalty of perjury that the foregoing is true and correct, and that this Certification is executed this 7th day of August, 2019, in San Antonio, Texas.

_Patrick William Laubach_
Patrick William Laubach
Vice President Loan Documentation
Wells Fargo Bank, N.A.
Date: 08/07/2019

State of Texas
County of Bexar

Sworn and subscribed to before me this 7th Day of August, 2019, by Patrick William Laubach Vice President Loan Documentation, Wells Fargo Bank, N.A.

Notary Public's Signature: _Christina Koolbassa_

My Commission Expires: 07/06/2022

Personalized Seal



CHRISTINA KOOLBASSA
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 07/06/2022
NOTARY ID 131110919-3

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.
NMLSR ID 399801



EXHIBIT

11

# Commonwealth of Virginia



Case No: CW18001465

Doc No: 3239867

# SUBPOENA FOR WITNESS

## To the Sheriff: You are hereby commanded to summon:

Serve:  Wells Fargo Bank
        Registered Agent
        c/o CEO C. Allen Parker
        Corporation Service Company
        100 Shockoe Slip #2nd FL
        Richmond, VA  23219

To the person summoned:
You are commanded to appear before our Circuit Court of the City of Alexandria, at the Courthouse, 520 King Street, 4th Floor, on the 8th day of August, 2019 at 10:00 AM to testify on behalf of the Defendant in the case of
Grenadier, Janice.

DATE ISSUED: 07/23/2019

Edward Semonian, Clerk

Edward Semonian, Clerk
Alexandria, Circuit Court
520 King Street #307
Alexandria, VA  22314

By: _____
      Deputy Clerk

Requested by: Janice Wolk Grenadier
              (202) 368-7178

COMMONWEALTH OF VIRGINIA:    Case # CW18001465
    In the Circuit Court of the City of Alexandria

STYLE: GRENADIER, JANICE

Serve: Ocwen Loan Servicing, LLC
    Registered Agent
    c/o June C. Campbell
    Corporation Service Company
    100 Shockoe Slip #2nd FL
    Richmond, VA 23219

Effective October 2017, cellular devices, cameras, video recording equipment, and other similar devices will be prohibited inside the Courthouse. For a small fee, (one quarter) small lockers are available to secure these devices upon entering the Courthouse.

DOC #3239866
SPGENEJFD (REV. 9/2017)

Copy to Serve

VIRGINIA

## IN The CIRCUIT COURT OF THE CITY OF ALEXANDRIA

CASE NO.  CW 1800 1465
RE:  Janice Wolk Grenadier
  15 W. Spring St.
  Alexandria VA 22301

### PRAECIPE
### SUBPOENA FOR WITNESS

THE CLERK OF COURT will take notice of this subpoena to summon:

TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS: You are commanded to summon
Wells Fargo Bank aka Wells Fargo Bank, National Association CEO **C. Allen Parker**  and or acting CEO

Service to:  **Wells Fargo Bank, National Association** CEO **C. Allen Parker**

**Registered Agent/Registered Office**
**CORPORATION SERVICE COMPANY**
**100 SHOCKOE SLIP  2ND FLOOR**
**RICHMOND VA 23219**

NOTICE OF HEARING You are hereby notified that Thursday August 8, 2019 at 10:00 am a hearing will be
held by this Court to have the Commissioners Report set aside due to Fraud on the Court by OCWEN and it's
lawyers, Banks et al.

July 22, 2019
Respectfully submitted

Janice Wolk Grenadier
15 W. Spring St.
Alexandria, VA 22301
202-368-7178
jwgrenadier@gmail.com

### Certificate of Service

That a copy on or around July  22, 2019  this has been electronically (email) and or through USPS mail been
sent to Commissioner of Accounts Gary W. Lonergan, Trustee Services of Virginia, LLC, Brock & Scott and
OCWEN / Wells Fargo Bank through there lawyer Troutman Sanders Moshin Reza / John Lynch

Janice Wolk Grenadier

eSO Shipment -- Label

Page 1 of 1



*Not a company legal name*

**OCWEN**
P.O. Box 24646
West Palm Beach, FL 33416-4737

If you have any questions, call toll-free: 1-800-746-2936

JANICE WOLK-GREBADIER
45 W SPRING ST
ALEXANDRIA VA 22301-2450

| | CORRECTED (if checked) |
| --- | --- |
| | OMB No. 1545-0877 |
| | **2018** |
| | Substitute Form 1099-A |
| | Acquisition or Abandonment of Secured Property |

| | | |
| --- | --- | --- |
| 1. Date of lender's acquisition or knowledge of abandonment | $ 457,265.00 | **Copy B For Borrower** |
| 03/30/18 | | |
| 2. | 4. Fair market value of property | |
| | $ 833,000.00 | |
| 5. If checked, the borrower was personally liable for repayment of the debt ☒ | | |
| 6. Description of property | | |
| 45 W Spring St | | |
| Alexandria, VA 22301-2450 | | |

LENDER'S TIN
04-0684400

BORROWER'S TIN
XXX-XXX-8109

Account number (see instructions)
691002604-7143312465

(keep for your records)

Department of the Treasury - Internal Revenue Service

*Computer & Call to IRS*
*Account #'s don't Exist*

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A



 **IRS**

## Search Results

- **Sort By:** Relevance

 Filter Results ^

# Your search did not return any results. Please try the search suggestions below.

Tips for searching

Check the spelling of your search
- Try a different search
- Try using more general words in your search
- Alternatively, you can try using the menus to find what you're looking for

Form **3949-A**
(April 2016)

Department of the Treasury - Internal Revenue Service

## Information Referral
*(See instructions on reverse)*

OMB Number
1545-1960

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. (For example, if your identity was stolen, use Form 14039.)

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. (Leave blank any lines you do not know.)

| 1a. Name of individual | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| d. Street address | e. City | f. State   g. ZIP code |
| h. Occupation | i. Email address | |

1j. Marital status (check one, if known)
[ ] Married   [ ] Single   [ ] Head of Household   [ ] Divorced   [ ] Separated    1k. Name of spouse

| 2a. Name of business | b. Employer Tax ID number (EIN) 01-0691109 | c. Telephone number |
|---|---|---|
| or WFIN | | |
| d. Street address 301 Hwy 2406 | e. City West Palm Beach | f. State FL   g. ZIP code |
| h. Email address | i. Website | |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. (Check all that apply.)

[x] False Exemption          [ ] Unsubstantiated Income   [ ] Unreported Income        [ ] Failure to Withhold Tax
[ ] False Deductions         [ ] Earned Income Credit      [ ] Narcotics Income         [ ] Failure to File Return
[ ] Multiple Filings         [x] Public/Political Corruption [ ] Kickback               [ ] Failure to Pay Tax
[x] Organized Crime          [x] False/Altered Documents   [ ] Wagering/Gambling       [ ] Other (describe in 5)

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known (e.g., TY 2010- $10,000).
TY  $        TY  $        TY  $        TY  $        TY  $        TY  $

5. Comments (Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)

See Exhibits Attached for more information about "FAKE" 1099 A: 15 W. Spring St. Alexandria VA 22301.  Janice Walk Grenadier (JWG)

Mortgage FRAUD "black Market" Mortgage back securities that do not exist
A "bust & switch" type of enterprise / Scheme by Wells Fargo
bank 1099 A / Onwen & Lawyers named
Exhibits 1-7 attached

6. Additional Information. Answer these questions, if possible. Otherwise, leave blank.
a. Are books/records available? (If available, do not send now. We will contact you, if they are needed for an investigation.)   [ ] Yes  [ ] No
b. Do you consider the taxpayer dangerous?   [ ] Yes  [ ] No
c. Banks, Financial institutions used by the taxpayer

| Name  Wells Fargo Bank W. A | Name |
|---|---|
| Street address  420 Montgomery St. | Street address |
| City  San Francisco   State CA   ZIP code 94104 | City    State    ZIP code |

### Section C – Information About Yourself
*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name  Janice Walk Grenadier | b. Telephone number  202-368-7178 | c. Best time to call  any time |
|---|---|---|
| d. Street address | e. City | f. State   g. ZIP code |

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
WASHINGTON DC 20002

APR 11 2016

PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
25225

PHH Mortgage Services | 1 Mortgage Way | Mt. Laurel, NJ 08054

Tel 888-820-6474
Fax 856-917-8300

August 26, 2019

Loan Number: 7143312465

2-814-HANT4-0035230-015-01-000-000-000-000-PO104

JANICE WOLK-GRENADIER
15 W SPRING ST
ALEXANDRIA VA 22301-2450

**Property Address:**
15W SPRING ST
ALEXANDRIA, VA 22301

## IMPORTANT INFORMATION ABOUT THE MORTGAGE LOAN ACCOUNT

Dear JANICE WOLK-GRENADIER,

This letter and the enclosed privacy notice contain important information about the mortgage loan account. Please review the documents carefully.

**Why am I receiving this letter?**
PHH Mortgage Services is providing the enclosed privacy notice to you on behalf of New Rez LLC, the company that has acquired the rights to service the mortgage loan account.

**Does this letter change anything about the servicing of my mortgage loan account?**
No. The enclosed privacy notice does not change the servicing of the mortgage loan account. PHH Mortgage Services will continue to perform all servicing activities for your loan. There is no change in the payee to whom you will make your payment, address to which payment must be delivered, account number or amount of payment due.

**Do I need to take any action?**
Maybe. We encourage you to review the enclosed privacy notice carefully, and make elections concerning the sharing of your information as you wish.

**What if I have questions?**
If you have any questions about the mortgage loan or enclosed privacy notice, please contact PHH Mortgage Services at the following toll free number: 877.772.9065 or you can find information about your account online at www.mortgagequestions.com.

Sincerely,

PHH Mortgage Services

Exhibit 15

**EXHIBIT**
13

August 16, 2019

Loan Number: 7143312465

Rev.02/19

| FACTS | WHAT DOES NEWREZ LLC DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Account balances and payment history<br>• Credit history and mortgage rates and payments |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons NewRez LLC chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does NewRez LLC share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes—<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes—<br>to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes—<br>information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes—<br>information about your credit worthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For non-affiliates to market to you | Yes | Yes |

| To limit our sharing | • Call 877.772.9065 - our menu will prompt you through your choices; or<br>• Complete and mail in the form directly below.<br><br>Please note:<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call toll free 877.772.9065 |

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Mail-In Form | | |
|---|---|---|
| | Mark any/all you want to limit:<br>☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes.<br>☐ Do not allow your affiliates to use my personal information to market to me.<br>☐ Do not share my personal information with non-affiliates to market their products and services to me.<br><br>Name: _____<br>Address: _____ | Mail to:<br>NewRez LLC c/o PHH Mortgage Services<br>Attn: Research Mail Stop SV26<br>5720 Premier Park Drive<br>West Palm Beach, FL 33407<br><br>Or fax toll-free to:<br>877.412.3048 |

Page 2

## Who we are

| Who is providing this notice? | NewRez LLC |
|---|---|

## What we do

| How does NewRez LLC protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. Our security practices include limiting access to this information to those employees and business associates with appropriate authority and for intended business purposes only. |
|---|---|
| How does NewRez LLC collect my personal information? | We collect your personal information, for example, when you<br>• Pay your bills or provide the mortgage information<br>• Give us your contact information or provide employment information<br>• Give us your income information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for non-affiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account unless you indicate in the mail-in form that the choices apply solely to you. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and non-financial companies.<br>• *Our affiliates include, but are not limited to: Shellpoint Partners LLC, New Residential Mortgage LLC, Avenue 365 Lender Services, LLC, E Street Appraisal Management LLC.* |
|---|---|
| Non-affiliates | Companies not related by common ownership or control. They can be financial and non-financial companies.<br>• *Non-affiliates that we share with may include: financial services providers (such as consumer banks, insurance companies and agencies or companies offering financial and credit products or services), mortgage companies, or nonfinancial companies (such as technology, legal, health, home-related, media and communications service providers, education/training, entertainment, transportation, automotive and marketing companies, discount and membership programs, retailers, utilities, or employment resources) direct marketing companies, and non-profit organizations.* |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners may include financial service providers (such as mortgage lenders, home warranty companies, payment accelerator service companies, insurance companies, and maintenance referral services, credit card companies, insurance companies, companies offering financial and credit products or services or non-profit financial and housing counseling organizations); or nonfinancial companies (such as technology, legal, health, home-related, media and communications service providers, education/training,* |

**Other important information**

**Residents of Nevada:** We are providing this notice pursuant to Nevada state law. You may be placed on our internal Do Not Call List by contacting our customer service department via telephone at 877-772-9065; or via mail at NewRez LLC, c/o PHH Mortgage Services, Attn: Research Mail Stop SV26, 5720 Premier Park Drive, West Palm Beach, FL 33407. You may also obtain further information by contacting the Bureau of Consumer Protection, Office of the Nevada Attorney General via mail at 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; via telephone at 702.486.3132; or via email at BCPINFO@ag.state.nv.gov.

**Residents of Vermont:** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to non-affiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

- Additional information concerning our privacy policies can be found by calling 877-772-9065.

**Residents of California:** In accordance with California law, we will not share information we collect about you with non-affiliated third parties, except as permitted by law, including, for example, with your consent or to service your account.

If you are a California resident and we share information with affiliates, or if we have entered into joint marketing agreements with non-affiliated financial companies, we have separately mailed you a California Privacy Notice. If you do not want us to share your information with such companies, please let us know by simply calling the toll-free telephone number provided, completing the reply form contained in the California Privacy Notice and mailing it to the address provided or faxing it to the number provided. We will also limit sharing among our affiliates to the extent required by California law. If you are a new customer, we can begin sharing your information 45 days from the date we sent this notice.

**Residents of North Dakota:** We will not disclose information we collect about you with non-affiliated third parties, other than as permitted by North Dakota law, unless you authorize us to make those disclosures

- Additional information concerning our privacy policies can be found by calling 877-772-9065.

**MortgageQuestions**

(https://www.mortgagequestions.com/Home/15882/landscape?
jpid=Home&PHH_CSRFTOKEN=GC1K-FL5V-9II0S-FCX8-JI5O-WIJVI-Q6TW-D7DJ)

Have Questions? Call us
800-449-8767

## Sign Up

### Step 1 of 2 - General Information

* = Required field

First Name *

Janice

Last Name *

Grenadier

Social Security Number *

●●●●●●●●●

Email Address *

jwgrenadier@gmail.c

Loan Number *

7143312465

Username *

jwgrenadier

Password *

●●●●●●●●

Confirm Password *

●●●●●●●●

Next Step

**Manage Your Account Online Today!**

It's never been easier to manage your mortgage account online. Register today on www.MortgageQuestions.com and start enjoying these benefits:

- Access your account information 24/7
- Set up automatic payments
- Review statements and payment history
- Request support for your online account
- Sign up for helpful account alerts in the Message Center
- Enroll in paperless delivery for statements and enjoy free online payments

**Paperless Delivery**

Access your account, tax,privacy, and other important notices 24/7 through your online account. It's also a great way to reduce clutter and stay organized. It's simple,fast, and free!

© 2019 PHH Mortgage. All rights reserved.  Privacy & Security    Terms of Use    Contact

All information viewed on this site is sent through a secure connection. Any information you exchange with this site can not be viewed by anyone else on the W Account information is updated daily at 8:00 am Tuesday - Sunday. Account activity from Saturday to Monday will be available by 8:00 am Tuesday. PHH Mortg Services will perform all servicing activities for your mortgage loan. NMLS ID #2726 (http://nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/2726 (http://nmlsconsumeraccess.org/EntityDetails.aspx/COMPANY/2726)). For an optimal experience we recommend viewing this site with the following browsers: Internet Explorer, Mozilla Firefox.





Have Questions? Call us
1-888-820-6474



## Payment Summary - 7143312465

Loan Information

844-518-8394

October 1, 2017



Have Questions? Call us
1-888-820-6474

# View Documents - 7143312465

## Loan Information



Provider: JANICE WOLK GRENADIER

### Contact Information

October 1, 2019





Welcome, JANICE WOLK-GRENADIER

LOG OUT

Your Account Information     User Profiles     Contact Us

My Mortgage Center

# Manage Account

## Use the links below to manage your account

Update email address
Update password
Update security questions
Add a login to profile

844-518-8194

All information viewed on this site is sent through a secure connection. Any information you exchange with this site can not be viewed by anyone else on the Web. Account information is updated daily at 8:00 am Tuesday - Sunday. Account activity from Saturday to Monday will be available by 8:00 am Tuesday. PHH Mortgage Services will perform all servicing activities for your mortgage loan.

Privacy & Security  |  Terms of Use





Welcome, JANICE WOLK-GRENADIER

LOG OUT

## Never miss a payment again.

Sign up for automatic mortgage payments.

Secure automatic mortgage payment directly from your bank account.

Your Account Information     User Profiles     Contact Us

## Escrow Information - 7143312465

**15W SPRING ST , ALEXANDRIA, VA 22301**

### Loan Information

Select Different Account

Statements     Payments     Message/Document Center     Resource Center     FAQs     Homeowner's Assistance

Overview     Activity     Escrow Information     Note Void Information     Bill Information

844-518-8194

| | | |
|---|---|---|
| Borrower | **JANICE WOLK-GRENADIER** | |
| Co Borrower | | |
| Home Phone | **202-368-7178** | |
| Other Phone | **000-000-0000** | |

### Escrow Summary

| | |
|---|---|
| Last escrow analysis was on: | 11/01/2017 |
| Current escrow account balance is: | $0.00 |
| Current escrow advance is | $18,704.81 |
| Old monthly escrow payment was: | $0.00 |
| New monthly escrow payment is: | $598.70 |

### Payment comprised of the following amounts

| | |
|---|---|
| Payment Due: | $2,503.97 |
| Principal and Interest: | $1,905.27 |
| Miscellaneous | |

### Escrow Detail

| | |
|---|---|
| Homeowner's Insurance | |
| Your insurance company is | AMERICAN BANKERS (PHH) |
| Your policy number is: | ASSURANT REO |
| Your policy expiration date is: | 09/01/2019 |
| Your annual premium is | $538.65 |
| Taxes | Your CITY TAX is paid semi annually at an estimated annual amount of $9,258.63. Your taxes are next due on 10/2019 |
| Taxes | Your OTHER TAX is paid semi annually at an estimated annual amount of $513.00. Your taxes are next due on 10/2019. |

All information viewed on this site is sent through a secure connection. Any information you exchange with this site can not be viewed by anyone else on the Web. Account information is updated daily at 8:00 am Tuesday - Sunday. Account activity from Saturday to Monday will be available by 8:00 am Tuesday. PHH Mortgage Services will perform all servicing activities for your mortgage loan.

Privacy & Security  |  Terms of Use





Welcome, JANICE WOLK-GRENADIER

## Never miss a payment again.

Sign up for automatic mortgage payments.

Secure automatic mortgage payment directly from your bank account.

Your Account Information    User Profile    Contact Us

## View Documents - 7143312465

**15W SPRING ST, ALEXANDRIA, VA 22301**

### Loan Information

Select Different Account

Statements    Payments    Message/Document Center    Resource Center    FAQs    Homeowner's Assistance

View Messages    Manage Alerts    View Documents

844-518-8194

| | | Contact Information | |
|---|---|---|---|
| Borrower: | **JANICE WOLK-GRENADIER** | Mailing Address: | 15 W SPRING ST, ALEXANDRIA, VA, 223012450 |
| Co-Borrower: | | | |
| Home Phone | **202-368-7178** | Alerts Sent to | jwgrenadier@gmail.com |
| Other Phone | **000-000-0000** | | |

### Available Documents

| Date Received | Subject | | Expiry Date |
|---|---|---|---|

*Currently no documents are available.*

If you don't see the document you are looking for, please call us at 1-888-820-6474.

All information viewed on this site is sent through a secure connection. Any information you exchange with this site can not be viewed by anyone else on the Web. Account information is updated daily at 8:00 am Tuesday - Sunday. Account activity from Saturday to Monday will be available by 8:00 am Tuesday. PHH Mortgage Services will perform all servicing activities for your mortgage loan.

Privacy & Security   |   Terms of Use



Have Questions? Call us
1-888-820-6474



Welcome, JANICE WOLK-GRENADIER



# Never miss a payment again.

Sign up for automatic mortgage payments.

Secure automatic mortgage payment directly from your bank account.

Your Account Information     User Profiles     Contact Us

## My Account - 7143312465

**15W SPRING ST, ALEXANDRIA, VA 22301**

### Loan Information

Select Different Account

Statements     Payments     Message/Document Center     Resource Center     FAQs     Homeowner's Assistance

Overview     Activity     Account Information     Year End Information     Club enrollment

844-518-8194

| | | | |
|---|---|---|---|
| Borrower | **JANICE WOLK-GRENADIER** | **Loan: 7143312465** | |
| Co Borrower: | | Mailing Address | 15 W SPRING ST, ALEXANDRIA, VA 223012450 |
| Home Phone: | **202-368-7178** | Loan Type | Conventional without PMI ARM |
| Other Phone: | **000-000-0000** | Original Loan Amount | $390,000.00 |
| | | Principal Balance | $457,265.00 |
| | | Interest Rate | 5.000% |
| | | Loan Mature Date | 03/01/2035 |

 VIEW STATEMENTS

### Payment Information

**MAKE A PAYMENT**

| | |
|---|---|
| Billing Mode | **Monthly Billing Statement** |
| First Payment Date: | **04/01/2005** |
| Last Payment Date: | |
| Next Payment Date: | **11/01/2008** |
| Payment Due: | **$2,503.97** |

Having trouble making mortgage payments?
Click here for Help!

#### Year to Date Totals

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Insurance | $3,154.60 |
| Taxes | $4,908.56 |
| Miscellaneous | $0.00 |

#### Payment comprised of the following amounts

| | |
|---|---|
| Payment Due: | $2,503.97 |
| Principal and Interest: | $1,905.27 |
| City Tax | $767.76 |
| Other Taxes: | $169.06 |
| Miscellaneous | |

All information viewed on this site is sent through a secure connection. Any information you exchange with this site can not be viewed by anyone else on the Web. Account information is updated daily at 8:00 am Tuesday - Sunday. Account activity from Saturday to Monday will be available by 8:00 am Tuesday. PHH Mortgage Services will perform all servicing activities for your mortgage loan.

Privacy & Security   |   Terms of Use

 **NewRez**

C/O PHH Mortgage Services | 1 Mortgage Way | Mt. Laurel, NJ 08054 | Tel 1-888-820-6474 | Fax 1-856-917-8300

February 10, 2020                                                        Account Number: 7143312465

1-014-DDX/37-0000035-001-01-000-000-000-000-CS145

 JANICE WOLK-GRENADIER
15 W SPRING ST
ALEXANDRIA VA 22301-2450

**Property Address:**
15 W Spring St
Alexandria VA 22301

### ACKNOWLEDGEMENT OF CORRESPONDENCE

Dear Customer(s):

 **Why We Are Sending This Letter**

Thank you for the recent correspondence regarding the mortgage account referenced above. We are currently processing our response.

**What We Will Do**

As soon as we complete the research, we will promptly send our response(s).



**For any questions,** please contact our Customer Care Center at 1-888-820-6474 Monday through Friday from 8:00 am to 9:00 pm and Saturday from 8:00 am to 5:00 pm ET.

Sincerely,

Loan Servicing

---

www.MortgageQuestions.com                                                        CS145

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

Page 1

 **NewRez**

C/O PHH Mortgage Services | 1 Mortgage Way | Mt. Laurel, NJ 08054 | Tel 1-888-820-6474 | Fax 1-856-917-0300

February 24, 2020                                                              Account Number: 7143312465

0-N14-BDT59-0001708-001-01-000-000-000-000-NA001

   JANICE WOLK-GRENADIER
15 W SPRING ST
ALEXANDRIA VA 22301-2450

**Property Address:**
15 W Spring St
Alexandria VA 22301

### ACKNOWLEDGMENT OF CORRESPONDENCE

Dear Customer(s),

We acknowledge receipt of the correspondence concerning the mortgage loan account referenced above. We will review the correspondence, perform any required research, and then provide a written response within 30 business days, or sooner where applicable, of receipt of the correspondence.

Please note that we may need to extend the time period for responding by an additional 15 business days, as allowed. If we do, we will notify you before the end of the 30 business day period of the need for an extension, as well as the reason for the extension.

If you have any questions, please contact us at 1-888-820-6474.

Sincerely,

Loan Servicing

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*
Page 1

# NewRez

PHH Mortgage Services | 1 Mortgage Way | Mt. Laurel, NJ 08054 | Tel 1-888-820-6474 | Fax 1-856-917-8300

## Important Information

Requests for Information and Notices of Error, including Qualified Written Requests

If you wish to request information or assert an error relating to the servicing of your mortgage loan, including any Qualified Written Requests, you must use the address below and include your name, your mortgage loan account number, property address and a statement of either the information you are requesting or the error you believe has occurred.

PHH Mortgage Services
Post Office Box 66002
Lawrenceville, NJ 08648

NA001

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

Page 2

 NewRez

C/O PHH Mortgage Services | 1 Mortgage Way | Mt. Laurel, NJ 08054 | Tol 1-888-820-6474 | Fax 1-856-917-8300

 April 13, 2020                                                              Account Number: 7143312465

3-514-DER14-0000362-001-01-000-000-000-000-CS145

ılıllılılılıluılılılılılılılılılılılılılılılılılılılılıl

JANICE WOLK-GRENADIER
15 W SPRING ST
ALEXANDRIA VA 22301-2450

**Property Address:**
15 W Spring St
Alexandria VA 22301

### ACKNOWLEDGEMENT OF CORRESPONDENCE

Dear Customer(s):



**Why We Are
Sending This
Letter**

Thank you for the recent correspondence regarding the mortgage account referenced above. We are currently processing our response.



**What We
Will Do**

As soon as we complete the research, we will promptly send our response(s).

**For any questions,** please contact our Customer Care Center at 1-888-820-6474 Monday through Friday from 8:00am - 9:00pm ET and Saturday 8:00am to 5:00pm ET.

Sincerely,

Loan Servicing

---

www.MortgageQuestions.com                                                          CS145

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

 **Gmail**

JW G <jwgrenadier@gmail.com>

## Wells Fargo Bank NA v Janice Wolk Grenadier

11 messages

**Jessica Watson** <Jessica.Watson@newrez.com>                              Wed, Oct 23, 2024 at 11:33 AM
To: "jwgrenadier@gmail.com" <jwgrenadier@gmail.com>
Cc: Subpoenas <Subpoenas@newrez.com>

**/Via Email Service**

Attn: Janice Wolk Grenadier
15 W. Spring St.
Alexandria, VA 22301
jwgrenadier@gmail.com

Re: Wells Fargo Bank NA v Janice Wolk Grenadier

Dear Sir or Madam,

NewRez, LLC D/B/A Shellpoint Mortgage Servicing, hereafter known as "SMS" provides this response to the subpoena request received wherein you requested information on the referenced borrower.  Please be advised we were unable to find a loan for Janice Wolk Grenadier or for the provide address; 15 W. Spring St, Alezandria VA 22301.  If you have documents that show Shellpoint owns or services this loan, please provide documentation for further review and assistance.

Shellpoint values the opportunity to address your concerns, and we trust the information provided affords a satisfactory resolution to the matter.  Should you have any additional questions please call Jessica Watson 864-305-2676 or by e-mail subpoenas@newrez.com.

Sincerely,

*Jessica Watson*

Jessica Watson

Newrez D/B/A Shellpoint Mortgage Servicing

**EXHIBIT**

14

Jessica Watson

(She/Her/Hers)

*Intake Specalist*



jessica.watson@newrez.com

Phone: (864) 305-2676 ext 43087

DISCLAIMER: NewRez LLC (d/b/a Shellpoint Mortgage Servicing) is an Equal Housing Opportunity Lender, NMLS # 3013 (www.nmlsconsumeraccess.org). Loans will be made or arranged pursuant to our applicable license(s), which may be found at www.NewRez.com. This communication does not constitute a commitment to lend or the guarantee of a specified interest rate. All loan programs and availability of cash proceeds are subject to underwriting and property approval. This email may contain privileged and confidential information. The information is intended only for the use of the sender's intended recipient(s). DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

---

**JW G** <jwgrenadier@gmail.com>                                         Sat, Jan 11, 2025 at 9:19 AM
To: Jessica Watson <Jessica.Watson@newrez.com>, baronsilverstein@gmail.com, Leon Cooperman <lgc@omega-advisors.com>, william.shepro@altisource.com, "BoardCommunications@wellsfargo.com" <boardcommunications@wellsfargo.com>, charles.scharf@wellsfargo.com, ir@rithmcap.com, ritm-jf@joelefrank.com

Jessica,

I suggest you look again - I have your company and CEO along with others - on the appearance of Money Laundering - I have emails and letters from New Rez since 2019 - when they became the new server for my loan that was foreclosed on my Wells Fargo Bank in 2018 which you will find attached a letter that was filed in the COA Courthouse that they had nothing to do with this and a Notarized letter that states the same.

A realtor said that NewPenn put a loan on it for over $900,000

I have attached just some of the information which the CEO's attached already have and have covered it up -

I have also attached the 1099 that says OCWEN an ackerman not the name of a company - et al -

You hired lawyers that own the Judges - that swindled $30,000. out of me in 1990 - the following links will show the Virginia Judiciary under Trump will be investigated:

https://judicialpedia.com/listing/trump-v-new-york-stop-sentencing-due-to-bias-judge-merchan-lawfare-upheld-by-scotus/

https://judicialpedia.com/listing/virginia-judiciary-treason-ok-with-jirc/

and hopefully with my documentation the SEC & the FBI et al



You believe you are above the law.

Any questions please do not hesitate to contact me.  This email should be construed only as a means for you to review your email as that it is incorrect.  If you would like to settle this with me - I am always open.  But, you see your lawyers believe they own the Judges - and so far they have.

Happy New Year -

JW Grenadier
Certified ADA Advocate & Mediator
202-368-7178
Founder:  JudicialPedia.com  over 5 Million views in 2023
  Please Support:  SCOTUS No. 23-7758 Writ of Mandamus & Prohibition
https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/
Our YouTube  https://youtu.be/c4Ldi5fSCxM?si=saz8UGywb960SpEb
Board Member:  Elderly Lives Matter  https://www.elderlylivesmatterusa.org/
Coming Soon:  MyWarPedia.com
Founder:  What's In Your Tool Box?  For Justice:  The Grand Jury aka Special Grand Jury, the 4th Arm of Government owned by the people, the Declaration of Independence, the United States and State Constitutions, the Four Freedoms, Worship FEAR Speech Want

*This message has been sent as a part of the discussion between Janice Wolk Grenadier and the addressee whose name is specified above. That no information in this email should be taken as legal advice but, as an ADA Advocate suggestion of Common Sense.  Should you receive this message by mistake, I would be most grateful if you informed me that the message has been sent to you. In this case, I also ask that you delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your cooperation and understanding. As the content of this email is confidential and intended for the recipient specified in the message only. Thank you*

The sender has requested a read receipt. If you do not wish to provide one, click here

[Quoted text hidden]

**11 attachments**

📄 **8.  Corruption Cover-Up Reza Troutman 20241026_144011.PDF**
2326K

📄 **5.  Fabricated IRS OCWEN 1099  20241026_144138.PDF**
1218K

**Exhibit 1 Letter from 2022 Senate that Robo Signing is Illegal which VOIDS all docs20240401_114426.PDF**
3533K

**Exhibit 7 Lost Assignment with Fake Bar No. et al by OCWEN20240401_114752.PDF**
3968K

**Both Letters from Wells Fargo .pdf**
2439K

**NewRez Email 2020 20250111_083918.PDF**
1831K

**New Rez Emails 2024 20250111_083804.PDF**
2214K

**New Rez - Letter from OCWEN 2019 20250111_083750.PDF**
1479K

**New Rez 2021 Emails 20250111_083901.PDF**
770K

**New Rez Emails 2023 20250111_083830.PDF**
467K

**Emails New Rez  2023 20250111_083830.PDF**
467K

---

**Jessica Watson** <Jessica.Watson@newrez.com>                                    Mon, Jan 13, 2025 at 8:51 AM
To: JW G <jwgrenadier@gmail.com>, "baronsilverstein@gmail.com" <baronsilverstein@gmail.com>, Leon Cooperman <lgc@omega-advisors.com>, "william.shepro@altisource.com" <william.shepro@altisource.com>, "BoardCommunications@wellsfargo.com" <boardcommunications@wellsfargo.com>, "charles.scharf@wellsfargo.com" <charles.scharf@wellsfargo.com>, "ir@rithmcap.com" <ir@rithmcap.com>, "ritm-jf@joelefrank.com" <ritm-jf@joelefrank.com>

Janice,


There is no need for me to look again Your mortgage is being serviced through PPH Mortgage as it clearly states on both statements you have provided. What I can do is forward this email and the subpoena you served in Oct to PHH Mortgage, and they will be able to assist you.



**Jessica Watson**

(She/Her/Hers)

*Intake Specialist*




jessica.watson@newrez.com

Phone: (864) 305-2676 ext. 43087

**From:** JW G <jwgrenadier@gmail.com>
**Sent:** Saturday, January 11, 2025 9:19 AM
**To:** Jessica Watson <Jessica.Watson@newrez.com>; baronsilverstein@gmail.com; Leon Cooperman <lgc@omega-advisors.com>; william.shepro@altisource.com; BoardCommunications@wellsfargo.com; charles.scharf@wellsfargo.com; ir@rithmcap.com; rittm-jf@joelefrank.com
**Subject:** [EXTERNAL] Re: Wells Fargo Bank NA v Janice Wolk Grenadier

External Email. Please use caution before clicking on links or opening attachments.

Jessica,

I suggest you look again - I have your company and CEO along with others - on the appearance of Money Laundering - I have emails and letters from New Rez since 2019 - when they became the new server for my loan that was foreclosed on my Wells Fargo Bank in 2018 which you will find attached a letter that was filed in the COA Courthouse that they had nothing to do with this and a Notarized letter that states the same.

A realtor said that NewPenn put a loan on it for over $900,000

I have attached just some of the information which the CEO's attached already have and have covered it up -

I have also attached the 1099 that says OCWEN an accerman not the name of a company - et al -

You hired lawyers that own the Judges - that swindled $30,000. out of me in 1990 - the following links will show the Virginia Judiciary under Trump will be investigated:

https://judicialpedia.com/listing/trump-v-new-york-stop-sentencing-due-to-bias-judge-merchan-lawfare-upheld-by-scotus/

https://judicialpedia.com/listing/virginia-judiciary-treason-ok-with-jirc/

and hopefully with my documentation the SEC & the FBI et al



You believe you are above the law.

Any questions please do not hesitate to contact me. This email should be construed only as a means for you to review your email as that it is incorrect. If you would like to settle this with me - I am always open. But, you see your lawyers believe they own the Judges - and so far they have.

Happy New Year -

JW Grenadier

Certified ADA Advocate & Mediator

202-368-7178

Founder: JudicialPedia.com over 5 Million views in 2023

Please Support: SCOTUS No. 23-7758 Writ of Mandamus & Prohibition

https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/

Our YouTube https://youtu.be/c4Ldi5fSCxM?si=saz8UGywb960SpEb

Board Member: Elderly Lives Matter https://www.elderlylivesmatterusa.org/

Coming Soon: MyWarPedia.com

*Founder:* **What's In Your Tool Box?** *For Justice: The Grand Jury aka Special Grand Jury, the 4th Arm of Government owned by the people, the Declaration of Independence, the United States and State Constitutions, the Four Freedoms, Worship FEAR Speech Want*

*This message has been sent as a part of the discussion between Janice Wolk Grenadier and the addressee whose name is specified above. That no information in this email should be taken as legal advice but, as an ADA Advocate suggestion of Common Sense. Should you receive this message by mistake, I would be most grateful if you informed me that the message has been sent to you. In this case, I also ask that you delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your cooperation and understanding. As the content of this email is confidential and intended for the recipient specified in the message only. Thank you*

[Quoted text hidden]

**JW G** <jwgrenadier@gmail.com>                                                              Mon, Jan 13, 2025 at 10:06 AM
To: Jessica Watson <Jessica.Watson@newrez.com>
Cc: Subpoenas <Subpoenas@newrez.com>, baronsilverstein@gmail.com, william.shepro@altisource.com,
"BoardCommunications@wellsfargo.com" <BoardCommunications@wellsfargo.com>, charles.scharf@wellsfargo.com,
ir@rithmcap.com, ritm-jf@joelefrank.com, dana.rowell@rhss.com, kkeane@pkfod.com, Leon Cooperman <lgc@omega-advisors.com>,
ISRAEL.MEIR@altisource.com, jasonmyares@gmail.com

Good Morning,

The letter states:

IMPORTANT INFORMATION ABOUT THE MORTGAGE LOAN ACCOUNT

Dear JANICE WOLK-GRENADIER,

This letter and the enclosed privacy notice contain important information about the mortgage loan account. Please review the documents carefully

Why am I receiving this letter?
PHH Mortgage Services is providing the enclosed privacy notice to you on behalf of New Rez LLC, the company that has acquired the rights to service the mortgage loan account.

I then received a letter from New Rez - I was able to sign into an account - this was in coordination with the letter above. This was over a year after a Foreclosure with Fraudulent Documents.

That was then disclosed by the listing ya'll put over a $900,000 loan on the property and did not file a lean against the property that I can see. Never paying off the original loan

This has all the signs of a ponzi scheme - by all involved and now You and Wells Fargo Bank N. A. both have stated in writing you have nothing to do with it - but, both of your names are on documents and emails I am being sent.

Wells Fargo Bank N. A. lawyers have committed perjury in the City of Alexandria Courts - but, yall own the judges so you have been able to get away with it. I think that is changing come January 20, 2025

I am not stupid and I it is obvious all the men involved in this have been working together in this scheme since before the 2008 banking debacle

This is Banking Fraud.

You all are running a rico and racketeering enterprise at the expense of homeowners and it now needs to be a FEDERAL Investigation for Money Laundering.

The United States of America citizens are tired of the lawfare that this group of men have owned. President Trump who I supported in this filing to SCOTUS having lived it understands how we are not getting fair trials against ya'll.
https://judicialpedia.com/listing/trump-v-new-york-stop-sentencing-due-to-bias-judge-merchan-lawfare-upheld-by-scotus/

My most recent Podcast:

https://rumble.com/v68qevg-discuss-the-capture-of-judge-oversight-entities-across-the-united-states-of.html

To come back to me - and lying about the involvement of New Rez is crazy. Or as I stated above, you think I am stupid.

I have requested several times to resolve this and ya'll refuse - you thought you could be silent/complicit and the courts would quash me and you were most likely told by your lawyers as that is the pattern and practice - Not many people will stand up to all of you. I am.

But, I am no longer alone, we have a reset coming - just look at Mark Zuckerberg crying like a baby - "I was bullied by the Biden Administration" He couldn't man up and do the right thing and uphold our constitution of Freedom of Speech.

No different than what has been happening in our courts, which now we have a President that understands that.

I am always open to having this mediated and or to talk to your E & O insurance / Business Insurance to settle this, -but, most likely you believe you are above the law, and this should be construed as nothing more than a way to settle a very unfortunate situation.

The documents are clear, don't embarrass yourself, you have some kind of a deal with OCWEN aka PHH aka AMHMS aka Homeward aka ONITY.

A rumor at that time was OCWEN was headed to bankruptcy and needed to hide assets - like I said that was just a rumor of that time from a past OCWEN employee -

I have attached the documents sent before with Exhibit 15 that shows a Welcome to NewRez

How do 2 companies trading on the stock market under two different signs share assets? I would never make these allegations without the evidence I believe gives me standing to suggest such crimes.

If you have any questions please feel free to contact me.

Warmly,

JW Grenadier
Certified ADA Advocate & Mediator
202-368-7178
Founder: JudicialPedia.com over 5 Million views in 2023
Please Support: SCOTUS No. 23-7758 Writ of Mandamus & Prohibition
https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/
Our YouTube https://youtu.be/c4Ldi5fSCxM?si=saz8UGywb960SpEb
Board Member: Elderly Lives Matter https://www.elderlylivesmatterusa.org/
Coming Soon: MyWarPedia.com
*Founder: **What's In Your Tool Box? For Justice:** The Grand Jury aka Special Grand Jury, the 4th Arm of Government owned by the people, the Declaration of Independence, the United States and State Constitutions, the Four Freedoms, Worship FEAR Speech Want*



    📄   5. Fabricated IRS OCWEN 1099 20241026_1441…

    📄   8. Corruption Cover-Up Reza Troutman 2024102…

    📄   Both Letters from Wells Fargo .pdf

    📄   Emails New Rez 2023 20250111_083830.PDF

    📄   Exhibit 1 Letter from 2022 Senate that Robo Sign…

    📄   Exhibit 7 Lost Assignment with Fake Bar No. et al…

    📄   Exhibit 15 OCWEN 2019 moves Loan to NewRE…

📄   Flyer Why so many change of these Companies …

📄   New Rez 2021 Emails 20250111_083901.PDF

📄   New Rez - Letter from OCWEN 2019 20250111_…

📄   New Rez Emails 2023 20250111_083830.PDF

📄   New Rez Emails 2024 20250111_083804.PDF

📄   NewRez Email 2020 20250111_083918.PDF

*This message has been sent as a part of the discussion between Janice Wolk Grenadier and the addressee whose name is specified above. That no information in this email should be taken as legal advice but, as an ADA Advocate suggestion of Common Sense. Should you receive this message by mistake, I would be most grateful if you informed me that the message has been sent to you. In this case, I also ask that you delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your cooperation and understanding. As the content of this email is confidential and intended for the recipient specified in the message only. Thank you*

On Wed, Oct 23, 2024 at 11:33 AM Jessica Watson <Jessica.Watson@newrez.com> wrote:

[Quoted text hidden]

*The sender has requested a read receipt. If you do not wish to provide one, click here.*

---

**Jessica Watson** <Jessica.Watson@newrez.com>        Mon, Jan 13, 2025 at 10:31 AM
To: JW G <jwgrenadier@gmail.com>
Cc: Subpoenas <Subpoenas@newrez.com>, "baronsilverstein@gmail.com" <baronsilverstein@gmail.com>, "william.shepro@altisource.com" <william.shepro@altisource.com>, "BoardCommunications@wellsfargo.com" <BoardCommunications@wellsfargo.com>, "charles.scharf@wellsfargo.com" <charles.scharf@wellsfargo.com>, "ir@rithmcap.com" <ir@rithmcap.com>, "ritm-jf@joelefrank.com" <ritm-jf@joelefrank.com>, "dana.rowell@rhss.com" <dana.rowell@rhss.com>, "kkeane@pkfod.com" <kkeane@pkfod.com>, Leon Cooperman <lgc@omega-advisors.com>, "ISRAEL.MEIR@altisource.com" <ISRAEL.MEIR@altisource.com>, "jasonmiyares@gmail.com" <jasonmiyares@gmail.com>

Ma'am our objection stands, all the information you have provided has clearly stated that PHH Mortgage services your loan. You have a great day.

**From:** JW G <jwgrenadier@gmail.com>
**Sent:** Monday, January 13, 2025 10:07 AM
**To:** Jessica Watson <Jessica.Watson@newrez.com>
**Cc:** Subpoenas <Subpoenas@newrez.com>; baronsilverstein@gmail.com; william.shepro@altisource.com; BoardCommunications@wellsfargo.com; charles.scharf@wellsfargo.com; ir@rithmcap.com; ritm-jf@joelefrank.com; dana.rowell@rhss.com; kkeane@pkfod.com; Leon Cooperman <lgc@omega-advisors.com>; ISRAEL.MEIR@altisource.com; jasonmiyares@gmail.com
**Subject:** [EXTERNAL] Re: Wells Fargo Bank NA v Janice Wolk Grenadier

External Email. Please use caution before clicking on links or opening attachments.

Good Morning,

The letter states:

## IMPORTANT INFORMATION ABOUT THE MORTGAGE LOAN ACCOUNT

Dear JANICE WOLK-GRENADIER,

This letter and the enclosed privacy notice contain important information about the mortgage loan account. Please review the documents carefully.

### Why am I receiving this letter?

PHH Mortgage Services is providing the enclosed privacy notice to you on behalf of New Rez LLC, the company that has acquired the rights to service the mortgage loan account.

[Quoted text hidden]
[Quoted text hidden]

5. Fabricated IRS OCWEN 1099 20241026_144138.PDF

8. Corruption Cover-Up Reza Trou                   144011.PDF

Both Letters from Wells Fargo .pdf

Emails New Rez 2023 20250111_083830.PDF

Exhibit 1 Letter from 2022 Senate that Robo Signing is Illegal which VOIDS all docs20

Exhibit 7 Lost Assignment with Fake Bar No. et al by OCWEN20240401_11

Exhibit 15 OCWEN 2019 moves Loan to NewREZ 20240401_120118.PDF

Flyer Why so many change of these Companie         James.pdf

New Rez 2021 Emails 20250111_083901.PDF

New Rez - Letter from OCWEN 2019 2025011

New Rez Emails 2023 20250111_083830.PDF

New Rez Emails 2024 20250111_083804.PD

*This message has been sent as a part of the discussion between Janice Wolk Grenadier and the addressee whose name is specified above. That no information in this email should be taken as legal advice but, as an ADA Advocate suggestion of Common Sense.  Should you receive this message by mistake, I would be most grateful if you informed me that the message has been sent to you. In this case, I also ask that you delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your cooperation and understanding. As the content of this email is confidential and intended for the recipient specified in the message only. Thank you*

On Wed, Oct 23, 2024 at 11:33 AM Jessica Watson <Jessica.Watson@newrez.com> wrote:

**/Via Email Service**

Attn: Janice Wolk Grenadier
15 W. Spring St.

Alexandria, VA 22301
jwgrenadier@gmail.com

Re: Wells Fargo Bank NA v Janice Wolk Grenadier

Dear Sir or Madam,

NewRez, LLC D/B/A Shellpoint Mortgage Servicing, hereafter known as "SMS" provides this response to the subpoena request received wherein you requested information on the referenced borrower.  Please be advised we were unable to find a loan for Janice Wolk Grenadier or for the provide address; 15 W. Spring St, Alezandria VA 22301.  If you have documents that show Shellpoint owns or services this loan, please provide documentation for further review and assistance.

Shellpoint values the opportunity to address your concerns, and we trust the information provided affords a satisfactory resolution to the matter.  Should you have any additional questions please call Jessica Watson 864-305-2676 or by e-mail subpoenas@newrez.com.

Sincerely,

*Jessica Watson*

Jessica Watson

Newrez D/B/A Shellpoint Mortgage Servicing

**Jessica Watson**

*(She/Her/Hers)*

*Intake Specalist*



jessica.watson@newrez.com

Phone: (864) 305-2676 ext 43087

DISCLAIMER: NewRez LLC (d/b/a Shellpoint Mortgage Servicing) is an Equal Housing Opportunity Lender, NMLS # 3013 (www.nmlsconsumeraccess.org). Loans will be made or arranged pursuant to our applicable license(s), which may be found at www.NewRez.com. This communication does not constitute a commitment to lend or the guarantee of a specified interest rate. All loan programs and availability of cash proceeds are subject to underwriting and property approval. This email may contain privileged and confidential information. The information is intended only for the use of the sender's intended recipient(s). DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender by replying to this message and then delete it from your system. Use, dissemination or copying of this message by unintended recipients is not authorized and may be unlawful. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

---

**JW G** <jwgrenadier@gmail.com>                                    Mon, Jan 13, 2025 at 10:52 AM
To: Jessica Watson <Jessica.Watson@newrez.com>
Cc: Subpoenas <Subpoenas@newrez.com>, "baronsilverstein@gmail.com" <baronsilverstein@gmail.com>, "william.shepro@altisource.com" <william.shepro@altisource.com>, "BoardCommunications@wellsfargo.com" <BoardCommunications@wellsfargo.com>, "charles.scharf@wellsfargo.com" <charles.scharf@wellsfargo.com>, "ir@rithmcap.com" <ir@rithmcap.com>, "ritm-jf@joelefrank.com" <ritm-jf@joelefrank.com>, "dana.rowell@rhss.com" <dana.rowell@rhss.com>, "kkeane@pkfod.com" <kkeane@pkfod.com>, Leon Cooperman <lgc@omega-advisors.com>, "ISRAEL.MEIR@altisource.com" <ISRAEL.MEIR@altisource.com>, "jasonmiyares@gmail.com" <jasonmiyares@gmail.com>

Jessica,

Please explain this to me:

JW Grenadier
Certified ADA Advocate & Mediator
202-368-7178
Founder: JudicialPedia.com  over 5 Million views in 2023
 Please Support:  SCOTUS No. 23-7758 Writ of Mandamus & Prohibition
https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/
Our YouTube  https://youtu.be/c4Ldi5fSCxM?si=saz8UGywb960SpEb
Board Member:  Elderly Lives Matter  https://www.elderlylivesmatterusa.org/
Coming Soon:  MyWarPedia.com
Founder:  **What's In Your Tool Box?  For Justice:**  *The Grand Jury aka Special Grand Jury, the 4th Arm of Government owned by the people, the Declaration of Independence, the United States and State Constitutions, the Four Freedoms, Worship FEAR Speech Want*

*This message has been sent as a part of the discussion between Janice Wolk Grenadier and the addressee whose name is specified above. That no information in this email should be taken as legal advice but, as an ADA Advocate suggestion of Common Sense.  Should you receive this message by mistake, I would be most grateful if you informed me that the message has been sent to you. In this case, I also ask that you delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your cooperation and understanding. As the content of this email is confidential and intended for the recipient specified in the message only. Thank you*

*The sender has requested a read receipt. If you do not wish to provide one, click here.*

[Quoted text hidden]

---

**Jessica Watson** <Jessica.Watson@newrez.com>                                                      Mon, Jan 13, 2025 at 10:55 AM
To: JW G <jwgrenadier@gmail.com>


If you have questions regarding your loan, please the number that is provided to you.




**From:** JW G <jwgrenadier@gmail.com>
**Sent:** Monday, January 13, 2025 10:52 AM
**To:** Jessica Watson <Jessica.Watson@newrez.com>
**Cc:** Subpoenas <Subpoenas@newrez.com>; baronsilverstein@gmail.com; william.shepro@altisource.com; BoardCommunications@wellsfargo.com; charles.scharf@wellsfargo.com; ir@rithmcap.com; ritm-jf@joelefrank.com; dana.rowell@rhss.com; kkeane@pkfod.com; Leon Cooperman <lgc@omega-advisors.com>;

ISRAEL.MEIR@altisource.com; jasonmiyares@gmail.com
**Subject:** Re: [EXTERNAL] Re: Wells Fargo Bank NA v Janice Wolk Grenadier

External Email. Please use caution before clicking on links or opening attachments.

Jessica,

Please explain this to me:



[Quoted text hidden]
[Quoted text hidden]

---

**Jessica Watson** <Jessica.Watson@newrez.com>       Mon, Jan 13, 2025 at 11:27 AM
To: JW G <jwgrenadier@gmail.com>

I have sent your subpoena to PPH Mortgage and someone from PHH mortgage will be able to help you.

**From:** JW G <jwgrenadier@gmail.com>
**Sent:** Monday, January 13, 2025 10:52 AM
**To:** Jessica Watson <Jessica.Watson@newrez.com>
**Cc:** Subpoenas <Subpoenas@newrez.com>; baronsilverstein@gmail.com; william.shepro@altisource.com; BoardCommunications@wellsfargo.com; charles.scharf@wellsfargo.com; ir@rithmcap.com; ritm-jf@joelefrank.com; dana.rowell@rhss.com; kkeane@pkfod.com; Leon Cooperman <lgc@omega-advisors.com>; ISRAEL.MEIR@altisource.com; jasonmiyares@gmail.com
**Subject:** Re: [EXTERNAL] Re: Wells Fargo Bank NA v Janice Wolk Grenadier

External Email. Please use caution before clicking on links or opening attachments.

Jessica,

Please explain this to me:



[Quoted text hidden]
[Quoted text hidden]

---

**JW G** <jwgrenadier@gmail.com>        Mon, Jan 13, 2025 at 11:59 AM
To: Jessica Watson <Jessica.Watson@newrez.com>, Subpoenas <Subpoenas@newrez.com>, "baronsilverstein@gmail.com"
<baronsilverstein@gmail.com>, "william.shepro@altisource.com" <william.shepro@altisource.com>,
"BoardCommunications@wellsfargo.com" <BoardCommunications@wellsfargo.com>, "charles.scharf@wellsfargo.com"
<charles.scharf@wellsfargo.com>, "ir@rithmcap.com" <ir@rithmcap.com>, "ritm-jf@joelefrank.com" <ritm-jf@joelefrank.com>,
"dana.rowell@rhss.com" <dana.rowell@rhss.com>, "kkeane@pkfod.com" <kkeane@pkfod.com>, Leon Cooperman <lgc@omega-
advisors.com>, "ISRAEL.MEIR@altisource.com" <ISRAEL.MEIR@altisource.com>, "jasonmiyares@gmail.com"
<jasonmiyares@gmail.com>, xyzauh@gmail.com

Jessica,

This was a subpoena for NewRez and you for whatever reason think you can cover-up NewRez's collusion/conspiracy with OCWEN.

The appearance from the documents are clear:

1. you are sharing assets with OCWEN?
2. the alleged $900,000+ loan was taken through NewPenn aka NewRez that I was told about
3. the letter is clear and the after effect was clear New Rez was the New Servicer for a loan that was foreclosed on March 2018 -
became the server in 2019
4. OCWEN past employees stated that I guess you would call it saddling assets if OCWEN went into Bankruptcy
5. All companies that are Colluding/Conspiring are traded on the stock-market - which might be an issue to the SEC -
6. Most of the Altisource people came from OCWEN
7. Leon Cooperman was a 10% owner during this time frame I believe

All documents that have been done were Fraudulent even using the BAR # of Judge Donald Alexandra in Tallahassee Florida or the
question could be were you paying the Judge?  How involved is Judge Alexandra?  He has stayed silent which makes him complicit
and a party to the collusion / conspiracy -



# Donald R Alexander

| | |
|---|---|
| Member in Good Standing | Eligible to Practice Law in Florida |

| | |
|---|---|
| **Bar Number:** | 1079 |
| **Mail Address:** | PO Box 15164 |
| | Tallahassee, FL 32317-5164 |
| | Office: 850-488-9675 |
| **Email:** | xyzauh@gmail.com ✉ |
| **Personal Bar URL:** | https://www.floridabar.org/mybarprofile/1079 |
| **vCard:** | 📇 |
| **County:** | Leon |
| **Circuit:** | 02 |
| **Admitted:** | 06/07/1965 |
| **10-Year Discipline History:** | None |

I would like to have some answers - I do not believe that NewRez does not have something - and if you don't then we should join forces against OCWEN

I look forward to your response.

JW Grenadier
Certified ADA Advocate & Mediator
202-368-7178
Founder: JudicialPedia.com  over 5 Million views in 2023
Please Support: SCOTUS No. 23-7758 Writ of Mandamus & Prohibition
https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/
Our YouTube  https://youtu.be/c4Ldi5fSCxM?si=saz8UGywb960SpEb
Board Member: Elderly Lives Matter https://www.elderlylivesmatterusa.org/
Coming Soon: MyWarPedia.com
*Founder: **What's In Your Tool Box?** **For Justice:** The Grand Jury aka Special Grand Jury, the 4th Arm of Government owned by the people, the Declaration of Independence, the United States and State Constitutions, the Four Freedoms, Worship FEAR Speech Want*

*This message has been sent as a part of the discussion between Janice Wolk Grenadier and the addressee whose name is specified above. That no information in this email should be taken as legal advice but, as an ADA Advocate suggestion of Common Sense. Should you receive this message by mistake, I would be most grateful if you informed me that the message has been sent to you. In this case, I also ask that you delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your cooperation and understanding. As the content of this email is confidential and intended for the recipient specified in the message only. Thank you*
The sender has requested a read receipt. If you do not wish to provide one, click here.

[Quoted text hidden]

 **Exhibit 7 Lost Assignment with Fake Bar No. et al by OCWEN20240401_114752.PDF**
3968K

---

**JW G** <jwgrenadier@gmail.com>                             Mon, Jan 13, 2025 at 12:21 PM
To: Jessica Watson <Jessica.Watson@newrez.com>, Subpoenas <Subpoenas@newrez.com>, "baronsilverstein@gmail.com" <baronsilverstein@gmail.com>, "william.shepro@altisource.com" <william.shepro@altisource.com>, "BoardCommunications@wellsfargo.com" <BoardCommunications@wellsfargo.com>, "charles.scharf@wellsfargo.com" <charles.scharf@wellsfargo.com>, "ir@rithmcap.com" <ir@rithmcap.com>, "ritm-jf@joelefrank.com" <ritm-jf@joelefrank.com>, "dana.rowell@rhss.com" <dana.rowell@rhss.com>, "kkeane@pkfod.com" <kkeane@pkfod.com>, Leon Cooperman <lgc@omega-advisors.com>, "ISRAEL.MEIR@altisource.com" <ISRAEL.MEIR@altisource.com>, "jasonmiyares@gmail.com" <jasonmiyares@gmail.com>, xyzauh@gmail.com

Jessica,

This was a subpoena for NewRez and you for whatever reason think you can cover-up NewRez's collusion/conspiracy with OCWEN.

The appearance from the documents are clear:

1. you are sharing assets with OCWEN?
2. the alleged $900,000+ loan was taken through NewPenn aka NewRez that I was told about
3. the letter is clear and the after effect was clear New Rez was the New Servicer for a loan that was foreclosed on March 2018 - became the server in 2019
4. OCWEN past employees stated that I guess you would call it saddling assets if OCWEN went into Bankruptcy
5. All companies that are Colluding/Conspiring are traded on the stock-market - which might be an issue to the SEC -
6. Most of the Altisource people came from OCWEN
7. Leon Cooperman was a 10% owner during this time frame I believe

All documents that have been done were Fraudulent even using the BAR # of Judge Donald Alexandra in Tallahassee Florida or the question could be were you paying the Judge? How involved is Judge Alexandra? He has stayed silent which makes him complicit and a party to the collusion / conspiracy -



# Donald R Alexander

| Member in Good Standing | Eligible to Practice Law in Florida |
| --- | --- |

| | |
| --- | --- |
| **Bar Number:** | 1079 |
| **Mail Address:** | PO Box 15164 |
| | Tallahassee, FL 32317-5164 |
| | Office: 850-488-9675 |
| **Email:** | xyzauh@gmail.com |
| **Personal Bar URL:** | https://www.floridabar.org/mybarprofile/1079 |
| **vCard:** | |
| **County:** | Leon |
| **Circuit:** | 02 |
| **Admitted:** | 06/07/1965 |
| **10-Year Discipline History:** | None |

I would like to have some answers - I do not believe that NewRez does not have something - and if you don't then we should join forces against OCWEN

I look forward to your response.

JW Grenadier
Certified ADA Advocate & Mediator
202-368-7178
Founder:  JudicialPedia.com  over 5 Million views in 2023
 Please Support:  SCOTUS No. 23-7758 Writ of Mandamus & Prohibition
https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/
Our YouTube  https://youtu.be/c4Ldi5fSCxM?si=saz8UGywb960SpEb
Board Member:  Elderly Lives Matter  https://www.elderlylivesmatterusa.org/
Coming Soon:  MyWarPedia.com
*Founder:  What's In Your Tool Box? For Justice:*  *The Grand Jury aka Special Grand Jury, the 4th Arm of Government owned by the people, the Declaration of Independence, the United States and State Constitutions, the Four Freedoms, Worship FEAR Speech Want*

*This message has been sent as a part of the discussion between Janice Wolk Grenadier and the addressee whose name is specified above. That no information in this email should be taken as legal advice but, as an ADA Advocate suggestion of Common Sense.  Should you receive this message by mistake, I would be most grateful if you informed me that the message has been sent to you. In this case, I also ask that you delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your cooperation and understanding. As the content of this email is confidential and intended for the recipient specified in the message only. Thank you*

*The sender has requested a read receipt. If you do not wish to provide one, click here.*

[Quoted text hidden]

 **Exhibit 7 Lost Assignment with Fake Bar No. et al by OCWEN20240401_114752.PDF**
3968K

---

**JW G** <jwgrenadier@gmail.com>                                                    Tue, Feb 11, 2025 at 10:11 AM
To: Jessica Watson <Jessica.Watson@newrez.com>
Cc: baronsilverstein@gmail.com, william.shepro@altisource.com, ir@rithmcap.com, ritm-jf@joelefrank.com, dana.rowell@rhss.com, kkeane@pkfod.com, Leon Cooperman <lgc@omega-advisors.com>, ISRAEL.MEIR@altisource.com, jasonmiyares@gmail.com, Subpoenas <Subpoenas@newrez.com>, "WashingtonComplaints, DOJOIG (OIG)" <DOJOIG.WashingtonComplaints@usdoj.gov>, Marcus Wilson Fbi Cell <marcus.wilson@ic.fbi.gov>, "Fletcher, Michael (OIG)" <Michael.Fletcher@usdoj.gov>, Adam.miles@usdoj.gov, kerri.kupec@usdoj.gov, sarah.isgur.flores@usdoj.gov

Good Morning Jessica,

I have not heard from PHH but, as you see in the past emails it is you and your company that have sent the emails, and may have taken a loan against the home - I think it is called Money Laundering with the help of all the State Attorney General's & the Government - which with DOGE taking over the CFPB it will be much easier to prove.

The SCC is also under new subversion - God Bless America, God Bless Donald J. Trump & Elon Musk

JudicialPedia.com *"The Lawfare Storm"*
THE CFPB the Consumers Financial Protection Bureau
THE FEDERAL Government's BIGGEST SCAM on the AMERICAN PEOPLE

1. The American People under the impression that the CFPB is going to help them {Like a bunch of dumb bunnies} gives them all their information on how they have been harmed by the Financial Industry

2. The CFPB takes the information and Sues & Wins and then turns the money over to the Federal and or State Governments who then use the money in **"Slush Funds"** that when you FOIA the information there is no information on how the money was spent & or used

THE AMERICAN CITIZEN DOES NOT GET ANY OF THE FUNDS COLLECTED &
LIKE OCWEN aka ONITY, MR. COOPER, NewRez, Wells Fargo Bank et al
continue to HARM THE AMERICAN PEOPLE by the GOVERNMENT they pay for

GET THE CFPB AND ALL THAT HAVE FINANCIAL GAINED OFF OF IT
It was not the American Citizens that were harmed



The American Citizens Deserve Better

I look forward to hearing from you with the PHH information you claim is using your name - is it not through agreement so you could take that $900,000 plus loan?

Respectfully,

JW Grenadier
Certified ADA Advocate & Mediator
202-368-7178
Founder:  JudicialPedia.com  over 5 Million views in 2023
 Please Support:  SCOTUS No. 23-7758 Writ of Mandamus & Prohibition
https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/
Our YouTube  https://youtu.be/c4Ldi5fSCxM?si=saz8UGywb960SpEb
Board Member:  Elderly Lives Matter https://www.elderlylivesmatterusa.org/
Coming Soon:  MyWarPedia.com
Founder:  **What's In Your Tool Box? For Justice:**  The Grand Jury aka Special Grand Jury, the 4th Arm of Government owned by the people, the Declaration of Independence, the United States and State Constitutions, the Four Freedoms, Worship FEAR Speech Want

*This message has been sent as a part of the discussion between Janice Wolk Grenadier and the addressee whose name is specified above. That no information in this email should be taken as legal advice but, as an ADA Advocate suggestion of Common Sense.  Should you receive this message by mistake, I would be most grateful if you informed me that the message has been sent to you. In this case, I also ask that you delete this message from your mailbox, and do not forward it or any part of it to anyone else. Thank you for your cooperation and understanding. As the content of this email is confidential and intended for the recipient specified in the message only. Thank you*
The sender has requested a read receipt. If you do not want to provide one, click here.

[Quoted text hidden]



EXHIBIT

15

2024



9/30/24, 9:52 PM                                    Gmail - Your User Registration Is Confirmed.

 Gmail                                              JW G <jwgrenadier@gmail.com>

## Your User Registration Is Confirmed.
1 message

**notifications@mortgagequestions.com** <notifications@mortgagequestions.com>     Sat, Sep 28, 2024 at 8:57 AM
To: jwgrenadier@gmail.com



MortgageQuestions Account Registration Notification

09/28/2024

Dear JANICE WOLK-GRENADIER:

The purpose of this email is to confirm that your new user profile was registered on 09/28/2024. If you made this change, you do not need to take any further action. Please contact our Customer Service Center if you need further assistance.

This message is for information purposes only. Please do not respond to this email address.



**newrez**

C/O PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416

Tel 888-820-6474
Fax 856-917-8300

Account Number: 7143312465

May 04, 2023

4077375964
Litigation Team

Property Address:
15 W Spring St
Alexandria VA 22301-2450

Mortgagor(s): Janice Wolk-Grenadier

PAYOFF QUOTE
VALID THROUGH June 01, 2023

Dear Customer(s),

A payoff quote was requested for account number 7143312465. The total amount
due is $ 1,161,495.08, which will be valid through June 01, 2023. After
this date, please request a new payoff letter.

As of the date of this letter, the mortgage payment due on November 01, 2008
has not yet been received and is now past due. If the payment was sent
recently, please allow some time for the payment to reflect in our records.

Refer to the following pages for a detailed breakdown of this quote and for
payment instructions.

Payoff funds should be sent by wire transfer, cashier's check, certified
bank check, title company check, money order, attorney's escrow check,
MoneyGram or Western Union. Funds not remitted in one of these forms will
be returned, and the payoff will not be processed.

After receiving payoff funds, we will verify all amounts due and contact
the issuer of the funds in the event of any discrepancies.
After the payoff funds have been applied and the account has been
reconciled, any overpayment of funds will be returned to the remitter
through regular mail within 20 business days of the date the funds are
received. Please allow additional time for mailing.

For any questions, our Customer Care Center can be reached at the phone
number listed above Monday through Friday from 8:00 am to 9:00 pm and
Saturday from 8:00 am to 5:00 pm ET.

Sincerely,
Loan Servicing
BMR XP141

*Log in to MortgageQuestions.com --- your servicing website connection.*

 Gmail

## Important Escrow Account Update – Tax Disbursement Pending

Customer Care <customercare@mortgagefamily.com>                    Wed, Sep 27, 2023 at 5:00 PM
Reply-To: Customer Care <customercare@mortgagefamily.com>
To: "jwgrenadier@gmail.com" <jwgrenadier@gmail.com>



### Welcome to PHH Mortgage Services!

Hi Customer(s),

Our records show a property tax payment is due soon.

Don't worry, we'll make the payment(s) on time and before interest or penalties are charged. You don't need to send us a copy of your tax bill.

Please note – If you get a supplemental or added assessment bill, you'll need to make this payment directly to the taxing authority. If your account is already paid in full, we won't make the payment.

Log in to your account to see tax payments made from your escrow account.

We appreciate your business.
PHH Mortgage Services Escrow Department

#### Access Your Account Online

Access your mortgage account online by setting up an account at https://www.MortgageQuestions.com



#### Access Your Account On Our Mobile App

You can also download our mobile app for free on your iPhone or Android device.

 



This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active

10/15/24, 8:44 AM                    Gmail - Important Escrow Account Update – Tax Disbursment Pending

 Gmail                                                JW G <jwgrenadier@gmail.com>

## Important Escrow Account Update – Tax Disbursment Pending
1 message

**Customer Care** <customercare@mortgagefamily.com>                    Mon, Apr 4, 2022 at 12:53 PM
Reply-To: Customer Care <customercare@mortgagefamily.com>
To: "jwgrenadier@gmail.com" <jwgrenadier@gmail.com>



Dear Valued Customer,

Our records show one or more property tax installment payments are due in the next 60-90 days.

**Don't worry! We are preparing the payment!**

**About a week before the final due date and before any penalties or interest are assessed, we will disburse the payment(s) to the taxing authority.**

There is no need to forward a regular tax bill to us. However, if you receive a *Supplemental Bill* or *Added Assessment Bill*, you will need to pay this type of tax bill yourself directly to the taxing authority. These bill types are rare and are only sent to the homeowner. We cannot escrow and pay this type of bill for you.

We will email you again approximately two weeks after we disburse payment(s). You can see previous tax installment payments made from your escrow account online.

Thank you,

PHH Escrow Department

**Access Your Account Online**

Access your mortgage account online by setting up an account at
https://www.mortgagequestions.com/main/





**Access Your Account on Our Mobile App**

 Gmail

---

## Important Account Information

---

**Customer Care** <customercare@mortgagefamily.com>                 Fri, Nov 5, 2021 at 1:50 PM
Reply-To: Customer Care <customercare@mortgagefamily.com>
To: "jwgrenadier@gmail.com" <jwgrenadier@gmail.com>



Dear Customer(s),

On October 1, 2021, the United States Postal Service (USPS) announced changes to service standards for certain First-Class Mail items, resulting in delivery times of up to five days.

This means, it may take longer to receive mail from us and for us to receive mail from you.

**Avoid delays** - register or sign up for account features below:

- Paperless - electronic billing statements and documents (Account Management)
- Notifications & Alerts - payment and account information email notifications
- AutoPay - payments apply to your account on the intended date

We appreciate your business.

---



**Access Your Account Online**

Access your mortgage account online by setting up an account

# Consumer Financial Services LAW MONITOR

Monitoring the financial services industry to help companies navigate through regulatory compliance, enforcement, and litigation issues

## Troutman Represents all Fifty States Bankers Associations and D.C. in Tenth Circuit DIDMCA Opt-Out Litigation



By **Alexandra Steinberg Barrage, Matthew Bornfreund, James Kim, Caleb Rosenberg & Nathan Marigoni** on December 5, 2024

In the last two weeks, several amicus briefs were filed in the Tenth Circuit in the ongoing litigation concerning Colorado's opt-out from the Depository Institutions Deregulation and Monetary Control Act (DIDMCA). Troutman Pepper submitted a **brief** on behalf of all 50 state bankers associations (state bankers), plus Washington, D.C., supporting the district court's granting of a preliminary injunction preventing Colorado from enforcing its overly broad and unlawful interpretation of DIDMCA's opt-out. The Republican attorneys general from a dozen states, including Texas, Utah, Georgia, and Ohio also filed an **amicus brief** in support of the industry plaintiffs-appellees. This litigation centers on the enforcement of Colorado's H.B. 1229 against state-chartered banks located outside of Colorado who make loans to Colorado borrowers.

**Background**

As we discussed **here**, in June 2023, Colorado passed H.B. 1229, which limits certain charges on consumer loans and opts Colorado out of Sections 521-523 of DIDMCA. These sections allow state banks to charge interest rates permitted by their home state, regardless of the borrower's location. However, Section 525 of DIDMCA allows states to opt-out of these provisions for loans "made in" the opt-out state. In March 2024, three trade organizations filed a complaint challenging H.B. 1229, arguing that a loan is "made" where the lender is located or where it performs its loan-making functions, not where the borrower is located.

In June 2024, a Colorado federal court granted a preliminary injunction, halting the enforcement of H.B. 1229 with respect to loans made by out-of-state chartered banks. The court agreed with the plaintiffs that the determination of where a loan is "made" depends on the lender's location and actions, not the borrower's location.



EXHIBIT

16

We are proud to highlight Troutman Pepper's brief supporting the plaintiffs-appellees. The state bankers' brief argues for the affirmance of the preliminary injunction. We emphasized the historical context of DIDMCA, the importance of regulatory stability, and the benefits of the dual banking system in promoting competition, innovation, and access to credit.

Our brief detailed DIDMCA's historical context, noting that, "Congress enacted DIDMCA to level the playing field between national banks and state-chartered banks by giving state banks the ability to charge the same interest rates as national banks under the National Bank Act." It further explained that "interstate banking for state-chartered banks, including interstate consumer lending, developed slowly after DIDMCA, and only expanded into the system we know today following the enactment of [the Riegle-Neal Interstate Banking and Branching Efficiency Act of 1994]." Thus, when Congress passed DIDMCA fourteen years earlier in 1980, it "never contemplated — much less intended — allowing opt-out states to interfere with banking activities regulated by another state."

We also highlighted the benefits of the dual banking system: "The dual banking system promotes competition and innovation. State-chartered banks continue to play an important role in the banking system and the economy, as they did before DIDMCA, by increasing innovation, expanding availability of credit, and reducing systemic risk."

The state bankers' brief concluded by warning that Colorado's opt-out would disrupt comity among the states and create confusion, stating, "Colorado's interpretation of the DIDMCA opt-out threatens to disrupt this regulatory balance and interfere with each state's authority to regulate its own state-chartered banks engaging in lending with Colorado borrowers."

**Attorneys General Amicus Brief**

On November 25, Republican attorneys general from a dozen states, including Texas, Utah, Georgia, and Ohio, filed an amicus brief defending the preliminary injunction. They argued that Colorado's law could undermine the dual banking system by placing state-chartered banks at a competitive disadvantage to national banks. The brief emphasized that allowing Colorado's law to take effect could incentivize state-chartered banks to convert to federal charters, diminishing the role of state regulation in the financial sector.

The attorneys general stated, "Colorado law now discriminates against state-chartered institutions and upsets the balance Congress sought to protect. That's because federally-chartered financial institutions are unaffected by the law. So federal lenders continue to lend to Colorado consumers at whatever rate is permitted by the lender's home state and federal law, regardless of Colorado law. But state-chartered institutions cannot. This overt discrimination squarely violates the intent of DIDMCA."

**Conclusion**

The Tenth Circuit's decision in this case could have significant implications for the dual banking system and the regulatory landscape for state-chartered banks. We will continue to monitor this case closely and provide updates on any further developments.



Copyright © 2025, Troutman Pepper Locke. All Rights Reserved.

**From:** Reza, Mohsin [mailto:mohsin.reza@ troutmansanders.com]
**Sent:** Thursday, January 28, 2016 12:21 PM
**To:** Heba Girgis <HGirgis@pskfirm.com>; Andrea Moseley <amoseley@dimuro.com>
**Cc:** Uria, Andy <Andy.Uria@troutmansanders.com>; Thompson, Ashley <Ashley.Thompson@ troutmansanders.com>
**Subject:** Grenadier, et al. v. Grenadier, et al. - Case No. CL15003661

Hello, Heba and Andrea:

I just received Janice's written statement though it appears to have been mailed on December 28. Are you all going to note an objection or just let Judge Clark deal with it?

Why respond when the Judge Clark will do whatever never remember works JWG this was after illegal jailing me to illegally gotten # 8100 Legal fees

Thanks,

**S. Mohsin Reza | TROUTMAN SANDERS LLP**
1850 Towers Crescent Plaza, Suite 500, Tysons Corner, Virginia 22182
Tel: (703) 734-4351 | Fax: (703) 448-6510

mohsin.reza@troutmansanders.com

EXHIBIT

17

1          **MR. VOGELMAN:** They are but it's just a

2    matter of making sure that the money goes to the right

3    place and I'll have to do that.

4          **COMMISSIONER:** Okay.

5          **MR. VOGELMAN:** So that's basically simply

6    what it is.

7          **COMMISSIONER:** Right.  Does anybody have any

8    response to Mr. Vogelman's proffer?

9          **MS. SAFFER:** No response.

10         **MS. GIRGIS:** No.

11         **COMMISSIONER:** Mr. Reza, you indicated you

12    had.  ~ Troutman

13         **MR. REZA:** Yes, I'm willing to do this by

14    proffer and stipulation if the parties so agree.  If

15    asked to testify Mr. Lucas, who is here appearing on

16    behalf of the Defendant, Wells Fargo Bank, NA as

17    Trustee, which is the investor of the trust, would

18    testify that he is an employee of Ocwen Financial

19    Corporation, which is that parent of Ocwen Loan

20    Servicing, LLC.  The loan servers are for the

21    underlying loan that Ms. Grenadier had against the

22    property, which I believe has been identified in

23    evidence by Exhibit-4, which that's already been

24    introduced, the deed of trust.  If asked to testify he

25    would simply state that the loan has not been paid off



**VETERAN
REPORTERS**

**855.667.0077**
VETERANREPORTERS.COM

1  and not been released which would confirm and comport

2  with the testimony of the title abstract that Mr.

3  Wachtell gave.  It's generally the scope of his

4  testimony that if that's all the Commissioner would

5  require.

6          MS. GRENADIER: I would prefer him take the

7  stand and go under oath.  I have questions for him.

8          MR. REZA: That's fine.

9          MS. GRENADIER: Do you have a card by chance?

10         MR. REZA: I do not.

11         MS. GRENADIER: Okay.  Could you at some

12  point write down all your information for me?

13         MR. REZA: Yes.

14         MS. GRENADIER: Thank you.

15         COURT REPORTER: Off the record.  The time is

16  approximately 11:26 A.M.

17                              OFF THE RECORD

18  **(WHEREUPON, a brief recess was taken.)**

19                              ON THE RECORD

20         COURT REPORTER: My name is David Haughton.

21  I am the court reporter who will be taking today's

22  testimony.  I am with the national firm of Veteran

23  Reporters, Incorporated.  Today is the 17th day of

24  March 2016 and the time is approximately 11:02 A.M.

25         We are at Wade, Grimes, Friedman, Sutter and





VETERAN
REPORTERS

855.667.0077
VETERANREPORTERS.COM

Some of the Text Messages from Wells Fargo et al, OCWEN and Troutman Sanders to harass and try to intimidate Janice Wolk Grenadier into a short sale of 15 W. Spring St., Alexandria VA., 22301



**+12012575442**

This is Michael Martinez. I texted you a few times before. Can we set up a time to talk about 15 W Spring St Alexandria VA? I am the cash buyer (  )

Kindest regards (  )

**April 4, 2019 at Prince William Courthouse Moshn Reza of Troutman Sanders** asks JWG *"Are you interested in a short sale"* JWG stated clearly *"NO"* and then asked by Mr. Reza *"if I had gotten a recent call about selling the home"* you will notice this TEXT sent March 23, 2019.  Michael as he states has contacted me in the past and even had been given my daughters phone number in the past.    The Question Becomes:  **"BLACK MARKET" by lawyers and WHO ELSE harrasing and forcing short sales on illegal foreclosures**



Past Texts that show some of the Harassment and how long they have been trying to "BACKDOOR" a short sale that would stop the "TRUTH" from being exposed.







Micheal Martinez Linkedin:



Michael Martinez   3rd

Property Acquisitions at ABC Properties specializing in Probate & Foreclosures

Nicaragua   500+ connections   Contact info

**ABC Properties**

Humboldt State University

**About**

I am a versatile professional that specializes in connecting and networking will all people. I have the gift of breaking the ice and building relationships. I am an excellent listener and can solve problems where most people may get frustrated.

I work with in house CRM and can use an Auto dialer.
Reply to all calls and e-mails, call backs, and follow up each deal.

I have a vast experience in Real Estate as Virtual Assistant and inside sales representative. My task is calling Probates and getting Contracts signed.

Past experienced Commercial Real Estate Broker and Developers Consultant.

Apartment Broker Acquisitions In house for Single Tenant NNN Buyer Developers Agent for Resort Properties throughout Central America

**People Also Viewed**

**gema Gonzalez Amaya**
Asistente Administrativa en Grupo Casa Pellas

**Donaldo Aviles**
Responsable Oficina de Planficación en Ministerio de Economia Familiar

**Uriel Galiano Aguilera**
Gerente de ventas en DIDEMA S A

**Julio César M.**
Educador en SSCC-Managua

**Jose Ubau**
Jose Vicente Ubau

**Belinda L.**
Arquitecto

**Auxiliadora Martínez**

1





linkedin com



