### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL TREASURY** | ) | |
| **EMPLOYEES UNION***, et al.***, | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 25-CV-381-ABJ** |
| | ) | |
| **RUSSELL VOUGHT,** | ) | **Hon. Amy Berman Jackson** |
| *in his official capacity as Acting Director* | ) | |
| *of the Consumer Financial Protection* | ) | |
| *Bureau, et al.*, | ) | |
| *Defendants*. | ) | |


### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marissa Ditkowsky, pursuant to the Court's order granting permission to appear *pro hac vice*, hereby notices her appearance for amicus curiae Tzedek DC.


March 5, 2025                              Respectfully submitted,

*/s/ Marissa Ditkowsky*
Marissa Ditkowsky
D.C. Bar No. 1671115
**TZEDEK DC**
UDC David A. Clarke School of Law
4340 Connecticut Ave NW, Suite 319
Washington, DC 20008
Tel: (202) 630-3549
md@tzedekdc.org

*Counsel for amicus curiae Tzedek DC*

**CERTIFICATE OF SERVICE**

On March 5, 2025, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

_/s/ Marissa Ditkowsky_
Marissa Ditkowsky

*Counsel for amicus curiae Tzedek DC*