# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY
EMPLOYEES UNION, *et al.*,

        *Plaintiffs*,

  v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,

        *Defendants*.

Civil Action No. 25-cv-0381-ABJ

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order (ECF 10), which this Court has converted to a motion for a preliminary injunction, and the full record in this case, the Court grants a preliminary injunction as follows:

It is hereby **ORDERED** that the motion is GRANTED; and

It is further **ORDERED**, until further order of this Court, that:

1. Defendants, including their officers, agents, servants, employees, and attorneys, (hereafter collectively, "Defendants") shall maintain and shall not delete, destroy, remove, or impair any data or other CFPB records covered by the Federal Records Act (hereafter "agency data") except in accordance with the procedures described in 44 U.S.C. ch. 33. This means that Defendants shall maintain and shall not delete, destroy, remove, or impair agency data from any database or information system controlled by, or stored on behalf of, the Consumer Financial Protection Bureau (CFPB). The term "agency data" includes any data or CFPB records stored on the CFPB's premises, on physical media, on a cloud server, or otherwise.

2.	Defendants shall not terminate any CFPB employee, except for cause related to the specific employee's performance or conduct; and Defendants shall not issue any notice of reduction-in-force to any CFPB employee.

3.	Defendants shall reinstate any probationary or term employees terminated during the week of February 10, 2025.

4.	Defendants shall not: (i) transfer money from the CFPB's reserve funds, other than to satisfy the ordinary operating obligations of the CFPB; (ii) relinquish control or ownership of the CFPB's reserve funds, nor grant control or ownership of the CFPB's reserve funds to any other entity; (iii) return any money from the CFPB's reserve funds to the Federal Reserve or the Department of Treasury; or (iv) otherwise take steps to reduce the amount of money available to the CFPB below the amount available as of 4:00 pm on February 14, 2025, other than to satisfy the ordinary operating obligations of the CFPB.

5.	Defendants shall: (i) not enforce the order that CFPB employees and contractors stop work at or for the CFPB; and (ii) cancel the administrative leave implemented as a result of that order.

6.	Defendants shall rescind any notice of contract termination, issued on or after February 11, 2025, and refrain from cancelling any contract that enables the Bureau's statutorily authorized functions or compliance with its statutory obligations.

6.	Defendants shall not impair, suspend, or terminate the Bureau's ability to perform its statutorily-required functions or to comply with its statutory obligations.

7.	Defendants shall file a report with the Court within 3 business days to confirm compliance with this Order.

**SO ORDERED.**

Dated: March ___, 2025

                                                                        AMY BERMAN JACKSON
                                                                         United States District Judge