IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-381-ABJ |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The plaintiffs file this notice of supplemental authority to provide the Court with a decision in this District decided last week that is pertinent to this case. In response to the government's argument that an injunction was inappropriate because it had ceased its challenged conduct, the court held that "[a]t the preliminary injunction stage, Defendants cannot simply 'claim that the need for an injunction is now moot because they have ceased their wrongful conduct.'" *Nat'l Council of Nonprofits v. Off. of Mgmt. & Budget*, No. 25-cv-239 (LLA), 2025 WL 597959, at *10 (D.D.C. Feb. 25, 2025) (quoting *Costa v. Bazron*, 464 F. Supp. 3d 132, 141 (D.D.C. 2020)). Instead, "[t]he court's power to grant injunctive relief survives discontinuance of the illegal conduct because the purpose is to prevent future violations." *Id.* (cleaned up). That was particularly true when the harm from renewed violations could be so immediate that there might not be time to seek relief in court before it occurred, and the court also noted that it "will not reward parties who change appearances without changing conduct." *Id.* at 10–11. Consistent with this, the court concluded that the request for injunctive relief was not moot and analyzed irreparable harm from the perspective of what resumption of the challenged conduct "would entail." *Id.* at *18.

1

Respectfully submitted,

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar. 1046738)
Gabriel Chess (D.C. Bar No. 90019245)*
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett (pro hac vice)
Gupta Wessler LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 573-0335

Wendy Liu (D.C. Bar No. 1600942)
Adam R. Pulver (D.C. Bar No. 1020475)
Allison M. Zieve (D.C. Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

* motion for admission pending

Julie Wilson
General Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

2