UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATINAL TREASURY ) <br> EMPLOYEES UNION, *et al.*, ) <br>     *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> RUSSELL VOUGHT, ) <br> *in his official capacity as Acting Director* ) <br> *of the Consumer Financial Protection* ) <br> *Bureau, et al.*, ) <br>     *Defendants*. ) | Civil Action No. 25-CV-381-ABJ <br><br> Hon. Amy Berman Jackson |

### NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Erik Goodman, pursuant to the Court's order granting permission to appear *pro hac vice*, hereby notices his appearance for amicus curiae Tzedek DC.

March 6, 2025

    Respectfully submitted,

*/s/ Erik Goodman*
Erik Goodman
D.C. Bar No. 1005632
**TZEDEK DC**
UDC David A. Clarke School of Law
4340 Connecticut Ave NW, Suite 319
Washington, DC 20008
Tel: (202) 643-6877
eg@tzedekdc.org

*Counsel for amicus curiae Tzedek DC*

1

## CERTIFICATE OF SERVICE

On March 6, 2025, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

*/s/ Erik Goodman*
Erik Goodman

*Counsel for amicus curiae Tzedek DC*