IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>   *Plaintiffs*,<br> v.<br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>   *Defendants*. | Case No. 25-cv-381-ABJ |

**JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL
EMAILS AND COMMUNICATIONS**

The parties jointly seek leave to supplement the previously filed emails, messages, and communications. Since filing those materials, both sides have come into possession of additional internal communications that they believe bear on the issues in this case. To provide the Court with a complete record in advance of the evidentiary hearing, the parties seek leave to file these additional communications. *See Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) ("Courts have the discretion to allow parties to supplement the record of a case."). The plaintiffs' additional materials are attached as Exhibit 1. The defendants' additional materials are attached as Exhibit 2.

Dated: March 7, 2025

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (DC Bar No. 1046738)
Gabriel Chess (DC Bar No. 90019245)*
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett (*pro hac vice*)
Gupta Wessler LLP

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Liam C. Holland*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

505 Montgomery Street  
San Francisco, CA 94111  
(415) 573-0335

*motion for admission pending

*/s/ Wendy Liu*  
Wendy Liu (DC Bar No. 1600942)  
Adam R. Pulver (DC Bar No. 1020475)  
Allison M. Zieve (DC Bar No. 424786)  
Public Citizen Litigation Group  
1600 20th Street NW  
Washington, DC 20009  
(202) 588-1000

*Counsel for Plaintiffs*

Julie Wilson  
General Counsel  
National Treasury Employees Union  
800 K Street, NW, Suite 1000  
Washington, DC 20001  
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

Tel: (202) 514-4964 Fax: (202) 616-8470 Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*