UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY
EMPLOYEES UNION, *et al.*,

        *Plaintiffs*,

  v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,

        *Defendants*.

Civil Action No. 25-381-ABJ

**[PROPOSED] ORDER**

Upon consideration of the joint motion and for good cause shown, the Court GRANTS the joint motion to file supplemental emails and communications.

SO ORDERED.

Dated: March ___, 2025

                                            AMY BERMAN JACKSON
                                            United States District Judge