IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY
EMPLOYEES UNION, *et al.*,
          *Plaintiffs*,

   v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,

          *Defendants*.

Case No. 25-cv-381-ABJ

**JOINT NOTICE OF AGREEMENT CONCERNING CONTRACT TERMINATIONS**

As directed by the Court, the parties submit this joint notice to inform the Court that they have extended their agreement respecting contract terminations for an additional seven days, through March 17, 2025. That agreement is that the parties agree as follows: The Consumer Financial Protection Bureau ("CFPB") has frozen and will continue to freeze any and all termination actions regarding its contracts.[1]

| | |
|---|---|
| Dated: March 7, 2025 | Respectfully submitted, |
| */s/ Deepak Gupta* | YAAKOV M. ROTH |
| Deepak Gupta (DC Bar No. 495451) | Acting Assistant Attorney General |
| Robert Friedman (DC Bar No. 1046738) | |
| Gabriel Chess (DC Bar No. 90019245)* | BRAD P. ROSENBERG |
| Gupta Wessler LLP | Special Counsel |
| 2001 K Street, NW | |
| North Tower, Suite 850 | */s/ Liam C. Holland* |
| Washington, DC 20006 | Trial Attorney |
| (202) 888-1741 | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| Jennifer D. Bennett (*pro hac vice*) | 1100 L Street, N.W. |
| Gupta Wessler LLP | Washington, DC 20005 |
| 505 Montgomery Street | Tel: (202) 514-4964 |
| San Francisco, CA 94111 | Fax: (202) 616-8470 |

---

[1] The parties do not agree on whether the freeze of contract terminations covers the headquarters lease. CFPB's position is that it does not.

(415) 573-0335

*motion for admission pending

*/s/ Wendy Liu*
Wendy Liu (DC Bar No. 1600942)
Adam R. Pulver (DC Bar No. 1020475)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

Julie Wilson
General Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*