UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00381-ABJ |

## NOTICE OF FILING OF EXHIBIT LIST AND RELATED DOCUMENTS

Please take Notice that Defendants are filing the following with the Court:

- A screenshot of a Teams Exchange, Bates Numbered CFPB_00131-CFPB_00132, as used during the preliminary injunction evidentiary hearing in this matter.

- A copy of the OMB-OMB Memorandum, "Guidance on Agency RIF and Reorganization Plans Requested by *Implementing The President's 'Department of Government Efficiency' Workforce Optimization Initiative,*" as used during the preliminary injunction evidentiary hearing in this matter.

- An Exhibit List identifying and corresponding with the "tab numbers" for documents contained in the binder of Defendants' exhibits as used during the preliminary injunction evidentiary hearing in this matter.

Dated: March 11, 2025    YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*