

CFPB_00131



CFPB_00132