**Defendants' Exhibit List Corresponding to Binder of Defendants' Exhibits
Used in Court During Preliminary Injunction Evidentiary Hearing**

| Ex. No. (Tab No.) | Date | Title | ECF No. | Bates Range |
|---|---|---|---|---|
| 1 | Feb. 10, 2025 | Re: Additional Directives on Bureau Activities | 56-1 at 1-2 | CFPB_00001–CFPB_00002 |
| 2 | Feb. 10, 2025 | Contracts in support of the Bureau's complaint handling operations | 56-1 at 3 | CFPB_00003 |
| 3 | Feb. 11, 2025 | Re: APOR work paused | 56-1 at 4-5 | CFPB_00004 – CFPB_00005 |
| 4 | Feb. 11, 2025 | Cancellation of CFPB contracts | 56-1 at 6 | CFPB_00006 |
| 5 | Feb. 21, 2025 | Legal Assistance with Procurement Template for Contract Termination | 56-1 at 7-8 | CFPB_00007 – CFPB_00008 |
| 6 | Feb. 21, 2025 | Re: FDIC request for HDMA status update | 56-1 at 9-10 | CFPB_00009 – CFPB_00010 |
| 7 | Feb. 25, 2025 | Re: Sprinklr – Social Media Records | 56-1 at 11-13 | CFPB_00011 – CFPB_00013 |
| 8 | Feb. 25, 2025 | Re: Consumer Sentinel Account Deactivation Warning . . . | 56-1 at 14-15 | CFPB_00014 – CFPB_00015 |
| 9 | Feb. 27, 2025 | Re: 20250213 CFPB Memo_CRE | 56-1 at 16-19 | CFPB_00016 – CFPB_00019 |
| 10 | | Information Memo for the Acting Director | 56-1 at 20-23 | CFPB_00020 – CFPB_00023 |
| 11 | Feb. 27, 2025 | Re: Request to Commence Fair Lending Activity | 56-1 at 24-25 | CFPB_00024 – CFPB_00025 |
| 12 | Feb. 27, 2025 | Re: (Responding to military requests) FW: Additional Directives on Bureau Activities | 56-1 at 26-28 | CFPB_00026 – CFPB_00028 |
| 13 | Feb. 27, 2025 | Re: Request to Commence Fair Lending Activity | 56-1 at 29-30 | CFPB_00029 – CFPB_00030 |
| 14 | Feb. 27, 2025 | Re: Processing FOIA and Privacy Act Requests | 56-1 at 31 | CFPB_00031 |
| 15 | Feb. 27, 2025 | Re: Request to approve HMDA data access | 56-1 at 32-33 | CFPB_00032 – CFPB_00033 |
| 16 | Feb. 27, 2025 | Statutory/Legal Work Required | 56-1 at 34 | CFPB_00034 |
| 17 | Feb. 27, 2025 | Statutory/Legal Work Required | 56-1 at 35 | CFPB_00035 |
| 18 | Feb. 27, 2025 | Re: CFPB Data / Record Analysis and Return | 56-1 at 36-38 | CFPB_00036 – CFPB_00038 |
| 19 | Feb. 28, 2025 | Re: CFPB Data / Record Analysis and Return | 56-1 at 39-43 | CFPB_00039 – CFPB_00043 |
| 20 | Feb. 28, 2025 | Re: Guidance. . . | 56-1 at 44-45 | CFPB_00044 – CFPB_00045 |

| Ex. No. (Tab No.) | Date | Title | ECF No. | Bates Range |
|---|---|---|---|---|
| 21 | Feb. 28, 2025 | Re: CFPB Data / Record Analysis and Return | 56-1 at 46-49 | CFPB_00046 – CFPB_00049 |
| 22 | Feb. 28, 2025 | Re: Statutory/Legal Work Required | 56-1 at 50-52 | CFPB_00050 – CFPB_00052 |
| 23 | Feb. 28, 2025 | Re: Statutory/Legal Work Required | 56-1 at 53-55 | CFPB_00053 – CFPB_00055 |
| 24 | Mar. 2, 2025 | All Hands Message re: Work Required by Law | 56-1 at 56 | CFPB_00056 |
| 25 | Mar. 2, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 57-58 | CFPB_00057 – CFPB_00058 |
| 26 | Mar. 2, 2025 | Re: Statutory/Legal Work Required | 56-1 at 59-64 | CFPB_00059 – CFPB_00064 |
| 27 | Mar. 2, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 65-66 | CFPB_00065 – CFPB_00066 |
| 28 | Mar. 2, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 67-68 | CFPB_00067 – CFPB_00068 |
| 29 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 69-72 | CFPB_00069 – CFPB_00072 |
| 30 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 73-76 | CFPB_00073 – CFPB_00076 |
| 31 | Mar. 3, 2025 | Re: FOIA Processing | 56-1 at 77-78 | CFPB_00077 – CFPB_00078 |
| 32 | Mar. 3, 2025 | FW: All Hands Message re: Work Required by Law | 56-1 at 79-81 | CFPB_00079 – CFPB_00081 |
| 33 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 82-84 | CFPB_00082 – CFPB_00084 |
| 34 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 85–87 | CFPB_00085 – CFPB_00087 |
| 35 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 88-89 | CFPB_00088 – CFPB_00089 |
| 36 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 90-91 | CFPB_00090 – CFPB_00091 |
| 37 | Mar. 3, 2025 | Re: Mandated Reports – Q2/Q3 | 56-1 at 92-95 | CFPB_00092 – CFPB_00095 |
| 38 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 96–97 | CFPB_00096 – CFPB_00097 |
| 29 | Mar. 3, 2025 | Re: Request for contract reinstatement for legally/statutorily required DAPs work | 56-1 at 98–100 | CFPB_00098 – CFPB_00100 |
| 40 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 101–102 | CFPB_00101 – CFPB_00102 |
| 41 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 103–105 | CFPB_00103 – CFPB_00105 |

| Ex. No. (Tab No.) | Date | Title | ECF No. | Bates Range |
|---|---|---|---|---|
| 42 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 106-107 | CFPB_00106 – CFPB_00107 |
| 43 | Mar. 3, 2025 | Re: All Hands Message re: Work Required by Law | 56-1 at 108-110 | CFPB_00108 – CFPB_00110 |
| 44 | Mar. 3, 2025 | Re: request for clarification for Supervision staff - FW: All Hands Message re: Work Required by Law | 56-1 at 111-114 | CFPB_00111 – CFPB_00114 |
| 45 | Mar. 3, 2025 | FW: All Hands Message re: Work Required by Law | 56-1 at 115-116 | CFPB_00115 – CFPB_00116 |
| 46 | Feb. 28, 2025 | CFPB Enforcement Action Filings Case No. 1:22-cv-08308 | 56-2 at 1 | No Bates Numbers |
| 47 | Feb. 28, 2025 | CFPB Enforcement Action Filings Case No. 1:24-cv-40 | 56-2 at 2-3 | No Bates Numbers |
| 48 | Jan. 31, 2020 | Memorandum of Understanding Between the CFPB and U.S. Department of Education Concerning Coordination in Resolving Borrower Complaints | 56-3 at 1-6 | No Bates Numbers |
| 49 | Feb. 18, 2025 | Contracts/Data | 66-2 at 1 | CFPB_00117 |
| 50 | Feb. 19, 2025 | Contracts | 66-2 at 2 | CFPB_00118 |
| 51 | Feb. 20, 2025 | Re: Rescinding/ Reinstating Termination-Noticed Contracts | 66-2 at 3 | CFPB_00119 |
| 52 | Feb. 21, 2025 | Re: Do not terminate | 66-2 at 4-5 | CFPB_00120 – CFPB_00121 |
| 53 | Mar. 5, 2025 | FW: Reviewing analytics related to dip in Complaints | 66-2 at 6-7 | CFPB_00122 – CFPB_00123 |
| 54 | Mar. 6, 2025 | NTEU Letter re: NTEU Institutional Grievance | 66-2 at 8-13 | CFPB_00124 – CFPB_00129 |
| 55 |  | Organizational Chart | 66-2 at 14 | CFPB_00130 |
| 56 | Feb. 24, 2025 | Declaration of Adam Martinez (including attached exhibits) | 31-1 at 1-22 | No Bates Numbers |
| 57 | March 2, 2025 | Supplemental Declaration of Adam Martinez* | 47-1 at 1-3 | No Bates Numbers |
| No Tab Number** | Mar. 1, 2025 | Teams Exchange |  | CFPB_00131 – CFPB_00132 |
| No Tab Number** | Feb. 26, 2025 | OMB-OPM Memorandum re: Guidance on Agency RIF and Reorganization Plans Requested by *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative* |  | No Bates Numbers |

3

\* The documents at Tab 57 in the binder included Defendants' motion for leave to file and a proposed order.  Defendants are only relying on the Supplemental Declaration itself.

\*\* These documents were introduced for the first time in Court and therefore were not contained in Defendants' binder.  They are being filed on the docket contemporaneously with this Exhibit List.