IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>　　　　　*Plaintiffs*,<br>　v.<br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>　　　　　*Defendants*. | Case No. 25-cv-381-ABJ |

**JOINT NOTICE OF AGREEMENT CONCERNING CONTRACT TERMINATIONS**

　　As discussed by the parties during the March 11, 2025 hearing in this matter, the parties submit this joint notice to inform the Court that they have extended their agreement respecting contract terminations through March 28, 2025 or until this Court issues a decision on plaintiffs' motion for a preliminary injunction, whichever is sooner. That agreement is that the parties agree as follows: The Consumer Financial Protection Bureau ("CFPB") has frozen and will continue to freeze any and all termination actions regarding its contracts.[1]

Dated: March 12, 2025

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (DC Bar No. 1046738)
Gabriel Chess (DC Bar No. 90019245)*
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett (*pro hac vice*)
Gupta Wessler LLP

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Liam C. Holland*
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

---

　　[1] The parties do not agree on whether the freeze of contract terminations covers the headquarters lease. CFPB's position is that it does not.

| | |
|---|---|
| 505 Montgomery Street<br>San Francisco, CA 94111<br>(415) 573-0335 | Tel: (202) 514-4964<br>Fax: (202) 616-8470<br>Email: liam.c.holland@usdoj.gov |

\*motion for admission pending

*Counsel for Defendants*

/s/ Wendy Liu
Wendy Liu (DC Bar No. 1600942)
Adam R. Pulver (DC Bar No. 1020475)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

Julie Wilson
General Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*