## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Russell VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00381-ABJ |

### MOTION FOR *PRO HAC VICE* ADMISSION OF HANNAH M. KIESCHNICK

Pursuant to Local Civil Rule 83.2(d), I, Lucia Goin, a member in good standing of the bar of the District of Columbia (No. 1739389) and of this Court, respectfully move for the admission *pro hac vice* of Attorney Hannah M. Kieschnick for the limited purpose of appearing on behalf of *amici curiae* 203 Members of Congress in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and I have entered my appearance in the above-captioned matter.

2. I move for admission *pro hac vice* of Hannah M. Kieschnick of Public Justice to appear on behalf of *amici curiae* 203 Members of Congress.

3. Ms. Kieschnick is a member in good standing of the bar of California, as well as others listed in the supporting papers, *see* Ex. 1; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; no discipline has previously been imposed on her

in any jurisdiction; and she is familiar with the local rules of this Court. A certificate of good standing on behalf of Ms. Kieschnick is attached as Exhibit 2.

For the foregoing reasons, undersigned counsel respectfully requests that this Court grant leave for attorney Hannah M. Kieschnick to appear *pro hac vice* before the Court in this matter.

Date: March 17, 2025                                       Respectfully submitted,

/s/ *Lucia Goin*
Lucia Goin (DC Bar No. 1739389)
PUBLIC JUSTICE
1620 L St. NW, Ste. 630
Washington, DC 20036
(202) 797-8600
lgoin@publicjustice.net

*Counsel for Amici Curiae*
*203 Members of Congress*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of March 2025, I electronically filed a true and correct copy of the foregoing Motion for *Pro Hac Vice* Admission of Attorney Hannah M. Kieschnick using this Court's CM/ECF system, which will effectuate service upon all parties who have entered an appearance in the above-captioned matter.

/s/ *Lucia Goin*
Lucia Goin