### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Russell VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00381-ABJ |

### [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF HANNAH M. KIESCHNICK

This matter comes before the Court on a motion of Lucia Goin, a member of the bar of this Court and counsel for *amici curiae* 203 Members of Congress, for the *pro hac vice* admission of Attorney Hannah M. Kieschnick as counsel for *amici curiae* 203 Members of Congress. Having considered the arguments and papers submitted herein, and for good cause shown:

IT IS SO ORDERED on this ___ day of _____, 2025, as follows:

The Motion for *Pro Hac Vice* Admission of Attorney Hannah M. Kieschnick is **GRANTED**.

In accordance with Local Civil Rule 83.23(e), counsel admitted shall make payment of $100 to the Clerk of the United States District Court.

BY THE COURT:

_____

The Honorable Judge Amy B. Jackson