IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Russell VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00381-ABJ |

**MOTION FOR *PRO HAC VICE* ADMISSION OF DOUGLAS R. JENSEN**

Pursuant to Local Civil Rule 83.2(d), I, Lucia Goin, a member in good standing of the bar of the District of Columbia (No. 1739389) and of this Court, respectfully move for the admission *pro hac vice* of Attorney Douglas R. Jensen for the limited purpose of appearing on behalf of *amici curiae* 203 Members of Congress in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and I have entered my appearance in the above-captioned matter.

2. I move for admission *pro hac vice* of Douglas R. Jensen of Sher Tremonte LLP to appear on behalf of *amici curiae* 203 Members of Congress.

3. Mr. Jensen is a member in good standing of the bar of New York, as well as the bars of the U.S. District Courts for the Southern District of New York and the Eastern District of New York, and the U.S. Court of Appeals for the Second Circuit, *see* Ex. 1; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; no discipline has

previously been imposed on him in any jurisdiction; and he is familiar with the local rules of this Court. A certificate of good standing on behalf of Mr. Jensen is attached as Exhibit 2.

For the foregoing reasons, undersigned counsel respectfully requests that this Court grant leave for attorney Douglas R. Jensen to appear *pro hac vice* before the Court in this matter.

Date: March 17, 2025 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Lucia Goin*
　　　　　　　　　　　　　　　　　　　　　Lucia Goin (DC Bar No. 1739389)
　　　　　　　　　　　　　　　　　　　　　PUBLIC JUSTICE
　　　　　　　　　　　　　　　　　　　　　1620 L St. NW, Ste. 630
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　(202) 797-8600
　　　　　　　　　　　　　　　　　　　　　lgoin@publicjustice.net

　　　　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae*
　　　　　　　　　　　　　　　　　　　　　*203 Members of Congress*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of March 2025, I electronically filed a true and correct copy of the foregoing Motion for *Pro Hac Vice* Admission of Attorney Douglas R. Jensen using this Court's CM/ECF system, which will effectuate service upon all parties who have entered an appearance in the above-captioned matter.

/s/ *Lucia Goin*
Lucia Goin