UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>     *Defendants*. | Case No. 25-cv-00381-ABJ |

### DECLARATION OF DOUGLAS R. JENSEN
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

  Douglas R. Jensen, in accordance with LCvR 83.2(c)(2) and LCvR 44.1(c)(2), hereby declares as follows:

  1. My full name, office address, and telephone number are: Douglas R. Jensen, Sher Tremonte LLP, 90 Broad Street, 23rd Floor, New York, NY 10004, (212) 202-2600.

  2. I am admitted to practice in the following courts and bars: the New York State Bar, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, and the U.S. Court of Appeals for the Second Circuit.

  3. I am a member in good standing of every jurisdiction where I have been admitted to practice.

  4. I have never been disciplined by any bar or court, and there are no disciplinary proceedings pending against me in any jurisdiction.

  5. I have not previously been admitted *pro hac vice* to this Court within the last two years.

6. I do not have an office located within the District of Columbia and am not a member of the District of Columbia bar. I do not have a pending application for admission into the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 27, 2025

_[signature]_
Douglas R. Jensen

2