**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-0381-ABJ |

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order (ECF 10), which this Court has converted to a motion for a preliminary injunction, and the full record in this case, the Court grants a preliminary injunction as follows:

It is hereby **ORDERED** that the motion is GRANTED. Until further order of this Court:

1. Defendants, including their officers, agents, servants, employees, and attorneys, (hereafter collectively, "Defendants") shall maintain and shall not delete, destroy, remove, or impair any data or other CFPB records covered by the Federal Records Act (hereafter "agency data") except in accordance with the procedures described in 44 U.S.C. ch. 33. This means that Defendants shall maintain and shall not delete, destroy, remove, or impair agency data from any database or information system controlled by, or stored on behalf of, the Consumer Financial Protection Bureau (CFPB). The term "agency data" includes any data or CFPB records stored on the CFPB's premises, on physical media, on a cloud server, or otherwise.

2. Defendants shall not terminate any CFPB employee, except for cause related to the specific employee's performance or conduct; and Defendants shall not issue any notice of reduction-in-force to any CFPB employee.

3. Defendants shall reinstate any probationary and term employees terminated during the week of February 10, 2025.

4. Defendants shall not enforce the February 10, 2025 stop-work order or require employees to take administrative leave as a result of that order.

5. Defendants shall not reinstitute a work stoppage, whether by stop-work order, administrative leave, or any other means.

6. Defendants shall rescind all notices of contract termination, issued on or after February 11, 2025, and may not reinstitute the wholesale cancellation of contracts. This provision does not prohibit the defendants from ordering that work or services be halted under specific contracts based on an individualized assessment that the contract is unnecessary for the agency to fulfill its statutory functions. But to ensure that this Court can award full relief at the end of the case, the defendants may not finalize the termination of any contract.

7. Defendants shall file a report with the Court within 7 business days to confirm compliance with this Order.

**SO ORDERED.**

Dated: March ___, 2025

AMY BERMAN JACKSON
United States District Judge