IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br>    *Plaintiffs*, <br>  v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br>    *Defendants*. | Case No. 25-cv-381-ABJ |

**DECLARATION OF TED STEEGE**

I, Martin Theodore ("Ted") Steege, declare as follows:

  1.  I am the surviving husband of Pastor Eva Steege, who passed away on Saturday, March 15, 2025, following a prolonged battle with chronic obstructive pulmonary disease (COPD). Eva's funeral took place yesterday. Her passing has left me with immense grief, compounded by the difficult financial tribulations she faced in the final stages of her life.

  2.  I am the person responsible for dealing with our family's financial affairs in the wake of Eva's death. I now face the urgent task of ensuring that our family receives what is rightfully owed to us. This includes addressing the unresolved issues surrounding Eva's federal student loan debt and the benefits for which she was eligible under federal law, and that she was desperately trying to resolve before her death.

  3.  Despite the efforts of Eva and the initial support that she received from the Consumer Financial Protection Bureau (CFPB) in untangling the status of her student loan debt, her application for relief under the Public Service Loan Forgiveness program was never fully processed, leaving significant portions of the debt unresolved, and a potential $15,000 refund in

1

limbo. Moreover, I now find myself in the painful position of having to advocate for the relief that my late wife was entitled to during an extremely challenging time for our family.

4. Until the CFPB was abruptly shut down during the week of February 10, 2025, our family was relying on the CFPB's Student Loan Ombudsman, Julia Barnard, and her staff to disentangle the financial and administrative complexity in our case. In fact, they were the only ones able to determine what was at issue with the loans, to translate information from the Department of Education into actionable options for us to consider, and to provide timely, human assistance on this issue. The agency's intervention was vital for Eva, and ultimately the only place she was able to get meaningful answers. It remains crucial to doing whatever we can to make sure that our family receives the financial relief she was due.

5. Although Eva did not have a written will, I am the de facto executor of my wife's estate. Because she died so recently, and because I have been busy making funeral arrangements, getting our affairs in order, and receiving friends and family, I have not yet had time to carry out the legal formalities to open a formal estate for Eva in the state of our domicile, Maryland.

6. I respectfully ask that the Court allow me to take Eva's place in this lawsuit and to join in the pending request for an injunction to bar the defendants from shutting down the CFPB. The burden of navigating this complex web of debt relief, loan forgiveness, and administrative hurdles should not fall on me alone, especially during a time of profound loss and grief. Congress decided there should be a functioning CFPB with a dedicated Student Loan Ombudsman, and this assistance is exactly what my family needs right now.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 25, 2025

Martin Theodore Steege
_____
Martin Theodore Steege

Signature: *Ted Steege*
Ted Steege (Mar 25, 2025 17:07 EDT)

Email: mtedsteege@gmail.com

2