IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>　　　　　*Plaintiffs*,<br>　v.<br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>　　　　　*Defendants*. | Case No. 25-cv-381-ABJ |

## SECOND DECLARATION OF JULIA BARNARD

I, Julia Barnard, declare as follows:

1. I served as Student Loan Ombudsman of the Consumer Financial Protection Bureau until I was ordered to stop work on February 10, 2025, and my position at the Bureau was terminated on February 13, 2025. Until that week, I was working with Pastor Eva Steege to help her with her federal student loans.

2. I am aware that Pastor Eva Steege recently passed away and that her husband, Ted Steege, is still in need of timely assistance from the CFPB in navigating the next steps related to her federal student loans.

3. In my role as Student Loan Ombudsman, cases involving surviving relatives after the death of student loan borrowers were relatively common.[1] This is because many families have

---

[1] For examples of complaints from surviving relatives of deceased borrowers, *see, e.g., Consumer Complaint 11547538*, Consumer Fin. Prot. Bureau (Jan. 15, 2025), https://www.consumerfinance.gov/data-research/consumer-complaints/search/detail/11547538 (the borrower reports that a federal student loan servicer refused to accept their mother's death certificate, which they had sent by mail and electronically) and *Consumer Complaint 9004923*, Consumer Fin. Prot. Bureau (May 14, 2024), https://www.consumerfinance.gov/data-research/consumer-complaints/search/detail/9004923 (the borrower reports that they were being

trouble sorting through the required paperwork after a borrower's death, experience long delays waiting for assistance, or have the documentation they submit ignored or rejected.[2] Other survivors may not understand or know how to navigate or weigh the options that are available to them after the death of the borrower.

4. If I were still able to perform the duties of the Student Loan Ombudsman, I would be able to meet with Ted to help him talk through his remaining options and fill out any remaining paperwork. I would also be able to meet with other partners, such as staff at the Office of Federal Student Aid and federal student loan servicers, to check on the status of Pastor Eva Steege's outstanding Public Service Loan Forgiveness application, explore the family's options, and escalate the case if necessary.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 25, 2025

_____
Julia Barnard

---

pursued for a federal student loan debt owed by their deceased father and were unable to correct the error).

[2] Federal student loans are discharged after the death of the borrower and families are required to submit proof of death documentation. *See Discharge Due to Death*, U.S. Dep't of Educ., Off. of Fed. Student Aid, (last visited Mar. 25, 2025), https://studentaid.gov/manage-loans/forgiveness-cancellation/death.