# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-0381-ABJ |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Substitution, it is hereby **ORDERED** that the motion is GRANTED that Ted Steege is substituted for Eva Steege as a plaintiff in this matter pursuant to Federal Rule of Civil Procedure 25(a)(1) and the caption of the case shall be amended to reflect this substitution.

**SO ORDERED.**

Dated: March ___, 2025

                                                                                            _____
                                                                                            AMY BERMAN JACKSON
                                                                                            United States District Judge