## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION, *et al.*,

        *Plaintiffs*,

    v.

RUSSELL VOUGHT, *in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*,

        *Defendants*.

Case No. 1:25-cv-00381-ABJ

## <u>NOTICE OF APPEAL OF PRELIMINARY INJUNCTION</u>

PLEASE TAKE NOTICE that the Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's March 28, 2025 Memorandum Opinion (ECF No. 87) and Order (ECF No. 88) granting Plaintiffs' motion for a preliminary injunction.

Dated: March 29, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Phone:  202-514-3374
Fax:  202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*