UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-0381-ABJ |

**[PROPOSED] ORDER**

Upon consideration of the plaintiffs' motion for a briefing schedule on defendants' motion to stay, the Court clarifies that it has not ruled on any motion to stay because no such motion was made. The Court further **ORDERS** that:

1. The plaintiffs shall file their opposition to the defendants' motion to stay by midnight on the day following the filing of the defendants' motion. Any reply shall be filed by midnight the following day.

2. The preliminary injunction order is administratively stayed through disposition of the motion, and the deadline to report compliance is tolled. If the Court denies the motion to stay, it will set a new deadline to report compliance in that order.

3. However, until the motion is decided, the defendants shall continue to adhere to the following provisions, to which they previously agreed:

   a. Defendants, including their officers, agents, servants, employees, and attorneys, (hereafter collectively, "Defendants") shall not delete, destroy, remove, or impair any data or

other CFPB records covered by the Federal Records Act (hereinafter "agency data") except in accordance with the procedures described in 33 U.S.C. § 44. This means that defendants shall not delete or remove agency data from any database or information system controlled by, or stored on behalf of, the Consumer Financial Protection Bureau (CFPB), and the term "agency data" includes any data or CFPB records stored on the CFPB's premises, on physical media, on a cloud server, or otherwise.

  b. Defendants shall not terminate any CFPB employee, except for cause related to the specific employee's performance or conduct; and Defendants shall not issue any notice of reduction-in-force to any CFPB employee.

  c. Defendants shall continue to freeze any and all termination actions regarding CFPB contracts.

  4. If no motion is filed by April 2, this order shall expire.

**SO ORDERED.**

Dated: March ___, 2025

                        _____
                        AMY BERMAN JACKSON
                        United States District Judge