UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, <br> *in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 25-CV-381-ABJ <br><br> Hon. Amy Berman Jackson |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah Hollender, pursuant to the Court's order granting permission to appear *pro hac vice*, hereby notices her appearance for amicus curiae Tzedek DC.

March 19, 2025                              Respectfully submitted,

                                       */s/ Sarah Hollender*
                                       Sarah Hollender
                                       D.C. Bar No. 1049144
                                       **TZEDEK DC**
                                       UDC David A. Clarke School of Law
                                       4340 Connecticut Ave NW, Suite 319
                                       Washington, DC 20008
                                       Tel: (202) 274-7386
                                       sh@tzedekdc.org

                                       *Counsel for amicus curiae Tzedek DC*

## CERTIFICATE OF SERVICE

On March 31, 2025, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

*/s/ Sarah Hollender*
Sarah Hollender

*Counsel for amicus curiae Tzedek DC*