UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, *in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00381-ABJ |

**NOTICE IN RESPONSE TO MINUTE ORDER
REGARDING THE STATUS OF CFPB'S HEADQUARTERS LEASE**

On March 28, 2025, this Court issued a Minute Order directing Defendants to inform the Court of the status of the lease for the headquarters of the Consumer Financial Protection Bureau ("CFPB"). CFPB and the Department of the Treasury's Office of the Comptroller of the Currency (which is the building's owner) are still in negotiations over the final termination agreement for the CFPB Headquarters Building at 1700 G Street, N.W., in Washington, D.C. CFPB notes, however, that its four leases for regional offices located in Chicago, New York, San Francisco, and Atlanta were terminated by the General Services Administration on February 21, 2025. The approximately 53 CFPB employees who worked out of those four regional offices have or will be provided with remote access to CFPB systems.

Dated: March 31, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*