# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Treasury Employees Union, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-381-ABJ |
| Russell Vought, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Treasury Employees Union, et al.

Date: 04/01/2025

/s/ Adina H. Rosenbaum
*Attorney's signature*

Adina H. Rosenbaum, DC Bar No. 490928
*Printed name and bar number*
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
*Address*

arosenbaum@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

*FAX number*