## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>Defendants. | Civil Action No. 25-0381 (ABJ) |

### [PROPOSED] ORDER

Upon consideration of Defendants' renewed request for a stay of the Court's preliminary injunction, ECF No. 88, pending appeal, it is hereby **ORDERED** that Defendants' request is **GRANTED**.

**SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

DATE: _____