UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-0381-ABJ |

### [PROPOSED] ORDER

Upon consideration of the defendants' motion for a stay pending appeal, the Court **ORDERS** that:

1. The motion for a stay pending appeal is denied.

2. The Court's preliminary injunction order is administratively stayed until 11:59pm on April 7 unless the defendants file a motion to stay in the D.C. Circuit or the motion they previously filed remains pending. If so, the administrative stay shall remain in place until the D.C. Circuit decides the motion.

3. During the pendency of the administrative stay, the defendants shall comply with the personnel termination and data deletion provisions of the February 14, 2025 agreed-upon order, Dkt. 19, as well as the agreed-upon prohibition against finalizing the cancellation of any contracts, see Dkt. 71.

**SO ORDERED.**

Dated: April ___, 2025

_____
AMY BERMAN JACKSON
United States District Judge