UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00381-ABJ |

**DEFENDANTS' RESPONSE TO THE COURT'S MINUTE ORDER**

Defendants respectfully submit this response to the Court's Minute Order directing the parties to inform the Court of their position on whether this Court has jurisdiction to consider Defendants' request to stay the preliminary injunction pending appeal.

This Court has jurisdiction to rule on Defendants' renewed request for a stay pending appeal even though a motion to stay is also pending with the D.C. Circuit. "The filing of a notice of appeal . . . divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). But a district court still "retains jurisdiction over tangential matters" such as a "issuing stays . . . pending the appeal." *Stewart v. Donges*, 915 F.2d 572, 575 n.3 (10th Cir. 1990) (citation omitted). *See also e.g., Wolfe v. Clarke*, 718 F.3d 277, 281 n.3 (4th Cir. 2013); *Matter of Miranne*, 852 F.2d 805, 806 (5th Cir. 1988). Both the D.C. Circuit's as well as this Court's power to stay an injunction pending appeal is collateral to the order on appeal. *See* 28 U.S.C. § 1651; Fed. R. Civ. P. 62(d), (g). Indeed, when a party seeks a stay pending appeal from an appellate court, it is not appealing a district court's decision regarding such relief; rather, it is asking the court of appeals to exercise its authority under 28 U.S.C. § 1651 to enter that relief. 16A Charles Alan Wright & Arthur R. Miller, Fed. Prac. & Proc. Juris. § 3954 (5th ed.) (observing that "the power of a court of appeals to stay proceedings

in the district court during the pendency of an appeal … exists by virtue of the all writs statute, 28 U.S.C. § 1651") (quoting the original Advisory Committee Note to Federal Rule of Appellate Procedure 8(a)). Thus, the D.C. Circuit's consideration of the Government's stay motion does not deprive this Court of its independent power to stay its own injunction.

Dated: April 3, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4964
Fax: 202-616-8460
Email: liam.c.holland@usdoj.gov

*Attorneys for Defendants*