IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-0381 (ABJ) |
| RUSSELL VOUGHT, *in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING FINAL RESOLUTION OF THE APPEAL OF THIS COURT'S PRELIMINARY INJUNCTION ORDER**

Defendants Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, and the Consumer Financial Protection Bureau, hereby move the Court to stay all proceedings in this case until Defendants' appeal of the Court's March 28, 2025, memorandum opinion, ECF No. 87, and order, ECF No. 88, is finally resolved. *See* Notice of Appeal. ECF No. 89. In the alternative, Defendants respectfully ask the Court for an extension of time to respond to the amended complaint, ECF No. 7, until thirty days after this motion is denied. The grounds supporting this motion are set forth in the accompanying memorandum. Undersigned counsel has conferred with counsel for Plaintiffs, who requested that Defendants include their position as follows: "The plaintiffs oppose a stay. The plaintiffs would consent to a 30-day extension of the response deadline if the defendants agree to produce the administrative record by April 21, when it would otherwise be due without an extension of the motion to dismiss deadline."[1] In accordance with the Local Civil Rules, a proposed order is attached.

---

[1] Insofar as the Court authorizes Plaintiffs to make this demand—a demand that is practically impossible to fulfill, seemingly premised on several legal misunderstandings, and unrelated to Defendants' good cause shown—in their opposition, Defendants will address the demand in their reply.

DATED: April 15, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*