# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*, <br><br> Defendants. | Civil Action No. 25-0381 (ABJ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to stay proceedings pending final resolution of the appeal of this Court's preliminary injunction order, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** the further proceedings in this case are stayed until Defendants' appeal, ECF No. 89, is finally resolved; and it is further

**ORDERED** that the parties file a joint status report within 30 days of final resolution of Defendants' appeal.

**SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

DATE: _____