IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-0381-ABJ |

**[PROPOSED] ORDER TO SHOW CAUSE**

Upon consideration of Plaintiffs' Motion for Order to Show Cause:

It is hereby **ORDERED** that the Defendants are ordered to appear on April ___, 2025 at _____ and show cause as to why they have not violated this Court's preliminary injunction.

**SO ORDERED.**

Dated: April ___, 2025

                                                      AMY BERMAN JACKSON
                                                     United States District Judge