IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br>       *Plaintiffs*, <br> v. <br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br>       *Defendants*. | Case No. 25-cv-381-ABJ |

**SECOND DECLARATION OF EMORY DOE**

I, Emory Doe, declare as follows:

1. I supervise the Escalated Case Management Team at the CFPB. The statements made in this declaration are based on my personal knowledge.

2. I previously submitted a pseudonymous declaration in this case. If the Court would like to know my name and position, I am willing to provide it ex parte and under seal.

3. On April 17, 2025 at 4:16 PM ET, I received a notice of reduction in force stating that my position was being eliminated. The notice informed me that I would lose access to all work systems, including my email, at 6:00 PM ET on April 18, 2025.

4. I have seven direct reports. I have personally confirmed with six of them that they also received notices of reduction in force.

5. I have also communicated with my seventh direct report. She is on vacation and currently does not have access to her work email. She therefore does not know if she was also sent a notice of reduction in force.

6. I received my reduction in force notice only on my work email. I believe the CFPB attempted to send that notice to my personal email but failed to do so. That is because, on the email

I received at my work email address, the CFPB copied an email address that is a misspelled version of my personal email address.

7. My seventh direct report will return from vacation after 6:00 PM ET on April 18, 2025. That means that, if she did receive a notice in reduction of force to her work email, she will have lost access to that account before she can check for the notice.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, D.C. on April 17, 2025.

/s/ *Emory Doe*
Emory Doe