IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants.* | Case No. 25-cv-381-ABJ |

**DECLARATION OF JASON BROWN**

I, Jason Brown, declare as follows:

1. I am an employee of the Consumer Financial Protection Bureau, where I currently serve as the Assistant Director (the head) of the Office of Research.

2. Currently, the Office of Research has approximately 57 employees.

3. Yesterday afternoon, April 17, I learned that all employees other than me and two other senior leaders (and one person who is on vacation and whose status I have not been able to confirm) had received reduction-in-force notices and would lose access to work systems at 6pm today, April 18.

4. No one consulted me or any other senior leaders in the Office of Research about the impact that these terminations would have on the Office's ability to fulfill its mandatory statutory duties.

5. After 6pm today, the Office of Research will be unable to perform those statutory functions.

6. The duties include:

   a. Conducting research in the six areas specified in Dodd-Frank Section 1013(b)(1).

   b. Calculating potential benefits and costs to consumers and covered persons in rulemakings under Dodd-Frank Section 1022(b)(2).

   c. Conducting market monitoring under Dodd-Frank Section 1022(c).

   d. Assessing significant rules five years after their effective date under Dodd-Frank Section 1022(d).

   e. Developing and testing model disclosures for rulemaking purposes under Dodd-Frank Section 1032(b)(3).

7. The remaining employees lack certain technical expertise to fulfill these functions on their own—for example, none of us has the training in behavioral or decision science that is necessary to study consumer awareness and understanding of products and disclosures, as well as testing disclosures, as required by statute—and, in any event, cannot fulfill the duties because of the volume of work involved.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, DC this 18th day of April.

/s/ Jason Brown
Jason Brown