IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>　　　　*Plaintiffs*,<br>　v.<br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>　　　　*Defendants*. | Case No. 25-cv-381-ABJ |

## DECLARATION OF JOSH FRIEDMAN

I, Josh Friedman, declare as follows:

1.　Since 2013, I have been employed at the Consumer Financial Protection Bureau, where I work in the Office of Servicemember Affairs as a Consumer Response Specialist.

2.　I am an Air Force veteran and continue to serve in the Air Force Reserve. Since March 10, 2025, I was activated (ordered to active duty) to the Headquarters of the Air Force at the Pentagon. My duties require me to work in a vault at the Pentagon where I do not have access to my cell phone.

3.　Yesterday, April 17, 2025, while I was on active duty at the Pentagon (taking a break to go to the gym), I was issued a reduction-in-force notice from the CFPB, notifying me that I am being terminated from the position I have held for more than a decade.

4.　The Consumer Financial Protection Bureau is required to have an Office of Servicemember Affairs as required by the Dodd Frank Act, 12 U.S.C. 5493(e). The Office is required to educate and empower servicemembers; monitor consumer complaints by servicemembers; and coordinate with other federal and state agencies to assist servicemembers.

My Bureau work includes performing these statutory responsibilities, including monitoring complaints and coordinating with federal agencies such as the DoD, VA, and DOJ.

5. It is my understanding that all or nearly all of the Office of Servicemember Affairs has been RIFd. The Office will not be able to perform its statutory duties if it does not have adequate, experienced staffing.

6. It is also my understanding that several other veterans, including those in Office of Servicemember Affairs, were RIFd as well. I have personal knowledge of at least 5 veterans who were RIFd yesterday.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on April 17, 2025.

<em>/s/ Joshua Friedman</em><br>
Joshua Friedman