# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-0381-ABJ |

## [PROPOSED] ORDER SETTING DEADLINE FOR PRODUCTION

Upon consideration of Plaintiffs' request to set a deadline for the defendants' production:

It is hereby **ORDERED** that the Defendants are ordered to produce all documents responsive to the plaintiffs' request by 12 p.m. ET on Tuesday, April 22, 2025.

**SO ORDERED.**

Dated: April ___, 2025

_____
AMY BERMAN JACKSON
United States District Judge