UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> Defendants. | Civil Action No. 25-0381 (ABJ) |

**JOINT MOTION FOR THE ENTRY OF A STIPULATED FEDERAL RULE OF EVIDENCE 502(d) ORDER**

The parties have stipulated to a proposed Federal Rule of Evidence 502(d) Order. During the course of discovery, the parties may seek documents or other information that may be privileged or protected from disclosure. To guard against the risk of inadvertent waiver of any applicable privileges or protections, the parties have conferred and agreed on a procedure to assert such claims after production pursuant to Federal Rule of Evidence 502(d) and Local Civil Rule 16.3(c)(10). The parties' agreement is included in their Stipulated Clawback Agreement and Federal Rule of Evidence 502(d) Order.

DATED: April 22, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett (pro hac vice)
Gupta Wessler LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 573-0335

*Counsel for Plaintiffs*