IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-381-ABJ |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE**

The plaintiffs respectfully request that the Court extend the deadline to file their reply in support of their motion to enforce to Friday, April 25, 2025. The plaintiffs learned Wednesday morning that the defendants' production did not include hundreds of responsive records because a processing error resulted in their omission. The defendants have represented that the production of these additional records cannot be completed today. They have agreed to produce the records by 8pm Thursday, which is only hours before the plaintiffs' brief would otherwise be due. The defendants do not oppose this request.

Dated: April 23, 2025

/s/ Deepak Gupta
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar. 1046738)
Gabriel Chess (DC Bar No. 90019245)
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Respectfully submitted,

/s/ Wendy Liu
Wendy Liu (DC Bar No. 1600942)
Adam R. Pulver (DC Bar No. 1020475)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

I

| | |
|---|---|
| Jennifer D. Bennett (pro hac vice)<br>Gupta Wessler LLP<br>505 Montgomery Street<br>San Francisco, CA 94111<br>(415) 573-0335<br><br>*Counsel for Plaintiffs* | Julie Wilson (DC Bar No. 482946)<br>General Counsel<br>Paras N. Shah (DC Bar No. 983881)<br>Deputy General Counsel<br>Allison C. Giles (DC Bar No. 439705)<br>Assistant Counsel<br>National Treasury Employees Union<br>800 K Street, NW, Suite 1000<br>Washington, DC 20001<br>(202) 572-5500<br><br>*Counsel for Plaintiff National Treasury Employees Union* |