IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-381-ABJ |

**[PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE**

Upon consideration of Plaintiffs' motion for an extension of time to file their reply in support of their motion to enforce:

It is hereby **ORDERED** that the deadline to file Plaintiffs' reply in support of their motion to enforce is extended up to and including Friday, April 25, 2025.

**SO ORDERED.**

Dated: April ___, 2025

_____
AMY BERMAN JACKSON
United States District Judge