IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.* <br><br> *Defendants*. | ) ) ) ) ) ) ) ) Case No. 25-cv-381-ABJ ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Joshua E. Gardner of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance on behalf of the Defendants in the above-captioned matter.

Dated: April 25, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

 */s/ Joshua E. Gardner*
JOSHUA E. GARDNER
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-7583
Fax: (202) 616-8470
E-mail: Joshua.E.Gardner@usdoj.gov

*Attorneys for Defendants*