AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| National Treasury Employees Union, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-381-ABJ |
| Russell Vought, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Treasury Employees Union, et al.

Date: 04/25/2025

/s/Michael Skocpol
*Attorney's signature*

Michael Skocpol 1659449
*Printed name and bar number*

2001 K St NW, Suite 850 North
Washington, DC 20006
*Address*

michael@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

(202) 888-7792
*FAX number*