IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-381-ABJ |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO DOCKET EXHIBITS INTENDED FOR USE AT THE APRIL 28, 2025 HEARING**

The plaintiffs respectfully request that the Court extend the deadline to docket the exhibits they intend to introduce or utilize at the April 28, 2025 hearing from noon on April 26 to 3:00 pm on April 26. The defendants just completed their productions last night, April 24, and included in last night's productions more than 2,000 additional pages of records. The plaintiffs are still actively reviewing those records and do not yet know which they intend to use. The defendants do not oppose this request.

Dated: April 25, 2025

Respectfully submitted,

/s/ Deepak Gupta
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar. 1046738)
Gabriel Chess (DC Bar No. 90019245)
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett (pro hac vice)
Gupta Wessler LLP
505 Montgomery Street

/s/ Wendy Liu
Wendy Liu (DC Bar No. 1600942)
Adina Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

Julie Wilson (DC Bar No. 482946)
General Counsel
Paras N. Shah (DC Bar No. 983881)

1

<table>
<tr><td>

San Francisco, CA 94111  
(415) 573-0335

*Counsel for Plaintiffs*

</td><td>

Deputy General Counsel  
Allison C. Giles (DC Bar No. 439705)  
Assistant Counsel  
National Treasury Employees Union  
800 K Street, NW, Suite 1000  
Washington, DC 20001  
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

</td></tr>
</table>