IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-381-ABJ |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to extend the deadline to docket the exhibits they intend to introduce or utilize at the April 28, 2025 hearing:

It is hereby **ORDERED** that the motion is granted and the deadline is extended to 3:00 pm on April 26.

**SO ORDERED.**

Dated: April ___, 2025

                                                                                                    _____
                                                                                                    AMY BERMAN JACKSON
                                                                                                    United States District Judge