IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.,*<br>　　　　*Defendants.* | Case No. 25-cv-381-ABJ |

**DECLARATION OF ANGELA FOX**

I, Angela Fox, declare as follows:

1.　　I am a Senior Counsel in the Bureau's Office of Regulations on the Regulatory Implementation and Guidance Team. I have been at the Bureau for 12 years, and in my role in the Office of Regulation's Regulatory Implementation and Guidance (RIG) Team for 9 years. The following is based on my personal knowledge.

2.　　The Office of Regulations (Office) has a little less than 70 staff members. The Office drafts regulations, including those required under the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (Dodd-Frank Act) and pursuant to authorities provided in statutes under the Bureau's purview, to fulfill the Bureau's function under the Dodd-Frank Act. *See* Dodd-Frank Act, sec. 1021(c). The staff are subject matter experts in over forty topics, which cover the Bureau's regulations and the financial services and products within the Bureau's purview. In addition to drafting regulations, staff are responsible for using their expertise to provide individualized answers to entities that submit inquiries with specific fact sets, helping them to understand the applicable regulatory and statutory requirements, and also advising other offices in

the Bureau (and other agencies) on how to interpret the substantive regulations and statutes under the Bureau's purview. For example, attorneys both provide guidance to external financial industry entities on how to interpret the regulations in one-on-one phone calls and advise other offices on how to apply and interpret the regulations and statutes in enforcement and supervisory matters.

3. The RIG Team was developed as part of the Bureau's fulfillment of statutory requirements to provide guidance to the financial industry on the regulations and statutes within the Bureau's purview. *See* Dodd-Frank Act, sec. 1021(c). For example, pursuant to Section 212 of the Small Business Regulatory Enforcement Fairness Act of 1996 (SBREFA), for certain rules, the Bureau is required to publish "small entity compliance guides" that explain the actions a small entity is required to take to comply with the rule. In addition, pursuant to Section 213 of SBREFA, the Bureau is required to respond to inquiries from small entities with information on, and advice about, how to comply with and implement any of the statutes and regulations over which the Bureau has purview, and is also required to have a program to provide such responses and report to Congress on that program.

4. To fulfill these statutory obligations, the RIG Team is responsible for preparing and providing guidance, including through the statutorily required informal staff guidance program. For example, as required by SBREFA, the RIG Team drafts and publishes required guidance documents and responds to inquiries received through the informal staff guidance program, which includes inquiries received through the Home Mortgage Disclosure Act (HMDA) Help Line and the Small Business Lending (SBL) Rule Help Line. The RIG Team is also responsible for managing the inquiry program and drafting the report to Congress, as required by SBREFA. In total, the RIG Team has five employees, including myself, and one manager.

5. On Thursday, April 17, 2025, the entire RIG Team, including myself, received reduction-in-force (RIF) notices. Those notices also stated that access to work systems, including email and internal platforms, would be discontinued at 6:00 P.M. ET the following day. Therefore, if the RIFs were to proceed—and access to work systems terminated on April 18, 2025—there would be nobody left on the RIG Team. The Office overall would be reduced to nine staff members and one manager.

6. I was not consulted about how many people or which roles were necessary to perform the Office's statutory functions before the RIF notices went out. To my knowledge, nobody in the Office was consulted either about how many people or which roles were necessary to perform the Office's statutory functions before the RIF notices went out.

7. The Office cannot fulfill the Bureau's statutorily required function to provide guidance with no employees on the RIG Team and the proposed number of limited employees in the Office. For example, inquiry volume alone can be as high as several hundred inquiries per month across the program's scope, and can take the entire available bandwidth of the Office when it is fully staffed (and in some instances has even required the Office to hire additional staff and contractors). Based on my experience managing the informal staff guidance inquiry program and observations on historical staffing needs for the Office, a staff of ten would not be enough to complete all the required functions of the Office and respond to inquiries on all of the regulations and statutes for the 40 or more subject areas within the Bureau's purview.

8. For example, the statutorily required functions of the RIG Team require specialized knowledge and training. Elimination of the entire RIG Team, as would result if the RIFs were to proceed, would make it impossible to provide guidance that the Bureau is required by law to provide. Moreover, because the RIFs were scheduled to go into effect the day after the notices

were received, nobody would have been able to have been trained to do the work needed for the Office to fulfill its statutory function.

\*\*\*

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, DC this 24th day of April, 2025.

_____
Angela Fox

4