IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>        *Plaintiffs*,<br>  v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>        *Defendants*. | Case No. 25-cv-381-ABJ |

**DECLARATION OF DANNY PHAM**

I, Danny Pham, declare:

1. I am a Principal Platform Architect in the Office of Technology and Innovation. I received a notice of reduction-in-force on April 17. I am filing this declaration to explain the impact the RIF and administrative leave would have on the Bureau's statutorily required functions.

2. In my role, I serve as the Salesforce Principle Platform Architect and the Systems Owner for several technology contracts that the CFPB relies on to store and maintain data and otherwise fulfill its statutory requirements. The Platform Architecture role requires me to review, test, and approve any changes to the Salesforce Platform. As the Systems Owners, we are responsible for the overall budget, procurement, development, integration, modification, operation, and maintenance of technology services relied on by the CFPB. I am the Systems Owner for three products: Salesforce (which includes several subsidiary Salesforce applications), Mulesoft (API integration to transfer files from and to Salesforce), and EzProtect (virus and malware protection).

3. The CFPB relies on at least 14 Salesforce applications. These applications are used by several of the Bureau's statutorily mandated divisions and functions, including Consumer Response, Supervision, Enforcement, the Consumer Advisory Board, and the Office of Minority

and Women Inclusion. Consumer Response, for example, relies on the Salesforce application Mosaic. Mosaic is the application that Consumer Response uses to organize and manage the data that comes in through the submission of consumer complaints. If Mosaic stopped working, the consumer complaint database would stop working.

    4. As the Systems Owner for Salesforce, I coordinate with the programmatic teams that rely on Salesforce to ensure the applications function as required. When there are issues, I am responsible for resolving and/or coordinating different supporting teams to troubleshoot any technical issues.

    5. For instance, Consumer Response relies on Salesforce to store consumer complaints. Recently, Consumer Response exceeded its allotted storage with Salesforce due to high complaint volume. In the period of time immediately before I received my RIF notice, I worked with Salesforce to temporarily increase CFPB's allotted data storage. I planned to work next with my team to identify a long-term solution. Salesforce will provide temporary storage for a month, after which I must ask for an additional stop-gap measure or work out a long-term solution. If I cannot do so, the Consumer Response application will run into issues and the complaint system will break down because it is exceeding its storage allotment.

    6. Salesforce also provides applications that generate auto-email responses to consumers who file complaints. Because Consumer Response continues to receive a growing number of daily complaints, we recently surpassed the Salesforce limit of 90,000/day maximum email allotment for our account. I requested an increase in our daily maximum. However, the Salesforce Vendor denied the request due to our Permanent Failure Rate (PFR) exceeding the allowable threshold of 1%. Our PFR on a 30-day rolling rate is currently at 3.6%. Salesforce will only grant our request for an increase in our daily maximum if we get the PFR < 1%. I identified a solution to that

technical issue and was recently authorized to implement it. Had I not been able to do so and were we not able to increase our daily maximum, the consumer complaint application would have experienced disruptions in its processing of complaints.

7. Consumer Response also relies heavily on EzProtect, the virus and malware detection platform for which I serve as the Systems Owner. The EzProtect contract was one of the contracts that was canceled in the middle of February. When that happened, the system stopped forwarding significant numbers of consumer complaints to regulated entities. That was because, without EzProtect, the system could not scan them for viruses or malware. When that contract was turned back on, I worked with the vendor to resolve the backlog and re-run the system. It took me over a week to reestablish the proper connection and rescan more than 600,000 files attached to complaints—none of which were processed while the contract was turned off.

8. As a Systems Owner, I am also responsible for cybersecurity. For example, I am responsible for responding to any security event involving one of my systems within ten minutes of detection or suspicion. I also develop, review, and perform cybersecurity tests on my systems. This year, I was conducting a significant cybersecurity test on Salesforce. When I received the RIF notice, I was planning that test. If the test is run incorrectly, it could corrupt the Salesforce Platform currently providing services to our 14 applications, including the application relied on by Consumer Response. The CFPB will be vulnerable to cyber-attacks if the test is not run.

9. In addition to serving as the Systems Owner, I also served as the Contract Officer Representative (COR) for five technology contracts. For each of those contracts, I am responsible for the maintenance of the system, validating the work done by the contractors, and executing payments on the contracts. While the contract officers negotiate and sign contracts on behalf of the government, the bills on those contracts cannot be paid without the Contract Officer

Representative. As the Contract Officer Representative, I also talk to the company representatives to resolve any issues that arise with the technology. Only employees with the necessary accreditation from Federal Acquisition Certification can serve as Contract Officer Representatives. We are currently in the process of a Salesforce Contract Audit, which I am leading as the COR for that contract, and I just recently updated all documents for the audit before the RIF notice. However, the status of the audit is still pending. Federal law requires the CFPB to conduct audits under the Federal Acquisition Regulations. *See* 48 C.F.R. § 42.101 et. seq.

10. Finally, I provide technical support for several CFPB technology contracts in my role. For instance, I support the Collect software, a tool regulated entities use to provide mandatory disclosures to the CFPB. Those disclosures include the data companies must provide—and the Bureau must publish—to comply with the CARD Act, 15 U.S.C. § 1632(d)(2)–(3), the Fair Credit and Charge Disclosure Act, *id.* § 1637(r)(2), and the Depository Institutions Deregulation and Monetary Control Act of 1980, *id.* § 1646(b).

11. Normally, I provide Tier 2 or Tier 3 support for the Collect contract, which are higher levels of technical support. Tier 2 support is advanced troubleshooting. For instance, on the day I received my RIF notice, I was working with a company that could not access Collect because its IT software was preventing it from resetting its password. Tier 3 support is the highest level and requires coordination with the vendor to address issues with the software itself. Contractors generally provide Tier 1 support, which is basic support. The contract for Tier 1 support for the Collect software was terminated in February, though, so I'm now also providing lower-level IT support along with three of our Salesforce contractors to support companies using the Collect application.

12. I also provide Tier 2 and Tier 3 support for the Salesforce contract. That includes providing technical support for Mosaic, the program without which the consumer complaint database cannot

function. If I am RIF'd and placed on administrative leave, there will be no one else at the CFPB who can provide Tier 2 or Tier 3 support for the mosaic contract.

13. I work within the Enterprise Platform Branch of the Enterprise Platform Division. In my branch, there are a total of six full time employees—my supervisor, and his five direct reports (including me). The five of us are responsible as System Owners and CORs for managing Microsoft 365, Salesforce, and Service Now (a cloud ticketing and tracking platform). All five of us received RIF notices. Within the Enterprise Platform Division there are a total of 18 full time employees: one Division Director, three leads, and fourteen employees who either serve as System Owners and/or CORs for specialized technology relied on by the CFPB. After the RIFs, only three employees are left within the Division: the Director, one Platform Lead, and one Solution Delivery Manager. I was the only System Owner and COR for Salesforce. Because all of us were included in the RIF notices, there will be no one to fill my role. And without someone performing my work, the CFPB's data could be lost or impaired.

## Whistleblower Disclosure

14. I have provided a copy of this declaration to the Office of Special Counsel pursuant to the Whistleblower Protection Act. I am making this whistleblower disclosure based on my reasonable belief that the conduct described in this declaration constitutes a violation of a federal law and an abuse of authority. 5 U.S.C. § 2302(b)(8)(A).

*   *   *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Centreville, Virginia on April 23, 2025.

                                                 _____
                                                 Danny Pham