IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>      *Plaintiffs,*<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.,*<br>      *Defendants.* | Case No. 25-cv-381-ABJ |

**DECLARATION OF HARPER DOE**

I, Harper Doe, declare as follows:

1. I work in the CFPB's Office of Finance and Procurement and serve as the Civil Penalty Fund Administrator. I have been at the CFPB for approximately 12 years and in my role as Civil Penalty Fund Administrator for approximately 11 years. I am the only person who has had the role of the Bureau's Civil Penalty Fund Administrator. The following is based on my personal knowledge. I make this declaration pseudonymously out of concern for retaliation. If requested, I will share my name and position ex parte and under seal.

2. The Dodd-Frank Act establishes the "Consumer Financial Civil Penalty Fund" (Civil Penalty Fund), into which the Bureau must deposit civil penalties it collects from any person or company in any judicial or administrative action under Federal consumer financial laws. 12 U.S.C. § 5497(d)(1). The Dodd-Frank Act requires the Civil Penalty Fund to be maintained and established at a Federal reserve bank, in accordance with requirements imposed by the Board of Governors. The Civil Penalty Fund is used to make payments for two purposes specified by statute: (1) payments to victims of companies that break federal consumer financial protection laws; and

(2) if those victims cannot be identified or payments to victims are not feasible, for consumer education and financial literacy programs.

3. As the Civil Penalty Fund Administrator, I manage and am responsible for the Bureau team overseeing the Civil Penalty Fund (the Team). I report to the CFPB's Deputy Chief Financial Officer. In total, the Team has six employees: myself and five analysts who report to me. We are responsible for the collection, allocation, disbursement, monitoring and reporting of funds. This multi-year work involves billions of dollars, millions of consumers, and 3 contracted vendors with dozens of cases.

4. On Thursday, April 17, 2025, all five analysts in the Team received reduction-in-force (RIF) notices. Those notices also stated that access to work systems, including email and internal platforms, would be discontinued at 6:00 P.M. ET the following day. Therefore, if the RIFs were to proceed—and access to work systems terminated on April 18, 2025—I would be the only person left on the Team. Additionally, because our program oversees vendors, each of the 5 analysts is also a contracting officers representative (COR) with direct contract oversight responsibilities. While I am responsible for the program, the analysts and the vendors, I am not a COR and not authorized to direct the vendors under the current terms of our task orders.

5. I was not consulted about how many people or which roles were necessary to perform the Team's statutory functions before the RIF notices went out.

6. The Civil Penalty Fund is statutorily required by the Dodd Frank Act. The Team cannot fulfill its statutory function with just me. In addition to simply not having the bandwidth needed, there is no way to operate the Civil Penalty Fund and administer payments out of it with just me. For example, to execute or administer payments to victims, the Team's analysts get data and information, analyze it, work with vendors, support decisions about the allocation of payments,

and execute the payments. All analysts received a RIF notice, and there is no way for me to do all of that work by myself.

7. Further, to maintain and operate the Civil Penalty Fund, the Team also needs to coordinate and work with other Bureau employees in the Office of Finance and Procurement. For example, to fulfill the main statutory function of the Civil Penalty Fund, the disbursement of funds to harmed consumers, the Team needs to work with trained analysts in the Financial Management and Budget Execution team. Those employees, however, have also received RIF notices.  Without those employees, the Team cannot fulfill the statutory function of the Civil Penalty Fund.

***

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, DC this 23rd day of April.

/s/ *Harper Doe*_____
Harper Doe