IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>   *Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.,*<br>   *Defendants.* | Case No. 25-cv-381-ABJ |

**DECLARATION OF THERESA BURTON**

I, Theresa Burton, declare as follows:

1. I am a Resource Management Officer in the Enforcement Division. I have been at the CFPB for 9 years. My role at the Bureau is administrative operations, and I serve as a Contracting Officer's Representative (COR Level III) on all of Enforcement's contracts. The following is based on my personal knowledge or information provided to me while performing my duties.

2. I am filing this declaration to explain how the attempted mass reduction in force and work stoppage on April 17, had it not been suspended by the court, would have caused the irretrievable loss of important CFPB records and data.

3. The Enforcement Division currently has a contract with a vendor (Deloitte) for e-Discovery services. Those services include processing and hosting litigation data, which is stored on Deloitte servers through a program called Relativity. Deloitte is currently hosting over 28.5 million files, totaling over 11TB, for the CFPB. This includes data on 10 different matters, some in active litigation.

4. If the Bureau had been able to proceed with shutting down the access to work systems of everyone who received RIF notices, all of this data would likely have been deleted.

5. The current contract with Deloitte to store the Bureau's litigation data was set to expire on April 24, 2025. I submitted a funding request for a new contract to Finance on March 24, 2025. The funding request was completed on April 3, 2025. And the contract request was submitted to Procurement on April 3, 2025.

6. On Thursday, April 17, 2025, Procurement reached out to me and asked if we had money left over on the current contract due to the "stop work / termination issues" and wanted to know if we could do a "no cost extension" to prevent a lapse in the contract. We reached out to Deloitte immediately for an estimate on how long they anticipate the remaining funding would last for the extension.

7. That afternoon I received a RIF notice, which stated that my access to work systems would be shut off at 6pm ET the following day.

8. On Friday morning, April 18, 2025, after learning about the RIF notices, Deloitte reached out to the Contracting Officer (CO) and asked if we were still going to extend the contract, or what they needed to provide to continue support beyond April 24 when the contract expires. The vendor also asked for a contact for day-to-day guidance. The CO told them that Procurement had been RIF'd and that there is no point of contact moving forward. I reached out to two of the senior managers of the Procurement Team asking if their entire team had been RIF'd, flagging that if the Deloitte contract lapses, "the data is in danger of being deleted, which is in violation of the court order." They confirmed that everyone they had spoken to received a RIF notice.

9.      I notified the Enforcement Chief of Staff, who was also RIF'd, and she forwarded it by email to the Chief Financial Officer. I am copied on that email. The Chief of Staff asked the Chief Financial Officer if there were steps that could be taken to stop the contract from lapsing, "which will result in the unlawful deletion of data." He emailed that he was still trying to figure out who was left standing in the Office of Finance and Procurement (OFP), and told her that he could not guarantee that the contract would not lapse, as they were "trying to keep even basic bureau functions operational and [he didn't] know what the status of our procurement function [was] at that point." I am also copied on this email.

## Whistleblower Disclosure

I am making this whistleblower disclosure based on my reasonable belief that the conduct described in this declaration constitutes a violation of a federal law and an abuse of authority. 5 U.S.C. § 2302(b)(8)(A).

***

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in Washington, DC this 19th day of April.

/s/ *Theresa Burton*
Theresa Burton