# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00381-ABJ |

## NOTICE OF FILING OF EXHIBIT LIST AND DOCKETING OF EXHIBITS

Please take Notice that, pursuant to the Court's April 21, 2025 Minute Order, Defendants are docketing the following Exhibits:

| Exhibit Number | Description |
|---|---|
| DX-01 | ECF No. 109: Declaration of Mark Paoletta, including attachments |
| DX-02 | CFPB_00258-259: Email re: Re: Specific Notice of RIF Template |
| DX-03 | CFPB_00256-257: Email re: Re: Specific Notice of RIF Template |
| DX-04 | CFPB_00546: Email re: Confirming Direction from DOGE members |
| DX-05 | CFPB_00139: Email re: Additional Info |
| DX-06 | CFPB_00358-361: Memo re: Divisional Staffing |
| DX-07 | CFPB_02720: PDF of Excel Spreadsheet re: CFPB's Statutory Duties |
| DX-08 | CFPB_00332-338: Email re: Statutorily-required units//brief history |
| DX-09 | CFPB_00370-00371: Bureau Wide Reduction Scenario 04152025 149 pm |
| DX-10 | CFPB_00710: PDF of Excel Spreadsheet re: Position Retention Worksheet _4-16-25_for Flagging 4.25 (Confidential information removed) |
| DX-11 | CFPB_00668-669: Email re: RE: job codes for review and approval |

| DX-12 | CFPB_00649-650:  Email re:  RE: job codes for review and approval |
|---|---|
| DX-13 | CFPB_00321:  RIF Breakdown |

Dated: April 26, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

CHARLES E.T. ROBERTS
Counsel
Civil Division

JOSHUA E. GARDNER
BRAD P. ROSENBERG
Special Counsel
Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-4964
Fax: 202-616-8460
Email: liam.c.holland@usdoj.gov

*Attorneys for Defendants*