| | |
|---|---|
| **From:** | Paoletta, Mark (CFPB) |
| **To:** | Martinez, Adam (CFPB); Shapiro, Daniel (CFPB) |
| **Subject:** | Re: Specific Notice of RIF Template |
| **Date:** | Saturday, April 12, 2025 8:47:38 PM |

I want to understand what kind of access he has been given. I don't want anything moving forward until I am briefed.

---

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Saturday, April 12, 2025 7:51:41 PM
**To:** Paoletta, Mark (CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (CFPB) <Daniel.Shapiro@cfpb.gov>
**Subject:** FW: Specific Notice of RIF Template

Hi Mark and Daniel –

Gavin reached out this afternoon and I've had discussions with him and Jeremy. I have several employees pulling information together and providing Gavin with access to a couple of our systems. Could you confirm that we are authorized to keep moving this forward? I understand we will continue to receive guidance.

Thank you.

Adam


Adam Martinez
Chief Operating Officer

---

**From:** Jeremy Lewin <jlewin@usaid.gov>
**Sent:** Saturday, April 12, 2025 4:08 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Cc:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Subject:** Specific Notice of RIF Template

Adam,

Please find attached an updated RIF letter template for tomorrow's planned personnel actions. Let me know of any questions or concerns.

We will need to pull the requisite information to accurately fill in this information for the employees in the competitive areas approved by OPM, and mail merge with the required Title 5 supporting information packet (which we have as a consolidated single PDF).

CFPB_00258

DX-02_001

Once we have the full roster, Director Vought's team and I will conduct an individualized assessment to, consistent with the DC Circuit's stay, ensure that only non-statutory positions are affected.

In addition, what is the status of the probationary employees?

Thank you,
Jeremy

Sensitive But Unclassified (SBU)

CFPB_00259

DX-02_002