| | |
|---|---|
| **From:** | Chilbert, Christopher (CFPB) |
| **To:** | Paoletta, Mark (CFPB) |
| **Subject:** | Confirming Direction from DOGE members |
| **Date:** | Sunday, April 13, 2025 11:42:13 AM |
| **Attachments:** | image001.png |

Mark,

We received direction from Gavin Kliger of the DOGE team yesterday to provide him with access to several systems and SharePoint folders. We provided him with the requested access as he said he was being directed by Acting Director Vought, but Adam Martinez has confirmed we should remove access from the SharePoint folders and workflows this morning.

I'd like to confirm whether we should remove access to the following as well:
- Ability to disable employee email accounts and manage the CFPB email system generally
- Ability to prevent access to CFPB laptops for employees

Thanks,

Chris Chilbert
Chief Information Officer | Technology & Innovation
(202)435-9880

Consumer Financial Protection Bureau
**consumerfinance.gov**

Book time to meet with me

DX-04_001

CFPB_00546