| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | Paoletta, Mark (Detailee); Shapiro, Daniel (Detailee) |
| **Cc:** | Dorfman, Victoria (Detailee) |
| **Subject:** | Additional Info |
| **Date:** | Monday, April 14, 2025 12:59:18 PM |
| **Attachments:** | FW 20250213 CFPB Information Memo_CRE.msg |
| | CUI CRE List 4-14-25.xlsx |

Attached is the CRE staff list broken down by division/office along with the memo provided by Chris J. regarding their statutory competitive areas.

DX-05_001

CFPB_00139