| | |
|---|---|
| **From:** | Dorfman, Victoria (Detailee) |
| **To:** | Paoletta, Mark (CFPB); Shapiro, Daniel (CFPB) |
| **Subject:** | Statutorily-required units // brief history |
| **Date:** | Sunday, April 13, 2025 4:05:25 PM |

Mark/Daniel,

I forwarded you two emails from Adam. As I mentioned to Mark on the call just now, supervision and enforcement used to be a part of SEFL. Then, FL (fair lending) got split up and moved to the front office, and last year enforcement and supervision were made separate as well. Unlike in many other agencies, and as we know, attorneys in supervision and enforcement do not report to the GC in the CFPB.

As to the organic statute (https://www.law.cornell.edu/uscode/text/12/5493), the units it names are: Research, Community Affairs, Collecting and Tracking Complaints, Office of Fair Lending and Equal Opportunity, Office of Financial Education, Office of Service Member Affairs, Office of Financial Protection for Older Americans.

**(b) SPECIFIC FUNCTIONAL UNITS**
**(1) RESEARCH** The Director shall establish a unit whose functions shall include researching, analyzing, and reporting on—
**(A)**
developments in markets for consumer financial products or services, including market areas of alternative consumer financial products or services with high growth rates and areas of risk to consumers;
**(B)**
access to fair and affordable credit for traditionally underserved communities;
**(C)**
consumer awareness, understanding, and use of disclosures and communications regarding consumer financial products or services;
**(D)**
consumer awareness and understanding of costs, risks, and benefits of consumer financial products or services;
**(E)**
consumer behavior with respect to consumer financial products or services, including performance on mortgage loans; and
**(F)**
experiences of traditionally underserved consumers, including un-banked and under-banked consumers.
**(2) COMMUNITY AFFAIRS**
The Director shall establish a unit whose functions shall include providing information, guidance, and technical assistance regarding the offering and provision of consumer financial products or services to traditionally underserved consumers and communities.

**(3) COLLECTING AND TRACKING COMPLAINTS**

**(A) In general**

The Director shall establish a unit whose functions shall include establishing a single, toll-free telephone number, a website, and a database or utilizing an existing database to facilitate the centralized collection of, monitoring of, and response to consumer complaints regarding consumer financial products or services. The Director shall coordinate with the Federal Trade Commission or other Federal agencies to route complaints to such agencies, where appropriate.

**(B) Routing calls to States** To the extent practicable, State agencies may receive appropriate complaints from the systems established under subparagraph (A), if—

**(i)**
the State agency system has the functional capacity to receive calls or electronic reports routed by the Bureau systems;

**(ii)**
the State agency has satisfied any conditions of participation in the system that the Bureau may establish, including treatment of personally identifiable information and sharing of information on complaint resolution or related compliance procedures and resources; and

**(iii)**
participation by the State agency includes measures necessary to provide for protection of personally identifiable information that conform to the standards for protection of the confidentiality of personally identifiable information and for data integrity and security that apply to the Federal agencies described in subparagraph (D).

**(C) Reports to the Congress**

The Director shall present an annual report to Congress not later than March 31 of each year on the complaints received by the Bureau in the prior year regarding consumer financial products and services. Such report shall include information and analysis about complaint numbers, complaint types, and, where applicable, information about resolution of complaints.

**(D) Data sharing required**

To facilitate preparation of the reports required under subparagraph (C), supervision and enforcement activities, and monitoring of the market for consumer financial products and services, the Bureau shall share consumer complaint information with prudential regulators, the Federal Trade Commission, other Federal agencies, and State agencies, subject to the standards applicable to Federal agencies for protection of the confidentiality of personally identifiable information and for data security and integrity. The prudential regulators, the Federal Trade Commission, and other Federal agencies shall share data relating to consumer complaints regarding consumer financial products and services with the Bureau, subject to the standards applicable to Federal agencies for protection of confidentiality of personally identifiable information and for data security and integrity.

**(c) OFFICE OF FAIR LENDING AND EQUAL OPPORTUNITY**

**(1)**

**ESTABLISHMENT**

The Director shall establish within the Bureau the Office of Fair Lending and Equal Opportunity.

**(2) FUNCTIONS** The Office of Fair Lending and Equal Opportunity shall have such powers and duties as the Director may delegate to the Office, including—

**(A)**

providing oversight and enforcement of Federal laws intended to ensure the fair, equitable, and nondiscriminatory access to credit for both individuals and communities that are enforced by the Bureau, including the Equal Credit Opportunity Act [15 U.S.C. 1691 et seq.] and the Home Mortgage Disclosure Act [12 U.S.C. 2801 et seq.];

**(B)**

coordinating fair lending efforts of the Bureau with other Federal agencies and State regulators, as appropriate, to promote consistent, efficient, and effective enforcement of Federal fair lending laws;

**(C)**

working with private industry, fair lending, civil rights, consumer and community advocates on the promotion of fair lending compliance and education; and

**(D)**

providing annual reports to Congress on the efforts of the Bureau to fulfill its fair lending mandate.

**(3) ADMINISTRATION OF OFFICE** There is established the position of Assistant Director of the Bureau for Fair Lending and Equal Opportunity, who—

**(A)**

shall be appointed by the Director; and

**(B)**

shall carry out such duties as the Director may delegate to such Assistant Director.

**(d) OFFICE OF FINANCIAL EDUCATION**

**(1) ESTABLISHMENT**

The Director shall establish an Office of Financial Education, which shall be responsible for developing and implementing initiatives intended to educate and empower consumers to make better informed financial decisions.

**(2) OTHER DUTIES** The Office of Financial Education shall develop and implement a strategy to improve the financial literacy of consumers that includes measurable goals and objectives, in consultation with the Financial Literacy and Education Commission, consistent with the National Strategy for Financial Literacy, through activities including providing opportunities for consumers to access—

**(A)**

financial counseling, including community-based financial counseling, where practicable;

**(B)**

information to assist with the evaluation of credit products and the understanding of credit histories and scores;

**(C)**

savings, borrowing, and other services found at mainstream financial institutions;

**(D)** activities intended to—

**(i)**

prepare the consumer for educational expenses and the submission of financial aid applications, and other major purchases;

**(ii)**

reduce debt; and

**(iii)**

improve the financial situation of the consumer;

**(E)**

assistance in developing long-term savings strategies; and

**(F)**

wealth building and financial services during the preparation process to claim earned income tax credits and Federal benefits.

**(3)** COORDINATION The Office of Financial Education shall coordinate with other units within the Bureau in carrying out its functions, including—

**(A)**

working with the Community Affairs Office to implement the strategy to improve financial literacy of consumers; and

**(B)**

working with the research unit established by the Director to conduct research related to consumer financial education and counseling.

**(4)** REPORT Not later than 24 months after the designated transfer date, and annually thereafter, the Director shall submit a report on its financial literacy activities and strategy to improve financial literacy of consumers to—

**(A)**

the Committee on Banking, Housing, and Urban Affairs of the Senate; and

**(B)**

the Committee on Financial Services of the House of Representatives.

**(5), (6)** OMITTED

**(7)** STUDY AND REPORT ON FINANCIAL LITERACY PROGRAM

**(A) In general** The Comptroller General of the United States shall conduct a study to identify—

**(i)** the feasibility of certification of persons providing the programs or performing the activities described in paragraph (2), including recognizing outstanding programs, and developing guidelines and resources for community-based practitioners, including—

**(I)**

a potential certification process and standards for certification;

**(II)**

appropriate certifying entities;

**(III)**

resources required for funding such a process; and

**(IV)**

a cost-benefit analysis of such certification;

**(ii)**

technological resources intended to collect, analyze, evaluate, or promote

CFPB_00335

DX-08_004

financial literacy and counseling programs;

**(iii)**

effective methods, tools, and strategies intended to educate and empower consumers about personal finance management; and

**(iv)**

recommendations intended to encourage the development of programs that effectively improve financial education outcomes and empower consumers to make better informed financial decisions based on findings.

**(B) Report**

Not later than 1 year after July 21, 2010, the Comptroller General of the United States shall submit a report on the results of the study conducted under this paragraph to the Committee on Banking, Housing, and Urban Affairs of the Senate and the Committee on Financial Services of the House of Representatives.

**(e) OFFICE OF SERVICE MEMBER AFFAIRS**

**(1) IN GENERAL** The Director shall establish an Office of Service Member Affairs, which shall be responsible for developing and implementing initiatives for service members and their families intended to—

**(A)**

educate and empower service members and their families to make better informed decisions regarding consumer financial products and services;

**(B)**

coordinate with the unit of the Bureau established under subsection (b)(3), in order to monitor complaints by service members and their families and responses to those complaints by the Bureau or other appropriate Federal or State agency; and

**(C)**

coordinate efforts among Federal and State agencies, as appropriate, regarding consumer protection measures relating to consumer financial products and services offered to, or used by, service members and their families.

**(2) COORDINATION**

**(A) Regional services**

The Director is authorized to assign employees of the Bureau as may be deemed necessary to conduct the business of the Office of Service Member Affairs, including by establishing and maintaining the functions of the Office in regional offices of the Bureau located near military bases, military treatment facilities, or other similar military facilities.

**(B) Agreements**

The Director is authorized to enter into memoranda of understanding and similar agreements with the Department of Defense, including any branch or agency as authorized by the department, in order to carry out the business of the Office of Service Member Affairs.

**(3) DEFINITION**

As used in this subsection, the term "service member" means any member of the United States Armed Forces and any member of the National Guard or Reserves.

**(f) TIMING**

The Office of Fair Lending and Equal Opportunity, the Office of Financial Education, and the Office of Service Member Affairs shall each be established not later than 1 year after the designated transfer date.

**(g) OFFICE OF FINANCIAL PROTECTION FOR OLDER AMERICANS**

**(1) ESTABLISHMENT**

Before the end of the 180-day period beginning on the designated transfer date, the Director shall establish the Office of Financial Protection for Older Americans, the functions of which shall include activities designed to facilitate the financial literacy of individuals who have attained the age of 62 years or more (in this subsection, referred to as "seniors") on protection from unfair, deceptive, and abusive practices and on current and future financial choices, including through the dissemination of materials to seniors on such topics.

**(2) ASSISTANT DIRECTOR**

The Office of Financial Protection for Older Americans (in this subsection referred to as the "Office") shall be headed by an assistant director.

**(3) DUTIES** The Office shall—

**(A)** develop goals for programs that provide seniors financial literacy and counseling, including programs that—

**(i)**
help seniors recognize warning signs of unfair, deceptive, or abusive practices, protect themselves from such practices;

**(ii)**
provide one-on-one financial counseling on issues including long-term savings and later-life economic security; and

**(iii)**
provide personal consumer credit advocacy to respond to consumer problems caused by unfair, deceptive, or abusive practices;

**(B)**
monitor certifications or designations of financial advisors who advise seniors and alert the Commission and State regulators of certifications or designations that are identified as unfair, deceptive, or abusive;

**(C)** not later than 18 months after the date of the establishment of the Office, submit to Congress and the Commission any legislative and regulatory recommendations on the best practices for—

**(i)**
disseminating information regarding the legitimacy of certifications of financial advisers who advise seniors;

**(ii)**
methods in which a senior can identify the financial advisor most appropriate for the senior's needs; and

**(iii)**
methods in which a senior can verify a financial advisor's credentials;

**(D)** conduct research to identify best practices and effective methods, tools, technology and strategies to educate and counsel seniors about personal finance management with a focus on—

**(i)**
protecting themselves from unfair, deceptive, and abusive practices;
**(ii)**
long-term savings; and
**(iii)**
planning for retirement and long-term care;
**(E)**
coordinate consumer protection efforts of seniors with other Federal agencies and State regulators, as appropriate, to promote consistent, effective, and efficient enforcement; and
**(F)**
work with community organizations, non-profit organizations, and other entities that are involved with educating or assisting seniors (including the National Education and Resource Center on Women and Retirement Planning).
**(h)**APPLICATION OF CHAPTER **10** OF TITLE **5**
Notwithstanding any provision of chapter 10 of title 5, such chapter shall apply to each advisory committee of the Bureau and each subcommittee of such an advisory committee.

CFPB_00338

DX-08_007