CUI

# **NOTICE REGARDING DATA USAGE**

This email and attachment are considered Controlled Unclassified Information (CUI). The attached file provides the relevant human capital data responding to your original request. The data should be used only for the purpose(s) agreed to by the Office of Human Capital, and only in accordance with the Protocol for the Dissemination of Human Capital Data from the Office of Human Capital. Note: Human Capital and employee information changes regularly in response to scheduled personnel actions. We strongly caution you to conduct a quality check by comparing these data with what you, as our internal customer and contact, believe to be accurate for your program offices and responsibility. Should you find any discrepancies, please contact us before further distributing these data.

This e-mail may contain personally identifiable information or other confidential information that is privileged or otherwise protected from disclosure under applicable laws, policies, and agreements. This information should only be used for designated and authorized purposes. Do not further disseminate this information to other CFPB employees except those who are duly authorized to access the information. Do not disclose any human capital data outside of the Bureau without first discussing such disclosure with Human Capital. To avoid accidental, inappropriate or unauthorized use of this data in the future, please notify the Human Capital Systems and Operations Team at
CFPB_HCDataRequests@cfpb.gov if there is any reason to believe the data have been compromised.

Thank you for helping us safeguard and protect the integrity of employee data. HR Data Insights and Solutions (HRDIS)
Office of Human Capital CFPB_HCDataRequests@cfpb.gov

CFPB_00370

DX-09_001

**CUI - CONFIDENTIAL - PREDECISIONAL - DRAFT 4/15/2025**  **DO NOT FORWARD**

| Current Status as of PP5 FY25 - Ending 03/22/2025 | Against Total Approved Positions | | | Reduction Scenario | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Information based on PP5 FY25 Data, 04/03/2025 | (Includes Interns) | | | Specified Targets | | | | | |
| Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower | | | | Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower | | | | | |
| Count of Release/Retain Status | Column Labels | | | | | | | | |
| Division/Office | Onboard | Vacancy Frozen | Grand Total | Specified Targets | Reduction Required from Onboard | Reduction Required from Vacancies | % of Onboard to RIF | Total Reduction of Position Plan (Onboard | Total % Reduction of Position Plan |
| **CFPB CENTRALIZED SERVICES** | **4** | **22** | **26** | **0** | **(4)** | **22** | **-100%** | **26** | **100%** |
| CFPB CENTRALIZED SERVICES-HUMAN CAPITAL | 4 | 22 | 26 | 0 | | | | | |
| **CONSUMER RESPONSE EDUCATION DIV** | **148** | **8** | **156** | **85** | **(63)** | **8** | **-43%** | **71** | **46%** |
| CONSUMER RESPONSE | 127 | 6 | 133 | 73 | | | | | |
| CONSUMER RESPONSE EDUCATION DIV | 8 | | 8 | 2 | | | | | |
| FINANCIAL EDUCATION | 13 | 2 | 15 | 10 | | | | | |
| **DIRECTOR** | **87** | **23** | **110** | **11** | **(76)** | **23** | **-87%** | **99** | **90%** |
| Legislative Affairs | 3 | 1 | 4 | 1 | | | | | |
| Off of Policy Planning & Strategy | 16 | | 16 | 1 | | | | | |
| Office of Civil Rights | 10 | 2 | 12 | 1 | | | | | |
| Office of Fair Lending and Equal Opp | 13 | 4 | 17 | 1 | | | | | |
| Office of Minority and Women Incl | 14 | | 14 | 1 | | | | | |
| OFFICE OF THE DEPUTY DIRECTOR | | 1 | 1 | 1 | | | | | |
| OFFICE OF THE DIRECTOR | 31 | 15 | 46 | 5 | | | | | |
| **ENFORCEMENT DIVISION** | **241** | **34** | **275** | **75** | **(166)** | **34** | **-69%** | **200** | **73%** |
| ENFORCEMENT | 241 | 34 | 275 | 75 | | | | 0 | |
| **EXTERNAL AFFAIRS DIVISION** | **39** | **10** | **49** | **5** | **(34)** | **10** | **-87%** | **44** | **90%** |
| COMMUNICATIONS | 10 | 5 | 15 | 1 | | | | | |
| EXTERNAL AFFAIRS DIVISION | 13 | 3 | 16 | 1 | | | | | |
| INTERGOVERNMENTAL AFFAIRS | 5 | 2 | 7 | 1 | | | | | |
| PRIVATE SECTOR ENGAGEMENT | 5 | | 5 | 1 | | | | | |
| PUBLIC ENGAGEMENT | 6 | | 6 | 1 | | | | | |
| **LEGAL DIVISION** | **81** | **12** | **93** | **40** | **(41)** | **12** | **-51%** | **53** | **57%** |
| GENERAL LAW AND ETHICS | 27 | 1 | 28 | 11 | | | | | |
| LAW AND POLICY | 27 | 4 | 31 | 11 | | | | | |
| LEGAL DIVISION | 12 | 1 | 13 | 5 | | | | | |
| LITIGATION | 12 | 5 | 17 | 12 | | | | | |
| OVERSIGHT | 3 | 1 | 4 | 1 | | | | | |
| **OPERATIONS DIVISION** | **315** | **36** | **351** | **125** | **(190)** | **36** | **-60%** | **226** | **64%** |
| ADMINISTRATIVE OPERATIONS | 34 | 2 | 36 | 9 | | | | | |
| CHIEF DATA OFFICER | 9 | 3 | 12 | 15 | | | | | |
| FINANCE AND PROCUREMENT | 53 | 7 | 60 | 27 | | | | | |
| HUMAN CAPITAL | 60 | 9 | 69 | 28 | | | | | |
| OPERATIONS DIVISION | 8 | 4 | 12 | 1 | | | | | |
| TECHNOLOGY AND INNOVATION | 151 | 11 | 162 | 45 | | | | | |
| **OTHER PROGRAMS** | **30** | **4** | **34** | **1** | **(29)** | **4** | **-97%** | **33** | **97%** |
| DIRECTOR'S FINANCIAL ANALYSTS | 25 | 4 | 29 | 0 | | | | 0 | |
| OMBUDSMAN | 5 | | 5 | 1 | | | | 0 | |
| **RESEARCH MONITORING AND REGULATIONS DIV** | **217** | **25** | **242** | **68** | **(149)** | **25** | **-69%** | **174** | **72%** |
| Competition and Innovation | 9 | 1 | 10 | 1 | | | | | |
| CONSUMER POPULATIONS | 45 | 8 | 53 | 10 | | | | | |
| MARKETS | 34 | 5 | 39 | 15 | | | | | |
| REGULATIONS | 62 | 3 | 65 | 20 | | | | | |
| RESEARCH | 55 | 7 | 62 | 12 | | | | | |
| RESEARCH MONITORING AND REGULATIONS DIV | 12 | 1 | 13 | 10 | | | | | |
| **SUPERVISION DIVISION** | **456** | **36** | **492** | **75** | **(381)** | **36** | **-84%** | **417** | **85%** |
| DIVISION OF SUPERVISION | 1 | 1 | 2 | 1 | | | | | |
| OFFICE OF SUPV POLICY AND OPS | 105 | 10 | 115 | 10 | | | | | |
| SUPERVISION EXAMINATIONS | 2 | 3 | 5 | 2 | | | | | |
| SUPERVISION MIDWEST REGION | 84 | 8 | 92 | 0 | | | | | |
| SUPERVISION NORTHEAST REGION | 89 | 2 | 91 | 0 | | | | | |
| SUPERVISION SOUTHEAST REGION | 96 | 3 | 99 | 62 | | | | | |
| SUPERVISION WEST REGION | 79 | 9 | 88 | 0 | | | | | |
| **UNALLOCATED HEADCOUNT** | | **13** | **13** | **0** | **0** | **13** | **#DIV/0!** | **13** | **100%** |
| Positions Pending Approval | | 13 | 13 | | | | | 0 | |
| **Grand Total** | **1618** | **223** | **1841** | **485** | **(1133)** | **223** | **-70%** | **1356** | **74%** |
| | | | | | Cross Check | 0 | | | |