| | |
|---|---|
| **From:** | Paoletta, Mark (Detailee)(CFPB) |
| **To:** | Martinez, Adam (CFPB); Shapiro, Daniel (Detailee) |
| **Cc:** | Dorfman, Victoria (Detailee) |
| **Subject:** | RE: job codes for review and approval |
| **Date:** | Wednesday, April 16, 2025 4:46:00 PM |

Adam,

We approve the retention numbers set forth in this Excel spreadsheet.

Thanks for your work on this.

Mark

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 4:29 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

Thank you, Daniel for catching the pivot table issue.

- OFLEO AD has been fixed and shows in the correct box
- Senior Advisor has been fixed and shows under Private Sector

As you pointed out, Daniel, we used the Southeast Region to pull the examiner population because it encumbers Washington, DC and the cost of living is significantly lower for most of these employees.  This would be a better locality pay outcome.  We also chose it because of its proximity to multiple economical airports include Atlanta and the office was staff up the most.  This allows us to abolish the other three regions preventing additional work based on the competitive area.

Adam Martinez
Chief Operating Officer

**From:** Martinez, Adam (CFPB)
**Sent:** Wednesday, April 16, 2025 3:26 PM
**To:** Paoletta, Mark (Detailee) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <daniel.shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** job codes for review and approval

Mark/Daniel –

We just finished the tedious task of going through all the positions to make sense of

what specific positions to retain we can be overlayed in our register. We have to use the job codes to convert to the competitive levels, which triggers the bump and retreat.

Based on our discussion yesterday, we went through and tagged positions and reconciled them to 208. It's actually going to 207 because the Director is not counted in the register.

Please take a look at the master pivot table ("Employee Counts") to see the distribution consistent with your approved list from last night. The only difference is that you will see a small bump up in the Legal Division's Law and Policy team. The bump up is to keep attorneys to help with litigation, which gets us to the 17 approved. We can only retain filled positions.

The tab "Position Retention" gives you the positions we labelled essential for retention. These equal of up 207 and you can see what positions would be retained in the register.

My team is current using the codes to update the register. Once we receive your feedback, we will make any necessary changes at that time.

Adam

CFPB_00669

DX-11_002