DX-13_001

**Retain/Release Scenario**

| Division/Office | Sum of Number to Retain | Sum of Number to Release |
|---|---|---|
| CFPB CENTRALIZED SERVICES | 0 | 5 |
| CFPB CENTRALIZED SERVICES-HUMAN CAPITAL | 0 | 5 |
| CONSUMER RESPONSE EDUCATION DIV | 20 | 129 |
| CONSUMER RESPONSE | 16 | 112 |
| CONSUMER RESPONSE EDUCATION DIV | 2 | 6 |
| FINANCIAL  EDUCATION | 2 | 11 |
| DIRECTOR | 5 | 81 |
| Legislative Affairs | 1 | 2 |
| Off of Policy Planning & Strategy | 0 | 16 |
| Office of Civil Rights | 1 | 8 |
| Office of Fair Lending and Equal Opp | 1 | 13 |
| Office of Minority and Women Incl | 1 | 13 |
| OFFICE OF THE DIRECTOR | 1 | 29 |
| DIVISION OF ENFORCEMENT | 50 | 198 |
| DIVISION OF ENFORCEMENT | 50 | 198 |
| DIVISION OF SUPERVISION | 50 | 437 |
| DIVISION OF SUPERVISION | 0 | 2 |
| OFFICE OF SUPV POLICY AND OPS | 1 | 108 |
| SUPERVISION EXAMINATIONS | 1 | 0 |
| SUPERVISION MIDWEST REGION | 0 | 89 |
| SUPERVISION NORTHEAST REGION | 0 | 95 |
| SUPERVISION SOUTHEAST REGION | 48 | 61 |
| SUPERVISION WEST REGION | 0 | 82 |
| EXTERNAL AFFAIRS DIVISION | 2 | 39 |
| COMMUNICATIONS | 0 | 11 |
| EXTERNAL AFFAIRS DIVISION | 0 | 13 |
| INTERGOVERNMENTAL  AFFAIRS | 0 | 5 |
| PRIVATE SECTOR ENGAGEMENT | 1 | 4 |
| PUBLIC ENGAGEMENT | 1 | 6 |
| LEGAL DIVISION | 27 | 60 |
| GENERAL LAW AND ETHICS | 4 | 25 |
| LAW AND POLICY | 8 | 22 |
| LEGAL DIVISION | 0 | 12 |
| LITIGATION | 14 | 0 |
| OVERSIGHT | 1 | 1 |
| OPERATIONS DIVISION | 30 | 293 |
| ADMINISTRATIVE OPERATIONS | 5 | 28 |
| CHIEF DATA OFFICER | 0 | 10 |
| FINANCE AND PROCUREMENT | 5 | 48 |
| HUMAN CAPITAL | 5 | 56 |
| OPERATIONS DIVISION | 1 | 8 |
| TECHNOLOGY AND INNOVATION | 14 | 143 |
| OTHER PROGRAMS | 1 | 33 |
| DIRECTOR'S FINANCIAL ANALYSTS | 0 | 29 |
| OMBUDSMAN | 1 | 4 |
| RESEARCH MONITORING AND REGULATIONS DIV | 22 | 208 |
| Competition and Innovation | 0 | 9 |
| CONSUMER POPULATIONS | 3 | 42 |
| MARKETS | 4 | 36 |
| REGULATIONS | 10 | 56 |
| RESEARCH | 3 | 55 |
| RESEARCH MONITORING AND REGULATIONS DIV | 2 | 10 |
| Grand Total | 207 | 1483 |

**Onboard Count - PP6 FY25**

| Division/Office | Sum of Number on PD |
|---|---|
| CFPB CENTRALIZED SERVICES | 5 |
| CFPB CENTRALIZED SERVICES-HUMAN CAPITAL | 5 |
| CONSUMER RESPONSE EDUCATION DIV | 149 |
| CONSUMER RESPONSE | 128 |
| CONSUMER RESPONSE EDUCATION DIV | 8 |
| FINANCIAL  EDUCATION | 13 |
| DIRECTOR | 86 |
| Legislative Affairs | 3 |
| Off of Policy Planning & Strategy | 16 |
| Office of Civil Rights | 9 |
| Office of Fair Lending and Equal Opp | 14 |
| Office of Minority and Women Incl | 14 |
| OFFICE OF THE DIRECTOR | 30 |
| DIVISION OF ENFORCEMENT | 248 |
| DIVISION OF ENFORCEMENT | 248 |
| DIVISION OF SUPERVISION | 487 |
| DIVISION OF SUPERVISION | 2 |
| OFFICE OF SUPV POLICY AND OPS | 109 |
| SUPERVISION EXAMINATIONS | 1 |
| SUPERVISION MIDWEST REGION | 89 |
| SUPERVISION NORTHEAST REGION | 95 |
| SUPERVISION SOUTHEAST REGION | 109 |
| SUPERVISION WEST REGION | 82 |
| EXTERNAL AFFAIRS DIVISION | 41 |
| COMMUNICATIONS | 11 |
| EXTERNAL AFFAIRS DIVISION | 13 |
| INTERGOVERNMENTAL  AFFAIRS | 5 |
| PRIVATE SECTOR ENGAGEMENT | 5 |
| PUBLIC ENGAGEMENT | 7 |
| LEGAL DIVISION | 87 |
| GENERAL LAW AND ETHICS | 29 |
| LAW AND POLICY | 30 |
| LEGAL DIVISION | 12 |
| LITIGATION | 14 |
| OVERSIGHT | 2 |
| OPERATIONS DIVISION | 323 |
| ADMINISTRATIVE OPERATIONS | 33 |
| CHIEF DATA OFFICER | 10 |
| FINANCE AND PROCUREMENT | 53 |
| HUMAN CAPITAL | 61 |
| OPERATIONS DIVISION | 9 |
| TECHNOLOGY AND INNOVATION | 157 |
| OTHER PROGRAMS | 34 |
| DIRECTOR'S FINANCIAL ANALYSTS | 29 |
| OMBUDSMAN | 5 |
| RESEARCH MONITORING AND REGULATIONS DIV | 230 |
| Competition and Innovation | 9 |
| CONSUMER POPULATIONS | 45 |
| MARKETS | 40 |
| REGULATIONS | 66 |
| RESEARCH | 58 |
| RESEARCH MONITORING AND REGULATIONS DIV | 12 |
| Grand Total | 1690 |

CFPB_00321