IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>              *Plaintiffs*,<br>   v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>              *Defendants*. | Case No. 25-cv-381-ABJ |

**NOTICE OF FILING EXHIBITS AND MOTION TO FILE
PROVISIONALLY UNDER SEAL**

The plaintiffs respectfully move to submit provisionally under seal the attached exhibits in response to the Court's April 21, 2025 Order directing the parties to docket exhibits they intend to utilize at the April 28, 2025 hearing. These exhibits are being filed provisionally under seal because the defendants have marked certain documents confidential. The plaintiffs will file a redacted version on the public docket as soon as possible. The plaintiffs will docket any additional exhibits tomorrow, April 27, by 11:00 AM.

                                                Respectfully submitted,

                                                */s/ Deepak Gupta*
                                                Deepak Gupta (D.C. Bar No. 495451)
                                                Robert Friedman (D.C. Bar No. 1046738)
                                                Gabriel Chess (D.C. Bar No. 90019245)
                                                Gupta Wessler LLP
                                                2001 K Street, NW
                                                North Tower, Suite 850
                                                Washington, DC 20006
                                                (202) 888-1741

                                                Jennifer D. Bennett (pro hac vice)
                                                Gupta Wessler LLP
                                                505 Montgomery Street

!

San Francisco, CA 94111
(415) 573-0335

Wendy Liu (D.C. Bar No. 1600942)
Adina H. Rosenbaum (D.C. Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

Julie Wilson (D.C. Bar No. 482946)
General Counsel
Paras N. Shah (D.C. Bar No. 983881)
Deputy General Counsel
Allison C. Giles (D.C. Bar No. 439705)
Assistant Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

K