# Exhibit 1



Master list of all ees [4/15
all fields

Appeals court forced back
to Taurban who over

DOGE looking for        { Gavin
RIF people tomorrow        Doe's

Access to ability run reports
master list into Power BI

Write reports that
populate the templates

DRP, retirements resigned
list/act 2/14    ↖ Most up to
                      date

30 day notice period

Updated list of prob + term
    ees we brought back
prob attr/job title
    117 / 43 NTE    Officer/job title
Who left            who resigned
                      in each group



4/15

- Updated MF letters - Ebonzer review
- Reliability of data in Register
- As we change RDI's - will it
  repopulate in the register? Yes

(40% cut)

Stay            1618 Onboard - 1133 → 1410

Conr Educ. - 85 us stay → 20 20

Dir Off - 11 stay → 5

Enf - 75 " (want to keep partly(in) → 50

Ext Aff - 5 → 2

LD - 40 → 27.

Ops - 125 → 30 · (5-OHC)

O Mhad - 0 1

RMR - 68 → 22

Super -75 → 50

485 (doesn't include vacant position)
→ 209 207

OPM R+F Mtg — 4/14  2-2:30

(Elizabeth Hernandez, Ebenzer, RJ Adams, Liza )  elizabeth.hernandez
@opm.gov

- need to resubmit our competitive areas
-   "   "    "   30 vs 60 day waiver
- eOPF review estimate - due to us        (Sandra)
  - can we prioritize them (in batches)
- RIF template - most updated
- CBA - is 60 days - do we have to follow it? 2/3 BU
- Timeline - (as quickly as possible?)
- will OPM help w/ the retention register?  Elizabeth checking on
- Template for notifying Congress + local officials - if RIF
  has more than 50 ees
- Severance Pay - we need more understanding - meet
  again w/ OPM (2 templates - 1 w/ severance, one does not)
- Severance Pay - how do we fund it? is there a budget
  or bucket that we are required to maintain?



RIF MTG                                4/14/25 (9-10)

(AM, CQ RJ, JM, Lisa, Jon + Ebeneser)
- ARNP plan needs to be updated
  Build a retention register
- Vet prof piece is critical - needs to be right
- need to review eOPF (OCD - MF)
  • prioritize enforcement + supervision
- provide proposal - what is the right balance
     % of reduction - what are we aiming for?

- 2012 numbers - 831

- also include - Events Planning, OPR FO
- work w/ original list that leads provided on who
     was essential (Julia)

- Identify % for each division/office
- we are not identifying statutorily required  (OMB, DoJ, WH
  competitive areas?  RIF plan to OMB - approved by Treasury
  ① DC → HQ;  Field offices;  ③ Remote workers (mobile:
                        Examiners (570) workers)

④
- Timing for MF - dependent on Register
- Do this process 1st then Schedule F (4/25 deadline) Above will let Math known
- Notices - Congress, NTEU, state pit.?

CFPB_01278

# Exhibit 2

| | |
|---|---|
| **From:** | Lewin, Jeremy |
| **To:** | Paoletta, Mark (CFPB) |
| **Subject:** | Accepted: call on CFPB |
| **Start:** | Sunday, April 13, 2025 4:10:00 PM |
| **End:** | Sunday, April 13, 2025 4:40:00 PM |
| **Location:** | Microsoft Teams Meeting |

Exhibit 3

**Template for Requesting a Reduction in Force (RIF) Notice to Employee Period of less than 60 days**

Agency: **Consumer Financial Protection Bureau**

Name of the affected component(s): **Bureau-wide**

Each competing employee in a RIF who is selected for release from a competitive level is entitled to a specific written notice at least 60 full days before the effective date of release.

However, when an agency must run a RIF due to unforeseeable circumstances, the head of the agency may request an exception to the 60-day notice period from the Office of Personnel Management (OPM). The shortened notice period must cover at least 30-full days before the effective date of the employee's release.

An agency's request for an exception to the minimum 60-day specific RIF notice period must be signed by the head of the agency or a specific designee in the headquarters. When requesting an exception to the 60-day notice period, please address the following:

1. The organization(s) and geographic location(s) for which an exception is requested: _____
Bureau-wide, Washington, DC, San Francisco, CA, New York, NY, Chicago, IL, and mobile workers/remote

2. The effective date of the RIF: **Approximately 05/17/2025**

3. The number of employees who will be issued RIF notices: **1482**

4. The RIF notice period being requested (full number of days): **30 calendar days**

5. The reasons why a shorter RIF notice period is needed (describe the unforeseen circumstance which has caused the agency to request a shorter notification period): _____
The CFPB is responding to Executive Order Implementing The President's "Department of Government
Efficiency" Workforce Optimization Initiative dated February 11, 2025.

6. The name, telephone number, and title of an agency contact person in the event OPM needs additional information about the request:

Name: **Nikki DiPalma**

Email/telephone number: **nikki.dipalma@cfpb.gov / 202-374-6887**

Title: **Senior Director, Employee Services**

Agency Signature of Requesting Official (Agency Head or Designee):

Requesting Official's Name: **Adam Martinez**

**Requesting Official's Title:** Acting Chief Human Capital Officer

**Requesting Official's Signature and date (or attach signed cover memo):**

ADAM MARTINEZ
Digitally signed by ADAM MARTINEZ
Date: 2025.04.15
20:43:41 -04'00'

Date: 04/15/2025

Please submit to:

Email: WPIntake@opm.gov

Mailing Address:

Deputy Associate Director
Talent Acquisition, Classification, and Veterans Programs
Workforce Policy and Innovation
U.S. Office of Personnel Management
1900 E Street, NW Room 6500 Washington, DC 20415

Exhibit 4

**MEMORANDUM FOR:**   [EmployeeFirstName] [EmployeeLastName]

**FROM:**   Adam Martinez
Acting Chief Human Capital Officer
Operations Division, Front Office

**DATE:**   April 13, 2025

**SUBJECT:**   Specific Notice of Reduction in Force

I regret to inform you that you are affected by a reduction in force (RIF) action. This RIF action is necessary to restructure the Bureau's operations to better reflect the agency's priorities and mission.

This is your specific notice of RIF. In accordance with RIF procedures specified in Title 5, Code of Federal Regulations, Part 351, you are being released from your competitive level because your competitive area is being eliminated. Consequently, you will be separated from Federal service effective April 13, 2025. In the event you are qualified and have assignment rights to a position that becomes available during the notice period, you will be informed via a specific, subsequent RIF notice. Should the circumstances of the RIF otherwise change, this notice may be withdrawn.

**Retention Standing**

This action is being taken under the civil service RIF regulations and procedures. CFPB retains information used in connection with this action, including retention registers which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. Because your entire competitive area is being eliminated, retention registers will not affect your separation date or status. Nonetheless, the following information was used to determine your retention standing as of the RIF effective date:

**Competitive Area:** [Office]
**Type of Service:** [AppointmentType]
**Work Schedule:** [WorkSchedule]
**Position:** [JobTitle], [PayPlan]-[Grade], **Series** [Series]
**Competitive Level:** [CompetitiveLevel]
**Tenure Group and Subgroup:** [TenureGroup]
**Veterans' Preference:** [VeteransPreference]
**Last Three Performance Ratings:**
    [Rating1]
    [Rating2]
    [Rating3]
**Additional Years of Credit Based on Performance Ratings:**
[AdditionalYearsCreditBasedOnRatings]
**Adjusted RIF Service Computation Date (SCD):** [SCD_RIF]

NOTE: The adjusted RIF SCD includes all creditable military and civilian service and is adjusted with additional credit (up to a maximum of 20 years) for the performance ratings.

Please contact the Bureau of Fiscal Service (BFS) at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov immediately if you believe any of the above information is incorrect. The Bureau is committed to correcting any incorrect employee information.

## RIF Package

Each employee impacted by RIF has access to documents that outline applicable benefits for which you may be eligible or entitled as appropriate. To access these documents, you may make an appointment with the Bureau of Fiscal Service (BFS) to obtain paper copies of the documents. You may make an appointment by contacting BFS at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov. In addition, the websites to certain relevant external benefits provided by other entities are found immediately below.

For training benefits under the Workforce Improvement Act of 1998, please see www.careeronestop.org.

For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

## Appeal and Grievance Rights

### U.S. Merit Systems Protection Board (MSPB)
If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. Your appeal must be in writing and may be filed any time after the effective date of the action being appealed until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

### Equal Employment Opportunity (EEO)
If you believe this personnel action is based in whole or in part on discrimination based on your race, color, religion, sex, national origin, age or handicap, you may file a complaint with the Agency's Office of Civil Rights, specifically an EEO Counselor at CFPB_EEO@cfpb.gov or (202) 435-9EEO, 1-855-233-0362 or 202-435-9742 (TTY). You must contact POC no later than 45 calendar days of the effective date of the action, specifically, your separation from Federal service. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other.  You may also access the U.S. Equal Employment Opportunity Commission (EEOC)

website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action.

**Conclusion**

This action is being taken in accordance with the applicable civil service RIF regulations. Included in your RIF package is a copy of the Office of Personnel Management (OPM) retention regulations, 5 C.F.R. Part 351. Further and detailed information about the RIF regulations may also be accessed on OPM website, Reductions in Force. You may make an appointment to review and obtain a copy of the RIF regulations and/or records pertaining to you by contacting the Bureau of Fiscal Service.

The Employee Assistance Program (EAP) is available free to you and in most cases your immediate family. EAP counselors are available 24 hours a day, 365 days per year at 1-800-222-0364 (TTY 1-888-262-7848) or http://www.foh4you.com/.

Because you are being separated through a RIF action, you are eligible for career transition and placement assistance. Specifically, you are eligible for the Bureau Reemployment Priority List (RPL), Career Transition Assistance Program (CTAP), and Interagency Career Transition Assistance Program (ICTAP). Your RIF package includes further information on these programs.

Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits provided under WIA. You are encouraged to contact your State's Department of Labor and Employment for any questions regarding unemployment compensation. You are also encouraged to contact the Bureau of Fiscal Service (BFS) at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov to determine how an early resignation may affect your benefits.

This RIF action does not reflect directly on your service, performance, or conduct. It is being taken solely for the reasons stated above. Leadership at the Bureau of Consumer Financial Protection are appreciative of your service.

Attachments (8)
1. Acknowledgement of Receipt
2. MSPB Appeal Information

3. OPM Retention Regulations
4. Severance Pay Estimate
5. Unemployment Insurance
6. State Workforce Programs
7. Authorization for Release of Employment Information
8. CTAP, ICTAP and Reemployment Priority List (RPL) Program Information

Exhibit 5

| | |
|---|---|
| **From:** | Jacob, Roland (CFPB) |
| **To:** | McClung, Julia (CFPB) |
| **Subject:** | FW: Position Designation Worksheet |
| **Date:** | Wednesday, April 16, 2025 8:48:00 AM |
| **Attachments:** | Position Retention Worksheet.xlsx |

V/R

Roland Jacob
Human Capital Operations Manager
Systems and Operations | Office of Human Capital
Office: (202) 435-9625 | Mobile: (202) 573-3701

Consumer Financial Protection Bureau
consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete
the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Jacob, Roland (CFPB)
**Sent:** Tuesday, April 15, 2025 8:04 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Cc:** Strong, Liza (CFPB) <Liza.Strong@cfpb.gov>; DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>;
Tadeo, Ebenzer (CFPB) <Ebenzer.Tadeo@cfpb.gov>
**Subject:** Position Designation Worksheet

Please see the attached list for senior leadership to help make determinations of positions
retained in light of a potential RIF. **Note that this is pre-decisional and confidential.**

V/R

Roland Jacob
Human Capital Operations Manager
Systems and Operations | Office of Human Capital
Office: (202) 435-9625 | Mobile: (202) 573-3701

Consumer Financial Protection Bureau
consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete
the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

This message was secured by ZixCorp©.
To reach ZixCorp, go to: http://www.zixcorp.com/info/zixmail

Exhibit 6

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | Paoletta, Mark (Detailee)(CFPB); Shapiro, Daniel (Detailee) |
| **Subject:** | final numbers |
| **Date:** | Tuesday, April 15, 2025 6:51:00 PM |

Could you send me the final numbers (spreadsheet) so I can enter them into the letters that need to go to OPM for approval?  This sets the competitive areas.  I think Mark was in the process of sending to me.

Thank you.

Exhibit 7

| From: | Dorfman, Victoria (Detailee) |
|---|---|
| To: | Shapiro, Daniel (Detailee); Paoletta, Mark (Detailee)(CFPB) |
| Subject: | FW: Enforcement requests |
| Date: | Friday, April 18, 2025 5:16:14 PM |

Given the stay, I assume we don't need to do anything on this? I can respond along the lines of:

Cara, thank you for reaching out. As you may have seen, the court issued a stay, so for now, all of the activities you outlined should continue. If there are any changes in the stay status, we will be in touch with you to address these concerns. Thank you.

**From:** Petersen, Cara (CFPB) <Cara.Petersen@cfpb.gov>
**Sent:** Friday, April 18, 2025 3:53 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>; Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** Enforcement requests

All,

I sent a couple requests earlier today in response to the email chain about the Experian filing, but I thought it might be best to send a separate email to raise these issues generally and loop in Victoria.

As I mentioned, in addition to the potential local counsel issue in Experian, there appear to be several other matters where the planned RIFs would mean the Bureau would no longer be represented and out of compliance with local rules because all attorneys on the matter would be on administrative leave and thus withdrawing. To ensure that attorneys have appeared in all the enforcement actions the Bureau is pursuing, that the matters are staffed, and to operate, I need a list of all Enforcement staff who are not subject to the RIF. And, to the extent that people will be losing access to the system anytime soon, I ask that at least one member of each pending litigation have their administrative leave delayed so we can make an orderly plan for transitioning those matters and ensuring there are attorneys who can appear in the litigation. I'm also concerned because, based on what I'm hearing from my teams, our litigation support and front office positions were all eliminated, which would seriously interfere with our ability to do our work, including intaking document and data productions, protecting and preserving data, conducting investigations, analyzing the financial condition of the subjects of our investigations, procuring resources (e.g., experts), conducting trials, and tracking and reporting on our work, so I'm anxious to learn if any of those staff remain.

Thank you,
Cara

Exhibit 8

| From: | Dorfman, Victoria (Detailee) |
|---|---|
| To: | Paoletta, Mark (CFPB); Shapiro, Daniel (CFPB) |
| Subject: | FW: Info Sharing 2 |
| Date: | Sunday, April 13, 2025 4:00:24 PM |
| Attachments: | APPROVED_CEEA_Reorganization_06142023_signed.pdf |
| | SEFL Recommendation Memo_FINAL_Aug_2024 (1).pdf |

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Sunday, April 13, 2025 3:59 PM
**To:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** Info Sharing 2

Two reorgs were executed over the past two years.  You may find both helpful.

Adam Martinez
Chief Operating Officer

Exhibit 9

| | |
|---|---|
| **From:** | Ehsan, Adnan (CFPB) |
| **To:** | Kliger, Gavin (CFPB); Chilbert, Christopher (CFPB); Lewin, Jeremy |
| **Cc:** | McCarty, Thomas (CFPB) |
| **Subject:** | RE: CFPB RIF Work |
| **Date:** | Thursday, April 17, 2025 10:13:00 AM |

You have access to OPS HC-Dev

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Sent:** Thursday, April 17, 2025 10:02 AM
**To:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>; Lewin, Jeremy
<Jeremy.Lewin@cfpb.gov>; Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>
**Cc:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** Re: CFPB RIF Work

My mistake – can I also get admin to "OPS HC – DEV"?

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Date:** Thursday, April 17, 2025 at 9:28 AM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>, Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>,
Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>
**Cc:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** RE: CFPB RIF Work

+@Ehsan, Adnan (CFPB)

Gavin – you are showing as an admin in that environment. Adnan Ehsan will reach out to troubleshoot
with you.

Chris Chilbert
(202) 435-9880

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Sent:** Thursday, April 17, 2025 9:23 AM
**To:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>; Lewin, Jeremy
<Jeremy.Lewin@cfpb.gov>
**Cc:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** Re: CFPB RIF Work

Hey Chris, looks like I still do not have admin over the Power Automate "OPS HC – PROD"
environment, which is needed to manage and execute the RIF notice disbursal. Can we get that
ASAP?

Gavin

---

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Date:** Monday, April 14, 2025 at 10:40 AM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>, Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Cc:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** RE: CFPB RIF Work

Gavin & Jeremy – following up on my note from yesterday, just wanted to see if you had time this afternoon to meet with us to confirm you have all the access you need and it works with your machines. We normally manage our Microsoft infrastructure on Windows laptops vs. MacBook's, so I want to identify any blockers now.
Thanks,

Chris Chilbert
(202) 435-9880

---

**From:** Chilbert, Christopher (CFPB)
**Sent:** Sunday, April 13, 2025 4:52 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Cc:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** FW: CFPB RIF Work

Gavin/Jeremy,
Just wanted to follow-up on Russ's note below.

Gavin – you should be set with the access you need. Let me know if you have issues. As we discussed yesterday, there isn't something called full global administrative access that lets you do the things you requested, but the roles we provided should allow you to do what you need to.

Jeremy – if you need a privileged role, we have some paperwork and a short training course you'll need to complete. You should have access to appropriate HR information at this time though.
Thanks,

Chris Chilbert
(202) 435-9880

---

**From:** Vought, Russell (CFPB) <Russell.Vought@cfpb.gov>
**Sent:** Sunday, April 13, 2025 2:30 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Gueye, Jafnar (CFPB) <Ngagne.Gueye@cfpb.gov>; Paoletta, Mark (CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (CFPB) <Daniel.Shapiro@cfpb.gov>; Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>;

ashley.s.boizelle@doge.eop.gov; steven.m.davis@doge.eop.gov; Lewin, Jeremy
<Jeremy.Lewin@cfpb.gov>; Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Chilbert, Christopher
(CFPB) <Christopher.Chilbert@cfpb.gov>
**Cc:** Bishop, James (CFPB) <James.Bishop@cfpb.gov>
**Subject:** CFPB RIF Work



Get Outlook for Mac

CFPB_01522

Exhibit 10

------------

**From:**  Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:**  Thursday, April 17, 2025 8:15 PM

**To:**    Kliger, Gavin (CFPB);Ehsan, Adnan (CFPB)

**Subject:**    Call (Complete)/Thread Id: /Communication Id: 2cdd0ce2-79d9-486f-8ceb-4e90511cfabd/Kliger, Gavin (CFPB),Ehsan, Adnan (CFPB)


Start Time (UTC): 4/17/2025 7:58:24 PM

End Time (UTC): 4/17/2025 7:59:58 PM

Duration: 00:01:33.6953914


[4/17/2025 7:58:24 PM (UTC)] Gavin.Kliger@cfpb.gov joined.

[4/17/2025 7:59:58 PM (UTC)] Gavin.Kliger@cfpb.gov left.

[4/17/2025 7:58:24 PM (UTC)] Adnan.Ehsan@cfpb.gov joined.

[4/17/2025 7:59:58 PM (UTC)] Adnan.Ehsan@cfpb.gov left.


------------

**From:**  Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:**  Thursday, April 17, 2025 4:01 PM

**To:**    Ehsan, Adnan (CFPB);Kliger, Gavin (CFPB)

**Subject:**    Call (Complete)/Thread Id: /Communication Id: 0831880d-c702-4ccb-a2cb-eb5af34de096/Ehsan, Adnan (CFPB),Kliger, Gavin (CFPB)


Start Time (UTC): 4/17/2025 3:40:28 PM

End Time (UTC): 4/17/2025 3:47:07 PM

Duration: 00:06:39.0271597


[4/17/2025 3:40:28 PM (UTC)] Adnan.Ehsan@cfpb.gov joined.

[4/17/2025 3:47:07 PM (UTC)] Adnan.Ehsan@cfpb.gov left.


CFPB_01523

[4/17/2025 3:40:28 PM (UTC)] Gavin.Kliger@cfpb.gov joined.

[4/17/2025 3:47:07 PM (UTC)] Gavin.Kliger@cfpb.gov left.

------------

**From:**  Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:**  Thursday, April 17, 2025 3:58 PM

**To:**  Ehsan, Adnan (CFPB)

Can you grant this power automate premium license? Need asap to unblock.

------------

**From:**  Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:**  Thursday, April 17, 2025 3:57 PM

**To:**  Ehsan, Adnan (CFPB)

Flow could not be activated because you need a [Power Automate Premium license](https://go.microsoft.com/fwlink/?linkid=2297915) or other license that includes premium connectors to save this flow with connection: 'Word Online (Business)'

------------

**From:**  Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:**  Thursday, April 17, 2025 3:53 PM

**To:**  Kliger, Gavin (CFPB);Ehsan, Adnan (CFPB)

**Subject:**     Call (Complete)/Thread Id: /Communication Id: a2a2f129-17e7-40cc-b724-2788bc397c10/Kliger, Gavin (CFPB),Ehsan, Adnan (CFPB)

Start Time (UTC): 4/17/2025 3:37:07 PM

End Time (UTC): 4/17/2025 3:37:56 PM

Duration: 00:00:48.6505262

[4/17/2025 3:37:07 PM (UTC)] Gavin.Kliger@cfpb.gov joined.

[4/17/2025 3:37:56 PM (UTC)] Gavin.Kliger@cfpb.gov left.

[4/17/2025 3:37:07 PM (UTC)] Adnan.Ehsan@cfpb.gov joined.

[4/17/2025 3:37:56 PM (UTC)] Adnan.Ehsan@cfpb.gov left.

------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 3:17 PM

**To:** Kliger, Gavin (CFPB);Ehsan, Adnan (CFPB)

**Subject:** Call (Complete)/Thread Id: /Communication Id: 23e747d0-cdc9-44e4-a087-1e836de4f88e/Kliger, Gavin (CFPB),Ehsan, Adnan (CFPB)

Start Time (UTC): 4/17/2025 2:57:28 PM

End Time (UTC): 4/17/2025 2:59:56 PM

Duration: 00:02:27.7813346

[4/17/2025 2:57:28 PM (UTC)] Gavin.Kliger@cfpb.gov joined.

[4/17/2025 2:59:56 PM (UTC)] Gavin.Kliger@cfpb.gov left.

[4/17/2025 2:57:28 PM (UTC)] Adnan.Ehsan@cfpb.gov joined.

[4/17/2025 2:59:56 PM (UTC)] Adnan.Ehsan@cfpb.gov left.

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Thursday, April 17, 2025 3:13 PM

**To:** Ehsan, Adnan (CFPB);Kliger, Gavin (CFPB)

**Subject:**      Call (Voicemail)/Thread Id: /Communication Id: a7d32ab3-02c6-42e5-ba8b-6b25ac95ece1/Ehsan, Adnan (CFPB),Kliger, Gavin (CFPB)

Start Time (UTC): 4/17/2025 2:57:09 PM

End Time (UTC): 4/17/2025 2:57:12 PM

Duration: 00:00:02.6936997

[4/17/2025 2:57:09 PM (UTC)] Adnan.Ehsan@cfpb.gov joined.

[4/17/2025 2:57:12 PM (UTC)] Adnan.Ehsan@cfpb.gov left.

[4/17/2025 2:57:09 PM (UTC)] Gavin.Kliger@cfpb.gov joined.

[4/17/2025 2:57:12 PM (UTC)] Gavin.Kliger@cfpb.gov left.

------------

**From:**  Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:**  Thursday, April 17, 2025 3:13 PM

**To:**    Kliger, Gavin (CFPB);Ehsan, Adnan (CFPB)

**Subject:**      Call (Voicemail)/Thread Id: /Communication Id: 13d0e1b4-7cd8-4810-b977-82799c32f7e7/Kliger, Gavin (CFPB),Ehsan, Adnan (CFPB)

Start Time (UTC): 4/17/2025 2:56:32 PM

End Time (UTC): 4/17/2025 2:56:35 PM

Duration: 00:00:03.0787221

[4/17/2025 2:56:32 PM (UTC)] Gavin.Kliger@cfpb.gov joined.

[4/17/2025 2:56:35 PM (UTC)] Gavin.Kliger@cfpb.gov left.

[4/17/2025 2:56:32 PM (UTC)] Adnan.Ehsan@cfpb.gov joined.

[4/17/2025 2:56:35 PM (UTC)] Adnan.Ehsan@cfpb.gov left.

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Thursday, April 17, 2025 1:14 PM

**To:** Kliger, Gavin (CFPB)


you good?


------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 1:13 PM

**To:** Ehsan, Adnan (CFPB)


Was able to access, looks like it just propagated. Had asked someone else so probably a race condition. Thanks!


------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Thursday, April 17, 2025 1:13 PM

**To:** Kliger, Gavin (CFPB)


hmm...are you referring to M365 for business?


------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 1:11 PM

**To:** Ehsan, Adnan (CFPB)

I have the word application, but I need word for business.

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Thursday, April 17, 2025 1:10 PM

**To:** Kliger, Gavin (CFPB)


let me check your licensing group...you should have word

------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 1:09 PM

**To:** Ehsan, Adnan (CFPB)


Can you grant me the microsoft word for business license? Needed to finish the power-automate flow I am building.

------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 11:43 AM

**To:** Ehsan, Adnan (CFPB)


Labor and Employee Relations - https://bcfp365.sharepoint.com/sites/hc-ler

------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 11:42 AM

**To:** Ehsan, Adnan (CFPB)


Shared Tracking: TAS, ER, SysOps


------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 11:42 AM

**To:** Ehsan, Adnan (CFPB)


Full control


------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 11:41 AM

**To:** Ehsan, Adnan (CFPB)


Please grant read and write access.


------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 11:36 AM

**To:** Ehsan, Adnan (CFPB)


Can you grant access to the "OHC Projects" sharepoint and all included files?

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Thursday, April 17, 2025 10:59 AM

**To:** Kliger, Gavin (CFPB)

Admin - https://gcc.admin.powerplatform.microsoft.us/environments

Development - https://make.gov.powerapps.us/

------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Thursday, April 17, 2025 10:55 AM

**To:** Ehsan, Adnan (CFPB)

Can you please hop on a quick call

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Thursday, April 17, 2025 9:33 AM

**To:** Kliger, Gavin (CFPB)

Are you seeing any issue?

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Thursday, April 17, 2025 9:31 AM

**To:** Kliger, Gavin (CFPB)

**Attachments:** 0-gcctx-d1-f73d616e2807ef7b3cb25c99d6498dae

You and Jeremy have Env Admin access to it.

https://api.ams.gcc.teams.microsoft.com/v1/objects/0-gcctx-d1-
f73d616e2807ef7b3cb25c99d6498dae/views/imgo

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Thursday, April 17, 2025 9:31 AM

**To:** Kliger, Gavin (CFPB)

GM.... Chris mentioned you asked about not having admin access to OPS HC-Prod environment.

------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Saturday, April 12, 2025 10:48 PM

**To:** Kliger, Gavin (CFPB);Ehsan, Adnan (CFPB)

**Subject:** Call (Voicemail)/Thread Id: /Communication Id: 131a1c23-0e17-4808-9618-
4b003246b344/Kliger, Gavin (CFPB),Ehsan, Adnan (CFPB)

Start Time (UTC): 4/12/2025 10:39:51 PM

End Time (UTC): 4/12/2025 10:40:05 PM

Duration: 00:00:13.9242787

[4/12/2025 10:39:51 PM (UTC)] Gavin.Kliger@cfpb.gov joined.

[4/12/2025 10:40:05 PM (UTC)] Gavin.Kliger@cfpb.gov left.

[4/12/2025 10:39:51 PM (UTC)] Adnan.Ehsan@cfpb.gov joined.

[4/12/2025 10:40:05 PM (UTC)] Adnan.Ehsan@cfpb.gov left.

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Saturday, April 12, 2025 8:00 PM

**To:** Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Weigert, Brandon (CFPB)

I added them...give it an hour to bake in.

------------

**From:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>

**Sent:** Saturday, April 12, 2025 7:53 PM

**To:** Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);Ehsan, Adnan (CFPB);Weigert, Brandon (CFPB)

I'm asking my email team.  Stand by

------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Saturday, April 12, 2025 7:52 PM

**To:** Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB);Weigert, Brandon (CFPB)

CFPB_01532

+1, please mirror access requests from Jennifer to me as well.

------------

**From:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>

**Sent:** Saturday, April 12, 2025 7:35 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);Ehsan, Adnan (CFPB);Weigert, Brandon (CFPB)

Weigert, Brandon (CFPB) can you please assist with Thompson, Jennifer (CFPB) request

------------

**From:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>

**Sent:** Saturday, April 12, 2025 7:26 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)

Who would be able to get me access to the CFPB_EmployeeRelations@cfpb.gov shared mailbox so that I am able to email from that box using a flow

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:47 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB)

Kliger, Gavin (CFPB) Thompson, Jennifer (CFPB) you should have access now.

------------

**From:** Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:44 PM

**To:** Kliger, Gavin (CFPB)


sure--one sec.


------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:40 PM

**To:** Ehsan, Adnan (CFPB)


Hello Adnan. Can you please grant read/write access to https://bcfp365.sharepoint.com/sites/hc-ler  for myself and Jennifer Thompson? thanks,


------------

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:37 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)


I think Adnan needs to to that


------------

**From:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:36 PM

**To:**     Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)

I will need access to that as well actually

------------

**From:**  Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:**  Saturday, April 12, 2025 6:35 PM

**To:**     Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)

Small typo - https://bcfp365.sharepoint.com/sites/hc-ler

------------

**From:**  Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:**  Saturday, April 12, 2025 6:33 PM

**To:**     Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)

It does look like there is a sharepoint site (https://bcfp365.sharepoint/sites/hc-ler) where we store all the templates - can someone grant access there as well (read/write)?

------------

**From:**  Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:**  Saturday, April 12, 2025 6:33 PM

**To:**     Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)

Thanks all.

------------

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:28 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)

and Jennifer!

------------

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:28 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)

and Adnan!

------------

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:28 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)

Thanks for your support Joe

------------

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:25 PM

**To:** Kliger, Gavin (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)


I have a prior obligation for tonight, so I will have to go offline for the night. I'll be available tomorrow if needed.


------------

**From:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:25 PM

**To:** Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)


Your team is AWESOME!


------------

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:24 PM

**To:** Kliger, Gavin (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)


Adnan was able to help. Big thanks to Adnan. Gavin has been added as an admin to the environment.

------------

**From:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:23 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)


Adam sent the approval for admin role for this OPS HC-Prod environment, I forwarded it to the team, if you could get Gavin set up that would be great!  THANKS for your help
https://statics.teams.cdn.office.net/evergreen-assets/personal-
expressions/v2/assets/emoticons/smile/default/20_f.png


------------

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:08 PM

**To:**    Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)


Can we share the environment admin role for OPS HC - Prod? I think that is pretty reasonable. I will be running this operation and need to ability to create, delete, modify and grant access to flows related to HC.


------------

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>

**Sent:** Saturday, April 12, 2025 6:04 PM

**To:**    Kliger, Gavin (CFPB);Thompson, Jennifer (CFPB);Chilbert, Christopher (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)


Looking for a flow in Power Platform that needs to be shared

------------

**From:**  Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>

**Sent:**  Saturday, April 12, 2025 6:03 PM

**To:**    Kliger, Gavin (CFPB);Gilchrist, Joseph (CFPB);Thompson, Jennifer (CFPB);McCarty, Thomas (CFPB);Ehsan, Adnan (CFPB)


Joe - adnan's here. what do you need

CFPB_01539

Exhibit 11

5491

Director

Deputy Director

5493

Ombudsman

Research unit

Community affairs unit

Collecting and tracking complaints unit

Office of fair lending and equal opportunity

Office of financial education

Office of service members affairs

Office of financial protection for older Americans – ass't director who heads the office

5494

Consumer advisory board

5512

Monitoring

5535

Student Loan Obdursman

CFPB_02825

Exhibit 12

## Conversation with DiPalma

**DiPalma, Nikki (CFPB)** Chat Shared

Sunday, April 13

DiPalma, Nikki (CFPB) 4/13 6:36 PM

Martinez, Adam (CFPB) 6:34 PM

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| Office of the Director | [illegible] | [illegible] | [illegible] |
| Operations | [illegible] | [illegible] | [illegible] |
| Consumer Response | [illegible] | [illegible] | [illegible] |
| Consumer Education and Engagement | [illegible] | [illegible] | [illegible] |
| Research, Markets, and Regulations | [illegible] | [illegible] | [illegible] |
| Supervision, Enforcement, and Fair Lending | [illegible] | [illegible] | [illegible] |
| Legal | [illegible] | [illegible] | [illegible] |
| External Affairs | [illegible] | [illegible] | [illegible] |
| Other Programs | [illegible] | [illegible] | [illegible] |
| Total | [illegible] | [illegible] | [illegible] |

Martinez, Adam (CFPB) [illegible] PM

| | FY 2012 | FY 2013 | FY 2014 |
|---|---|---|---|
| Office of the Director | 17 | 27 | 27 |
| Operations | 120 | 226 | 272 |
| Consumer Response | 94 | 134 | 198 |
| Consumer Education and Engagement | 41 | 61 | 65 |
| Research, Markets, and Regulations | 79 | 114 | 148 |
| Supervision, Enforcement, and Fair Lending | 422 | 563 | 731 |
| Legal | 39 | 52 | 64 |
| External Affairs | 19 | 33 | 40 |
| Other Programs | – | 4 | 7 |
| Totals | 831 | 1,214 | 1,546 |

**DiPalma, Nikki (CFPB)** Chat Shared

DiPalma, Nikki (CFPB) 4/14 6:51 AM

good morning! can you please update ebenzer of what is happening before our 9am so i i don't have to go over the weekend's events? i have reached out to julia asking her to call me before the mtg as well

thanks

4/14 8:54 AM

1690 as of Saturday

4/14 9:03 AM

The circuit court called for a "particularized assessment".

DiPalma, Nikki (CFPB) 4/14 9:03 AM

what does that mean?

4/14 9:04 AM

Thats the exact language on the workforce stuff

I think it means a full statutory review

**DiPalma, Nikki (CFPB)** Chat Shared

I think it means a full statutory review

DiPalma, Nikki (CFPB) 4/14 9:04 AM

got it

4/14 9:04 AM

Not sure a title review meets that though

DiPalma, Nikki (CFPB) 4/14 9:04 AM

agreed



Exhibit 13

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | Paoletta, Mark (CFPB); Shapiro, Daniel (CFPB) |
| **Subject:** | FW: Specific Notice of RIF Template |
| **Date:** | Saturday, April 12, 2025 7:52:13 PM |
| **Attachments:** | CFPB Specific Notice of RIF Template.docx |

Hi Mark and Daniel –

Gavin reached out this afternoon and I've had discussions with him and Jeremy.  I have several employees pulling information together and providing Gavin with access to a couple of our systems.  Could you confirm that we are authorized to keep moving this forward?  I understand we will continue to receive guidance.

Thank you.

Adam


Adam Martinez
Chief Operating Officer

**From:** Jeremy Lewin <jlewin@usaid.gov>
**Sent:** Saturday, April 12, 2025 4:08 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Cc:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Subject:** Specific Notice of RIF Template

Adam,

Please find attached an updated RIF letter template for tomorrow's planned personnel actions. Let me know of any questions or concerns.

We will need to pull the requisite information to accurately fill in this information for the employees in the competitive areas approved by OPM, and mail merge with the required Title 5 supporting information packet (which we have as a consolidated single PDF).

Once we have the full roster, Director Vought's team and I will conduct an individualized assessment to, consistent with the DC Circuit's stay, ensure that only non-statutory positions are affected.

In addition, what is the status of the probationary employees?

Thank you,
Jeremy

Sensitive But Unclassified (SBU)

CFPB_00197

Exhibit 14

| From: | Jacob, Roland (CFPB) |
|---|---|
| To: | Martinez, Adam (CFPB) |
| Cc: | Strong, Liza (CFPB); DiPalma, Nikki (CFPB); Tadeo, Ebenzer (CFPB) |
| Subject: | Position Designation Worksheet |
| Date: | Tuesday, April 15, 2025 8:03:00 PM |
| Attachments: | Position Retention Worksheet.xlsx |

Please see the attached list for senior leadership to help make determinations of positions retained in light of a potential RIF. Note that this is pre-decisional and confidential.

V/R

Roland Jacob
Human Capital Operations Manager
Systems and Operations | Office of Human Capital
Office: (202) 435-9625 | Mobile: (202) 573-3701

Consumer Financial Protection Bureau
consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

This message was secured by ZixCorp©.
To reach ZixCorp, go to: http://www.zixcorp.com/info/zixmail

Exhibit 15

| From: | Jacob, Roland (CFPB) |
|---|---|
| To: | Davis, Janae A |
| Cc: | Choice, Angela M.; Hernandez, Elizabeth M. |
| Subject: | RE: Review of Competitive Level Code (CLC) Documents |
| Date: | Sunday, April 13, 2025 7:12:00 PM |
| Attachments: | image001.png |

Thank you Janae. I have pulled the files down and am reviewing. Sorry, I didn't respond earlier but I ended up being out of office on Friday.

Angela and Elizabeth, Any chance OPM can meet with CFPB tomorrow? Perhaps we can pull in Sandra and any other relevant OPM staff? There are some fast moving updates that the Bureau needs to connect with OPM on. We can make ourselves available to whatever time works for OPM tomorrow.

V/R

Roland Jacob
Human Capital Operations Manager
Systems and Operations | Office of Human Capital
Office: (202) 435-9625 | Mobile: (202) 573-3701

Consumer Financial Protection Bureau
consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Davis, Janae A <Janae.Davis@opm.gov>
**Sent:** Thursday, April 10, 2025 6:24 PM
**To:** Jacob, Roland (CFPB) <Roland.Jacob@cfpb.gov>
**Cc:** Choice, Angela M. <Angela.Choice@opm.gov>; Hernandez, Elizabeth M. <Elizabeth.Hernandez@opm.gov>
**Subject:** Review of Competitive Level Code (CLC) Documents

Hi Roland,

I have uploaded three important Competitive Level Code (CLC) documents to the CFPB BOX folder:

1. **CFPB Recommended CLC Process:** Our recommended structure for assigning CLCs.
2. **CLC Definitions:** The definitions used to apply CLCs.
3. **CFPB Competitive Level by Series:** The master spreadsheet with assigned CLCs for each position description.

Please review this information before our next meeting. I will be out of the office next week but will be available the following week to discuss any questions or concerns with you and your team.

Let me know which of the following days and times work best for you:

1. Wednesday, April 23, 2025, from 10:00 AM - 11:00 AM ET or anytime between 1:00 PM - 3:00 PM ET
2. Thursday, April 24, 2025, from 9:00 AM - 10:00 AM ET or 3:00 PM - 4:00 PM ET

In my absence, please reach out to Liz Hernandez or Angela Choice, who are cc'd on this email, for any urgent CLC matters.

Thank you,

*Janae*

**Janae Davis**
**Supervisory HR Specialist**

U.S. Office of Personnel Management
HR Solutions/Federal Classification Center
c: (202) 251-0479
MS Teams: (202) 936-2848
Janae.Davis@opm.gov
OPM.gov



Follow us on LinkedIn| X (formerly Twitter)|YouTube

Exhibit 16

| | |
|---|---|
| **From:** | Dorfman, Victoria (Detailee) |
| **To:** | Paoletta, Mark (CFPB); Shapiro, Daniel (CFPB) |
| **Subject:** | Statutorily-required units // brief history |
| **Date:** | Sunday, April 13, 2025 4:05:25 PM |

Mark/Daniel,

I forwarded you two emails from Adam. As I mentioned to Mark on the call just now, supervision and enforcement used to be a part of SEFL. Then, FL (fair lending) got split up and moved to the front office, and last year enforcement and supervision were made separate as well. Unlike in many other agencies, and as we know, attorneys in supervision and enforcement do not report to the GC in the CFPB.

As to the organic statute (https://www.law.cornell.edu/uscode/text/12/5493), the units it names are: Research, Community Affairs, Collecting and Tracking Complaints, Office of Fair Lending and Equal Opportunity, Office of Financial Education, Office of Service Member Affairs, Office of Financial Protection for Older Americans.

**(b)**Specific functional units
**(1)**ResearchThe Director shall establish a unit whose functions shall include researching, analyzing, and reporting on—
**(A)**
developments in markets for consumer financial products or services, including market areas of alternative consumer financial products or services with high growth rates and areas of risk to consumers;
**(B)**
access to fair and affordable credit for traditionally underserved communities;
**(C)**
consumer awareness, understanding, and use of disclosures and communications regarding consumer financial products or services;
**(D)**
consumer awareness and understanding of costs, risks, and benefits of consumer financial products or services;
**(E)**
consumer behavior with respect to consumer financial products or services, including performance on mortgage loans; and
**(F)**
experiences of traditionally underserved consumers, including un-banked and under-banked consumers.
**(2)**Community affairs
The Director shall establish a unit whose functions shall include providing information, guidance, and technical assistance regarding the offering and provision of consumer financial products or services to traditionally underserved consumers and communities.

**(3)**COLLECTING AND TRACKING COMPLAINTS
**(A)In general**
The Director shall establish a unit whose functions shall include establishing a single, toll-free telephone number, a website, and a database or utilizing an existing database to facilitate the centralized collection of, monitoring of, and response to consumer complaints regarding consumer financial products or services. The Director shall coordinate with the Federal Trade Commission or other Federal agencies to route complaints to such agencies, where appropriate.

**(B)Routing calls to States**To the extent practicable, State agencies may receive appropriate complaints from the systems established under subparagraph (A), if —

**(i)**
the State agency system has the functional capacity to receive calls or electronic reports routed by the Bureau systems;
**(ii)**
the State agency has satisfied any conditions of participation in the system that the Bureau may establish, including treatment of personally identifiable information and sharing of information on complaint resolution or related compliance procedures and resources; and
**(iii)**
participation by the State agency includes measures necessary to provide for protection of personally identifiable information that conform to the standards for protection of the confidentiality of personally identifiable information and for data integrity and security that apply to the Federal agencies described in subparagraph (D).
**(C)Reports to the Congress**
The Director shall present an annual report to Congress not later than March 31 of each year on the complaints received by the Bureau in the prior year regarding consumer financial products and services. Such report shall include information and analysis about complaint numbers, complaint types, and, where applicable, information about resolution of complaints.

**(D)Data sharing required**
To facilitate preparation of the reports required under subparagraph (C), supervision and enforcement activities, and monitoring of the market for consumer financial products and services, the Bureau shall share consumer complaint information with prudential regulators, the Federal Trade Commission, other Federal agencies, and State agencies, subject to the standards applicable to Federal agencies for protection of the confidentiality of personally identifiable information and for data security and integrity. The prudential regulators, the Federal Trade Commission, and other Federal agencies shall share data relating to consumer complaints regarding consumer financial products and services with the Bureau, subject to the standards applicable to Federal agencies for protection of confidentiality of personally identifiable information and for data security and integrity.

**(c)**OFFICE OF FAIR LENDING AND EQUAL OPPORTUNITY
**(1)**

ESTABLISHMENT

The Director shall establish within the Bureau the Office of Fair Lending and Equal Opportunity.

**(2)**FUNCTIONSThe Office of Fair Lending and Equal Opportunity shall have such powers and duties as the Director may delegate to the Office, including—
**(A)**
providing oversight and enforcement of Federal laws intended to ensure the fair, equitable, and nondiscriminatory access to credit for both individuals and communities that are enforced by the Bureau, including the Equal Credit Opportunity Act [15 U.S.C. 1691 et seq.] and the Home Mortgage Disclosure Act [12 U.S.C. 2801 et seq.];
**(B)**
coordinating fair lending efforts of the Bureau with other Federal agencies and State regulators, as appropriate, to promote consistent, efficient, and effective enforcement of Federal fair lending laws;
**(C)**
working with private industry, fair lending, civil rights, consumer and community advocates on the promotion of fair lending compliance and education; and
**(D)**
providing annual reports to Congress on the efforts of the Bureau to fulfill its fair lending mandate.
**(3)**ADMINISTRATION OF OFFICEThere is established the position of Assistant Director of the Bureau for Fair Lending and Equal Opportunity, who—
**(A)**
shall be appointed by the Director; and
**(B)**
shall carry out such duties as the Director may delegate to such Assistant Director.
**(d)**OFFICE OF FINANCIAL EDUCATION
**(1)**ESTABLISHMENT
The Director shall establish an Office of Financial Education, which shall be responsible for developing and implementing initiatives intended to educate and empower consumers to make better informed financial decisions.

**(2)**OTHER DUTIESThe Office of Financial Education shall develop and implement a strategy to improve the financial literacy of consumers that includes measurable goals and objectives, in consultation with the Financial Literacy and Education Commission, consistent with the National Strategy for Financial Literacy, through activities including providing opportunities for consumers to access—
**(A)**
financial counseling, including community-based financial counseling, where practicable;
**(B)**
information to assist with the evaluation of credit products and the understanding of credit histories and scores;
**(C)**

savings, borrowing, and other services found at mainstream financial institutions;
**(D)**activities intended to—
**(i)**
prepare the consumer for educational expenses and the submission of financial aid applications, and other major purchases;
**(ii)**
reduce debt; and
**(iii)**
improve the financial situation of the consumer;
**(E)**
assistance in developing long-term savings strategies; and
**(F)**
wealth building and financial services during the preparation process to claim earned income tax credits and Federal benefits.
**(3)**COORDINATIONThe Office of Financial Education shall coordinate with other units within the Bureau in carrying out its functions, including—
**(A)**
working with the Community Affairs Office to implement the strategy to improve financial literacy of consumers; and
**(B)**
working with the research unit established by the Director to conduct research related to consumer financial education and counseling.
**(4)**REPORTNot later than 24 months after the designated transfer date, and annually thereafter, the Director shall submit a report on its financial literacy activities and strategy to improve financial literacy of consumers to—
**(A)**
the Committee on Banking, Housing, and Urban Affairs of the Senate; and
**(B)**
the Committee on Financial Services of the House of Representatives.
**(5), (6)** OMITTED
**(7)**STUDY AND REPORT ON FINANCIAL LITERACY PROGRAM
**(A)**In generalThe Comptroller General of the United States shall conduct a study to identify—
**(i)**the feasibility of certification of persons providing the programs or performing the activities described in paragraph (2), including recognizing outstanding programs, and developing guidelines and resources for community-based practitioners, including—
**(I)**
a potential certification process and standards for certification;
**(II)**
appropriate certifying entities;
**(III)**
resources required for funding such a process; and
**(IV)**
a cost-benefit analysis of such certification;
**(ii)**
technological resources intended to collect, analyze, evaluate, or promote

CFPB_00335

financial literacy and counseling programs;

**(iii)**

effective methods, tools, and strategies intended to educate and empower consumers about personal finance management; and

**(iv)**

recommendations intended to encourage the development of programs that effectively improve financial education outcomes and empower consumers to make better informed financial decisions based on findings.

**(B) Report**

Not later than 1 year after July 21, 2010, the Comptroller General of the United States shall submit a report on the results of the study conducted under this paragraph to the Committee on Banking, Housing, and Urban Affairs of the Senate and the Committee on Financial Services of the House of Representatives.

**(e) OFFICE OF SERVICE MEMBER AFFAIRS**

**(1) IN GENERAL** The Director shall establish an Office of Service Member Affairs, which shall be responsible for developing and implementing initiatives for service members and their families intended to—

**(A)**

educate and empower service members and their families to make better informed decisions regarding consumer financial products and services;

**(B)**

coordinate with the unit of the Bureau established under subsection (b)(3), in order to monitor complaints by service members and their families and responses to those complaints by the Bureau or other appropriate Federal or State agency; and

**(C)**

coordinate efforts among Federal and State agencies, as appropriate, regarding consumer protection measures relating to consumer financial products and services offered to, or used by, service members and their families.

**(2) COORDINATION**

**(A) Regional services**

The Director is authorized to assign employees of the Bureau as may be deemed necessary to conduct the business of the Office of Service Member Affairs, including by establishing and maintaining the functions of the Office in regional offices of the Bureau located near military bases, military treatment facilities, or other similar military facilities.

**(B) Agreements**

The Director is authorized to enter into memoranda of understanding and similar agreements with the Department of Defense, including any branch or agency as authorized by the department, in order to carry out the business of the Office of Service Member Affairs.

**(3) DEFINITION**

As used in this subsection, the term "service member" means any member of the United States Armed Forces and any member of the National Guard or Reserves.

**(f)** TIMING

The Office of Fair Lending and Equal Opportunity, the Office of Financial Education, and the Office of Service Member Affairs shall each be established not later than 1 year after the designated transfer date.

**(g)** OFFICE OF FINANCIAL PROTECTION FOR OLDER AMERICANS
**(1)** ESTABLISHMENT

Before the end of the 180-day period beginning on the designated transfer date, the Director shall establish the Office of Financial Protection for Older Americans, the functions of which shall include activities designed to facilitate the financial literacy of individuals who have attained the age of 62 years or more (in this subsection, referred to as "seniors") on protection from unfair, deceptive, and abusive practices and on current and future financial choices, including through the dissemination of materials to seniors on such topics.

**(2)** ASSISTANT DIRECTOR

The Office of Financial Protection for Older Americans (in this subsection referred to as the "Office") shall be headed by an assistant director.

**(3)** DUTIES The Office shall—

**(A)** develop goals for programs that provide seniors financial literacy and counseling, including programs that—

**(i)**
help seniors recognize warning signs of unfair, deceptive, or abusive practices, protect themselves from such practices;

**(ii)**
provide one-on-one financial counseling on issues including long-term savings and later-life economic security; and

**(iii)**
provide personal consumer credit advocacy to respond to consumer problems caused by unfair, deceptive, or abusive practices;

**(B)**
monitor certifications or designations of financial advisors who advise seniors and alert the Commission and State regulators of certifications or designations that are identified as unfair, deceptive, or abusive;

**(C)** not later than 18 months after the date of the establishment of the Office, submit to Congress and the Commission any legislative and regulatory recommendations on the best practices for—

**(i)**
disseminating information regarding the legitimacy of certifications of financial advisers who advise seniors;

**(ii)**
methods in which a senior can identify the financial advisor most appropriate for the senior's needs; and

**(iii)**
methods in which a senior can verify a financial advisor's credentials;

**(D)** conduct research to identify best practices and effective methods, tools, technology and strategies to educate and counsel seniors about personal finance management with a focus on—

**(i)**
protecting themselves from unfair, deceptive, and abusive practices;

**(ii)**
long-term savings; and

**(iii)**
planning for retirement and long-term care;

**(E)**
coordinate consumer protection efforts of seniors with other Federal agencies and State regulators, as appropriate, to promote consistent, effective, and efficient enforcement; and

**(F)**
work with community organizations, non-profit organizations, and other entities that are involved with educating or assisting seniors (including the National Education and Resource Center on Women and Retirement Planning).

**(h)** APPLICATION OF CHAPTER **10** OF TITLE **5**
Notwithstanding any provision of chapter 10 of title 5, such chapter shall apply to each advisory committee of the Bureau and each subcommittee of such an advisory committee.

Exhibit 17

CUI

## NOTICE REGARDING DATA USAGE

This email and attachment are considered Controlled Unclassified Information (CUI). The attached file provides the relevant human capital data responding to your original request. The data should be used only for the purpose(s) agreed to by the Office of Human Capital, and only in accordance with the Protocol for the Dissemination of Human Capital Data from the Office of Human Capital. Note: Human Capital and employee information changes regularly in response to scheduled personnel actions. We strongly caution you to conduct a quality check by comparing these data with what you, as our internal customer and contact, believe to be accurate for your program offices and responsibility. Should you find any discrepancies, please contact us before further distributing these data.

This e-mail may contain personally identifiable information or other confidential information that is privileged or otherwise protected from disclosure under applicable laws, policies, and agreements. This information should only be used for designated and authorized purposes. Do not further disseminate this information to other CFPB employees except those who are duly authorized to access the information. Do not disclose any human capital data outside of the Bureau without first discussing such disclosure with Human Capital. To avoid accidental, inappropriate or unauthorized use of this data in the future, please notify the Human Capital Systems and Operations Team at
CFPB_HCDataRequests@cfpb.gov if there is any reason to believe the data have been compromised.

Thank you for helping us safeguard and protect the integrity of employee data. HR Data Insights and Solutions (HRDIS)
Office of Human Capital CFPB_HCDataRequests@cfpb.gov

**CUI - CONFIDENTIAL - PREDECISIONAL - DRAFT 4/14/2025**          **DO NOT FORWARD**

| Current Status as of PP5 FY25 - Ending 03/22/2025 | Against Total Approved Positions | | | Reduction Scenario | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Information based on PP5 FY25 Data, 04/03/2025 | (Includes Interns) | | | Based on Return to Ending FY12 Onboard Headcount | | | | | |
| Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower | | | | Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower | | | | | |
| Count of Release/Retain Status | Column Labels | | | | | | | | |
| Division/Office | Onboard | Vacancy Frozen | Grand Total | Target based on FY12 Onboard | Reduction Required from Onboard | Reduction Required from Vacancies | % of Onboard to RIF | Total Reduction of Position Plan (Onboard | Total % Reduction of Position Plan |
| **CFPB CENTRALIZED SERVICES** | **4** | **22** | **26** | **0** | **(4)** | **22** | **-100%** | **26** | **100%** |
| CFPB CENTRALIZED SERVICES-HUMAN CAPITAL | 4 | 22 | 26 | 0 | | | | | |
| **CONSUMER RESPONSE EDUCATION DIV** | **148** | **8** | **156** | **144** | **(4)** | **8** | **-3%** | **12** | **8%** |
| CONSUMER RESPONSE | 127 | 6 | 133 | 118 | | | | | |
| CONSUMER RESPONSE EDUCATION DIV | 8 | | 8 | 15 | | | | | |
| FINANCIAL  EDUCATION | 13 | 2 | 15 | 11 | | | | | |
| **DIRECTOR** | **87** | **23** | **110** | **48** | **(39)** | **23** | **-45%** | **62** | **56%** |
| Legislative Affairs | 3 | 1 | 4 | | | | | | |
| Off of Policy Planning & Strategy | 16 | | 16 | | | | | | |
| Office of Civil Rights | 10 | 2 | 12 | | | | | | |
| Office of Fair Lending and Equal Opp | 13 | 4 | 17 | | | | | | |
| Office of Minority and Women Incl | 14 | | 14 | | | | | | |
| OFFICE OF THE DEPUTY DIRECTOR | | 1 | 1 | | | | | | |
| OFFICE OF THE DIRECTOR | 31 | 15 | 46 | | | | | | |
| **ENFORCEMENT DIVISION** | **241** | **34** | **275** | **104** | **(137)** | **34** | **-57%** | **171** | **62%** |
| ENFORCEMENT | 241 | 34 | 275 | | | | | 0 | |
| **EXTERNAL AFFAIRS DIVISION** | **39** | **10** | **49** | **18** | **(21)** | **10** | **-54%** | **31** | **63%** |
| COMMUNICATIONS | 10 | 5 | 15 | | | | | | |
| EXTERNAL AFFAIRS DIVISION | 13 | 3 | 16 | | | | | | |
| INTERGOVERNMENTAL  AFFAIRS | 5 | 2 | 7 | | | | | | |
| PRIVATE SECTOR ENGAGEMENT | 5 | | 5 | | | | | | |
| PUBLIC ENGAGEMENT | 6 | | 6 | | | | | | |
| **LEGAL DIVISION** | **81** | **12** | **93** | **55** | **(26)** | **12** | **-32%** | **38** | **41%** |
| GENERAL LAW AND ETHICS | 27 | 1 | 28 | | | | | | |
| LAW AND POLICY | 27 | 4 | 31 | | | | | | |
| LEGAL DIVISION | 12 | 1 | 13 | | | | | | |

| Division/Office | Onboard | Vacancy Frozen | Grand Total | Target based on FY12 Onboard | Reduction Required from Onboard | Reduction Required from Vacancies | % of Onboard to RIF | Total Reduction of Position Plan (Onboard | Total % Reduction of Position Plan |
|---|---|---|---|---|---|---|---|---|---|
| LITIGATION | 12 | 5 | 17 | | | | | | |
| OVERSIGHT | 3 | 1 | 4 | | | | | | |
| OPERATIONS DIVISION | 315 | 36 | 351 | 158 | (157) | 36 | -50% | 193 | 55% |
| ADMINISTRATIVE OPERATIONS | 34 | 2 | 36 | | | | | | |
| CHIEF DATA OFFICER | 9 | 3 | 12 | | | | | | |
| FINANCE AND PROCUREMENT | 53 | 7 | 60 | | | | | | |
| HUMAN CAPITAL | 60 | 9 | 69 | | | | | | |
| OPERATIONS DIVISION | 8 | 4 | 12 | | | | | | |
| TECHNOLOGY AND INNOVATION | 151 | 11 | 162 | | | | | | |
| OTHER PROGRAMS | 30 | 4 | 34 | 1 | (29) | 4 | -97% | 33 | 97% |
| DIRECTOR'S FINANCIAL ANALYSTS | 25 | 4 | 29 | | | | | 0 | |
| OMBUDSMAN | 5 | | 5 | | | | | 0 | |
| RESEARCH MONITORING AND REGULATIONS DIV | 217 | 25 | 242 | 105 | (112) | 25 | -52% | 137 | 57% |
| Competition and Innovation | 9 | 1 | 10 | | | | | | |
| CONSUMER POPULATIONS | 45 | 8 | 53 | | | | | | |
| MARKETS | 34 | 5 | 39 | | | | | | |
| REGULATIONS | 62 | 3 | 65 | | | | | | |
| RESEARCH | 55 | 7 | 62 | | | | | | |
| RESEARCH MONITORING AND REGULATIONS DIV | 12 | 1 | 13 | | | | | | |
| SUPERVISION DIVISION | 456 | 36 | 492 | 337 | (119) | 36 | -26% | 155 | 32% |
| DIVISION OF SUPERVISION | 1 | 1 | 2 | | | | | | |
| OFFICE OF SUPV POLICY AND OPS | 105 | 10 | 115 | | | | | | |
| SUPERVISION EXAMINATIONS | 2 | 3 | 5 | | | | | | |
| SUPERVISION MIDWEST REGION | 84 | 8 | 92 | | | | | | |
| SUPERVISION NORTHEAST REGION | 89 | 2 | 91 | | | | | | |
| SUPERVISION SOUTHEAST REGION | 96 | 3 | 99 | | | | | | |
| SUPERVISION WEST REGION | 79 | 9 | 88 | | | | | | |
| UNALLOCATED HEADCOUNT | | 13 | 13 | 0 | 0 | 13 | #DIV/0! | 13 | 100% |
| Positions Pending Approval | | 13 | 13 | | | | | 0 | |
| Grand Total | 1618 | 223 | 1841 | 970 | (648) | 223 | -40% | 871 | 47% |
| | | | | | Cross Check | 0 | | | |

CFPB_00366

| Positions Authorized in Historical Performance Plans/Financial Reports | | | | Actual FY12 Ending | |
|---|---|---|---|---|---|
| **Division** | **FY12** | **FY13** | **FY14** | **Actual FY12 Ending** | **Notes** |
| Centralized Services | 0 | 0 | 0 | 0 | 11 HA's - to GC |
| Consumer Education and Engagement | 41 | 61 | 69 | 26 | |
| Consumer Response | 94 | 134 | 190 | 118 | |
| Director's Office | 17 | 27 | 27 | 48 | 2 from OPS for OMWI, 5 from EA for Leg Affairs |
| Enforcement | 0 | 0 | 0 | 104 | 9 from FL |
| External Affairs | 19 | 33 | 45 | 18 | |
| Fair Lending | 0 | 0 | 0 | 0 | 9 to ENF, 14 remainder back up to Directors |
| Legal | 39 | 52 | 64 | 55 | 11 HA's to GC |
| Operations | 120 | 226 | 272 | 158 | |
| Other Programs | 0 | 4 | 7 | 1 | 1 from DIR for CFPB Ombudsman |
| RMR | 79 | 114 | 140 | 105 | 18 from CEE to RMR for Consumer Populations |
| Supervision | 0 | 0 | 0 | 337 | |
| SEFL | 422 | 563 | 731 | | |
| **Totals** | **831** | **1214** | **1545** | **970** | |

CFPB_00367

| Deptid_Cd | (All) | |
|---|---|---|

| Row Labels | Count of EMPLID | Notes |
|---|---|---|
| **1-DIRECTOR** | 1 | |
| DIRECTOR | 1 | |
| **1-OFFICE OF THE DIRECTOR** | 26 | |
| OFFICE OF THE DIRECTOR | 26 | 1 Position here was the CFPB Ombudsman, Remap to Other Programs |
| **2-CHIEF OPERATING OFFICER** | 278 | |
| ADMINISTRATIVE OPERATIONS | 18 | |
| CHIEF FINANCIAL OFFICER | 25 | |
| CHIEF HUMAN CAPITAL OFFICER | 45 | |
| CHIEF INFORMATION OFFICER | 55 | |
| CHIEF OPERATING OFFICER | 6 | |
| OFF PRVY INFO DIS REC & TRANS | 1 | |
| OFFICE OF INCLUSION | 2 | Remap to OMWI |
| PROCUREMENT | 8 | |
| RESPONSE CENTER | 118 | Remap to CRE |
| **3-OFF CONSUMER EDUCATION ENGAGE** | 44 | |
| CONSUMER ENGAGEMENT | 6 | Remap to CRE |
| FINANCIAL EDUCATION | 11 | Remap to CRE - CR portion |
| FINANCIAL EMPOWERMENT | 3 | Remap to CRE |
| OFF CONSUMER EDUCATION ENGAGE | 6 | Remap to CRE, |
| OLDER AMERICANS | 5 | Remap to RMR |
| SERVICE MEMBERS | 8 | Remap to RMR |
| STUDENTS (OMBUDSMAN) | 5 | Remap to RMR - Student Loans Ombudsman remap to Consumer Populations in RMR - then back to CEE |
| **4-OFF RESEARCH MARKETS & REGS** | 87 | |
| CARD MARKETS | 6 | |
| MORTAGE MARKETS | 7 | |
| OFF RESEARCH MARKETS & REGS | 7 | |
| OFFICE OF CREDIT INFORMATION, COLLECTION | 6 | |
| OFFICE OF INSTALLMENT AND LIQUIDITY LEND | 7 | |
| REGULATIONS | 34 | |
| RESEARCH | 20 | |
| **5-SUPERVISION, FAIR LENDING AND ENFORCE** | 455 | |
| ENFORCEMENT | 95 | Remap to Enforcement |
| FAIR LENDING | 23 | Remap to 9 to Enforcement, 14 to FL in Director's Office |
| LARGE BANK SUPERVISION | 26 | |
| NON BANK SUPERVISION | 26 | |
| SUPERVISION MIDWEST REGION | 46 | |
| SUPERVISION NORTHEAST REGION | 57 | |
| SUPERVISION SOUTHEAST REGION | 104 | |
| SUPERVISION WEST REGION | 73 | |
| SUPERVISION, FAIR LENDING AND ENFORCEME | 5 | |
| **6-OFF OF GENERAL COUNSEL** | 44 | |
| DEP GEN COUN OVERSIGHT | 2 | |
| DEP GENERAL COUNSEL POLICY | 5 | |
| OFF OF GENERAL COUNSEL | 25 | |
| PRIN DEPUTY GENERAL COUNSEL | 12 | |
| **7-OFF OF EXTERNAL AFFAIRS** | 24 | |
| COMMUNITY AFFAIRS | 5 | |
| COMMUNITY BANKS & CREDIT UNIONS | 1 | |
| INTER-GOVERNMENTAL  AFFAIRS | 2 | |
| LEGISLATIVE AFFAIRS | 5 | 5 Leg Affairs remap to DIR |
| MEDIA RELATIONS | 6 | |
| OFF OF EXTERNAL AFFAIRS | 4 | |
| OMBUDSMAN | 1 | 1 position here CAB Staff Director, remains in EA |

CFPB_00368

| Row Labels | Count of EMPLID | Notes |
|---|---|---|
| 9-CFPB CENTRALIZED SERVICES-CHIEF HUMAN | 11 | |
| CFPB HONORS PROGRAM | 11 | Honors Attorneys - Remap to GC |
| Grand Total | 970 | |

Exhibit 18

| | |
|---|---|
| **From:** | Chilbert, Christopher (CFPB) |
| **To:** | Paoletta, Mark (CFPB) |
| **Subject:** | Confirming Direction from DOGE members |
| **Date:** | Sunday, April 13, 2025 11:42:13 AM |
| **Attachments:** | image001.png |

Mark,

We received direction from Gavin Kliger of the DOGE team yesterday to provide him with access to several systems and SharePoint folders. We provided him with the requested access as he said he was being directed by Acting Director Vought, but Adam Martinez has confirmed we should remove access from the SharePoint folders and workflows this morning.

I'd like to confirm whether we should remove access to the following as well:

- Ability to disable employee email accounts and manage the CFPB email system generally
- Ability to prevent access to CFPB laptops for employees

Thanks,

Chris Chilbert
Chief Information Officer | Technology & Innovation
(202)435-9880

Consumer Financial Protection Bureau
consumerfinance.gov

 Book time to meet with me

CFPB_00546

Exhibit 19

CUI

## NOTICE REGARDING DATA USAGE

This email and attachment are considered Controlled Unclassified Information (CUI). The attached file provides the relevant human capital data responding to your original request. The data should be used only for the purpose(s) agreed to by the Office of Human Capital, and only in accordance with the Protocol for the Dissemination of Human Capital Data from the Office of Human Capital. Note: Human Capital and employee information changes regularly in response to scheduled personnel actions. We strongly caution you to conduct a quality check by comparing these data with what you, as our internal customer and contact, believe to be accurate for your program offices and responsibility. Should you find any discrepancies, please contact us before further distributing these data.

This e-mail may contain personally identifiable information or other confidential information that is privileged or otherwise protected from disclosure under applicable laws, policies, and agreements. This information should only be used for designated and authorized purposes. Do not further disseminate this information to other CFPB employees except those who are duly authorized to access the information. Do not disclose any human capital data outside of the Bureau without first discussing such disclosure with Human Capital. To avoid accidental, inappropriate or unauthorized use of this data in the future, please notify the Human Capital Systems and Operations Team at
CFPB_HCDataRequests@cfpb.gov if there is any reason to believe the data have been compromised.

Thank you for helping us safeguard and protect the integrity of employee data. HR Data Insights and Solutions (HRDIS)
Office of Human Capital CFPB_HCDataRequests@cfpb.gov

**CUI - CONFIDENTIAL - PREDECISIONAL - DRAFT 4/15/2025**          **DO NOT FORWARD**

Current Status as of PP5 FY25 - Ending 03/22/2025   Against Total Approved Positions   |   Reduction Scenario
Information based on PP5 FY25 Data, 04/03/2025   (Includes Interns)   |   Specified Targets
Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower   |   Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower
Count of Release/Retain Status   Column Labels

| Division/Office | Onboard | Vacancy Frozen | Grand Total | Specified Targets | Reduction Required from Onboard | Reduction Required from Vacancies | % of Onboard to RIF | Total Reduction of Position Plan (Onboard | Total % Reduction of Position Plan |
|---|---|---|---|---|---|---|---|---|---|
| **CFPB CENTRALIZED SERVICES** | 4 | 22 | 26 | 0 | (4) | 22 | -100% | 26 | 100% |
| CFPB CENTRALIZED SERVICES-HUMAN CAPITAL | 4 | 22 | 26 | 0 | | | | | |
| **CONSUMER RESPONSE EDUCATION DIV** | 148 | 8 | 156 | 20 | (128) | 8 | -86% | 136 | 87% |
| CONSUMER RESPONSE | 127 | 6 | 133 | 17 | | | | | |
| CONSUMER RESPONSE EDUCATION DIV | 8 | | 8 | 1 | | | | | |
| FINANCIAL EDUCATION | 13 | 2 | 15 | 2 | | | | | |
| **DIRECTOR** | 87 | 23 | 110 | 6 | (81) | 23 | -93% | 104 | 95% |
| Legislative Affairs | 3 | 1 | 4 | 1 | | | | | |
| Off of Policy Planning & Strategy | 16 | | 16 | 0 | | | | | |
| Office of Civil Rights | 10 | 2 | 12 | 1 | | | | | |
| Office of Fair Lending and Equal Opp | 13 | 4 | 17 | 1 | | | | | |
| Office of Minority and Women Incl | 14 | | 14 | 1 | | | | | |
| OFFICE OF THE DEPUTY DIRECTOR | | 1 | 1 | 1 | | | | | |
| OFFICE OF THE DIRECTOR | 31 | 15 | 46 | 1 | | | | | |
| **ENFORCEMENT DIVISION** | 241 | 34 | 275 | 50 | (191) | 34 | -79% | 225 | 82% |
| ENFORCEMENT | 241 | 34 | 275 | 50 | | | | 0 | |
| **EXTERNAL AFFAIRS DIVISION** | 39 | 10 | 49 | 2 | (37) | 10 | -95% | 47 | 96% |
| COMMUNICATIONS | 10 | 5 | 15 | 0 | | | | | |
| EXTERNAL AFFAIRS DIVISION | 13 | 3 | 16 | 0 | | | | | |
| INTERGOVERNMENTAL AFFAIRS | 5 | 2 | 7 | 0 | | | | | |
| PRIVATE SECTOR ENGAGEMENT | 5 | | 5 | 1 | | | | | |
| PUBLIC ENGAGEMENT | 6 | | 6 | 1 | | | | | |
| **LEGAL DIVISION** | 81 | 12 | 93 | 27 | (54) | 12 | -67% | 66 | 71% |
| GENERAL LAW AND ETHICS | 27 | 1 | 28 | 4 | | | | | |
| LAW AND POLICY | 27 | 4 | 31 | 5 | | | | | |
| LEGAL DIVISION | 12 | 1 | 13 | 0 | | | | | |
| LITIGATION | 12 | 5 | 17 | 17 | | | | | |
| OVERSIGHT | 3 | 1 | 4 | 1 | | | | | |
| **OPERATIONS DIVISION** | 315 | 36 | 351 | 30 | (285) | 36 | -90% | 321 | 91% |
| ADMINISTRATIVE OPERATIONS | 34 | 2 | 36 | 5 | | | | | |
| CHIEF DATA OFFICER | 9 | 3 | 12 | 5 | | | | | |
| FINANCE AND PROCUREMENT | 53 | 7 | 60 | 5 | | | | | |
| HUMAN CAPITAL | 60 | 9 | 69 | 5 | | | | | |
| OPERATIONS DIVISION | 8 | 4 | 12 | 5 | | | | | |
| TECHNOLOGY AND INNOVATION | 151 | 11 | 162 | 5 | | | | | |
| **OTHER PROGRAMS** | 30 | 4 | 34 | 1 | (29) | 4 | -97% | 33 | 97% |
| DIRECTOR'S FINANCIAL ANALYSTS | 25 | 4 | 29 | 0 | | | | 0 | |
| OMBUDSMAN | 5 | | 5 | 1 | | | | 0 | |
| **RESEARCH MONITORING AND REGULATIONS DIV** | 217 | 25 | 242 | 22 | (195) | 25 | -90% | 220 | 91% |
| Competition and Innovation | 9 | 1 | 10 | 0 | | | | | |
| CONSUMER POPULATIONS | 45 | 8 | 53 | 3 | | | | | |
| MARKETS | 34 | 5 | 39 | 4 | | | | | |
| REGULATIONS | 62 | 3 | 65 | 10 | | | | | |
| RESEARCH | 55 | 7 | 62 | 3 | | | | | |
| RESEARCH MONITORING AND REGULATIONS DIV | 12 | 1 | 13 | 2 | | | | | |
| **SUPERVISION DIVISION** | 456 | 36 | 492 | 50 | (406) | 36 | -89% | 442 | 90% |
| DIVISION OF SUPERVISION | 1 | 1 | 2 | 0 | | | | | |
| OFFICE OF SUPV POLICY AND OPS | 105 | 10 | 115 | 50 | | | | | |
| SUPERVISION EXAMINATIONS | 2 | 3 | 5 | 0 | | | | | |
| SUPERVISION MIDWEST REGION | 84 | 8 | 92 | 0 | | | | | |
| SUPERVISION NORTHEAST REGION | 89 | 2 | 91 | 0 | | | | | |
| SUPERVISION SOUTHEAST REGION | 96 | 3 | 99 | 0 | | | | | |
| SUPERVISION WEST REGION | 79 | 9 | 88 | 0 | | | | | |
| **UNALLOCATED HEADCOUNT** | | 13 | 13 | 0 | 0 | 13 | #DIV/0! | 13 | 100% |
| Positions Pending Approval | | 13 | 13 | | | | | 0 | |
| **Grand Total** | 1618 | 223 | 1841 | 208 | (1410) | 223 | -87% | 1633 | 89% |
| | | | | | Cross Check | 0 | | | |

Exhibit 20



ND  **DiPalma, Nikki (CFPB)**   Chat   Shared   ⊞

Still trying to create the registers

DiPalma, Nikki (CFPB)  Thursday 3:56 AM
ND  idk im just worried about everyone

do you know if they got voughts signature on the letter?

Thursday 3:57 AM
No clue. Wasn't in that convo

DiPalma, Nikki (CFPB)  Thursday 3:57 AM
ND  ok

Thursday 3:59 AM
We are trying to cram. The file wasn't broken down and was missing people

Trying for 6am

DiPalma, Nikki (CFPB)  Thursday 4:00 AM
ND  we dont want to send out until ive had a chance to meet with ohc at 8

Thursday 4:00 AM
No no

ND  **DiPalma, Nikki (CFPB)**   Chat   Shared   ⊞

Press Ctrl + F to find in this chat

Thursday 4:00 AM
No no

Still 9am

DiPalma, Nikki (CFPB)  Thursday 4:00 AM
ND  oh ok

Thursday 4:00 AM
My goal is to have the names by 6 to give back to CQ/Jenn
🔥



ND  **DiPalma, Nikki (CFPB)**  Chat  Shared  ⊞

DiPalma, Nikki (CFPB)  Thursday 7:31 AM

ND  feel free to add ebenzer to our 745 with adam

i didn't know if you wanted him there

Thursday 8:15 AM

Let me know when you are done. Just wrapped first round

DiPalma, Nikki (CFPB)  Thursday 8:18 AM

ND  free

DiPalma, Nikki (CFPB)  Thursday 8:25 AM

ND  let me know when i can bring you into the call with adam

Thursday 8:26 AM

Ready

DiPalma, Nikki (CFPB)  Thursday 9:00 AM

ND  jenn is waiting for the list

Thursday 9:00 AM

Sent

DiPalma, Nikki (CFPB) is out of office and may not respond                    ✕

Type a message

---

ND  **DiPalma, Nikki (CFPB)**  Chat  Shared  ⊞

DiPalma, Nikki (CFPB)  Thursday 9:08 AM

ND  on call with jenn and gavin

Thursday 9:08 AM

Yesterday I think you said you wanted me to have Harsh queue up a timesheet reminder?

Just want to go over when you have time

DiPalma, Nikki (CFPB)  Thursday 9:11 AM

ND  call me back when you can

Thursday 9:36 AM

We didn't talk about the timesheets. Send out a notice today or just process ourselves?

DiPalma, Nikki (CFPB)  Thursday 9:36 AM

ND  let me ask adam

Thursday 9:36 AM

I can wait until like noon if you want notices to start to circulate first. I would say validate and certify by COB

DiPalma, Nikki (CFPB)  Thursday 9:37 AM

ND  Martinez, Adam (CFPB)  9:37 AM

DiPalma, Nikki (CFPB) is out of office and may not respond                    ✕

Type a message



DiPalma, Nikki (CFPB)    Chat  Shared

DiPalma, Nikki (CFPB)  Thursday 9:37 AM

Martinez, Adam (CFPB)  9:37 AM
process ourselves if we can at this point.  it will limit the amount of other notices that need to go out

---

DiPalma, Nikki (CFPB)    Chat  Shared

DiPalma, Nikki (CFPB)  Thursday 11:22 AM
we are having issues with sending the files

adam is having a nervous breakdown

Thursday 11:33 AM
Oh no. Need anything?

DiPalma, Nikki (CFPB)  Thursday 11:33 AM
it's awful, adam is yelling at me because gavin is yelling at him...

Thursday 11:34 AM
I'm sorry. Can I help?

DiPalma, Nikki (CFPB)  Thursday 11:34 AM
i don't think so, it's power automate

i told adam to just have gavin take it over since he is so unhappy with the team

Thursday 11:35 AM
He isn't troubleshooting it?

DiPalma, Nikki (CFPB)  Thursday 11:36 AM

DiPalma, Nikki (CFPB) is out of office and may not respond                    ✕

Type a message



**DiPalma, Nikki (CFPB)**   Chat   Shared   ⊞

he isn't troubleshooting it!

DiPalma, Nikki (CFPB) Thursday 11:36 AM

no, just sitting in the background

i just told adam to have gavin take it over, but he just left the call

Thursday 11:39 AM
I'm on standby. Not that I know that tool

DiPalma, Nikki (CFPB) Thursday 11:39 AM

yeah, adam was yelling at me why rob used that tool...i told him he was being unreasonable

DiPalma, Nikki (CFPB) Thursday 12:11 PM

we are not getting anywhere, gavin is trying to rebuild a new power automate

Thursday 12:11 PM
oh boy.

Need anything from me?

DiPalma, Nikki (CFPB) Thursday 12:12 PM

not unless you are a secret power automate pro and haven't shared that with me!

Thursday 12:14 PM

DiPalma, Nikki (CFPB) is out of office and may not respond    ✕

Type a message

---

**DiPalma, Nikki (CFPB)**   Chat   Shared   ⊞

not unless you are a secret power automate pro and haven't shared that with me!

Thursday 12:14 PM
Not at all

I'd probably just start sending them one by one

So clearly not the expert 😜

CFPB_02055



DiPalma, Nikki (CFPB)   Chat   Shared

DiPalma, Nikki (CFPB)   Thursday 1:16 PM
we think it's ok, it was the headers on the file

Thursday 1:30 PM
ahhh

DiPalma, Nikki (CFPB)   Thursday 1:31 PM
still testing though

DiPalma, Nikki (CFPB)   Thursday 1:58 PM
first batch of letters have been sent

Thursday 1:58 PM
feel releived at all?

DiPalma, Nikki (CFPB)   Thursday 1:59 PM
relieved for the team, but sick to my stomach

Thursday 2:01 PM
I know

DiPalma, Nikki (CFPB)   Chat   Shared

I know

DiPalma, Nikki (CFPB)   Thursday 2:12 PM
can you please update the ohc stay list and add patty, gordon and ryan and sent it back out to me and adam ASAP?

i'm still on with the team

Thursday 2:12 PM
Will do

DiPalma, Nikki (CFPB)   Thursday 2:12 PM
ty

DiPalma, Nikki (CFPB)   Thursday 2:22 PM

Last read

Martinez, Adam (CFPB)   2:21 PM
mark was asking me why it was 200 and not 207.  We talked about that this
morning but don't remember who was missing

do you recall?

Thursday 2:22 PM
Some of the designated positions were DRPs

DiPalma, Nikki (CFPB) is out of office and may not respond   ✕

Type a message



**DiPalma, Nikki (CFPB)**   Chat   Shared   +

Thursday 2:22 PM

Some of the designated positions were DRPs

That was the big issue. So we got to 201 (202 with Julia), from 207. I asked about making subs but there wasn't time

DiPalma, Nikki (CFPB) Thursday 2:24 PM

Martinez, Adam (CFPB) 2:23 PM

can you ask rol and ebe pull the seven missing names or positions

Thursday 2:24 PM

We need to do a full 100% review to precisely determine. Our schedule didn't permit a second review after the first

Let me see what notes I can pull

DiPalma, Nikki (CFPB) Thursday 2:34 PM

Martinez, Adam (CFPB) 2:34 PM

Can you have roland pull a spreadsheet of the 207 employees we are retaining by division/office/name/title

Martinez, Adam (CFPB) 2:34 PM

DiPalma, Nikki (CFPB) is out of office and may not respond                               ×

Type a message

---

**DiPalma, Nikki (CFPB)**   Chat   Shared   +

Martinez, Adam (CFPB) 2:34 PM

so it matches the approved pivot table

Thursday 2:58 PM

I'm working

1, Assistant Director, Service Members: Has taken a DRP

1, Assistant Director, Mortgage Markets: Has taken a DRP

1, LITIGATION, Counsel CN-60: Identified target of 2 but only 1 employee was in register. Would have to investigate further.

1, LITIGATION, Counsel CN-7: Identified target of 8 but only 7 employees were in register. Would have to investigate further.

1, HMDA Program Manager; Has taken DRP

This is my quick flag of people who dropped. Again we would need to do a full 100% review

DiPalma, Nikki (CFPB) is out of office and may not respond                               ×

Type a message



**DiPalma, Nikki (CFPB)**    Chat   Shared   ⊞

This is my quick flag of people who dropped. Again we would need to do a full 100% review

If they were missing was it because it wasn't on the report that Tosin sent us, etc.

**DiPalma, Nikki (CFPB)**    Chat   Shared   ⊞

Thursday 4:51 PM

On the phone?

DiPalma, Nikki (CFPB)  Thursday 4:51 PM

yes

Thursday 4:52 PM

Ok, I have some questions on that list

DiPalma, Nikki (CFPB)  Thursday 4:52 PM

i will call you in a minute

Thursday 5:49 PM

Is the admin leave now effective Monday? Since the access is to tomorrow?

DiPalma, Nikki (CFPB)  Thursday 5:59 PM

I sent to Adam

I'll let you know as soon as I hear back

**DiPalma, Nikki (CFPB)**    Chat   Shared   ⊞

Friday 12:32 PM

I'm going to wait on any timekeeping instructions until you hear from Adam

I don't want to send an All Hands out prematurely

Exhibit 21

| From: | Martinez, Adam (CFPB) |
|---|---|
| To: | Jeremy Lewin |
| Cc: | Kliger, Gavin (CFPB); Lewin, Jeremy |
| Subject: | RE: Specific Notice of RIF Template |
| Date: | Saturday, April 12, 2025 4:32:00 PM |
| Attachments: | List of Employees 2025-02-14 FINAL 7PM.xlsx |
| | Documents - Notices.msg |

Hi Jeremy.  Received.

Attached is the master and final list with all of the fields needed for the template.  This is the list that coincides with the competitive areas (attached) approved by OPM and would have been used on 2/14.

I may need some direction on the probationary employees.  All have been reinstated based on the Maryland case that's with the Richmond Court of appeals.  The 43 reinstated based on the DC Court of Appeals were the term/Not-to-Exceed employees that were not on probation.

Hope this makes sense.  I'm touching base now with my PowerBI person.

Adam


Adam Martinez
Chief Operating Officer

---

**From:** Jeremy Lewin <jlewin@usaid.gov>
**Sent:** Saturday, April 12, 2025 4:08 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Cc:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Subject:** Specific Notice of RIF Template

Adam,

Please find attached an updated RIF letter template for tomorrow's planned personnel actions. Let me know of any questions or concerns.

We will need to pull the requisite information to accurately fill in this information for the employees in the competitive areas approved by OPM, and mail merge with the required Title 5 supporting information packet (which we have as a consolidated single PDF).

Once we have the full roster, Director Vought's team and I will conduct an individualized assessment to, consistent with the DC Circuit's stay, ensure that only non-statutory positions

are affected.

In addition, what is the status of the probationary employees?

Thank you,
Jeremy

Sensitive But Unclassified (SBU)

Exhibit 22

| | |
|---|---|
| **From:** | Dorfman, Victoria (Detailee) |
| **To:** | Paoletta, Mark (CFPB); Shapiro, Daniel (CFPB) |
| **Subject:** | One more from Adam -- stat positions and functions at high level |
| **Date:** | Sunday, April 13, 2025 4:54:07 PM |
| **Attachments:** | 1. Transition Briefing Materialsv2 -01.13.24.pdf |

---

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Sunday, April 13, 2025 4:17 PM
**To:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** Additional Info

This has the references to the specific statutory positions and functions at a high level.

Adam Martinez
Chief Operating Officer

Exhibit 23

| | |
|---|---|
| **From:** | Chilbert, Christopher (CFPB) |
| **To:** | Martinez, Adam (CFPB) |
| **Subject:** | RE: access control |
| **Date:** | Thursday, April 17, 2025 3:31:25 PM |
| **Attachments:** | image001.png |

Will do, and I forgot to include Miguel Ventura-Reyes below. He manages our IT inventory – laptops, etc.

Chris Chilbert
(202) 435-9880

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Thursday, April 17, 2025 3:13 PM
**To:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Subject:** RE: access control

Understood and I do not disagree. We will really need to spend the next week figuring out a path forward. All Ops components are going to need major adjustments to the way we do business and what we are able to deliver.

Please make sure that these names do not lose access tomorrow night. Thank you.

Adam Martinez
Chief Operating Officer

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Sent:** Thursday, April 17, 2025 2:55 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Subject:** FW: access control

Adam – per my chat, I don't think we can keep operating even for 60-days without keeping many of these folks. This is my quick pass. I may come up with others:

- Joe Gilchrist- identity management/ Microsoft. We may be locked out of everything without him
- Jess Schaefer – web posting
- Paul Izzett – legal tech team lead. Supports all ongoing litigation
- Ashley Adair – manages IT help desk
- Ali Sadeghi – manages T&I network
- Ray Mosher – data engineer. Supports part of critical infrastructure that supports CR and legal document exchanges
- Peter Wilson – manages T&I contract team. We'll need at least him to ensure we can wind down contracts.
- **Adnan Ehsan – manages the Microsoft platform. We cannot keep Microsoft up without him.**

- Bill Bird – manages the ServiceNow platform. Needed to support offboarding.
- Danny Pham – manages the Salesforce platform and contract. Cannot support CR without him.
- Vivvienne Gilmore – manages AWS contract which hosts the website and other applications.
- Jeffrey Sutorous – manages legal technology with Paul Izzett
- Miklane Chang – manages Sailpoint, part of identity management infrastructure.
- Mark West – manages Microsoft laptops
- Steve Shane – manages Apple environment
- Chuck Sebian-Lander – manages website content management system
- Shannon Sutorous – helps manage legal technology
- Pratana Harris – data engineer. Required to support any remaining data infrastructure
- Lamin Fatty – helps maintain AWS infrastructure security.
- Keith Ryder – manages critical IT infrastructure. Parts fo cloud and on prem cannot be maintained without him

Chris Chilbert
(202) 435-9880

---

**From:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>
**Sent:** Thursday, April 17, 2025 2:19 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>; McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>; Michalosky, Martin (CFPB) <Martin.Michalosky@cfpb.gov>; Benning, Len (CFPB) <Lenny.Benning@cfpb.gov>; Nguyen, Hoan (CFPB) <Hoan.Nguyen@cfpb.gov>
**Cc:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Strong, Liza (CFPB) <Liza.Strong@cfpb.gov>; Jacob, Roland (CFPB) <Roland.Jacob@cfpb.gov>
**Subject:** RE: access control

Good afternoon-

Attached are the two lists Adam referred to in his email below.

Best,

**Nikki L. DiPalma**
**Senior Director, Employee Services**
**Office of Human Capital**
**Office: (202) 435-7396 | Mobile: (202) 374-6887**


Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete

the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Thursday, April 17, 2025 2:07 PM
**To:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>; McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>; Michalosky, Martin (CFPB) <Martin.Michalosky@cfpb.gov>; Benning, Len (CFPB) <Lenny.Benning@cfpb.gov>; Nguyen, Hoan (CFPB) <Hoan.Nguyen@cfpb.gov>
**Cc:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Strong, Liza (CFPB) <Liza.Strong@cfpb.gov>
**Subject:** access control

Team –

The Bureau is in the process of issuing RIF notices to identified employees. As soon as HC is able, they will provide you a list of names whose access should be disconnected at 6:00 pm EST tomorrow, April 18, 2025.

There will be a list of several OHC employees who will be RIF and must retain their IT and PIV IT access in order for them to process all of this.

Since the building is closed, the most important action needed is to disconnect IT access for tomorrow night.

Nikki, Liza, or I will provide you the list asap. Thank you.

Adam

Adam Martinez
Chief Operating Officer

CFPB_02314

Exhibit 24

| | |
|---|---|
| **From:** | DiPalma, Nikki (CFPB) |
| **To:** | Jacob, Roland (CFPB); Wilmore-Washington, Felicia (CFPB); Strong, Liza (CFPB) |
| **Subject:** | RE: Request for Information for FOIA-CFPB-2025-0724-F Due Date: 4/18/2025 |
| **Date:** | Wednesday, April 16, 2025 8:20:00 AM |
| **Attachments:** | image001.png |

That is correct, we have no approved RIF or regorg plans at this time. Thanks.

Best,

**Nikki L. DiPalma**
**Senior Director, Employee Services**
**Office of Human Capital**
**Office: (202) 435-7396 | Mobile: (202) 374-6887**



Consumer Financial Protection Bureau
consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Jacob, Roland (CFPB) <Roland.Jacob@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 8:19 AM
**To:** Wilmore-Washington, Felicia (CFPB) <Felicia.Royster@cfpb.gov>; DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Strong, Liza (CFPB) <Liza.Strong@cfpb.gov>
**Subject:** RE: Request for Information for FOIA-CFPB-2025-0724-F Due Date: 4/18/2025

I will let Nikki confirm but I don't think the Bureau has any records to the effect of the request and the timeline of it.

V/R

Roland Jacob
Human Capital Operations Manager
Systems and Operations | Office of Human Capital
Office: (202) 435-9625 | Mobile: (202) 573-3701

Consumer Financial Protection Bureau
consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Wilmore-Washington, Felicia (CFPB) <Felicia.Royster@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 8:08 AM
**To:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Strong, Liza (CFPB) <Liza.Strong@cfpb.gov>

**Cc:** Jacob, Roland (CFPB) <Roland.Jacob@cfpb.gov>
**Subject:** FW: Request for Information for FOIA-CFPB-2025-0724-F Due Date: 4/18/2025

Good morning, Nikki//Liza per Monica's response below can you please review the following FOIA request and advise if you have any of the requested:

*All approved Agency RIF and Reorganization Plans ("ARRPs") plans, or records reflecting such approved plans, following your agency's submission of ARRPs to OMB and OPM for approval as required by OMB Director Vought and OPM Acting Director Ezell's February 26, 2025 memorandum titled "Guidance on Agency RIF and Reorganization Plans Requested by Implementing The President's 'Department of Government Efficiency' Workforce Optimization Initiative". Please provide all records from February 1, 2025, through [April 3, 2025].*

Thank you!

Felicia Wilmore-Washington
HC Systems Consultant
HR Data Insights and Solutions | Office of Human Capital
Office: (202) 435-7193 | Mobile: (202) 294-1177

Consumer Financial Protection Bureau
consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Cain, Monica (CFPB) <Monica.Cain@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 8:01 AM
**To:** CFPB_HCInfoRequests <CFPB_HCInfoRequests@cfpb.gov>; Guzman Evans, Patty (CFPB) <Ana.GuzmanEvans@cfpb.gov>
**Cc:** Jacob, Roland (CFPB) <Roland.Jacob@cfpb.gov>; CFPB_HCInfoRequests <CFPB_HCInfoRequests@cfpb.gov>; Wilmore-Washington, Felicia (CFPB) <Felicia.Royster@cfpb.gov>
**Subject:** Re: Request for Information for FOIA-CFPB-2025-0724-F Due Date: 4/18/2025

TAS does not have anything related to this.  You should send this to Nikki, Liza and Rebecca, maybe Roland?

Monica R. Cain
Talent Acquisition and Staffing Director
Office of Human Capital

**From:** CFPB_HCInfoRequests <CFPB_HCInfoRequests@cfpb.gov>

Exhibit 25



**ND** **DiPalma, Nikki (CFPB)**   Chat   Shared   ⊞                              📞 ⌄   👥   ···      ⊞

DiPalma, Nikki (CFPB)  Tuesday 10:11 AM
**ND**  i am going to be reaching out to you very soon, things are moving really fast and i need to update you

DiPalma, Nikki (CFPB)  Tuesday 10:20 AM
**ND**  can you plesae have ebenzer look at the sample rif letters that elizabeth sent yesterday, we need to prepare

Tuesday 10:21 AM
Just asked him to

DiPalma, Nikki (CFPB)  Tuesday 10:22 AM
**ND**  ok, thanks

Tuesday 10:22 AM
Did you or Adam ever share the version you were using over the weekend? I think OPM asked to see that

DiPalma, Nikki (CFPB)  Tuesday 10:22 AM
**ND**  as soon as i get off the call i will have to reach out to jen on the register

yes

👍

they want to move quickly, in the next 24-48 hours

DiPalma, Nikki (CFPB) is out of office and may not respond                              ✕

Type a message                                              ⅍  ☺  ▣  +   ▷

**ND** **DiPalma, Nikki (CFPB)**   Chat   Shared   ⊞                              📞 ⌄   👥   ···      ⊞

Tuesday 10:55 AM
What is the number?

👍 ❤️ 😊 😲 🙂 ↩ ···
**ND**  there will be 485 employees left

DiPalma, Nikki (CFPB)  Tuesday 11:08 AM
**ND**  we are totally going to have to rely on ebenzer

Exhibit 26



Find

Ent

DiPalma, Nikki (CFPB)  Monday 12:25 PM

**ND** staff list for CRE.  names, titles, CN, division, office, unit, can you please run this for adam?

or assign it to someone else?

Monday 12:26 PM

Yes, I can

DiPalma, Nikki (CFPB)  Monday 12:26 PM

**ND** ty

Monday 12:26 PM

He needs it as of Curr PP?

DiPalma, Nikki (CFPB)  Monday 12:26 PM

**ND** just send to adam and copy me

yes, i would think so

👍

Monday 12:34 PM

I don't know what CRE is. I only know what consumer response is. Is that what you are talking about?

DiPalma, Nikki (CFPB)  Monday 12:36 PM

**ND** consumer response and education

Type a message

Confidential - Subject to Protective Order

Exhibit 27

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | Paoletta, Mark (Detailee); Shapiro, Daniel (Detailee) |
| **Cc:** | Dorfman, Victoria (Detailee) |
| **Subject:** | Review |
| **Date:** | Monday, April 14, 2025 11:42:46 AM |
| **Attachments:** | OPS Scenario Planning updated 02142025.xlsx |
| | Position-Headcount Recap PP4 FY25.xlsx |
| | FY25 Divisional Org Chart Current as of 03312025.pptx |
| | FY24 WFP V2 updated 03312025.pptx |
| | High Level Org Chart - Updated 3.26.docx |

Mark and Daniel –

Thank you for your support yesterday and getting us all on the same page. I wanted to update you on a couple of items.

- My team will be meeting with OPM this afternoon to discuss the retention registry and any data updates that may be needed so we have all of our ducks in a row. We have an agreement with OPM for support on this and will ensure to work with Gavin on the development.
- I met with a couple of my core HR team members to start strategizing on the ARRP and explained our approach of ensuring good faith in the court's guidance from Friday. I outlined a high-level approach, and my team will 1) develop recommendations for the Acting Director for the ARRP, and 2) outline the steps needed this week.
- The high-level approach I'm using is going back to FY 2012 as a baseline. We will use this data and then compare it to FY 2025. I went through old CFPB financial and performance reports that are publicly available to get some historical perspective.
- My goal is to provide you with recommendations on percentages and/or numbers to help you determine the rightsizing of the Bureau. It would be ideal to use FY 20212 as the baseline which allowed for the Bureau to meet the reasonable statutory needs at that time. The mission did not change, just the Director's priorities over the years. I'm working with my team now to pull number together for those recommendations.
- When we developed the competitive areas in early February, we did not include Ops, Legal, or CRE. Ops is overall complicated because our division will require bump and retreat implementation and was intended to be part of a Phase II approach. Nonetheless, I had my Ops leads identify essential staff and we pulled what a Phase II could look like. Attached is the 2/14/2025 OPS Scenario Planning document that would take OPS from 361 approved positions in FY 2025 down to approximately 156 positions. Since we have the information already available, we can now include OPS as we will build out the register.
- I've attached three documents per our conversation. 1) The Position Headcount was pulled on 3/31/2025 and is broken down by Division/Office; 2) the current FY25 Divisional Org Chart as of 3/31/2025; and 3) the FY24 Workforce Plan overview with some helpful info.
- Also attached is an org chart that includes offices.

My team will continue to update all of the data attached as some of the data is lagging based on when the data was pulled. My team is also pulling a report that shows Divisions by Office and Units so you can see the components attached.

|  | FY 2012 | FY 2013 | FY 2014 |
|---|---|---|---|
| Office of the Director | 17 | 27 | 27 |
| Operations | 120 | 226 | 272 |
| Consumer Response | 94 | 134 | 190 |
| Consumer Education and Engagement | 41 | 61 | 69 |
| Research, Markets, and Regulations | 79 | 114 | 140 |
| Supervision, Enforcement, and Fair Lending | 422 | 563 | 731 |
| Legal | 39 | 52 | 64 |
| External Affairs | 19 | 33 | 45 |
| Other Programs | -- | 4 | 7 |
| Totals | 831 | 1,214 | 1,545 |

FULL-TIME EQUIVALENT (FTE)[6] BY PROGRAM

| Division or Office | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| Office of the Director | 98 | 105 | 109 |
| Operations | 302 | 323 | 335 |
| Consumer Response and Education | 0 | 142 | 144 |
| Consumer Education and External Affairs | 196 | 0 | 0 |
| Research, Monitoring, and Regulations | 236 | 257 | 262 |
| Supervision, Enforcement, and Fair Lending | 718 | 765 | 808 |
| Legal | 81 | 90 | 95 |
| External Affairs | 0 | 53 | 54 |
| Other Programs | 27 | 33 | 39 |
| Centralized Services[7] | 5 | 9 | 8 |
| Total | 1,662 | 1,778 | 1,854 |

Adam Martinez
Chief Operating Officer

CFPB_00672

Exhibit 28



Confidential - Subject to Protective Order

# Exhibit 29



Ajayi, Tosin (CFPB)  Tuesday 10:04 AM

Hi

I have seen performance ratings in SSRS

Let me check

Tuesday 10:05 AM

The tracker has the reinstated dates. It says the first batch of people (probationary) were reinstate on 3/16. The second batch were reinstated on 3/29

The second batch is the 43 people in the second spreadsheet I sent to you

Ajayi, Tosin (CFPB)  Tuesday 10:06 AM

Got it, thanks

Maybe I was wrong. Ratings data are typically provided by the Performance team or pulled via Data Insights. I don't think it's kept in SQL and if it is, it's not loaded on a particular cadence. It may be loaded as needed.

Ajayi, Tosin (CFPB)  Tuesday 10:16 AM

I found this in Data Insight Performance History - SQL Server Reporting Services



👤 **Ajayi, Tosin (CFPB)**  Chat  Shared  ⊞

Tuesday 12:24 PM

Notifications Tracker.xlsx

📊 Notifications Tracker.xlsx
hc > Shared_Tracking_TAS_ER_SysOps

Ajayi, Tosin (CFPB)  Tuesday 2:36 PM

I am back 👍 💗 👍 😊 ↩ ···

Am I supposed to be in a meeting?

Tuesday 2:37 PM

DO you hear me inviting you

Wednesday

Wednesday 9:59 PM

hi

Ajayi, Tosin (CFPB)  Wednesday 9:59 PM

Hey Caroline, I think I am done with the grouping exercise. I am just waiting on the final copy. I do have two outstanding questions. 1) I am still not sure if pay band/grade ordering within the comp code grouping matters. Anyway, it's an easy fix if order needs to be changed.
2) I know I need two tabs, one for Excepted and one for Competitive which is easy to filter out. However, right now, I am using a filter to differentiate between the two groups rather than two separate tabs. I wonder if that would be sufficient?

Wednesday 9:59 PM

call Ebenzer. Ask him



**Ajayi, Tosin (CFPB)**  Chat  Shared  ⊞

Thursday 12:09 AM

Can I make edits or should I wait til you are done?

Ajayi, Tosin (CFPB)  Thursday 12:10 AM

Go ahead

Thursday 1:34 AM

If Ebenzer's ask is too much let me know

I don't know why he can't filter what he needs

Ajayi, Tosin (CFPB)  Thursday 1:44 AM

They are asking for grouping that's way more manual. I think they should be the one to do this since they are subject matter experts

Thursday 1:46 AM

I am glad to tell them we can only do what we can program. Otherwise it is manual and they can do it as well as we can

Ajayi, Tosin (CFPB)  Thursday 10:28 AM

TEST RIF NOTICES.xlsx

📊 TEST RIF NOTICES.xlsx
hc > Shared_Tracking_TAS_ER_SysOps  ⊖⊕  ⋯

2nd tab



**Ajayi, Tosin (CFPB)**  Chat  Shared  ⊞

Ajayi, Tosin (CFPB)  Thursday 2:37 PM

Thank you!

Thursday 4:09 PM

Are you available to run the flow if Gavin can't get a premium license?

Ajayi, Tosin (CFPB)  Thursday 4:12 PM

Yea sure

Thursday 4:19 PM

Gavin got his license

Ajayi, Tosin (CFPB)  Thursday 4:19 PM

Oh, good

Ajayi, Tosin (CFPB)  Thursday 4:56 PM

I have a question. What about people that will not have access to their work mail until Monday or next week based on travels and we don't have a personal email address for them. How will they receive the notice?

The mail notification tracker will indicate processed despite the employee not having the chance to open the document.

Thursday 5:02 PM

Many people have asked that question. No one making decisions really cares

It makes me sad

Ajayi, Tosin (CFPB)  Thursday 5:07 PM

I agree. Very sad. It's surreal even though we knew it was coming.

Exhibit 30



① 4/14/25 - Download from NB - Events over the weekend

DOGE · (Later found out DOGE was working w/ Vought)

Asked for [ List of 2/14 RIF minus DRP, reassign, retire
[ evaluation - 3 people @ White House
[ of position being done by]

Power BI access on Sat/Sun
Doge given - not given - given back

Doge & things meet

Rif plan going

Adam now wants to recommend return to 2012 levels
re. Reta Enf / Sup.
422 in 2012 - cut by 50%

H. [ Cont in Ops - Return to "Essentials"
Events Planning      analysis
= CDO - some Vs underway
= Adam Ed

What's Next
Roland mtg w/ OPM
OPM - competitive
areas / levels
Nationwide          } ABV
EOPFs Review WOM
POFS / 1 week

Ehrenor - last dg
bns mtd.

CFPB_03029



(2)

9/19 w/ AM → Next Steps w/ RIF

Nikki, Roland, Liza, Eskenazi, Caroline, Gene Thompson, (me)

Director wants changes now & pulled no xfer funds again

- Circuit Court gave relief on appeal -

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(A) - Retention register - need ret preference & current service data

Review SCD dates for RIF

- What % of reduction makes sense -

What groups are not in optimal -

Specific positions/numbers in competitive areas to go to OPM first

new Request 30 or 60 day

(1) Me: Perf plans / Budget Plans

Approved Positions (not onboard)

2012   831 positions in 2012
use this

2012

Identify positions & programs

(2) List

remove Vacancies
remove DRP, retirement, resignation
What's left in onboard & vacancies

- CRE
- RMR

(re) Opr Essential Planning

- Close to Supporting 800-900 employees

(3) Turn memos for OPM w/ competitive levels

will hold his Opr tends to what they said

RTO plan to OPM approved by Treasury

Same day DOGE chimed in - HQ, Tied Office, Examine

5 PM Notate

- 3 options avail for DC office



③

Tag up

4/15/2024  Adam / ND - verbally vi Fear    → ① Update secure
Numbers to keep in Office                    ② Build exception
                                                list (position)
                                                Adam w/ Leader

CS - ∅

CRG - 8S - doc from Chris J staff Ano

DIR - 11    1 in LA
                policy
                crisis / oce      Now
            EA5 ) 1 per    OF IEG
                office      0 mail
                            Dep
                        Sr App Director

ENF - 7S    - want to keep paralegals

LEG - 40

OPS - 125

OTHER  OmB - 1

RMR - 68    (downturn Population)

SNP - 75

485 to keep
1133 to RIF
223 Vacancies
    to close

70% of onboard
74% of
position
plan

DRP's will
be excluded
(perhaps since Mil / Mil Spse)



④

4/15/25 4:08pm — Further revised numbers

Adam shared

Competitive Areas & Register will be easier

∅ because numbers even lower now

∅ CRC — 22
Supervisors — 50        1 FO, 5 in Sup ldrsp, 1 Sup Exam, 4 Sevesini Cobb
RMR — 22 > ∅       C4 I=9 Josh Brown, 1 Attorney McKee Cole > 3-9 cobb

Other — 1
Legal — 27           Adam has meeting notes
EA — 2                  & can ID some
ENF — 50                    positions noted
DIR — 5                      to retain
OPS — 30
—————
209                    BUT

- Someone stills needs to ID the positions being retained / those being released via RIF

⑤ 4/16/25 Final Counts from AMA (via his discussions w/ Paoletta - and Vought?)

| Division | Retain | Release | % Cut | PP6 FY25 Onboard |
|---|---|---|---|---|
| Centralized Services | Ø | 5 | 100% | 5 |
| Consumer Response & Education | 20 | 129 | 87% | 149 |
| Director's Division | 5 | 81 | 94% | 88 |
| Enforcement | 50 | 198 | 80% | 248 |
| Division of Supervision | 50 | 437 | 90% | 487 |
| External Affairs | 2 | 39 | 95% | 41 |
| Operations | 30 | 293 | 91% | 323 |
| Other Programs | 1 | 33 | 97% | 34 |
| Research, monitoring & Regs | 22 | 208 | 90% | 230 |
| Totals | 207 | 1483 | 88% | 1690 |

Plus 1 Director



⑤

4/16/25 given

Add colums to fix pivots

30 in Ops!

Need
CAO
- 2 facilies, h/s, scurty — combined postn's
④   1 FOIA Analyst
     1 Records Analyst

CDO - ∅
-  C10 moved brfr C10/CDO
14   1 C1O/CDO
     4 D & O
     3 Impact
     2 Cyber/Privacy
     1 Cloud
     1 Ent. Sol
     1 HMOA
     1 Lit: Support

⑤   OFP
     1 CFO/CPO Dual
     1 Civil Rights
     1 Contract Spec
     1 Plan/Budget
     1 Fin/Perf. Analyst

④  DHC
     1 Sup
     1 ELK Spec
     1 Rcmpts/Comp/Retra
     1 Policy
     1 AR Bt doing
         everythg else

Will have to do use
BFS for ARC
for services
Post-RIF
& USA Performance

useless.

CFPB_03034



Expressed 4/16/25

CFPB_03035

Exhibit 31

| From: | DiPalma, Nikki (CFPB) |
|---|---|
| To: | Strong, Liza (CFPB) |
| Subject: | Bureau Wide Reduction Scenario - 04152025 1128am.xlsx |
| Date: | Tuesday, April 15, 2025 11:18:38 AM |
| Attachments: | Bureau Wide Reduction Scenario - 04152025 1128am.xlsx |

**Confidential - Subject to Protective Order**

Exhibit 32

| | |
|---|---|
| **From:** | DiPalma, Nikki (CFPB) |
| **To:** | Strong, Liza (CFPB) |
| **Subject:** | FW: Requested Lists |
| **Date:** | Monday, April 14, 2025 8:19:51 AM |
| **Attachments:** | reinstated list 4-12-25.xlsx |
| | CUI—Compliance Sep... 4-5-2025.xlsx |
| | image001.png |

CUI

FYA, this is the list that was proposed for 2/14 (minus DRP, resignations and retirements).

Best,

**Nikki L. DiPalma**
**Senior Director, Employee Services**
**Office of Human Capital**
**Office: (202) 435-7396 | Mobile: (202) 374-6887**

 cfpb Consumer Financial Protection Bureau

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>
**Sent:** Sunday, April 13, 2025 1:08 AM
**To:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Cc:** Quintarelli, Caroline (CFPB) <Caroline.Quintarelli@cfpb.gov>
**Subject:** Requested Lists

CUI

Nikki & Adam,

Attached are the two requested lists, thank you for your patience. Please let Caroline or myself know if you need clarification or updates.

Best Wishes,

# Jennifer Thompson

HC Systems Consultant
HR Data Insights and Solutions (HRDIS) | Office of Human Capital
C: (202)374-5615

**Confidential - Subject to Protective Order**

| | |
|---|---|
| **From:** | DiPalma, Nikki (CFPB) |
| **To:** | Strong, Liza (CFPB) |
| **Subject:** | FW: Requested Lists |
| **Date:** | Monday, April 14, 2025 8:19:51 AM |
| **Attachments:** | |

CUI

FYA, this is the list that was proposed for 2/14 (minus DRP, resignations and retirements).

Best,

**Nikki L. DiPalma**
**Senior Director, Employee Services**
**Office of Human Capital**
**Office: (202) 435-7396 | Mobile: (202) 374-6887**



Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>
**Sent:** Sunday, April 13, 2025 1:08 AM
**To:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Cc:** Quintarelli, Caroline (CFPB) <Caroline.Quintarelli@cfpb.gov>
**Subject:** Requested Lists

CUI

Nikki & Adam,

Attached are the two requested lists, thank you for your patience. Please let Caroline or myself know if you need clarification or updates.

Best Wishes,

**Jennifer Thompson**
HC Systems Consultant
HR Data Insights and Solutions (HRDIS) | Office of Human Capital
C: (202)374-5615

**Confidential - Subject to Protective Order**

Exhibit 33

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | DiPalma, Nikki (CFPB); Quintarelli, Caroline (CFPB); Thompson, Jennifer (CFPB); Strong, Liza (CFPB) |
| **Subject:** | Work today |
| **Date:** | Saturday, April 12, 2025 7:18:21 PM |

Hi Team –

I wanted to confirm that while we are ok with what we've done so far, we should do nothing advancing unless we hear directly from Mark P. or the Director after they have conducted their assessment.  Only Mark P. and the Director have the authority to approve any action.

Thank you.

Adam

Adam Martinez
Chief Operating Officer

Confidential - Subject to Protective Order

# Exhibit 34

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | DiPalma, Nikki (CFPB) |
| **Subject:** | FW: Request for 90 Day Comp Area Waiver and 30 Day Exception |
| **Date:** | Thursday, April 17, 2025 7:19:43 AM |

For our files.

Adam Martinez
Chief Operating Officer

---

**From:** Peters, Noah <Noah.Peters@opm.gov>
**Sent:** Wednesday, April 16, 2025 8:46 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Mahoney, Michael J <Mike.Mahoney@opm.gov>; WPIntake <WPIntake@opm.gov>; Holden, Kimberly A. <Kimberly.Holden@opm.gov>
**Cc:** Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Subject:** RE: Request for 90 Day Comp Area Waiver and 30 Day Exception


Gavin,

As discussed, the 90 day competitive area waiver is approved. A formal approval will come from WPI shortly. The request for a 30 day notice period is denied.

Best,

Noah

---

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 11:20 AM
**To:** Mahoney, Michael J <Mike.Mahoney@opm.gov>; WPIntake <WPIntake@opm.gov>; Holden, Kimberly A. <Kimberly.Holden@opm.gov>
**Cc:** Peters, Noah <Noah.Peters@opm.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Subject:** Re: Request for 90 Day Comp Area Waiver and 30 Day Exception


> Some people who received this message don't often get email from gavin.kliger@cfpb.gov. Learn why this is important

Hello Michael and Kimberly,

This review is the highest priority review for today. Please call me to discuss at 202-407-2953.

Gavin Kliger

---

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Tuesday, April 15, 2025 8:56:47 PM

**To:** Mahoney, Michael J <Mike.Mahoney@opm.gov>; wpintake@opm.gov <wpintake@opm.gov>
**Cc:** Peters, Noah <Noah.Peters@opm.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>; Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Subject:** Request for 90 Day Comp Area Waiver and 30 Day Exception

Good evening, Michael –

Attached is a new request for the Consumer Financial Protection Bureau.  The February 2025 approved plan was not implemented.

**<u>Attached</u>**
CFPB 90-day Competitive Area Waiver
High Level Org Chart
CFPB Request for an Exception to the 60 Day RIF Notification Period

Thank you for your review and approval.

Adam

Adam Martinez
Chief Operating Officer
Consumer Financial Protection Bureau

Exhibit 35

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | DiPalma, Nikki (CFPB) |
| **Subject:** | FW: Review |
| **Date:** | Monday, April 14, 2025 12:13:50 PM |
| **Attachments:** | OPS Scenario Planning updated 02142025.xlsx |
| | Position-Headcount Recap PP4 FY25.xlsx |
| | FY25 Divisional Org Chart Current as of 03312025.pptx |
| | FY24 WFP V2 updated 03312025.pptx |
| | High Level Org Chart - Updated 3.26.docx |

Close hold.  This should have covered most of what we discussed this morning.

**Adam Martinez**
**Chief Operating Officer**

---

**From:** Martinez, Adam (CFPB)
**Sent:** Monday, April 14, 2025 11:41 AM
**To:** Paoletta, Mark (CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (CFPB) <daniel.shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** Review

Mark and Daniel –

Thank you for your support yesterday and getting us all on the same page.  I wanted to update you on a couple of items.

- My team will be meeting with OPM this afternoon to discuss the retention registry and any data updates that may be needed so we have all of our ducks in a row.  We have an agreement with OPM for support on this and will ensure to work with Gavin on the development.
- I met with a couple of my core HR team members to start strategizing on the ARRP and explained our approach of ensuring good faith in the court's guidance from Friday.  I outlined a high-level approach, and my team will 1) develop recommendations for the Acting Director for the ARRP, and 2) outline the steps needed this week.
- The high-level approach I'm using is going back to FY 2012 as a baseline.  We will use this data and then compare it to FY 2025.  I went through old CFPB financial and performance reports that are publicly available to get some historical perspective.
- My goal is to provide you with recommendations on percentages and/or numbers to help you determine the rightsizing of the Bureau.  It would be ideal to use FY 20212 as the baseline which allowed for the Bureau to meet the reasonable statutory needs at that time.  The mission did not change, just the Director's priorities over the years.  I'm working with my team now to pull number together for those recommendations.
- When we developed the competitive areas in early February, we did not include Ops, Legal, or CRE.  Ops is overall complicated because our division will require bump and retreat implementation and was intended to be part of a Phase II approach.  Nonetheless, I had my Ops leads identify essential staff and we pulled what a Phase II could look like.  Attached is the 2/14/2025 OPS Scenario Planning document that would take OPS from 361 approved positions in FY 2025 down to approximately 156 positions.  Since we have the information already available, we can now include OPS as we will build out the register.
- I've attached three documents per our conversation.  1) The Position Headcount was pulled on 3/31/2025 and is broken down by Division/Office; 2) The current FY25 Divisional Org Chart as of 3/31/2025; and 3) the FY24 Workforce Plan overview with some helpful info.
- Also attached is an org chart that includes offices.

My team will continue to update all of the data attached as some of the data is lagging based on when the data was pulled.  My team is also pulling a report that shows Divisions by Office and Units so you

can see the components attached.

| | FY 2012 | FY 2013 | FY 2014 |
|---|---|---|---|
| Office of the Director | 17 | 27 | 27 |
| Operations | 120 | 226 | 272 |
| Consumer Response | 94 | 134 | 190 |
| Consumer Education and Engagement | 41 | 61 | 69 |
| Research, Markets, and Regulations | 79 | 114 | 140 |
| Supervision, Enforcement, and Fair Lending | 422 | 563 | 731 |
| Legal | 39 | 52 | 64 |
| External Affairs | 19 | 33 | 45 |
| Other Programs | -- | 4 | 7 |
| Totals | 831 | 1,214 | 1,545 |

**FULL-TIME EQUIVALENT (FTE)[6] BY PROGRAM**

| Division or Office | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| Office of the Director | 98 | 105 | 109 |
| Operations | 302 | 323 | 335 |
| Consumer Response and Education | 0 | 142 | 144 |
| Consumer Education and External Affairs | 196 | 0 | 0 |
| Research, Monitoring, and Regulations | 236 | 257 | 262 |
| Supervision, Enforcement, and Fair Lending | 718 | 765 | 808 |
| Legal | 81 | 90 | 95 |
| External Affairs | 0 | 53 | 54 |
| Other Programs | 27 | 33 | 39 |
| Centralized Services[7] | 5 | 9 | 8 |
| **Total** | **1,662** | **1,778** | **1,854** |

Adam Martinez
Chief Operating Officer

Exhibit 36

| From: | Martinez, Adam (CFPB) |
|---|---|
| To: | Chilbert, Christopher (CFPB) |
| Subject: | RE: CFPB RIF Work |
| Date: | Sunday, April 13, 2025 4:33:00 PM |

Thank you, Chris. I just signed the SalesPoint request as well.

Adam Martinez
Chief Operating Officer

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Sent:** Sunday, April 13, 2025 4:31 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Subject:** RE: CFPB RIF Work

Adam,
Received. We will ensure that Gavin's access is given appropriate access to what he needs to do support this action. There are over 100 roles associated with EntraID, so it's not as simple as folks seem to think it is. Jeremy doesn't need this specific access, but we'll give him access to the appropriate SharePoint folders.

Chris Chilbert
(202) 435-9880

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Sunday, April 13, 2025 3:33 PM
**To:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Subject:** FW: CFPB RIF Work

HI Chris –

I just wanted to make sure that you received this and will comply with the Director's requests for accesses to be reinstated.

Feel free to work directly with Gavin and/or Jeremy if needed. I'm working with OHC now on the HR specific accesses and items.

Adam

Adam Martinez
Chief Operating Officer

**From:** Vought, Russell (CFPB) <Russell.Vought@cfpb.gov>
**Sent:** Sunday, April 13, 2025 2:30 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Gueye, Jafnar (CFPB)
<Ngagne.Gueye@cfpb.gov>; Paoletta, Mark (CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel

(CFPB) <Daniel.Shapiro@cfpb.gov>; Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>;
ashley.s.boizelle@doge.eop.gov; steven.m.davis@doge.eop.gov; Lewin, Jeremy
<Jeremy.Lewin@cfpb.gov>; Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Chilbert, Christopher
(CFPB) <Christopher.Chilbert@cfpb.gov>
**Cc:** Bishop, James (CFPB) <James.Bishop@cfpb.gov>
**Subject:** CFPB RIF Work



Get Outlook for Mac

# Exhibit 37

| From: | McClung, Julia (CFPB) |
|---|---|
| To: | Martinez, Adam (CFPB); DiPalma, Nikki (CFPB) |
| Subject: | FW: REVISED - RE: Preliminary - Confidential - OPS Scenario Planning |
| Date: | Monday, April 14, 2025 11:31:36 AM |
| Attachments: | OPS Scenario Planning updated 02142025.xlsx |

Hello, per your request I am bringing this back to top of your mailbox; look at the retain-release tab for summary of 134 Operations positions that were deemed "essential" through wind down, and 22 more that Jafnar deemed "long term essential" after a wind down. Detail on specific positions is found in the Details tab.

Thanks, Julia

**From:** McClung, Julia (CFPB)
**Sent:** Friday, February 14, 2025 2:45 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>
**Subject:** REVISED - RE: Preliminary - Confidential - OPS Scenario Planning

Adam and Nikki, I have updated the Operations scenario to reflect inputs from Jafnar. He has clarified that 22 persons in OFP will be needed beyond a wind down (perhaps for over a year) and I have tagged those as "Essential Long Term". Same tabs as before, just a more complete view.

Happy to assist further. Just let me know.

Thanks, Julia

**From:** McClung, Julia (CFPB)
**Sent:** Thursday, February 13, 2025 5:43 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>
**Subject:** Preliminary - Confidential - OPS Scenario Planning

Adam and Nikki, I have spoken with Jafnar but not yet received his inputs. I have run the data with all other inputs; missing inputs for about 60 jobs. Please see the summary pivot, notes, and then the detail tabs. Adam, do you want to enter the notes about OHC in the notes tab; or shall I give that a shot tomorrow?

I can update again once I have OP inputs; looks like that might be tomorrow am; I will get started earlier than usual.

Happy to answer any questions.

Thanks, Julia

Exhibit 38

| | |
|---|---|
| **From:** | Thompson, Jennifer (CFPB) |
| **To:** | Ehsan, Adnan (CFPB); Gilchrist, Joseph (CFPB); McCarty, Thomas (CFPB); Weigert, Brandon (CFPB) |
| **Cc:** | DiPalma, Nikki (CFPB); Chilbert, Christopher (CFPB) |
| **Subject:** | Gavin Kliger Power Platform Access and other accesses |
| **Date:** | Sunday, April 13, 2025 11:39:22 AM |

Good morning again Team,

Thank you so much for all your help late yesterday in the heat of the moment with Gavin's elevated accesses. At this point, Adam Martinez has approved removal of Gavin's access until we determine exactly what the needs are with more specificity.

Can we please remove Gavin's:
- access to the **OPC HC – Prod** Power Automate environment
- access to CFPB_EmployeeRelations mailbox
- access to https://bcfp365.sharepoint.com/sites/hc-ler

Reach out with any questions and again your teamwork and timeliness has been TREMENDOUS!

Best Wishes,

## Jennifer Thompson

HC Systems Consultant
HR Data Insights and Solutions (HRDIS) | Office of Human Capital
C: (202)374-5615

Consumer Financial Protection Bureau
consumerfinance.gov

*Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.*

CFPB_01122

Exhibit 39

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | Thompson, Jennifer (CFPB) |
| **Cc:** | DiPalma, Nikki (CFPB); Kliger, Gavin (CFPB); Lewin, Jeremy |
| **Subject:** | Info Sharing |
| **Date:** | Sunday, April 13, 2025 3:25:27 PM |
| **Attachments:** | RE Specific Notice of RIF Template.msg |
| | CFPB Specific Notice of RIF Template Updates.docx |
| | reinstated list 4-12-25.xlsx |
| | CUI_Candidate Separation List 4-13-2025.xlsx |

Hi Jenn –

Our Acting Director has approved us providing full access to the information below.  Based on the information I provided to you yesterday, could you send the updates to the attached RIF template?  Could you 1) provide full accesses to the systems below minus HR Insights (Gavin has access) and 2) the Power BI attachments listed below.

As I understand, you have already made updates to the mail merge in Power Automate so it may make sense for Gavin to contact you or you him, walk him through all changes made so it makes it easier on him to finish it up.  You will be providing him with rights, so he has ownership.

Gavin/Jeremy – Let me know if I missed anything.  Thank you.

## System Access Approved
HR Insights – Treasury BFS/ARC has granted
Power BI
**OPS HC – Prod** Power Automate environment
CFPB_OHC_General@cfpb.gov mailbox (Use this to send the notices)
https://bcfp365.sharepoint.com/sites/hc-ler

## Files Needed
Updated RIF List (includes notes for Retirement/Resignation but excludes the DRP Employees) (attached to this email)
Employee Reinstated List (Current Status - Probationary/Trial Period/Term – Does not include Vets, Disabled Vets, MIL Spouses) (attached to this email)
RIF Template (should include the Director's Name/Title) (attached to this email)
Power BI RIF Attachments
Attachments (8) (Provide SharePoint Link with Documents)
1. Acknowledgement of Receipt
2. MSPB Appeal Information
3. OPM Retention Regulations
4. Severance Pay Estimate

5. Unemployment Insurance
6. State Workforce Programs
7. Authorization for Release of Employment Information
8. CTAP, ICTAP and Reemployment Priority List (RPL) Program Information