IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-381-ABJ |

**JOINT MOTION TO MOVE HEARING**

The Defendants have produced thousands of pages of documents in a matter of days. The volume of responsive documents meant that discovery production took longer than anticipated. The compressed timeframe to retrieve, review, and produce documents also created technical challenges. In order to allow Plaintiffs adequate time to review the large volume of materials produced to them, and both sides adequate time to prepare for the evidentiary hearing, the parties jointly request that the Court continue the hearing from Monday, April 28 to Tuesday, April 29 or Wednesday, April 30.[1]

If the Court grants this request, the parties also request that the Court allow them to docket any additional exhibits they intend to introduce or utilize during the testimony of the witnesses no later than 24 hours before the hearing.

---

[1] The parties are still ascertaining witness availability for a modified hearing date, but have determined that Mr. Paoletta is available on April 29 or 30, and the witness plaintiffs will call from a member of the RIF team is available on April 29 or potentially April 30. Defendants are still checking on the availability of Mr. Martinez and Mr. Kliger and will update the Court as soon as they have information. However, in light of the time sensitivity of the parties' request, they are filing their motion now.

1

| | |
|---|---|
| Dated: April 26, 2025 | Respectfully submitted, |
| | |
| */s/ Deepak Gupta* | YAAKOV M. ROTH |
| Deepak Gupta (DC Bar No. 495451) | Acting Assistant Attorney General |
| Robert Friedman (DC Bar No. 1046738) | Civil Division |
| Michael Skocpol (DC Bar No. 1659449) | |
| Gabriel Chess (DC Bar No. 90019245) | CHARLES E.T. ROBERTS |
| Gupta Wessler LLP | Counsel |
| 2001 K Street, NW | Civil Division |
| North Tower, Suite 850 | |
| Washington, DC 20006 | */s/ Brad P. Rosenberg* |
| (202) 888-1741 | JOSHUA E. GARDNER |
| | BRAD P. ROSENBERG (DC Bar No. 467513) |
| Jennifer D. Bennett (*pro hac vice*) | Special Counsel |
| Gupta Wessler LLP | LIAM C. HOLLAND |
| 505 Montgomery Street | Trial Attorney |
| San Francisco, CA 94111 | United States Department of Justice |
| (415) 573-0335 | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| Wendy Liu (DC Bar No. 1600942) | Washington, DC 20005 |
| Adina Rosenbaum (D.C. Bar No. 490928) | Tel: (202) 514-3374 |
| Public Citizen Litigation Group | Fax: (202) 616-8460 |
| 1600 20th Street NW | Email: brad.rosenberg@usdoj.gov |
| Washington, DC 20009 | |
| (202) 588-1000 | *Counsel for Defendants* |
| | |
| *Counsel for Plaintiffs* | |
| | |
| Julie Wilson (DC Bar No. 482946) | |
| General Counsel | |
| Paras N. Shah (DC Bar No. 983881) | |
| Deputy General Counsel | |
| Allison C. Giles (DC Bar No. 439705) | |
| Assistant Counsel | |
| National Treasury Employees Union | |
| 800 K Street, NW, Suite 1000 | |
| Washington, DC 20001 | |
| (202) 572-5500 | |
| | |
| *Counsel for Plaintiff National Treasury Employees Union* | |