IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-381-ABJ |

**NOTICE OF FILING EXHIBITS PROVISIONALLY UNDER SEAL**

The plaintiffs respectfully submit provisionally under seal the attached exhibits in response to the Court's April 21, 2025 Order directing the parties to docket exhibits they intend to utilize at the April 28, 2025 hearing. These exhibits are being filed provisionally under seal because the defendants have marked some documents confidential. The Court granted the plaintiffs' motion to file these documents provisionally under seal on April 27. The plaintiffs will file a redacted version on the public docket as soon as possible.[1]

---

[1] The plaintiffs also wish to alert the Court that the email sent by Acting Director Vought, (Ex. 9, Bates No. CFPB_01522) discussed at pages 4-5 of the reply brief was sent on April 13, rather than April 12. Acting Director Vought's involvement on Saturday, April 12, is, however, reflected in Exhibit 66 of this filing (at CFPB_3629). That Saturday at 2:35 PM, Jeremy Lewin emails Vought and Paoletta a draft email for, "[a]s discussed," a "request" to be made to "CFPB staff" to provide four DOGE members access to CFPB systems to conduct the RIF.

1

Dated: April 28, 2025                                   Respectfully submitted,

/s/ Deepak Gupta
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar No. 1046738)
Michael Skocpol (DC Bar No. 1659449)
Gabriel Chess (DC Bar No. 90019245)
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett (pro hac vice)
Gupta Wessler LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 573-0335
Wendy Liu (DC Bar No. 1600942)
Adina Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

Julie Wilson (DC Bar No. 482946)
General Counsel
Paras N. Shah (DC Bar No. 983881)
Deputy General Counsel
Allison C. Giles (DC Bar No. 439705)
Assistant Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*

2