IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>               *Plaintiffs*,<br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>               *Defendants*. | Case No. 25-cv-381-ABJ |

**NOTICE OF EXHIBITS IN RESPONSE TO THE COURT'S APRIL 21, 2025 ORDER**

The plaintiffs respectfully submit an unsealed copy of the attached exhibits filed earlier today in response to the Court's April 21, 2025 Order directing the parties to docket exhibits they intend to utilize at the April 29, 2025 hearing. The defendants have reviewed the plaintiffs' sealed filing and determined that all submitted exhibits can be filed on the public docket. The plaintiffs anticipate docketing additional exhibits tomorrow, April 29, by 9:00 AM.

Dated: April 28, 2025

Respectfully submitted,

*/s/ Deepak Gupta*
Deepak Gupta (DC Bar No. 495451)
Robert Friedman (D.C. Bar No. 1046738)
Michael Skocpol (DC Bar No. 1659449)
Gabriel Chess (DC Bar No. 90019245)
Gupta Wessler LLP
2001 K Street, NW
North Tower, Suite 850
Washington, DC 20006
(202) 888-1741

Jennifer D. Bennett (pro hac vice)
Gupta Wessler LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 573-0335
Wendy Liu (DC Bar No. 1600942)
Adina Rosenbaum (DC Bar No. 490928)

1

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

Julie Wilson (DC Bar No. 482946)
General Counsel
Paras N. Shah (DC Bar No. 983881)
Deputy General Counsel
Allison C. Giles (DC Bar No. 439705)
Assistant Counsel
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff National Treasury Employees Union*