# EXHIBIT 40

**From:**      Martinez, Adam (CFPB)
**Sent:**      Friday, February 14, 2025 12:38 PM
**To:**
**Subject:**   FW: Status

FYSA

Adam Martinez
Chief Operating Officer

From: Martinez, Adam (CFPB)
Sent: Friday, February 14, 2025 12:34 PM
To: Young, Christopher (CFPB)                          Lewin, Jeremy                    Wick, Jordon
(CFPB)
Cc: Paoletta, Mark (CFPB)                        Shapiro, Daniel
Subject: Status

Good afternoon –

My team and I had a productive conversation with OPM this morning to work out any identified risks
and answer follow-up questions regarding today's actions and notifications to staff. OPM shared that
typically during the 30-day notice, employees work during this time to transfer any duties. Mark P.
just happened to call me, and I was able to ask for clarification and expectations for the first phase of
notifications.

We are going to place all staff on administrative leave for the 30-day notice period. This will provide
the flexibility for our new leadership team to call back staff to fulfill closeout duties such as
enforcement cases. If there are pockets of staff who we later determine do not need to be called back,
we can immediately offboard them (i.e., terminate access) for the duration of the notice period.

I will provide you all notice right before the letters go out, along with the final numbers. This will all
be done this afternoon.

Adam

Adam Martinez
Chief Operating Officer

1

# EXHIBIT 41



U.S. Office of
Management and Budget

U.S. Office of
Personnel Management



## MEMORANDUM

**TO:**   Heads of Executive Departments and Agencies

**FROM:**   Russell T. Vought, Director, Office of Management and Budget;
Charles Ezell, Acting Director, Office of Personnel Management.

**DATE:**   February 26, 2025

**RE:**   Guidance on Agency RIF and Reorganization Plans Requested by
*Implementing The President's "Department of Government
Efficiency" Workforce Optimization Initiative*

### I.   Background

The federal government is costly, inefficient, and deeply in debt. At the same time, it is not producing results for the American public. Instead, tax dollars are being siphoned off to fund unproductive and unnecessary programs that benefit radical interest groups while hurting hard-working American citizens.

The American people registered their verdict on the bloated, corrupt federal bureaucracy on November 5, 2024 by voting for President Trump and his promises to sweepingly reform the federal government.

On February 11, 2025, President Trump's Executive Order *Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative* (*Workforce Optimization*) "commence[d] a critical transformation of the Federal bureaucracy." It directed agencies to "eliminat[e] waste, bloat, and insularity" in order to "empower American families, workers, taxpayers, and our system of Government itself."

President Trump required that "Agency Heads shall promptly undertake preparations to initiate large-scale reductions in force (RIFs), consistent with applicable law." President Trump also directed that, **no later than March 13, 2025,** agencies develop Agency Reorganization Plans.

The U.S. Office of Management and Budget ("OMB") and the U.S. Office of Personnel Management ("OPM") now submit guidance on these Agency RIF and Reorganization Plans ("ARRP"), along with the instruction that such plans be submitted to OMB and OPM.

### II.   Principles to Inform ARRPs

ARRPs should seek to achieve the following:

1. Better service for the American people;

2.  Increased productivity;

3.  A significant reduction in the number of full-time equivalent (FTE) positions by eliminating positions that are not required;

4.  A reduced real property footprint; and

5.  Reduced budget topline.

Pursuant to the President's direction, agencies should focus on the maximum elimination of functions that are not statutorily mandated while driving the highest-quality, most efficient delivery of their statutorily-required functions.

Agencies should also seek to consolidate areas of the agency organization chart that are duplicative; consolidate management layers where unnecessary layers exist; seek reductions in components and positions that are non-critical; implement technological solutions that automate routine tasks while enabling staff to focus on higher-value activities; close and/or consolidate regional field offices to the extent consistent with efficient service delivery; and maximally reduce the use of outside consultants and contractors. When taking these actions, agencies should align closures and/or relocation of bureaus and offices with agency return-to-office actions to avoid multiple relocation benefit costs for individual employees.

Agencies should review their statutory authority and ensure that their plans and actions are consistent with such authority.

Agency heads should collaborate with their Department of Government Efficiency ("DOGE") team leads within the agency in developing competitive areas for ARRPs. In addition, the agency should specifically identify competitive areas that include positions not typically designated as essential during a lapse in appropriations. When making this determination, agencies should refer to the functions that are excepted from the Antideficiency Act (ADA) in the Agency Contingency Plans submitted to OMB in 2019 as the starting point for making this determination.

III.    **Available Tools**

In their ARRPs, agencies should employ all available tools to effectuate the President's directive for a more effective and efficient government and describe how they will use each. Such tools include:

1.  Continuing to comply with the hiring freeze outlined in the January 20, 2025 Presidential Memorandum *Hiring Freeze* or (with approval of OPM and OMB) implementing the general principle that, subject to appropriate exemptions, no more than one employee should be hired for every four employees that depart;

2.  Establishing internal processes that ensure agency leadership has visibility and/or direct sign-off on all potential job offers and candidates prior to extending offers;

3.  Eliminating non-statutorily mandated functions through RIFs (Appendix 1 contains a sample timeline);

4.  Removing underperforming employees or employees engaged in misconduct, and continuing to evaluate probationary employees;

5.  Reducing headcount through attrition and allowing term or temporary positions to expire without renewal;

6.  Separating reemployed annuitants in areas likely subject to RIFs; and

7.  Renegotiating provisions of collective bargaining agreements (CBAs) that would inhibit enhanced government efficiency and employee accountability.

ARRPs should also list the competitive areas for large-scale reductions in force, the RIF effective dates (which may be a date prior to when the plan is submitted), the expected conclusion of the RIFs, the number of FTEs reduced, and additional impact of RIFs such as cancellation of related contracts, leases or overhead.

Agencies should also closely consider changes to regulations and agency policies, including changes that must be pursued through notice-and-comment rulemaking, that would lead to the reduction or elimination of agency subcomponents or speed up the implementation of ARRPs.

### IV.   Phase 1 ARRPs

Each agency will submit a Phase 1 ARRPs to OMB and OPM for review and approval **no later than March 13, 2025.** Phase 1 ARRPs shall focus on initial agency cuts and reductions. Each Phase 1 ARRP should identify:

1.  A list of agency subcomponents or offices that provide direct services to citizens. Such subcomponents or offices should be included in ARRPs to improve services to citizens while eliminating costs and reducing the size of the federal government. But for service delivery subcomponents or offices, implementation shall not begin until certified by OMB and OPM as resulting in a positive effect on the delivery of such services.

2.  Any statutes that establish the agency, or subcomponents of the agency, as statutorily required entities. Agency leadership must confirm statutes have not been interpreted in a way that expands requirements beyond what the statute actually requires. Instead, statutes should be interpreted to cover only what functions they explicitly require.

3.  All agency components and employees performing functions not mandated by statute or regulation who are not typically designated as essential during a lapse in appropriations (because the functions performed by such employees do not fall under an exception to the ADA) using the Agency Contingency Plans submitted to OMB in 2019 referenced above.

3

4. Whether the agency or any of its subcomponents should be eliminated or consolidated; and which specific subcomponents or functions, if any, should be expanded to deliver on the President's priorities.

5. The specific tools the agency intends to use to achieve efficiencies, including, as to each, the number of FTEs reduced and any potential savings or costs associated with such actions in Fiscal Years 2025, 2026 and 2027:

   a. Continuation of the current hiring freeze;
   b. Regular attrition (e.g., retirement, movement between agencies and the private sector);
   c. Attrition through enhanced policies governing employee performance and conduct;
   d. Attrition through the termination or non-renewal of term or limited positions or reemployed annuitants;
   e. Attrition achieved by RIFs. Please refer to Appendix 1 for specific steps and timing. For purposes of the Phase 1 ARRP, the agency should include the following information:

      i. The competitive areas and organizational components that the agency has targeted or will target for initial RIFs, and
      ii. The agency's target for reductions in FTE positions via RIFs.

6. A list by job position of all positions categorized as essential for purposes of exclusion from large-scale RIFs, including the number per each job position and total by agency and subcomponent.

7. The agency's suggested plan for congressional engagement to gather input and agreement on major restructuring efforts and the movement of fundings between accounts, as applicable, including compliance with any congressional notification requirements.

8. The agency's timetable and plan for implementing each part of its Phase 1 ARRP.

   V.   **Phase 2 ARRPs**

Agencies should then submit a Phase 2 ARRP to OMB and OPM for review and approval **no later than April 14, 2025**. Phase 2 plans shall outline a positive vision for more productive, efficient agency operations going forward. Phase 2 plans should be planned for implementation by September 30, 2025. The Phase 2 plan should include the following additional information:

1. The agency's proposed future-state organizational chart with its functional areas, consolidated management hierarchy, and position titles and counts clearly depicted.

2. Confirmation that the agency has reviewed all personnel data, including each employee's official position description, four most recent performance ratings of record, retention service computation date, and veterans' preference status.

4

3.  The agency's plan to ensure that employees are grouped, to the greatest extent possible, based on like duties and job functions to promote effective collaboration and management, and that the agency's real estate footprint is aligned with cross-agency efforts coordinated by GSA to establish regional federal office hubs.

4.  Any proposed relocations of agency bureaus and offices from Washington, D.C. and the National Capital Region to less-costly parts of the country.

5.  The competitive areas for subsequent large-scale RIFs.

6.  All reductions, including FTE positions, term and temporary positions, reemployed annuitants, real estate footprint, and contracts that will occur in relation to the RIFs.

7.  Any components absorbing functions, including how this will be achieved in terms of FTE positions, funding, and space.

8.  The agency's internal processes that ensure agency leadership has visibility and/or direct sign-off on all potential job offers and candidates prior to extending offers.

9.  The agency's data-driven plan to ensure new career appointment hires are in highest-need areas and adhere to the general principle that, subject to appropriate exemptions, no more than one employee should be hired for every four employees that depart. Until the agency has finalized its post-hiring-freeze plan, agencies should continue to adhere to the current hiring freeze.

10. Any provisions of collective bargaining agreements that would inhibit government efficiency and cost-savings, and agency plans to renegotiate such provisions.

11. An explanation of how the ARRPs will improve services for Americans and advance the President's policy priorities.

12. The framework and criteria the agency has used to define and determine efficient use of existing personnel and funds to improve services and the delivery of these services.

13. For agencies that provide direct services to citizens (such as Social Security, Medicare, and veterans' health care), the agency's certification that implementation of the ARRPs will have a positive effect on the delivery of such services. The certification should include a written explanation from the Agency Head and, where appropriate, the agency's CIO and any relevant program manager.

14. The programs and agency components not impacted by the ARRP, and the justification for any exclusion.

15. Plans to reduce costs and promote efficiencies through improved technology, including through the adoption of new software or systems, and elimination of duplicative systems.

16. Any changes to regulations and agency policies, including changes that must be pursued through notice-and-comment rulemaking, that would lead to the reduction or elimination of agency subcomponents, or speed up implementation of ARRPs.

17. The agency's timetable and plan for implementing each part of its Phase 2 ARRP, and its plan for monitoring and accountability in implementing its ARRPs.

Agencies should continue sending monthly progress reports each month on May 14, 2025, June 16, 2025, and July 16, 2025. All plans and reports requested by this memorandum should be submitted to OPM at tracking@opm.gov and OMB at workforce@omb.eop.gov; when submitting plans and reports, please ensure both OPM and OMB addresses are included on the message.

## VI.   Exclusions

Nothing in this memorandum shall have any application to:

1. Positions that are necessary to meet law enforcement, border security, national security, immigration enforcement, or public safety responsibilities;

2. Military personnel in the armed forces and all Federal uniformed personnel, including the U.S. Coast Guard, the Commissioned Corps of the U.S. Public Health Service, and the Commissioned Officer Corps of the National Oceanic and Atmospheric Administration;

3. Officials nominated and appointed to positions requiring Presidential appointment or Senate confirmation, non-career positions in the Senior Executive Service or Schedule C positions in the excepted service, officials appointed through temporary organization hiring authority pursuant to 5 U.S.C. § 3161, or the appointment of any other non-career employees or officials, if approved by agency leadership appointed by the President;

4. The Executive Office of the President; or

5. The U.S. Postal Service.

Finally, agencies or components that provide direct services to citizens (such as Social Security, Medicare, and veterans' health care) shall not implement any proposed ARRPs until OMB and OPM certify that the plans will have a positive effect on the delivery of such services.

cc: Chief Human Capital Officers ("*CHCOs*"), Deputy CHCOs, Human Resources Directors, Chiefs of Staff, and DOGE team leads.

# EXHIBIT 42



1700 G Street NW, Washington, D.C. 20552

April 15, 2025

**TO:**       **Michael Mahoney, U.S. Office of Personnel Management**

**FROM:**    **Adam Martinez, Chief Operating Officer/Acting Chief Human Capital Officer**

**SUBJECT:   Establishment of Competitive Areas**

ADAM MARTINEZ    Digitally signed by ADAM MARTINEZ
Date: 2025.04.15
20:45:51 -04'00'

This memorandum serves as the Consumer Financial Protection Bureau's (CFPB) request for an exception to the competitive area 90-day rule. Please find the CFPB responses below with regards to our competitive areas.

1.  **A description of how the proposed area(s) differs from the one previously established for the same unit and geographic area:**

    <u>Answer:</u>  CFPB determined the divisions and offices listed below will be impacted by reduction-in-force. No competitive areas were previously finalized and implemented.

| Division/Office | Reduction |
|---|---|
| CFPB CENTRALIZED SERVICES | 5 |
| CFPB CENTRALIZED SERVICES-HUMAN CAPITAL | 4 |
| CONSUMER RESPONSE EDUCATION DIV | 129 |
| CONSUMER RESPONSE | 111 |
| CONSUMER RESPONSE EDUCATION DIVISION | 7 |
| FINANCIAL EDUCATION | 11 |
| DIRECTOR | 80 |
| Legislative Affairs | 2 |
| Office of Policy Planning & Strategy | 16 |
| Office of Civil Rights | 8 |
| Office of Fair Lending and Equal Opp | 12 |
| Office of Minority and Women Incl | 13 |
| OFFICE OF THE DEPUTY DIRECTOR | 0 |
| OFFICE OF THE DIRECTOR | 30 |

CFPB_00140

| | |
|---|---|
| ENFORCEMENT DIVISION | 198 |
| ENFORCEMENT | 198 |
| EXTERNAL AFFAIRS DIVISION | 39 |
| COMMUNICATIONS | 11 |
| EXTERNAL AFFAIRS DIVISION | 13 |
| INTERGOVERNMENTAL AFFAIRS | 5 |
| PRIVATE SECTOR ENGAGEMENT | 4 |
| PUBLIC ENGAGEMENT | 6 |
| LEGAL DIVISION | 60 |
| GENERAL LAW AND ETHICS | 25 |
| LAW AND POLICY | 25 |
| LEGAL DIVISION | 12 |
| LITIGATION | 3 |
| OVERSIGHT | 1 |
| OPERATIONS DIVISION | 293 |
| ADMINISTRATIVE OPERATIONS | 28 |
| CHIEF DATA OFFICER | 10 |
| FINANCE AND PROCUREMENT | 48 |
| HUMAN CAPITAL | 56 |
| OPERATIONS DIVISION | 8 |
| TECHNOLOGY AND INNOVATION | 143 |
| OTHER PROGRAMS | 33 |
| DIRECTOR'S FINANCIAL ANALYSTS | 29 |
| OMBUDSMAN | 4 |
| RESEARCH MONITORING AND REGULATIONS DIV | 208 |
| Competition and Innovation | 9 |
| CONSUMER POPULATIONS | 42 |
| MARKETS | 36 |
| REGULATIONS | 56 |
| RESEARCH | 55 |
| RESEARCH MONITORING AND REGULATIONS DIV | 10 |
| SUPERVISION DIVISION | 437 |
| DIVISION OF SUPERVISION | 1 |
| OFFICE OF SUPV POLICY AND OPS | 104 |
| SUPERVISION EXAMINATIONS | 1 |
| SUPERVISION MIDWEST REGION | 89 |
| SUPERVISION NORTHEAST REGION | 95 |
| SUPERVISION SOUTHEAST REGION | 65 |
| SUPERVISION WEST REGION | 82 |
| **Grand Total** | **1482** |

CFPB_00141

2. **An organizational chart of the agency showing the relationship between the organizational components within the competitive area(s) and other components in the commuting area**

   <u>Answer:</u>  Organizational chart attached.

3. **The number of competing employees in the proposed competitive area(s):**

   <u>Answer:</u> Approximately1482 competing employees in the proposed competitive areas.

4. **A description of the operation, work function, staff, and personnel administration of the proposed area and, where appropriate, a description of how the area is distinguished from others in these respects:**

   <u>Answer:</u> All functions are unique to the specific division, office and/or unit and support that unit's mission.

5. **A discussion of the circumstances that led to the proposed changes less than 90 days before a proposed reduction:**

   <u>Answer:</u>  The CFPB is responding to Executive Order <u>Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative – The White House</u> dated February 11, 2025.

CFPB_00142

# EXHIBIT 43



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

February 14, 2025

Mr. Adam Martinez
Chief Operating Officer/Acting Chief Human Capital Officer
Consumer Financial Protection Bureau
1700 G St NW
Washington, DC 20552

Dear Mr. Martinez:

The Office of Personnel Management (OPM) approves the Consumer Financial Protection
Bureau's (CFPB) February 13, 2025, request, and supplemental modification of the request, for
OPM approval of competitive areas which will be in effect less than 90 days prior to the
proposed effective date of reduction of force (RIF). Your request indicates that a RIF is
necessary due to the impact of the Executive Order titled, "Implementing The President's
"Department of Government Efficiency" Workforce Optimization Initiative" (February 11,
2025), and the CFPB Acting Director's work stoppage order dated February 10, 2025.

OPM approves your request, and supplemental modification, in accordance with 5 CFR
351.402(c). This provision requires OPM approval when a competitive area will be in effect less
than 90 days prior to the effective date of a RIF. The competitive areas proposed in your request
were not previously established. They comprise the groups mentioned in your request including
their various divisions, offices, and units, and as depicted in the organizational chart you
provided, *with one exception*: this approval does not include the 'Office of the Director/Office of
Civil Rights – 13 positions' indicated in your request. In a February 14, 2025, meeting with
OPM staff CFPB clarified this competitive area should be removed from the request.

Please contact Katika Floyd by email at katika.floyd@opm.gov or phone at 202-606-9531 should
you or staff have any questions with this response.

Sincerely,

Veronica E. Hinton
Associate Director
Workforce Policy and Innovation

# EXHIBIT 44

**Template for Requesting a Reduction in Force (RIF) Notice to Employee Period of less than 60 days**

Agency: Consumer Financial Protection Bureau

Name of the affected component(s): Bureau-wide

Each competing employee in a RIF who is selected for release from a competitive level is entitled to a specific written notice at least 60 full days before the effective date of release.

However, when an agency must run a RIF due to unforeseeable circumstances, the head of the agency may request an exception to the 60-day notice period from the Office of Personnel Management (OPM). The shortened notice period must cover at least 30-full days before the effective date of the employee's release.

An agency's request for an exception to the minimum 60-day specific RIF notice period must be signed by the head of the agency or a specific designee in the headquarters. When requesting an exception to the 60-day notice period, please address the following:

1. The organization(s) and geographic location(s) for which an exception is requested: _____
Bureau-wide, Washington, DC, San Francisco, CA, New York, NY, Chicago, IL, and mobile workers/remote

2. The effective date of the RIF: Approximately 05/17/2025

3. The number of employees who will be issued RIF notices: 1482

4. The RIF notice period being requested (full number of days): 30 calendar days

5. The reasons why a shorter RIF notice period is needed (describe the unforeseen circumstance which has caused the agency to request a shorter notification period): _____
The CFPB is responding to Executive Order Implementing The President's "Department of Government

Efficiency" Workforce Optimization Initiative dated February 11, 2025.

6. The name, telephone number, and title of an agency contact person in the event OPM needs additional information about the request:

Name: Nikki DiPalma

Email/telephone number: nikki.dipalma@cfpb.gov / 202-374-6887

Title: Senior Director, Employee Services

Agency Signature of Requesting Official (Agency Head or Designee):

Requesting Official's Name: Adam Martinez

CFPB_00149

**Requesting Official's Title:** ___Acting Chief Human Capital Officer___

**Requesting Official's Signature and date (or attach signed cover memo):**

ADAM
MARTINEZ
Digitally signed by ADAM
MARTINEZ
Date: 2025.04.15
20:43:41 -04'00'

Date: 04/15/2025

Please submit to:

Email: WPIntake@opm.gov

Mailing Address:

Deputy Associate Director
Talent Acquisition, Classification, and Veterans Programs
Workforce Policy and Innovation
U.S. Office of Personnel Management
1900 E Street, NW Room 6500 Washington, DC 20415

# EXHIBIT 45

**MEMORANDUM FOR:**     [EmployeeFirstName] [EmployeeLastName]

**FROM:**     **Adam Martinez**
**Acting Chief Human Capital Officer**
**Operations Division, Front Office**

**DATE:**     April 13, 2025

**SUBJECT:**     **Specific Notice of Reduction in Force**

I regret to inform you that you are affected by a reduction in force (RIF) action. This RIF action is necessary to restructure the Bureau's operations to better reflect the agency's priorities and mission.

This is your specific notice of RIF. In accordance with RIF procedures specified in Title 5, Code of Federal Regulations, Part 351, you are being released from your competitive level because your competitive area is being eliminated. Consequently, you will be separated from Federal service effective April 13, 2025. In the event you are qualified and have assignment rights to a position that becomes available during the notice period, you will be informed via a specific, subsequent RIF notice. Should the circumstances of the RIF otherwise change, this notice may be withdrawn.

**Retention Standing**

This action is being taken under the civil service RIF regulations and procedures. CFPB retains information used in connection with this action, including retention registers which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. Because your entire competitive area is being eliminated, retention registers will not affect your separation date or status. Nonetheless, the following information was used to determine your retention standing as of the RIF effective date:

**Competitive Area:** [Office]
**Type of Service:** [AppointmentType]
**Work Schedule:** [WorkSchedule]
**Position:** [JobTitle], [PayPlan]-[Grade], **Series** [Series]
**Competitive Level:** [CompetitiveLevel]
**Tenure Group and Subgroup:** [TenureGroup]
**Veterans' Preference:** [VeteransPreference]
**Last Three Performance Ratings:**
        [Rating1]
        [Rating2]
        [Rating3]
**Additional Years of Credit Based on Performance Ratings:**
[AdditionalYearsCreditBasedOnRatings]
**Adjusted RIF Service Computation Date (SCD):** [SCD_RIF]

NOTE: The adjusted RIF SCD includes all creditable military and civilian service and is adjusted with additional credit (up to a maximum of 20 years) for the performance ratings.

Please contact the Bureau of Fiscal Service (BFS) at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov immediately if you believe any of the above information is incorrect. The Bureau is committed to correcting any incorrect employee information.

**RIF Package**

Each employee impacted by RIF has access to documents that outline applicable benefits for which you may be eligible or entitled as appropriate. To access these documents, you may make an appointment with the Bureau of Fiscal Service (BFS) to obtain paper copies of the documents. You may make an appointment by contacting BFS at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov. In addition, the websites to certain relevant external benefits provided by other entities are found immediately below.

For training benefits under the Workforce Improvement Act of 1998, please see www.careeronestop.org.

For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

**Appeal and Grievance Rights**

U.S. Merit Systems Protection Board (MSPB)
If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. Your appeal must be in writing and may be filed any time after the effective date of the action being appealed until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

Equal Employment Opportunity (EEO)
If you believe this personnel action is based in whole or in part on discrimination based on your race, color, religion, sex, national origin, age or handicap, you may file a complaint with the Agency's Office of Civil Rights, specifically an EEO Counselor at CFPB_EEO@cfpb.gov or (202) 435-9EEO, 1-855-233-0362 or 202-435-9742 (TTY). You must contact POC no later than 45 calendar days of the effective date of the action, specifically, your separation from Federal service. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other.  You may also access the U.S. Equal Employment Opportunity Commission (EEOC)

website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action.

Conclusion

This action is being taken in accordance with the applicable civil service RIF regulations. Included in your RIF package is a copy of the Office of Personnel Management (OPM) retention regulations, 5 C.F.R. Part 351. Further and detailed information about the RIF regulations may also be accessed on OPM website, Reductions in Force. You may make an appointment to review and obtain a copy of the RIF regulations and/or records pertaining to you by contacting the Bureau of Fiscal Service.

The Employee Assistance Program (EAP) is available free to you and in most cases your immediate family. EAP counselors are available 24 hours a day, 365 days per year at 1-800-222-0364 (TTY 1-888-262-7848) or http://www.foh4you.com/.

Because you are being separated through a RIF action, you are eligible for career transition and placement assistance. Specifically, you are eligible for the Bureau Reemployment Priority List (RPL), Career Transition Assistance Program (CTAP), and Interagency Career Transition Assistance Program (ICTAP). Your RIF package includes further information on these programs.

Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits provided under WIA. You are encouraged to contact your State's Department of Labor and Employment for any questions regarding unemployment compensation. You are also encouraged to contact the Bureau of Fiscal Service (BFS) at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov to determine how an early resignation may affect your benefits.

This RIF action does not reflect directly on your service, performance, or conduct. It is being taken solely for the reasons stated above. Leadership at the Bureau of Consumer Financial Protection are appreciative of your service.

Attachments (8)
1. Acknowledgement of Receipt
2. MSPB Appeal Information

3. OPM Retention Regulations
4. Severance Pay Estimate
5. Unemployment Insurance
6. State Workforce Programs
7. Authorization for Release of Employment Information
8. CTAP, ICTAP and Reemployment Priority List (RPL) Program Information

# EXHIBIT 46

MEMORANDUM FOR:   [EmployeeFirstName] [EmployeeLastName]

FROM:   **Russell T. Vought**
              **Acting Director**

DATE:   **April 13, 2025**

SUBJECT:   **Specific Notice of Reduction in Force**

I regret to inform you that you are affected by a reduction in force (RIF) action. This RIF action is necessary to restructure the Bureau's operations to better reflect the agency's priorities and mission.

This is your specific notice of RIF. In accordance with RIF procedures specified in Title 5, Code of Federal Regulations, Part 351, you are being released from your competitive level because your competitive area is being eliminated. Consequently, you will be separated from Federal service effective April 13, 2025. In the event you are qualified and have assignment rights to a position that becomes available during the notice period, you will be informed via a specific, subsequent RIF notice. Should the circumstances of the RIF otherwise change, this notice may be withdrawn.

**Retention Standing**

This action is being taken under the civil service RIF regulations and procedures. CFPB retains information used in connection with this action, including retention registers which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. Because your entire competitive area is being eliminated, retention registers will not affect your separation date or status. Nonetheless, the following information was used to determine your retention standing as of the RIF effective date:

**Competitive Area**: [Office]
**Type of Service**: [AppointmentType]
**Work Schedule**: [WorkSchedule]
**Position**: [JobTitle], [PayPlan]-[Grade], **Series** [Series]
**Competitive Level**: [CompetitiveLevel]
**Tenure Group and Subgroup**: [TenureGroup]
**Veterans' Preference**: [VeteransPreference]
**Last Three Performance Ratings:**
      [Rating1]
      [Rating2]
      [Rating3]
**Additional Years of Credit Based on Performance Ratings:**
[AdditionalYearsCreditBasedOnRatings]
**Adjusted RIF Service Computation Date (SCD)**: [SCD_RIF]

NOTE: The adjusted RIF SCD includes all creditable military and civilian service and is adjusted with additional credit (up to a maximum of 20 years) for the performance ratings.

Please contact the Bureau of Fiscal Service (BFS) at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov immediately if you believe any of the above information is incorrect. The Bureau is committed to correcting any incorrect employee information.

**RIF Package**

Each employee impacted by RIF has access to documents that outline applicable benefits for which you may be eligible or entitled as appropriate. To access these documents, you may make an appointment with the Bureau of Fiscal Service (BFS) to obtain paper copies of the documents. You may make an appointment by contacting BFS at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov. In addition, the websites to certain relevant external benefits provided by other entities are found immediately below.

For training benefits under the Workforce Improvement Act of 1998, please see www.careeronestop.org.

For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

**Appeal and Grievance Rights**

U.S. Merit Systems Protection Board (MSPB)
If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. Your appeal must be in writing and may be filed any time after the effective date of the action being appealed until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

Equal Employment Opportunity (EEO)
If you believe this personnel action is based in whole or in part on discrimination based on your race, color, religion, sex, national origin, age or handicap, you may file a complaint with the Agency's Office of Civil Rights, specifically an EEO Counselor at CFPB_EEO@cfpb.gov or (202) 435-9EEO, 1-855-233-0362 or 202-435-9742 (TTY). You must contact POC no later than 45 calendar days of the effective date of the action, specifically, your separation from Federal service. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums, you must elect one or the other. You may also access the U.S. Equal Employment Opportunity Commission (EEOC)

website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action.

**Conclusion**

This action is being taken in accordance with the applicable civil service RIF regulations. Included in your RIF package is a copy of the Office of Personnel Management (OPM) retention regulations, 5 C.F.R. Part 351. Further and detailed information about the RIF regulations may also be accessed on OPM website, Reductions in Force. You may make an appointment to review and obtain a copy of the RIF regulations and/or records pertaining to you by contacting the Bureau of Fiscal Service.

The Employee Assistance Program (EAP) is available free to you and in most cases your immediate family. EAP counselors are available 24 hours a day, 365 days per year at 1-800-222-0364 (TTY 1-888-262-7848) or http://www.foh4you.com/.

Because you are being separated through a RIF action, you are eligible for career transition and placement assistance. Specifically, you are eligible for the Bureau Reemployment Priority List (RPL), Career Transition Assistance Program (CTAP), and Interagency Career Transition Assistance Program (ICTAP). Your RIF package includes further information on these programs.

Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits provided under WIA. You are encouraged to contact your State's Department of Labor and Employment for any questions regarding unemployment compensation. You are also encouraged to contact the Bureau of Fiscal Service (BFS) at 304-480-8000 option 4 or CFPBHROPs@fiscal.treasury.gov to determine how an early resignation may affect your benefits.

This RIF action does not reflect directly on your service, performance, or conduct. It is being taken solely for the reasons stated above. Leadership at the Bureau of Consumer Financial Protection are appreciative of your service.

Attachments (8)
1. Acknowledgement of Receipt
2. MSPB Appeal Information

3. OPM Retention Regulations
4. Severance Pay Estimate
5. Unemployment Insurance
6. State Workforce Programs
7. Authorization for Release of Employment Information
8. CTAP, ICTAP and Reemployment Priority List (RPL) Program Information

CFPB_00171

# EXHIBIT 47

| From: | Dorfman, Victoria (Detalee) |
|---|---|
| To: | Shapiro, Daniel (Detailee); Paoletta, Mark (Detailee)(CFPB) |
| Subject: | FW: Enforcement requests |
| Date: | Friday, April 18, 2025 5:16:14 PM |

Given the stay, I assume we don't need to do anything on this? I can respond along the lines of:

Cara, thank you for reaching out. As you may have seen, the court issued a stay, so for now, all of the activities you outlined should continue. If there are any changes in the stay status, we will be in touch with you to address these concerns. Thank you.

**From:** Petersen, Cara (CFPB) <Cara.Petersen@cfpb.gov>
**Sent:** Friday, April 18, 2025 3:53 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>; Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** Enforcement requests

All,

I sent a couple requests earlier today in response to the email chain about the Experian filing, but I thought it might be best to send a separate email to raise these issues generally and loop in Victoria.

As I mentioned, in addition to the potential local counsel issue in Experian, there appear to be several other matters where the planned RIFs would mean the Bureau would no longer be represented and out of compliance with local rules because all attorneys on the matter would be on administrative leave and thus withdrawing. To ensure that attorneys have appeared in all the enforcement actions the Bureau is pursuing, that the matters are staffed, and to operate, I need a list of all Enforcement staff who are not subject to the RIF. And, to the extent that people will be losing access to the system anytime soon, I ask that at least one member of each pending litigation have their administrative leave delayed so we can make an orderly plan for transitioning those matters and ensuring there are attorneys who can appear in the litigation. I'm also concerned because, based on what I'm hearing from my teams, our litigation support and front office positions were all eliminated, which would seriously interfere with our ability to do our work, including intaking document and data productions, protecting and preserving data, conducting investigations, analyzing the financial condition of the subjects of our investigations, procuring resources (e.g., experts), conducting trials, and tracking and reporting on our work, so I'm anxious to learn if any of those staff remain.

Thank you,
Cara

CFPB_00191

# EXHIBIT 48

| From: | Martinez, Adam (CFPB) |
|---|---|
| To: | Paoletta, Mark (Detailee)(CFPB); Shapiro, Daniel (Detailee) |
| Cc: | Dorfman, Victoria (Detailee) |
| Subject: | FW: Request for 90 Day Comp Area Waiver and 30 Day Exception |
| Date: | Thursday, April 17, 2025 9:22:05 AM |
| Attachments: | Item 3 High Level Org Chart - Updated 3.26.pdf |
| | CFPB 90-day Competitve Area Waiver.pdf |
| | CFPB Requesting an Exception to the 60 Day RIF Notification Period.pdf |

Good morning.

Quick update. We did receive an email response from OPM last night confirming their approval of our competitive levels, but they denied a 30-day notification period so it will remain at 60 days.

My team was up throughout the night validating the data, testing our systems, and doing quality control. The notices are set to start going out shortly and will be sent out in batches, which will help ensure that our systems do not crash. My two employees issuing the notices have called in Gavin as this process starts and they will work together throughout this process. Gavin did review the final package template and provided feedback for consistency. Notices will be sent to work emails and personal emails if we have them on file. Computer access will be removed at 6:00 EST today and then employees will be placed on admin leave for the duration of the 60-day window.

I will be providing you with a list of HR/OPS staff later today who will not immediately be put on admin leave as we need them to continue executing. The list will also go to Gavin, Security, and IT, so their accesses are not turned off. I'll also be meeting with several of my leads shortly after 9:00 to bring them up to speed. So far only a few people in HR working on this have been aware.

I'll keep you posted.

Adam

Adam


Adam Martinez
Chief Operating Officer

From: Peters, Noah <Noah.Peters@opm.gov>
Sent: Wednesday, April 16, 2025 8:46 PM
To: Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Mahoney, Michael J <Mike.Mahoney@opm.gov>; WPIntake <WPIntake@opm.gov>; Holden, Kimberly A. <Kimberly.Holden@opm.gov>
Cc: Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
Subject: RE: Request for 90 Day Comp Area Waiver and 30 Day Exception

Gavin,

As discussed, the 90 day competitive area waiver is approved. A formal approval will come from WPI shortly. The request for a 30 day notice period is denied.

Best,

Noah

---

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 11:20 AM
**To:** Mahoney, Michael J <Mike.Mahoney@opm.gov>; WPIntake <WPIntake@opm.gov>; Holden, Kimberly A. <Kimberly.Holden@opm.gov>
**Cc:** Peters, Noah <Noah.Peters@opm.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Subject:** Re: Request for 90 Day Comp Area Waiver and 30 Day Exception

> Some people who received this message don't often get email from gavin.kliger@cfpb.gov. Learn why this is important

Hello Michael and Kimberly,

This review is the highest priority review for today. Please call me to discuss at 202-407-2953.

Gavin Kliger

---

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Tuesday, April 15, 2025 8:56:47 PM
**To:** Mahoney, Michael J <Mike.Mahoney@opm.gov>; wpintake@opm.gov <wpintake@opm.gov>
**Cc:** Peters, Noah <Noah.Peters@opm.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>; Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Subject:** Request for 90 Day Comp Area Waiver and 30 Day Exception

Good evening, Michael –

Attached is a new request for the Consumer Financial Protection Bureau. The February 2025 approved plan was not implemented.

**Attached**
CFPB 90-day Competitive Area Waiver
High Level Org Chart
CFPB Request for an Exception to the 60 Day RIF Notification Period

Thank you for your review and approval.

Adam

Adam Martinez
Chief Operating Officer
Consumer Financial Protection Bureau

CFPB_00195

EXHIBIT 49

| | |
|---|---|
| **From:** | Paoletta, Mark (Detailee)(CFPB) |
| **To:** | Martinez, Adam (CFPB); Shapiro, Daniel (Detailee) |
| **Subject:** | RE: final numbers |
| **Date:** | Tuesday, April 15, 2025 6:53:37 PM |
| **Attachments:** | Copy of Bureau Wide Reduction Scenario - 04152025 650pm.xlsx |

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Tuesday, April 15, 2025 6:51 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee)
<Daniel.Shapiro@cfpb.gov>
**Subject:** final numbers

Could you send me the final numbers (spreadsheet) so I can enter them into the
letters that need to go to OPM for approval? This sets the competitive areas. I think
Mark was in the process of sending to me.

Thank you.

# EXHIBIT 50

| From: | Martinez, Adam (CFPB) |
|---|---|
| To: | Paoletta, Mark (Detailee)(CFPB); Shapiro, Daniel (Detailee) |
| Cc: | Dorfman, Victoria (Detailee) |
| Subject: | Updated Info |
| Date: | Tuesday, April 15, 2025 11:41:12 AM |
| Attachments: | Bureau Wide Reduction Scenario - 04152025 1128am.xlsx |

Attached is the updated data. I'm working with my team to breakdown some of the suboffices more, but you have the main numbers here.

Adam Martinez
Chief Operating Officer

# EXHIBIT 51

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | Paoletta, Mark (Detailee)(CFPB); Shapiro, Daniel (Detailee) |
| **Cc:** | Dorfman, Victoria (Detailee) |
| **Subject:** | RE: Job codes for review and approval |
| **Date:** | Thursday, April 17, 2025 6:14:25 PM |
| **Attachments:** | Retention List_4-17_5.00.xlsx |

Attached is a friendly list to review. A couple of things to flag.

- Some of the names on the list are DRP, have submitted their resignations (which is happening in real time), and/or will be retiring. This means, as they drop off, other employees who have the next highest score will be moved up and could cause a chain reaction.
- We are three positions off, but we are reconciling it. I apologize. My team doing all of the number/name crunching are running on low fuel and have not slept for a couple of days. They also happen to be RIFing themselves.
- Employees who received RIF notices have an opportunity to review their data. If there are issues, they will have the ability to update their information, and it may lead to them bumping someone who was originally retained.

More to follow, but at least wanted to get this off to you asap.

**From:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Sent:** Thursday, April 17, 2025 2:32 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Subject:** Re: Job codes for review and approval

Thanks!

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Thursday, April 17, 2025 2:31:33 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Subject:** RE: Job codes for review and approval

I'm confirming that I'm having my team pull the retained employees (by name, division, office) plus the unique 7 positions so it mirrors the pivot table.

Adam Martinez
Chief Operating Officer

**From:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Sent:** Thursday, April 17, 2025 2:28 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Subject:** FW: job codes for review and approval

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Sent:** Thursday, April 17, 2025 2:24 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Subject:** Re: job codes for review and approval

Please see attached for personnel retained. See RetentionRun for released employees, and Retention Retain for retained employees. Per discussion, the difference in count is likely due to unfilled positions, but will verify.

Gavin

**From:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Date:** Thursday, April 17, 2025 at 2:19 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Subject:** FW: job codes for review and approval

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 4:50 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

Received.  Thank you.

Adam Martinez
Chief Operating Officer

**From:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 4:46 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

Adam,

We approve the retention numbers set forth in this Excel spreadsheet.

Thanks for your work on this.

Mark

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 4:29 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

Thank you, Daniel for catching the pivot table issue.

- OFLEO AD has been fixed and shows in the correct box
- Senior Advisor has been fixed and shows under Private Sector

As you pointed out, Daniel, we used the Southeast Region to pull the examiner population because it encumbers Washington, DC and the cost of living is significantly lower for most of these employees.  This would be a better locality pay outcome.  We also chose it because of its proximity to multiple economical airports include Atlanta and the office was staff up the most.  This allows us to abolish the other three regions preventing additional work based on the competitive area.

Adam Martinez
Chief Operating Officer

**From:** Martinez, Adam (CFPB)
**Sent:** Wednesday, April 16, 2025 3:26 PM
**To:** Paoletta, Mark (Detailee) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <daniel.shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** job codes for review and approval

Mark/Daniel –

We just finished the tedious task of going through all the positions to make sense of what specific positions to retain we can be overlayed in our register.  We have to use the job codes to convert to the competitive levels, which triggers the bump and retreat.

Based on our discussion yesterday, we went through and tagged positions and reconciled them to 208. It's actually going to 207 because the Director is not counted in the register.

Please take a look at the master pivot table ("Employee Counts") to see the distribution consistent with your approved list from last night. The only difference is that you will see a small bump up in the Legal Division's Law and Policy team. The bump up is to keep attorneys to help with litigation, which gets us to the 17 approved. We can only retain filled positions.

The tab "Position Retention" gives you the positions we labelled essential for retention. These equal of up 207 and you can see what positions would be retained in the register.

My team is current using the codes to update the register. Once we receive your feedback, we will make any necessary changes at that time.

Adam

# EXHIBIT 52





totally agree!

OK. I am looking for crazy data

❤️

Kliger, Gavin (CFPB)  Thursday 12:10 PM

Dropping to go heads down on the backup plan - please call me direct if needed. Thanks all.

🙏

Quintarelli, Caroline (CFPB)  Thursday 12:33 PM

brb

Quintarelli, Caroline (CFPB)  Thursday 12:57 PM

I need to let my dog out.

Thompson, Jennifer (CFPB)  Thursday 12:58 PM

items('Apply_to_each')?['Full_Part']

items('Apply_to_each')?['Pay_Plan_Cd']

Quintarelli, Caroline (CFPB)  Thursday 1:09 PM

back

Thompson, Jennifer (CFPB)  Thursday 1:21 PM

Ryan.McDonald@dhs.gov

OHC Projects - Notification Tracker

Quintarelli, Caroline (CFPB)  Thursday 1:29 PM

Please be advised that you will retain access to work systems, including email and internal platforms until 6:00 PM Eastern Time, on 4/18/2025. After that time system access will be discontinued, and you will be placed in an administrative leave status through your official separation date as outlined above.

Thompson, Jennifer (CFPB)  Thursday 1:33 PM

CFPB Specific Notice of RIF 4-17-2025 1.docx

📄 CFPB Specific Notice of RIF 4-17-20...
hc-ler > Template

DiPalma, Nikki (CFPB)  Thursday 1:33 PM

brb

back

Thompson, Jennifer (CFPB)  Thursday 2:17 PM

TEST RIF NOTICES.xlsx

📊 TEST RIF NOTICES.xlsx
hc > Shared_Tracking_TAS_ER_SysOps

Thursday 3:13 PM

brb

Thompson, Jennifer (CFPB)  Thursday 3:36 PM

Manage your flows | Power Automate

Martinez, Adam (CFPB)  Thursday 3:50 PM

brb

Kliger, Gavin (CFPB)  Thursday 3:57 PM

Flow could not be activated because you need a [Power Automate Premium license](https://go.microsoft.com/fwlink/?linkid=2297915) or other license that includes premium connectors to save this flow with connection: 'Word Online (Business)'

📞 Thursday 4:07 PM  Call ended 7h 10m 42s

# EXHIBIT 53

| From: | Martinez, Adam (CFPB) |
| --- | --- |
| To: | Thompson, Jennifer (CFPB) |
| Cc: | DiPalma, Nikki (CFPB); Kliger, Gavin (CFPB) |
| Subject: | access approval |
| Date: | Saturday, April 12, 2025 6:17:36 PM |

Hi Jen –

This is approval to share the environment admin role for OPS HC – Prod with Gavin Kliger, Senior Advisor to the Acting Director.  He will need access to create, delete, modify, and grant access to flows related to Human Capital.

Please let me know if you have any questions.  Thank you.

Adam

Adam Martinez
Chief Operating Officer

# EXHIBIT 54

**Initial Retain/Release Plan**

| Count of Retain/Release Status | Column Labels | | | | | | |
|---|---|---|---|---|---|---|---|
| Division Office | Essential | Essential Long Term | Non-Essential | Probationary Separated | Term Separated | Vacancy Abolished | Grand Total |
| OPERATIONS DIVISION | 134 | 22 | 169 | 13 | 1 | 22 | 361 |
| ADMINISTRATIVE OPERATIONS | 16 | | 10 | 1 | | 1 | 28 |
| CHIEF DATA OFFICER | 16 | | 3 | | | 3 | 22 |
| FINANCE AND PROCUREMENT | 18 | 22 | 19 | | | 1 | 60 |
| HUMAN CAPITAL | 34 | | 26 | 1 | 1 | 10 | 72 |
| OPERATIONS DIVSION | 5 | | 4 | | | 3 | 12 |
| TECHNOLOGY AND INNOVATION | 45 | | 107 | 11 | | 4 | 167 |
| Grand Total | 134 | 22 | 169 | 13 | 1 | 22 | 361 |
| Percent to Total Plan | 37% | 6% | 47% | 4% | 0% | 6% | 100% |

**Later Departures from Both Essential and Non-Essential Categories**

| Count of Later Departure | Column Labels | | | |
|---|---|---|---|---|
| Division/Office | Deferred Resignation | DRP, Retirement | Retirement | Grand Total |
| OPERATIONS DIVISION | 8 | 1 | 7 | 16 |
| ADMINISTRATIVE OPERATIONS | 1 | | 4 | 5 |
| CHIEF DATA OFFICER | 1 | | 1 | 2 |
| FINANCE AND PROCUREMENT | | | 1 | 1 |
| HUMAN CAPITAL | | 1 | 1 | 2 |
| OPERATIONS DIVISION | 1 | | | 1 |
| TECHNOLOGY AND INNOVATION | 5 | | | 5 |
| Grand Total | 8 | 1 | 7 | 16 |

| Summary Table | | |
|---|---|---|
| Retain Essential Staff | 156 | 43% |
| Release | 205 | 57% |
| Reconciled to Total | 361 | 100% |

**Sources:**

Information based on PP1 FY25 Data, 01/25/2025

Scenarios based on input from all OPS Leads as of 02/14/2025

# EXHIBIT 55

| From: | Thompson, Jennifer (CFPB) |
|---|---|
| To: | Kliger, Gavin (CFPB) |
| Cc: | DiPalma, Nikki (CFPB); Lewin, Jeremy; Martinez, Adam (CFPB) |
| Subject: | RE: Info Sharing |
| Date: | Sunday, April 13, 2025 5:15:39 PM |
| Attachments: | image001.png |

Good afternoon Gavin,

You should have access to the Power Automate flows that we have used in the past to do our mass mail notifications of terminations, reinstatements and the flow we prepared for the RIF back in Feb (ER Create and send PDF notices for 1st Wave notices). I also shared the flow I started for this current RIF (ER Create and send PDF notices for RIF notification 4-13-2025) and shared co-ownership.

These are two document libraries that are used in the flows:

- Notices – Contains a folder with all the templates referenced in the last RIF letters, we are using them again, and the ⬛ Current draft of the RIF letter
- Shared Tracking: TAS, ER, SysOps – site where the reference file is kept for the RIF notices and other trackers, this is referenced in the first step of the FLO
- One note, the flow will need to be updated so that the emails come from a different mailbox, we are setting you up with access to CFPB_OHC_General@cfpb.gov and that request has been made to T&I and I believe taken care of in the last 30 minutes but sometimes being added to a new mailbox takes a little time to show up when you go to add it to your OWA or configure it in your desktop so you might have to give it a little time.

Reach out if you have any question, I will do my best to provide context on something if I can.

Best Wishes,

## Jennifer Thompson
HC Systems Consultant
HR Data Insights and Solutions (HRDIS) | Office of Human Capital
C: (202)374-5615

Consumer Financial Protection Bureau
consumerfinance.gov

*Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.*

# EXHIBIT 56

| From: | Jacob, Roland (CFPB) |
| To: | Martinez, Adam (CFPB); DiPalma, Nikki (CFPB) |
| Cc: | Tadeo, Ebenzer (CFPB) |
| Subject: | Retention List |
| Date: | Thursday, April 17, 2025 5:15:32 PM |
| Attachments: | Retention List 4-17 5.00.xlsx |

CUI

Hi Adam,

I reran the retention list as you requested with Office included. I also added those three DRPs in that leadership was looking for (as well as the Director). This brings it to 205, though we still need to do a thorough sweep. You will see some in the notes column note "review". These are Enforcement attorneys which we need to verify the ordering of (you can feel free to drop this note but I wanted to flag for your awareness). Ebenzer and I will do that, as well as complete the 100% review. We expect that with challenges and data reviews, some of these designations will be changing in the coming days/weeks. Hopefully this takes care of what you need, but please let me know if not.

V/R

Roland Jacob
Human Capital Operations Manager
Systems and Operations | Office of Human Capital
Office: (202) 435-9625 | Mobile: (202) 573-3701

Consumer Financial Protection Bureau
consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.

This message was secured by ZixCorp©.
To reach ZixCorp, go to: http://www.zixcorp.com/info/zixmail

# EXHIBIT 57

| From: | Thompson, Jennifer (CFPB) |
|---|---|
| To: | Chilbert, Christopher (CFPB); McCarty, Thomas (CFPB); Gilchrist, Joseph (CFPB); Ehsan, Adnan (CFPB); Barrett, Katy (CFPB) |
| Subject: | FW: access approval |
| Date: | Saturday, April 12, 2025 5:20:00 PM |

Good afternoon,

Would it be possible to complete this access as soon as possible for Gavin?  Thanks!

Best Wishes,

**Jenn**

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Saturday, April 12, 2025 5:18 PM
**To:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>
**Cc:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Subject:** access approval

Hi Jen –

This is approval to share the environment admin role for OPS HC – Prod with Gavin Kliger, Senior Advisor to the Acting Director.  He will need access to create, delete, modify, and grant access to flows related to Human Capital.

Please let me know if you have any questions.  Thank you.

Adam

Adam Martinez
Chief Operating Officer

# EXHIBIT 58

| | |
|---|---|
| **From:** | Martinez, Adam (CFPB) |
| **To:** | Vought, Russell (CFPB); Gueye, Jafnar (CFPB); Paoletta, Mark (CFPB); Shapiro, Daniel (CFPB); Dorfman, Victoria (Detailee); ashley.s.boizelle@doge.eop.gov; steven.m.davis@doge.eop.gov; Lewin, Jeremy; Kliger, Gavin (CFPB); Chilbert, Christopher (CFPB) |
| **Cc:** | Bishop, James (CFPB) |
| **Subject:** | RE: CFPB RIF Work |
| **Date:** | Sunday, April 13, 2025 2:37:00 PM |

Thank you.  Received and our Operations Team will start providing the items/accesses below to the identified colleagues.

Adam Martinez
Chief Operating Officer

**From:** Vought, Russell (CFPB) <Russell.Vought@cfpb.gov>
**Sent:** Sunday, April 13, 2025 2:30 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Gueye, Jafnar (CFPB) <Ngagne.Gueye@cfpb.gov>; Paoletta, Mark (CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (CFPB) <Daniel.Shapiro@cfpb.gov>; Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>; ashley.s.boizelle@doge.eop.gov; steven.m.davis@doge.eop.gov; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>; Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Cc:** Bishop, James (CFPB) <James.Bishop@cfpb.gov>
**Subject:** CFPB RIF Work





Get Outlook for Mac

CFPB_02392

EXHIBIT 59

| From: | Paoletta, Mark (Detailee)(CFPB) |
|---|---|
| To: | Martinez, Adam (CFPB); Shapiro, Daniel (Detailee) |
| Subject: | RE: final numbers |
| Date: | Tuesday, April 15, 2025 6:53:37 PM |
| Attachments: | Copy of Bureau Wide Reduction Scenario - 04152025 650pm.xlsx |

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Tuesday, April 15, 2025 6:51 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Subject:** final numbers

Could you send me the final numbers (spreadsheet) so I can enter them into the letters that need to go to OPM for approval?  This sets the competitive areas.  I think Mark was in the process of sending to me.

Thank you.

# EXHIBIT 60

| From: | McClung, Julia (CFPB) |
|---|---|
| To: | Martinez, Adam (CFPB); DiPalma, Nikki (CFPB); Strong, Liza (CFPB); Jacob, Roland (CFPB) |
| Subject: | RE: CUI - Confidential - Pre-decisional - Targeted Reductions |
| Date: | Tuesday, April 15, 2025 1:53:15 PM |
| Attachments: | Reorganization After RIF 04152025.docx |
| | Bureau Wide Reduction Scenario - 04152025 149pm.xlsx |
| Sensitivity: | Confidential |

Revised Target sheet and notes on proposed reorganization post-RIF as discussed this afternoon.

**From:** McClung, Julia (CFPB)
**Sent:** Tuesday, April 15, 2025 11:31 AM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; DiPalma, Nikki (CFPB)
<Nikki.DiPalma@cfpb.gov>
**Subject:** RE: CUI - Confidential - Pre-decisional - Targeted Reductions
**Sensitivity:** Confidential

Adam and Nikki, here is the updated sheet reflecting the specified targets.  Recommend you next seek list of excepted positions and then the end state number of positions by office.

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Monday, April 14, 2025 2:55 PM
**To:** McClung, Julia (CFPB) <Julia.McClung@cfpb.gov>; DiPalma, Nikki (CFPB)
<Nikki.DiPalma@cfpb.gov>
**Subject:** RE: CUI - Confidential - Pre-decisional - Return to FY12 Allocations
**Sensitivity:** Confidential

This is outstanding.  I'm shocked by how close we were with all of it, including the rough size of OPS.

Thank you so much for doing this.  I'm going to send over now so they can use it as they make their decisions.

Great job, Julia!

Adam Martinez
Chief Operating Officer

**From:** McClung, Julia (CFPB) <Julia.McClung@cfpb.gov>
**Sent:** Monday, April 14, 2025 1:58 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; DiPalma, Nikki (CFPB)
<Nikki.DiPalma@cfpb.gov>
**Subject:** CUI - Confidential - Pre-decisional - Return to FY12 Allocations
**Importance:** High
**Sensitivity:** Confidential

Adam and Nikki,  I have attached a bureau-wide headcount allocation reduction scenario which returns us to the actual onboard at the end of FY12.  Figures and change metrics are presented by

CFPB_02610

Division.  I assume that office level allocations will be developed later based on leadership discussions about which positions are necessary to fulfill statutory duties and support the smaller workforce within the constraints of a lower allocation for each division.  I have also included a tab which reflects the summary from the Ending FY12 Onboard Report with a few notes on what got remapped where based on subsequent reorganizations.

Call with questions.  Thanks, Julia

CFPB_02611

# EXHIBIT 61

| CUI - CONFIDENTIAL - PREDECISIONAL - DRAFT 4/15/2025 | | | | | | | | DO NOT FORWARD | |
|---|---|---|---|---|---|---|---|---|---|
| **Current Status as of PPS FY25 - Ending 03/22/2025** | | **Against Total Approved Positions** | | **Reduction Scenario** | | | | | |
| Information based on PPS FY25 Data, 04/03/2025 | | (Includes Interns) | | **Specified Targets** | | | | | |
| Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower | | | | Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower | | | | | |
| Count of Release/Retain Status | | Column Labels | | | | | | | |
| Division/Office | Onboard | Vacancy Frozen | Grand Total | Specified Targets | Reduction Required from Onboard | Reduction Required from Vacancies (Change from | % of Onboard to RIF | Total Reduction of Position Plan (Onboard plus | Total % Reduction of Position Plan |
| CFPB CENTRALIZED SERVICES | 4 | 22 | 26 | 0 | (4) | 22 | -100% | 26 | 100% |
| CFPB CENTRALIZED SERVICES-HUMAN CAPITAL | 4 | 22 | 26 | 0 | | | | | |
| CONSUMER RESPONSE EDUCATION DIV | 148 | 8 | 156 | 85 | (63) | 8 | -43% | 71 | 46% |
| CONSUMER RESPONSE | 127 | 6 | 133 | | | | | | |
| CONSUMER RESPONSE EDUCATION DIV | 8 | | 8 | | | | | | |
| FINANCIAL EDUCATION | 13 | 2 | 15 | | | | | | |
| DIRECTOR | 87 | 23 | 110 | 11 | (76) | 23 | -87% | 99 | 90% |
| Legislative Affairs | 3 | 1 | 4 | 1 | | | | | |
| Off of Policy Planning & Strategy | 16 | | 16 | 1 | | | | | |
| Office of Civil Rights | 10 | 2 | 12 | 1 | | | | | |
| Office of Fair Lending and Equal Opp | 13 | 4 | 17 | 1 | | | | | |
| Office of Minority and Women Incl | 14 | | 14 | 1 | | | | | |
| OFFICE OF THE DEPUTY DIRECTOR | | 1 | 1 | 1 | | | | | |
| OFFICE OF THE DIRECTOR | 31 | 15 | 46 | 5 | | | | | |
| ENFORCEMENT DIVISION | 241 | 34 | 275 | 75 | (166) | 34 | -69% | 200 | 73% |
| ENFORCEMENT | 241 | 34 | 275 | 75 | | | | 0 | |
| EXTERNAL AFFAIRS DIVISION | 39 | 10 | 49 | 5 | (34) | 10 | -87% | 44 | 90% |
| COMMUNICATIONS | 10 | 5 | 15 | 1 | | | | | |
| EXTERNAL AFFAIRS DIVISION | 13 | 3 | 16 | 1 | | | | | |
| INTERGOVERNMENTAL AFFAIRS | 5 | 2 | 7 | 1 | | | | | |
| PRIVATE SECTOR ENGAGEMENT | 5 | | 5 | 1 | | | | | |
| PUBLIC ENGAGEMENT | 6 | | 6 | 1 | | | | | |
| LEGAL DIVISION | 81 | 12 | 93 | 40 | (41) | 12 | -51% | 53 | 57% |
| GENERAL LAW AND ETHICS | 27 | 1 | 28 | | | | | | |
| LAW AND POLICY | 27 | 4 | 31 | | | | | | |
| LEGAL DIVISION | 12 | 1 | 13 | | | | | | |
| LITIGATION | 12 | 5 | 17 | | | | | | |
| OVERSIGHT | 3 | 1 | 4 | | | | | | |
| OPERATIONS DIVISION | 315 | 36 | 351 | 125 | (190) | 36 | -60% | 226 | 64% |
| ADMINISTRATIVE OPERATIONS | 34 | 2 | 36 | | | | | | |
| CHIEF DATA OFFICER | 9 | 3 | 12 | | | | | | |
| FINANCE AND PROCUREMENT | 53 | 7 | 60 | | | | | | |
| HUMAN CAPITAL | 60 | 9 | 69 | | | | | | |
| OPERATIONS DIVISION | 8 | 4 | 12 | | | | | | |
| TECHNOLOGY AND INNOVATION | 151 | 11 | 162 | | | | | | |
| OTHER PROGRAMS | 30 | 4 | 34 | 1 | (29) | 4 | -97% | 33 | 97% |
| DIRECTOR'S FINANCIAL ANALYSTS | 25 | 4 | 29 | 0 | | | | 0 | |
| OMBUDSMAN | 5 | | 5 | 1 | | | | 0 | |
| RESEARCH MONITORING AND REGULATIONS DIV | 217 | 25 | 242 | 68 | (149) | 25 | -69% | 174 | 72% |
| Competition and Innovation | 9 | 1 | 10 | | | | | | |
| CONSUMER POPULATIONS | 45 | 8 | 53 | | | | | | |
| MARKETS | 34 | 5 | 39 | | | | | | |
| REGULATIONS | 62 | 3 | 65 | | | | | | |
| RESEARCH | 55 | 7 | 62 | | | | | | |
| RESEARCH MONITORING AND REGULATIONS DIV | 12 | 1 | 13 | | | | | | |
| SUPERVISION DIVISION | 456 | 36 | 492 | 75 | (381) | 36 | -84% | 417 | 85% |
| DIVISION OF SUPERVISION | 1 | 1 | 2 | | | | | | |
| OFFICE OF SUPV POLICY AND OPS | 105 | 10 | 115 | | | | | | |
| SUPERVISION EXAMINATIONS | 2 | 3 | 5 | | | | | | |
| SUPERVISION MIDWEST REGION | 84 | 8 | 92 | | | | | | |
| SUPERVISION NORTHEAST REGION | 89 | 2 | 91 | | | | | | |
| SUPERVISION SOUTHEAST REGION | 96 | 3 | 99 | | | | | | |
| SUPERVISION WEST REGION | 79 | 9 | 88 | | | | | | |
| UNALLOCATED HEADCOUNT | | 13 | 13 | 0 | 0 | 13 | #DIV/0! | 13 | 100% |
| Positions Pending Approval | | 13 | 13 | | | | | 0 | |
| Grand Total | 1618 | 223 | 1841 | 485 | (1133) | 223 | -70% | 1356 | 74% |
| | | | | | Cross Check | 0 | | | |

# EXHIBIT 62

**CUI - CONFIDENTIAL - PREDECISIONAL - DRAFT 4/15/2025**  **DO NOT FORWARD**

| Current Status as of PP5 FY25 - Ending 03/12/2025 | Against Total Approved Positions | | | Reduction Scenario | | | | | |
| Information based on PP5 Data, 04/03/2025 | (Includes Interns) | | | Specified Targets | | | | | |
| Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower | | | | Onboard includes later departures for DRP, Resignation, Retirement so final counts will be lower | | | | | |
| Count of Release/Retain Status | Column Labels | | | | | | | | |
| Division/Office | Onboard | Vacancy Frozen | Grand Total | Specified Targets | Reduction Required from Onboard | Reduction Required from Vacancies (Change from | % of Onboard to RIF | Total Reduction of Position Plan (Onboard plus | Total % Reduction of Position Plan |
|---|---|---|---|---|---|---|---|---|---|
| CFPB CENTRALIZED SERVICES | 4 | 22 | 26 | 0 | (4) | 22 | -100% | 26 | 100% |
| CFPB CENTRALIZED SERVICES-HUMAN CAPITAL | 4 | 22 | 26 | 0 | | | | | |
| CONSUMER RESPONSE EDUCATION DIV | 148 | 8 | 156 | 20 | (128) | 8 | -86% | 136 | 87% |
| CONSUMER RESPONSE | 127 | 6 | 133 | 17 | | | | | |
| CONSUMER RESPONSE EDUCATION DIV | 8 | | 8 | 1 | | | | | |
| FINANCIAL EDUCATION | 13 | 2 | 15 | 2 | | | | | |
| DIRECTOR | 87 | 23 | 110 | 6 | (81) | 23 | -93% | 104 | 95% |
| Legislative Affairs | 3 | 1 | 4 | 1 | | | | | |
| Off of Policy Planning & Strategy | 16 | | 16 | 0 | | | | | |
| Office of Civil Rights | 10 | 2 | 12 | 1 | | | | | |
| Office of Fair Lending and Equal Opp | 13 | 4 | 17 | 1 | | | | | |
| Office of Minority and Women Incl | 14 | | 14 | 1 | | | | | |
| OFFICE OF THE DEPUTY DIRECTOR | 1 | 1 | 1 | 1 | | | | | |
| OFFICE OF THE DIRECTOR | 31 | 15 | 46 | 1 | | | | | |
| ENFORCEMENT DIVISION | 241 | 34 | 275 | 50 | (191) | 34 | -79% | 225 | 82% |
| ENFORCEMENT | 241 | 34 | 275 | 50 | | | | 0 | |
| EXTERNAL AFFAIRS DIVISION | 39 | 10 | 49 | 2 | (37) | 10 | -95% | 47 | 96% |
| COMMUNICATIONS | 10 | 5 | 15 | 0 | | | | | |
| EXTERNAL AFFAIRS DIVISION | 13 | 3 | 16 | 0 | | | | | |
| INTERGOVERNMENTAL AFFAIRS | 5 | 2 | 7 | 0 | | | | | |
| PRIVATE SECTOR ENGAGEMENT | 5 | | 5 | 1 | | | | | |
| PUBLIC ENGAGEMENT | 6 | | 6 | 1 | | | | | |
| LEGAL DIVISION | 81 | 12 | 93 | 27 | (54) | 12 | -67% | 66 | 71% |
| GENERAL LAW AND ETHICS | 27 | 1 | 28 | 4 | | | | | |
| LAW AND POLICY | 27 | 4 | 31 | 5 | | | | | |
| LEGAL DIVISION | 12 | 1 | 13 | 0 | | | | | |
| LITIGATION | 12 | 5 | 17 | 17 | | | | | |
| OVERSIGHT | 3 | 1 | 4 | 1 | | | | | |
| OPERATIONS DIVISION | 315 | 36 | 351 | 30 | (285) | 36 | -90% | 321 | 91% |
| ADMINISTRATIVE OPERATIONS | 34 | 2 | 36 | 5 | | | | | |
| CHIEF DATA OFFICER | 9 | 3 | 12 | 5 | | | | | |
| FINANCE AND PROCUREMENT | 53 | 7 | 60 | 5 | | | | | |
| HUMAN CAPITAL | 60 | 9 | 69 | 5 | | | | | |
| OPERATIONS DIVISION | 8 | 4 | 12 | 5 | | | | | |
| TECHNOLOGY AND INNOVATION | 151 | 11 | 162 | 5 | | | | | |
| OTHER PROGRAMS | 30 | 4 | 34 | 1 | (29) | 4 | -97% | 33 | 97% |
| DIRECTOR'S FINANCIAL ANALYSTS | 25 | 4 | 29 | 0 | | | | 0 | |
| OMBUDSMAN | 5 | | 5 | 1 | | | | 0 | |
| RESEARCH MONITORING AND REGULATIONS DIV | 217 | 25 | 242 | 22 | (195) | 25 | -90% | 220 | 91% |
| Competition and Innovation | 9 | 1 | 10 | 0 | | | | | |
| CONSUMER POPULATIONS | 45 | 8 | 53 | 3 | | | | | |
| MARKETS | 34 | 5 | 39 | 4 | | | | | |
| REGULATIONS | 62 | 3 | 65 | 10 | | | | | |
| RESEARCH | 55 | 7 | 62 | 3 | | | | | |
| RESEARCH MONITORING AND REGULATIONS DIV | 12 | 1 | 13 | 2 | | | | | |
| SUPERVISION DIVISION | 436 | 56 | 492 | 50 | (400) | 56 | -89% | 442 | 90% |
| DIVISION OF SUPERVISION | 1 | 1 | 2 | 0 | | | | | |
| OFFICE OF SUPV POLICY AND OPS | 105 | 10 | 115 | 50 | | | | | |
| SUPERVISION EXAMINATIONS | 2 | 3 | 5 | 0 | | | | | |
| SUPERVISION MIDWEST REGION | 84 | 8 | 92 | 0 | | | | | |
| SUPERVISION NORTHEAST REGION | 89 | 2 | 91 | 0 | | | | | |
| SUPERVISION SOUTHEAST REGION | 96 | 3 | 99 | 0 | | | | | |
| SUPERVISION WEST REGION | 79 | 9 | 88 | 0 | | | | | |
| UNALLOCATED HEADCOUNT | | 13 | 13 | 0 | 0 | 13 | #DIV/0! | 13 | 100% |
| Positions Pending Approval | | 13 | 13 | | | | | 0 | |
| Grand Total | 1618 | 223 | 1841 | 208 | (1410) | 223 | -87% | 1633 | 89% |
| | | | | | Cross Check | 0 | | | |

# EXHIBIT 63

| From: | McClung, Julia (CFPB) |
|---|---|
| To: | Martinez, Adam (CFPB); DiPalma, Nikki (CFPB) |
| Subject: | RE: CUI - Confidential - Pre-decisional - Targeted Reductions |
| Date: | Tuesday, April 15, 2025 11:31:00 AM |
| Attachments: | Bureau Wide Reduction Scenario - 04152025 1128am.xlsx |
| Sensitivity: | Confidential |

Adam and Nikki, here is the updated sheet reflecting the specified targets. Recommend you next seek list of excepted positions and then the end state number of positions by office.

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Monday, April 14, 2025 2:55 PM
**To:** McClung, Julia (CFPB) <Julia.McClung@cfpb.gov>; DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>
**Subject:** RE: CUI - Confidential - Pre-decisional - Return to FY12 Allocations
**Sensitivity:** Confidential

This is outstanding. I'm shocked by how close we were with all of it, including the rough size of OPS.

Thank you so much for doing this. I'm going to send over now so they can use it as they make their decisions.

Great job, Julia!

Adam Martinez
Chief Operating Officer

**From:** McClung, Julia (CFPB) <Julia.McClung@cfpb.gov>
**Sent:** Monday, April 14, 2025 1:58 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>
**Subject:** CUI - Confidential - Pre-decisional - Return to FY12 Allocations
**Importance:** High
**Sensitivity:** Confidential

Adam and Nikki, I have attached a bureau-wide headcount allocation reduction scenario which returns us to the actual onboard at the end of FY12. Figures and change metrics are presented by Division. I assume that office level allocations will be developed later based on leadership discussions about which positions are necessary to fulfill statutory duties and support the smaller workforce within the constraints of a lower allocation for each division. I have also included a tab which reflects the summary from the Ending FY12 Onboard Report with a few notes on what got remapped where based on subsequent reorganizations.

Call with questions. Thanks, Julia

# EXHIBIT 64

April 16, 11:08 AM

Hello Michael. Adam Martinez at **CFPB** recently sent a set of competitive areas for review. This is of the highest priority – please ensure we review promptly.

Call me if any questions.

Hi Gavin Thanks.  Yes Noah forwarded to us

 

# EXHIBIT 65

**Martinez, Adam (CFPB)**

| | |
|---|---|
| **Subject:** | tag up |
| **Location:** | Microsoft Teams Meeting |
| | |
| **Start:** | Tue 4/15/2025 12:00 PM |
| **End:** | Tue 4/15/2025 2:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | DiPalma, Nikki (CFPB) |
| **Required Attendees:** | Jacob, Roland (CFPB); Martinez, Adam (CFPB); Strong, Liza (CFPB); McClung, Julia (CFPB) |

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: **242 445 428 321 1**
Passcode: **S9TX7q4X**

_____

### Dial in by phone

+1 703-660-4648,,552025277# United States, Alexandria

Find a local number

Phone conference ID: 552 025 277#

For organizers: Meeting options | Reset dial-in PIN

[x]

Org help | Privacy and security

_____

1

CFPB_02456

# EXHIBIT 66

## Specific Notice of RIF Template

⊙ **Jeremy Lewin <jlewin@usaid.gov>**

Saturday, April 12, 2025 at 4:08 PM

To: ⊗ Martinez, Adam (CFPB);  **Cc:**  ● Kliger, Gavin (CFPB);  ⊗ Lewin, Jeremy  ⌄

[W] CFPB Specific Notic...    ⌄
    19.2 KB

Download  ·  Preview

Adam,

Please find attached an updated RIF letter template for tomorrow's planned personnel actions. Let me know of any questions or concerns.

We will need to pull the requisite information to accurately fill in this information for the employees in the competitive areas approved by OPM, and mail merge with the required Title 5 supporting information packet (which we have as a consolidated single PDF).

Once we have the full roster, Director Vought's team and I will conduct an individualized assessment to, consistent with the DC Circuit's stay, ensure that only non-statutory positions are affected.

In addition, what is the status of the probationary employees?

Thank you,
Jeremy

Sensitive But Unclassified (SBU)

CFPB_03627

**FW: Documents - Notices**

☺ ↩ ↩ ↪



⊗ **Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>**                                    Saturday, April 12, 2025 at 2:51PM

To:  ✓ Kliger, Gavin (CFPB);  Gavin Kliger;  Jeremy Lewin;  zachary.terrell@hhs.gov

| W≡ RIF Notice - Separati... 55.4 KB ⌄ | 🗎 CFPB exception to 9... 152.3 KB ⌄ | 🗎 CFPB exceptn to the... 173.1 KB ⌄ | +2 more ⌄ |

Download All  ·  Preview All

---

**From:** Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Date:** Friday, April 11, 2025 at 10:25 PM
**To:** zachary.terrell@hhs.gov <zachary.terrell@hhs.gov>, alexandra.beynon@ed.gov <alexandra.beynon@ed.gov>
**Subject:** FW: Documents - Notices

---

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Date:** Friday, February 14, 2025 at 7:37 PM
**To:** Young, Christopher (CFPB) <Christopher.Young2@cfpb.gov>, Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>, Wick, Jordon (CFPB) <Jordon.Wick@cfpb.gov>
**Subject:** Documents - Notices

Hi team – it's me again.

I did want to provide you all with a couple of documents FYSA so we are all on the same page.

1. List of employees to receive notices – If you could take a quick look and let me if any section is included that should not be. – NOTE: I took out any sensitive data including the data points for the notices.
2. Notice Template – We are confirming with OPM, but it's possible I do not need to sign and it can simply come from the Office of Human Capital
3. The approved 90 Comp Area rule letter
4. The approved exception to the 60 day notice rule letter
5. Our official request setting the Phase 1 competitive areas.

Adam

Adam Martinez
Chief Operating Officer

**CFPB Draft Email**



 ⊗ **Jeremy Lewin <jlewin@usaid.gov>**

Saturday, April 12, 2025 at 2:35 PM

**To:** Vought, Russell T. EOP/OMB;  Paoletta, Mark R. EOP/OMB;  **Cc:**  chris.young@cfpb.gov;  ● Kliger, Gavin (CFPB);  +5 more ⌄

As discussed, this is the request we need to CFPB staff.

****

To: Chris Chilbert (christopher.chilbert@cfpb.gov), Adam Martinez (adam.martinez@cfpb.gov), Jafnar Gueye (ngagne.gueye@cfpb.gov)

Please grant Jeremy Lewin, Gavin Kliger, Luke Farritor, and Jordan Wick full global administrative access to both Active Directory / Microsoft Entra and HR Connect. If any of their email or other accounts have been disabled, please ensure that they are reactivated and that they have full access to Bureau systems and communications.

Adam and Jafnar: please send these people four (1) all of the information from the first planned RIF action, including the populated RIF letters, employee roster and employee information, template letters, and supporting information, (2) the updated contract spreadsheet, with the detail on claimed statutory requirements, and (3) the current status of any Bureau probationary employees.

In addition, please give these four people any additional information or permissions that they may need, including additional systems access or supporting information regarding Bureau personnel or contractual obligations.

Sensitive But Unclassified (SBU)



CFPB_03630



CFPB_03631



CFPB_03632



CFPB_03633



CFPB_03634

**Info Sharing**    ☺ ↩ ↩ ↪



**⊗ Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**                    Sunday, April 13, 2025 at 3:25 PM

**To:** ● Thompson, Jennifer (CFPB);  **Cc:**  ⊗ DiPalma, Nikki (CFPB);  ● Kliger, Gavin (CFPB);  ⊗ Lewin, Jeremy ⌄

RE: Specific Notice o... ⌄    CFPB Specific Notic... ⌄    reinstated list 4-12-... ⌄    +1 more ⌄
2.3 MB                          24.6 KB                        80.8 KB

Download All

Hi Jenn –

Our Acting Director has approved us providing full access to the information below.  Based on the information I provided to you yesterday, could you send the updates to the attached RIF template? Could you 1) provide full accesses to the systems below minus HR Insights (Gavin has access) and 2) the Power BI attachments listed below.

As I understand, you have already made updates to the mail merge in Power Automate so it may make sense for Gavin to contact you or you him, walk him through all changes made so it makes it easier on him to finish it up. You will be providing him with rights, so he has ownership.

Gavin/Jeremy – Let me know if I missed anything.  Thank you.

**System Access Approved**
HR Insights – Treasury BFS/ARC has granted
Power BI
**OPS HC – Prod** Power Automate environment
CFPB_OHC_General@cfpb.gov mailbox (Use this to send the notices)
https://bcfp365.sharepoint.com/sites/hc-ler

**Files Needed**
Updated RIF List (includes notes for Retirement/Resignation but excludes the DRP Employees) (attached to this email)
Employee Reinstated List (Current Status - Probationary/Trial Period/Term – Does not include Vets, Disabled Vets, MIL Spouses) (attached to this email)
RIF Template (should include the Director's Name/Title) (attached to this email)
Power BI RIF Attachments
Attachments (8) (Provide SharePoint Link with Documents)
  1. Acknowledgement of Receipt
  2. MSPB Appeal Information
  3. OPM Retention Regulations
  4. Severance Pay Estimate
  5. Unemployment Insurance
  6. State Workforce Programs
  7. Authorization for Release of Employment Information
  8. CTAP, ICTAP and Reemployment Priority List (RPL) Program Information

**RE: Info Sharing**                                                            ☺ ↩ ↞ ↪



● Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>        Sunday, April 13, 2025 at 5:15 PM

**To:** ● Kliger, Gavin (CFPB);  **Cc:** ☺ DiPalma, Nikki (CFPB); ☺ Lewin, Jeremy; ☺ Martinez, Adam (CFPB) ⌄

Good afternoon Gavin,

You should have access to the Power Automate flows that we have used in the past to do our mass mail notifications of terminations, reinstatements and the <u>flow we prepared for the RIF back in Feb (ER Create and send PDF notices for 1st Wave notices)</u>. I also shared the <u>flow I started for this current RIF (ER Create and send PDF notices for RIF notification 4-13-2025)</u> and shared co-ownership.

These are two document libraries that are used in the flows:

- <u>Notices</u> – Contains a folder with all the templates referenced in the last RIF letters, we are using them again, and the  <u>Current draft of the RIF letter</u>
- <u>Shared Tracking: TAS, ER, SysOps</u> – site where the reference file is kept for the RIF notices and other trackers, this is referenced in the first step of the FLO
- One note, the flow will need to be updated so that the emails come from a different mailbox, we are setting you up with access to <u>CFPB_OHC_General@cfpb.gov</u> and that request has been made to T&I and I believe taken care of in the last 30 minutes but sometimes being added to a new mailbox takes a little time to show up when you go to add it to your OWA or configure it in your desktop so you might have to give it a little time.

Reach out if you have any question, I will do my best to provide context on something if I can.

Best Wishes,

**Jennifer Thompson**
HC Systems Consultant
HR Data Insights and Solutions (HRDIS) | Office of Human Capital
C: (202)374-5615

Consumer Financial Protection Bureau
**consumerfinance.gov**

*Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.*

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Sunday, April 13, 2025 2:25 PM
**To:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>
**Cc:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Subject:** Info Sharing

Hi Jenn –

**RR - PBI**



 ⊚ **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**                    Sunday, April 13, 2025 at 5:39 PM

**To:** 🔴 Thompson, Jennifer (CFPB);  🟢 Kliger, Gavin (CFPB);  **Cc:**  ⊚ DiPalma, Nikki (CFPB);  ⊙ Lewin, Jeremy  ⌄

We have authorization to work on a retention registry.  Rob Bloom had already built one in PowerBI so I'm hoping that we can work with Jenn to identify it, so we don't have to start from scratch.

Our data is in relatively good shape; however, we were in the process of working with OPM to go through all eOPFs to validate the data so it's as close as possible.  We are only waiting for a cost estimate.  What we don't know is how long it will take OPM to confirm the data.  What we were in the process of reconciling was vet preference, but we really need OPM's help with the RIF SCD, which has to be validated through their eOPF review.

Jenn and Nikki are going to strategize on what we need further and will verify with OPM in the morning.

Gavin – Please don't hesitate to connect with Jenn and/or Nikki.  If you have any recommendations of lessons learned or if there is any strategy preference let us know.

Adam


Adam Martinez
Chief Operating Officer



Quintarelli, Caroline (CFPB)  4/12 5:46 PM

Hi Gavin

Can I give you a call about the report access you need?

Quintarelli, Caroline (CFPB)  4/12 5:54 PM

Do you have your CFPB PIV with you?

I want to try something

Go to https://datainsight.teaps.treasury.gov/

Select PIV, enter your PIN and see what happens.

4/12 5:58 PM

I do not have a CFPB PIV - I do have a login.gov account

And an ID.me

Quintarelli, Caroline (CFPB)  4/12 5:59 PM

Do you have a CFPB computer?

4/12 6:00 PM

Yes

This would be the same setup that Jordan had; he worked with Patty Guzman to get this permissions set in February.

Quintarelli, Caroline (CFPB)  4/12 6:01 PM

Yes, Jordan did have a PIV though. Adam told me you have a Treasury PIV with a CFPB certificate on it. If true, that will work just fine (I think).

Also, Jordan worked with me in February not Patty.

4/12 6:03 PM

Ok, I have a Yubikey which may have a certificate; I do not think we registered any of my PIV cards with CFPB systems

4/12 6:03 PM

Ok. I have a Yubikey which may have a certificate; I do not think we registered any of my PIV cards with CFPB systems.

 Quintarelli, Caroline (CFPB)   4/12 6:03 PM

OK.

Are you accessing the CFPB network with a Yubikey?

4/12 6:08 PM

Yes

April 13

 Quintarelli, Caroline (CFPB)   4/13 1:20 PM

Hi. I was able to get that error when my PIV wasn't fully inserted properly. Can you remove it and securely reseat it to see if that fixes it?

Close out of your browser completely too. Then restart it

     ...

I may have gotten in working with a different PIV (which I just tied to the CFPB email). I can see the following reports:

Archived HRConnect Data Report Set
Contractor Management
Current WA
HRRPT Report Set
Historical WA
MD715
PII Reports
Report Manager
SF-113 Report Suite
Shared Library (Reports)
TLMS
User Utilities

Quintarelli, Caroline (CFPB)   4/13 1:30 PM

Perfect!



Quintarelli, Caroline (CFPB)  4/13 1:30 PM

Perfect!

Click on Share Library (Reports). Then search for whatever you want to search for. Last time Jordan searched 'Roster' and found what he wanted.

BTW, I know you are very busy but if you could return the access form, I would really appreciate it.

4/13 1:33 PM

It won't load without adobe acrobat, which I don't have - can you export as a word doc and send?

Quintarelli, Caroline (CFPB)  4/13 1:35 PM

Yes you can. I almost always select excel. After you run the report, it presents results. Click export. Then select the format you want.

4/13 1:35 PM

To clarify – the access form you sent won't open because I do not have adobe acrobat.

Quintarelli, Caroline (CFPB)  4/13 1:36 PM

Oh sorry

Let me see what I can figure out

Quintarelli, Caroline (CFPB)  4/13 1:48 PM

Hi Gavin. Jenn just reached out. Here's how you run the AlphaRoster.

📄 AlphaRoster.docx

There are several others out there too but this one has the basic fields people care about.

April 17

4/17 10:29 AM

Can you please send me a link to the latest sheet with the list of individuals to retain/release?

Martinez, Adam (CFPB) added Thompson, Jennifer (CFPB) and Kliger, Gavin (CFPB) to the chat.

Martinez, Adam (CFPB)  4/12 5:15 PM



Hi Gavin.  Jen (copied) is going into PBI now to try to add you and see if it works so we don't have to go through IT.

4/12 5:16 PM

Great, thanks.

Who can help with the HR system access (so I can run the relevant report)?

Martinez, Adam (CFPB)  4/12 5:20 PM

Jen is going to give you a call now re: access

and data

 **Thompson, Jennifer (CFPB)**    Chat    Shared          ⋯    

 Thompson, Jennifer (CFPB)  4/12 5:20 PM
Hi Gavin do you have a minute to talk so I can get a good understanding of what you need

 Thompson, Jennifer (CFPB)  4/12 5:27 PM
View your flow co-owners | Power Automate

4/12 6:15 PM
Jennifer, was this the correct flow? https://make.gov.powerautomate.us/environments/a6f32399-8884-ee66-9db4-
17abc56a8410/flows/b44763b0-b356-4a97-88aa-a210617bce2e/details?
utm_source=notifydesktopflowshare&utm_medium=email&loginTenant=c817bf69-ef41-4ed6-ac5f-1f44da3798c0

 Thompson, Jennifer (CFPB)  4/12 6:16 PM
We are adding you to a couple more of the flows that were built for noticing employees. That one used in the 1st
wave

4/12 6:16 PM
So this is not the flow that is planned for use in the current wave?

 Thompson, Jennifer (CFPB)  4/12 6:18 PM
No, I need to build that one once I am finished pulling reporting for the review.


4/12 6:21 PM
Can you grant access to https://bcfp365.sharepoint/sites/hc-ler?

Assume that is the Sharepoitn site we are using to store the relevant templates.

April 13

4/13 1:36 PM
Do you know the name of the report we run in HR Insight to generate the employee roster?

 Thompson, Jennifer (CFPB)  4/13 1:44 PM
Caroline is going to give you the name in a minute please stand by thanks



Do you know the name of the report we run in HR Insight to generate the employee roster?

Thompson, Jennifer (CFPB)  4/13 1:44 PM

Caroline is going to give you the name in a minute please stand by thanks

April 17

4/17 9:33 AM

Can you please send a link to the sheet that needs to be filtered, as well a link to the list of names to filter?

Thompson, Jennifer (CFPB)  4/17 9:34 AM

Ok yes we will make sure you have all the links!

👍

working on that 😄

Ok, great     Thanks     Oh, ok

Type a message

CFPB_03643

connect



 **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**

Thursday, April 17, 2025 at 9:01 AM

**To:** Kliger, Gavin (CFPB); gavin.kliger@opm.gov;  **Cc:** DiPalma, Nikki (CFPB); Thompson, Jennifer (CFPB)

Hi Gavin – Jenn is going to call you on your iphone now to get you into a call as we start.  Please pick up.

Adam Martinez
Chief Operating Officer



Ajayi, Tosin, ⊙ DiPalma, Nikki, ● Jacob, Roland, +4    Chat    Shared    ⊕                              ⫯⫯⫯ Meet now  ⌄   ⛃ 7  ⋯    ⊞

Thompson, Jennifer (CFPB) added Kliger, Gavin (CFPB) to        Press Cmd + F to find in this chat

Thompson, Jennifer (CFPB) added Jacob, Roland (CFPB)

Thompson, Jennifer (CFPB)  4/17 9:16 AM

OHC Projects - Notification_Tracker

Quintarelli, Caroline (CFPB)  4/17 10:04 AM

brb

                                                                            4/17 10:23 AM

                                                                            Keep batch number

Quintarelli, Caroline (CFPB)  4/17 10:24 AM

We have a last minute change. We need to remove Sean Ward once we get this tested.

                                                                            4/17 10:25 AM

                                                                            Keep topcount at 2

Quintarelli, Caroline (CFPB)  4/17 10:29 AM

OK will send

Final Retention Register 4-16-25.xlsx

📊  **Final Retention Register 4-16-25....**  ⊖  ⋯
     hc > Shared_Tracking_TAS_ER_SysOps

                                                                            4/17 10:31 AM

                              Thanks. Within that sheet, can you identify which tabs correspond to which set of individuals?

Quintarelli, Caroline (CFPB)  4/17 10:32 AM

Retention Run is what we are using. It contains all people we will RIF

👍

Thompson, Jennifer (CFPB)  4/17 10:40 AM

can you hear me



Thompson, Jennifer (CFPB)  4/17 10:40 AM

can you hear me

I think my power just went out

Quintarelli, Caroline (CFPB)  4/17 11:23 AM



Missing PayPlan, Grade, Retention_Group_1

 DiPalma, Nikki (CFPB) added Martinez, Adam (CFPB) to the chat.

Quintarelli, Caroline (CFPB)  4/17 11:54 AM



This is where the final docs from the mail merge get stored: https://bcfo365.sharepoint.com/sites/hc-ler/Notices?
sortField=Modified&isAscending=false&viewid=f9bb4bc2%2Df95a%2D482e%2Da81b%2Da8e3ae52fa0d&newTargetLi
stUrl=https%3A%2F%2Fbcfp365%2Esharepoint%2Ecom%2Fsites%2Fhc%2Dler%2FNotices

here's where the templates are stored

https://bcfp365.sharepoint.com/sites/hc-ler/Notices?
id=%2Fsites%2Fhc%2Dler%2FNotices%2FTemplate&viewid=f9bb4bc2%2Df95a%2D482e%2Da81b%2Da8e3ae52fa0d
&newTargetListUrl=https%3A%2F%2Fbcfp365%2Esharepoint%2Ecom%2Fsites%2Fhc%2Dler%2FNotices

Quintarelli, Caroline (CFPB)  4/17 12:04 PM



totally agree!

OK. I am looking for crazy data



4/17 12:10 PM

Dropping to go heads down on the backup plan - please call me direct if needed. Thanks all.



Quintarelli, Caroline (CFPB)  4/17 12:33 PM



brb

Quintarelli, Caroline (CFPB)  4/17 12:57 PM



I need to let my dog out.

CFPB_03646



Thompson, Jennifer (CFPB)  4/17 12:58 PM

items('Apply_to_each')?['Full_Part']

items('Apply_to_each')?['Pay_Plan_Cd']

Quintarelli, Caroline (CFPB)  4/17 1:09 PM

back

Thompson, Jennifer (CFPB)  4/17 1:21 PM

Ryan.McDonald@dhs.gov

OHC Projects - Notification_Tracker

Quintarelli, Caroline (CFPB)  4/17 1:29 PM

Please be advised that you will retain access to work systems, including email and internal platforms until 6:00 PM Eastern Time, on 4/18/2025. After that time system access will be discontinued, and you will be placed in an administrative leave status through your official separation date as outlined above.

Thompson, Jennifer (CFPB)  4/17 1:33 PM

CFPB Specific Notice of RIF 4-17-2025 1.docx

CFPB Specific Notice of RIF 4-17-...
hc-ler > Template

DiPalma, Nikki (CFPB)  4/17 1:33 PM

brb

back

Thompson, Jennifer (CFPB)  4/17 2:17 PM

TEST RIF NOTICES.xlsx

TEST RIF NOTICES.xlsx
hc > Shared_Tracking_TAS_ER_SysOps



Thompson, Jennifer (CFPB)  4/17 1:33 PM

CFPB Specific Notice of RIF 4-17-2025 1.docx

📄 **CFPB Specific Notice of RIF 4-17-...**  🔗  ⋯
hc-ler > Template

DiPalma, Nikki (CFPB)  4/17 1:33 PM

brb

back

Thompson, Jennifer (CFPB)  4/17 2:17 PM

TEST RIF NOTICES.xlsx

📊 **TEST RIF NOTICES.xlsx**  🔗  ⋯
hc > Shared_Tracking_TAS_ER_SysOps

Ajayi, Tosin (CFPB)  4/17 3:13 PM

brb

Thompson, Jennifer (CFPB)  4/17 3:36 PM

Manage your flows | Power Automate

Martinez, Adam (CFPB)  4/17 3:50 PM

brb

4/17 3:57 PM

Flow could not be activated because you need a [Power Automate Premium license](https://go.microsoft.com/fwlink/?linkid=2297915) or other license that includes premium connectors to save this flow with connection: 'Word Online (Business)'

☎ 4/17 4:07 PM  Call ended **7h 10m 42s**

CFPB_03648



**sample**

MA  ⊘ **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**
    To: ✔ Kliger, Gavin (CFPB);  gavin.kliger@opm.gov

    Thursday, April 17, 2025 at 8:05 AM

    📄 _Specific_Notice_of...
        135 KB

    Download  ·  Preview

Here's a sample of the titling, etc.

Adam Martinez
Chief Operating Officer

**FW: job codes for review and approval**



  ⊘ **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**

Thursday, April 17, 2025 at 2:20 PM

**To:** 🔵 Kliger, Gavin (CFPB)

📊 Position Retention W... ⌄
    2.4 MB

Download  ·  Preview

Here's what I sent MP yesterday. Note that it's 207 but should be 208. The difference is the Director's position.

Adam Martinez
Chief Operating Officer

**From:** Martinez, Adam (CFPB)
**Sent:** Wednesday, April 16, 2025 4:50 PM
**To:** Paoletta, Mark (Detailee) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <daniel.shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

Received. Thank you.

Adam Martinez
Chief Operating Officer

**From:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 4:46 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

Adam,

We approve the retention numbers set forth in this Excel spreadsheet.

Thanks for your work on this.

Mark

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 4:29 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

 ⊚ **Chilbert, Christop...** , ⊚ **Ehsan, Adnan,** ● **Gilchrist, Joseph, +4** ✎    Chat +1 ⊞      ⫯⫰ Meet now ⌄   ⚇ 7 ⋯      ⊡

 Kliger, Gavin (CFPB) added Gilchrist, Joseph (CFPB) and Thompson, Jennifer (CFPB) to the chat.

4/12 5:31 PM

Hey Jennifer - can you confirm who created the relevant Power Automate flow?

 Thompson, Jennifer (CFPB)  4/12 5:32 PM

Rob Bloom

4/12 5:32 PM

Joseph from the CIO's office is going to assist with permissions

 Thompson, Jennifer (CFPB)  4/12 5:32 PM

Great would you please ask that they add me to that flow

4/12 5:32 PM

https://make.gov.powerautomate.us/environments/a6f32399-8884-ee66-9db4-17abc56a8410/flows/shared/f6f63904-c5bd-4bd8-a9f9-1ad043787ffa/details

OPS HC - Prod is the environment

 Thompson, Jennifer (CFPB)  4/12 5:33 PM

I believe we are looking for a flow that is for sending Termination Notices though...

That would be the one you want to look at and I do not have access to that one but need it

 Gilchrist, Joseph (CFPB) added Chilbert, Christopher (CFPB) to the chat and shared all chat history.

 Gilchrist, Joseph (CFPB) added McCarty, Thomas (CFPB) to the chat and shared all chat history.

 Gilchrist, Joseph (CFPB)  4/12 5:35 PM

Adding Tom and Chris. We may need support from office 365 team related to share point

 Thompson, Jennifer (CFPB)  4/12 5:35 PM

OK thanks Joe

CFPB_03651

 Thompson, Jennifer (CFPB)  4/12 5:35 PM

OK thanks Joe

 Chilbert, Christopher (CFPB)  4/12 5:36 PM

bring in Adnan Ehsan

 Gilchrist, Joseph (CFPB)  4/12 5:45 PM

Gavin has been added to the Environment Maker role for OPS HC – Prod Power app, it is the same rights that Robert Bloom and Jennifer Thompson have

 Chilbert, Christopher (CFPB)  4/12 5:46 PM

do you still need sharepoint support?

 Gilchrist, Joseph (CFPB)  4/12 5:46 PM



 Chilbert, Christopher (CFPB)  4/12 5:46 PM

 I just texted adnan

 Gilchrist, Joseph (CFPB)  4/12 5:46 PM

Let's have him test and see, it may not be needed

4/12 5:48 PM

I do not see the flows in that environment

4/12 5:48 PM

I do not see the flows in that environment

 Thompson, Jennifer (CFPB)  4/12 5:51 PM

I think you might only be able to see what is shared with you Gavin, the environment doesnt show everyone's flow to everyone unless you are specifically added as a co-owner to each flow.

Right now you are only added to the one flow I shared with you so that is probably the only flow visible in that environment to you

4/12 5:54 PM

Got it - is there a role that lets you view all flows regardless of sharing status?

It looks like the environment admin role would grant the ability to view and manage all flows in the environment, which is the appropriate level of access here.

Gilchrist, Joseph (CFPB) can we grant the environment admin role for the OPS HC - Prod environment?

 Chilbert, Christopher (CFPB)  4/12 5:59 PM

Joe - Adnan is available if we need him

 Gilchrist, Joseph (CFPB)  4/12 5:59 PM

Ok let's pull him in pls.

 Chilbert, Christopher (CFPB) added Ehsan, Adnan (CFPB) to the chat.

 Chilbert, Christopher (CFPB)  4/12 6:03 PM

Joe - adnan's here. what do you need

 Gilchrist, Joseph (CFPB)  4/12 6:03 PM

Looking for a flow in Power Platform that needs to be shared

CFPB_03653

 Looking for a flow in Power Platform that needs to be shared

4/12 6:08 PM

Can we share the environment admin role for OPS HC – Prod? I think that is pretty reasonable. I will be running this operation and need to ability to create, delete, modify and grant access to flows related to HC.

Thompson, Jennifer (CFPB)  4/12 6:23 PM

 Adam sent the approval for admin role for this OPS HC-Prod environment, I forwarded it to the team, if you could get Gavin set up that would be great!  THANKS for your help 😄

Gilchrist, Joseph (CFPB)  4/12 6:24 PM

 Adnan was able to help.  Big thanks to Adnan.   Gavin has been added as an admin to the environment.

 

Thompson, Jennifer (CFPB)  4/12 6:24 PM

 Your team is AWESOME!

Gilchrist, Joseph (CFPB)  4/12 6:24 PM

 I have a prior obligation for tonight, so I will have to go offline for the night.  I'll be available tomorrow if needed.



Chilbert, Christopher (CFPB)  4/12 6:27 PM

 Thanks for your support Joe



and Adnan!



and Jennifer!

4/12 6:32 PM

Thanks all.

It does look like there is a sharepoint site (https://bcfp365.sharepoint/sites/hc-ler) where we store all the templates - can someone grant access there as well (read/write)?

Small typo – https://bcfp365.sharepoint.com/sites/hc-ler

 Thompson, Jennifer (CFPB)  4/12 6:35 PM

I will need access to that as well actually

 Chilbert, Christopher (CFPB)  4/12 6:37 PM

I think Adnan needs to to that

 Ehsan, Adnan (CFPB)  4/12 6:47 PM

**Kliger, Gavin (CFPB)** Thompson, Jennifer (CFPB) you should have access now.  @

 👍 2

 Thompson, Jennifer (CFPB)  4/12 7:26 PM

👍 ❤️ 😆 😮 😊 ↩ ⋯

Who would be able to get me access to the CFPB_EmployeeRelations@cfpb.gov shared mailbox so that I am able to email from that box using a flow

 McCarty, Thomas (CFPB) added Weigert, Brandon (CFPB) to the chat and shared all chat history.

 McCarty, Thomas (CFPB)  4/12 7:34 PM

Weigert, Brandon (CFPB) can you please assist with Thompson, Jennifer (CFPB) request

4/12 7:51 PM

+1, please mirror access requests from Jennifer to me as well.  ⊘

 McCarty, Thomas (CFPB)  4/12 7:52 PM

I'm asking my email team.  Stand by

 Ehsan, Adnan (CFPB)  4/12 7:59 PM

I added them...give it an hour to bake in.

👍 2

CFPB_03655

4/12 6:40 PM

Hello Adnan. Can you please grant read/write access to https://bcfp365.sharepoint.com/sites/hc-ler for myself and Jennifer Thompson? thanks,

Ehsan, Adnan (CFPB)  4/12 6:43 PM



sure--one sec.

April 17

Ehsan, Adnan (CFPB)  4/17 9:30 AM



GM.... Chris mentioned you asked about not having admin access to OPS HC-Prod environment.

You and Jeremy have Env Admin access to it.



Are you seeing any issue?

4/17 10:55 AM

Can you please hop on a quick call

Ehsan, Adnan (CFPB)  4/17 10:58 AM

Admin - https://gcc.admin.powerplatform.microsoft.us/environments

Development - https://make.gov.powerapps.us/

4/17 11:36 AM

Can you grant access to the "OHC Projects" sharepoint and all included files?

CFPB_03656

Can you grant access to the **"OHC Projects"** sharepoint and all included files?

Please grant read and write access.

Full control

Shared Tracking: TAS, ER, SysOps

Labor and Employee Relations - https://bcfp365.sharepoint.com/sites/hc-ler

4/17 1:09 PM

Can you grant me the microsoft word for business license? Needed to finish the power-automate flow I am building.

Ehsan, Adnan (CFPB)  4/17 1:10 PM

 let me check your licensing group...you should have word

4/17 1:10 PM

I have the word application, but I need word for business.

Ehsan, Adnan (CFPB)  4/17 1:12 PM

 hmm...are you referring to M365 for business?

4/17 1:13 PM

Was able to access, looks like it just propagated. Had asked someone else so probably a race condition. Thanks!

Ehsan, Adnan (CFPB)  4/17 1:13 PM

 you good?

4/17 3:57 PM

Flow could not be activated because you need a [Power Automate Premium license](https://go.microsoft.com/fwlink/?linkid=2297915) or other license that includes premium connectors to save this flow with connection: 'Word Online (Business)'

Can you grant this power automate premium license? Need asap to unblock.



**Request for 90 Day Comp Area Waiver and 30 Day Exception**

⊗ **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**

Tuesday, April 15, 2025 at 8:57 PM

**To:** Mahoney, Michael J;  wpintake@opm.gov;  **Cc:**  Peters, Noah;  ⊗ Lewin, Jeremy;  ● Kliger, Gavin (CFPB)  ⌄

| Item 3 High Level Or... 126.5 KB | CFPB 90-day Comp... 217.7 KB | CFPB Requesting an... 194.1 KB |

Download All  ·  Preview All

Good evening, Michael –

Attached is a new request for the Consumer Financial Protection Bureau. The February 2025 approved plan was not implemented.

**Attached**
CFPB 90-day Competitive Area Waiver
High Level Org Chart
CFPB Request for an Exception to the 60 Day RIF Notification Period

Thank you for your review and approval.

Adam

Adam Martinez
Chief Operating Officer
Consumer Financial Protection Bureau

CFPB_03658

 **Martinez, Adam (CFPB)**    Chat    Shared    ⊞                      ···    

4/12 5:14 PM

Can you send me the PowerBI link so I can take a look?

 Martinez, Adam (CFPB)  4/12 5:52 PM

Caroline Q. on my team is going to reach out to you re: HR Insight access.

April 16

4/16 2:23 PM

Hey Adam. Are we on track to potentially issue RIF notices tonight (assuming OPM competitive area approval)?

 Martinez, Adam (CFPB)  4/16 2:40 PM

Hi. We just finished a full review of all of the job codes to connect it to the number of retained positions. The retained positions document will be going to Mark for approval shortly. In the meantime, the team is going to convert the job codes to the competitive levels in the register. If Mark makes any changes, we can adjust as needed.

 Martinez, Adam (CFPB)  4/16 7:08 PM

I'm still on with my team talking through the last remaining items that we need to finish. Our folks are still mapping the job codes to the competitive level. Then we will be testing the data and doing quality control overnight. The team is working to hit the button at 9 est. tomorrow morning.

Today

 Martinez, Adam (CFPB)  1:44 PM

Hi Gavin - Could you check your email for an urgent request? Thank you.

April 12

4/12 4:21 PM



The privileged user agreement would not load on my Mac; possible it has some adobe acrobat only features that are not supproted.

 Gilchrist, Joseph (CFPB)  4/12 4:31 PM

No worries, just sent the word doc version to you.

4/12 5:30 PM

https://make.gov.powerautomate.us/environments/a6f32399-8884-ee66-9db4-17abc56a8410/flows/shared/f6f63904-c5bd-4bd8-a9f9-1ad043787ffa/details

 Chilbert, Christopher (CFPB) added Kliger, Gavin (CFPB) to the chat.

 Chilbert, Christopher (CFPB) added Martinez, Adam (CFPB) to the chat.

Gilchrist, Joseph (CFPB)  4/12 3:33 PM

 https://myapps.microsoft.com/

https://idms.cfpb.local:8443/identityiq/home.jsf

 4/12 3:52 PM   Call ended **49m 45s**

4/12 4:22 PM

Submitted the user agreement forms and took a training. One form would not open on my computer.

4/12 4:46 PM

Chilbert, Christopher (CFPB) Who would be able to grant the ability to run reports on HR Insights? You mentioned it would go through Treasury last time. We need to be able to run the report Adam Martinez's team put together so we can get a live view of the org.

⊘

Chilbert, Christopher (CFPB)  4/12 4:47 PM

 Adam's team should be able to do it

Martinez, Adam (CFPB)  4/12 4:49 PM

 on with my team now discussing how to do this



**Data Insight Access**



 ● **Quintarelli, Caroline (CFPB) <Caroline.Quintarelli@cfpb.gov>**

Saturday, April 12, 2025 at 6:22 PM

**To:** ● Kliger, Gavin (CFPB);  **Cc:** ⊘ DiPalma, Nikki (CFPB);  ⊘ Martinez, Adam (CFPB)  ˅

📄 ARC BFS Data Insigh... ˅
1.5 MB

Download  ·  Preview

Hi Gavin. Good news. The Treasury Data Insight lead should be contacting me any minute to discuss access. They will need the attached access form. Can you please sign the employee signature block and then read and sign the rules of behavior at the bottom of the form?

Return to me when you are done.

Thanks and I will be in touch soon.

Caroline Quintarelli
HC Systems Consultant
HR Data Insights and Solutions | Office of Human Capital
Phone: (202) 441-7880

Consumer Financial Protection Bureau
consumerfinance.gov

**RE: access approval**



 ● Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>

Saturday, April 12, 2025 at 6:24 PM

To: ⊗ Martinez, Adam (CFPB);  Cc: ⊗ DiPalma, Nikki (CFPB);  ● Kliger, Gavin (CFPB)  ⌄

Thanks Adam.

Best Wishes,
**Jenn**

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Saturday, April 12, 2025 5:18 PM
**To:** Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>
**Cc:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Subject:** access approval

Hi Jen –

This is approval to share the environment admin role for OPS HC – Prod with Gavin Kliger, Senior Advisor to the Acting Director.  He will need access to create, delete, modify, and grant access to flows related to Human Capital.

Please let me know if you have any questions.  Thank you.

Adam

Adam Martinez
Chief Operating Officer

CFPB_03663



CFPB_03664

**Re: CFPB Draft Email**



 ○ **Paoletta, Mark R. EOP/OMB <Mark.R.Paoletta2@omb.eop.gov>**    Saturday, April 12, 2025 at 7:11 PM

To:   Jeremy Lewin;   **Cc:**   Vought, Russell T. EOP/OMB;   chris.young@cfpb.gov;   ✓ Kliger, Gavin (CFPB);   +5 more ⌄

Adam and Jafnar,
Do not take any action until you hear from me.
Mark
Sent from my iPhone

On Apr 12, 2025, at 2:34 PM, Jeremy Lewin <jlewin@usaid.gov> wrote:

As discussed, this is the request we need to CFPB staff.

****

To: Chris Chilbert (christopher.chilbert@cfpb.gov), Adam Martinez (adam.martinez@cfpb.gov), Jafnar Gueye (ngagne.gueye@cfpb.gov)

Please grant Jeremy Lewin, Gavin Kliger, Luke Farritor, and Jordan Wick full global administrative access to both Active Directory / Microsoft Entra and HR Connect. If any of their email or other accounts have been disabled, please ensure that they are reactivated and that they have full access to Bureau systems and communications.

Adam and Jafnar: please send these people four (1) all of the information from the first planned RIF action, including the populated RIF letters, employee roster and employee information, template letters, and supporting information, (2) the updated contract spreadsheet, with the detail on claimed statutory requirements, and (3) the current status of any Bureau probationary employees.

In addition, please give these four people any additional information or permissions that they may need, including additional systems access or supporting information regarding Bureau personnel or contractual obligations.



CFPB_03666



**FW: ***Test*** Specific Notice of Reduction in Force**

**MA**   ⊗ **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**

Thursday, April 17, 2025 at 8:11 AM

**To:** ● Kliger, Gavin (CFPB);  gavin.kliger@opm.gov

THOMPSON,JENNIF...   133.1 KB          MSPB_Appeal_Infor...   18.3 KB          OPM_Retention_Reg...   632.1 KB          **+5 more ∨**

Download All  ·  Preview All

⚑  This message is high importance.

---

CUI

Here's an actual sample system generated email package.

Adam Martinez
Chief Operating Officer

---

**From:** CFPB_OHC_General <CFPB_OHC_General@cfpb.gov>
**Sent:** Thursday, April 17, 2025 7:12 AM
**To:** jennifer.marie.thompson80@gmail.com; Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>
**Subject:** ***Test*** Specific Notice of Reduction in Force
**Importance:** High

CUI

The Consumer Financial Protection Bureau identified your position being eliminated and your employment is subject to termination in accordance with reduction-in-force (RIF) procedures. Please see the attached notice of separation with associated documents and resources. Additional information regarding this action is included in the attached memorandum.

Please be advised that you will retain access to work systems, including email and internal platforms until 6:00 PM Eastern Time, on 4/17/2025. After that time system access will be discontinued, and you will be placed in an administrative leave status through your official separation date as outlined above.

It is recommended that you download a copy of your eOPF and performance records and send **only** personnel related documents to your personal email address. Employees are **strictly prohibited** from sending any Bureau work related documents, emails, information or data to their personal email address. **Employees are only authorized to email personal records outside of the Bureau.** Employees who send Bureau work related documents externally will be subject to disciplinary action up to and including removal from federal service.

Also, please ensure that your personal information is updated in HRConnect including your personal email address, personal



**Specific Notice of Reduction in Force**

○ **CFPB_OHC_General <CFPB_OHC_General@cfpb.gov>**    Thursday, April 17, 2025 at 2:53 PM

**To:** ✓ Kliger, Gavin (CFPB)

| 📄 Kliger,MELANIE,CFP... ˅ 152.4 KB | 📄 MSPB_Appeal_Infor... ˅ 18.3 KB | 📄 OPM_Retention_Reg... ˅ 632.1 KB | +5 more ˅ |

Download All   ·   Preview All

⚠ This message is high importance.

---

CUI

The Consumer Financial Protection Bureau identified your position being eliminated and your employment is subject to termination in accordance with reduction-in-force (RIF) procedures. Please see the attached notice of separation with associated documents and resources. Additional information regarding this action is included in the attached memorandum.

Please be advised that you will retain access to work systems, including email and internal platforms until 6:00 PM Eastern Time, on 4/18/2025. After that time system access will be discontinued, and you will be placed in an administrative leave status through your official separation date as outlined above.

It is recommended that you download a copy of your eOPF and performance records and send **only** personnel related documents to your personal email address. Employees are **strictly prohibited** from sending any Bureau work related documents, emails, information or data to their personal email address. **Employees are only authorized to email personal records outside of the Bureau.** Employees who send Bureau work related documents externally will be subject to disciplinary action up to and including removal from federal service.

Also, please ensure that your personal information is updated in HRConnect including your personal email address, personal phone number and home address. This information will be important as we continue to communicate with your during the RIF period.

OHC would appreciate your acknowledgement of this communication by replying to this email. Please direct any questions to CFPB_OHC_General@cfpb.gov.

Thank you,

Office of Human Capital



**Fw: \*\*\*Test\*\*\* Specific Notice of Reduction in Force**

**KG**    ● Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>    Thursday, April 17, 2025 at 8:14 AM

To:  ⊙ Paoletta, Mark (Detailee) (CFPB)

THOMPSON, JENNIF...    MSPB_Appeal_Infor...    OPM_Retention_Reg...    +5 more ⌄
133.1 KB                18.3 KB                632.1 KB

Download All  ·  Preview All

---

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Thursday, April 17, 2025 8:09:45 AM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; gavin.kliger@opm.gov <gavin.kliger@opm.gov>
**Subject:** FW: \*\*\*Test\*\*\* Specific Notice of Reduction in Force

CUI

Here's an actual sample system generated email package.

Adam Martinez
Chief Operating Officer

---

**From:** CFPB_OHC_General <CFPB_OHC_General@cfpb.gov>
**Sent:** Thursday, April 17, 2025 7:12 AM
**To:** jennifer.marie.thompson80@gmail.com; Thompson, Jennifer (CFPB) <Jennifer.Thompson@cfpb.gov>
**Subject:** \*\*\*Test\*\*\* Specific Notice of Reduction in Force
**Importance:** High

CUI

The Consumer Financial Protection Bureau identified your position being eliminated and your employment is subject to termination in accordance with reduction-in-force (RIF) procedures. Please see the attached notice of separation with associated documents and resources. Additional information regarding this action is included in the attached memorandum.

Please be advised that you will retain access to work systems, including email and internal platforms until 6:00 PM Eastern Time, on 4/17/2025. After that time system access will be discontinued, and you will be placed in an administrative leave status through your official separation date as outlined above.

CFPB_03669

**RE: \*\*\*Test\*\*\* Specific Notice of Reduction in Force**





⊘ **Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>**

Thursday, April 17, 2025 at 8:30 AM

**To:** ✔ Kliger, Gavin (CFPB)

CUI

Gavin,

The Acting Director has reviewed and approved.  We are good to go.

Thanks.

Mark

Mark Paoletta
Chief Legal Officer
CFPB

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Sent:** Thursday, April 17, 2025 8:14 AM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Subject:** Fw: \*\*\*Test\*\*\* Specific Notice of Reduction in Force

CUI

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Thursday, April 17, 2025 8:09:45 AM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; gavin.kliger@opm.gov <gavin.kliger@opm.gov>
**Subject:** FW: \*\*\*Test\*\*\* Specific Notice of Reduction in Force

CUI

Here's an actual sample system generated email package.

Adam Martinez
Chief Operating Officer





CFPB_03671



**RE: Specific Notice of RIF Template**

⊗ **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**

To:  Jeremy Lewin;  Cc:  🟢 Kliger, Gavin (CFPB);  ⊗ Lewin, Jeremy  ﹀

Saturday, April 12, 2025 at 4:33 PM

List of Employees 20...
332.7 KB

Documents – Notice...
1.4 MB

Download All

Hi Jeremy.  Received.

Attached is the master and final list with all of the fields needed for the template. This is the list that coincides with the competitive areas (attached) approved by OPM and would have been used on 2/14.

I may need some direction on the probationary employees. All have been reinstated based on the Maryland case that's with the Richmond Court of appeals. The 43 reinstated based on the DC Court of Appeals were the term/Not-to-Exceed employees that were not on probation.

Hope this makes sense. I'm touching base now with my PowerBI person.

Adam


Adam Martinez
Chief Operating Officer

**From:** Jeremy Lewin <jlewin@usaid.gov>
**Sent:** Saturday, April 12, 2025 4:08 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Cc:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Subject:** Specific Notice of RIF Template

Adam,

Please find attached an updated RIF letter template for tomorrow's planned personnel actions. Let me know of any questions or concerns.

We will need to pull the requisite information to accurately fill in this information for the employees in the competitive areas approved by OPM, and mail merge with the required Title 5 supporting information packet (which we have as a consolidated single PDF)



CFPB_03673

**RE: Data Insight Access is Ready**

 ● **Quintarelli, Caroline (CFPB) <Caroline.Quintarelli@cfpb.gov>**                    Sunday, April 13, 2025 at 1:26 PM

To:  ● Kliger, Gavin (CFPB);  Cc:  ⊗ DiPalma, Nikki (CFPB);  ⊗ Martinez, Adam (CFPB)  ∨

I was able to duplicate the error when my PIV wasn't fully inserted into my computer. Can you please make sure the card is securely inserted?

Once I got the error the browser wouldn't reprompt me for my cert. I assume that is just a caching issue, so I tried logging in using a different browser. That worked and it did prompt me. Can you please try it and let me know? Also can you verify that you can use your PIV to log into the CFPB network?

Thanks,

Caroline Quintarelli
HC Systems Consultant
HR Data Insights and Solutions | Office of Human Capital
Phone: (202) 441-7880

Consumer Financial Protection Bureau
consumerfinance.gov

---

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Sent:** Sunday, April 13, 2025 1:08 PM
**To:** Quintarelli, Caroline (CFPB) <Caroline.Quintarelli@cfpb.gov>
**Cc:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Subject:** Re: Data Insight Access is Ready

When logging in with the PIV option, I receive the error

Client certificate not presented for authentication
Error Tracking ID = tid:Cg2rY13uwCcUNRxD3sN8ssKQWsc

This is consistent and reproducible.

---

**From:** Quintarelli, Caroline (CFPB) <Caroline.Quintarelli@cfpb.gov>
**Date:** Sunday, April 13, 2025 at 10:46 AM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Cc:** DiPalma, Nikki (CFPB) <Nikki.DiPalma@cfpb.gov>, Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Subject:** RE: Data Insight Access is Ready

Hi Gavin.

Your access has been converted to PIV-enabled access because it is our understanding that you give have access to a PIV with the CFPB certificate. The url to login is https://datainsight.teaps.treasury.gov/.

Let me know if you have any questions or issues logging in



CFPB_03675



**Re: CFPB-USDS executed agreement**





✓ **Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>**

Saturday, April 12, 2025 at 4:21 PM

To: ● Gilchrist, Joseph (CFPB); Cc: ⊙ Martinez, Adam (CFPB); ⊙ Malik, Irfan (CFPB); ● McCarty, Thomas (CFPB); +2 more ∨



📄 Gavin_Kliger_Cloud... ∨    📄 FY24_Rules_of_Beh... ∨
1.2 MB                          817.5 KB

Download All  ·  Preview All

I completed the online privileged user training. I have attached two of the three forms signed; the privileged user agreement would not load on my computer. I do not have adobe acrobat; can we try sending just the text or similar?

---

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 4:08 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Cc:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>, Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>, McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>, Sadeghi, Ali (CFPB) <Youseph.Sadeghi@cfpb.gov>, Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Subject:** Re: CFPB-USDS executed agreement

Please see the PDF for the Service Desk Admin Priv. This will provide you the ability you need for managing logical access.

Joe Gilchrist
Lead, Mobility & ICAM | Infrastructure Solutions | Technology & Innovation
Mobile: (202) 420-0494
Bureau of Consumer Financial Protection
consumerfinance.gov
Availability: Telework Primary, M-T 7:30am - 6:00pm

---

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 3:35 PM
**To:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>, Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Cc:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>, Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>, McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** RE: CFPB-USDS executed agreement

The link for the privileged user training is here: Library | KnowBe4 – it's about 5 minutes long and we'll be compliant if you take it along with signing the forms.

Chris Chilbert
(202) 435-9880

---

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>

**Re: CFPB-USDS executed agreement**





● **Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>**    Saturday, April 12, 2025 at 4:39 PM

To: ● Gilchrist, Joseph (CFPB);  **Cc:** ⊘ Martinez, Adam (CFPB); ⊘ Malik, Irfan (CFPB); ● McCarty, Thomas (CFPB);  +2 more ⌄



W▪  Kliger_Privileged Us...    ⌄
166.3 KB

Download  ·  Preview

Thanks. See attached signed copy.

---

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 4:31 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Cc:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>, Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>, McCarty, Thomas
(CFPB) <Thomas.McCarty@cfpb.gov>, Sadeghi, Ali (CFPB) <Youseph.Sadeghi@cfpb.gov>, Chilbert, Christopher (CFPB)
<Christopher.Chilbert@cfpb.gov>
**Subject:** Re: CFPB-USDS executed agreement

Thank you, Gavin, sorry about the other PDF. I have converted into a word doc.  Please see attached.

Joe Gilchrist
Lead, Mobility & ICAM | Infrastructure Solutions | Technology & Innovation
Mobile: (202) 420-0494
Bureau of Consumer Financial Protection
consumerfinance.gov
Availability: Telework Primary, M-T 7:30am - 6:00pm

---

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 4:21 PM
**To:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Cc:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>, Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>, McCarty, Thomas
(CFPB) <Thomas.McCarty@cfpb.gov>, Sadeghi, Ali (CFPB) <Youseph.Sadeghi@cfpb.gov>, Chilbert, Christopher (CFPB)
<Christopher.Chilbert@cfpb.gov>
**Subject:** Re: CFPB-USDS executed agreement

I completed the online privileged user training. I have attached two of the three forms signed; the privileged user agreement
would not load on my computer. I do not have adobe acrobat; can we try sending just the text or similar?

---

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 4:08 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>



**Notice Example**

☺  ↩  ⇜  ↪

**KG**   ● **Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>**          Thursday, April 17, 2025 at 8:07 AM

**To:** ⊗ Paoletta, Mark (Detailee)(CFPB)

🖼 _Specific_Notice_of...
135 KB

Download  ·  Preview

Hello Mark,

Please see attached per discussion.

Gavin

April 16, 11:08 AM

Hello Michael. Adam Martinez at **CFPB** recently sent a set of competitive areas for review. This is of the highest priority - please ensure we review promptly.

Call me if any questions.

Hi Gavin Thanks.  Yes Noah forwarded to us

 

CFPB_03680

## Re: CFPB-USDS executed agreement

☺ ↩ ↩ ↪

 **● Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>**

Saturday, April 12, 2025 at 4:08 PM

**To:** ● Kliger, Gavin (CFPB);  **Cc:** ⊗ Martinez, Adam (CFPB); ⊗ Malik, Irfan (CFPB); ● McCarty, Thomas (CFPB);  +2 more ⌄

 Kliger_Privileged Us... ⌄
79.2 KB

Download  ·  Preview

Please see the PDF for the Service Desk Admin Priv.  This will provide you the ability you need for managing logical access.

Joe Gilchrist
Lead, Mobility & ICAM | Infrastructure Solutions | Technology & Innovation
Mobile: (202) 420-0494
Bureau of Consumer Financial Protection
consumerfinance.gov
Availability: Telework Primary, M-T 7:30am - 6:00pm

---

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 3:35 PM
**To:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>, Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Cc:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>, Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>, McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** RE: CFPB-USDS executed agreement

The link for the privileged user training is here: Library | KnowBe4 – it's about 5 minutes long and we'll be compliant if you take it along with signing the forms.

Chris Chilbert
(202) 435-9880

---

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Sent:** Saturday, April 12, 2025 3:32 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Cc:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>; McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** Re: CFPB-USDS executed agreement

Please see the attached PUA and ROB for needed access.



Joe Gilchrist
Lead, Mobility & ICAM | Infrastructure Solutions | Technology & Innovation
Mobile: (202) 420-0494
Bureau of Consumer Financial Protection

**Re: New Incident assigned to Desktop Engineering - Macs: INC0153121 - User is not able to use Adobe Acrobat to sign PDF files**



 ⊙ **Shane, Steve (CFPB) <Steven.Shane@cfpb.gov>**

Monday, April 14, 2025 at 11:38 AM

**To:** ⊕ Davey, Frank (Contractor)(CFPB); ✓ Carvajal, Cesar (CFPB);  **Cc:**  ✓ Kliger, Gavin (CFPB)  ⌄

Good Morning, Gavin.

It looks like the Adobe Acrobat install failed on your system. I have flushed the policy. It will attempt to install once the machine comes online.

Thank you,
Steve

---

**From:** Service Desk (CFPB) <servicedesk@cfpb.gov>
**Date:** Monday, April 14, 2025 at 11:32 AM
**To:** Davey, Frank (Contractor)(CFPB) <Frank.Davey@cfpb.gov>, Northern, Dwayne (Contractor)(CFPB) <Dwayne.Northern@cfpb.gov>, Carvajal, Cesar (CFPB) <Cesar.Carvajal@cfpb.gov>, Butler, Cardell (Contractor)(CFPB) <Cardell.Butler@cfpb.gov>, Oyawale, Jide (Contractor)(CFPB) <Jide.Oyawale@cfpb.gov>, Shane, Steve (CFPB) <Steven.Shane@cfpb.gov>, West, Mark (CFPB) <Mark.West@cfpb.gov>
**Subject:** New Incident assigned to Desktop Engineering - Macs: INC0153121 - User is not able to use Adobe Acrobat to sign PDF files

An incident has been opened and assigned to your group Desktop Engineering - Macs.

| Incident Information | |
|---|---|
| Short Description: | User is not able to use Adobe Acrobat to sign PDF files |
| Caller: | Gavin Kliger |
| Priority: | 5 - Planning |
| Incident Number: | INC0153121 |
| Open Date: | 2025-04-14 11:03:17 EDT |

Click this link to go the the view the incident: INC0153121

Ref:MSG6003531_7t8EgWBN7B4GjeZd0JuX

**access approval**                                                          

   ⊙ **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**                Saturday, April 12, 2025 at 6:17 PM

**To:** ● Thompson, Jennifer (CFPB);  **Cc:**  ⊙ DiPalma, Nikki (CFPB);  ● Kliger, Gavin (CFPB)  ⌄

Hi Jen –

This is approval to share the environment admin role for OPS HC – Prod with Gavin Kliger, Senior Advisor to the Acting Director.  He will need access to create, delete, modify, and grant access to flows related to Human Capital.

Please let me know if you have any questions.  Thank you.

Adam

Adam Martinez
Chief Operating Officer

CFPB_03683

**access control**                                                                    ☺ ↩ ⬳ ↪

 **Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>**    Thursday, April 17, 2025 at 2:07 PM

**To:** ⊙ Chilbert, Christopher (CFPB);  ● McCarty, Thomas (CFPB);  🟡 Michalosky, Martin (CFPB);  ⊘ Benning, Len (CFPB);   +4 more ⌄

Team –

The Bureau is in the process of issuing RIF notices to identified employees.  As soon as HC is able, they will provide you a list of names whose access should be disconnected at 6:00 pm EST tomorrow, April 18, 2025.

There will be a list of several OHC employees who will be RIF and must retain their IT and PIV IT access in order for them to process all of this.

Since the building is closed, the most important action needed is to disconnect IT access for tomorrow night.

Nikki, Liza, or I will provide you the list asap.  Thank you.

Adam

Adam Martinez
Chief Operating Officer

 Kliger, Gavin (CFPB) added Guzman Evans, Patty (CFPB) and Martinez, Adam (CFPB) to the chat.

4/12 5:38 PM

Hello Patty. Can you please grant me the ability to run. Staffing report on HR Insight?

April 14

 Guzman Evans, Patty (CFPB)   4/14 9:03 AM

Good morning, I understand this was taken care of and no further action is needed.

 Martinez, Adam (CFPB)   4/14 10:46 AM

correct.  thank you.

**Re: CFPB RIF Work**                                                                          😊  ↩  ↩  ↪

 ● **Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>**                Thursday, April 17, 2025 at 10:01 AM

To:  ⊗ Chilbert, Christopher (CFPB);  ⊗ Lewin, Jeremy;  ● Ehsan, Adnan (CFPB);  **Cc:**  ● McCarty, Thomas (CFPB)  ˅

---

My mistake – can I also get admin to "OPS HC – DEV"?

---

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Date:** Thursday, April 17, 2025 at 9:28 AM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>, Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>, Ehsan, Adnan (CFPB) <Adnan.Ehsan@cfpb.gov>
**Cc:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** RE: CFPB RIF Work

+ @Ehsan, Adnan (CFPB)

Gavin – you are showing as an admin in that environment. Adnan Ehsan will reach out to troubleshoot with you.

Chris Chilbert
(202) 435-9880

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Sent:** Thursday, April 17, 2025 9:23 AM
**To:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>; Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Cc:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** Re: CFPB RIF Work

Hey Chris, looks like I still do not have admin over the Power Automate "OPS HC – PROD" environment, which is needed to manage and execute the RIF notice disbursal. Can we get that ASAP?

Gavin

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Date:** Monday, April 14, 2025 at 10:40 AM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>, Lewin, Jeremy <Jeremy.Lewin@cfpb.gov>
**Cc:** McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** RE: CFPB RIF Work

Gavin & Jeremy – following up on my note from yesterday, just wanted to see if you had time this afternoon to meet with us to confirm you have all the access you need and it works with your machines. We normally manage our Microsoft infrastructure on Windows laptops vs. MacBook's, so I want to identify any blockers now.
Thanks,

Chris Chilbert
(202) 435-9880

CFPB_03686

April 12

4/12 2:09 PM

Chris, please call me back.

Chilbert, Christopher (CFPB)  4/12 3:07 PM

I'm trying to call you into a group call

To walk through the plan

4/12 4:47 PM

↱  GK  Kliger, Gavin (CFPB)  4/12/25 4:46 PM

Chilbert, Christopher (CFPB) Who would be able to grant the ability to run reports on HR Insights? You mentioned it would go through Treasury last time. We need to be able to run the report Adam Martínez's team put together so we can get a live view of the org.

April 14



Chilbert, Christopher (CFPB)  4/14 2:01 PM

Gavin - let me know if you have time to check your access to EntraID and Active Directory as your permissions should be set up.

**Re: CFPB Draft Email**

 ⊘ **Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>**

**To:** Jeremy Lewin

Saturday, April 12, 2025 at 3:26 PM

 RIF Notice - Separati... ⌄
47.9 KB

Download · Preview

Get Outlook for Mac

**From:** Jeremy Lewin <jlewin@usaid.gov>
**Date:** Saturday, April 12, 2025 at 2:35 PM
**To:** Vought, Russell T. EOP/OMB <Russell.T.Vought2@omb.eop.gov>, Paoletta, Mark R. EOP/OMB
<Mark.R.Paoletta2@omb.eop.gov>
**Cc:** chris.young@cfpb.gov <chris.young@cfpb.gov>, Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>, Wick, Jordan (CFPB)
<Jordan.Wick@cfpb.gov>, jordan.wick@gsa.gov <jordan.wick@gsa.gov>, Kliger, Gavin - OSEC, DC <Gavin.Kliger@usda.gov>,
Farritor, Luke (OS/IOS) <luke.farritor@hhs.gov>, Farritor, Luke (CFPB) <Luke.Farritor@cfpb.gov>
**Subject:** CFPB Draft Email

As discussed, this is the request we need to CFPB staff.

****

To: Chris Chilbert (christopher.chilbert@cfpb.gov), Adam Martinez (adam.martinez@cfpb.gov), Jafnar Gueye
(ngagne.gueye@cfpb.gov)

Please grant Jeremy Lewin, Gavin Kliger, Luke Farritor, and Jordan Wick full global administrative access to both Active
Directory / Microsoft Entra and HR Connect. If any of their email or other accounts have been disabled, please ensure that
they are reactivated and that they have full access to Bureau systems and communications.

Adam and Jafnar: please send these people four (1) all of the information from the first planned RIF action, including the
populated RIF letters, employee roster and employee information, template letters, and supporting information, (2) the
updated contract spreadsheet, with the detail on claimed statutory requirements, and (3) the current status of any Bureau
probationary employees.

In addition, please give these four people any additional information or permissions that they may need, including additional
systems access or supporting information regarding Bureau personnel or contractual obligations.

**Re: job codes for review and approval**



 ● Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>

Thursday, April 17, 2025 at 2:23 PM

To: ◎ Paoletta, Mark (Detailee)(CFPB)


Final Retention Regis...
2.5 MB

Download · Preview

Please see attached for personnel retained. See RetentionRun for released employees, and Retention Retain for retained employees. Per discussion, the difference in count is likely due to unfilled positions, but will verify.

Gavin

**From:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Date:** Thursday, April 17, 2025 at 2:19 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Subject:** FW: job codes for review and approval

**From:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 4:50 PM
**To:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

Received.  Thank you.

Adam Martinez
Chief Operating Officer

**From:** Paoletta, Mark (Detailee)(CFPB) <Mark.Paoletta@cfpb.gov>
**Sent:** Wednesday, April 16, 2025 4:46 PM
**To:** Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Shapiro, Daniel (Detailee) <Daniel.Shapiro@cfpb.gov>
**Cc:** Dorfman, Victoria (Detailee) <Victoria.Dorfman@cfpb.gov>
**Subject:** RE: job codes for review and approval

Adam,

We approve the retention numbers set forth in this Excel spreadsheet.

Thanks for your work on this.

Mark

**Re: CFPB-USDS executed agreement**



 ● Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>    Saturday, April 12, 2025 at 3:32 PM

**To:** ● Kliger, Gavin (CFPB); **Cc:** ⊗ Chilbert, Christopher (CFPB); ⊗ Martinez, Adam (CFPB); ⊗ Malik, Irfan (CFPB); +1 more ∨

📄 Gavin_Kliger_Cloud...  ∨    📄 FY24_Rules_of_Beh...  ∨
　　1.4 MB　　　　　　　　　　　320.2 KB

Download All  ·  Preview All

Please see the attached PUA and ROB for needed access.

Joe Gilchrist
Lead, Mobility & ICAM | Infrastructure Solutions | Technology & Innovation
Mobile: (202) 420-0494
Bureau of Consumer Financial Protection
consumerfinance.gov
Availability: Telework Primary, M-T 7:30am - 6:00pm

---

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 2:14 PM
**To:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Subject:** Fw: CFPB-USDS executed agreement

---

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Sent:** Friday, February 7, 2025 7:41 PM
**To:** Jesuorobo, Dickson (CFPB) <Dickson.Jesuorobo@cfpb.gov>; Sadeghi, Ali (CFPB) <Youseph.Sadeghi@cfpb.gov>; Weigert, Brandon (CFPB) <Brandon.Weigert@cfpb.gov>; McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>; Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>; Gilmore, Vivienne (CFPB) <Vivienne.Gilmore@cfpb.gov>; Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>; Sayre, Stephen (CFPB) <Stephen.Sayre@cfpb.gov>; Scott, Adam (CFPB) <Adam.Scott@cfpb.gov>; Benning, Len (CFPB) <Lenny.Benning@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Szybala, Julia (CFPB) <Julia.Szybala@cfpb.gov>; White, Sonya (CFPB) <Sonya.White@cfpb.gov>; Beaudette, Mark (CFPB) <Mark.Beaudette@cfpb.gov>; Chang, Jean (CFPB) <Jean.Chang@cfpb.gov>; Broeksmit, Samuel (CFPB) <Samuel.Broeksmit@cfpb.gov>; Sutton, Jocelyn (CFPB) <Jocelyn.Sutton@cfpb.gov>
**Cc:** Kliger, Gavin <Gavin.Kliger@cfpb.gov>
**Subject:** FW: CFPB-USDS executed agreement

All – please see instructions below. We have received direction from Acting Director Vought to provide administrative access to the systems listed in the email below.

**RE: CFPB-USDS executed agreement**    ☺ ↰ ↰ ↱

    ⊗ Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>    Saturday, April 12, 2025 at 3:35 PM

To: ● Gilchrist, Joseph (CFPB); ● Kliger, Gavin (CFPB); Cc: ⊙ Martinez, Adam (CFPB); ⊙ Malik, Irfan (CFPB); +1 more ⌄

The link for the privileged user training is here: Library | KnowBe4 – it's about 5 minutes long and we'll be compliant if you take it along with signing the forms.

Chris Chilbert
(202) 435-9880

**From:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Sent:** Saturday, April 12, 2025 3:32 PM
**To:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Cc:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>; McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>
**Subject:** Re: CFPB-USDS executed agreement

Please see the attached PUA and ROB for needed access.

Joe Gilchrist
Lead, Mobility & ICAM | Infrastructure Solutions | Technology & Innovation
Mobile: (202) 420-0494
Bureau of Consumer Financial Protection
consumerfinance.gov
Availability: Telework Primary, M-T 7:30am - 6:00pm

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 2:14 PM
**To:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Subject:** Fw: CFPB-USDS executed agreement

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Sent:** Friday, February 7, 2025 7:41 PM
**To:** Jesuorobo, Dickson (CFPB) <Dickson.Jesuorobo@cfpb.gov>; Sadeghi, Ali (CFPB) <Youseph.Sadeghi@cfpb.gov>; Weigert, Brandon (CFPB) <Brandon.Weigert@cfpb.gov>; McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>; Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>; Gilmore, Vivienne (CFPB) <Vivienne.Gilmore@cfpb.gov>; Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>; Sayre, Stephen (CFPB) <Stephen.Sayre@cfpb.gov>; Scott, Adam (CFPB) <Adam.Scott@cfpb.gov>; Benning, Len (CFPB) <Lenny.Benning@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Szybala, Julia (CFPB) <Julia.Szybala@cfpb.gov>; White, Sonya (CFPB) <Sonya.White@cfpb.gov>; Beaudette, Mark (CFPB) <Mark.Beaudette@cfpb.gov>; Chang, Jean (CFPB) <Jean.Chang@cfpb.gov>; Brooksmit, Samuel (CFPB) <Samuel.Brooksmit@cfpb.gov>; Sutton, Jocelyn (CFPB)

**Re: CFPB-USDS executed agreement**    



✔ **Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>**    Saturday, April 12, 2025 at 2:27 PM

To: ✔ Kliger, Gavin (CFPB);  Cc: ✔ McCarty, Thomas (CFPB);  ⊗ Chilbert, Christopher (CFPB);  ⊗ Malik, Irfan (CFPB)  ⌄

ⓘ Completed on Wednesday, April 23, 2025.

Hi Gavin,

I have received your request below. Thank you for the cited material below in reference to reinstating the privilege access of Microsoft Entra ID Global Admin as well as On-Premises Domain Admin. As requested, we are contacting Chris to reach out to you immediately. I will let you know more, or Chris will let you know more shortly. Thank you for your patience.

Joe Gilchrist
Lead, Mobility & ICAM | Infrastructure Solutions | Technology & Innovation
Mobile: (202) 420-0494
Bureau of Consumer Financial Protection
**consumerfinance.gov**
Availability http://www.consumerfinance.gov/ 1 - 6:00pm

**From:** Kliger, Gavin (CFPB) <Gavin.Kliger@cfpb.gov>
**Date:** Saturday, April 12, 2025 at 2:14 PM
**To:** Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>
**Subject:** Fw: CFPB-USDS executed agreement

**From:** Chilbert, Christopher (CFPB) <Christopher.Chilbert@cfpb.gov>
**Sent:** Friday, February 7, 2025 7:41 PM
**To:** Jesuorobo, Dickson (CFPB) <Dickson.Jesuorobo@cfpb.gov>; Sadeghi, Ali (CFPB) <Youseph.Sadeghi@cfpb.gov>; Weigert, Brandon (CFPB) <Brandon.Weigert@cfpb.gov>; McCarty, Thomas (CFPB) <Thomas.McCarty@cfpb.gov>; Malik, Irfan (CFPB) <Irfan.Malik@cfpb.gov>; Gilmore, Vivienne (CFPB) <Vivienne.Gilmore@cfpb.gov>; Gilchrist, Joseph (CFPB) <Joseph.Gilchrist@cfpb.gov>; Sayre, Stephen (CFPB) <Stephen.Sayre@cfpb.gov>; Scott, Adam (CFPB) <Adam.Scott@cfpb.gov>; Benning, Len (CFPB) <Lenny.Benning@cfpb.gov>; Martinez, Adam (CFPB) <Adam.Martinez@cfpb.gov>; Szybala, Julia (CFPB) <Julia.Szybala@cfpb.gov>; White, Sonya (CFPB) <Sonya.White@cfpb.gov>; Beaudette, Mark (CFPB) <Mark.Beaudette@cfpb.gov>; Chang, Jean (CFPB) <Jean.Chang@cfpb.gov>; Broeksmit, Samuel (CFPB) <Samuel.Broeksmit@cfpb.gov>; Sutton, Jocelyn (CFPB) <Jocelyn.Sutton@cfpb.gov>
**Cc:** Kliger, Gavin <Gavin.Kliger@cfpb.gov>
**Subject:** FW: CFPB-USDS executed agreement

All – please see instructions below. We have received direction from Acting Director Vought to provide administrative access to the systems listed in the email below.

April 16, 11:08 AM

Hello Michael. Adam Martinez at **CFPB** recently sent a set of competitive areas for review. This is of the highest priority – please ensure we review promptly.

Call me if any questions.

Hi Gavin Thanks.  Yes Noah forwarded to us

 

CFPB_03693

# EXHIBIT 67

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' First Privilege Log

| File Name | BATES RANGE | PRODUCTION | DOC TYPE | SUBJECT | DATE | FROM | TO | CC | SUBJECT MATTER | PRIVILEGE ASSERTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1Proposed CFPB RIF List -- WITHHOLD IN FULL | | | Email | Proposed CFPB RIF List | Apr. 13, 2025 | Lewin, J. | *Paoletta, M.; Vought, R. | Kliger, G. | Email attaching spreadsheet of CFPB employees and positions and reflecting confidential predecisional deliberations concerning which positions are statutorily required, discussions of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |
| 2RE_ Proposed CFPB RIF List -- WITHHOLD IN FULL | | | Email | RE: Proposed CFPB RIF List | Apr. 13, 2025 | *Paoletta, M. | Lewin, J.; *Paoletta, M.; Vought, R. | Kliger, G. | Email chain reflecting confidential predecisional deliberations concerning which positions are statutorily required, discussions of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |
| 3FW Proposed CFPB RIF List -- | | | Email | FW: Proposed CFPB RIF List | Apr. 13, 2025 | *Paoletta, M. | Martinez, A. | | Email chain reflecting confidential predecisional | DPP; ACP; WP |

*National Treasury Employees Union v. Vought*, No. 1:25–cv–00381 (DDC) – Defendants' First Privilege Log

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITHHOL D IN FULL | | | | | | | | deliberations concerning which positions are statutorily required, discussion of the litigation, and seeking legal advice concerning that topic. | |
| 4Re Proposed CFPB RIF List 2 -- WITHHOL D IN FULL | | | Email | Re: Proposed CFPB RIF List | Apr. 13, 2025 | Lewin, J. | Lewin, J.; *Paoletta, M.; Vought, R. | Kliger, G. | Email chain reflecting confidential predecisional deliberations concerning which positions are statutorily required and seeking legal advice concerning that topic. | DPP; ACP; WP |
| 5CFPB RIF Work -- WITHHOL D IN FULL | | | Email | CFPB RIF Work | April 13, 2025 | Vought | Martinez, A.; Gueye, J.; *Paoletta, M; Shapiro, D.; *Dorfman, V; *Boizelle, A.; Davis, S.; Lewin, J.; Kliger, G.; Chilbert, C. | Bishop, J. | Email reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |
| 7Re_CFPB RIF Work -2 -- | | | Email | Re: CFPB RIF Work | April 13, 2025 | Lewin, J | *Paoletta, M; Shapiro, D.; Boizelle, A.; | Bishop, J. | Email chain reflecting confidential predecisional | ACP; DPP; WP |

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' First Privilege Log

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITHHOLD IN FULL | | | | | | *Dorfman, V; *Fox, J. | | deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | |
| 8 Re_CFPB RIF Work -3 -- WITHHOLD IN FULL | | | Email | Re: CFPB RIF Work | April 13, 2025 | Boizelle, A | Lewin, J; *Paoletta, M; Shapiro, D.; *Dorfman, V; *Fox, J. | Bishop, J. | Email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | ACP; DPP; WP |
| 9 Re_CFPB RIF Work -4 -- WITHHOLD IN FULL | | | Email | Re: CFPB RIF Work | April 13, 2025 | *Paoletta, M. | *Boizelle, A; Lewin, J; Shapiro, D.; *Dorfman, V; *Fox, J. | Bishop, J.; *McArthur, E. | Email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | ACP; DPP; WP |
| 10 Re_CFPB RIF Work -5 -- | | | Email | Re: CFPB RIF Work | April 13, 2025 | *Paoletta, M. | Vought, R.; Martinez, A.; Gueye, J.; Shapiro, D.; *Dorfman, V; | Bishop, J. | Email chain reflecting confidential predecisional deliberations | ACP; DPP; WP |

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' First Privilege Log

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITHHOL D IN FULL | | | | | | | *Boizelle, A.; Davis, S.; Lewin, J.; Kliger, G.; Chilbert, C. | | concerning potential RIF, discussion of the litigation, and reflecting legal advice concerning that topic. | |
| 11 Call – WITHHOL D IN FULL | | | Email | Call | Apr. 15, 2025 | *Burnham J. | *Paoletta, M.; *Mascott, J.; *Boizelle, A. | Email between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |
| 12 Re Call -- WITHHOL D IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Paoletta, M. | *Burnham, J.; *Mascott, J.; *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |

*National Treasury Employees Union v. Vought*, No. 1:25–cv–00381 (DDC) – Defendants' First Privilege Log

| 13 Re_ Call - 2 -- WITHHOLD IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Mascott, J. | *Paoletta, M. | *Burnham, J.; *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 RE Call - 3 -- WITHHOLD IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Burnham, J. | *Mascott, J.; *Paoletta, M. | *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |
| 15 RE Call - 4 -- WITHHOLD IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Paoletta, M. | *Burnham, J.; *Mascott, J. | *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential | ACP; WP; PCP |

*National Treasury Employees Union v. Vought*, No. 1:25–cv–00381 (DDC) – Defendants' First Privilege Log

| | | | | | | | | | | communication concerning the provision of legal advice regarding potential RIF in context of litigation. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 RE_ Call - 5 -- WITHHOLD IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Burnham, J. | *Paoletta, M.; *Mascott, J. | *Boizelle, A. | | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |
| 17 RE Call - 6 -- WITHHOLD IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Mascott, J. | *Burnham, J. | *Paoletta, M.; *Boizelle, A. | | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |

*National Treasury Employees Union v. Vought*, No. 1:25–cv–00381 (DDC) – Defendants' First Privilege Log

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 RE_ Call - 7 -- WITHHOL D IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Mascott, J. | *Burnham, J. | *Paoletta, M.; *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |
| 19 RE  Call - 8 -- WITHHOL D IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Paoletta, M. | *Mascott, J.; *Burnham, J. | *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |
| 20 RE  Call - 9 -- WITHHOL D IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Burnham , J. | *Paoletta, M.; *Mascott, J. | *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential | ACP; WP; PCP |

*National Treasury Employees Union v. Vought*, No. 1:25–cv–00381 (DDC) – Defendants' First Privilege Log

| | | | | | | | | | | communication concerning the provision of legal advice regarding potential RIF in context of litigation. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 RE_ Call - 10 -- WITHHOLD IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Paoletta, M. | *Mascott, J.; *Burnham, J. | *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |
| 22 RE Call - 11 -- WITHHOLD IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Mascott, J. | *Paoletta, M.; *Burnham, J. | *Boizelle, A. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; PCP |

*National Treasury Employees Union v. Vought*, No. 1:25–cv–00381 (DDC) – Defendants' First Privilege Log

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 RE_Call - 12 -- WITHHOL D IN FULL | | | Email | Re: Call | Apr. 15, 2025 | *Mascott, J. | *Paoletta, M.; *Burnham, J. | *Boizelle, A.; Shapiro, D. | Email chain between attorneys in the Executive Office of the President and Mr. Paoletta reflecting confidential predecisional and deliberative communication concerning the provision of legal advice regarding potential RIF in context of litigation. | ACP; WP; DPP; PCP |

# EXHIBIT 68

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' Second Privilege Log

| Doc # | File Name | BATES RANGE | PRODUCTION | DOC TYPE | SUBJECT | DATE | FROM | TO | CC | SUBJECT MATTER | PRIVILEGE ASSERTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Reference Material | N/A | | Email | Reference Material | Feb. 25, 2025 | Martinez, Adam | *Stout, Abigal | | Email with DOJ counsel concrning RIF made for purposes of rendering legal advice in confidence without disclosure to outside parties and made in connection with litigation. | AC; WP |
| 2 | AM response RE_CFPB RIF Work_Redacted | CFPB_02391 to CFPB_02392 | 4.24 Martinez Production | Email | RE: CFPB RIF Work | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin, Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |

| 3 | FW_ CFPB RIF Work 1_Redacted | CFPB_02463 to CFPB_02464 | 4.24 Martinez Production | Email | FW: CFPB RIF Work | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |
| 4 | RE_ CFPB RIF Work response_Redacted | CFPB_02594 to CFPB_02595 | 4.24 Martinez Production | Email | RE: CFPB RIF Work | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |

| 5 | FW_ CFPB RIF Work_Redacted | CFPB_02461 to CFPB_02462 | 4.24 Martinez Production | Email | FW: CFPB RIF Work | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |
| 8 | Re: Privileged email vd and am – redacted | CFPB_02634-CFPB_02638 | 4.24 Martinez Production | Email | Re: Privileged: | Apr. 17, 2025 | *Dorfman, Victoria | Martinez, Adam | | Redacted email chain reflecting confidential legal advice concerning RIF and reflecting communications with DOJ counsel concerning litigation. | AC; WP |

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' Second Privilege Log

| 9 | RE: CFPB RIF Work Redacted | N/A | | Email | CFPB RIF WORK | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; AC; WP |

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' Second Privilege Log

| 10 | FW: CFPB RIF Work 5_Redacted | CFPB_02752-CFPB_02753 | 4.24 Martinez Production | Email | CFPB RIF WORK | Apr. 13, 2025 | Paoletta, Mark; Vought, Russell | Vought, Russell; Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, including discussions with counsel for CFPB and DOJ and seeking legal advice concerning that topic. | DPP; AC; WP |

| 11 | FW: CFPB RIF Work-6_Redacted | CFPB_02754-CFPB_02755 | 4.24 Martinez Production | Email | CFPB RIF WORK | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |
|----|------------------------------|------------------------|-------------------------|-------|---------------|----------------|-----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
| 12 | Re: CFPB RIF Work-2_Redacted | CFPB_02768-CFPB_02769 | 4.24 2nd Production | Email | CFPB RIF WORK | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |

| 13 | Re: CFPB RIF Work-4_ Redacted | CFPB_02770-CFPB_02773 | 4.24 2nd Production | Email | CFPB RIF WORK | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |
|----|-------------------------------|-----------------------|--------------------|-------|---------------|---------------|-----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
| 15 | Re: CFPB RIF Work- Redacted | CFPB_01520 to CFPB_01522 | 4.23 5 PM Production | Email | CFPB RIF WORK | Apr. 13, 2025 | Vought, Russell | *Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |

| 16 | Re: CFPB RIF Work-Redacted | CFPB_02065 to CFPB_02068 | 4.23 5 PM Production | Email | CFPB RIF WORK | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | DPP; ACP; WP |
|----|----|----|----|----|----|----|----|----|----|----|----|
| 17 | 04142025 through 04162025 McCLung Meeting Notes Redacted | CFPB_03029 to CFPB_03035 | 4.24 4th Production | Handwritten Notes | Meeting Notes | Apr. 14, 2025 to Apr. 16, 2025 | McClung, Julia | | | Redacted handwritten notes reflecting confidential predecisional deliberations concernign RIF and reflecting legal advice in context of litigation. | DPP; AC; WP |

| 18 | Copy of OPS Scenario Planning (TABS REMOVED) | CFPB_02900 | 4.24 4th Production | Spreadshee t | OPS Scenario Planning | Apr. 14, 2025 | McClung, Julia | | | Redacted spreadsheet reflecting predecisional and deliberative discussion about potential RIF in context of litigation and reflecting legal analysis. | DPP; WP |
|----|----|----|----|----|----|----|----|----|----|----|----|
| 19 | OPS Scenario Planning (TABS REMOVED) | CFPB_02901 | 4.24 4th Production | Spreadshee t | OPS Scenario Planning | Feb. 4, 2025 | McClung, Julia | | | Redacted spreadsheet reflecting predecisional and deliberative discussion about potential RIF in context of litigation and reflecting legal analysis. | DPP; WP |
| | Re: Proposed CFPB RIF List | CFPB_03632 | 4.24 Kliger Production | Email | Proposed CFPB RIF List | Apr. 13, 2025 | *Lewin, Jeremy | *Paoletta, Mark; Vought, Russell; Kliger, Gavin | | Email chain reflecting confidential legal advice from counsel concerning RIF made in context of litigation. | AC/WP |

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' Second Privilege Log

| CFPB RIF Work | CFPB_03633 | | Email | CFPB RIF Work | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | | Email reflecting request for confidential legal advice from counsel concerning RIF made in context of litigation. | AC/WP |
| Re:CFPB RIF Work | CFPB_03634 | | Email | CFPB RIF Work | Apr. 13, 2025 | Paoletta, Mark | Vought, Russell; Martinez, Adam; Gueye, Jafnar; *Paoletta, Mark; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley, Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | | Email reflecting request for confidential legal advice from counsel concerning RIF made in context of litigation. | AC/WP |
| Re: Activity in Case 1:25-cv-00381-ABJ National Treasury Employees Union v. Vought Order | CFPB_03671 | | Email | Current Litigation | Apr. 18, 2025 | Kliger, Gavin | *Paoletta, Mark | | Email with attachments reflecting confidential discussion of RIF and reflecting the advice of legal counsel in the context of the litigation | AC/WP |

|   | CFPB Statutory Functions/ RIF List | CFPB_03676 |   | Email | CFPB Statutory Functions/ RIF List |   | *Lewin, Jeremy | *Boizelle, Ashley; *Burnham, James; *Fox, Joshua; *Raynor, Austin |   | Email with attachments reflecting confidential discussion of legal advice in the context of litigation. | AC/WP |
| 21 | Re: CFPB RIF Work | N/A |   | Email | CFPB RIF Work |   | Paoletta, Mark | Vought, Russell; Martinez, Adam; Gueye, Janfar; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley; Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, including discussions with counsel for CFPB and DOJ and seeking legal advice concerning that topic. | ACP; WP; DPP |

| 22 | CFPB RIF Work | N/A | | Email | CFPB RIF Work | Apr. 13, 2025 | Vought, Russell | Martinez, Adam; *Paoletta, Mark; Gueye, Janfar; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley; Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Email reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, and seeking legal advice concerning that topic. | ACP; WP; DPP |
| 23 | Re: Privileged: | N/A | | Email | CFPB RIF Work | Apr. 17, 2025 | Martinez, Adam | *Dorfman, Victoria | | Email chain reflecting confidential legal discussion about RIF. | ACP |

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' Second Privilege Log

| 24 | Re:CFPB RIF Work | N/A | | Email | CFPB RIF Work | Apr. 13, 2025 | *Paoletta, Mark | Martinez, Adam; Vought, Russell; Gueye, Janfar; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley; Davis, Steven; *Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, including discussions with counsel for CFPB and DOJ and seeking legal advice concerning that topic. | DPP; ACP; WP |
| 25 | Fw: NTEU v. Vought Call with CFPB | N/A | | Email | Current Litigation | Apr. 21, 2025 | *McArthur, Eric | *Shapiro, Daniel; *Paoletta, Mark; *Dorfman, *Victoria; *Stallings, AnnaGrace; Martinez, Adam, Gueye, Jafnar | | Email chain reflecting confidential discussion between DOJ and CFPB concerning D.C. Circuit stay and reflecting legal advice. | ACP; WP |

| 26 | Re: CFPB RIF Work | N/A | | Email | CFPB RIF Work | Apr. 21, 2025 | *Paoletta, Mark | Martinez, Adam; Vought, Russell; Gueye, Janfar; *Shapiro, Daniel; *Dorfman, Victoria; *Boizelle, Ashley; Davis, Steven; Lewin, Jeremy; Kliger, Gavin; Chilbert, Christopher | Bishop, James | Redacted email chain reflecting confidential predecisional deliberations concerning potential RIF, discussion of the litigation, including discussions with counsel for CFPB and DOJ and seeking legal advice concerning that topic. | DPP; ACP; WP |
| 27 | Re: Time to Execute the RIF | N/A | | Email | CFPB RIF | Apr. 15, 2025 | *Mascott, Jennifer | Vought, Rusell | *Warrington, David; *Paoletta, Mark | Email chain reflecting confidential predecisional deliberative communications with WHCO concerning potential RIF in context of litigation. | DPP; ACP; WP; PCP |

# EXHIBIT 69

*National Treasury Employees Union v. Vought*, No. 1:25-cv-00381 (DDC) – Defendants' Third Privilege Log

| Doc # | File Name | BATES RANGE | PRODUCTION | DOC TYPE | SUBJECT | DATE | FROM | TO | CC | SUBJECT MATTER | PRIVILEGE ASSERTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | FW: Proposed CFPB RIF List | N/A | | Email | CFPB RIF Work | Apr. 13, 2025 | *Paoletta, Mark | Martinez, Adam | | Email chain reflecting predecisional deliberations concerning proposed RIF and prepared in consideration of litigation. | DPP; WP |