# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5132**  **September Term, 2024**

**1:25-cv-00381-ABJ**

**Filed On: May 12, 2025** [2115412]

National Treasury Employees Union, et al.,

    Appellees

    v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

    Appellants

## M A N D A T E

In accordance with the order of May 12, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Scott H. Atchue
Deputy Clerk

Link to the order filed May 12, 2025