# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5091**                                 **September Term, 2024**

**1:25-cv-00381-ABJ**

**Filed On: May 12, 2025**

National Treasury Employees Union, et al.,

      Appellees

    v.

Russell T. Vought, in his official capacity as
Acting Director of the Consumer Financial
Protection Bureau and Consumer Financial
Protection Bureau,

      Appellants

------------------------------------
Consolidated with 25-5132

      **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## <u>O R D E R</u>

Upon consideration of appellants' unopposed motion to voluntarily dismiss
appeal No. 25-5132, it is

**ORDERED** that the motion be granted, and case No. 25-5132 is hereby
dismissed. It is

**FURTHER ORDERED** that the consolidation of these cases be terminated.

The Clerk is directed to issue the mandate forthwith in case No. 25-5132.

### <u>Per Curiam</u>

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
          Scott H. Atchue
          Deputy Clerk