UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br>　　　　Plaintiffs,<br><br>　v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br>　　　　Defendants. | Case No. 1:25-cv-381 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), undersigned counsel for Defendants, Joshua E. Gardner, files this notice of withdrawal of appearance. No trial date has been set in this matter and Defendants will continue to be represented by previously appearing counsel of record from the Department of Justice.

Dated: May 21, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　BRAD P. ROSENBERG
　　　　　　　　　　　　　　　　　　　　Special Counsel

　　　　　　　　　　　　　　　　　　　　*/s/Joshua E. Gardner*
　　　　　　　　　　　　　　　　　　　　JOSHUA E. GARDNER
　　　　　　　　　　　　　　　　　　　　Special Counsel

　　　　　　　　　　　　　　　　　　　　LIAM C. HOLLAND
　　　　　　　　　　　　　　　　　　　　Trial Attorney U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005

　　　　　　　　　　　　　　　　　　　　Phone: 202-305-7583

Fax: 202-616-8460
Email:  joshua.e.gardner@usdoj.gov

*Attorneys for Defendants*

2