IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>            *Plaintiffs*,<br><br>     v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>            *Defendants*. | Case No. 25-cv-381-ABJ |

## NOTICE OF WITHDRAWAL OF JULIE M. WILSON AS COUNSEL FOR PLAINTIFF NTEU

Plaintiff National Treasury Employees Union (NTEU) hereby notifies the Court of Julie M. Wilson's withdrawal as counsel for NTEU in this case.

Respectfully submitted,

/s/ Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar 983881

/s/ Allison C. Giles
ALLISON C. GILES
Assistant Counsel
D.C. Bar 439705

1

                                        NATIONAL TREASURY EMPLOYEES UNION
                                        800 K Street N.W., Suite 1000
                                        Washington, D.C. 20001
                                        (202) 572-5500
                                        paras.shah@nteu.org
                                        allie.giles@nteu.org

November 7, 2025                       Counsel for Plaintiff NTEU