# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00381-ABJ |

## NOTICE OF SECTION 5497(e) REPORT

On November 10, 2025, Defendants respectfully submitted a notice to inform the Court and the parties that the Consumer Financial Protection Bureau ("CFPB" or the "Bureau") anticipates exhausting its currently available funds in early 2026. ECF No. 145. The notice stated that the Bureau anticipates preparing a report in compliance with 12 U.S.C. § 5497(e)(1)(B) identifying the "funding needs of the Bureau." *Id*.

Defendants respectfully submit this notice to inform the Court and the parties that the CFPB Acting Director has prepared the Section 5497(e)(1)(B) report and, on November 20, 2025, submitted the report to the President and to the Committee on Appropriations of the Senate and the Committee on Appropriations of the House of Representatives. Exhibit A, attached.

Dated: November 21, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Special Counsel

LIAM C. HOLLAND
Trial Attorney
Federal Programs Branch

/s/ *Charles E.T. Roberts*
CHARLES E.T. ROBERTS
Counsel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20005
Tel.: (202) 305-1141
Fax: (202) 616-8470
E-mail: Charles.Roberts2@usdoj.gov

*Attorneys for Defendants*