IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>      *Defendants*. | Case No. 25-cv-381-ABJ |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CLARIFY**

Upon consideration of the plaintiffs' motion, the Court clarifies that a failure to request funding from the Federal Reserve is not a permissible justification for violating the preliminary injunction.

**SO ORDERED.**

Dated: _____, 2025

                                                                  AMY BERMAN JACKSON
                                                                    United States District Judge