IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-381-ABJ |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to LCvR 83.15(c), undersigned counsel for the plaintiffs, Jennifer D. Bennett, notifies the Court that Gupta Wessler LLP's San Francisco office has moved. Effective immediately, please direct all future mail correspondence for Jennifer D. Bennett to the new office at the address below:

Gupta Wessler LLP
235 Montgomery Street
Suite 629
San Francisco, CA 94104

Dated: December 3, 2025

Respectfully submitted,

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett (*pro hac vice*)
Gupta Wessler LLP
235 Montgomery Street
Suite 629
San Francisco, CA 94104
(415) 573-0336

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2025, I filed this notice of change of address through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett
