IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-381-ABJ |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Consistent with Local Rule of Civil Procedure 83.6(b), Allison M. Zieve hereby withdraws as attorney of record for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by counsel from the law firm Gupta Wessler LLP.

Dated: December 5, 2025

Respectfully submitted.

 /s/ Allison M. Zieve
Allison M. Zieve (D.C. Bar No. 424786)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*