# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY
EMPLOYEES UNION, *et al.*,

                    *Plaintiffs*,                           No. 1:25-cv-00381-ABJ

v.

RUSSELL VOUGHT, *et al.*,

                    *Defendants*.

## [PROPOSED] ORDER

On consideration of the Motion of Former Federal Reserve Officials for Leave to File a Brief as Amici Curiae in Support of Plaintiffs' Motion to Clarify and the entire record herein, it is hereby:

**ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to file the Brief of Amici Curiae Former Federal Reserve Officials in Support of Plaintiffs' Motion to Clarify onto the electronic case docket in the above-captioned matter.

**SO ORDERED.**

This _____ day of _____, 2025

                                        **BY THE COURT:**

                                        _____
                                        The Honorable Judge Amy Berman Jackson
                                        United States District Judge