**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>   *Defendants*. | Case No. 25-cv-381-ABJ |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Adina Rosenbaum hereby withdraws as attorney of record for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by counsel from the law firm Gupta Wessler LLP.

Dated: December 5, 2025

Respectfully submitted,

 */s/ Adina H. Rosenbaum*
Adina H. Rosenbaum (D.C. Bar No. 490928)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*