IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL VOUGHT, *in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.*, <br><br> Defendants. | Civil Action No. 25-0381 (ABJ) |

**RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF**

In light of the Court's December 5, 2025 Minute Order, Defendants respectfully submit the following response to the pending motion for leave to file an amicus brief. ECF No. 156.

Under Department of Justice policy, the Government nearly always grants consent to the filing of timely amicus briefs. By contrast, the Department generally considers as untimely amicus briefs filed "later than 7 days after the principal brief of the party being supported is filed," whether in the federal courts of appeals or district courts. Fed. R. App. P. 29(a)(6); *see Mississippi v. Becerra*, No. 1:22-cv-0113, 2023 WL 5668024, at *7 (S.D. Miss. July 12, 2023) ("While no rule specifically governs amicus status in district court proceedings, courts typically apply Rule 29 of the Federal Rules of Appellate Procedure."); *cf.* D.D.C. Local R. 7(o) (incorporating other aspects of "FRAP 29(a)[ ]" into the requirements for putative amici).

Here, counsel for the putative amici did not file or even contact Defendants' counsel regarding their intent to file an amicus brief within "7 days after the principal brief of the party being supported." *Id.*[1] Instead, they contacted Defendants' counsel on the afternoon of Thursday,

---

[1] Here, that deadline would have been December 1, 2025, because the putative amici move for leave to file in support of Plaintiffs' motion to clarify, which was filed on November 23. *See* ECF No. 148; Fed. R. Civ. Proc. 6(a)(1)(C).

December 4, 2025, and requested, by noon on Friday, December 5, Defendants' position on a motion for leave to file an amicus brief that same day—one business day before Defendants' opposition to the brief putative amici intended to support was due. Accordingly, Defendants opposed the filing as untimely.

| | |
|---|---|
| DATED: December 9, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | BRAD P. ROSENBERG<br>Special Counsel |
| | LIAM C. HOLLAND<br>Trial Attorney<br>Federal Programs Branch |
| | */s/ Charles E.T. Roberts*<br>CHARLES E.T. ROBERTS<br>Counsel<br>U.S. Department of Justice<br>Civil Division<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 305-1141<br>Fax: (202) 616-8470<br>E-mail: Charles.Roberts2@usdoj.gov |
| | *Attorneys for Defendants* |