**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL TREASURY | ) | |
| EMPLOYEES UNION, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-CV-381-ABJ |
| | ) | |
| RUSSELL VOUGHT, | ) | Hon. Amy Berman Jackson |
| *in his official capacity as* | ) | |
| *Acting Director of the* | ) | |
| *Consumer Financial Protection Bureau, et al.*, | ) | |
| Defendants | ) | |

**NOTICE OF WITHDRAWAL OF NOAH BROZINSKY**
**AS COUNSEL FOR AMICUS CURAE TZEDEK DC**

Pursuant to Local Rule 86, undersigned counsel, Noah Brozinsky, files this notice of Withdrawal of Appearance.  No trial date has been set in this matter and Tzedek DC will continue to be represented by previously appearing counsel of record.

December 17, 2025

Respectfully submitted,

*/s/ Noah Brozinsky*

Noah Brozinsky
D.C. Bar No. 1655789

KAISER PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
Telephone: (202)-640-2850
Facsimile: (202)-640-1034
nbrozinsky@kaiserlaw.com

*Counsel for amicus curiae Tzedek DC*

1

**CERTIFICATE OF SERVICE**

On December 17, 2025, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

/s/ Noah Brozinsky
Noah Brozinsky

*Counsel for amicus curiae Tzedek DC*