US District Court District of Columbia

Case No <u>1:25-cv-00381-ABJ</u>

Motion To Intervene, Appoint Counsel, and Consolidate

NATIONAL TREASURY EMPLOYEES UNION et al

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Proposed Plaintiff-Intervenor and Cross Claimant

V.

Vought et al.

The Plaintiff respectfully requests the Court allow intervention by right under Article 14 of the UN Convention against Torture. Appoint Counsel under Article 14 of the UN Convention against Torture. Consolidate this case with US District Court District of Columbia Case No 1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc et al and US District Court District of Columbia Case No 1:26-cv-1851-UNA Hedling V The Office of the Appellate Clerk.

I.    Background

The Proposed Plaintiff-Intervenor and Cross Claimant contacted the Plaintiff's Counsel in good faith February 21, 2025 noting an illegally denied February 3, 2025 EX Parte TRO in US District Court District of Connecticut Case No 1:25-cv-163-SVN Lawson V McFadden et al. That among other things sought to clarify the Proposed Intervenor was immune from foreclosure against their property at 1 Lydall ST Manchester, CT 06042. As the poverty inducing the foreclosure was only due to whistleblower retaliation in the form of the State of Connecticut failing to compensate the Proposed Intervenor as a victim of torture. For simply On February 27th 2023 the Proposed Intervenor informed Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z. That is essentially the only issue of law and the issue could have been solved with a single email. Instead the State of Connecticut in retaliation for identifying this as a 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy and informing the Department of Justice April 8, 2024. Participated in April 11. 2024-August 23, 2024 an enforced disappearance, illegal incarceration, attempted extrajudicial killing via forcible Ativan Withdrawal, and effective trial in absentia using a Motion for a Continuance.



RECEIVED

MAY 31 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Regardless of talking directly to Attorney Wendy Lui at Public Citizen Litigation Group February 21, 2025 with numerous follow ups via email the Proposed Intervenor was shunned and eventually blocked. Coincidentally the same day Attorney General William Tong was listed on an Amicus Brief supporting this Litigation.

II.    The Proposed Intervenor Can't Adequately Vindicate Their Rights Held in Ireland Without Medical Care or Legal Counsel

As seen in EX 1-5 the full filing of US District Court District of Columbia Case No 1:26-cv-1851-UNA and the below embedded and denied Notice of Appeal to the Connecticut Supreme Court under the Connecticut Anti-SLAPP Statute. The Proposed Intervenor can't file an adequate counter claim is also seeking per a Concurrent yet to be docketed Motion to Expedite, Appoint Counsel, and for 30(b)(6) Depositions before service. Is also seeking Appointment of Counsel to exercise their right to File a Emergency Application for a Writ of Injunction to Justice Sonia Sotomayor under The All Writs Act, 28 U.S.C. § 1651(a). As per Respect Maine PAC. v. Walter Mckee their legal right to injunctive relief is "indisputably clear". While also seeking to file an Emergency Petition for a Writ of Certiorari. The Defendant failed to also respond to numerous emails in violation of the UN Convention against Torture as well. Counsel may also better clarify why this Motion is not timely and that Poverty Is blocking access to higher Courts.



10:47 Thu, May 28

**Logged-In User:** Jeremy M Lawson (Perseverance)          E-Mail: borealis.appeals@gmail.com   Log Out

Home  |  Mark Unread  |  Delete  |  Send To...  |  Search Results

Previous    Record 1 of 34 on page 1    Next

## Rejection of an Appeal Document

Docket No:SC 21260
Issue Date:05/27/2026
Sent By:    Supreme/Appellate
My Tags:    --Select Tag to Add-- ⌄
Add Tag

---

### Rejection of an Appeal Document

**SC 21260    PRIMARY RESIDENTIAL MORTGAGE, INC. v. JEREMY M. LAWSON ET AL.**

Notice Issued: **5/27/2026 3:00:29 PM**

**Court Address:**
Office of the Appellate Clerk
231 Capitol Avenue
Hartford, CT 06106

**Notice Content:**
Your Appeal Document has been rejected for the following reasons:
- (1) Failure to pay the required fee; or (2) failure to submit a signed application for waiver of fees and the order granting the fee waiver.

The above appellate matter is now disposed. In order to properly file the appellate matter, you will need to correct the errors set forth above. If a new appellate matter is properly filed, you will obtain a new docket number and only that docket number should be used in subsequent filings.



7:13  Wed, May 27  📷 ⚡ ⚡ •                                    ⊶ ✕ 🛜 81%◾

Cont  |  ➕ Publ  |  ➕ Repc  |  🔵 Hom  |  🔵 Help  |  ✉ (105  |  🔵 Apps  |  🔵 Dc ✕  |  🔴 HED  |  ➕

⌂   ←   →   C   ⓘ  appellateefile.eservices.jud.ct.gov/DocumentInquir   ☆   39   ●

592167APPEAL-SC-21260 5/27/2026 2:13:25 PM

| [X] **APPEAL** | ☐ **JOINT APPEAL** | ☐ **CROSS APPEAL** | ☐ **AMENDED APPEAL** | ☐ **CORRECTED FORM** |

JD-SC-33   Rev. 3-25
P.B. Sections 3-8, 60-7, 60-8, 62-7, 62-8, 63-3, 63-4, 63-10, 72-3
C.G.S. Sections 31-301b, 51-197f, 52-470

*All appeals must be filed electronically unless an exemption from the requirements of electronic filing has been granted or you are an incarcerated self-represented party. For further information about e-filing or this form, see the Appeal Instructions, form JD-SC-34.*

[X] To Supreme Court    ☐ To Appellate Court

Name of case *(State full name of case)*

**PRIMARY RESIDENTIAL MORTGAGE, INC. v. LAWSON, JEREMY M Et Al**

Type of appellate matter *(If a writ of error, the writ and the signed marshal's return must be filed on the same business day as this form.  See Practice Book Section 72-3.)*

**Appeal**

| | Tried to | Trial court location |
|---|---|---|
| **Trial Court History** | Court | 95 WASHINGTON STREET  Hartford CT 06106 |
| | Trial court judges being appealed | List all trial court docket numbers, including location prefixes |
| | **HON. CLAUDIA A. BAIO** | **HHD-CV-25-6201059-S** **Continued** |
| | All other trial court judges who were involved with the case | Judgment for *(Where there are multiple parties, specify those for whom judgment was rendered)* |
| | Date of judgment(s) or decision(s) being appealed | Date of issuance of notice on any order on any motion that would render judgment ineffective | Date for filing appeal extended to |
| | **04/20/2026 Continued** | | |
| | Case type | For Juvenile Cases | |
| | **Civil** | ☐ Termination of Parental Rights   ☐ Order of Temporary Custody |
| | For Civil/Family Case Types, Major/Minor code: | |
| | **P00** | ☐ Other _____ |

| | |
|---|---|
| **Appeal** | Appeal filed by *(Party name(s))* |
| | **Jeremy M Lawson** |
| | From *(the action that constitutes the appealable judgment or decision)* |
| | **Can a Clerks reject filings against Article 1 Section 2 of the Connecticut State Constitution, Article 14 Continued** |
| | If this appeal is taken by the State of Connecticut, provide the name of the judge who granted permission to appeal and the date of the order |
| | Statutory Basis for Appeal to Supreme Court |
| | **Conn Gen. §52-196a** |

| By *(Signature of counsel of record)* | Telephone number | Fax number | Juris number *(if applicable)* |
|---|---|---|---|
| ▶ **Perseverance** | **860-869-8636** | | |

| | |
|---|---|
| **Appearance** | Type name and address of counsel of record filing this appellate matter *(This is your appearance; see Practice Book Section 62-8)*   E-mail address |
| | Jeremy M Lawson   1 Lydall ST  Manchester CT 06042    **borealis.appeals@gmail.com** |
| | "X" one if applicable |
| | [X] Counsel or self-represented party who files this appeal will be deemed to have appeared **in addition to** counsel of record who appeared in the trial court. |
| | ☐ Counsel or self-represented party who files this appeal is appearing **in place of:**   Name of counsel of record    Juris number *(if applicable)* |

| | |
|---|---|
| **Certification** | I certify that a copy of this document has been delivered to each other counsel of record, that I have included the names and e-mail addresses for counsel of record that were sent the document electronically, or the names and physical addresses for counsel of record that were sent or delivered a paper copy of the document, and that the document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law, and complies with all applicable rules of appellate procedure. If this appeal is a criminal or habeas corpus matter, I certify that a copy of this appeal form will immediately be delivered to the Office of the Chief State's Attorney Appellate Bureau. |
| | Name and address of each party and attorney that copy was or will be mailed or delivered to* |
| | **See Attached** |

| Signed *(Signature of attorney or self-represented party)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ **Perseverance** | **Perseverance** | **05/27/2026** |

| | |
|---|---|
| **Required Documents** | To be filed with the Appellate Clerk within ten days of the filing of the appeal, if applicable. See Practice Book Section 63-4. |
| | 1. Preliminary Statement of the Issues                    4. Docketing Statement |
| | 2. Designation of the Proposed Contents of the Clerk Appendix   5. Statement for Preargument Conference (form JD-SC-28A) |
| | 3. Court Reporter's Acknowledgment or Certificate that no   6. Constitutionality Notice |
| | transcript is necessary                              7. Sealing Order form, if any |

| ☐ Entry Fee Paid   [X] No Fees Required   ☐ Fees, Costs, and Security waived by Judge *(enter Judge's name below)* | **Court Use Only** Date and time filed |
|---|---|
| Judge _____   Date waived _____ | |

592167-APPEAL-SC-21260 5/27/2026 2:13:25 PM





**Appeal Form (continued)**

⋮⋮  ▢  ▢  27  💬  🔵  📷  ▢  🔺   |||   ○   ‹



592167-APPEAL-SC-21260 5/27/2026 2:13:25 PM

## Appeal Form (continued)

**CASE NAME:**
PRIMARY RESIDENTIAL MORTGAGE, INC. v. LAWSON, JEREMY M Et Al

**JUDGMENT DATES**
04/20/2026
05/26/2026

## Parties & Appearances

**PARTY/PARTIES INITIATING THE APPEAL**

Jeremy M Lawson
Self Rep: Jeremy M Lawson
1 Lydall ST
Manchester, CT 06042
Phone: (860) 869-8636   Fax:
Email: borealis.appeals@gmail.com

**ALL OTHER PARTIES AND APPEARANCES**

PRIMARY RESIDENTIAL MORTGAGE, INC.
Juris: 439942 BROCK AND SCOTT PLLC
270 FARMINGTON AVENUE
SUITE 151
FARMINGTON, CT 06032
Phone: (401) 217-8706   Fax:
Email: CT_FC_TEAM@BROCKANDSCOTT.COM

JEREMY M LAWSON
Self Rep: JEREMY M LAWSON

ADAM M DUQUETTE
Juris: 034720 LUDGIN ROBERT F
330 MAIN STREET
HARTFORD, CT 06106
Phone: (860) 549-3920   Fax: (860) 524-8238
Email: rfludgin@ntplx.net

APPELLATE COURT DOCKET #49622

**ADDITIONAL SERVICE INFORMATION**
Will be served via email in concurrent notice in US District Court District of Columbia Case No 1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc et al.

**FILING PARTY CORRECTED INFORMATION**
Jeremy M Lawson 44 Townsend ST Rm 120 Dublin 2 (Ireland) Email Dauntless.peace@proton.me 959-999-8957

## Additional Trial Court Docket Numbers Appealed

HHD-CV-24-5082600-S
Jeremy M Lawson v. The Connecticut Department of Social Services et al.
Tried to: Court
Trial judge(s) decisions being appealed: HON. JAMES T. GRAHAM
Judgment Date(s): 05/20/2025

7 / 10

592167-APPEAL-SC-21260 5/27/2026 2:13:25 PM





592167-APPEAL-SC-21260 5/27/2026 2:13:25 PM

### Appeal Form (continued)

### The action that constitutes the appealable judgment(s) or decision(s):

Can a Clerks reject filings against Article 1 Section 2 of the Connecticut State Constitution, Article 14 of the UN Convention against Torture, Conn Gen § 4-61dd, and Conn Gen. §52-196a. Namely (AC 254920) an Emergency Motion for a Speedy Hearing on Leave to File Late and to Appoint Counsel. Along with the Notice of Appeal (AC49982) of the Dismissal of a April 20, 2026 Dismissal of a Motion to Dismiss. When an Appellant makes a good faith attempt absent Counsel to vindicate their Rights with no means of providing a fee waiver due to being so impoverished by acts of Transnational Repression they can't afford paper or a notary. While lower courts allow the State to violate Article 4 Section 4 of the US Constitution. In maintaining the legitimacy of the Appellant's enforced disappearance, illegal incarceration, attempted extrajudicial killing via forcible Ativan Withdrawal, and effective trial in absentia using a Motion for a Continuance. To maintain the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate the Domestic Violence Cash Benefit Program. Which amounts to since November 28. 2022 the Connecticut Department of Social Services they not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2



Conclusion

The Plaintiff respectfully requests the Court allow intervention by right under Article 14 of the UN Convention against Torture. Appoint Counsel under Article 14 of the UN Convention against Torture. Consolidate this case with US District Court District of Columbia Case No 1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc et al and US District Court District of Columbia Case No 1:26-cv-1851-UNA Hedling V The Office of the Appellate Clerk.


Signed on the 29th of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor and Cross Claimant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957

Certification of Service

I  certify under penalty of perjury this Motion and Exhibits were emailed to relevant parties with no other means of transmission

NTEU

julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org

Gupta Wessler LLP
deepak@guptawessler.com
robert@guptawessler.com
gabe@guptawessler.com
jennifer@guptawessler.com

Public Citizen Litigation Group
litigation@citizen.org

Defendant Counsel

SUPREMECTBRIEFS@usdoj.gov

Signed on the 29th of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor and Cross Claimant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957