US District Court District of Columbia

Case No: _____

To be assigned

COMPLAINT AND DEMAND FOR JURY TRIAL

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff

V.

Office of the Appellate Clerk
231 Capitol Avenue
Hartford, CT 06106
Defendant

**Subject Matter Jurisdiction:**
Article 4 Section 4 of the US Constitution.The Alien Tort Statute (ATS) 28 U.S.C. § 1350. Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. 42 U.S.C. § 1983, 1985 (2+3), 1986.
"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."
Article 14
1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."

-Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment

"Sec.  2.    That all political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit; and that they have at all times an undeniable and indefeasible right to alter their form of government in such manner as they may think expedient."
-Article 1 Section 2 Connecticut State Constitution

WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, OFFICE OF THE APPELLATE CLERK for the following Declaratory Relief 1. Declares rejecting filings that allow violations of international criminal law to continue is an offense against the administration of justice. 2. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence. 3. Declares victims of torture are immune to Court costs as a matter of International Customary Law. Injunctive relief 1. Compels the US District Court District of Columbia to request an appropriate Certification of the Question from the Connecticut Supreme Court if under Article 1 Section 2 of the Connecticut State Constitution Emergency Filings such as the Plaintiff's rejected May 23, 2026 must be accepted. In addition to if Conn Gen § 4-61dd and Conn Gen. § 52-196a protects whistleblowers from civil liability including illegal foreclosures. As well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

1. The Plaintiff per EX1 a yet to be docketed May 23, 2026 Emergency Notice asserting Victims of Torture must now be fee Exempt as a Matter of International Customary Law n US District Court District of Columbia Case No 1:25-cv-04062-UNA Hedling v Meek et al. Absent the Court providing the following relief since November 14, 2025. Attempted with medical care and legal counsel being withheld by the Government of Ireland and facing extreme acts of Transnational Repression to file an appeal of their "foreclosure". Which is the subject of US District Court District of Columbia Case No 1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc et al. The Plaintiff has no access to a notary or money for paper regardless for a fee waiver.

"**Injunctive Relief:**

1. As long as the Government of the United States refuses to meet their obligations to provide fair and adequate compensation to the Plaintiff as required by Article 14 of the UN Convention against Torture. Direct Clerks of US Courts to accept the Plaintiff's filings via email at no cost.

2. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all government services.

3. Any Relief this Court Deems Just and Proper.

**Declaratory Relief:**

1. Declares the enforceable right to Redress in Article 14 of the UN Convention against Torture is a self executing provision absent Congress meeting requirements to provide a Framework in the US Legal system as required by the plain text of the Treaty.

2. Declares victims of torture have a constitutional right to counsel when seeking redress.

3. Declares victims of torture are exempt from court costs. Under Article 13 of the UN Convention against Torture as charging them is a form of ill-treatment and delays prompt review.

4. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence.

5. Declares Foreign Ambassadors are not Immune to legal claims in US Courts arising from violations of international criminal law.

6. Determines if the US Supreme Court Jurisdictional deadline of 90 days in cases arising from claims under Article 14 of the UN Convention against Torture is enforceable."

2. The Defendant May 26, 2026 rejected all the Plaintiff's filings. Even though these filings note potential criminal liability under Section 134 of the Criminal Justice Act of 1988 (UK Law). Given the State of Connecticut still has not resolved the violations of Article 4 Section 4 of the US Constitution. In still maintaining the Plaintiff's enforced disappearance, illegal incarceration, attempted extrajudicial killing via forcible Ativan Withdrawal, and effective trial in absentia using a Motion for a Continuance April 11, 2024-August 23, 2024. For exposing the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate the Domestic Violence Cash Benefit Program. Which amounted to making numerous whistleblower complaints under Conn Gen S 4-61dd . Starting February 27th 2023 the Plaintiff informed Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z.

3. Included with the Emergency Motion for a Speedy Hearing for Leave to File am Appeal out of time and to Appoint Counsel embedded in EX 1. Was EX 2 a yet to be docketed May 23, 2026 Emergency Motion for a Declaratory Judgment in US District Court District of Columbia Case No 1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc et al. Requesting the following and a Clerks order or return of documents constitutes a Judgement rendered against the Plaintiff.

"Wherefore the Plaintiff Prays the Court
1. Declares everyone has the right to advocate for human rights individually and collectively.
2. Declares State activities must be conducted in the public interest and be proportionate to the ends sought.
3. Declares State institutions, private businesses, private organizations, and private persons shall act in good faith.
4. Declares The State shall respect international law.
5.Declares all victims of crimes must receive benefits and services provided by law without fear of discrimination.
6. Declares foreclosures against Victims of Torture are acts of Torture as well.
7. Declares there is a conclusive presumption any Judgements rendered against the Plaintiff by Connecticut State Courts are unlawful and unenforceable."

4. In addition to EX 3 the main pleadings in US District Court District of Columbia Case No 1:26-cv-1179-UNA Hedling V Cobb et al showing clear violations of Conn Gen. § 53-20 "Cruelty to persons" "unlawful punishment" by Hartford GA #14 Criminal Court Judges Paul Doyle, Nuala Drony, and Carl Schuman. Systemic corruption within the Judicial Review Council allowing it. In addition to Hartford Superior Court Judge Susan Cobb and Judge James Graham directly allowing the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate the Domestic Violence Cash Benefit Program to continue by illegally withholding Injunctive relief multiple times since February 23, 2024. In as seen in EX 4 a April 29, 2026 Emergency Motion for a Permanent Injunction a soon to

disappear EX Parte Temporary Injunction without hearing or notice.

Loan # 300615610
Property address: 1 Lydall ST Manchester, CT 06042

I Jeremy M Lawson agree for Primary Residential Mortgage to garnish or be paid in a lump sum from any future settlement regarding my Torture by various Governments and institutions 2/27/23-present. As per the pending Emergency EX Parte Temporary Restraining Order filed in the US District Court District of Connecticut filed today.

Jeremy M Lawson

V.

Trevor M McFadden et al.

I have asked the court to clarify I am immune to foreclosure on the Property at 1 Lydall ST Manchester, CT 06042. At a Federal Level presumably under the 5th Amendment of the US Constitution. Under international law as it is an act of Torture to foreclose on the property. Under Connecticut state law is a class D Felony Conn Gen. § 53-20 "cruelty to persons" "deprivation of property". As is consistent with the assertions made repeatedly to PRMI the Whistleblower protection laws in Connecticut "Conn Gen S 4-61dd Section 5 (i)

"(i) No person who, in good faith, discloses information in accordance with the provisions of this section shall be liable for any civil damages resulting from such good faith disclosure."

This would include damage caused by whistleblower retaliation which includes foreclosure. PRMI's 12/6/24 letter on a short sale or potential referral for foreclosure was a gross abuse of power against your company's expressed core values.

Signed on the 3rd of February 2025 at 1 Lydall ST Manchester, CT 06042

Thanks,

Legal name: Jeremy M Lawson

Chosen name: Borealis S Hedling
They / Them



11:33 Tue, May 26

civilinquiry.jud.ct.gov/CaseDetail/PublicCase[

**State of Connecticut Judicial Branch**
## Superior Court Case Look-up

Superior Court Case Look-up
 Civil/Family
 Housing
 Small Claims

Attorney/Firm Juris Number Look-up

Case Look-up
 By Party Name
 By Docket Number
 By Attorney/Firm Juris Number
 By Property Address

Short Calendar Look-up
 By Court Location
 By Attorney/Firm Juris Number
 Motion to Seal or Close
 Calendar Notices

Court Events Look-up
 By Date
 By Docket Number
 By Attorney/Firm Juris Number

Legal Notices

Pending Foreclosure Sales

Understanding
Display of Case Information

Contact Us

Comments

**HHD-CV24-5082600-S**
Prefix/Suffix: [none]

**LAWSON, JEREMY, M v. THE CONNECTICUT DEPARTMENT OF SOCIAL SERVICES Et Al**

Case Type: M00    File Date: 04/03/2024    Return Date: 04/30/2024

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 05/26/2026

### Case Information

| | |
|---|---|
| Case Type: | M00 - Misc - Injunction |
| Court Location: | HARTFORD JD |
| List Type: | No List Type |
| Trial List Claim: | |
| Last Action Date: | 05/27/2025  (The "last action date" is the date the information was entered in the system) |

### Disposition Information

| | |
|---|---|
| Disposition Date: | 05/02/2024 |
| Disposition: | JUDGMENT OF DISMISSAL |
| Judge or Magistrate: | HON JAMES GRAHAM |

### Party & Appearance Information

| Party | Party Details | | No Fee Party | Category |
|---|---|---|---|---|
| P-01 | **JEREMY M LAWSON** Self-Rep: 1 LYDALL ST MANCHESTER, CT 06042 | File Date: 04/03/2024 | | Plaintiff |
| D-01 | **THE CONNECTICUT DEPARTMENT OF SOCIAL SERVICES** Non-Appearing | | | Defendant |
| D-02 | **THE OFFICE OF THE GOVERNOR OF THE STATE OF CONNECTICUT** Non-Appearing | | | Defendant |
| D-03 | **THE OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF CONNECTICUT** Non-Appearing | | | Defendant |
| D-04 | **THE CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES** Non-Appearing | | | Defendant |
| D-05 | **THE OFFICE OF PUBLIC HEARINGS** Non-Appearing | | | Defendant |
| D-06 | **THE UNIVERSITY OF CONNECTICUT** Non-Appearing | | | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🖉 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*





5. The Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, OFFICE OF THE APPELLATE CLERK for the following Declaratory Relief 1. Declares rejecting filings that allow violations of international criminal law to continue is an offense against the administration of justice. 2. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence. 3. Declares victims of torture are immune to Court costs as a matter of International Customary Law. Injunctive relief 1. Compels the US District Court District of Columbia to request an appropriate Certification of the Question from the Connecticut Supreme Court if under Article 1 Section 2 of the Connecticut State Constitution Emergency Filings such as the Plaintiff's rejected May 23, 2026 must be accepted. In addition to if Conn Gen § 4-61dd and Conn Gen. § 52-196a protects whistleblowers from civil liability including illegal foreclosures. As well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 27th of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957