US District Court District of Columbia

Case No 1:25-cv-04062-UNA

Emergency Notice on Victims of Torture Being Fee Exempt

Hedling

V.

Meek et al.

In Lieu of the Court providing the below relief since November 14, 2025 Victims of Torture now just must be considered fee Exempt as a Matter of International Customary Law based on the actions of Courts globally.

"**Injunctive Relief**:
1. As long as the Government of the United States refuses to meet their obligations to provide fair and adequate compensation to the Plaintiff as required by Article 14 of the UN Convention against Torture. Direct Clerks of US Courts to accept the Plaintiff's filings via email at no cost.
2. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all government services.
3. Any Relief this Court Deems Just and Proper.

**Declaratory Relief:**
1. Declares the enforceable right to Redress in Article 14 of the UN Convention against Torture is a self executing provision absent Congress meeting requirements to provide a Framework in the US Legal system as required by the plain text of the Treaty.
2. Declares victims of torture have a constitutional right to counsel when seeking redress.
3. Declares victims of torture are exempt from court costs. Under Article 13 of the UN Convention against Torture as charging them is a form of ill-treatment and delays prompt review.
4. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence.
5. Declares Foreign Ambassadors are not Immune to legal claims in US Courts arising from violations of international criminal law.
6. Determines if the US Supreme Court Jurisdictional deadline of 90 days in cases arising from claims under Article 14 of the UN Convention against Torture is enforceable."

The Government of Connecticut in combination with Primary Residential Mortgage Inc has proven the point per the below Emergency Appeal of a Motion to Dismiss the State of Connecticut is in complete violation of Article 4 Section 4 of the US Constitution.



**State of Connecticut Judicial Branch**
## Appellate/Supreme E-Filing

Logged-In User : Jeremy M Lawson (Perseverance)    Email: borealis.appeals@gmail.com  **Logout**

You have selected this case:

| | |
|---|---|
| Docket Number: | Name of Case: |
| HHD-CV-25-6201059-S | PRIMARY RESIDENTIAL MORTGAGE, INC. v. LAWSON, JEREMY M Et Al |

You have successfully E-Filed!

*You must now save or print the appeal form. A copy of the appeal form must immediately be delivered to all counsel of record. If you do not save or print the appeal form, you will be unable to immediately deliver a copy of the form to all counsel of record because you will not have electronic access to the form after you leave this screen.*

View/Save/Print Appeal form here:

Print Confirmation of E-Filing here

| **Confirmation of E-Filing** |
|---|

For questions regarding this payment: Contact Us.

| | |
|---|---|
| Supreme/Appellate Docket Number: | **AC 49982** |
| Trial Court Docket Number: | **HHD-CV-25-6201059-S** |
| Type of Transaction: | **APPEAL** |
| Fee Amount: | **$250.00 WAIVED NO FEE REQUIRED** |
| Service Fee: | **$0.00** |
| Total Transaction Amount: | **$0.00** |
| Date Filed: | **05/26/2026** |
| Filed By: | **Perseverance-Jeremy M Lawson** |
| Date & Time of Transaction: | **05/23/2026 08:48 AM** |
| Documents Filed: | 591866-591864APPEAL-AC-49982 |
| **Payment Confirmation Number:** | |

Back to E-Filing Menu        Logout

Copyright © 2026, State of Connecticut Judicial Branch

           

864APPEAL-AC-49982 5/23/2026 8:48:10 AM

| [X] APPEAL | [ ] JOINT APPEAL | [ ] CROSS APPEAL | [ ] AMENDED APPEAL | [ ] CORRECTED FORM |
|---|---|---|---|---|

JD-SC-33  Rev. 3-25
P.B. Sections 3-8, 60-7, 60-8, 62-7, 62-8, 63-3, 63-4, 63-10, 72-3
C.G.S. Sections 31-301b, 51-197f, 52-470

*All appeals must be filed electronically unless an exemption from the requirements of electronic filing has been granted or you are an incarcerated self-represented party. For further information about e-filing or this form, see the Appeal Instructions, form JD-SC-34.*

[ ] To Supreme Court     [X] To Appellate Court

Name of case *(State full name of case)*

**PRIMARY RESIDENTIAL MORTGAGE, INC. v. LAWSON, JEREMY M Et Al**

Type of appellate matter *(If a writ of error, the writ and the signed marshal's return must be filed on the same business day as this form.  See Practice Book Section 72-3.)*

**Appeal**

| | | |
|---|---|---|
| **Trial Court History** | Tried to<br>**Court** | Trial court location<br>**95 WASHINGTON STREET  Hartford CT 06106** |
| | Trial court judges being appealed<br>**HON. CLAUDIA A. BAIO** | List all trial court docket numbers, including location prefixes<br>**HHD-CV-25-6201059-S**<br>**Continued** |
| | All other trial court judges who were involved with the case | Judgment for *(Where there are multiple parties, specify those for whom judgment was rendered)* |
| | Date of judgment(s) or decision(s) being appealed<br>**04/20/2026** | Date of issuance of notice on any order on any motion that would render judgment ineffective | Date for filing appeal extended to |
| | Case type<br>**Civil** | For Juvenile Cases<br>[ ] Termination of Parental Rights     [ ] Order of Temporary Custody |
| | For Civil/Family Case Types, Major/Minor code:<br>**P00** | [ ] Other _____ |

| | |
|---|---|
| **Appeal** | Appeal filed by *(Party name(s))*<br>**Jeremy M Lawson** |
| | From *(the action that constitutes the appealable judgment or decision)*<br>**Can a lower court fail to Appoint Counsel against Article 14 of the UN Convention against Torture to c Continued** |
| | If this appeal is taken by the State of Connecticut, provide the name of the judge who granted permission to appeal and the date of the order |
| | Statutory Basis for Appeal to Supreme Court |

| By *(Signature of counsel of record)*<br>▶ **Perseverance** | Telephone number<br>**860-869-8636** | Fax number | Juris number *(If applicable)* |
|---|---|---|---|

| | |
|---|---|
| **Appearance** | Type name and address of counsel of record filing this appellate matter *(This is your appearance; see Practice Book Section 62-8)*<br>Jeremy M Lawson   1 Lydall ST  Manchester CT 06042 |
| | E-mail address<br>**borealis.appeals@gmail.com** |

"X" one if applicable

[X] Counsel or self-represented party who files this appeal will be deemed to have appeared **in addition to** counsel of record who appeared in the trial court.

[ ] Counsel or self-represented party who files this appeal is appearing **in place of:**

| Name of counsel of record | Juris number *(If applicable)* |
|---|---|

| | |
|---|---|
| **Certification** | I certify that a copy of this document has been delivered to each other counsel of record, that I have included the names and e-mail addresses for counsel of record that were sent the document electronically, or the names and physical addresses for counsel of record that were sent or delivered a paper copy of the document, and that the document has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order, or case law, and complies with all applicable rules of appellate procedure. If this appeal is a criminal or habeas corpus matter, I certify that a copy of this appeal form will immediately be delivered to the Office of the Chief State's Attorney Appellate Bureau. |

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**See Attached**

| Signed *(Signature of attorney or self-represented party)*<br>▶ *Perseverance* | Print or type name of person signing<br>**Perseverance** | Date signed<br>**05/23/2026** |
|---|---|---|

| | |
|---|---|
| **Required Documents** | To be filed with the Appellate Clerk within ten days of the filing of the appeal, if applicable. See Practice Book Section 63-4.<br>1. Preliminary Statement of the Issues<br>2. Designation of the Proposed Contents of the Clerk Appendix<br>3. Court Reporter's Acknowledgment or Certificate that no transcript is necessary<br>4. Docketing Statement<br>5. Statement for Preargument Conference (form JD-SC-28A)<br>6. Constitutionality Notice<br>7. Sealing Order form, if any |

| [ ] Entry Fee Paid   [X] No Fees Required   [ ] Fees, Costs, and Security waived by Judge *(enter Judge's name below)* | **Court Use Only**<br>Date and time filed |
|---|---|

| Judge | Date waived |
|---|---|

864-APPEAL-AC-49982 5/23/2026 8:48:10 AM

**Appeal Form (continued)**



864-APPEAL-AC-49982 5/23/2026 8:48:10 AM

## Appeal Form (continued)

**CASE NAME:**
PRIMARY RESIDENTIAL MORTGAGE, INC. v. LAWSON, JEREMY M Et Al

## Parties & Appearances

**PARTY/PARTIES INITIATING THE APPEAL**

Jeremy M Lawson
Self Rep: Jeremy M Lawson
1 Lydall ST
Manchester, CT 06042
Phone: (860) 869-8636   Fax:
Email: borealis.appeals@gmail.com

**ALL OTHER PARTIES AND APPEARANCES**

PRIMARY RESIDENTIAL MORTGAGE, INC.
Juris: 439942 BROCK AND SCOTT PLLC
270 FARMINGTON AVENUE
SUITE 151
FARMINGTON, CT 06032
Phone: (401) 217-8706   Fax:
Email: CT_FC_TEAM@BROCKANDSCOTT.COM

JEREMY M LAWSON
Self Rep: JEREMY M LAWSON

ADAM M DUQUETTE
Juris: 034720 LUDGIN ROBERT F
330 MAIN STREET
HARTFORD, CT 06106
Phone: (860) 549-3920   Fax: (860) 524-8238
Email: rfludgin@ntplx.net

APPELLATE COURT DOCKET #49622

**ADDITIONAL SERVICE INFORMATION**
Served by email

**FILING PARTY CORRECTED INFORMATION**
Jeremy M Lawson Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland) Email Dauntless.peace@proton.me

## Additional Trial Court Docket Numbers Appealed

HHD-CV-24-5082600-S
Jeremy M Lawson v. The Connecticut Department of Social Services et al.
Tried to: Court
Trial judge(s) decisions being appealed: HON. JAMES T. GRAHAM
Judgment Date(s): 05/20/2025

591864-APPEAL-AC-49982 5/23/2026 8:48:10 AM





1:50 Sat, May 23

appellateefile.eservices.jud.ct.gov/DocumentInquir

591864-APPEAL-AC-49982 5/23/2026 8:48:10 AM

**Appeal Form (continued)**

**The action that constitutes the appealable judgment(s) or decision(s):**

Can a lower court fail to Appoint Counsel against Article 14 of the UN Convention against Torture to continue a 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy in violation of Article 4 Section 4 of the US Constitution. Demanding the Defendant physically appear while they are in a Concurrent International Protection Process against Article 3 of the UN Convention Against Torture and Article 33 of the 1951 UN Convention on the Status of Refugees. Thereby robbing the Defendant of appropriate knowledge and rights to challenge the Dismissal of a March 31, 2025 Motion to Dismiss. If construed with the frame of the Istanbul Protocol: Manual on theEffective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition) it would have been treated as a Special Motion to Dismiss under Conn Gen. § 52-196a. Thus allowing an immediate appeal under Conn Gen. § 52-196a (e)(1). Victims of Torture as a note are Fee Exempt as a matter of International Customary Law at this point.

DOCKETHHD-CV25-6201059-S. :                    CONNECTICUT COURT OF APPEALS

PRIMARY RESIDENTIAL MORTGAGE INC:              MAY 23, 2026

VS.

JEREMY M LAWSON ET AL.

### EMERGENCY MOTION FOR A SPEEDY HEARING ON LEAVE TO APPEAL OUT OF TIME AND APPOINTMENT OF COUNSEL

The Defendant respectfully requests the Court Grants a Speedy Hearing on allowing Leave to Appeal the April 20, 2026 Denial of the Defendant's March 31, 2025 Emergency Motion to Dismiss in line with Conn Gen. § 52-196a(e)(1). Appoint Counsel on an Emergency basis under Article 14 of the UN Convention against Torture.

I.    Background

The Plaintiff filed this instant foreclosure March 18, 2025 with a return date of April 1, 2025. The Defendant responded with the March 31, 2025 Emergency Motion to Dismiss. As noted in the February 4, 2026 Notice Court of Appeals Docket No 49622 attempting to file a preemptive emergency petition for a Writ of Audita Querela absent access to efile in the lower court to seek Recusal of the Presiding Judge. Several Judges within Hartford Superior Court showing systemic bias in this case in concert with the Presiding Judge. Historically having refused to address the underlying illegal operation of the Domestic Violence Cash Benefit Program and subsequent whistleblower retaliation as exhibited in Hartford Superior Court Docket #HHD-CV24-5082600S

Jeremy M Lawson

V.

The Connecticut Department of Social Services et al.

Refusing to even Consolidate these actions May 20, 2025 to even truly benefit from the Rights afforded by Anti-SLAPP protections under Conn Gen. § 52-196a. Absent Counsel due to denial

of that May 5, 2025 to Appropriately Amend the underlying Motion to be a Special Motion to Dismiss. Which would afford immediate appeal under Conn Gen. § 52-196a(e)(1). As further noted in the February 4, 2026 notice to this Court the foreclosure only proceeded due to a failure of the US District Court District of Connecticut in Case No: 3:25-cv-163-SVN to provide appropriate Declaratory Relief to clarify the basic 5th Amendment assertion the Defendant was immune from foreclosure. Given the underlying violations of the UN Convention against Torture and 42 U.S.C. § 1983, 1985 (2+3), 1986.

Jeremy M Lawson

V.

Trevor N McFadden et al.

Without consideration of the April 15, 2025 Emergency Request for a Declaratory Judgment in this case requesting

"Wherefore The Defendant Prays This Court:

1. Declare based on the evidence provided and nature of the case the Defendant has met the notification requirements to receive a declaratory judgment without delay.

2. Declare everyone has the right to advocate for human rights individually and collectively.

3. Declare State activities must be conducted in the public interest and be proportionate to the ends sought.

4. Declare State institutions, private businesses, private organizations, and private persons shall act in good faith.

5. Declare The State shall respect international law.

6. Determine a set of overriding principles and practice directions to ensure vulnerable individuals are given fair access to an equitable and just court system.

7. Declare all victims of crimes must receive benefits and services provided by law without fear of discrimination.

8. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals

in all judicial proceedings."

Subsequently denied efiling access due to the E services refusing any proof of identity explaining severe acts of Transnational Repression made providing "official documents" in the Defendant's new name Borealis Serenity Hedling impossible. As the Defendant as noted in a denied April 20, 2026 ADA Request is in a Concurrent International Protection Appeals process in Ireland. The Plaintiff was made well aware of that in August 2025 in violation of Article 3 of the UN Convention against Torture and Article 33 of the 1951 UN Convention on the Status of Refugees saw it fit to allow the Court to schedule in person versus remote proceedings. After only seeking those proceedings February 2, 2026 in retaliation for the Defendant as a UK Citizen exercising their rights under The Alien Tort Statute (ATS) 28 U.S.C. § 1350. Filing January 27, 2026 with an accompanying motion to Appoint Counsel and for Motion for 30(b)(6) Depositions before service US District Court District of Columbia Case No 1:26-cv-0261-UNA. Hedling

V.

Primary Residential Mortgage Inc et al.

II.    Chapter 2 Article 5 of the Articles on Responsibility of States for Internationally Wrongful Acts Makes PRMI and it's Agents Liable under Section 134 of the Criminal Justice Act of 1988 (UK Law) for Torture

Given Adult Protection Services in Utah have allowed PRMI's corporate leadership to escape accountability. The Connecticut Victim Advocate and DESPP have encouraged via their deliberate indifference this exercise in whistleblower retaliation and public humiliation to continue. As asserted any one participating in it include Court Staff can face criminal liability under Section 134 of the Criminal Justice Act of 1988 (UK Law) for Torture. Further per a May 23, 2026 EX 1-3 a May 23, 2026 request for an Emergency Request for a Declaratory Judgment in US District Court District of Columbia Case No 1:26-cv-01-UNA Hedling V Primary Residential Mortgage Inc. Requesting the following

"Wherefore the Plaintiff Prays the Court

1. Declares everyone has the right to advocate for human rights individually and collectively.

2. Declares State activities must be conducted in the public interest and be proportionate to the ends sought.

3. Declares State institutions, private businesses, private organizations, and private persons shall act in good faith.

4. Declares The State shall respect international law.

5.Declares all victims of crimes must receive benefits and services provided by law without fear of discrimination.

6. Declares foreclosures against Victims of Torture are acts of Torture as well.

7. Declares there is a conclusive presumption any Judgements rendered against the Plaintiff by Connecticut State Courts are unlawful and unenforceable."

Conclusion

The Defendant respectfully requests the Court Grants a Speedy Hearing on allowing Leave to Appeal the April 20, 2026 Denial of the Defendant's March 31, 2025 Emergency Motion to Dismiss in line with Conn Gen. § 52-196a(e)(1). Appoint Counsel on an Emergency basis under Article 14 of the UN Convention against Torture.

Signed on the 23rd of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Defendant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957

Certification of Service

I Swear under penalty of perjury this Emergency Motion was served electronically on the following parties

Plaintiff's Counsel

CT_Pleadings@brockandscott.com

Co Defendant Counsel

RFLudgin@NTPLX.net

Signed on the 23rd of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Defendant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957

Signed on the 23rd of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Defendant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957

As covered in the illegally rejected March 29, 2026 Motion to Renew to the 5th Circuit legally the "Government" of the United States has failed as a gauranteer Of the Constitution.

In The United States Court of Appeals

For The 5th Circuit

Appeal No: <u>25-10534</u>

W.M.M

and

Borealis S Hedling

Travelodge Plus Dublin City Centre

44 Townsend ST Rm 120

Dublin 2 (Ireland)

Proposed Plaintiff-Intervenor

v.

TRUMP

Emergency Motion to Renew filed out of time

The Proposed Intervenor respectfully requests the Court Renew Review of the January 28, 2026

Emergency Motion to Intervene, Disqualify Opposing Counsel, and Transfer to the Original

Jurisdiction Docket of the US Supreme Court at ECF 325 and supporting documents at ECF 326

and immediately reverse the Order at ECF 331.


I.    Background

The Proposed Intervenor filed an Emergency Motion to Intervene, Disqualify Opposing Counsel,

and Transfer to the Original Jurisdiction Docket of the US Supreme Court in good faith via the

ECF help desk with no other means of filing due to poverty induced by well documented acts of

Transnational Repression. Concurrent to being held without counsel and medical care in Ireland

those facts has not changed. In attempting to vindicate their Rights and Other Similarly Situated individuals. The Proposed Intervenor has instead been per the below embedded Complaint and Demand for a Jury Trial filed in the US District Court District of Columbia against Judge Tanya Sue Chutkan has been subjected to a smear campaign. Concurrent to all Victims of Torture being deprived of a framework to seek redress as required by Article 14 of the UN Convention against Torture. Now seeking to Consolidate this new filing and per EX 1 a February 13, 2026 EX Parte TRO in US District Court District of Columbia Case No 1:26-cv-0526-UNA Hedling V Roberts et al. With US District Court District of Columbia Case No 1:26-cv-0252-UNA Hedling V Boasberg a January 21, 2026 EX Parte TRO that was provided with the Exhibits in this Case. The Case against Chief Justice John Roberts and the Judicial Conference of the United States asks:

Wherefore the Plaintiff Prays the Court

1. Compels Every Federal Judge to Immediately Read the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition)

2. Immediately be required to Retake their Oaths of Office.

3. Any Relief this Court Deems Just and Proper

II.    The Tribunal has a Duty of Candor to the Public

Article 4 Section 4 of the US Constitution guarantees states a republican form of Government with the Federal Government as the guarantee. When Courts become stages that show the

pretense of equity you get functionally Thomas Jefferson warned about in the Declaration of Independence.

"He has excited domestic insurrections amongst us"

"He has refused his Assent to Laws, the most wholesome and necessary for the public good."

"He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people"

"He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners;"

"For depriving us in many cases, of the benefits of Trial by Jury"

"For transporting us beyond Seas to be tried for pretended offences"

"He has made Judges dependent on his Will alone, for the tenure of their offices,"

-Decleration of Independence

When the Proposed Intervenor as noted below is renouncing their US Citizenship via the Concept of Clausula Rebus Sic Stantibus for the US Flagrantly violating the UN Convention against Torture repeatedly with impunity to hold them prisoner as an example. That is fundamentally the most American thing you can do.

"When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation."

-Decleration of Independence

III.    The United States Must Respect International Law

John Marshall stated very plainly there must be a remedy under law and the Proposed Intervenor per EX 2 in Hedling v The US Senate District Court District of Columbia Case No 1:26-cv-0909-UNA among dozens of other cases has humbly petitioned this Government to Redress every Grievance imaginable. Up to giving power back to the people per the requested relief in that case:

"WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendant, THE UNITED STATES SENATE be compelled to immediately ratify the American Convention on Human Rights, Additional Protocol to the American Convention on Human Rights in the area of Economic, Social, and Cultural Rights, Protocol to the American Convention on Human Rights to Abolish the Death Penalty, and Authorize a Referendum on a Reservation regarding Article 4.1. Agree to also be immediately subject to the Contentious Jurisdiction of the Inter-American Court of Human Rights. As well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case."

Conclusion

The Proposed Intervenor respectfully requests the Court Renew Review of the January 28, 2026 Emergency Motion to Intervene, Disqualify Opposing Counsel, and Transfer to the Original Jurisdiction Docket of the US Supreme Court at ECF 325 and supporting documents at ECF 326 and immediately reverse the Order at ECF 331.

Signed on the 29th of March 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957

Certification of Service

I certify under penalty of perjury a good faith attempt was made to email documents to relevant parties and file this action with the ECF help desk having no other means of transmission.pla

Plaintiff's Counsel

samdur@aclu.org

nsmith@aclu.org

osarabia@aclu.org

mngo@aclu.org

cwofsy@aclu.org

bklosterboer@aclutx.org

tbuser-clancy@aclutx.org

skumar@aclutx.org

clett@aclutx.org

aharris@aclutx.org

apinon@aclutx.org

lgelernt@aclu.org

dgalindo@aclu.org

agorski@aclu.org

ptoomey@aclu.org

ojadwat@aclu.org

hshamsi@aclu.org

khuddleston@aclu.org

Defendant Counsel

Drew.C.Ensign@usdoj.gov

Tiberius.davis@usdoj.gov

SUPREMECTBRIEFS@usdoj.gov

Christopher.i.pryby@usdoj.gov

Johnny.walker@usdoj.gov

Alicia.dupree@usdoj.gov

Signed on the 29th of March 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957

Signed on the 23rd of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2
(Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957