US District Court District of Columbia

Case No <u>1:26-cv-0261-UNA</u>

Emergency Motion for a Declaratory Judgment

Hedling

V.

Primary Residential Mortgage Inc et al.

1.  The Government of Connecticut in combination with Primary Residential Mortgage Inc has Violated the 5th Amendment in approving a Motion for failure to plead. Via their counsel Brock and Scott who know the Plaintiff has been in Ireland since August 2025 seeking asylum. Due to as seen in EX 1.1 the main pleadings in US District Court District of Columbia Case No 1:26-cv-1179-UNA Hedling V Cobb et al. The State of Connecticut participating in an enforced disappearance, illegal incarceration, attempted extrajudicial killing via forcible Ativan Withdrawal, and trial in absentia using a Motion for a Continuance April 11, 2024-August 23, 2024. For simply On February 27th 2023 the Plaintiff informing Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z. That is essentially the only issue of law and the issue could have been solved with a single email. Then never stop fighting for the Rights of victims of domestic violence.

> **17b-112a states:**
> For purposes of this section, allegations of domestic violence by a victim may be sufficient to establish domestic violence where the Department of Social Services has no independent, reasonable basis to find the applicant or recipient not credible. Upon alleging domestic violence an applicant or recipient may be required to provide a sworn statement or to submit to the department any evidence of such violence available to the applicant or recipient. Evidence of domestic violence may include, but is not limited to: (1) Police, government agency or court records; (2) documentation from a shelter worker, legal, medical, clerical or other professional from whom the applicant or recipient has sought assistance in dealing with domestic violence; or (3) a statement from an individual with knowledge of the circumstances which provide the basis for the claim of domestic violence. We may want to think about if/how we incorporate #3 (statement of individual with knowledge). If we do not incorporate, we need to be prepared to answer why.
>
> As for not needing a police report or restraining order, I understand the commissioner's concern about the risk of pursuing those documents, but these benefits are a LOT of money, we have to have some way of substantiating the client's claims. If they already have those documents then great, but if they don't I feel like the application would have to come from a DV shelter. Yes, the plan is to set up an application process with DV shelters. We discussed this in our previous meeting and it sounded like the shelters were on board with doing the applications for clients they are already working with. But if the purpose of the benefit is to help the person escape their DV situation, they also need to take some steps on their end to make that happen and provide us with some sort of proof that they are taking some form of action (which would be a police report OR restraining order OR seeking help from a shelter). It would be great if we could collect information on other DV supports being received by the client, even if just for reporting purposes.

2.  A private company in retaliation for filing a lawsuit under The Alien Tort Statute (ATS) 28 U.S.C. § 1350. Helped a State violate Article 4 Section 4 of the US Constitution.



DOCKET NO: HHD-CV-25-6201059-S

SUPERIOR COURT
JUDICIAL DISTRICT
OF HARTFORD
AT HARTFORD

PRIMARY RESIDENTIAL MORTGAGE,
INC.

VS.

JEREMY M. LAWSON, et. al.

APRIL 29, 2026

### MOTION FOR DEFAULT FOR FAILURE TO PLEAD

Plaintiff, Primary Residential Mortgage, Inc., hereby moves that a default enter against the following Defendants, Jeremy M. Lawson and Adam M. Duquette, for failure to plead within the time prescribed.

Plaintiff,
Primary Residential Mortgage, Inc.
By its Attorney,

_____430738_____
Dominick D. Neveux, Esq.
BROCK & SCOTT, PLLC
270 Farmington Avenue, Suite 151
Farmington, CT 06032
Telephone: (844) 856-6646
Email: CT_Pleadings@brockandscott.com
Juris No.: 439942

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

B&S File No.: 25-05596 FC01

CERTIFICATION





ORDER   089998

DOCKET NO: HHDCV256201059S                    SUPERIOR COURT

PRIMARY RESIDENTIAL MORTGAGE,              JUDICIAL DISTRICT OF HARTFORD
INC.                                                             AT HARTFORD
   V.
LAWSON, JEREMY M Et Al                        5/6/2026

### ORDER

ORDER REGARDING:
04/29/2026 130.00 MOTION FOR DEFAULT-FAILURE TO PLEAD

The foregoing, having been considered by the clerk, is hereby:

ORDER: GRANTED

Superior Court Results Automated Mailing (SCRAM) Notice was sent on the underlying motion.

089998
_____

BY THE CLERK
Processed by: Sinead Martin

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

HHDCV256201059S   5/6/2026                                          Page 1 of 1



3. Considering nothing the Plaintiff filed including a April 15, 2025 Motion for a Declaratory Judgment was even considered. After refusing to accommodate remote proceedings as the Plaintiff was not aware they were scheduled in person per EX 2.1 a April 29, 2026

Motion for a Permanent Injunction in US District Court District of Columbia Case No 1:26-cv-1179-UNA. Concurrent to having no medical care and being not provided the requested relief. Which would have required the foreclosure process be guided by the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition).

"Wherefore the Plaintiff Prays the Court

1. Adds Defendant "Christopher Pritchard" as a Defendant based on this Motion.

2. Adds the Connecticut Judicial Branch as a Defendant based on this Motion.

3. Grants the relief requested in the April 21, 2026 blocked ADA Request including

● Directing the newly added Defendants to Change the Case Header in Hartford Superior Court Docket #HHD-CV24-5082600S Jeremy M Lawson V The Connecticut Department of Social Services et al to "Borealis S Hedling v The Connecticut Department of Social Services et al".

● Directs the Defendant under Article 14 of the UN Convention against Torture to ensure the case Borealis S Hedling v The Connecticut Department of Social Services et al" is permanent public record on the CT Judicial Branch website.

4. Grants requested in the relief in illegally blocked ADA April 27, 2026 request by making every Judicial Branch Employee and Connecticut Court Judge read annually the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition)"



Loan # 300615610
Property address: 1 Lydall ST Manchester, CT 06042

I Jeremy M Lawson agree for Primary Residential Mortgage to garnish or be paid in a lump sum from any future settlement regarding my Torture by various Governments and institutions 2/27/23-present. As per the pending Emergency EX Parte Temporary Restraining Order filed in the US District Court District of Connecticut filed today.

Jeremy M Lawson

V.

Trevor M McFadden et al.

I have asked the court to clarify I am immune to foreclosure on the Property at 1 Lydall ST Manchester, CT 06042. At a Federal Level presumably under the 5th Amendment of the US Constitution. Under international law as it is an act of Torture to foreclose on the property. Under Connecticut state law is a class D Felony Conn Gen. § 53-20 "cruelty to persons" "deprivation of property". As is consistent with the assertions made repeatedly to PRMI the Whistleblower protection laws in Connecticut "Conn Gen S 4-61dd Section 5 (i)

"(i) No person who, in good faith, discloses information in accordance with the provisions of this section shall be liable for any civil damages resulting from such good faith disclosure."

This would include damage caused by whistleblower retaliation which includes foreclosure. PRMI's 12/6/24 letter on a short sale or potential referral for foreclosure was a gross abuse of power against your company's expressed core values.

Signed on the 3rd of February 2025 at 1 Lydall ST Manchester, CT 06042

Thanks,

Legal name: Jeremy M Lawson

Chosen name: Borealis S Hedling
They / Them



████████████████████████████████

Hartford Connecticut Superior Court

Docket # HHD-CV-25-6201059-S

Emergency Request for a Declaratory Judgment

Primary Residential Mortgage Inc

V.

Jeremy M Lawson et al.

1. The Defendant has clearly established in their 3/31/25 Motion to Dismiss a valid legal concept based on the First Amendment the Government has a duty to redress legitimate Grievances of the people. This should be a normal function of a Government even without the need for a Petition if the Government acts in good faith and seeks continuously to fulfill its function in protecting the Welfare of vulnerable individuals. When The Office of the Attorney General of the State of Connecticut purposely abandons their mission and refuses to meaningfully defend vulnerable populations. People can't be kidnapped by law enforcement, illegally incarcerated, subjected to an attempted extrajudicial killing, and robbed of their property. For requesting their Government treats them with dignity and respects their human rights to restore Domestic Tranquility. Especially not human rights defenders and whistleblowers.

### The Mission of the Attorney General's Office

"Among the critical missions of my office are to represent and advocate the interests of the state and its citizens as vigorously as possible, to ensure that state government acts within the letter and spirit of the law, that public resources are protected for present and future generations, that the quality of life of all our citizens is preserved and enhanced, and that the rights of our most vulnerable citizens are safeguarded."

https://portal.ct.gov/ag/about-us/statutory-responsibility

2. The Defendant has demonstrated clear failures within the legal profession to adhere to their oaths and codes of ethics. The importance of recognizing basic principles of democracy, rule of law, and protection of human rights. That peremptory Norms and International Law have a valid place in domestic legal proceedings. The Plaintiff and Judge Nagala have demonstrated how to abuse procedural law to attempt to deny the Defendant their right to justice and due process. The Defendant's filings even meet the standard set by Respect Maine PAC. v. Walter Mckee if seeking an Application for Writ of Injunction under The All Writs Act, 28 U.S.C. § 1651(a) . The Defendant's right to relief has always and will continue to be in every forum they have or will ever file in be "indisputably clear".

████████████████████████████████

3. The Plaintiff and Judge Nagala also weaponized the label of being a "Pro Se litigant" against the Defendant. To suggest an immediate level of incompetence that was objectively false based on the plain text of their filings and motions or evidence presented. The Defendant within the actual constitutional and legal framework of the justice system when based on law and equity should have had their rights vindicated 2/27/23 when reporting the illegal operation of the Domestic Violence Cash Benefit Program. Was cast as having no standing or cases without merit just because they are not a "licensed attorney." Jailhouse lawyers exist due to an absence of the legal profession to help vulnerable populations. The Defendant's experience as one is clearly as valid as any law school curriculum if lawyers globally can't understand Subsection B Conn Gen. § 17b-112a. In a system so corrupt that inherently harms or encourages the harm of vulnerable populations.  Unanimous decisions like In Shaw v. Murphy, 532 U.S. 223 (2001). Shows at least in Connecticut the Correctional officials can't be allowed to operate with Impunity. The State of Connecticut even willfully blocked access to the Defendant's access to the Law Library function on the Securus Tablets to sabotage their legal efforts. If the question was presented again "Do prison inmates have a constitutional right to provide legal assistance to fellow inmates?". The Defendant's case creates questions of law that breed even more questions of law.

4. As stated the failure to redress the original Grievance that led to the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program. Creates a concept like the fruit of the poisonous tree except everything that grew from this issue must be allowed to be included instead of excluded as it would in the original noted concept. It is fruit of the poisonous seed any Grievance that emerges from the Government's illegal action should be debatable in any forum or proceedings that arose from their intentional sabotage of the Defendant's original 2/27/23 Whistleblower complaint. The Government of Connecticut will have to bear the shame of their actions and inactions for generations to come. Their injury to society presents important foundational opportunities to design a system that protects human rights at the core of the system.

"Cadder and its consequences could be described simply as the necessary application of the law, deriving from the implied right of access to a lawyer identified by the European Court under Article 6 on the European Convention of Human Rights. As Lord Hope put it in his opinion:

"…there is no room … for a decision that favours the status quo simply on grounds of expediency. The issue is one of law… It must be faced up to, whatever the consequences".

However, the sudden over-ruling of previously well-established and accepted law is not the best way to bring about change in any criminal justice system. It leads to instant reactions rather than measured and thought-through plans for reform. It is highly disruptive to the system generally and has the potential to cause injustices in existing cases while attempting to redress perceived miscarriages in others. Cadder was a serious shock to the system. There is an acute need to ensure that, as far as possible, the system is not vulnerable to further upheaval as a result of a

single court judgment. The underlying and long-lasting implication of Cadder is that the system must fully embrace and apply a human rights based approach. This is not to say that it must adhere to a standardised Convention compliant template and abandon all traditions that have developed over centuries. But in promoting further evolution of a system, which should remain specifically designed for Scottish society, a more conscious application of the express and implied rights of the Convention is required. The understanding of human rights should not be the sole preserve of lawyers. It is important, if the law is to be accessible, that society does not develop a system that buries human rights deep within legal architecture. The ability to apply basic human rights should not require a tortuous exploration of Strasbourg jurisprudence or an encyclopaedic knowledge of legal texts. If it does, the system will end up with Dickens' vision in Bleak House of lawyers "mistily engaged in one of the ten thousand stages of an endless cause, tripping one another up on slippery precedents, groping knee-deep in technicalities, running their goat-hair and horse-hair warded heads against walls of words and making a pretence of equity with serious faces."

-The Carloway Review page 1-2

5. The concept of the fruit of the poisonous seed would also allow any court to restore rights the Defendant has been deprived of by any system of Justice that helped further any violations of international law. However, as Lord Carloway puts it the rights and foundational systems need to be specific to the society they are applied to. Respect the Judicial traditions of that court system. Yet the basic principles of focusing on human rights and dignity in the foundational values in documents like the Universal Declaration of Human Rights needs to be the core of how society deals with the concepts of Justice and equity. It must be practical you can not widow dress or pay lip service to these concepts it allows grave violations of human rights. You can't put injunctive relief behind a pay wall if the public good of the legal action in question is so significant the court should bear the cost and provide adequate legal resources to ensure the proceedings are fair.

"Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,"

-Preamble Universal Declaration of Human Rights

"[t]he issues raised transcend the individual interests of the particular litigant, are of public importance, and have not been resolved in previous cases"

-British Columbia (Minister of Forests) v Okanagan Indian Band (2003) 3 SCR 371

6. The system needs to be altered to accommodate and recognize the damage not just to the Defendant's interests since as stated in the Canadian Jurisprudence from the Defendant's illegally blocked 8/25/24 Injunction. When asking the court to bear the cost of the litigation and provide adequate shelter, medical care, and support to meaningfully pursue high level human rights litigation. They instantly and still do meet the test of issues raised transcending an individual interest of Public importance not raised by previous cases. It does not matter if the US Courts continue to not act lawfully because their blatant corruption will be an example to other courts globally. Or like Judge Chaplin did 8/23/24 they can show there is justice if a Judge follows their code of conduct and what is right based on respecting basic human dignity and inalienable human rights.

"The European system of protection of human rights with its Court would be inconceivable untied from democracy. In fact, we have a bond that is not only regional or geographic: a State cannot be party to the European Convention on Human Rights if it is not a member of the Council of Europe; it cannot be a member State of the Council of Europe if it does not respect pluralist democracy, the rule of law and human rights. So a non-democratic State could not participate in the ECHR system: the protection of democracy goes hand in hand with the protection of rights."

—Guido Raimond president of the European Court of Human Rights

7. The Defendant has no adequate remedy at law.

Wherefore The Defendant Prays This Court:

1. Declare based on the evidence provided and nature of the case the Defendant has met the notification requirements to receive a declaratory judgment without delay.

2. Declare everyone has the right to advocate for human rights individually and collectively.

3. Declare State activities must be conducted in the public interest and be proportionate to the ends sought.

4. Declare State institutions, private businesses, private organizations, and private persons shall act in good faith.

5. Declare The State shall respect international law.

6. Determine a set of overriding principles and practice directions to ensure vulnerable individuals are given fair access to an equitable and just court system.

7. Declare all victims of crimes must receive benefits and services provided by law without fear of discrimination.

8.  End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all judicial proceedings.

I swear under penalty of perjury this request for emergency declaratory relief is true and complete to the best of my knowledge.

Signed on the 15th of April, 2025 at 1 Lydall ST Manchester, CT 06042

Respectfully submitted,

/s/ Jeremy M Lawson
Defendant
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them
Phone +1-959-999-8957
Borealis.appeals@gmail.com

| DOCKET NO: HHD-CV25-6201059-S | : | SUPERIOR COURT |
|---|---|---|
| PRIMARY RESIDENTIAL MORTGAGE, INC. | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| JEREMY M. LAWSON, ET AL | : | APRIL 29, 2025 |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR JUDGMENT**

The plaintiff, Primary Residential Mortgage, Inc. (hereinafter, the "Plaintiff"), respectfully objects to the motion for judgment (Docket Entry No. 109.00; hereinafter, the "Motion for Judgment") filed by the defendant, Jeremy M. Lawson (hereinafter, the "Defendant").

I.    BACKGROUND

The Plaintiff commenced the instant foreclosure action by way of Writ, Summons and Complaint, bearing a return date of April 1, 2025 (hereinafter, the "Complaint"), regarding real property located at 1 Lydall Street, Manchester, Connecticut 06042 (hereinafter, the "Property").

The Defendant filed an appearance on March 31, 2025 together with the Motion to Dismiss to which the Plaintiff filed the Objection.

The Plaintiff now respectively objects to the Motion for Judgment.

II. THE MOTION FOR JUDGMENT IS PREMATURE AND FAILS TO STATE A PROPER CAUSE OF ACTION.

The mere fact that the plaintiffs in each case saw fit to institute an action for a declaratory judgment in no way operates to alter or shift the ordinary rules as to the burden of proof in civil actions. *Murphy, Inc., v. Town of Westport*, 131 Conn. 292, 302, 40 A.2d 177 (1944); *Gionfriddo v. Town of Windsor*, 137 Conn. 701, 706, 81 A.2d 266 (1951). Here, the Defendant has failed to

1

meet the burden of proof required in order to obtain a judgment. Indeed, the Defendant fails entirely to acknowledge that the Plaintiff has met the burden of establishing its prima facie case for foreclosure- the Defendant executed a Note and a Mortgage; the Plaintiff is the holder of said Note and the party entitle to enforce said Note and the Mortgagee of record; the Defendant is in default under the terms of the Note and the Mortgage; and, having been notified of said default by the Plaintiff the Defendant failed to cure the default.

The Defendant is free to file appropriate pleadings they see fit detailing any defenses and/or actions they believe exist but without such allegations it is, at best, premature to seek a judgment against the Plaintiff.

III. CONCLUSION

The Plaintiff, based on the foregoing, respectfully requests that the Motion for Judgment be denied as it is not ripe for adjudication and the Defendant has failed to set forth a valid cause of action upon which to grant judgment.

Respectfully Submitted

THE PLAINTIFF,
By:/s/430495 _____
Victoria L. Forcella, Esq.
Brock & Scott, P.L.L.C.
Its Attorneys
270 Farmington Ave, Ste 151
Farmington, CT  06032
Phone: (860) 474-8944
Juris No.: 439942

2

4.  The Plaintiff has no adequate remedy at law.

Wherefore the Plaintiff Prays the Court

1. Declares everyone has the right to advocate for human rights individually and collectively.

2. Declares State activities must be conducted in the public interest and be proportionate to the ends sought.

3. Declares State institutions, private businesses, private organizations, and private persons shall act in good faith.

4. Declares The State shall respect international law.

5.Declares all victims of crimes must receive benefits and services provided by law without fear of discrimination.

6. Declares foreclosures against Victims of Torture are acts of Torture as well.

7. Declares there is a conclusive presumption any Judgements rendered against the Plaintiff by Connecticut State Courts are unlawful and unenforceable.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 23rd of May 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957