US District Court District of Columbia

Case No 1:26-cv-1179-UNA

Motion for a Permanent Injunction

Hedling

V.

Cobb et al.

1. The Plaintiff sought to April 21, 2026 preserve the corresponding record in Hartford Superior Court Docket #HHD-CV24-5082600S. Under the ADA as a survivor of torture to ensure the case does not disappear from public record May 3, 2026. Just leaving in Connecticut Court Records the Plaintiff's illegal incarceration, foreclosure, and a default Judgement for credit card debt.

Jeremy M Lawson

V.

The Connecticut Department of Social Services et al.

2. Given the CT Judicial Branch has not only refused efiling access refusing to take a Deeds Poll as identification under any circumstances. Thus making it impossible to efile. They have historically allowed an individual the Plaintiff has historically noted has not acted in good faith in charge of gatekeeping access to even request Judicial Accommodations. Even being listed as a potential Defendant in an illegally blocked December 5, 2024 action the Plaintiff attempted to file against Governor Ned Lamont. In addition to refusing to provide a vulnerability assessment or provide an alternative point of contact. Per Christopher v. Hardbury 536 US (2002) at 414-415 "the very point of recognizing any access claim is to provide some effective vindication for a separate and distinct right to seek judicial relief for some wrong." See also Blake v. Dowe, 36 F Supp. 3d 271 (D. Conn 2014) "More recently, the Supreme Court has recognized a constitutional right of access to the courts, although noting the precise source in the constitution remains uncertain. Whatever its pedigree, a right of access to the courts correlatively means a right to be free from obstruction of this right by the Government".



**ADA REQUEST FOR**
**REASONABLE ACCOMMODATION**
JD-ES-352  Rev. 1-26


*This form is available*
*in other languages*

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions:**

*Requests for accommodations may be made using this form, orally, in any other written format, or as required by the Connecticut Practice Book. If you need help completing this form, contact the Centralized ADA Office at 860-706-5310.*

*Do not submit this form using E-Services.*

*Send the completed form to ADAprogram@jud.ct.gov or submit the completed form to the Court Clerk at the location where the case will be heard. You may also mail or fax the form to: CT Judicial Branch, Centralized ADA Office, 90 Washington Street, Hartford, CT 06106,  Fax: 860-706-5089.*

**Please make this request at least 10 days before you need the accommodation for timely processing.**

| | |
|---|---|
| COURT USE ONLY | |
| ADAREQ | |

**Part I - Information** *(To be completed by person requesting accommodation)*

| Name | E-mail address | |
|---|---|---|
| **Borealis S Hedling  (formerly Jeremy M Lawson)** | **Borealis.appeals@gmail.com** | |
| Address | | Telephone number |
| **Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)** | | **+1-959-999-8957** |
| Date(s) accommodation is needed | Location where accommodation is needed | |
| **2/5/26** | **N/A** | |
| Name of case | | Docket number *(if known)* |
| **Primary Residential Mortgage Inc v. Jeremy M Lawson** | | **HHDCV245082600S** |

I am a:  ☐ Juror  ☒ Defendant  ☐ Plaintiff  ☐ Witness  ☐ Other *(specify)* _____

Type of case:  ☒ Civil  ☐ Criminal  ☐ Family  ☐ Juvenile  ☐ Appellate/Supreme

☐ Other Judicial event  _____

**Why do you need an accommodation under the Americans with Disabilities Act?**
*If you are asking for an accommodation that may involve the rights of the other party or parties, such as a continuance, extension of time, or request for a virtual hearing, your request will be shared with the Judge and all attorneys and self-represented parties of record in your case. Only give as much information as you are comfortable sharing.* **Do not submit medical records.**
*If more information is needed, you will be asked to provide it at a later date.*

**Per the previous ADA complaint against Christopher Pritchard and my ADA letter regarding written notifications my PTSD is exacerbated by communicating with Government employees in writing and general problems with how bureaucracy normalizes and obscures torture as a Human Rights Defender.**

**How will the requested accommodation help you?**
*Please give a detailed response.*
*You may be asked to provide further information if it is necessary to help us understand what a reasonable accommodation might be.*

**Give me a point of contact within the ADA office allowing for compassionate victim centered collaborative interactive interview to assess needs of a victim of judicial Torture in terms of accessing the courts. Never requiring I fill in a form again.**



**ADA Accommodations**
*ADAProgram@jud.ct.gov*
*https://www.jud.ct.gov/ADA*

**Interpreters**
Free language services available
*https://www.jud.ct.gov/LEP*

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 4        WCAG 2.1 AA        [ Print ]        [ Reset ]

**Part II - Accommodation Request** *(To be completed by person requesting accommodation)*

**I need:** *(select all that apply)*

**Administrative Accommodation(s):**

**ADA Accommodations**
ADAProgram@jud.ct.gov
https://www.jud.ct.gov/ADA

**Interpreters**
Free language services available
https://www.jud.ct.gov/LEP

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 4        WCAG 2.1 AA        [ Print ]        [ Reset ]

## Part II - Accommodation Request *(To be completed by person requesting accommodation)*

**I need:** *(select all that apply)*

**Administrative Accommodation(s):**

☐ American Sign Language (ASL)   ☐ ASL and a Certified Deaf Interpreter   ☒ Support Person

☐ CART (similar to closed captioning)   ☐ Assistive listening device   ☐ Document remediation
*(to allow a document to be read by assistive technology)*

Sign below and skip Part III if Judicial Accommodation(s) are not requested.

| Signature *(Required)* | Name | Date signed |
|---|---|---|
| | **Borealis S Hedling** | **2/5/26** |

**Judicial Accommodation(s):**

These requests may involve the rights of the other party or parties (e.g., continuance or videoconferencing requests) or a Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding). They will be decided by a Judge. If the request impacts the rights of the other party or parties, you must send a copy of this form to all attorneys and self-represented parties of record in your case and it will be part of the court file. Part III must be completed. If the request involves the Judge's control of the courtroom, this form generally does NOT need to be sent to counsel and self-represented parties of record.

☐ Videoconferencing   ☐ Teleconferencing   ☐ Alternative time schedule _____

☐ Extension of time - Request to extend until *(date)* _____

☐ Continuance - Request to continue case to *(date)* _____   OR   ☐ at the court's discretion.

☐ Other:

Sign below.

| Signature *(Required)* | Name | Date signed |
|---|---|---|
| | | |

## Part III - Certification to All Counsel and Self-Represented Parties

*(To be completed by counsel and self-represented parties of record when Judicial Accommodation(s) involve the rights of the other party or parties are requested in Part II. Part III does NOT need to be completed if the Judicial Accommodation request in Part II involves the Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding))*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____2/5/26_____ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**Counsel for Plaintiff CT_Pleadings@brockandscott.com**

**Counsel for Co-Defendant RFLudgin@NTPLX.net**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | **Borealis S Hedling** | **2/5/26** |
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |
| Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland) | | **1-959-999-8957** |

JD-ES-352   Rev. 1-26
Page 2 of 4        [ Print ]        [ Reset ]

**FOR CENTRALIZED ADA OFFICE USE ONLY**

## Part IV - Centralized ADA Office Decision *(To be completed by the Centralized ADA Office)*

**Emergency ADA Complaint CT Judicial Branch**

Date of complaint November 28th, 2024

**Complainant**:

Legal name: Jeremy M Lawson

Chosen name: Borealis Hedling

They / Them

Address: MT Ayre Mosaic Crisis Center 6501 N Charles St Towson, Maryland 21204

**Offenders**:

ADA Central Processing Unit / Christopher Pritchard

**Preferred means of contact (email):** silenceisvalidation@gmail.com

**Requested accommodation**: File via email actions and exhibits to CT Supreme Court under Article 1 Section 2

Jeremy M. Lawson

V.

The Connecticut Department of Social Services et al.

Docket # CV24-5082600

and to the Hartford Superior Court a Motion for a permanent stay in

US National Bank Association /dba Elan Financial Services

V.

Jeremy M Lawson

Docket # unknown

**Basis for denial:** This was a "personal matter"

**Date for denial**: November 27th,  2024

1

1

### Narrative:

"This process is established to meet the requirements of the Americans with Disabilities Act (ADA) to address complaints concerning the services, programs and activities of the Judicial Branch. Any person who believes that a reasonable administrative accommodation 2 has not been provided that would permit the person to fully participate in, or receive the benefits of, the services, programs or activities of the Judicial Branch, may file a complaint under this process."

-CT Judicial Branch "COMPLAINT PROCEDURE UNDER THE AMERICANS WITH DISABILITIES ACT FOR ADMINISTRATIVE ACCOMMODATIONS" revised 7-1-23

The Complainant requests review of EX 1-4 to give adequate context into the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up the Domestic Violence Cash Benefit Program. The use per Exhibit 2 a Conn Gen § 4-175 request for a declaratory judgment filed as a Exhibit in Jeremy M Lawson V The Connecticut Department of Social Services et al. showing administrative remedies as torture. The Offenders have a very long history of abusing the Plaintiff all the way back to the initial filing of Jeremy M Lawson V The Connecticut Department of Social Services 2/23/24. The Complainant would like to remind the Reviewer per EX 4:

The United States Court of Appeals for the Second Circuit stated in Filártiga v. Peña-Irala that

"the torturer has become, like the pirate and the slave trader before him, hostis humani generis, an enemy of all mankind"

That if the Reviewer Is an Attorney the CT Attorney's Oath is:

"You solemnly swear or solemnly and sincerely affirm, as the case may be, that you will do nothing dishonest, and will not knowingly allow anything dishonest to be done in court, and that you will inform the court of any dishonesty of which you have knowledge; that you will not knowingly maintain or assist in maintaining any cause of action that is false or unlawful; that you will not obstruct any cause of action for personal gain or malice; but that you will exercise the office of attorney, in any court in which you may practice, according to the best of your learning and judgment, faithfully, to both your client and the court; so help you God or upon penalty of perjury. (General Statutes § 1-25 and annotations.)
(Amended pursuant to Public Act 02-71 to take effect Oct. 1, 2002.)"

- Page 1 2024 CT Practice Book

That this request be reviewed and immediately granted under Article 1 Section 2 of the Constitution of the State of Connecticut:

"SEC. 2. All political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefit; and they have at all times an **undeniable** and

2

2

**indefeasible** right to alter their form of government in such manner as they may think expedient."

That failure to do so constitutes a wanton and recklessly act under Conn Gen § 4-165. Also an act of Neglect under 42 U.S.C 1986

"(a) No state officer or employee shall be personally liable for damage or injury, not wanton, reckless or malicious, caused in the discharge of his or her duties or within the scope of his or her employment. Any person having a complaint for such damage or injury shall present it as a claim against the state under the provisions of this chapter."

- Conn Gen § 4-165

"Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued."

- 42 U.S.C 1986

Potentially per EX 5 the actual pleadings for the Ex Parte Immediate Permanent Injunction without hearing or notice. In which the Plaintiff revised them 11-27-24 before drafting this referenced complaint to add The offender Christopher Pritchard as a Defendant. May constitute a commission of Conn Gen § 53-20 "cruelty to persons" "unlawful punishment". A Class D Felony as noted by the complainant in testimony in GA #14 Criminal Court 8/23/24 committed against them as an act of extreme whistleblower destruction (Retaliation is too tame a descriptor) by dozens of State Employees, many of them being Attorneys.

"(a) (1) Any person who intentionally tortures, torments or cruelly or unlawfully punishes another person or intentionally deprives another person of necessary food, clothing, shelter or proper physical care shall be guilty of a class D felony."

- Conn Gen § 53-20

3

3

That even with EX 6 the action for a permanent stay in US National Bank Association /dba Elan Financial Services v. Jeremy M Lawson the Complainant is only destitute and on the verge of bankruptcy due to the illegal denial by the CT Judicial Branch maliciously of all their lawful requests for injunctive relief. The courts of Connecticut have supported intimidation, torture, enforced disappearance, an attempted extrajudicial killing of the Complainant, and still won't take victims of domestic violence at their word for emergency benefits as required by law…

Christopher Pritchard's characterization this is "personal" only exists for him and ADA Central Processing since if this Reviewer or the CT State police did a full investigation of our interactions they could be held criminally liable. He further misgenders the Plaintiff as "Mr. Lawson" when the injunctive relief the Complainant seeks to file requests enforcement of P.A. 11-55 Section 21 to end that discriminatory practice in state services…

This has already reached the European Court of Human Rights pet EX 7 the pleadings for the 6th illegally blocked interim request #6 request. Per EX 8 another bureaucrat abusing their authority to not be held criminally liable blocking actual Judicial review. Per EX 9 the Plaintiff already reported actions to the UN Council of Human Rights via the Special Procedures Reporting mechanism.

To summarize in Layman's terms "wtf?"…

Please immediately File both actions. You can investigate previous abuse on your own merits if you so choose or defer to relevant domestic law enforcement or international bodies.

Respectfully submitted,

Legal name: Jeremy M Lawson

Complainant
Chosen name: Borealis S Hedling
They / Them

4

4

███████████████████████████████████████████

Emergency ADA Complaint CT Judicial Branch Exhibits List

1.  2/27/24 letter to Attorney General William Tong on the Domestic Violence Cash Benefit Program
2.  Conn Gen § 4-175 request for a declaratory judgment drafted not filed

Jeremy M Lawson

V

The Commissioner of the Department of Social Services

3.  Petition for a Writ of Certiorari to the US Supreme Court drafted not filed (no access to mail in Iceland) for US District Court District of Columbia Case No 1:24-cv-02615-TNM

Lawson

V.

The Department of Justice

4.  Note on International Customary Law
5.  Revised 11-27-2024 pleadings for CT Supreme Docket #CV24-5082600

Jeremy M. Lawson

V.

The Connecticut Department of Social Services et al.

6.  Motion for Permanent stay in Hartford Superior Court Docket # unknown

US National Bank Association /dba Elan Financial Services

V.

Jeremy M Lawson

7.  Pleadings for 6th illegally blocked interim measures request European Court of Human Rights
8.  Letter from filtering section illegally blocking The 6th request
9.  Report via Special Procedures to the UN Human Rights Council

5

███████████████████████████████████████████

3.  The April 22, 2026 denial of the ADA Request to preserve evidence of torture at this stage constitutes an issue far beyond breaching Section 504 of the 1973 Rehabilitation Act, ADA, or even 42 U.S.C. § 1983, 1985 (2+3), 1986.  Or Conn Gen. § 53-20 "Cruelty

to persons" "unlawful Punishment". It is a direct violation of the Principles of Jus Cogens. The United States Court of Appeals for the Second Circuit stated in Filártiga v. Peña-Irala that "the torturer has become, like the pirate and the slave trader before him, hostis humani generis, an enemy of all mankind". As noted in EX 8 which was included in the noted ADA complaint showing historic bias.





2:38 Tue, Apr 21

2 Hedling ADA Request Form.pdf



**ADA REQUEST FOR REASONABLE ACCOMMODATION**
JD-ES-352  Rev. 1-26

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

*This form is available in other languages*

COURT USE ONLY
ADAREQ

**Instructions:**

*Requests for accommodations may be made using this form, orally, in any other written format, or as required by the Connecticut Practice Book. If you need help completing this form, contact the Centralized ADA Office at 860-706-5310.*

*Do not submit this form using E-Services.*

*Send the completed form to ADAprogram@jud.ct.gov or submit the completed form to the Court Clerk at the location where the case will be heard. You may also mail or fax the form to: CT Judicial Branch, Centralized ADA Office, 90 Washington Street, Hartford, CT 06106,   Fax: 860-706-5089.*

**Please make this request at least 10 days before you need the accommodation for timely processing.**

**Part I - Information** *(To be completed by person requesting accommodation)*

| Name | E-mail address |
|---|---|
| **Jeremy M Lawson** | **Dauntless.peace@proton.me** |

| Address | Telephone number |
|---|---|
| **Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)** | **959-999-8957** |

| Date(s) accommodation is needed | Location where accommodation is needed |
|---|---|
| **May 2, 2026** | **Virtual** |

| Name of case | Docket number *(if known)* |
|---|---|
| **Jeremy M Lawson v. The Connecticut Department of Social Services et al** | **HHDCV245082600S** |

I am a: ☐ Juror   ☐ Defendant   ☒ Plaintiff   ☐ Witness   ☐ Other *(specify)* _____

Type of case:  ☒ Civil   ☐ Criminal   ☐ Family   ☐ Juvenile   ☐ Appellate/Supreme

☐ Other Judicial event _____

**Why do you need an accommodation under the Americans with Disabilities Act?**
*If you are asking for an accommodation that may involve the rights of the other party or parties, such as a continuance, extension of time, or request for a virtual hearing, your request will be shared with the Judge and all attorneys and self-represented parties of record in your case. Only give as much information as you are comfortable sharing. **Do not submit medical records**.*
*If more information is needed, you will be asked to provide it at a later date.*

**The Plaintiff has changed their Legal name to Borealis Serenity Hedling and in addition to Preserving this case for public record given concurrent federal,litigation US District Court District of Columbia Case No 1:26-cv-1179 Hedling v Cobb et al. Is requesting the Court change the Case Header under PA 11-55. In addition to permanently keeping the case public record**

**How will the requested accommodation help you?**
*Please give a detailed response.*
*You may be asked to provide further information if it is necessary to help us understand what a reasonable accommodation might be.*
**It will allow me as a survivor of torture of the State of Connecticut with severe PTSD to validate my experience.**

**ADA Accommodations**
ADAProgram@jud.ct.gov
https://www.jud.ct.gov/ADA

**Interpreters**
Free language services available
https://www.jud.ct.gov/LEP

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 4        WCAG 2.1 AA        [Print]        [Reset]

**Part II - Accommodation Request** *(To be completed by person requesting accommodation)*

**I need:** *(select all that apply)*

**Administrative Accommodation(s):**

☐ American Sign Language (ASL)   ☐ ASL and a Certified Deaf Interpreter   ☒ Support Person

☐ CART (similar to closed captioning)   ☐ Assistive listening device   ☐ Document remediation
*(to allow a document to be read by assistive technology)*

Sign below and skip Part III if Judicial Accommodation(s) are not requested

Signature (Required)

Date signed
4/21/26

**ADA Accommodations**
ADAProgram@jud.ct.gov
https://www.jud.ct.gov/ADA

**Interpreters**
Free language services available
https://www.jud.ct.gov/LEP

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 4      WCAG 2.1 AA      [Print]      [Reset]

---

**Part II - Accommodation Request** *(To be completed by person requesting accommodation)*

**I need:** *(select all that apply)*

**Administrative Accommodation(s):**

☐ American Sign Language (ASL)    ☐ ASL and a Certified Deaf Interpreter    ☒ Support Person

☐ CART (similar to closed captioning)    ☐ Assistive listening device    ☐ Document remediation
*(to allow a document to be read by assistive technology)*

Sign below and skip Part III if Judicial Accommodation(s) are not requested.

| Signature *(Required)* | Name | Date signed |
|---|---|---|
| *(signature)* | **Borealis S Hedling** | **4/21/26** |

**Judicial Accommodation(s):**
These requests may involve the rights of the other party or parties (e.g., continuance or videoconferencing requests) or a Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding). They will be decided by a Judge. If the request impacts the rights of the other party or parties, you must send a copy of this form to all attorneys and self-represented parties of record in your case and it will be part of the court file. Part III must be completed. If the request involves the Judge's control of the courtroom, this form generally does NOT need to be sent to counsel and self-represented parties of record.

☐ Videoconferencing    ☐ Teleconferencing    ☐ Alternative time schedule _____

☐ Extension of time - Request to extend until *(date)* _____

☐ Continuance - Request to continue case to *(date)* _____    OR    ☐ at the court's discretion.

☒ Other:
The Plaintiff has changed their Legal name to Borealis Serenity Hedling and in addition to Preserving this case for public record given concurrent federal,litigation US District Court District of Columbia Case No 1:26-cv-1179 Hedling v Cobb et al. Is requesting the Court change the Case Header under PA 11-55. In addition to permanently keeping the case public record

Sign below.

| Signature *(Required)* | Name | Date signed |
|---|---|---|
| *(signature)* | **Borealis S Hedling** | **4/21/26** |

**Part III - Certification to All Counsel and Self-Represented Parties**
*(To be completed by counsel and self-represented parties of record when Judicial Accommodation(s) involve the rights of the other party or parties are requested in Part II. Part III does NOT need to be completed if the Judicial Accommodation request in Part II involves the Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding))*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* __4/21/26__ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

emailed to Plaintiff' s Counsel at Attorney.General@ct.gov , Colleen.valentine@ct.gov generalcounsel@uconn.edu

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(...)* of fil... | Print or type name of person signing | Date signed |
|---|---|---|
| *(signature)* | **Borealis S Hedling** | **4/21/26** |
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |
| Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland) | | +1-959-999-8957 |

JD-ES-352  Rev. 1-26
Page 2 of 4      [Print]      [Reset]

---

**FOR CENTRALIZED ADA OFFICE USE ONLY**

**Part IV - Centralized ADA Office Decision** *(To be completed by the Centralized ADA Office)*

**For Administrative Accommodation Requests and ADA Qualification**

☐ Your request for an accommodation has been GRANTED as requested or GRANTED with the following alternative accommodation:

---

4. The Plaintiff also attempted in response to a April 20, 2026 Order in their illegal foreclosure the subject of US District Court District of Columbia Case No

1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc. File an ADA Request April 27, 2026 to be rebuffed again against the UN Convention Against Torture.



**Print email**    ✕

## Re: ADA Request for the Istanbul Protocol to be applied to PRMI v Jeremy M Lawson et al.

| From | ADA Program <ADAProgram@jud.ct.gov> |
|---|---|
| To | dauntless.peace@proton.me <Dauntless.peace@proton.me> |
| Date | Wednesday, April 29th, 2026 at 4:01 PM |

Good Morning,

At this time, no future court dates are scheduled. Once a court date is set, you may let our office know, and we can submit the request at that time.

Chris Pritchard
Court Planner
Project Management, Administration & Legislation
Connecticut Judicial Branch
90 Washington Street, 3rd Floor
Hartford, CT 06106
Tel: (860) 706-5310
christopher.pritchard@jud.ct.gov

---

**From:** Dauntless.peace <Dauntless.peace@proton.me>
**Sent:** Monday, April 27, 2026 4:58 PM
**To:** ADA Program <ADAProgram@jud.ct.gov>; Colleen.valentine@ct.gov <Colleen.valentine@ct.gov>; Attorney.General@ct.gov <Attorney.General@ct.gov>; generalcounsel@uconn.edu <generalcounsel@uconn.edu>; humanrights@uconn.edu <humanrights@uconn.edu>
**Cc:** submissions@protectionappeals.ie <submissions@protectionappeals.ie>; complaints@sipo.ie <complaints@sipo.ie>; cepl@ucd.ie <cepl@ucd.ie>; helpline@eda.admin.ch <helpline@eda.admin.ch>; iredu@unhcr.org <iredu@unhcr.org>; SUPREMECTBRIEFS@usdoj.gov <SUPREMECTBRIEFS@usdoj.gov>; alicia.dupree@usdoj.gov <alicia.dupree@usdoj.gov>; johnny.walker@usdoj.gov <johnny.walker@usdoj.gov>; MediaRelations@uscg.mil <MediaRelations@uscg.mil>; osd.pa.dutyofficer@mail.mil <osd.pa.dutyofficer@mail.mil>; AF.JAX.Workflow@us.af.mil <AF.JAX.Workflow@us.af.mil>; 16AF.PA.MediaOps@us.af.mil <16AF.PA.MediaOps@us.af.mil>; PTGN_CHINFONEWSDESK@navy.mil <PTGN_CHINFONEWSDESK@navy.mil>; warcompa@socom.mil

Cancel    Print



6:02 Wed, Apr 29    68%

mail.proton.me/u/4/inbox/tFCtXp64ke65rbt3f

**Print email**                                              ✕

<warcompa@socom.mil>; osd.pentagonpressbadges@mail.mil
<osd.pentagonpressbadges@mail.mil>; newsdesk@fcdo.gov.uk
<newsdesk@fcdo.gov.uk>; reportingconcerns@fcdo.gov.uk
<reportingconcerns@fcdo.gov.uk>; wshdc-prmoas@international.gc.ca <wshdc-
prmoas@international.gc.ca>; dublnconsul@international.gc.ca
<dublnconsul@international.gc.ca>; newtactics@cvt.org <newtactics@cvt.org>;
info@ccvt.org <info@ccvt.org>; info@irishrefugeecouncil.ie
<info@irishrefugeecouncil.ie>; justice@oireachtas.ie <justice@oireachtas.ie>;
lte@justsecurity.org <lte@justsecurity.org>; paul.murphy@oireachtas.ie
<paul.murphy@oireachtas.ie>; press@amnesty.org <press@amnesty.org>;
press.office@dfa.ie <press.office@dfa.ie>; support@protectdefenders.eu
<support@protectdefenders.eu>; social.charter@coe.int <social.charter@coe.int>;
socialinclusion@hse.ie <socialinclusion@hse.ie>; private.office@coe.int
<private.office@coe.int>; media@fm.gov.om <media@fm.gov.om>; reprisals@ohchr.org
<reprisals@ohchr.org>; dppa-scsb3@un.org <dppa-scsb3@un.org>; hrwdc@hrw.org
<hrwdc@hrw.org>; christopher.i.pryby@usdoj.gov <christopher.i.pryby@usdoj.gov>;
AGC_PGC_TORONTO.IMM@JUSTICE.GC.CA
<AGC_PGC_TORONTO.IMM@JUSTICE.GC.CA>; NCQ-AQC.Toronto@justice.gc.ca <NCQ-
AQC.Toronto@justice.gc.ca>; edpb@edpb.europa.eu <edpb@edpb.europa.eu>;
info@dataprotection.ie <info@dataprotection.ie>; roz@igniyte.com <roz@igniyte.com>;
DOJ.OIP.FOIA@usdoj.gov <DOJ.OIP.FOIA@usdoj.gov>; mpeters@petersbrovner.com
<mpeters@petersbrovner.com>; lbrovner@petersbrovner.com
<lbrovner@petersbrovner.com>; mbrinckerhoff@ecbawm.com
<mbrinckerhoff@ecbawm.com>; acelli@ecbawm.com <acelli@ecbawm.com>;
deisenberg@ecbawm.com <deisenberg@ecbawm.com>; rwyant@ecbawm.com
<rwyant@ecbawm.com>; Tips@cnn.com <Tips@cnn.com>; tips2@bloomberg.net
<tips2@bloomberg.net>; tips@nypost.com <tips@nypost.com>; news@irishstar.com
<news@irishstar.com>; newsdesk@irishtimes.com <newsdesk@irishtimes.com>;
admin@afri.ie <admin@afri.ie>; admin@sinnfein.ie <admin@sinnfein.ie>;
info@crimevictimshelpline.ie <info@crimevictimshelpline.ie>; info@redress.org
<info@redress.org>; info@labour.ie <info@labour.ie>; info@president.ie
<info@president.ie>; info@socialdemocrats.ie <info@socialdemocrats.ie>;
helpline@transparency.ie <helpline@transparency.ie>; migrantproject@crosscare.ie
<migrantproject@crosscare.ie>; uncomfortabledublin@tcd.ie
<uncomfortabledublin@tcd.ie>; drc@tcd.ie <drc@tcd.ie>; remember@transequality.org
<remember@transequality.org>; equality@tcd.ie <equality@tcd.ie>;
CT_Pleadings@brockandscott.com <CT_Pleadings@brockandscott.com>;
Josh.Elliott@cga.ct.gov <Josh.Elliott@cga.ct.gov>; info@ctfairhousing.org

Cancel                                                      Print



ORDER    439589

DOCKET NO: HHDCV256201059S

SUPERIOR COURT

PRIMARY RESIDENTIAL MORTGAGE, INC.
V.
LAWSON, JEREMY M Et Al

JUDICIAL DISTRICT OF HARTFORD
    AT HARTFORD

4/20/2026

ORDER

ORDER REGARDING:
04/20/2026 129.00 ADA REQUEST FOR REASONABLE ACCOMMODATION

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

This ADA request was made on the date and at the time of the scheduled hearing, which had been rescheduled based upon prior request from the defendant. Accordingly, it is untimely. The request for a support person has previously been approved.

To the extent the request seeks a continuance, having been filed at the commencement of the duly noticed rescheduled hearing and taking into account the history of the prior requests, the court finds it untimely and it creates an undue financial or administrative burden or would cause a fundamental alteration to our programs or service. It is further unclear what other accommodation the defendant is seeking.

As addressed on the record.

There is no right to immediate appellate review of this order. If you disagree with this Judicial Order, it may be challenged in an appeal from the final judgment pursuant to the rules of practice.

439589

Judge: CLAUDIA A BAIO

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

HHDCV256201059S    4/20/2026

Page 1 of 1



9:51  Mon, Apr 27  ☁ 🖼 ◉ ·                                                          ⟲ 🔇 📶 40%▪

← Torture ADA Request Form_edited.pdf                              ⬚  🅰₊  📖  ⋮

**ADA REQUEST FOR**  | *This form is available* | STATE OF CONNECTICUT
**REASONABLE ACCOMMODATION** | *in other languages* | JUDICIAL BRANCH
JD-ES-352  Rev. 1-26 | | **SUPERIOR COURT**
| | www.jud.ct.gov

**Instructions:**

| | COURT USE ONLY |
| --- |
| ADAREQ |

*Requests for accommodations may be made using this form, orally, in any other written format, or as required by the Connecticut Practice Book. If you need help completing this form, contact the Centralized ADA Office at 860-706-5310.*

*Do not submit this form using E-Services.*

*Send the completed form to ADAprogram@jud.ct.gov or submit the completed form to the Court Clerk at the location where the case will be heard. You may also mail or fax the form to:  CT Judicial Branch, Centralized ADA Office, 90 Washington Street, Hartford, CT 06106,   Fax: 860-706-5089.*

**Please make this request at least 10 days before you need the accommodation for timely processing.**

---

**Part I - Information** *(To be completed by person requesting accommodation)*

| Name | E-mail address |
| --- | --- |
| **Jeremy M Lawson** | **Dauntless.peace@proton.me** |

| Address | | Telephone number |
| --- | --- | --- |
| **Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)** | | **959-999-8957** |

| Date(s) accommodation is needed | Location where accommodation is needed |
| --- | --- |
| **April 27, 2026** | **Virtual** |

| Name of case | Docket number *(if known)* |
| --- | --- |
| **Primary Residential Mortgage Inc V Jeremy M Lawson et al** | **HHDcv25-6201059-S** |

I am a:   ☐ Juror   ☒ Defendant   ☐ Plaintiff   ☐ Witness   ☐ Other *(specify)* _____

Type of case:   ☒ Civil   ☐ Criminal   ☐ Family   ☐ Juvenile   ☐ Appellate/Supreme

☐ Other Judicial event  _____

**Why do you need an accommodation under the Americans with Disabilities Act?**

*If you are asking for an accommodation that may involve the rights of the other party or parties, such as a continuance, extension of time, or request for a virtual hearing, your request will be shared with the Judge and all attorneys and self-represented parties of record in your case. Only give as much information as you are comfortable sharing.* **Do not submit medical records**.
*If more information is needed, you will be asked to provide it at a later date.*

**The Presiding Judge read the Read the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition) before any further rulings**

---

**How will the requested accommodation help you?**
*Please give a detailed response.*
*You may be asked to provide further information if it is necessary to help us understand what a reasonable accommodation might be.*

**It will allow me as a vulnerable adult who is a current asylum seeker to be treated in accordance with international law. Including by courts in my country of persecution so orders that don't violate Article 3 of the UN Convention against Torture by compelling my physical attendance are issued when opposing counsel was well aware I will not set foot on US soil.**

---

**ADA Accommodations**
ADAProgram@jud.ct.gov
https://www.jud.ct.gov/ADA

**Interpreters**
Free language services available
https://www.jud.ct.gov/LEP

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 4        WCAG 2.1 AA        [ Print ]        [ Reset ]

**Part II - Accommodation Request** *(To be completed by person requesting accommodation)*
**I need:** *(select all that apply)*

ADA Accommodations
ADAProgram@jud.ct.gov
https://www.jud.ct.gov/ADA

Interpreters
Free language services available
https://www.jud.ct.gov/LEP

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 4     WCAG 2.1 AA     [ Print ]     [ Reset ]

**Part II - Accommodation Request** *(To be completed by person requesting accommodation)*

**I need:** *(select all that apply)*

**Administrative Accommodation(s):**

[ ] American Sign Language (ASL)     [ ] ASL and a Certified Deaf Interpreter     [x] Support Person

[ ] CART (similar to closed captioning)     [ ] Assistive listening device     [ ] Document remediation
*(to allow a document to be read by assistive technology)*

Sign below and skip Part III if Judicial Accommodation(s) are not requested.

| Signature (Required) | Name | Date signed |
|---|---|---|
| | Borealis S Hedling | 4/27/26 |

**Judicial Accommodation(s):**

These requests may involve the rights of the other party or parties (e.g., continuance or videoconferencing requests) or a Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding). They will be decided by a Judge. If the request impacts the rights of the other party or parties, you must send a copy of this form to all attorneys and self-represented parties of record in your case and it will be part of the court file. Part III must be completed. If the request involves the Judge's control of the courtroom, this form generally does NOT need to be sent to counsel and self-represented parties of record.

[ ] Videoconferencing     [x] Teleconferencing     [ ] Alternative time schedule _____

[ ] Extension of time - Request to extend until *(date)* _____

[ ] Continuance - Request to continue case to *(date)* 5/20/26     OR  [ ] at the court's discretion.

[x] Other:

The Presiding Judge read the Read the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition) before any further rulings

Sign below.

| Signature (Required) | Name | Date signed |
|---|---|---|
| | Borealis S Hedling | 4/27/26 |

**Part III - Certification to All Counsel and Self-Represented Parties**

*(To be completed by counsel and self-represented parties of record when Judicial Accommodation(s) involve the rights of the other party or parties are requested in Part II. Part III does NOT need to be completed if the Judicial Accommodation request in Part II involves the Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding))*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ____4/27/26____ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

emailed to Plaintiff's Counsel at CT_Pleadings@brockandscott.com and Co Defendant at RFLudgin@NTPLX.net

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed (Signature of filer) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | Borealis S Hedling | 4/27/26 |
| Mailing address (Number, street, town, state and zip code) | | Telephone number |
| Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland) | | +1-1-959-999-8957 |

JD-ES-352   Rev. 1-26
Page 2 of 4     [ Print ]     [ Reset ]

---

**FOR CENTRALIZED ADA OFFICE USE ONLY**

**Part IV - Centralized ADA Office Decision** *(To be completed by the Centralized ADA Office)*

**For Administrative Accommodation Requests and ADA Qualification**

[ ] Your request for an accommodation has been GRANTED as requested or GRANTED with the following alternative accommodation:

5.  The Plaintiff has no adequate remedy at law.

Wherefore the Plaintiff Prays the Court

1.  Adds Defendant "Christopher Pritchard" as a Defendant based on this Motion.

2.  Adds the Connecticut Judicial Branch as a Defendant based on this Motion.

3.  Grants the relief requested in the April 21, 2026 blocked ADA Request including

●  Directing the newly added Defendants to Change the Case Header in Hartford Superior Court Docket #HHD-CV24-5082600S Jeremy M Lawson V The Connecticut Department of Social Services et al to "Borealis S Hedling v The Connecticut Department of Social Services et al".

●  Directs the Defendant under Article 14 of the UN Convention against Torture to ensure the case Borealis S Hedling v The Connecticut Department of Social Services et al" is permanent public record on the CT Judicial Branch website.

4.  Grants requested in the relief in illegally blocked ADA April 27, 2026 request by making every Judicial Branch Employee and Connecticut Court Judge read annually the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition)

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 29th of April 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957