## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NTEU et al
_____
                    Plaintiff

            vs.                          Civil Action No. 1:25-cv-0381-ABJ

Vought et al.
_____
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this   5th   day of   June   , 20 26   , that

Borealis S Hedling (Proposed Intervenor)

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   5th   day of June   , 20 26

in favor of   Vought et al

against said   Minute Order refusing Intervene, Appoint Counsel, Consolidate at ECF 170

                                    Borealis S Hedling
                          _____
                              Attorney or Pro Se Litigant



(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

US Attorneys Office 950 Pennsylvania Ave NW Washington, DC 20530-0001 already sent to SUPREMECTBRIEFS@usdoj.gov and emailed to Counsel for Plaintiff's

**RECEIVED**

JUN 05 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia