# UNITED STATES COURT OF APPEALS

## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

_____

| | |
|---|---|
| NTEU et al | USCA No. _____ |
| v. | |
| Vought et al | USDC No. 1:25-cv-0381-ABJ |

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Borealis S Hedling , declare that I am the
⦿ appellant/petitioner  ☐ appellee/respondent  in the above-entitled proceeding.  In support
of this motion to proceed on appeal without being required to prepay fees, costs or give security
therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding
or to give security therefor.  My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as
follows: (*Provide a statement of the issues you will present to the court. Attach an additional
sheet if necessary.*)

If a Foreclosure is used as a concerted effort to discredit and publicly humiliate an individual who
reports violations of 18 U.S.C. § 241 in good faith including by the Presiding Judge it must follow at
least allow basic 5th Amendment due process

| | |
|---|---|
| Signature | *[signature]* |
| Name of *Pro Se* Litigant | Borealis S Hedling |
| Address | Travelodge Plus 44 Townsend ST Rm 120 |
| | Dublin 2 (Ireland) |

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

-1-

| Save | Reset Form | Print Form |
|---|---|---|

USCA Form 31
Rev. December 2018

**RECEIVED**

JUN 05 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

_____

| | |
|---|---|
| NTEU et al | USCA No. _____ |
| v. | |
| Vought et al | USDC No. 1:25-cv-0381-ABJ |

## AFFIDAVIT ACCOMPANYING MOTION FOR
## PERMISSION TO APPEAL IN FORMA PAUPERIS

------------------------------------------------------------

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____ Date: 6/5/26 _____

My issues on appeal are: If a US Federal Judge can violate 18 U.S.C. § 241 to block a viable path

to the US Supreme Court to stop the State of Connecticut from violating Article 4 Section 4 of the

Constitution to Deprive a whistleblower and Vulnerable adult of Property without basic due process

[ Save ]  [ Reset Form ]  [ Print Form ]

-1-

USCA Form 31
Rev. December 2018

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0 | | | |
| Self-employment | | | | |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | 0 | | | |
| Interest and dividends | | | | |
| Gifts | | | | |
| Alimony | | | | |
| Child support | | | | |
| Retirement (such as social security, pensions, annuities, insurance | | | | |
| Disability (such as social security, insurance payments) | | | | |
| Unemployment payments | | | | |
| Public-assistance (such as welfare) | | | | |
| Other (specify): lump sums | $15,000 | | | |
| Total monthly income: | 1250 | | | |

Inaccessible due to Transnational Repression

-2-

Save        Reset Form        Print Form

USCA Form 31
Rev. December 2018

2.  List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

3.  List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |

4.  How much cash do you and your spouse have?   6 euros

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)          Other real estate(Value)          Motor Vehicle #1 _____ (Value)

Make & Year: _____

Model: _____

Registration #: _____

Motor Vehicle #2 _____          Other Assets (Value)          Other Assets (Value)

Make & Year: _____

Model: _____

Registration #: _____

-3-

Save    Reset Form    Print Form

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| A Duquette | $80,000 | |
| | | |
| | | |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| Elan Financial | credit card | $7000 | |
| Discover | credit card | $8344 | |
| Bank of America | credit card | $4256 | |
| Citi bank | credit card | $6328 | |
| Department of Education | student loans | $15,000 | |
| Primary Residential Mortgage | mortgage | $103,000 | |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | Asylum seeker | |

Are real-estate taxes included?  ☐ Yes  ☐ No

Is property insurance included?  ☐ Yes  ☐ No

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | | |
| Home maintenance (repairs and upkeep) | | |

-4-

Save   Reset Form   Print Form

|  | You | Spouse |
|---|---|---|
| Food | | |
| Clothing | | |
| Laundry and dry-cleaning | | |
| Medical and dental expenses | can't afford | |
| Transportation (not including motor vehicle payments) | | |
| Recreation, entertainment, newspapers, magazines, etc. | | |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's | | |
|    Life | | |
|    Health | | |
|    Motor Vehicle | | |
|    Other: _____ | | |
| Taxes (not deducted from wages or included in mortgage payments) | | |
|    (specify) _____ | | |
| Installment payments | | |
|    Motor Vehicle | | |
|    Credit card (name): _____ | | |
|    Department store | | |
|    (name): _____ | | |
|    Other: _____ | | |
| Alimony, maintenance, and support paid to others | | |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | | |
| Other(specify): _____ | | |
| Total monthly expenses: | 0 | |

-5-

[Save]  [Reset Form]  [Print Form]

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ☐ Yes ☑ No

If yes, describe on an attached sheet.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

If yes, how much? _____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Per the May 30, 2026 Motion to Proceed IFP in case  Hedling V Sampat

Along with US District Court District of Columbia Case No 1:26-cv-0101-UNA due to

Transnational Repression have no aces to Financial services

14. State the city and state of your legal residence.

Dublin Ireland

Your daytime phone number: ( 959 ) 999-8957

Your age: 35        Your years of schooling: 18

-6-

Save        Reset Form        Print Form