AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Borealis S Hedling | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| Dhruman Y Sampat et al. | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

N/A    2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ❐ Yes    ☒ No
(b) Rent payments, interest, or dividends    ❐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments    ❐ Yes    ☒ No
(d) Disability, or worker's compensation payments    ❐ Yes    ☒ No
(e) Gifts, or inheritances    ❐ Yes    ☒ No
(f) Any other sources    ☒ Yes    ❐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
Before fleeing to Ireland for a 10th claim of international protection I received $5000 in an initial lump sum for selling the full equity in my former property at 1 Lydall ST Manchester, CT 06042 (still in foreclosure). After travel expenses and spending 30/7/25-present I have less than $1.. $3000 was left with my sister in case of refoulement there is no meaningful way to access these funds. She refused 11/12/25 to support any of my legal efforts so this is an inaccessible asset. A second lump sum payment of $5,000n ow I am suing the bank of Ireland in Case No 1: 26-cv-0101 as Ireland participates in extreme acts of Transnational Repression. A third check for $5,000 was recieved by a third party that refuses to release the funds thinking my legal efforts are all BS and my foreclosure is still legal versus SLAPP. I can't even afford the $50 (CAD) to file to declare my illedetainment in Canada

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ 3 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
N/A

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
N/A

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
$7000 Elan Financial Services.  $8344 Discover. $4256 Bank of America.  $6328 Citi Bank. $15,000 Department of Education. $103,000 Primary Residential Mortgage

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 5/30/26 _____

_____
*Applicant's signature*

Borealis S Hedling
_____
*Printed name*