Affidavit In Support of Motion to Appeal in Forma Pauperis in US District Court District of Columbia Case No 1:25-cv-0381-UNA from Minute Order Made June 5, 2026

Per the below embedded April 7, 2026 Affidavit in a Concurrent Case US Circuit Court of Appeals For The District of Columbia Case 26-5110 the Appellant can't prosecute due to well documented acts of Transnational Repression and Violations of Article 14 of the UN Convention against Torture. The Apellant seeks to at least attempt to excercise their right to Appeal by Right a Denial To Intervene by Right under Article 14 of the UN Convention against Torture. As the Court can't even see permissive Intervention as an option regardless of the merits and standing actually involved. Has instead Per the embedded yet to be docketed Motion for a Declaratory Judgment in US District Court District of Columbia Case No 1:26-cv-0252-UNA Hedling V Boasberg. Upheld a Culture of impunity, disbelief, fear, and silence. That strips vulnerable individuals of all basic rights to be heard. Legitimizing acts of state violence against a neurodivergent Human Rights Defender. Definably misses the opportunity to ensure non-recurrence under the Principles of Erga Omnes. Clarify fundamental questions of how consumer protection law, constitutional guarantees, and International law operate to Safeguard fundamental due process Rights afforded to victims of gross human rights abuses. Instead committing further violations of 18 U.S.C. § 241. Section 134 of the Criminal Justice Act of 1988 against a vulnerable adult held without counsel and medical care. Exploiting as noted authority bias and attitudinal biases around mental health to smear the victim of torture into completion exclusion from all aspects of Public life. In violation of the basic principles of democracy, Rule of law, and human rights. As it seems the Deprivation of Property is an imperative for the Government of the United States. This appeal may feed the state narrative of vexatious disgruntled litigation, but at least the Appellant has clean hands.

"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."
-Fifth Amendment US Constitution

I swear under penalty of perjury this Affidavit is complete and true to the best of my knowledge. Signed on the 5th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Appellant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957



Affidavit In Support of Motion to Appeal in Forma Pauperis in US District Court District of Columbia Case No 1:26-cv-01086-JMC from April 7, 2026

The Appellant filed a March 31, 2026 Emergency Motion to Intervene, Appoint Counsel, Speedy Hearing under Federal Rule of Civil Procedure 57, and for Partial Summary Judgment at ECF 5. The Presiding Judge per the now suppressed April 4, 2026 Motion to Reconsider, Clarify, Recuse, and Consolidate. Having been directly accused of violating Article 13 and 14 of the UN Convention against Torture in relation to Article 26 and 27 of the Vienna Convention on the Law of Treaties. Naming her as an active party in a concurrent lawsuit citing violating Article 4 Section 4 of the US Constitution in maintaining the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate the Domestic Violence Cash Benefit Program. Concurrent litigation against Chief Judge Boasberg, Judge Chutkan, and Judge Contreras for issuing decisions that amount to exploiting attitudinal biases around mental health to smear a neurodivergent Human Rights Defender. For pointing out US Judges are not Immune to International Criminal Law per US Circuit Court of Appeals Case No 25-5398 Lawson V The Department of Justice. Defamatory commentary such as the April 7, 2026 Minute Order only serves to legitimize the Appellant's April 11. 2024-August 23, 2024 enforced disappearance, illegal incarceration, attempted extrajudicial killing via forcible Ativan Withdrawal, and effective trial in absentia using a Motion for a Continuance. For simply On February 27th 2023 the Appellant informed Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z. That is essentially the only issue of law and the issue could have been solved with a single email.

Further noting that upon claiming Asylum in Canada August 24, 2024 to be immediately illegally detained for writing an Injunction showing the US was not a safe third country per Factor 3 Section 102 (2) of the Canadian Immigration Refugee Protection Act. That The Former President Joe Biden should have advocated immediately for the Appellant's release under the 1868 Hostage Act, 22 U.S.C. § 1732. Versus allowing a constructive refoulment to occur after 16 days of illegal detainment August 25, 2024-September 10, 2024 in violation of Article 3 of the UN Convention against Torture. That both 2024 US presidential Election candidates were informed of this and per the embedded April 4, 2024 Motion to Reconsider, Clarify, Recuse, and Consolidate. Judge McFadden allowed the election to illegally proceed undermining the Right to self determination. These issues were ripe. Further bolstered by the 103 pages of omitted filings showing the Appellant attempting to have numerous countries exercise universal jurisdiction to hold Donald J Trump accountable for the Crime Against Humanity of Mass Deportation. The only logical inference drawn from the April 7, 2026 is a desperate attempt to shield a judiciary that still since February 13, 2026 won't even provide the below relief requested in US District Court District of Columbia 1:26-cv-0526-UNA Hedling V Roberts et al.





"Wherefore the Plaintiff Prays the Court
1. Compels Every Federal Judge to Immediately Read the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition)
2. Immediately be required to Retake their Oaths of Office.
3. Any Relief this Court Deems Just and Proper"

"MINUTE ORDER denying 11 Request for Leave to File: The Court DENIES the request for leave to file. Proposed intervenor has not identified any non-frivolous ground for reconsideration of the Court's 10 order denying the motion to intervene. Nor is there any basis to clarify the Court's order. Proposed intervenor is not a party to this case, has filed motions without first conferring with the parties as required by Local Civil Rule 7(m), and has docketed material that is irrelevant to the case. The Court is not accepting additional filings from proposed intervenor on this docket. Signed by Judge Jia M. Cobb on April 7, 2026. (lcjmc3)"

I swear under penalty of perjury this Affidavit is complete and true to the best of my knowledge.

Signed on the 7th of April 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Appellant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957

US District Court District of Columbia

Case No: 1:26-cv-0252-UNA

Motion For a Declaratory Judgment

Hedling

V.

Boasberg

1. The Plaintiff filed this instant lawsuit January 22, 2026 requesting the following relief after a January 16, 2026 Motion to Intervene and Consolidate at ECF 212 in US District Court District of Columbia Case No 1:25-cv-00766-JEB JGG et al v Trump et al was denied. In addition to providing the Plaintiff access to basic medical care January 2, 2026.

"Wherefore The Plaintiff Prays the Court.
1. Suspend the Defendants ability to act as a Article 3 Judge.
2. Transfer his duties to another Article 3 Judge.
3. Immediately assign and all the Plaintiff's unassigned Litigation
4. Any relief this Court Deems Just and Proper."

2. As exhaustively covered in a wide range of frantically filed litigation the Prohibition Against Torture and Refoulment are Absolute. As of June 5, 2026 the United States has stated per the decision of Judge Amy Berman Jackson. In relation to EX 1-6 The May 29, 2026 Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170 and the rejected Per the below embedded Motion to Expedite showing a direct complaint to the CFPB embedded below. Based on the simple label of being the "Government" you can enforce disappear, torture, refoul, illegally incarcerate, commit an attempted extrajudicial killing via forcible Ativan Withdrawal, and a effective trial in absentia using a Motion for a Continuance. In retaliation for in good faith reporting a 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally deny victims of domestic violence emergency benefits. The reporter has no definable Rights under the UN Convention Against Torture to Intervene in Litigation regarding the Consumer Finance Protection Bureau being dismantled while simultaneously fighting an illegal foreclosure. Exploit authority bias and attitudinal biases around mental health to smear the victim of torture into completion exclusion from all aspects of Public life. In violation of the basic principles of democracy, Rule of law, and human rights.

MINUTE ORDER denying 170 Motion to Intervene; denying 170 Motion to Appoint Counsel; denying 170 Motion to Consolidate Cases. Movant has not identified any interest in or connection to the subject of this action or satisfied the requirements of Fed. R. Civ. P. 24 that would justify intervention or the other relief sought. Movant may not file any other pleadings on this docket without leave of the Court. Signed by Judge Amy Berman Jackson on 6/5/2026. (lcem)

US District Court District of Columbia

Case No <u>1:25-cv-0381-ABJ</u>

NATIONAL TREASURY EMPLOYEES UNION et al

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Proposed Plaintiff-Intervenor and Cross Claimant

V.

Vought et al.

## Motion to Expedite

The Plaintiff respectfully requests the Court Expedite review of the Plaintiff's Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170. Waive Local Civil Rule 7(m) notification requirements to file given Counsel for the Plaintiffs and the Defendants violations of 18 U.S.C. § 241.

    I.    Background

The Plaintiff filed a Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170 May 29, 2026 seeking to Consolidate this case with US District Court District of Columbia Case No 1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc et al. Which requests

"WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, PRIMARY RESIDENTIAL MORTGAGE INC for damages in the form of accepting the payoff of the mortgage at 1 Lydall ST Manchester, CT 06042 from damages the Defendant Robert Shea, Jr (Connecticut Claims Commissioner) refuses to pay in violation of Article 1 Section 2 of the Constitution of Connecticut and Article 14 of the UN Convention against Torture, as well as interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case."

The claim in question the Connecticut Claims Commissioner has refused to pay since November 26, 2024.
$50,000,000 payable to ST Judes Childrens Research Hospital
$50,000,000 ($1,000,000 to each State of the 50 state Coalitions Against Domestic Violence)
$25,000,000 (to the March of Dimes)
$4,700,000 (To the Love, Serve, Remember Foundation
$18,000,000 (To the Claimant)

In addition to Consolidate this case with US District Court District of Columbia Case No 1:26-cv-1851-UNA Hedling V The Office of the Appellate Clerk

"WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, OFFICE OF THE APPELLATE CLERK for the following Declaratory Relief 1. Declares rejecting filings that allow violations of international criminal law to continue is an offense against the administration of justice. 2. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence. 3. Declares victims of torture are immune to Court costs as a matter of International Customary Law. Injunctive relief 1. Compels the US District Court District of Columbia to request an appropriate Certification of the Question from the Connecticut Supreme Court if under Article 1 Section 2 of the Connecticut State Constitution Emergency Filings such as the Plaintiff's rejected May 23, 2026 must be accepted. In addition to if Conn Gen § 4-61dd and Conn Gen. § 52-196a protects whistleblowers from civil liability including illegal foreclosures. As well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case."

II.    The Proposed Plaintiff-Intervenor and Cross Claimant Made an "Official" CFPB Complaint

The Proposed-Intervenor had sent exhaustive emails given the complex nature of this matter since February 2025 to the Whistleblower Complaint email at the CFPB whistleblower@cfpb.gov . Along with the Board of Freddie Mac since around January 2025 boardofdirectors@freddiemac.com . Article 13 of the UN Convention against Torture doesn't allow someone to be excluded or shunned just because of abnormal reporting channels.

"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."

-Article 13 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

As of June 4, 2026 the Proposed-Intervenor made an "official" complaint to the CFPB in their legal name Borealis Hedling. Noting the explicit commission of 18 U.S.C. § 241. These issues are ripe for an Expedited review. Before the Connecticut State Courts legitimize further acts of Torture, Transnational Repression, and Deprivation of Property via Judicial Harassment for lawful excercise of Freedom of Speech and Petition.



Submit a complaint / Complaint submitted

# You have successfully submitted your complaint!

A message has been sent to you with instructions on how to track your complaint.

ID FOR COMPLAINT SENT TO PRIMARY RESIDENTIAL MORTGAGE INC
**260604-33650060**

## What happens next

You should receive a response within 15 days of submitting your complaint. In some cases, the company will need more time to respond. Once you receive a response, you'll be asked to provide feedback on the company's response.

## Checking the status of your complaint

You can log in to your consumer portal account at any time to see the status of the complaint and the company response. If you did not provide an email address as part of your complaint submission, you can contact us at (855) 411-2372 to check on the status of the complaint.

### Submitted this complaint on behalf of someone else?

Only the primary person on the complaint will be able to log in to their account to see the status of their complaint or provide feedback on the company's response. If you submitted this complaint on behalf of someone else or were named in the complaint as an additional person, you will need to call us at (855) 411-2372 to ask questions or receive status updates.

### Already activated your account?

Visit the complaint portal to check the status.

### Don't have an account?

You should receive an email with instructions on how to complete the setup of your account. If you do not receive this email, please contact our helpdesk at (855) 411-2372.





An official website of the United States Government ⏐ 👤 Logged in as Borealis Hedling ⌄

**cfpb** Consumer Financial
Protection Bureau

Submit a complaint / Review your complaint

# Review your complaint

Please review the information below before submitting this complaint. You can return to any section to make changes by selecting "Edit this section."

## Step 1

### What product or service is your complaint about?   Edit this section

| PRODUCT OR SERVICE | TYPE |
| --- | --- |
| Mortgage | Conventional home mortgage |

## Step 2



### What type of problem are you having?   Edit this section

| ISSUE | TYPE OF ISSUE |
| --- | --- |
| Struggling to pay mortgage | Foreclosure |

| MISSED PAYMENTS? | IS THERE A DATE OF FORECLOSURE? |
| --- | --- |
| Yes | No |

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**
Yes

**WHAT INFORMATION DID YOU REQUEST?**
Hardship Application completed 7/2/25 BBB complaint regarding the foreclosure constituting a felony

**DID THE COMPANY PROVIDE THIS INFORMATION?**
No

11:23  Thu, Jun 4  🖼 ⟳ ⟳ •                                                  ⊶ 🔇 📶 58%▪

## Step 3

### What happened?                                                Edit this section

In December 2023 I informed my Lender Primary Residential Mortgage Inc that as a whistleblower who made a lawful complaint against the Connecticut Department of Social Services to the Auditor of Public Accounts I was still facing severe retaliation due to loss of employment. In revealing they were not taking victims of domestic violence at the word for Emergency benefits with all available evidence as required by law. The State decided to illegally incarcerate and attempted to murder me in retaliation. Causing me to claim Asylum in Canada and eventually be refouled in September 2024. The only thing PRMI cared about was not the absolute Prohibition Against Torture and Refoulment just if a flex modification payment would be received in October. After a 2nd Refoulment by Iceland with a International Criminal Court Referral Against Article 70 of the Rome Statute and a pending Rule 39 Interim measures request resulting in a hospitalization in November 2024. PRMI when my co-owner allegedly sent a check 2 days late after a black Friday weekend 12/2/24. Sent a letter threatening foreclosure and offering a shortsale on a property with excess of $150,000 in equity. They did eventually move forward 3/18/25 knowing this foreclosure was a Felony under state law Conn Gen S 53-20, Federal law 18 USC 241, and International law as torture.

☑ **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

### What would be a fair resolution to this issue?            Edit this section

The Consumer Finance Protection Bureau appropriately refers this matter to the Department of Justice Office of Civil rights for Prosecution. In addition to taking concurrent enforcement actions to Safeguard the public from predatory lenders that Torture neurodivergent Human Rights Defenders in there most vulnerable times. Mainly Primary Residential Mortgage Inc immediately ceases and Desists the noted criminal activity immediately.

                                                                  Edit this section

**3 attachments**
View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

Emergency Motion to Intervene, Appoint Counsel, Consolidate NTEU v Vought (1...

EX 6 Errata Notice on Attempting to Access the US Supreme Court Hedling V PR...

EX 5 Errata Motion for a Speedy Trial Hedling V PRMI et al.pdf (3.1 MB)

Step 4

           |||   ◯   ‹

11:24  Thu, Jun 4  🖼 ⚡⚡ ·                    ⊶ 🔇 📶 58%▮

## Step 4

### What company is this complaint about?                    Edit this section

**COMPANY INFORMATION**
PRIMARY RESIDENTIAL MORTGAGE INC

**LOAN NUMBER**

·········                           👁

## Step 5

### What people are involved?                    Edit this section

**YOUR CONTACT INFORMATION**
Borealis Hedling

dauntless.peace@proton.me
9599998957

Travelodge Plus 44 Townsend ST Rm 120
Dublin, Dublin City Ireland

**MORTGAGE ADDRESS SAME AS MAILING
ADDRESS**
No

**MORTGAGE ADDRESS**
1 Lydall ST
Manchester, Connecticut  06042
United States

**YOUR PREFERRED LANGUAGE**
English

**YOUR DEMOGRAPHIC INFORMATION**
**AGE**
35
**HISPANIC, LATINO, OR SPANISH ORIGIN**
No
**RACE**
White
**HOUSEHOLD SIZE INCLUDING TOTAL
NUMBER OF ADULTS AND CHILDREN**
1
**COMBINED ANNUAL HOUSEHOLD INCOME**

11:24  Thu, Jun 4    ⚹ ⓒ ⓒ •                              ⚿ 🔇 📶 58%▮

☑ The information given is true to the best of my knowledge and belief. I
    understand that the CFPB cannot act as my lawyer, a court of law, or a financial
    advisor.

⚠ You will not be able to attach documents or edit this complaint after you submit it.
    Please make sure everything is accurate and complete before continuing.

                                                        **Submit your complaint**

## About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure
banks, lenders, and other financial companies treat you fairly.

Learn how the CFPB can help you

**HAVE A QUESTION?**

(855) 411-2372

TTY/TTD: (855) 729-2372

9 a.m. to 6 p.m. ET, Monday - Friday (except federal holidays).

Privacy Act Statement                          Have a question?
OMB #3170-0011                                 (855) 411-2372
Note on user experience                        TTY/TTD: (855) 729-2372
                                               9 a.m. to 6 p.m. ET, Monday through Friday
                                               (except federal holidays).

🇺🇸   An official website of the United States Government

           ||| ◯ ‹

Conclusion

The Plaintiff respectfully requests the Court Expedite review of the Plaintiff's Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170. Waive Local Civil Rule 7(m) notification requirements to file given Counsel for the Plaintiffs and the Defendants violations of 18 U.S.C. § 241.

Signed on the 4th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor and Cross Claimant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957



Certification of Service

I certify under penalty of perjury this Motion and Exhibits were emailed to relevant parties with no other means of transmission

NTEU

julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org

Gupta Wessler LLP
deepak@guptawessler.com
robert@guptawessler.com
gabe@guptawessler.com
jennifer@guptawessler.com

Public Citizen Litigation Group
litigation@citizen.org

Defendant Counsel
SUPREMECTBRIEFS@usdoj.gov

Signed on the 4th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor and Cross Claimant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957

"Factor 3: Human rights record of the United States
The United States meets a high standard with respect to the protection of human rights. It is an open democracy with independent courts, separation of powers and constitutional guarantees of essential human rights and fundamental freedoms."

-General Information on the Canada Third Safe country agreement via Canadian Citizenship and Immigration

3. The Plaintiff has no adequate remedy at law.

Wherefore the Plaintiff Prays the Court

1. Declares the Third Safe Country Agreement invalid as neither the Government of the United States or Canada respect the Principles of Jus Cogens or Non-refoulment required to meet the definition of being safe third countries.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 5th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor and Cross Claimant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957