APPEAL,LTFREQ,TYPE-D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25-cv-00381-ABJ

NATIONAL TREASURY EMPLOYEES UNION v. VOUGHT
Assigned to: Judge Amy Berman Jackson
Case in other court: USCA, 25-05091
                USCA, 25-05132
Cause: 28:2201 Declaratory Judgment

Date Filed: 02/09/2025
Jury Demand: None
Nature of Suit: 899 Administrative
Procedure Act/Review or Appeal of Agency
Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

| | | |
|---|---|---|
| **NATIONAL TREASURY EMPLOYEES UNION** | represented by | **Deepak Gupta** |

**NATIONAL TREASURY EMPLOYEES UNION**

represented by **Deepak Gupta**
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
202-888-1741
Fax: 202-888-7792
Email: deepak@guptawessler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Pulver**
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588-7790
Email: apulver@citizen.org
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Adina H. Rosenbaum**
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000
Fax: (202) 588-7795
Email: arosenbaum@citizen.org
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Allison Conrey Giles**
NATIONAL TREASURY EMPLOYEES
UNION
800 K Street, NW
Ste 1000
Washington, DC 20001
202-572-5500
Fax: 202-572-5645

Email: allie.giles@nteu.org
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000
Fax: (202) 588-7795
Email: azieve@citizen.org
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Gregory A. Beck**
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
202-888-1741
Email: greg@guptawessler.com
*ATTORNEY TO BE NOTICED*

**Jennifer Bennett**
GUPTA WESSLER LLP
235 Montgomery St
Suite 629
San Francisco, CA 94104
415-573-0336
Email: jennifer@guptawessler.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Skocpol**
NAACP LEGAL DEFENSE AND
EDUCATION FUND, INC.
700 14th Street NW
Suite 600
Washington, DC 20005
202-249-2168
Fax: 202-682-1312
Email: mskocpol@publicjustice.net
*ATTORNEY TO BE NOTICED*

**Paras N. Shah**
NATIONAL TREASURY EMPLOYEES
UNION
800 K Street, NW
Ste 1000
Washington, DC 20001
202-572-5500
Fax: 202-572-5645
Email: paras.shah@nteu.org
*ATTORNEY TO BE NOTICED*

**Robert D. Friedman**
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
202-888-1741
Email: robert@guptawessler.com
*ATTORNEY TO BE NOTICED*

**Stephanie Garlock**
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
202-588-7750
Email: sgarlock@citizen.org
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
Email: wliu@citizen.org
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Julie M. Wilson**
NATIONAL TREASURY EMPLOYEES
UNION
800 K Street, NW
Ste 1000
Washington, DC 20001
202-572-5500
Email: julie.wilson@nteu.org
*TERMINATED: 11/07/2025*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NATIONAL CONSUMER LAW CENTER**

represented by **Deepak Gupta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Pulver**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Adina H. Rosenbaum**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Allison Conrey Giles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Gregory A. Beck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Bennett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Skocpol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paras N. Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Garlock**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Julie M. Wilson**
(See above for address)
*TERMINATED: 11/07/2025*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**          represented by   **Deepak Gupta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Pulver**
(See above for address)
*TERMINATED: 12/05/2025*

*ATTORNEY TO BE NOTICED*

**Adina H. Rosenbaum**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Allison Conrey Giles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Gregory A. Beck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Bennett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Skocpol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paras N. Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Garlock**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Julie M. Wilson**
(See above for address)
*TERMINATED: 11/07/2025*
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**VIRGINIA POVERTY LAW CENTER**                 represented by **Deepak Gupta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Pulver**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Adina H. Rosenbaum**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Allison Conrey Giles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Gregory A. Beck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Bennett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Skocpol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paras N. Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Garlock**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Julie M. Wilson**
(See above for address)
*TERMINATED: 11/07/2025*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EVA STEEGE**
*Pastor*
*TERMINATED: 03/28/2025*

represented by **Deepak Gupta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Pulver**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Adina H. Rosenbaum**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Allison Conrey Giles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Jennifer Bennett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paras N. Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Julie M. Wilson**
(See above for address)
*TERMINATED: 11/07/2025*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CFPB EMPLOYEE ASSOCIATION**                    represented by **Deepak Gupta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Pulver**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Adina H. Rosenbaum**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Allison Conrey Giles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Gregory A. Beck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Bennett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Skocpol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paras N. Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Garlock**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
(See above for address)
*TERMINATED: 12/05/2025*

*ATTORNEY TO BE NOTICED*

**Julie M. Wilson**
(See above for address)
*TERMINATED: 11/07/2025*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

TED STEEGE                                    represented by   **Deepak Gupta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam R. Pulver**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Adina H. Rosenbaum**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Allison Conrey Giles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Gregory A. Beck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Bennett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Skocpol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paras N. Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert D. Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Garlock**

(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
(See above for address)
*TERMINATED: 12/05/2025*
*ATTORNEY TO BE NOTICED*

**Julie M. Wilson**
(See above for address)
*TERMINATED: 11/07/2025*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RUSSELL T. VOUGHT**
*in his official capacity as Acting Director of the Consumer Financial Protection Bureau*

represented by **Brad P. Rosenberg**
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20005
(202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave. NW
Washington, DC 20530
202-305-1141
Email: charles.roberts2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Edward Gardner**
DOJ-CIV
500 8th Street NW
Washington, DC 20004
202-799-4240
Email: josh.gardner@us.dlapiper.com
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Liam Holland**
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Room 11318
Washington, DC 20530
202-514-4964
Email: liam.c.holland@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU** | represented by | **Brad P. Rosenberg** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Edward Gardner**
(See above for address)
*TERMINATED: 05/21/2025*
*ATTORNEY TO BE NOTICED*

**Liam Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **BOREALIS S. HEDLING** | represented by | **BOREALIS S. HEDLING** |
| *TERMINATED: 06/05/2026* | | Travelodge Plus Dublin City Centre |

44 Townsend Street
Room 120
Dublin 2
Ireland
PRO SE

**Amicus**

| | | |
|---|---|---|
| **TZEDEK DC** | represented by | **William Bullock Pittard , IV** |

KAISER PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
202-640-2850
Fax: 202-640-2850
Email: wpittard@kaiserlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew James Hong-Huber**
TZEDEK DC
Tzedek DC, UDC David A. Clarke School
of Law
4340 Connecticut Avenue NW
Suite 319
Washington, DC 20008
202-656-9233
Fax: 202-335-7533
Email: ah@tzedekdc.org
*ATTORNEY TO BE NOTICED*

**Ariel B. Levinson-Waldman**
TZEDEK DC
4340 Connecticut Avenue NW
Suite 319
Washington, DC 20015
(202) 274-7386
Fax: (202) 335-7533
Email: alw@tzedekdc.org
*ATTORNEY TO BE NOTICED*

**Erik Goodman**
TZEDEK DC
4340 Connecticut Ave NW
Ste 319
Washington, DC 20008
202-643-6877
Email: eg@tzedekdc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marissa Ariel Ditkowsky**
TZEDEK DC
4340 Connecticut Ave NW
Suite 345
Washington, DC 20008
202-630-3549
Email: md@tzedekdc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Hy Brozinsky**
NATIONAL TREASURY EMPLOYEES
UNION
800 K Street, NW
Ste 1000
Washington, DC 20001
202-572-5540
Email: noah.brozinsky@nteu.org
*TERMINATED: 12/17/2025*
*ATTORNEY TO BE NOTICED*

**Sarah Hollender**
TZEDEK DC
4340 Connecticut Ave NW
Ste 319
Washington, DC 20008
202-274-7386
Email: sh@tzedekdc.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **STATE OF NEW YORK** | represented by | **Andrea Oser**<br>NEW YORK STATE OFFICE OF THE |

ATTORNEY GENERAL
The Capitol
Albany, NY 12224
518-776-2046
Fax: 518-473-4386
Email: andrea.oser@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Reigstad**
OFFICE OF THE ATTORNEY
GENERAL/NY
28 Liberty St.
New York, NY 10005
212-416-8321
Email: christian.reigstad@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael D'Angelo**
OFFICE OF THE ATTORNEY
GENERAL/NY
28 Liberty Street
Ste 23rd Floor
New York, NY 10005
917-617-8272
Email: christopher.d'angelo@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**203 MEMBERS OF CONGRESS**                    represented by **Hannah Meredith Kieschnick**
GUPTA WESSLER
235 Montgomery Street
Suite 629
San Francisco, CA 94104
415-573-0336
Fax: 202-888-7792
Email: hannah@guptawessler.com
*TERMINATED: 11/25/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lucia Goin**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St NW
Washington, DC 20005
530-400-0205
Email: lgoin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF NEW JERSEY**                    represented by **Andrea Oser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**DISTRICT OF COLUMBIA**                   represented by **Andrea Oser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF ARIZONA**                       represented by **Andrea Oser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF CALIFORNIA**                    represented by **Andrea Oser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF COLORADO**                      represented by **Andrea Oser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF CONNECTICUT**                   represented by **Andrea Oser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF DELAWARE**                      represented by **Andrea Oser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF HAWAII**                        represented by **Andrea Oser**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF ILLINOIS**                      represented by **Andrea Oser**
                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF MAINE**                    represented by **Andrea Oser**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF MARYLAND**                 represented by **Andrea Oser**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**COMMONWEALTH OF**                   represented by **Andrea Oser**
**MASSACHUSETTS**                     (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF MICHIGAN**                 represented by **Andrea Oser**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF MINNESOTA**                represented by **Andrea Oser**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF NEVADA**                   represented by **Andrea Oser**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF NEW MEXICO**               represented by **Andrea Oser**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF NORTH CAROLINA**           represented by **Andrea Oser**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF OREGON**                     represented by **Andrea Oser**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF RHODE ISLAND**               represented by **Andrea Oser**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF VERMONT**                    represented by **Andrea Oser**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF WASHINGTON**                 represented by **Andrea Oser**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**STATE OF WISCONSIN**                  represented by **Andrea Oser**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**FORMER FEDERAL RESERVE**              represented by **Kevin E. Friedl**
**OFFICIALS**                           DEMOCRACY FORWARD
                                        FOUNDATION
                                        P.O. Box 34553
                                        Washington, DC 20043
                                        202-894-6035
                                        Email: kfriedl@democracyforward.org
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Josephine Morse**
                                        DEMOCRACY FORWARD
                                        FOUNDATION
                                        P.O. Box 34553
                                        Washington, DC 20043
                                        202-448-9090
                                        Email: jmorse@democracyforward.org
                                        *ATTORNEY TO BE NOTICED*

**V.**

**Intervenor**

**JANICE WOLK GRENADIER**
*TERMINATED: 03/05/2025*

represented by **JANICE WOLK GRENADIER**
15 West Spring Street
Alexandria, VA 22301
(202) 268-7178
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2025 | 1 | COMPLAINT against RUSSELL VOUGHT ( Filing fee $ 405 receipt number ADCDC-11467139) filed by NATIONAL TREASURY EMPLOYEES UNION. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons) (Wilson, Julie) (Entered: 02/09/2025) |
| 02/10/2025 | 2 | NOTICE of Appearance by Allison Conrey Giles on behalf of NATIONAL TREASURY EMPLOYEES UNION (Giles, Allison) (Entered: 02/10/2025) |
| 02/10/2025 | 3 | NOTICE of Appearance by Paras N. Shah on behalf of NATIONAL TREASURY EMPLOYEES UNION (Shah, Paras) (Entered: 02/10/2025) |
| 02/10/2025 | 4 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NATIONAL TREASURY EMPLOYEES UNION (Wilson, Julie) (Entered: 02/10/2025) |
| 02/10/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 1 COMPLAINT against RUSSELL VOUGHT filed by NATIONAL TREASURY EMPLOYEES UNION. (Wilson, Julie).

Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal.

Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/17/2025. (znmw) Modified on 2/12/2025 (zhcn). (Entered: 02/10/2025) |
| 02/10/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 2 NOTICE of Appearance by Allison Conrey Giles on behalf of NATIONAL TREASURY EMPLOYEES UNION (Giles, Allison).

Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal.

Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/17/2025. (znmw) Modified on 2/10/2025 (zhcn). (Entered: 02/10/2025) |
| 02/12/2025 | | Case Assigned to Judge Amy Berman Jackson. (znmw) (Entered: 02/12/2025) |

| 02/12/2025 | 5 | SUMMONS (3) Issued Electronically as to RUSSELL VOUGHT, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(znmw) (Entered: 02/12/2025) |
|---|---|---|
| 02/13/2025 | 6 | NOTICE of Appearance by Deepak Gupta on behalf of All Plaintiffs (Gupta, Deepak) (Entered: 02/13/2025) |
| 02/13/2025 | 7 | AMENDED COMPLAINT against All Defendants filed by NATIONAL TREASURY EMPLOYEES UNION.(Gupta, Deepak) (Entered: 02/13/2025) |
| 02/13/2025 | 8 | REQUEST FOR SUMMONS TO ISSUE filed by NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, CFPB EMPLOYEE ASSOCIATION, VIRGINIA POVERTY LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, EVA STEEGE. Related document: 7 Amended Complaint filed by NATIONAL TREASURY EMPLOYEES UNION. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons) (Gupta, Deepak) (Entered: 02/13/2025) |
| 02/13/2025 | 9 | NOTICE of Appearance by Wendy Liu on behalf of All Plaintiffs (Liu, Wendy) (Entered: 02/13/2025) |
| 02/13/2025 | 10 | MOTION for Temporary Restraining Order *and for Administrative Stay* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Attachments: # 1 Text of Proposed Order for Temporary Restraining Order, # 2 Text of Proposed Order for Administrative Stay) (Gupta, Deepak). Added MOTION to Stay on 2/14/2025 (zdp). (Entered: 02/13/2025) |
| 02/13/2025 | 11 | NOTICE of Appearance by Allison Marcy Zieve on behalf of All Plaintiffs (Zieve, Allison) (Entered: 02/13/2025) |
| 02/13/2025 | 12 | NOTICE of Appearance by Robert D. Friedman on behalf of All Plaintiffs (Friedman, Robert) (Entered: 02/13/2025) |
| 02/14/2025 | 13 | NOTICE of Appearance by Adam R. Pulver on behalf of All Plaintiffs (Pulver, Adam) (Entered: 02/14/2025) |
| 02/14/2025 | 14 | SUPPLEMENTAL MEMORANDUM to re 10 MOTION for Temporary Restraining Order by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Attachments: # 1 Exhibit 1: Index and Kaspar Declaration, # 2 Exhibit 2: Steege Declaration, # 3 Exhibit 3: Bross Declaration, # 4 Exhibit 4: Meyer Declaration, # 5 Exhibit 5: Speer Declaration, # 6 Exhibit 6: Dubois Declaration, # 7 Exhibit 7: Rheingold Declaration, # 8 Exhibit 8: Blumenthal Declaration, # 9 Exhibit 9: Halperin Declaration)(Gupta, Deepak) Modified docket text on 2/14/2025 (zdp). (Entered: 02/14/2025) |
| 02/14/2025 | 15 | NOTICE by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION re 10 Motion for TRO, (Gupta, Deepak) (Entered: 02/14/2025) |

| 02/14/2025 | 16 | SUMMONS (4) Issued as to CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(zdp) (Entered: 02/14/2025) |
|---|---|---|
| 02/14/2025 | 17 | NOTICE of Appearance by Brad P. Rosenberg on behalf of All Defendants (Rosenberg, Brad) (Entered: 02/14/2025) |
| 02/14/2025 | | NOTICE of Hearing: Scheduling Conference set for 2/14/2025 at 2:00 PM in Courtroom 25A- In Person before Judge Amy Berman Jackson. The hearing will proceed in person for the parties and by telephone for members of the public. Toll Free Number 833-990-9400. Meeting ID: 208322628. (zdrf) (Entered: 02/14/2025) |
| 02/14/2025 | 18 | DECLARATION *of Erie Meyer* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION re 14 MOTION for Temporary Restraining Order *and Administrative Stay*. (Gupta, Deepak) (Entered: 02/14/2025) |
| 02/14/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 12 NOTICE of Appearance by Robert D. Friedman on behalf of All Plaintiffs (Friedman, Robert).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/21/2025. (zapb) Modified on 2/18/2025 (zhcn). (Entered: 02/14/2025) |
| 02/14/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 9 NOTICE of Appearance by Wendy Liu on behalf of All Plaintiffs (Liu, Wendy).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/21/2025. (zapb) Modified on 2/18/2025 (zhcn). (Entered: 02/14/2025) |
| 02/14/2025 | | Minute Entry for Scheduling Conference proceedings held on 2/14/2025 before Judge Amy Berman Jackson. Order forthcoming via Chambers. (Court Reporter Janice Dickman.) (zdrf) (Entered: 02/14/2025) |
| 02/14/2025 | 19 | ORDER. In light of the agreement of the parties at today's scheduling conference and the underlying record, the accompanying order will remain in place until the resolution of plaintiffs' 10 motion for temporary restraining order, which, with the parties' consent, will be deemed to be a motion for preliminary injunction. The Order provides that defendants shall not: delete, destroy, remove, or impair any data, |

| | | | |
|---|---|---|---|
| | | | database or other CFPB records; terminate any CFPB employee, except for cause related to the specific employee's performance or conduct; issue any notice of reduction-in-force to any CFPB employee; or transfer, relinquish, or return any money from the CFPB's reserve funds. A hearing on plaintiffs' motion is SET for March 3, 2025 at 10:00 in Courtroom 25A. Members of the public can access the hearing via toll free number 833-990-9400. Meeting ID 208322628. See Order for further details. Signed by Judge Amy Berman Jackson on 2/14/2025. (lcabj2) (Entered: 02/14/2025) |
| 02/18/2025 | | 20 | NOTICE of Proposed Order by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Gupta, Deepak) (Entered: 02/18/2025) |
| 02/20/2025 | | | MINUTE ORDER. Defendants are ORDERED to file with the Court by 9:30 A.M., Friday, February 21, 2025 copies of (a) the February 3, 2025 email sent by the then-Acting Director Scott Bessent, titled "Instruction from Acting Director," referenced in plaintiffs' memorandum 14 at page 9; (b) the February 8, 2025 bureau-wide email sent by Acting Director Russell Vought referenced in plaintiffs' memorandum at page 10; (c) the February 9, 2025 email sent by CFPB Chief Operating Officer Adam Martinez to all CFPB staff, referenced in the amended complaint 7 at paragraph 45; and (d) the February 10, 2025 email sent by Acting Director Vought, titled "Additional Directives on Bureau Activities," referenced in the amended complaint at paragraph 46. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/20/25. (DMK) (Entered: 02/20/2025) |
| 02/20/2025 | | 21 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jennifer D. Bennett, Filing fee $ 100, receipt number ADCDC-11493768. Fee Status: Fee Paid. by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Attachments: # 1 Declaration, # 2 Exhibit (Certificate of Good Standing), # 3 Text of Proposed Order)(Friedman, Robert) (Entered: 02/20/2025) |
| 02/21/2025 | | 23 | NOTICE *OF FILING (AMENDED)* by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU re Order,,,, Set Deadlines,,, (Attachments: # 1 Feb. 3, 2025 email, "Instructions from Acting Director", # 2 Feb. 8, 2025 email, "Directives on Bureau Activities", # 3 Feb. 9, 2025 email, "Please Read: DC Headquarters Building Operating Status (2/10-2/14)", # 4 Feb. 10, 2025 email, "Additional Directives on Bureau Activities" (redaction added))(Rosenberg, Brad) (Entered: 02/21/2025) |
| 02/21/2025 | | | MINUTE ORDER granting 21 Motion for Leave of Jennifer D. Bennett to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Amy Berman Jackson on 2/21/25. (DMK) (Entered: 02/21/2025) |
| 02/21/2025 | | 24 | AMICUS BRIEF *In Support of Plaintiffs' Motion for a Prelimination Injunction* by The State of New York, the State of New Jersey, the District of Columbia, and the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Mich. (Oser, Andrea) (Entered: 02/21/2025) |

| 02/21/2025 | 25 | NOTICE of Appearance by Noah Hy Brozinsky on behalf of Tzedek DC (Brozinsky, Noah) (Entered: 02/21/2025) |
|---|---|---|
| 02/21/2025 | 26 | NOTICE of Appearance by William Bullock Pittard, IV on behalf of Tzedek DC (Pittard, William) (Entered: 02/21/2025) |
| 02/21/2025 | 27 | Unopposed MOTION for Leave to File *Amicus Brief* by Tzedek DC. (Attachments: # 1 Exhibit Amicus Brief, # 2 Text of Proposed Order Proposed Order)(Brozinsky, Noah) (Entered: 02/21/2025) |
| 02/21/2025 | 28 | NOTICE of Appearance by Ariel B. Levinson-Waldman on behalf of Tzedek DC (Levinson-Waldman, Ariel) (Entered: 02/21/2025) |
| 02/24/2025 | 29 | NOTICE of Appearance by Jennifer Bennett on behalf of All Plaintiffs (Bennett, Jennifer) (Entered: 02/24/2025) |
| 02/24/2025 | 30 | NOTICE of Appearance by Liam Holland on behalf of RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU (Holland, Liam) (Entered: 02/24/2025) |
| 02/24/2025 | 31 | Memorandum in opposition to re 10 Motion for TRO,, Motion to Stay, *Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction* filed by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. (Attachments: # 1 Exhibit 1 (Martinez Decl. & Exhibits), # 2 Exhibit 2 (CFPB and NTEA CBA)) (Holland, Liam) (Entered: 02/24/2025) |
| 02/25/2025 |  | MINUTE ORDER granting 27 Tzedek DC's unopposed motion for leave to file amicus brief. The Clerk of Court is directed to file [27-1] Tzedek DC's Amicus Brief in Support of Plaintiffs' Motion for a Preliminary Injunction on the docket. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/25/25. (DMK) (Entered: 02/25/2025) |
| 02/25/2025 | 32 | Unopposed MOTION for Leave to File Excess Pages *For Reply Memorandum* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Gupta, Deepak) (Entered: 02/25/2025) |
| 02/25/2025 | 33 | AMICUS BRIEF by TZEDEK DC. (zdp) (Entered: 02/26/2025) |
| 02/26/2025 |  | MINUTE ORDER granting 32 Plaintiffs' Unopposed Motion to Exceed Page Limitation for Reply Memorandum. Plaintiffs' reply brief in further support of their motion for preliminary injunction may include ten pages in excess of the page limit set by the Local Civil Rules. Plaintiffs should avoid repeating arguments already advanced in their initial submission. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/26/25. (DMK) (Entered: 02/26/2025) |
| 02/27/2025 | 34 | MOTION for Leave to Appear *at the Preliminary Injunction Hearing as Amicus Curiae on behalf of the Amici States* by The State of New York. (Reigstad, Christian) (Entered: 02/27/2025) |
| 02/27/2025 | 35 | NOTICE *Regarding MOTION for Leave to Appear at the Preliminary Injunction Hearing as Amicus Curiae on behalf of the Amici States* by The State of New York (Reigstad, Christian) (Entered: 02/27/2025) |
| 02/27/2025 | 36 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Andrew J. Huber, Filing fee $ 100, receipt number ADCDC-11509576. Fee Status: Fee Paid. by Tzedek DC. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good |

| | | |
|---|---|---|
| | | Standing, # 3 Text of Proposed Order)(Levinson-Waldman, Ariel) (Entered: 02/27/2025) |
| 02/27/2025 | | MINUTE ORDER granting 34 motion of amici, the States, to participate in oral argument. Counsel for New York will be allowed to speak on behalf of the States briefly -- no more than 10 minutes -- on the irreparable harm and public interest factors to be applied to the motion for a preliminary injunction, and to address any alleged important factual misrepresentations in the defendants' submissions. However, the States are further directed to submit a supplemental filing explaining the relevance of the complained-of harm to the States, as opposed to the public at large, given that the States are not a party to this action. The supplemental filing is due by Friday, February 28, 2025. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/27/25. (DMK) (Entered: 02/27/2025) |
| 02/27/2025 | 37 | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on February 14, 2025; Page Numbers: 1-24. Date of Issuance:February 27, 2025. Court Reporter: Janice Dickman, Telephone number: 202-354-3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/20/2025. Redacted Transcript Deadline set for 3/30/2025. Release of Transcript Restriction set for 5/28/2025.(Dickman, Janice) (Entered: 02/27/2025) |
| 02/27/2025 | 38 | MOTION for Leave to File *Supplemental Declarations* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Attachments: # 1 Exhibit Index of Declarations, # 2 Declaration of Alex Doe, # 3 Declaration of Blake Doe, # 4 Declaration of Charlie Doe, # 5 Declaration of Drew Doe, # 6 Declaration of Adam Scott, # 7 Declaration of Matthew Pfaff, # 8 Declaration of Brian Shearer, # 9 Declaration of Erie Meyer, # 10 Declaration of Julia Barnard, # 11 Declaration of Lorelei Salas, # 12 Declaration of Eric Halperin, # 13 Declaration of Seth Frotman, # 14 Declaration of Juanita West-Tillman, # 15 Declaration of Christina Coll, # 16 Declaration of Deepak Gupta, # 17 Declaration of A. Roston and A. Scible)(Gupta, Deepak) (Entered: 02/27/2025) |
| 02/27/2025 | 39 | NOTICE of Proposed Order by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION re 38 MOTION for Leave to File *Supplemental Declarations* (Gupta, Deepak) (Entered: 02/27/2025) |

| 02/27/2025 | 40 | REPLY to opposition to motion re 10 Motion for TRO,, Motion to Stay, filed by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Gupta, Deepak) (Entered: 02/27/2025) |
|---|---|---|
| 02/28/2025 | 41 | NOTICE *of Corrected Attachments* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION re 38 Motion for Leave to File,,, (Attachments: # 1 Declaration of Peyton Diotalevi, # 2 Declaration of Deepak Gupta (Corrected))(Gupta, Deepak) (Entered: 02/28/2025) |
| 02/28/2025 | 42 | NOTICE of Appearance by Christopher Michael D'Angelo on behalf of The State of New York (D'Angelo, Christopher) (Entered: 02/28/2025) |
| 02/28/2025 | 43 | NOTICE of Appearance by Lucia Goin on behalf of 203 Members of Congress (Goin, Lucia) (Entered: 02/28/2025) |
| 02/28/2025 | 44 | MOTION for Leave to File *Amicus Brief* by 203 Members of Congress. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Text of Proposed Order) (Goin, Lucia) (Entered: 02/28/2025) |
| 02/28/2025 | | MINUTE ORDER granting 38 plaintiffs' motion to file supplemental declarations in support of their motion for a preliminary injunction. The Clerk of Court is directed to file on the docket [38-1] through [38-17]. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/28/25. (DMK) (Entered: 02/28/2025) |
| 02/28/2025 | | MINUTE ORDER granting 36 Motion for Leave of Andrew J. Hube to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Amy Berman Jackson on 2/28/25. (DMK) (Entered: 02/28/2025) |
| 02/28/2025 | | MINUTE ORDER granting 44 Motion for Leave to File Amicus Brief. The Clerk of Court is directed to file on the docket [44-1] the Brief of 203 Members of Congress as Amici Curiae in Support of Plaintiffs' Motion for a Preliminary Injunction. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/28/25. (DMK) (Entered: 02/28/2025) |
| 02/28/2025 | 45 | NOTICE of Appearance by Andrew James Huber on behalf of Tzedek DC (Huber, Andrew) (Entered: 02/28/2025) |
| 02/28/2025 | 46 | SUPPLEMENTAL MEMORANDUM re Order on Motion for Leave to Appear,,, by The State of New York, the State of New Jersey, the District of Columbia, and the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Mich. (Reigstad, Christian) Modified docket text on 3/7/2025 (zdp). (Entered: 02/28/2025) |
| 02/28/2025 | 84 | AMICUS BRIEF by 203 MEMBERS OF CONGRESS. (zdp) (Entered: 03/26/2025) |
| 03/02/2025 | 47 | Consent MOTION for Leave to File *Supplemental Declaration of Adam Martinez* by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. (Attachments: # 1 Declaration (Supplemental) of Adam Martinez, # 2 Text of Proposed Order)(Rosenberg, Brad) (Entered: 03/02/2025) |

| | | |
|---|---|---|
| 03/02/2025 | 48 | Consent MOTION for Leave to File *Supplemental Declarations* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Attachments: # 1 Exhibit Index, # 2 Declaration of Matthew Pfaff, # 3 Declaration of Emory Doe, # 4 Declaration of Francis Doe, # 5 Declaration of Greer Doe, # 6 Text of Proposed Order)(Gupta, Deepak) (Entered: 03/02/2025) |
| 03/03/2025 | | MINUTE ORDER granting 47 Defendants' Motion for Leave to File Supplemental Declaration and 48 Plaintiffs' Motion for Leave to File Supplemental Declarations. The Clerk of Court is directed to file on the docket [47-1] Defendants' Supplemental Declaration and [48-1] through [48-5] Plaintiffs' Exhibit Index and Supplemental Declarations. The parties may not file any additional declarations until further order of the Court. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/3/25. (DMK) (Entered: 03/03/2025) |
| 03/03/2025 | 49 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 2/15/2025. Answer due for ALL FEDERAL DEFENDANTS by 4/16/2025. (Gupta, Deepak) (Entered: 03/03/2025) |
| 03/03/2025 | 50 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RUSSELL VOUGHT served on 2/14/2025 (Friedman, Robert) (Entered: 03/03/2025) |
| 03/03/2025 | 51 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CONSUMER FINANCIAL PROTECTION BUREAU served on 2/14/2025 (Friedman, Robert) (Entered: 03/03/2025) |
| 03/03/2025 | 52 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 2/20/2025. (Friedman, Robert) (Entered: 03/03/2025) |
| 03/03/2025 | | Minute Entry for Preliminary Injunction proceedings held on 3/3/2025 before Judge Amy Berman Jackson. Arguments heard and taken under advisement. Evidentiary Hearing set for 3/10/2025 at 10:00 AM in Courtroom 25A- In Person before Judge Amy Berman Jackson. (Court Reporter Janice Dickman.) (zdrf) (Entered: 03/03/2025) |
| 03/03/2025 | | MINUTE ORDER. As ordered at the motions hearing held on this date, plaintiffs must file a revised proposed preliminary injunction order by Wednesday, March 5, 2025, and an evidentiary hearing is set for Monday, March 10, 2025 at 10:00 AM, at which the government's declarant, Adam Martinez, and any of plaintiffs' declarants, who must have personal knowledge of the facts they are being called to assert, that plaintiffs choose to call to dispute Martinez's assertions. According to its terms, the consent order 19 agreed to by the parties on February 14, 2025 remains in effect until the motion for a preliminary injunction is decided. The parties advised the Court that they reached a separate agreement that expires on the date of the hearing concerning the cancellation of CFPB contracts. The parties are ordered to confer and advise the Court today whether they can agree to extend this agreement or an agreed narrowed version until the Court rules on the preliminary injunction motion, and if they can agree, the parties must file by Friday, March 7 at 5:00 PM a proposed consent agreement on that subject. If they cannot agree, the parties must provide the Court today with a copy of the existing agreement. Since the agreement was supposed to extend through the preliminary injunction hearing, if the defendants do |

| Date | No. | Docket Text |
|---|---|---|
| | | not agree that by its terms it extends through the continuation of the hearing on March 10, they must explain why not, and the plaintiffs must provide the Court with the language of any order they would be seeking to cover that period of time. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/3/25. (DMK) (Entered: 03/03/2025) |
| 03/03/2025 | 53 | ENTERED IN ERROR.....NOTICE *OF AGREEMENT* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION (Friedman, Robert) Modified on 3/6/2025 (zdp). (Entered: 03/03/2025) |
| 03/03/2025 | | MINUTE ORDER. In light of the parties' notice 53 , it is ORDERED that the agreement described in the notice that "[t]he Consumer Financial Protection Bureau ('CFPB') has frozen and will continue to freeze any and all termination actions regarding its contracts," with the understanding that the parties are not agreed as to its applicability to the lease for the agency headquarters, is extended through next Monday, March 10, 2025. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/3/25. (DMK) (Entered: 03/03/2025) |
| 03/03/2025 | 59 | MOTION to Intervene by JANICE WOLK GRENADIER. "Leave to File Granted" Signe by Judge Amy B. Jackson on 3/3/2025 (zdp) (Entered: 03/05/2025) |
| 03/04/2025 | | MINUTE ORDER. As ordered at the hearing of March 3, 2025, the parties must file by today, March 4, 2025, all internal emails or text messages relied upon by the declarants or the parties in connection with the status or ongoing operations of the CFBP. SO ORDERED. Signed by Judge Amy Berman Jackson on 03/04/2025. (DMK) (Entered: 03/04/2025) |
| 03/04/2025 | 54 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Erik Goodman, Filing fee $ 100, receipt number ADCDC-11518215. Fee Status: Fee Paid. by Tzedek DC. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Levinson-Waldman, Ariel) (Entered: 03/04/2025) |
| 03/04/2025 | 55 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Marissa Ditkowsky, Filing fee $ 100, receipt number ADCDC-11519355. Fee Status: Fee Paid. by Tzedek DC. (Attachments: # 1 Declaration, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order)(Levinson-Waldman, Ariel) (Entered: 03/04/2025) |
| 03/04/2025 | 56 | NOTICE *of Filing* by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU re Order, (Attachments: # 1 Internal CFPB E-mails, # 2 CFPB Enforcement Action Filings, # 3 CFPB-Dept of Ed MOU)(Holland, Liam) (Entered: 03/04/2025) |
| 03/04/2025 | 57 | NOTICE *of Filing of Communications* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION (Attachments: # 1 Exhibit Index, # 2 Exhibit Emails, Text Messages, and Other Communications)(Gupta, Deepak) (Entered: 03/04/2025) |
| 03/05/2025 | 58 | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on March 3, 2025; Page Numbers: 1-123. Date of Issuance: March 5, 2025. Court Reporter: Janice Dickman, Telephone number: 202-354-3267, Transcripts may be ordered by submitting the Transcript Order Form |

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 3/26/2025. Redacted Transcript Deadline set for 4/5/2025. Release of Transcript Restriction set for 6/3/2025.(Dickman, Janice) (Entered: 03/05/2025)

| | | |
|---|---|---|
| 03/05/2025 | | MINUTE ORDER granting 54 55 Motions for Leave of Erik Goodman and Marissa Ditkowsky to Appear Pro Hac Vice only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Amy Berman Jackson on 03/05/2025. (DMK) (Entered: 03/05/2025) |
| 03/05/2025 | | MINUTE ORDER denying 59 Motion to Intervene. Movant has not made a showing that she satisfies the requirements to intervene as of right under Fed. R. Civ. Proc. 24(a) because: (1) she is not given an unconditional right to intervene by any federal statute, and (2) she does not claim an interest relating to any property of transaction that is the subject of the action and is not so situated that disposing of the action may as a practical matter impair or impede her ability to protect that interest. Movant has also not shown that the Court should exercise its discretion to grant permissive intervention under Rule 24(b)(1), since: (A) she is not given a conditional right to intervene by any federal statute, and (B) she does not have a claim or defense that shares a common question of law or fact with the main action. Also, movant's wide-ranging complaints about the actions of multiple federal and state agencies and judges, as well as numerous private actors, do not bear on this action. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/5/2025. (DMK) (Entered: 03/05/2025) |
| 03/05/2025 | 60 | ERRATA *AND CORRECTED VERSION* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION re 57 Notice (Other),. (Attachments: # 1 Exhibit Corrected Communications)(Gupta, Deepak) (Entered: 03/05/2025) |
| 03/05/2025 | 61 | NOTICE of Appearance by Marissa Ariel Ditkowsky on behalf of Tzedek DC (Ditkowsky, Marissa) (Entered: 03/05/2025) |
| 03/05/2025 | 62 | NOTICE of Proposed Order *for Preliminary Injunction* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED |

| | | |
|---|---|---|
| | | PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION re Order,,,,,, (Gupta, Deepak) (Entered: 03/05/2025) |
| 03/05/2025 | 63 | NOTICE OF SUPPLEMENTAL AUTHORITY by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION (Gupta, Deepak) (Entered: 03/05/2025) |
| 03/06/2025 | | NOTICE OF ERROR regarding 53 Notice (Other). The following error(s) need correction: Invalid attorney signature- signature on document must match PACER login. Please refile. (zdp) (Entered: 03/06/2025) |
| 03/06/2025 | 64 | NOTICE of Appearance- Pro Bono by Erik Goodman on behalf of Tzedek DC (Goodman, Erik) (Entered: 03/06/2025) |
| 03/06/2025 | 65 | NOTICE *of Agreement (Corrected)* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION re 53 Notice (Other), Notice of Error (Gupta, Deepak) (Entered: 03/06/2025) |
| 03/07/2025 | 66 | Joint MOTION for Leave to File *Supplemental Emails and Communications* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Attachments: # 1 Exhibit 1: Plaintiffs' Supplemental Communications, # 2 Exhibit 2: Defendants' Supplemental Communications, # 3 Text of Proposed Order)(Gupta, Deepak) (Entered: 03/07/2025) |
| 03/07/2025 | | MINUTE ORDER: As noted in the minute entry dated March 3, 2025, the parties shall appear in person for an evidentiary hearing on March 10, 2025 at 10:00 AM in Courtroom 25A. Members of the public can access the hearing via Toll Free Number 833-990-9400; Meeting ID 208322628. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/7/2025. (zdrf) (Entered: 03/07/2025) |
| 03/07/2025 | | MINUTE ORDER granting 66 the parties' Joint Motion for Leave to File Supplemental Emails and Communications. The Clerk of Court is directed to file on the docket [66-1] Plaintiffs' Supplemental Communications and [66-2] Defendants' Supplemental Communications. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/7/2025. (DMK) (Entered: 03/07/2025) |
| 03/07/2025 | 67 | PLAINTIFF SUPPLEMENTAL INDEX to re 57 Notice (Other), filed by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (zdp) (Entered: 03/07/2025) |
| 03/07/2025 | 68 | DEFENDANT SUPPLEMENTAL INDEX to re 57 Notice (Other), filed by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (zdp) (Entered: 03/07/2025) |
| 03/07/2025 | 69 | NOTICE *OF AGREEMENT CONCERNING CONTRACT TERMINATIONS (JOINT)* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE |

| | | |
|---|---|---|
| | | ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION re Order,,,,,, (Gupta, Deepak) (Entered: 03/07/2025) |
| 03/10/2025 | | Minute Entry for proceedings held 3/10/2025 before Judge Amy Berman Jackson. Evidentiary Hearing began and continued to 3/11/2025 at 1:30 PM in Courtroom 25A- In Person before Judge Amy Berman Jackson. Defense Witness: Adam Martinez. (Court Reporter Janice Dickman.) (zdrf) (Entered: 03/10/2025) |
| 03/11/2025 | 70 | NOTICE *OF FILING OF EXHIBIT LIST AND RELATED DOCUMENTS* by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU (Attachments: # 1 Exhibit Teams Exchange, # 2 Exhibit OMB-OPM Memorandum, # 3 Exhibit List)(Rosenberg, Brad) (Entered: 03/11/2025) |
| 03/11/2025 | | Minute Entry for proceedings held 3/11/2025 before Judge Amy Berman Jackson. Evidentiary Hearing resumed and concluded. Matter taken under advisement. Defense Witness: Adam Martinez; Plaintiff Witnesses: Alex Doe and Mathew Pfaff. (Court Reporter Janice Dickman) (zdrf) (Entered: 03/11/2025) |
| 03/12/2025 | 71 | NOTICE *Joint Notice of Agreement Concerning Contract Terminations* by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU (Holland, Liam) (Entered: 03/12/2025) |
| 03/13/2025 | 72 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Sarah Hollender, Filing fee $ 100, receipt number ADCDC-11538714. Fee Status: Fee Paid. by TZEDEK DC. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Levinson-Waldman, Ariel) (Entered: 03/13/2025) |
| 03/13/2025 | | MINUTE ORDER granting 72 Motion for Leave of Sarah Hollender to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Amy Berman Jackson on 3/13/25. (DMK) (Entered: 03/13/2025) |
| 03/14/2025 | 73 | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on March 10, 2025; Page Numbers: 1-275. Date of Issuance: March 14, 2025. Court Reporter: Janice Dickman, Telephone number: 202-354-3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/4/2025. Redacted Transcript Deadline set for 4/14/2025. Release of Transcript Restriction set for 6/12/2025.(Dickman, Janice) (Entered: |

| | | |
|---|---|---|
| | | 03/14/2025) |
| 03/14/2025 | 74 | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on March 11, 2025; Page Numbers: 1-155. Date of Issuance: March 14, 2025. Court Reporter: Janice Dickman, Telephone number: 202-354-3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/4/2025. Redacted Transcript Deadline set for 4/14/2025. Release of Transcript Restriction set for 6/12/2025.(Dickman, Janice) (Entered: 03/14/2025) |
| 03/17/2025 | 75 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Hannah M. Kieschnick, Filing fee $ 100, receipt number ADCDC-11546045. Fee Status: Fee Paid. by 203 MEMBERS OF CONGRESS. (Attachments: # 1 Exhibit H. Kieschnick - Declaration, # 2 Exhibit H. Kieschnick - Certificate of Good Standing, # 3 Text of Proposed Order)(Goin, Lucia) (Attachment 1 replaced on 3/18/2025) (znmw). (Entered: 03/17/2025) |
| 03/17/2025 | 76 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Shelby Leighton, Filing fee $ 100, receipt number ADCDC-11546086. Fee Status: Fee Paid. by 203 MEMBERS OF CONGRESS. (Attachments: # 1 Exhibit S. Leighton - Declaration, # 2 Exhibit S. Leighton - Certificate of Good Service, # 3 Text of Proposed Order) (Goin, Lucia) (Entered: 03/17/2025) |
| 03/17/2025 | 77 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Douglas R. Jensen, Filing fee $ 100, receipt number ADCDC-11546127. Fee Status: Fee Paid. by 203 MEMBERS OF CONGRESS. (Attachments: # 1 Exhibit D. Jensen - Declaration, # 2 Exhibit D. Jensen - Certificate of Good Standing, # 3 Text of Proposed Order) (Goin, Lucia) (Entered: 03/17/2025) |
| 03/17/2025 | 78 | NOTICE OF SUPPLEMENTAL AUTHORITY by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU (Holland, Liam) (Entered: 03/17/2025) |
| 03/19/2025 | 79 | NOTICE of Proposed Order by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Gupta, Deepak) (Entered: 03/19/2025) |
| 03/20/2025 | | MINUTE ORDER denying without prejudice 76 Motion for Leave to Appear Pro Hac Vice for failure to provide the information required in a motion to proceed pro have vice under Local Rule, specifically with respect to LCvR 83.2(e)(2)(6). Signed by Judge Amy Berman Jackson on 3/20/25. (DMK) (Entered: 03/20/2025) |

| 03/20/2025 | | MINUTE ORDER granting 75 77 Motions for Leave of Hannah M. Kieschnick and Douglas R. Jensen to Appear Pro Hac Vice only upon condition that the lawyers admitted, or at least one member of the lawyers' firms, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Amy Berman Jackson on 3/20/25. (DMK) (Entered: 03/20/2025) |
|---|---|---|
| 03/20/2025 | 80 | NOTICE OF SUPPLEMENTAL AUTHORITY by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION (Attachments: # 1 Exhibit Does 1-26 v. Musk, # 2 Exhibit Maryland v. United States Department of Agriculture)(Gupta, Deepak) (Entered: 03/20/2025) |
| 03/21/2025 | 81 | Amended MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Shelby Leighton, Fee Status: No Fee Paid. by 203 MEMBERS OF CONGRESS. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Goin, Lucia) (Entered: 03/21/2025) |
| 03/24/2025 | | MINUTE ORDER granting 81 Motion for Leave of Shelby Leighton to Appear Pro Hac Vice only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Amy Berman Jackson on 3/24/25. (DMK) (Entered: 03/24/2025) |
| 03/24/2025 | 82 | RESPONSE re 63 NOTICE OF SUPPLEMENTAL AUTHORITY, 80 NOTICE OF SUPPLEMENTAL AUTHORITY, filed by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. (Attachments: # 1 TRO, Mayland v. USDA, Civil No. JKB-25-0748 (D. MD. Mar. 13, 2025), # 2 Declaration of Adam Martinez Re: Compliance with Maryland TRO)(Holland, Liam) (Entered: 03/24/2025) |
| 03/25/2025 | 83 | SUGGESTION OF DEATH Upon the Record as to Eva Steege *and Motion for Substitution of Ted Steege* by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (Attachments: # 1 Declaration of Ted Steege, # 2 Declaration of Julia Barnard (Second), # 3 Text of Proposed Order)(Gupta, Deepak) Modified on 3/27/2025 (zdp). (Entered: 03/25/2025) |
| 03/25/2025 | 85 | MOTION to Substitute by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION. (See docket entry 83 to view document) (zdp) Modified on 3/28/2025 (zdp). (Entered: 03/27/2025) |
| 03/26/2025 | | MINUTE ORDER. Upon consideration of plaintiffs' motion for substitution 83 , it is ORDERED that the motion is GRANTED and that Ted Steege is substituted for Eva Steege as a plaintiff in this matter pursuant to Federal Rule of Civil Procedure 25(a)(1). The caption of the case shall be amended to reflect this substitution, and the |

| | | |
|---|---|---|
| | | Clerk of Court is directed to reflect this substitution on the docket. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/26/25. (DMK) (Entered: 03/26/2025) |
| 03/27/2025 | 86 | NOTICE OF SUPPLEMENTAL AUTHORITY by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, VIRGINIA POVERTY LAW CENTER, EVA STEEGE, CFPB EMPLOYEE ASSOCIATION (Attachments: # 1 Exhibit A: AFGE v. OPM Opinion)(Gupta, Deepak) (Entered: 03/27/2025) |
| 03/28/2025 | 87 | MEMORANDUM OPINION. Signed by Judge Amy Berman Jackson on 3/28/2025. (DMK) Document replaced to correct formatting and numbering errors. No changes were made to the text of the opinion. (Document 87 replaced on 3/29/2025) (zdrf). Modified on 3/29/2025 (zdrf). (Entered: 03/28/2025) |
| 03/28/2025 | 88 | ORDER. For the reasons set forth in the accompanying Memorandum Opinion 87 , Plaintiffs' Motion for a Temporary Restraining Order 10 , which was converted with the parties' consent to a Motion for Preliminary Injunction on February 14, 2025, see Order 19 , is GRANTED. See Order for details. Signed by Judge Amy Berman Jackson on 3/28/2025. (DMK) (Entered: 03/28/2025) |
| 03/28/2025 | | MINUTE ORDER. Plaintiff is directed to inform the Court by March 31, 2025 why it is no longer seeking the restriction in the February 14 consent order prohibiting defendants from transferring or relinquishing money from the Reserve Fund other than to satisfy ordinary operating obligations, and whether the interim order should include a restriction on using or disbursing money in the Civil Penalty Fund for anything other than reimbursing consumers. Defendants are directed to inform the Court by the same date of the status of the headquarters building lease, and they may inform the Court of their position on the questions posed to the plaintiffs. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/28/2025. (DMK) (Entered: 03/28/2025) |
| 03/29/2025 | 89 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 88 Order on Motion for TRO, 87 Memorandum & Opinion, by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. Fee Status: No Fee Paid. Parties have been notified. (Rosenberg, Brad) (Entered: 03/29/2025) |
| 03/29/2025 | 90 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 89 Notice of Appeal to DC Circuit Court. (zjd) (Entered: 03/29/2025) |
| 03/31/2025 | | USCA Case Number 25-5091 for 89 Notice of Appeal to DC Circuit Court filed by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. (zdp) (Entered: 03/31/2025) |
| 03/31/2025 | 91 | NOTICE of Appearance by Hannah Meredith Kieschnick on behalf of 203 MEMBERS OF CONGRESS (Kieschnick, Hannah) (Main Document 91 replaced on 4/1/2025) (zdp). (Entered: 03/31/2025) |
| 03/31/2025 | 92 | MOTION for Briefing Schedule by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, TED STEEGE, VIRGINIA POVERTY LAW CENTER, CFPB EMPLOYEE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Gupta, Deepak) Modified event on 4/2/2025 (zdp). (Entered: 03/31/2025) |

| 03/31/2025 | | MINUTE ORDER in response to 92 plaintiffs' filing: To the extent clarification is required, as of the time of the docketing of this order, defendants have not filed a motion for a stay pending appeal in this court in accordance with Federal Rule of Appellate Procedure 8(a)(1). It follows that the Court has not yet granted or denied such a motion. In the absence of any motion on its docket, the Court sees no reason to establish a briefing schedule or to toll compliance with any aspect of its March 28 Order at this time. SO ORDERED. Signed by Judge Amy Berman Jackson on 3/31/2025. (DMK) (Entered: 03/31/2025) |
|---|---|---|
| 03/31/2025 | 93 | NOTICE of Appearance by Sarah Hollender on behalf of TZEDEK DC (Hollender, Sarah) (Entered: 03/31/2025) |
| 03/31/2025 | 94 | RESPONSE re 3/28/2025 Minute Order by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, TED STEEGE, VIRGINIA POVERTY LAW CENTER, CFPB EMPLOYEE ASSOCIATION re Order,, (Gupta, Deepak) Modified docket text on 4/1/2025 (zdp). (Entered: 03/31/2025) |
| 03/31/2025 | 95 | NOTICE *IN RESPONSE TO MINUTE ORDER REGARDING THE STATUS OF CFPB'S HEADQUARTERS LEASE* by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU re Order,, (Rosenberg, Brad) (Entered: 03/31/2025) |
| 04/01/2025 | 96 | NOTICE of Appearance by Adina H. Rosenbaum on behalf of All Plaintiffs (Rosenbaum, Adina) (Entered: 04/01/2025) |
| 04/01/2025 | 97 | MOTION to Stay re 88 Order on Motion for TRO, *Defendants' Renewed Request for a Stay Pending Appeal* by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. (Attachments: # 1 Text of Proposed Order)(Holland, Liam) (Entered: 04/01/2025) |
| 04/01/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 96 NOTICE of Appearance by Adina H. Rosenbaum on behalf of All Plaintiffs (Rosenbaum, Adina).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney-renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/8/2025. (zhcn) 4/2/2025 (zapb). (Entered: 04/02/2025) |
| 04/02/2025 | | MINUTE ORDER. Any opposition to 97 defendants' motion for a stay pending appeal is due by 12:00 noon today, April 2, 2025. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/2/25. (DMK) (Entered: 04/02/2025) |
| 04/02/2025 | 98 | Memorandum in opposition to re 97 Motion to Stay filed by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, TED STEEGE, VIRGINIA POVERTY LAW CENTER, CFPB EMPLOYEE ASSOCIATION. (Gupta, Deepak) (Entered: 04/02/2025) |

| | | |
|---|---|---|
| 04/02/2025 | 99 | NOTICE of Proposed Order by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, TED STEEGE, VIRGINIA POVERTY LAW CENTER, CFPB EMPLOYEE ASSOCIATION re 98 Memorandum in Opposition, (Gupta, Deepak) (Entered: 04/02/2025) |
| 04/02/2025 | | MINUTE ORDER. The parties are directed to inform the Court of their positions on whether this Court has jurisdiction to consider 97 defendants' motion to stay the preliminary injunction, given the pendency of the earlier motion to stay that defendants filed with the D.C. Circuit, and the fact that the Circuit -- upon consideration of not only defendants' motion but also plaintiffs' motion to strike the stay motion on the grounds that the defense should have moved in this Court first -- has set a briefing schedule and oral argument on that motion. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/2/25. (DMK) (Entered: 04/02/2025) |
| 04/02/2025 | 100 | RESPONSE TO ORDER OF THE COURT re Order,, filed by NATIONAL TREASURY EMPLOYEES UNION, NATIONAL CONSUMER LAW CENTER, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, TED STEEGE, VIRGINIA POVERTY LAW CENTER, CFPB EMPLOYEE ASSOCIATION. (Gupta, Deepak) (Entered: 04/02/2025) |
| 04/03/2025 | 101 | RESPONSE TO ORDER OF THE COURT re Order,, filed by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. (Holland, Liam) (Entered: 04/03/2025) |
| 04/03/2025 | 102 | ORDER granting in part and denying in part 97 Motion to Stay. See order for details. Signed by Judge Amy Berman Jackson on 4/3/25. (DMK) (Entered: 04/03/2025) |
| 04/03/2025 | | MINUTE ORDER denying as moot 92 Plaintiffs' Motion for Briefing Schedule. Signed by Judge Amy Berman Jackson on 4/3/25. (DMK) (Entered: 04/03/2025) |
| 04/15/2025 | 103 | MOTION to Stay *Proceedings Pending Final Resolution of the Expedited Appeal of this Court's Preliminary Injunction Order*, MOTION for Extension of Time to File Answer *(in the alternative) until 30 days after Defendants' Motion to Stay Proceedings is denied* by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT. (Attachments: # 1 Exhibit 1--Order Expediting Appeal, NTEU v. Vought, No. 25-5091 (D.C. Cir. Apr. 11, 2025), # 2 Text of Proposed Order)(Holland, Liam) (Entered: 04/15/2025) |
| 04/15/2025 | 104 | MEMORANDUM re 103 MOTION to Stay *Proceedings Pending Final Resolution of the Expedited Appeal of this Court's Preliminary Injunction Order* MOTION for Extension of Time to File Answer *(in the alternative) until 30 days after Defendants' Motion to Stay Proceedings is denied* by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT. (Holland, Liam) (Entered: 04/15/2025) |
| 04/17/2025 | 105 | Emergency MOTION for Order to Show Cause by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Attachments: # 1 Text of Proposed Order)(Gupta, Deepak) (Entered: 04/17/2025) |
| 04/17/2025 | | MINUTE ORDER. In light of 105 plaintiffs' motion for an order to show cause as to why defendants have not violated the preliminary injunction in this case, the Court will conduct a hearing on Friday, April 18, 2025 at 11:00 AM in Courtroom 25A. It |

| | | |
|---|---|---|
| | | is ORDERED that defendants must have a person with personal knowledge of the scope of the Reduction in Force ("RIF") and the decision to implement it, such as the CFPB Chief Operating Officer or the Operations Manager or Chief of the Office of Human Capital, present at the hearing. It is FURTHER ORDERED that by 10:00 AM Friday, April 18, defendants must file with the Court: copies of any letters, memoranda, or emails sent to CFPB staff from Chief Legal Officer Mark Paoletta and/or Acting Director Russell Vought this week; representative samples of any RIF or layoff notices that have been issued or will be issued on April 18; and a list of all of the employees involved and their job titles. The list of employees must be filed under seal to avoid the publication of personal information with a redacted version filed on the public docket; an unredacted copy should be emailed to the Court's Deputy Clerk. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/17/25. (DMK) (Entered: 04/17/2025) |
| 04/18/2025 | 106 | NOTICE *of Declarations* by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER re 105 Motion for Order to Show Cause, (Attachments: # 1 Declaration of Jennifer Bennett, # 2 Declaration of Matthew Pfaff (Third), # 3 Declaration of Emory Doe (Second))(Gupta, Deepak) (Entered: 04/18/2025) |
| 04/18/2025 | 107 | NOTICE of Appearance by Charles E.T. Roberts on behalf of All Defendants (Roberts, Charles) (Entered: 04/18/2025) |
| 04/18/2025 | 108 | SEALED DOCUMENT filed by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT re Order,,,,,, Set Hearings,,,,, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 a list of all of the employees involved in the RIF and their job titles)(Holland, Liam) (Entered: 04/18/2025) |
| 04/18/2025 | 109 | DECLARATION *of Mark Paoletta* by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT re Order,,,,,, Set Hearings,,,,,. (Holland, Liam) (Entered: 04/18/2025) |
| 04/18/2025 | 110 | DECLARATION by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Attachments: # 1 Declaration)(Gupta, Deepak) (Entered: 04/18/2025) |
| 04/18/2025 | 111 | DECLARATION *of Alex Doe* by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, TZEDEK DC, VIRGINIA POVERTY LAW CENTER re 105 Emergency MOTION for Order to Show Cause . (Bennett, Jennifer) (Entered: 04/18/2025) |
| 04/18/2025 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Show Cause Hearing held on 4/18/2025. Evidentiary Hearing set for 4/28/2025 at 9:30 AM in Courtroom 25 (In Person) before Judge Amy Berman Jackson. Order forthcoming via chambers on the issues discussed on the record and for further proceedings. (Court Reporter Jan Dickman.) (zakb) (Entered: 04/18/2025) |
| 04/18/2025 | 112 | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on April 18, 2025; Page Numbers: 1-23. Date of Issuance: April 18, 2025. Court |

| | | |
|---|---|---|
| | | Reporter: Janice Dickman, Telephone number: 202-354-3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/9/2025. Redacted Transcript Deadline set for 5/19/2025. Release of Transcript Restriction set for 7/17/2025.(Dickman, Janice) (Entered: 04/18/2025) |
| 04/18/2025 | 113 | ORDER. As stated on the record at the hearing held on this date, defendants are ordered as follows: the Reduction in Force announced by Acting Director Vought on or about April 17, 2025 is SUSPENDED and it may NOT be implemented, effectuated, or completed in any way until this Court has ruled on plaintiffs' motion to enforce the preliminary injunction, and the defendants are PROHIBITED from discontinuing any employee's access to work systems, including email and internal platforms until this Court has ruled on plaintiffs' motion. Plaintiffs may issue requests for production of documents to defendants by Friday, April 18; defendants' response to the motion to enforce is due by Tuesday, April 22; plaintiffs' reply is due by Thursday, April 24; and a hearing is set for Monday, April 9:30 a.m. See Order for details. Signed by Judge Amy Berman Jackson on 4/18/25. (DMK) (Entered: 04/18/2025) |
| 04/18/2025 | 114 | MOTION to set a deadline for defendants' production by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Attachments: # 1 Text of Proposed Order)(Gupta, Deepak) (Entered: 04/18/2025) |
| 04/18/2025 | 115 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 113 Order,,, by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. Fee Status: No Fee Paid. Parties have been notified. (Holland, Liam) (Entered: 04/18/2025) |
| 04/18/2025 | 116 | MOTION to Clarify re 113 Order,,, by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Gupta, Deepak) (Entered: 04/18/2025) |
| 04/19/2025 | 117 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 115 Notice of Appeal to DC Circuit Court. (zjd) (Entered: 04/19/2025) |
| 04/19/2025 | | MINUTE ORDER granting 114 motion to set a deadline for defendants' production. It is ORDERED that defendants must produce all documents responsive to the |

| | | |
|---|---|---|
| | | plaintiffs' request for production of documents by 12:00 p.m. ET on Tuesday, April 22, 2025. Signed by Judge Amy Berman Jackson on 4/19/2025. (DMK) (Entered: 04/19/2025) |
| 04/19/2025 | | MINUTE ORDER granting 116 plaintiffs' motion to clarify 113 the April 18, 2025 order. Given the preliminary showing made by plaintiffs that they are likely to establish that the defendants have not conducted a particularized assessment that the more than 1400 employees subject to the RIF are unnecessary to the agency's performance of its statutory duties; that, with the RIF, the agency will be unable to operate the Office of Consumer Response as required by statute and the preliminary injunction order; and that the planned RIF is in violation of this Court's order as stayed in part; and in light of the findings embodied in the preliminary injunction order that dismantling the agency would be contrary to law and would cause the plaintiffs irreparable harm, the Court temporarily enjoined the RIF pursuant to Federal Rule of Civil Procedure 65 and its inherent authority to enforce its own orders. This is a non-final, interim order to enable the Court to determine -- on the schedule requested by the parties and based on sworn testimony and contemporaneous records -- whether the RIF is compliant with the existing injunction or not. The order -- to which defendants raised no objection at the hearing -- will remain in place for no more than 14 days, "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. Pro. 65(b)(2). It is further clarified that the April 18 order prohibits defendants from discontinuing an employee's access to work systems as part of the enjoined RIF, but the provisions in the March preliminary injunction order that enable the agency to make individual employment decisions in the ordinary course of business remain unchanged. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/19/2025. (DMK) (Entered: 04/19/2025) |
| 04/19/2025 | | USCA Case Number 25-5132 for 115 Notice of Appeal to DC Circuit Court filed by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU. (mg) (Entered: 04/21/2025) |
| 04/21/2025 | | MINUTE ORDER. The defendants are advised that Mark Paoletta must be present at the April 28, 2025 evidentiary hearing and available to testify concerning the matters in his declaration 109 . Defendants must also ensure that Gavin Kliger and Adam Martinez are present and available to testify. The plaintiffs must have at least one member of the CFPB RIF team with personal knowledge of the events described in the declaration 111 of Alex Doe present and available to testify; the witness may utilize a pseudonym on the record. Neither party is limited to these witnesses, however. The parties must docket any exhibits they intend to introduce or utilize during the testimony of the witnesses by 12:00 noon on Saturday, April 26, 2025. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/21/25. (DMK) (Entered: 04/21/2025) |
| 04/22/2025 | 118 | Joint MOTION for Order *under Federal Rule of Evidence 502(d)* by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT. (Attachments: # 1 Text of Proposed Order)(Holland, Liam) (Entered: 04/22/2025) |
| 04/22/2025 | 119 | ORDER granting 118 joint motion for order under Federal Rule of Evidence 502(d). See order for details. Signed by Judge Amy Berman Jackson on 4/22/25. (DMK) (Entered: 04/22/2025) |
| 04/22/2025 | 120 | Joint MOTION for Protective Order by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT. (Attachments: # 1 Text of Proposed Order) (Holland, Liam) (Entered: 04/22/2025) |

| 04/22/2025 | 121 | RESPONSE re 105 Emergency MOTION for Order to Show Cause *Defendants' Response to Plaintiffs' Motion to Enforce* filed by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT. (Holland, Liam) (Entered: 04/22/2025) |
|---|---|---|
| 04/23/2025 | 122 | PROTECTIVE ORDER. See stipulated order for details. Signed by Judge Amy Berman Jackson on 4/23/25. (DMK) (Entered: 04/23/2025) |
| 04/23/2025 | 123 | Unopposed MOTION for Extension of Time to File Response/Reply as to 105 Emergency MOTION for Order to Show Cause *and to Enforce* by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Attachments: # 1 Text of Proposed Order) (Gupta, Deepak) (Entered: 04/23/2025) |
| 04/23/2025 |  | MINUTE ORDER granting 123 unopposed motion for extension of time. Plaintiffs' reply in support of their motion to enforce is due Friday, April 25, 2025. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/23/25. (DMK) (Entered: 04/23/2025) |
| 04/25/2025 | 124 | NOTICE of Appearance by Joshua Edward Gardner on behalf of All Defendants (Gardner, Joshua) (Entered: 04/25/2025) |
| 04/25/2025 | 125 | NOTICE of Appearance by Michael Skocpol on behalf of All Plaintiffs (Skocpol, Michael) (Entered: 04/25/2025) |
| 04/25/2025 | 126 | Unopposed MOTION for Extension of Time to File *EXHIBITS INTENDED FOR USE AT THE APRIL 28, 2025 HEARING* by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Attachments: # 1 Text of Proposed Order)(Gupta, Deepak) (Entered: 04/25/2025) |
| 04/25/2025 |  | MINUTE ORDER granting in part and denying in part 126 plaintiffs' unopposed motion to extend the deadline to docket the exhibits they intend to introduce or use at the April 28, 2025 hearing. It is ORDERED that plaintiffs must file as many of their exhibits by 12:00 noon on Saturday, April 26 and that they may make a second filing of exhibits by 11:00 a.m. Sunday, April 27. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/25/25. (DMK) (Entered: 04/25/2025) |
| 04/25/2025 | 127 | REPLY to opposition to motion re 105 Motion for Order to Show Cause, *and to enforce* filed by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Attachments: # 1 Declaration, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Declaration, # 6 Declaration, # 7 Declaration, # 8 Declaration, # 9 Declaration, # 10 Declaration, # 11 Declaration, # 12 Declaration, # 13 Declaration, # 14 Declaration, # 15 Declaration, # 16 Declaration, # 17 Declaration, # 18 Declaration, # 19 Declaration)(Gupta, Deepak) (Entered: 04/25/2025) |
| 04/26/2025 | 128 | Exhibit List *and Docketing of Exhibits* by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT. (Attachments: # 1 DX-01 ECF No. 109: Declaration of Mark Paoletta, including attachments DX-02, # 2 DX-02 CFPB_00258-259: Email re: Re: Specific Notice of RIF Template, # 3 DX-03 CFPB_00256-257: Email re: Re: Specific Notice of RIF Template, # 4 DX-04 |

CFPB_00546: Email re: Confirming Direction from DOGE members, # 5 DX-05 CFPB_00139: Email re: Additional Info, # 6 DX-06 CFPB_00358-361: Memo re: Divisional Staffing, # 7 DX-07 CFPB_02720: PDF of Excel Spreadsheet re: CFPBs Statutory Duties, # 8 DX-08 CFPB_00332-338: Email re: Statutorily-required units//brief history, # 9 DX-09 CFPB_00370-00371: Bureau Wide Reduction Scenario 04152025 149 pm, # 10 DX-10 CFPB_00710: PDF of Excel Spreadsheet re: Position Retention Worksheet _4-16-25_for Flagging 4.25 (Confidential information removed), # 11 DX-11 CFPB_00668-669: Email re: RE: job codes for review and approval, # 12 DX-12 CFPB_00649-650: Email re: RE: job codes for review and approval, # 13 DX-13 CFPB_00321: RIF Breakdown)(Holland, Liam) (Entered: 04/26/2025)

| 04/26/2025 | 129 | MOTION for Leave to File *Provisionally under Seal* by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, EVA STEEGE, TED STEEGE. (Attachments: # 1 Text of Proposed Order)(Gupta, Deepak) (Entered: 04/26/2025) |
|---|---|---|
| 04/26/2025 | 130 | SEALED DOCUMENT filed by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER(This document is SEALED and only available to authorized persons.) (Gupta, Deepak) (Entered: 04/26/2025) |
| 04/26/2025 | 131 | NOTICE *of Docketing Exhibits in Response to the Court's April 21, 2025 Order* by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER (Attachments: # 1 Exhibit Filed in Response to the Court's April 21, 2025 Order)(Friedman, Robert) (Entered: 04/26/2025) |
| 04/26/2025 |  | MINUTE ORDER granting 129 plaintiffs' motion to file exhibits provisionally under seal. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/26/25. (DMK) (Entered: 04/26/2025) |
| 04/26/2025 | 132 | Joint MOTION to Continue by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, EVA STEEGE, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Gupta, Deepak) Modified docket text on 4/29/2025 (zdp). (Entered: 04/26/2025) |
| 04/26/2025 | 138 | REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: DI DOE, Declaration. Reason(s): Filer is not a party to the case. (zdp) (Entered: 04/28/2025) |
| 04/27/2025 | 133 | MOTION for Leave to File provisionally under seal by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, EVA STEEGE, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Attachments: # 1 Text of Proposed Order)(Gupta, Deepak) Modified event type and docket text on 4/28/2025 (zdp). (Entered: 04/27/2025) |
| 04/27/2025 |  | MINUTE ORDER granting 132 joint motion to reschedule the April 28, 2025 evidentiary hearing. The Court notes that to the extent the request for a continuance |

is based upon the availability of the witnesses, the parties should have sought this relief well before Saturday night. Since there are matters on the Court's schedule that cannot be moved, the hearing will begin at 2:00 p.m. on Tuesday, April 29, and it will continue at 10:00 a.m. on Wednesday, April 30. Given the central role that Adam Martinez and Mark Paoletta played in the events at issue and the defendants' heavy, if not sole, reliance on Mark Paoletta's declaration to oppose the motion, Martinez and Paoletta must each be present on at least one of those dates, as previously ordered. Both sides must file their second sets of exhibits by 10:00 a.m. on Monday, April 28, and they may be supplemented by 9:00 a.m. on Tuesday, April 29. The parties are advised that the Court has no other availability during the week of April 28, and that there are limited dates and times available the following week. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/27/25. (DMK) (Entered: 04/27/2025)

| 04/27/2025 | | | MINUTE ORDER granting 133 plaintiffs' motion to file exhibits provisionally under seal. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/27/25. (DMK) (Entered: 04/27/2025) |
|---|---|---|---|
| 04/27/2025 | | 134 | MOTION to Compel by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, EVA STEEGE, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Gupta, Deepak) (Entered: 04/27/2025) |
| 04/28/2025 | | 135 | MOTION Provisionally under Seal by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, EVA STEEGE, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Gupta, Deepak) (Entered: 04/28/2025) |
| 04/28/2025 | | 136 | SEALED DOCUMENT filed by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER(This document is SEALED and only available to authorized persons.) (Gupta, Deepak) (Entered: 04/28/2025) |
| 04/28/2025 | | | MINUTE ORDER. Defendants are ordered to respond to 134 plaintiffs' motion to compel by 4:00 p.m. today, Monday, April 28. For each communication identified as attorney-client privileged or seeking legal advice, defendants must identify who the attorney is in the particular email and who they represent, and who among the individuals receiving or copied on the email is their client. Defendants must elaborate upon the explanation contained in the First Privilege Log, "email chain reflecting confidential predecisional deliberations concerning potential RIF; discussion of the litigation, and seeking legal advice concerning that topic" to identify the topic about which legal advice was sought. Defendants must also explain why the submission of 109 [128-1] the Paoletta declaration averring, for example, "I, along with two other CFPB attorneys, conducted a particularized assessment to determine which employees are unnecessary for the Bureau to perform its statutory duties. As part of this assessment, I and the other attorneys went line by line through each competitive area to determine how many employees were necessary in each area"; "I was informed by agency personnel that it is unnecessary to the agency's functions"; or "In consultation with Bureau personnel, I determined that 30 employees...were sufficient to perform support functions for the Bureau" did not waive any privileges with respect to those communications. See |

| | | |
|---|---|---|
| | | Paoletta Decl. paras. 6-7, 9, 15. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/28/25. (DMK) (Entered: 04/28/2025) |
| 04/28/2025 | | MINUTE ORDER granting 135 plaintiffs' motion to file exhibits provisionally under seal. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/28/25. (DMK) (Entered: 04/28/2025) |
| 04/28/2025 | 137 | NOTICE *of Docketing Exhibits in Response to the Court's April 21, 2025 Order* by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER (Attachments: # 1 Exhibit Filed in Response to the Court's April 21, 2025 Order)(Gupta, Deepak) (Entered: 04/28/2025) |
| 04/28/2025 | 139 | Memorandum in opposition to re 134 MOTION to Compel filed by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT. (Holland, Liam) (Entered: 04/28/2025) |
| 04/28/2025 | | MINUTE ORDER re 138 Request for Leave to File Review. Leave to file is denied. Interested employees are welcome to contact counsel with information regarding the case. Pro se filer will be notified by first class mail. Signed by Judge Amy Berman Jackson on 4/28/25. (DMK) (Entered: 04/28/2025) |
| 04/28/2025 | 140 | NOTICE OF SUPPLEMENTAL AUTHORITY by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER (Attachments: # 1 Exhibit)(Gupta, Deepak) (Entered: 04/28/2025) |
| 04/28/2025 | 141 | ORDER. Plaintiffs' motion to enforce the preliminary injunction 105 is denied without prejudice as moot in light of the order issued on this date by the D.C. Circuit, NTEU v. Vought, No. 25-5091 (D.C. Cir. Apr. 28, 2025), Order [Dkt. # 2113309]; the hearings set for April 29 and 30, 2025 are vacated; provision (3) and all of the other provisions of the preliminary injunction that were left intact by the Circuit's Order of April 11 remain in force; the motion to compel the production of records 134 will be held in abeyance until after the Court of Appeals rules on the validity of the preliminary injunction; and defendants' motion to stay proceedings pending final resolution of the appeal 103 is granted insofar as the obligation to respond to the complaint is deferred. See Order for details. Signed by Judge Amy Berman Jackson on 4/28/25. (DMK) (Entered: 04/28/2025) |
| 05/12/2025 | 142 | MANDATE of USCA as to 115 Notice of Appeal to DC Circuit Court filed by RUSSELL VOUGHT, CONSUMER FINANCIAL PROTECTION BUREAU ; USCA Case Number 25-5132. (Attachments: # 1 USCA Order Filed on 5/12/2025) (zdp) (Entered: 05/13/2025) |
| 05/21/2025 | 143 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL VOUGHT. Attorney Joshua Edward Gardner terminated. (Gardner, Joshua) (Entered: 05/21/2025) |
| 11/07/2025 | 144 | NOTICE OF WITHDRAWAL OF APPEARANCE as to NATIONAL TREASURY EMPLOYEES UNION. Attorney Julie M. Wilson terminated. (Giles, Allison) (Entered: 11/07/2025) |
| 11/10/2025 | 145 | NOTICE by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL T. VOUGHT (Attachments: # 1 Exhibit Memorandum)(Roberts, Charles) (Entered: 11/10/2025) |

| | | |
|---|---|---|
| 11/14/2025 | 146 | NOTICE of Appearance by Stephanie Garlock on behalf of All Plaintiffs (Garlock, Stephanie) (Entered: 11/14/2025) |
| 11/21/2025 | 147 | NOTICE by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL T. VOUGHT (Attachments: # 1 Exhibit Report)(Roberts, Charles) (Entered: 11/21/2025) |
| 11/23/2025 | 148 | MOTION to Clarify by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Bennett, Jennifer) (Entered: 11/23/2025) |
| 11/24/2025 | | MINUTE ORDER directing the parties to submit filings by 11/26/2025 identifying the provisions of this Court's preliminary injunction that they believe remain in force and addressing this Court's authority to enforce those provisions, given the D.C. Circuit's opinion of August 15, 2025, and the pending petition for rehearing en banc. SO ORDERED. Signed by Judge Amy Berman Jackson on 11/24/2025. (lcem) (Entered: 11/24/2025) |
| 11/25/2025 | 149 | NOTICE OF WITHDRAWAL OF APPEARANCE as to 203 MEMBERS OF CONGRESS. Attorney Hannah Meredith Kieschnick terminated. (Kieschnick, Hannah) (Entered: 11/25/2025) |
| 11/26/2025 | 150 | RESPONSE TO ORDER OF THE COURT re Order,, Set Deadlines, filed by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Bennett, Jennifer) (Entered: 11/26/2025) |
| 11/26/2025 | 151 | RESPONSE TO ORDER OF THE COURT re Order,, Set Deadlines, filed by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL T. VOUGHT. (Roberts, Charles) (Entered: 11/26/2025) |
| 12/03/2025 | 152 | NOTICE of Change of Address by Jennifer Bennett (Bennett, Jennifer) (Entered: 12/03/2025) |
| 12/05/2025 | 153 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. Attorney Allison Marcy Zieve terminated. (Zieve, Allison) (Entered: 12/05/2025) |
| 12/05/2025 | 154 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. Attorney Adam R. Pulver terminated. (Pulver, Adam) (Entered: 12/05/2025) |
| 12/05/2025 | 155 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. Attorney Wendy Liu terminated. (Liu, Wendy) (Entered: 12/05/2025) |

| 12/05/2025 | 156 | MOTION for Leave to File Amicus Brief *in Support of Plaintiffs' Motion to Clarify* by FORMER FEDERAL RESERVE OFFICIALS. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(Friedl, Kevin) (Entered: 12/05/2025) |
|---|---|---|
| 12/05/2025 | 157 | NOTICE of Appearance by Josephine Morse on behalf of FORMER FEDERAL RESERVE OFFICIALS (Morse, Josephine) (Entered: 12/05/2025) |
| 12/05/2025 | 158 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. Attorney Stephanie Garlock terminated. (Garlock, Stephanie) (Entered: 12/05/2025) |
| 12/05/2025 |  | MINUTE ORDER. Pursuant to Local Civil Rule 7(o)(2), any opposition to the Motion for Leave to File Amicus Brief by Former Federal Reserve Officials [Dkt. # 156] must be filed by December 9, 2025. SO ORDERED. Signed by Judge Amy Berman Jackson on 12/5/2025. (lcem) (Entered: 12/05/2025) |
| 12/05/2025 | 159 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. Attorney Adina H. Rosenbaum terminated. (Rosenbaum, Adina) (Entered: 12/05/2025) |
| 12/08/2025 | 160 | Memorandum in opposition to re 148 MOTION to Clarify filed by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL T. VOUGHT. (Roberts, Charles) (Entered: 12/08/2025) |
| 12/09/2025 | 161 | RESPONSE re 156 MOTION for Leave to File Amicus Brief *in Support of Plaintiffs' Motion to Clarify* filed by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL T. VOUGHT. (Roberts, Charles) (Entered: 12/09/2025) |
| 12/10/2025 |  | MINUTE ORDER granting 156 Motion for Leave to File Amicus Brief. On December 5, 2025, a group of former Federal Reserve Officials moved to submit an amicus brief in support of plaintiffs' pending motion to clarify 148 . Pursuant to Local Civil Rule 7(o)(2), the Court established a date by which any objection would be due, and the defendants have filed a timely response 161 . The motion will be granted in the Court's discretion notwithstanding the defendants' suggestion that it was untimely under internal Department of Justice policy, which does not govern this Court. Defendants point to the Federal Rules of Appellate Procedure, and a non-binding ruling by a court in the Southern District of Mississippi which observed, "[w]hile no rule specifically governs amicus status in district court proceedings, courts typically apply Rule 29 of the Federal Rules of Appellate Procedure." In the U.S. District Court for the District of Columbia, though, there is a specific rule that governs amicus status, and it includes no time limit; instead, it says, "[t]he amicus brief shall be filed within such time as the Court may allow." LCvR 7(o)(3). Moreover, defendants were not prejudiced by any supposed delay in the filing of the proposed amicus brief; the Court gave them time to review it and inform the Court of their position, and the timing was the only grounds cited for why it should not be received. Since the matters addressed in the proposed brief are directly relevant to the disposition of the motion, and the amici bring specialized knowledge and experience to the question to be decided, the motion is GRANTED. The Clerk of the Court is directed to file the amicus brief [156-1] on the docket. Signed by Judge Amy Berman Jackson on 12/10/2025. (lcem) (Entered: 12/10/2025) |

| 12/10/2025 | 162 | AMICUS BRIEF by FORMER FEDERAL RESERVE OFFICIALS. (znmw) (Entered: 12/12/2025) |
|---|---|---|
| 12/15/2025 | 163 | REPLY to opposition to motion re 148 Motion to Clarify, filed by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER. (Bennett, Jennifer) (Entered: 12/15/2025) |
| 12/16/2025 | 164 | NOTICE by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL T. VOUGHT (Attachments: # 1 Exhibit A)(Roberts, Charles) (Entered: 12/16/2025) |
| 12/17/2025 | 165 | NOTICE OF WITHDRAWAL OF APPEARANCE as to TZEDEK DC. Attorney Noah Hy Brozinsky terminated. (Brozinsky, Noah) (Entered: 12/17/2025) |
| 12/17/2025 | | MINUTE ORDER. In light of defendants' Notice 164 attaching a copy of the December 16, 2025 letter [164-1] sent to the Federal Reserve by the Department of Justice, defendants are ORDERED to docket a notice attaching a copy of any response to the letter on the day it is received. Signed by Judge Amy Berman Jackson on 12/17/2025. (lcem) (Entered: 12/17/2025) |
| 12/17/2025 | 166 | NOTICE by CFPB EMPLOYEE ASSOCIATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, NATIONAL CONSUMER LAW CENTER, NATIONAL TREASURY EMPLOYEES UNION, TED STEEGE, VIRGINIA POVERTY LAW CENTER (Bennett, Jennifer) (Entered: 12/17/2025) |
| 12/30/2025 | 167 | MEMORANDUM OPINION & ORDER granting 148 Motion to Clarify. Signed by Judge Amy Berman Jackson on 12/30/2025. (lcem) (Modified to correct document type and Main Document 167 replaced on 12/31/2025) (zakb). (Entered: 12/30/2025) |
| 01/05/2026 | 168 | NOTICE of Appearance by Gregory A. Beck on behalf of All Plaintiffs (Beck, Gregory) (Entered: 01/05/2026) |
| 01/09/2026 | 169 | NOTICE by CONSUMER FINANCIAL PROTECTION BUREAU, RUSSELL T. VOUGHT (Attachments: # 1 Exhibit A)(Roberts, Charles) (Entered: 01/09/2026) |
| 05/31/2026 | 170 | MOTION to Intervene, MOTION to Appoint Counsel, MOTION to Consolidate Cases by BOREALIS S. HEDLING. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(znmw) (Entered: 06/02/2026) |
| 06/04/2026 | 171 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: BOREALIS HEDLING - Motion to Expedite. Reason(s): Filer is not a party to the case; motion to intervene pending. (znmw) (Entered: 06/05/2026) |
| 06/05/2026 | | MINUTE ORDER denying 170 Motion to Intervene; denying 170 Motion to Appoint Counsel; denying 170 Motion to Consolidate Cases. Movant has not identified any interest in or connection to the subject of this action or satisfied the requirements of Fed. R. Civ. P. 24 that would justify intervention or the other relief sought. Movant may not file any other pleadings on this docket without leave of the Court. Signed by Judge Amy Berman Jackson on 6/5/2026. (lcem) (Entered: 06/05/2026) |
| 06/05/2026 | 172 | NOTICE OF APPEAL TO DC CIRCUIT as to 6/5/2026 Minute Order on Motion to Intervene, Motion to Appoint Counsel, Motion to Consolidate Cases, by BOREALIS S. HEDLING. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)(znmw) Modified event on 6/8/2026 (znmw). (Entered: 06/08/2026) |

| 06/05/2026 | 173 | MOTION for Leave to Appeal in forma pauperis by BOREALIS S. HEDLING. (Attachments: # 1 Supplement, # 2 Affidavit)(znmw) (Entered: 06/08/2026) |
|---|---|---|
| 06/06/2026 | 174 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: BOREALIS HEDLING - Sealed Motion. Reason(s): Filer is not a party to the case. Filer requires leave to file pursuant to Order. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (znmw) (Entered: 06/08/2026) |
| 06/08/2026 | 175 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. Motion to proceed on appeal in forma pauperis has been filed. Another transmission will be forwarded when the motion has been decided re 172 Notice of Interlocutory Appeal,. (znmw) (Entered: 06/08/2026) |
| 06/09/2026 | | MINUTE ORDER denying 173 Motion for Leave to Appeal in forma pauperis. The financial affidavit submitted by movant is incomplete and, in some sections, non-responsive to the information requested. Signed by Judge Amy Berman Jackson on 6/9/2026. (lcem) (Entered: 06/09/2026) |
| 06/09/2026 | | MINUTE ORDER re **174 Request for Leave to File Review, 171 Request for Leave to File Review.** Leave to file is denied. Movant has not identified any interest in or connection to the subject of this action. Pro Se party has been notified by first class mail. Signed by Judge Amy Berman Jackson on 6/9/2026. (lcem) (Entered: 06/09/2026) |