IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION*, et al.*,<br><br>    *Plaintiffs*,<br>    v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-38l-ABJ |

**NOTICE OF WTIHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(b), undersigned counsel for Plaintiffs, Michael Skocpol, files this notice of withdrawal of appearance because he has left his employment with Gupta Wessler LLP. Plaintiffs will continue to be represented by previously appearing counsel of record from Gupta Wessler LLP.

Dated: June 10, 2026

Respectfully submitted,

*/s/ Michael Skocpol*
Michael Skocpol (DC Bar. No. 1659449)
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
*mskocpol@publicjustice.net*

1