## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NTEU et al
_____
Plaintiff

vs.

Civil Action No. 1:25-cv-0381-ABJ

Vought et al.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  13th  day of  June  , 20 26  , that

Borealis S Hedling (Proposed Intervenor)

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  10th  day of  June  , 20 26

in favor of  Amy Berman Jackson

against said  Minute Order refusing Leave to File ECF 177 and gagging the Apellant

Borealis S Hedling
_____
Attorney or Pro Se Litigant



(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**     Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

US Attorneys Office 950 Pennsylvania Ave NW Washington, DC 20530-0001 already sent to SUPREMECTBRIEFS@usdoj.gov and emailed to Counsel for Plaintiff's

**RECEIVED**

JUN 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia