Affidavit In Support of Appealing the June 10, 2026 Gag Order in US District Court District of Columbia Case No 1:25-cv-0381-ABJ

Per The below embedded June 10, 2026 attempted Filing Hedling v Berman Jackson et al filed Concurrently to the gag order requesting

WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, AMY BERMAN JACKSON, CLAUDIA BAIO, ADMINISTRATIVE OFFICE OF THE US COURT, ROBERT J CONRAD JR for the Declaratory Relief 1. Declares Clerks must follow Article 13 and 14 of the UN Convention Against Torture even when Article 3 Judges issue unlawful orders to suppress filings or gag victims of torture seeking redress in violation of 18 U.S.C. § 241,. As well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

Along with the below embedded Motion to Clarify and Motion to Modify and Appoint Counsel in US District Court District of Columbia Case No 1:26-cv-0057-UNA which is the requesting the relief:

Declaratory Relief
1. Declares Impeachment actions relating to violations of International Criminal Law can be brought actio popularis directly to the Senate as the House of Representatives is no longer a "competent authority".
2. Declares Members of Congress can help human rights defenders no matter where they are located.
Injunctive Relief
1. Affirms this action meets the Requirements of being properly drafted Articles of Impeachment against Judge Trevor N McFadden. On the following 4 charges:
● "Violating Article 13 and 14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.
● "Torture of a Human Rights Defender"
● "Failing to Postpone the 2024 Election undermining the Right of Self-Determination"
● "Participating in the Systemic Crime Against Humanity of Falsely Maintaining the Designation of being a Safe Third Country
2. Immediately informs Chief Justice John Roberts he will need to preside over Judge Trevor N McFadden's Trial in the Senate on an Emergency Basis.
3. Any relief this Court Deems Just and Proper.

Issuing gag orders and "Show Cause" orders without even defining what to show cause For is a definable pattern of abuse by the Judicial Branch to chill free Speech and basic Due process to refuse a peaceful transition of power. It must be appealable because expressed visually by Banksy This is the Current System.



I swear under penalty of perjury this Affidavit is complete and true to the best of my knowledge.


Signed on the 13th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Apellant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957





US District Court District of Columbia

Case No 1:26-cv-0057-UNA

Motion to Modify Order to Show Cause and Appoint Counsel

Hedling

V.

Johnson

Under Section 504 of the Rehabilitation Act and 2008 ADA Amended the Plaintiff respectfully requests the Court Modify the Order at ECF 14 to Show Cause to allow Oral Testimony and Appoint Counsel under Article 14 of the UN Convention against Torture.

I.    Background

In numerous filings and per the below ADA letter in the Plaintiff's former name it is clear the Plaintiff has a Deficit In written communication. The Order at ECF 14 explicitly states

"ORDER that, within 20 days from the entry date of this Order, Hedling shall show **cause in writing** why this Court should not enter an order barring them from proceeding in forma pauperis in this Court.. Signed by Judge Christopher R. Cooper on 6/10/2026. (zmtm).

Given per EX 1 the Main pleadings in US District Court District of Columbia Case No 1:26-cv-01714-UNA Hedling V Lohan et al and EX 2 respectively a May 10, 2026 Notice in US District Court District of Columbia Case No 1:26-cv-0252-UNA Hedling V Boasberg. The following relief will be denied when this Court decides the Plaintiff's fate absent medical care or legal counsel demanding an answer in writing.

"WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, RANDALL C LOHAN, THE UNITED STATES SENATE, DONALD J TRUMP be compelled to never reject emergency filings against international instruments ever again and immediately ratify the UN Convention on the Rights of Persons with Disabilities, as well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case."

Which would as noted afford Americans all these rights…
"Article 11: Situations of risk and humanitarian emergencies
States Parties shall take, in accordance with their obligations under international law, including international humanitarian law and international human rights law, all necessary measures to ensure the protection and safety of persons with disabilities in situations of risk, including situations of armed conflict, humanitarian emergencies and the occurrence of natural disasters.



Article 13: Access to justice
1. States Parties shall ensure effective access to justice for persons with disabilities on an equal basis with others, including through the provision of procedural and age-appropriate accommodations, in order to facilitate their effective role as direct and indirect participants, including as witnesses, in all legal proceedings, including at investigative and other preliminary stages.
2. In order to help to ensure effective access to justice for persons with disabilities, States Parties shall promote appropriate training for those working in the field of administration of justice, including police and prison staff.

Article 15: Freedom from torture or cruel, inhuman or
degrading treatment or punishment
1. No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. In particular, no one shall be subjected without his or her free consent to medical or scientific experimentation.
2. States Parties shall take all effective legislative, administrative, judicial or other measures to prevent persons with disabilities, on an equal basis with others, from being subjected to torture or cruel, inhuman or degrading treatment or punishment.

Article 16: Freedom from exploitation, violence and abuse
1. States Parties shall take all appropriate legislative, administrative, social, educational and other measures to protect persons with disabilities, both within and outside the home, from all forms of exploitation, violence and abuse, including their gender-based aspects.
2. States Parties shall also take all appropriate measures to prevent all forms of exploitation, violence and abuse by ensuring, inter alia, appropriate forms of gender- and age-sensitive assistance and support for persons with disabilities and their families and caregivers, including through the provision of information and education on how to avoid, recognize and report instances of exploitation, violence and abuse. States Parties shall ensure that protection services are age-, gender- and disability-sensitive.
3. In order to prevent the occurrence of all forms of exploitation, violence and abuse, States Parties shall ensure that all facilities and programmes designed to serve persons with disabilities are effectively monitored by independent authorities.
4. States Parties shall take all appropriate measures to promote the physical, cognitive and psychological recovery, rehabilitation and social reintegration of persons with disabilities who become victims of any form of exploitation, violence or abuse, including through the provision of protection services. Such recovery and reintegration shall take place in an environment that fosters the health, welfare, self-respect, dignity and autonomy of the person and takes into account gender- and age-specific needs.
5. States Parties shall put in place effective legislation and policies, including women- and child-focused legislation and policies, to ensure that instances of exploitation, violence and abuse against persons with disabilities are identified, investigated and, where appropriate, prosecuted."
-Article 11, 13, 15, and 16 UN Convention on the Rights of Persons with Disabilities



3:17  Thu, Jun 11   ⊡⊡⊡   ·

←   JL ADA Letter Updated 12.13.23 (1) (1).pdf



**WILLOW TREE**
COUNSELING & CONSULTING

December 13 2023
Courtney Harmatys
Willow Tree Counseling & Consulting, LLC
(317)210-2816
4954 E 56th St, Ste 8, Indianapolis, IN 46220-5769

To Whom It May Concern:

I am the treating licensed mental health counselor for Jeremy Lawson. Jeremy has a diagnosis of Post Traumatic Stress Disorder (PTSD) and has been an active patient of mine since 8/30/2023. Entering government agencies and receiving notices and/or communicating in written form with government agencies, when compared to most people, may impact major life activities such as their ability to emotionally regulate, sleep, concentrate, and/or communicate with others due to triggers of PTSD.

I recommend Jeremy Lawson have reasonable accommodations to communicate in verbal exchanges rather than initiating in written form when requested. Jeremy may benefit from subsequent detailed written instructions, transcripts, and summarizations for complex tasks, interactions, and verbal exchanges. They may require short breaks in a quiet environment when engaged with government employees and/or in government entities to alleviate PTSD symptoms.

Sincerely,

*Courtney Harmatys*

Courtney Harmatys, MS; NCC, LMHC
Licensed Mental Health Counselor (LMHC)
IN License Number: 39003230A
Willow Tree Counseling & Consulting, LLC
courtney@willowtreeindy.com
Phone: 317-210-2816
Fax: 463-205-0343



## Conclusion

Under Section 504 of the Rehabilitation Act and 2008 ADA Amended the Plaintiff respectfully requests the Court Modify the Order at ECF 14 to Show Cause to allow Oral Testimony and Appoint Counsel under Article 14 of the UN Convention against Torture.

Signed on the 11th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957

1:04  Sat, Jun 13  ⚡ ⚡ 🖼 •                    ⚬ 🔇 📶 99%🔋

←    Motion to Clarify ECF 14 Hedling V Johnson .PDF    ⓐ  ⒶＡ  ▤  ⋮

US District Court District of Columbia

Case No 1:26-cv-0057-UNA

Motion To Clarify Order to Show Cause

Hedling

V.

Johnson

The Plaintiff respectfully requests the Court Clarify the following regarding the Order to Show Cause at ECF 14.

1. Absent the following relief in US District Court District of Columbia Case No 1:25-cv-04062-UNA Hedling v Meek et al as noted in EX 1 the March 10, 2026 Motion to Clarify at ECF 25. Along with EX 2 a Notice on Victims of Torture being Fee Exempt at ECF 30. As the assertion is the Plaintiff exempt from fees as a matter of International Customary Law and this is a point of ongoing litigation how does the Court request the Plaintiff "Show Cause" or risk being barred from the Court.

Inju"nctive Relief:
1. As long as the Government of the United States refuses to meet their obligations to provide fair and adequate compensation to the Plaintiff as required by Article 14 of the UN Convention against Torture. Direct Clerks of US Courts to accept the Plaintiff's filings via email at no cost.
2. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all government services.
3. Any Relief this Court Deems Just and Proper.
Declaratory Relief:
1. Declares the enforceable right to Redress in Article 14 of the UN Convention against Torture is a self executing provision absent Congress meeting requirements to provide a Framework in the US Legal system as required by the plain text of the Treaty.
2. Declares victims of torture have a constitutional right to counsel when seeking redress.
3. Declares victims of torture are exempt from court costs. Under Article 13 of the UN Convention against Torture as charging them is a form of ill-treatment and delays prompt review.
4. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence.
5. Declares Foreign Ambassadors are not Immune to legal claims in US Courts arising from violations of international criminal law.
6. Determines if the US Supreme Court Jurisdictional deadline of 90 days in cases arising from claims under Article 14 of the UN Convention against Torture is enforceable."

2. Can the Court please Clarify per a May EX 3 a Motion for a Declaratory Judgment in US District Court District of Columbia Case No 1:26-cv-0316-UNA without the outstanding Declaratory Relief requested how any order to "Show Cause" will be construed.

"Wherefore the Plaintiff Prays the Court
1. Declares in line with the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition) "piecemeal" litigation must be accepted by US Courts.

2. Declares in cases that make allegations of torture 28 U.S.C. 1915 reviews must be conducted as soon as feasibly possible and Courts must sua sponte grant relief to Safeguard litigants even when specific relief was not requested."

3. Per EX 4-8 the newly filed Case Hedling v Berman Jackson et al. requesting the following if the Court were to find the Plaintiff failed to "Show Cause" could the Court Clarify this blacklisting order would be enforceable.

"WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, AMY BERMAN JACKSON, CLAUDIA BAIO, ADMINISTRATIVE OFFICE OF THE US COURT, ROBERT J CONRAD JR for the Declaratory Relief 1. Declares Clerks must follow Article 13 and 14 of the UN Convention Against Torture even when Article 3 Judges issue unlawful orders to suppress filings or gag victims of torture seeking redress in violation of 18 U.S.C. § 241,. As well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case."

4. Can the Court Clarify if this Order to Show Cause was issued based on an assertion the Plaintiff is not poor due to extreme acts of Transnational Repression. Or the Court is concerned the Plaintiff's Litigation is frivolous, vexatious, or malicious.

Signed on the 10th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957

US District Court District of Columbia

Case No _____

To be assigned

COMPLAINT AND DEMAND FOR JURY TRIAL

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff

V.

Amy Berman Jackson (US District of Columbia Judge)
US District Court District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
Defendant #1

Claudia Baio (Connecticut Superior Court Judge)
CO Attorney General of Connecticut
165 Capitol Avenue,
Hartford, CT 06106
Defendant #2

Administrative Office of the U.S. Courts
Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544
Defendant #3

Robert J. Conrad, Jr (Director of the Administrative Office of the U.S. Courts)
Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544
Defendant #4

**Subject Matter Jurisdiction**:
18 U.S.C. § 241, 28 U.S.C. §§ 601-613, Article 4 Section 4 of the US Constitution.The Alien Tort
Statute (ATS) 28 U.S.C. § 1350. Article 13 & 14 UN Convention against Torture and Other
Cruel, Inhuman or Degrading Treatment or Punishment. Bivens v. Six Unknown Named Agents,
Fed, 409 F.2d 718 (2d Cir. 1969). 42 U.S.C. § 1983, 1985 (2+3), 1986.

"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."

Article 14
1. **Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation**, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."
-Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, AMY BERMAN JACKSON, CLAUDIA BAIO, ADMINISTRATIVE OFFICE OF THE US COURT, ROBERT J CONRAD JR for the Declaratory Relief 1. Declares Clerks must follow Article 13 and 14 of the UN Convention Against Torture even when Article 3 Judges issue unlawful orders to suppress filings or gag victims of torture seeking redress in violation of 18 U.S.C. § 241,. As well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

1. The Plaintiff per EX 1 filed a May 29, 2026 Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170 in US District Court District of Columbia Case No 1:25-cv-0381-ABJ. Having provided the complete filing in US District Court District of Columbia Case No 1:26-cv-1851-UNA Hedling V The Office of the Appellate Clerk. Which the Plaintiff immediately will seek to Consolidate with this new filing. After May 28, 2026 the Connecticut Courts rejected a filing noting the Plaintiff was so impoverished due to acts of Transnational Repression they could not afford paper or a notary. Effectively were attempting to bring the action Qui Tam to end the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate the Domestic Violence Cash Benefit Program. Which amounted to on February 27th 2023 the Plaintiff informed Astread Ferron-Poole chief of staff for the Connecticut Department of Social Services (DSS) they were not using all allowable proof of allegations for the Domestic Violence Cash Benefit Program (DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z. That is essentially the only issue of law and the issue could have been solved with a single email.

2. The Plaintiff included the Main pleadings in US District Court District of Columbia Case No 126-cv-1179-UNA in Exhibits with this Motion to Intervene, Appoint Counsel, and Consolidate. Describing for reporting this illegal activity in good faith being April 11.

2024-August 23, 2024 enforced disappearance, illegal incarceration, subjected to an attempted extrajudicial killing via forcible Ativan Withdrawal, and effective trial in absentia using a Motion for a Continuance. Per the below notice to Speaker Johnson.



Page 1 of 2

## Office of Representative Mike Johnson

## Digital Privacy Release Form

Complete the form below to request help with a Federal Agency. When complete, click Submit to send to our office for assistance.

Fields marked with * are required

**Please Provide Applicable Identifying Information**

**Agency Involved**
Consumer Financial Protection Bureau

| Prefix | First Name | MI | Last Name |
|---|---|---|---|
| | Borealis | S | Hedling |

| Social Security Number | DOB | Email Address | Phone Number |
|---|---|---|---|
| ***_**_**** | **/**/**** | Dauntless.peace@proton.me | 19599998957 |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| 2250 Hospital DR | | Bossier City | LA | 71111 |

| Agency Case Number | Mortgage Loan Number Rank | Military Rank |
|---|---|---|
| 260604-33650060 | N/A | N/A |

**Have you contacted any other elected official regarding this case?**
Yes

**If Yes, Officials Name?**
William Tong

**Please explain the problem and the resolution/outcome you are seeking:**



Speaker Johnson The CFPB with both the Ombudsman and whistleblower office informed of my Complaint regarding severe acts of Transnational Repression and Torture by Primary Residential Mortgage Inc in combination with the State of Connecticut. Just is processing it as normal... To legitimize holding me for 133 days 43 days past the maximum sentence for a unlawful charge April 11, 2024-August 23, 2024. 18 of those days being an incommunicado detention and solitary confinement with no toilet paper. After effectively being enforce disappeared by the Connecticut State Police with 4 stacks of conditionally under seal evidence. That the state seized and potentially destroyed after threatening me with beatings if I mentioned filing the civil rights injunction that got me effectively enforce disappeared. Attempting an extrajudicial killing via forcible Ativan Withdrawal in retaliation for requesting to file a potential Prison Rape Elimination Act Report after my first strip search that bordered on Sexual Humiliation due to gender identity and expression. The retaliatory strip search to destroy property records after being held for days next to a loud buzzing door being refused the right to go to the hospital 14 times definitely was. Per the Affidavit In Support of Appealing Judge Berman Jackson Denying my Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170 in US District Court District of Columbia Case No 1:25-cv-0381-ABJ NTEU v vought. The companion Sealed Motion for Leave to File a Motion to Clarify after she issued a Concurrent gag order. With a June 5, 2026 Notice on the State of Connecticut planning a third Trial in Absentia and declaring non-refoulment invalid to request remote proceedings. Along with a June 6, 2026 Notice on Past Show Trials showing valid reasons severe untreated PTSD also requires remote proceedings. Even though this is all clearly Torture and violates the 5th Amendment and International Customary Law. Can ask the CFPB to maybe follow the UN Convention against Torture. Along with the Department of Justice... Maybe execute your duties to ensure a Republican form of Government exists in any state under Article 4 Section 4 of the US Constitution. Instead of allowing US Federal Judges to commit High Crimes (none of these are misdemeanors).

## Constituent Authorization

To be able to assist you, we must have a signed privacy release form that clearly outlines your problem and the remedy you are seeking. By checking the box below you are giving our office permission to look into the matter on your behalf. Please make sure to attach below any relevant identifying information and supporting documents which relate to your inquiry.

☒ I hereby request the assistance of the Office of Representative Mike Johnson to resolve the matter described below. I authorize the Office of Representative Mike Johnson to receive any information that they might need to provide this assistance. The information I have provided to the Office of Representative Mike Johnson is true and accurate to the best of my knowledge and belief. The assistance I have requested from the Office of Representative Mike Johnson is in no way an attempt to evade or violate any federal, state, or local law.

**Date/Time**

6/6/2026 7:29:18 PM

**\* Signature**

6 / 9

**Borealis Hedling**

REDACTED



3.  Per the embedded June 5, 2026 Motion for Leave to File a Motion to Clarify after Judge Berman Jackson issued her gag order. Judges are encouraging Clerks to violate 18

U.S.C. § 241 and Article 13 and 14 of the UN Convention Against Torture.



| | | |
|---|---|---|
| 05/31/2026 | 170 | MOTION to Intervene, MOTION to Appoint Counsel, MOTION to Consolidate Cases by BOREALIS S. HEDLING. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(znmw) (Entered: 06/02/2026) |
| 06/04/2026 | 171 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: BOREALIS HEDLING - Motion to Expedite. Reason(s): Filer is not a party to the case; motion to intervene pending. (znmw) (Entered: 06/05/2026) |
| 06/05/2026 | | MINUTE ORDER denying 170 Motion to Intervene; denying 170 Motion to Appoint Counsel; denying 170 Motion to Consolidate Cases. Movant has not identified any interest in or connection to the subject of this action or satisfied the requirements of Fed. R. Civ. P. 24 that would justify intervention or the other relief sought. Movant may not file any other pleadings on this docket without leave of the Court. Signed by Judge Amy Berman Jackson on 6/5/2026. (lcem) (Entered: 06/05/2026) |
| 06/05/2026 | 172 | NOTICE OF APPEAL TO DC CIRCUIT as to 6/5/2026 Minute Order on Motion to Intervene, Motion to Appoint Counsel, Motion to Consolidate Cases, by BOREALIS S. HEDLING. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)(znmw) Modified event on 6/8/2026 (znmw). (Entered: 06/08/2026) |

https://dcd-ecf.sso.dcn/cgi-bin/DktRpt.pl?7844532949406360636-L_1_0-1                    43/44

6/10/26, 8:49 AM    Case 1:25-cv-00381-ABJ    Document 176 District of Columbia Filed 06/10/26 Live Database    Page 44 of 44

| | | |
|---|---|---|
| 06/05/2026 | 173 | MOTION for Leave to Appeal in forma pauperis by BOREALIS S. HEDLING. (Attachments: # 1 Supplement, # 2 Affidavit)(znmw) (Entered: 06/08/2026) |
| 06/06/2026 | 174 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: BOREALIS HEDLING - Sealed Motion. Reason(s): Filer is not a party to the case. Filer requires leave to file pursuant to Order. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (znmw) (Entered: 06/08/2026) |
| 06/08/2026 | 175 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. Motion to proceed on appeal in forma pauperis has been filed. Another transmission will be forwarded when the motion has been decided re 172 Notice of Interlocutory Appeal,. (znmw) (Entered: 06/08/2026) |
| 06/09/2026 | | MINUTE ORDER denying 173 Motion for Leave to Appeal in forma pauperis. The financial affidavit submitted by movant is incomplete and, in some sections, non-responsive to the information requested. Signed by Judge Amy Berman Jackson on 6/9/2026. (lcem) (Entered: 06/09/2026) |
| 06/09/2026 | | MINUTE ORDER re **174 Request for Leave to File Review, 171 Request for Leave to File Review.** Leave to file is denied. Movant has not identified any interest in or connection to the subject of this action. Pro Se party has been notified by first class mail. Signed by Judge Amy Berman Jackson on 6/9/2026. (lcem) (Entered: 06/09/2026) |



US District Court District of Columbia

Case No 1:25-cv-0381-UNA

Sealed Motion for Leave to File a Motion to Clarify

NATIONAL TREASURY EMPLOYEES UNION et al

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Appellant

V.
Vought et al.

The Appellant respectfully requests Leave to File this sealed Motion to Clarify to help aid in the Appeal made June 5, 2026 based on the Minute Order of June 5, 2026 Denying the Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170.

"MINUTE ORDER denying 170 Motion to Intervene; denying 170 Motion to Appoint Counsel; denying 170 Motion to Consolidate Cases. Movant has not identified any interest in or connection to the subject of this action or satisfied the requirements of Fed. R. Civ. P. 24 that would justify intervention or the other relief sought. Movant may not file any other pleadings on this docket without leave of the Court. Signed by Judge Amy Berman Jackson on 6/5/2026. (lcem)"

Proposed Sealed Motion to Clarify

The Appellant respectfully requests the Court Clarify the following regarding the Minute Order of June 5, 2026 Denying the Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170.

1.  If in line with International Law an Order that is Cruel, Inhuman, and Degrading such as the Minute Order of June 5, 2026 is unenforceable.

2.  If a Judge knowingly violates Article 14 of the UN Convention against Torture and 18 U.S.C. § 241 they must voluntarily resign their Commission as an Article 3 Judges.

I.   Background

The Appellant filed a Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170 May 29, 2026. Citing the Right to Intervene under Article 14 of the UN Convention against Torture.

Providing the entire filed action in US District Court District of Columbia Case No 1:26-cv-1851-UNA.

Hedling

V.

The Office of the Appellate Clerk

Noting severe acts of Transnational Repression making filing in higher courts I'm concurrent litigation impossible. The implications of the February 21, 2025 conversation with Counsel for the Plaintiff's Wendy Lui. Meaning the Appellant was excluded as a Rule 19 indispensable party. Which fits the pattern of numerous violations of 18 U.S.C. § 241. By the US District Court District of Columbia, US District Court District of Connecticut, US District Court District of Maryland, US District Court District of Middle Tennessee, US District Court District of Delaware, US District Court District of Northern California, US Circuit Court of Appeals For The District of Columbia, US Circuit Court of Appeals For The 5th Circuit, US Circuit Court of Appeals For The 9th Circuit, US Circuit Court of Appeals For The 11th Circuit, and US Supreme Court. In either direct suppression of filings or refusal of filings. In the absence of this Court to grant relief since September 11, 2024 in US District Court District of Columbia Case No 1:24-cv-02615-TNM Lawson v The Department of Justice. After the Government of the United States participated in a constructive refoulement against Article 3 of the UN Convention against Torture. For identifying the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program. As described in EX 1 a frantic January 16, 2025 Emergency Petition for a Writ of Mandamus to the 11th Circuit

On Clerk's Office Not Accepting Emergency Filings Against International
Instruments in The United States District Court for the
Southern District of Florida
23 Cr. 80101 (Cannon, J.)

As noted in a provided Exhibit a still suppressed May 23, 2026 Notice on Victims of Torture being Fee Exempt as a Matter of International Customary Law in US District Court District of Columbia Case No 1:25-cv-04062-UNA Hedling v Meek et al. Due to the Court refusing to provide the following relief since November 14, 2025.

"Injunctive Relief:
1. As long as the Government of the United States refuses to meet their obligations to provide fair and adequate compensation to the Plaintiff as required by Article 14 of the UN Convention against Torture. Direct Clerks of US Courts to accept the Plaintiff's filings via email at no cost.
2. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all government services.
3. Any Relief this Court Deems Just and Proper.

Declaratory Relief:
1. Declares the enforceable right to Redress in Article 14 of the UN Convention against Torture is a self executing provision absent Congress meeting requirements to provide a Framework in the US Legal system as required by the plain text of the Treaty.
2. Declares victims of torture have a constitutional right to counsel when seeking redress.
3. Declares victims of torture are exempt from court costs. Under Article 13 of the UN Convention against Torture as charging them is a form of ill-treatment and delays prompt review.
4. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence.
5. Declares Foreign Ambassadors are not Immune to legal claims in US Courts arising from violations of international criminal law.
6. Determines if the US Supreme Court Jurisdictional deadline of 90 days in cases arising from claims under Article 14 of the UN Convention against Torture is enforceable."

The Appellant even filed the suppressed June 4, 2026 Motion to Expedite making a complaint to the CFPB against Primary Residential Mortgage Inc. Then after this Court issued the aforementioned Order June 5, 2026 had to file a Motion for a Declaratory Judgment in US District Court District of Columbia Case No 1:26-cv-0252-UNA. Embedding it in an Affidavit In Support of Appealing this unlawful order under the collateral orders doctrine. As both per US District Court District of Columbia Case No 126-cv-0057-UNA Hedling v Johnson and US District Court District of Columbia Case No 1:26-cv-1179-UNA Hedling V Cobb et al either the Executive or Legislative Branch are enforcing Article 4 Section 4 of the US Constitution.

II.    Subsequent Invalidation of the Principles of Non-refoulment by the Connecticut State Courts Makes These Questions Ripe

Per EX 2 & 3 a June 5, 2026 Notice On Trials in Absentia and June 6, 2026 Notice on Past Show Trials in US District Court District of Columbia Case No 1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc et al. The failure to allow intervention by right under Article 14 of the UN Convention against Torture. Has enabled a systemic breakdown in the 5th Amendment and International Customary Law that can't stand.

"So clear and so harmful that a failure to reverse the judgment would result in manifest injustice . . . [and] the error is so obvious that it affects the fairness and integrity of and public confidence in judicial proceedings"
-State v. Woods 250 Conn. 807, 814, 740 A.2d 371 (1999)

Conclusion

The Appellant respectfully requests the Court Clarify the following regarding the Minute Order of June 5, 2026 Denying the Motion to Intervene, Appoint Counsel, and Consolidate at ECF 170.

1.  If in line with International Law an Order that is Cruel, Inhuman, and Degrading such as the Minute Order of June 5, 2026 is unenforceable.

2. If a Judge knowingly violates Article 14 of the UN Convention against Torture and 18 U.S.C. § 241 they must voluntarily resign their Commission as an Article 3 Judges.

Signed on the 6th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Apellant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957



Certification of Service

I certify under penalty of perjury this Motion and Exhibits were emailed to relevant parties with no other means of transmission

NTEU

julie.wilson@nteu.org

paras.shah@nteu.org

allie.giles@nteu.org

Gupta Wessler LLP

deepak@guptawessler.com

robert@guptawessler.com

gabe@guptawessler.com

jennifer@guptawessler.com

Public Citizen Litigation Group

litigation@citizen.org

Defendant Counsel

SUPREMECTBRIEFS@usdoj.gov

Signed on the 6th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,

/s/Borealis S Hedling

Apellant

They / Them

Travelodge Plus

44 Townsend ST Rm 120

Dublin 2 (Ireland)

Dauntless.peace@proton.me

+1-959-999-8957

4. As seen in EX 2-4 respectively EX 1-3 in the rejected Motion it is a Ministerial function to Docket filings under the UN Convention Against Torture. Further per the below embedded Motion to Clarify in US District Court District of Connecticut Case No Case No 3:25-cv-0909-SVN even with frequent updates on Clerks being encouraged to commit violations of 18 U.S.C. § 241 since around May 2025 Defendant 3 and 4 take no actions.



US District Court District of Connecticut

Case No: 3:25-cv-00909-SVN

### Motion to Clarify

Lawson

V.

Xinis

The Plaintiff respectfully requests the Court to clarify if their citation of Dieujuste v. Sin, 125 F.4th 397, 399 (2nd Cir. 2025) "Judges are granted absolute immunity from liability for acts taken pursuant to their judicial power and authority". Means Article 13 of the UN Convention Against Torture can be violated by Clerks and Article 3 Judges and can only be resolved on appeal.

I.    Background:

The Plaintiff filed this instant lawsuit 6/4/25 following denial of a Right to Intervene under Rule 24 of the Federal Rules of Civil Procedure in US District Court District of Maryland Case No: 8:25-cv-00951-PX.

Abrego Garcia

v.

Noem et al.

Asserting a right to Intervene under Article 13 of the UN Convention Against Torture. Further requesting permissive intervention if the court did not affirm the right to intervene under the cited international instrument. Having filed an EX Parte Motion to Intervene 4/28/25 and later amending as a consolidated Motion to Recuse, Appoint Counsel, and Intervene 5/11/25. The Motion was returned at ECF 160. Stating a lack of Cognizable Interest. The 23 Exhibits sent with the original 4/28/25 EX Parte Exhibits were not returned by the filing of this suit and the return envelope from the US District Court District of Maryland Clerk's office is postmarked 6/9/25.

Eventually all the Plaintiff's filings made between 4/28/25-5/31/25 were returned including 38 Exhibits. An entire copy of these records was also sent to the US District Court District of Middle Tennessee for Case 3:25-cr-00115. Citing as in this case the concern of suppression of evidence.

The United States



v.

Abrego Garcia

Per USPS data arrived 6/16/25. The original Motion to Intervene and for a Permanent Stay sent prior to the full record with Emergency Notice was returned by the Case Administrator stating the Plaintiff was not a party to the case it was not a signed return document order. The case Administrator did not respond to the Plaintiff's voicemail asking if Judge Moore or Crenshaw had reviewed any of the documents. The noted case file has not been returned. Per EX 14 and 15 the Plaintiff has requested a Department of Justice Office of Professional Responsibility investigation into the matter of the Attorneys assigned to prosecute Abrego Garcia's lack of being candid with the Tribunal.



2

II.    "Actual Injury" and "Cognizable Interest"

The court in its 7/17/25 proposed ruling to dismiss without prejudice notes the Plaintiff suffered no actual injury via the Defendant's actions to return documents. That the Plaintiff's pleadings and evidence were hard to follow. Thus had no standing to bring the action. Yet does note the Plaintiff's 8/25/24-9/10/24 illegal detainment in Canada maintained by labelling the Plaintiff as a serious criminal. At the time of their 1st attempt at claiming Asylum. After their illegal incarceration in Connecticut 4/11/24-8/23/24 and attempted extrajudicial killing via forcible Ativan Withdrawal. A byproduct of their exposure of the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and coverup The Domestic Violence Cash Benefit Program. Return of the Plaintiff by Canada 9/10/24 and by Iceland 11/12/25 to the United States constituted a violation of Article 3, 13, and 14 of the UN Convention Against Torture based on evidence presented.

The overt violation of the Biden or Trump administration to not **effectuate** the Plaintiff's removal while illegally deprived of liberty by a foreign government violates the 1868 Hostage Act, 22 U.S.C. § 1732. Due to the fact the Plaintiff is still refouled with actions taken on Abrego Garcia and other victims of the Trump Bukele administration's crime against humanity of mass deportation made the Plaintiff a Rule 19 "indispensable party". With standing to file this instant lawsuit and have a Right to Intervene in the above noted cases as a matter of right under Article 13 of the UN Convention Against Torture.

III.    Filing a Motion to Oppose is a Paradox the Case Must be Dismissed for Lack of Compassion

As noted in Judge Shea's responses to Senator Chuck Grassley regarding his confirmation:

"**3. Some have contended that a judge should have empathy for those who appear before them. My concern is that when someone suggests a judge should have empathy, they are really suggesting the judge should place their thumb on the scales of justice to tilt it in the favor of the proverbial little guy. Justice Roberts addressed this issue at his hearing saying that "If the Constitution says that the little guy should win, the little guy's going to win in court before me. But if the Constitution says that the big guy should win, well, then the big guy's going to win."**

**a. To what extent does empathy have a place in the judicial process?**

Response: A judge should decide issues by applying the law to the particular facts established by the evidence, and should not allow sympathy or feelings for either party or his or her own personal views to interfere.

**b. In your view, what is determinative as to who wins or loses?**

3

Response: The law – applied carefully and fairly to the particular facts
established by the evidence – should determine who wins or loses a case.

**c. In your opinion, what is the role of the judge in protecting the interests of the
"little guy?"**

Response: A judge's role is not to protect the interests of any party in litigation;
that is the role of the party's attorney. The judge's role is to uphold the rule of
law fairly and impartially."

The Plaintiff's has requested relief that shows Judicial Review without compassion does not
afford a judge the ability to make equitable decisions. Per EX 16 a 7/22/25 Petition to the Nobile
Officium:

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)
V.
The Supreme Court of the United Kingdom and the Judicial Committee of the Privy Council

The Civil Court of Appeals of the United Kingdom

The King's Bench Court of the United Kingdom

The Supreme Court of Canada

The Federal Court of Canada in Ottawa

The Supreme Court of New Zealand

The Court of Appeals of New Zealand

The High Court of New Zealand Auckland Registry I te Kōti Matua o Aotearoa
Tāmaki Makaurau Rohe

The High Court of New Zealand Wellington Registry I te Kōti Matua o Aotearoa
Te Whanganui-a-Tara Rohe

The Supreme Court of Ireland

The Constitutional Court of Austria

The Constitutional Court of Liechtenstein

The Supreme Court of Switzerland

4

The Federal Administrative Court of Switzerland

The Administrative Court of the Canton of Zurich

The European Court of Human Rights

The Inter-American Commission on Human Rights

The International Criminal Court

The European Court of Justice

The International Court of Justice

The United Nations Human Rights Council

The Human Rights Commission of New Zealand

The Auditor General of the Vatican

(Defenders)

for

Recalling Parliament to Ensure the Government of the United Kingdom Acknowledges the Importance of Compassion in Memory of Sophie Scholl

## Conclusion

The Plaintiff respectfully requests the Court to clarify if their citation of Dieujuste v. Sin, 125 F.4th 397, 399 (2nd Cir. 2025) "Judges are granted absolute immunity from liability for acts taken pursuant to their judicial power and authority". Means Article 13 of the UN Convention Against Torture can be violated by Clerks and Article 3 Judges and can only be resolved on appeal.

## Memorandum of Law:

"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."
-Article 13 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

5

"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

-United States Constitution, Amendment I

"Whenever it is made known to the President that any citizen of the United States has been unjustly deprived of his liberty by or under the authority of any foreign government, it shall be the duty of the President forthwith to demand of that government the reasons of such imprisonment; and if it appears to be wrongful and in violation of the rights of American citizenship, the President shall forthwith demand the release of such citizen, and if the release so demanded is unreasonably delayed or refused, the President shall use such means, not amounting to acts of war and not otherwise prohibited by law, as he may think necessary and proper to obtain or effectuate the release; and all the facts and proceedings relative thereto shall as soon as practicable be communicated by the President to Congress."

-1868 Hostage Act, 22 U.S.C. § 1732

Signed on the 27th of July 2025 at 1 Lydall ST Manchester, CT 06042

Respectfully submitted,
/s/ Jeremy M Lawson
Plaintiff
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them
1 Lydall ST Manchester, CT 06042
Email: makepeacenotlitigation@gmail.com
Phone: +1-959-999-8957

6

5. Leading to a culture of impunity, disbelief, fear, and silence that allowed Defendant #2 to declare the 5th Amendment and Absolute Prohibition Against Torture and Refoulment void.



ORDER    439589

DOCKET NO: HHDCV256201059S          SUPERIOR COURT

PRIMARY RESIDENTIAL MORTGAGE,      JUDICIAL DISTRICT OF HARTFORD
INC.                                  AT HARTFORD
   V.
LAWSON, JEREMY M Et Al             6/8/2026

## ORDER

ORDER REGARDING:
06/08/2026 140.00 ADA REQUEST FOR REASONABLE ACCOMMODATION

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The request is denied for the same reasons as set forth in the order on the prior ADA request.

The Court finds that:
The moving party also appears to be seeking participation by telephone for a hearing on the record. The requested ADA accommodation is denied because it creates an undue financial or administrative burden or would cause a fundamental alteration to our programs or services and interfere with the court process.

There is no right to immediate appellate review of this order. If you disagree with this Judicial Order, it may be challenged in an appeal from the final judgment pursuant to the rules of practice.

439589
_____

Judge: CLAUDIA A BAIO

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

HHDCV256201059S   6/8/2026                              Page 1 of 1





11:38  Mon, Jun 8  🖼☁↓ ·                                          32%

| 🅖 high | ⚠ NAT | 🅐 Cour | RTE Cana | 🅖 law s | 🕊 Cour | 🦺 Free | 🅢 Case | 🅢 Dc ✕ | + |

⌂  ←  →  C    ⓘ  civilinquiry.jud.ct.gov/DocumentInquiry/DocumentI    ☆  🔲  🔴

---

**ADA REQUEST FOR
REASONABLE ACCOMMODATION**
JD-ES-352  Rev. 1-26


*This form is available
in other languages*

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
www.jud.ct.gov

| COURT USE ONLY |
| ADAREQ |
| ‖‖‖‖‖‖‖‖‖‖‖‖ |

**Instructions:**

*Requests for accommodations may be made using this form, orally, in any other written format, or as required by the Connecticut Practice Book. If you need help completing this form, contact the Centralized ADA Office at 860-706-5310.*

*Do not submit this form using E-Services.*

Send the completed form to  ADAprogram@jud.ct.gov  or submit the completed form to the Court Clerk at the location where the case will be heard. You may also mail or fax the form to:  CT Judicial Branch, Centralized ADA Office, 90 Washington Street, Hartford, CT 06106,   Fax: 860-706-5089.

**Please make this request at least 10 days before you need the accommodation for timely processing.**

**Part I - Information** *(To be completed by person requesting accommodation)*

| Name | E-mail address | |
| --- | --- | --- |
| **Jeremy M Lawson** | **Dauntless.peace@proton.me** | |
| Address | | Telephone number |
| **Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)** | | **+1-959-999-8957** |
| Date(s) accommodation is needed | Location where accommodation is needed | |
| **June 22, 2026** | **Hartford Superior Court** | |
| Name of case | | Docket number *(if known)* |
| **Primary Residential Mortgage Inc et al v. Jeremy M Lawson et al** | | **HHD-CV25-6201059-S** |

I am a:  ☐ Juror  ☒ Defendant  ☐ Plaintiff  ☐ Witness  ☐ Other *(specify)* _____

Type of case:  ☒ Civil  ☐ Criminal  ☐ Family  ☐ Juvenile  ☐ Appellate/Supreme

                      ☐ Other Judicial event  _____

**Why do you need an accommodation under the Americans with Disabilities Act?**
*If you are asking for an accommodation that may involve the rights of the other party or parties, such as a continuance, extension of time, or request for a virtual hearing, your request will be shared with the Judge and all attorneys and self-represented parties of record in your case. Only give as much information as you are comfortable sharing. **Do not submit medical records.**
If more information is needed, you will be asked to provide it at a later date.*

**Having last appeared in chains in a Connecticut Court 8/23/24. Hedld 43 days past the maximum sentence for an unlawful punishment to legitimize extreme whistleblower retaliation against a neurodivergent Human Rights Defender. The Defendant can't be refouled and appearing remotely is required.**

**How will the requested accommodation help you?**
*Please give a detailed response.*
*You may be asked to provide further information if it is necessary to help us understand what a reasonable accommodation might be.*

It will allow the Defendant to avoid flashbacks, nightmares, and potential dissociation. Including to moments of being told they were "violent" in open court. Being pulled away from court when providing open testimony on previous proceedings also constituting violations of Conn Gen S 53-20 "Cruelty to persons". It will not remind them of on day 91 being forced to have a " competency Hearing" order after effectively being tried in absentia using a Motion for a Continuance. It will allow the most basic level of 5th Amendment protections in proceedings that per the Practice book should immediately end as they are unlawful. Under international law a domestic court can't enforce orders that are Cruel, Inhuman, or Degrading. Neither Article 13 and 14 of the UN Convention against Torture due to Article 26 and 27 of the Vienna Convention on the Law of Treaties canbe openly disregarded.

140.00
NHCC



| 🧏 **ADA Accommodations**<br>*ADAProgram@jud.ct.gov*<br>*https://www.jud.ct.gov/ADA* | 👤⟩⟩ **Interpreters**<br>Free language services available<br>*https://www.jud.ct.gov/LEP* | Servicios de asistencia lingüística gratuita están a su disposición<br>Serviços de assistência linguística gratuitos estão à disposição |

Page 1 of 4        WCAG 2.1 AA




⊞  🅕  ⬜  📅8  💬  🅖  📷  🔺²  📄    |||    ◯    ‹



**Part II - Accommodation Request** *(To be completed by person requesting accommodation)*

**I need:** *(select all that apply)*

**Administrative Accommodation(s):**

☐ American Sign Language (ASL)    ☐ ASL and a Certified Deaf Interpreter    ☐ Support Person

☐ CART (similar to closed captioning)    ☐ Assistive listening device    ☐ Document remediation
*(to allow a document to be read by assistive technology)*

Sign below and skip Part III if Judicial Accommodation(s) are not requested.

| Signature *(Required)* | Name | Date signed |
|---|---|---|
| | | |

**Judicial Accommodation(s):**
These requests may involve the rights of the other party or parties (e.g., continuance or videoconferencing requests) or a Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding). They will be decided by a Judge. If the request impacts the rights of the other party or parties, you must send a copy of this form to all attorneys and self-represented parties of record in your case and it will be part of the court file. Part III must be completed. If the request involves the Judge's control of the courtroom, this form generally does NOT need to be sent to counsel and self-represented parties of record.

☐ Videoconferencing    ☒ Teleconferencing    ☐ Alternative time schedule _____

☐ Extension of time - Request to extend until *(date)* _____

☐ Continuance - Request to continue case to *(date)* _____    OR ☒ at the court's discretion.

☐ Other:
Having last appeared in chains in a Connecticut Court 8/23/24. HedId 43 days past the maximum sentence for an unlawful punishment to legitimize extreme whistleblower retaliation against a neurodivergent Human Rights Defender. The Defendant can't be refouled and appearing remotely is required.

Sign below.

| Signature *(Required)* | Name<br>Jeremy M Lawson | Date signed<br>6/6/26 |
|---|---|---|

**Part III - Certification to All Counsel and Self-Represented Parties**
*(To be completed by counsel and self-represented parties of record when Judicial Accommodation(s) involve the rights of the other party or parties are requested in Part II. Part III does NOT need to be completed if the Judicial Accommodation request in Part II involves the Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding))*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____6/6/26_____ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**Plaintiff Counsel**
CT_Pleadings@brockandscott.com

**Co Defendant Counsel**
RFLudgin@NTPLX.net

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature)* | Print or type name of person signing<br>**Borealis S Hedling** | Date signed<br>6/6/26 |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)*<br>Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland) | | Telephone number<br>+1-959-999-8957 |

JD-ES-352  Rev. 1-26
Page 2 of 4

6. The Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff, BOREALIS S HEDLING demands judgment against Defendants, AMY BERMAN JACKSON, CLAUDIA BAIO, ADMINISTRATIVE OFFICE OF THE US COURT, ROBERT J CONRAD JR for the Declaratory Relief 1. Declares Clerks must follow Article 13 and 14 of the UN Convention Against Torture even when Article 3 Judges issue unlawful orders to suppress filings or gag victims of torture seeking redress in violation of 18 U.S.C. § 241,. As well as pay interest, costs, punitive damages, attorney's fees, and such other relief as this Court may deem just and proper. The People via a Jury are the only competent authority to judge this case.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 10th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957