Certification of Service

I certify under penalty of perjury the Notice of Appeal, Affidavit, and Motion to Appeal in Forma Pauperis was transmitted to the below parties with no other means of transmission.

NTEU
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org

Gupta Wessler LLP
deepak@guptawessler.com
robert@guptawessler.com
gabe@guptawessler.com
jennifer@guptawessler.com

Public Citizen Litigation Group
litigation@citizen.org

Defendant Counsel
SUPREMECTBRIEFS@usdoj.gov

Signed on the 13th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Appellant
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957