UK Civil Court of Appeals
Case No CA-2026-001491

### Affidavit of Poverty Hedling v. The Attorney General of the United Kingdom

I Borealis Serenity Hedling per the below embedded June 10, 2026 Motion to Proceed in Forma Pauperis in US District Court District of Columbia Case Hedling v Berman Jackson et al. I have absolutely no access to assets or income from a sale of equity made under extreme duress in the property at 1 Lydall ST Manchester, CT 06042. Filed in US District Court District of Columbia Case No 1:26-cv-0261-UNA Hedling V Primary Residential Mortgage Inc et al a Motion for a Prejudgment Remedy and Permanent Injunction to dissolve this agreement based on equity. Per order of the Connecticut State Courts of June 8, 2026 in response to the June 6, 2026 ADA Request thus property in violation of Conn Gen. § 53-20 "Cruelty to persons" "Deprivation of shelter" and Section 134 of the Criminal Justice Act of 1988 be potentially transferred to Primary Residential Mortgage Inc. To legitimize acts of state violence against the Applicant including a enforced disappearance, illegal incarceration, attempted extrajudicial killing via forcible Ativan Withdrawal, sexual humiliation, and effective trial in absentia using a Motion for a Continuance. In another Trial in absentia scheduled June 22, 2026 at 2pm EST.

I swear under penalty of perjury this Affidavit is complete and true to the best of my knowledge.

Signed on the 11th of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2

(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957



12:37  Thu, Jun 11  ◌ 🔳 🔳  •                              ☌ 🔇 📶 36%🔋

←    Motion for a Prejudgment Remedy and Permanent In...   ▣   ⬥   ⋮

US District Court District of Columbia

Case No 1:26-cv-0261-UNA

Motion For a Prejudgment Remedy and Permanent Injunction

Hedling

V.

Primary Residential Mortgage Inc.

The Plaintiff respectfully requests the Court as a Prejudgment Remedy remove Primary Residential Mortgage Inc as a lienholder against 1 Lydall ST Manchester, CT 06042. Grant the following Permanent Injunction

Wherefore the Plaintiff Prays the Court

1. The Court Grants Adam M Duquette full ownership of 1 Lydall ST Manchester, CT 06042. Terminating the Plaintiff as a lienholder on the Property as the sale of equity was entered into under duress. Without charging tax or gift penalties.

1. The Plaintiff respectfully requests the Court under the Istanbul Protocol: Manual on the Effective Investigation and Documentation of Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (2022 edition) consider the record already submitted in granting this request for equitable relief.

I swear under penalty of perjury this complaint is complete and true to the best of my knowledge.

Signed on the 3rd of June 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Dauntless.peace@proton.me
+1-959-999-8957





AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia  ▾

| | |
|---|---|
| Borealis S Hedling | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )  Civil Action No. |
| Amy Berman Jackson et al. | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

N/A   2. *If not incarcerated.*  If I am employed, my employer's name and address are:



My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❒ Yes | ✔ No |
| (b) Rent payments, interest, or dividends | ❒ Yes | ✔ No |
| (c) Pension, annuity, or life insurance payments | ❒ Yes | ✔ No |
| (d) Disability, or worker's compensation payments | ❒ Yes | ✔ No |
| (e) Gifts, or inheritances | ❒ Yes | ✔ No |
| (f) Any other sources | ✔ Yes | ❒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.



Before fleeing to Ireland for a 10th claim of international protection I received $5000 in an initial lump sum for selling the full equity in my former property at 1 Lydall ST Manchester, CT 06042 (still in foreclosure). After travel expenses and spending 30/7/25-present I have less than $1.. $3000 was left with my sister in case of refoulement there is no meaningful way to access these funds. She refused 11/12/25 to support any of my legal efforts so this is an inaccessible asset. A second lump sum payment of $5,000n ow I am suing the bank of Ireland in Case No 1: 26-cv-0101 as Ireland participates in extreme acts of Transnational Repression. A third check for $5,000 was recieved by a third party that refuses to release the funds thinking my legal efforts are all BS and my foreclosure is still legal versus SLAPP. I can't even afford the $50 (CAD) to file to declare my illedetainment in Canada



AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 3 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
$7000 Elan Financial Services.   $8344 Discover. $4256 Bank of America.  $6328 Citi Bank. $15,000 Department of Education. $103,000 Primary Residential Mortgage

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____6/10/26_____

_____
Applicant's signature

_____
Borealis S Hedling
Printed name

| Print | Save As... | Add Attachment | | Reset |



ORDER    439589

DOCKET NO: HHDCV256201059S

PRIMARY RESIDENTIAL MORTGAGE,
INC.
  V.
LAWSON, JEREMY M Et Al

SUPERIOR COURT

JUDICIAL DISTRICT OF HARTFORD
   AT HARTFORD

6/8/2026

## ORDER

ORDER REGARDING:
06/08/2026 140.00 ADA REQUEST FOR REASONABLE ACCOMMODATION

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The request is denied for the same reasons as set forth in the order on the prior ADA request.

The Court finds that:
The moving party also appears to be seeking participation by telephone for a hearing on the record. The
requested ADA accommodation is denied because it creates an undue financial or administrative burden
or would cause a fundamental alteration to our programs or services and interfere with the court process.

There is no right to immediate appellate review of this order. If you disagree with this Judicial Order, it
may be challenged in an appeal from the final judgment pursuant to the rules of practice.

439589
_____

Judge: CLAUDIA A BAIO

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

HHDCV256201059S    6/8/2026

Page 1 of 1



11:38 Mon, Jun 8    📷☁️↓ •    🔗 ✂️ 📶 32%

🔵 high  🔺 NATI  📘 Cour  RTE Cana  🔵 law s  🔵 Cour  🔵 Free  🔵 Case  🔵 D⊘ ✕  +

🏠  ←  →  C  ⓘ civilinquiry.jud.ct.gov/DocumentInquiry/DocumentI  ☆  🔳  🔴

**ADA REQUEST FOR
REASONABLE ACCOMMODATION**
JD-ES-352  Rev. 1-26


*This form is available
in other languages*

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
| --- |
| ADAREQ |

**Instructions:**

*Requests for accommodations may be made using this form, orally, in any other written format, or as required by the Connecticut Practice Book. If you need help completing this form, contact the Centralized ADA Office at 860-706-5310.*

*Do not submit this form using E-Services.*

*Send the completed form to ADAprogram@jud.ct.gov or submit the completed form to the Court Clerk at the location where the case will be heard. You may also mail or fax the form to: CT Judicial Branch, Centralized ADA Office, 90 Washington Street, Hartford, CT 06106,   Fax: 860-706-5089.*

*Please make this request at least 10 days before you need the accommodation for timely processing.*

**Part I - Information** *(To be completed by person requesting accommodation)*

| Name | E-mail address |
| --- | --- |
| Jeremy M Lawson | Dauntless.peace@proton.me |

| Address | Telephone number |
| --- | --- |
| Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland) | +1-959-999-8957 |

| Date(s) accommodation is needed | Location where accommodation is needed |
| --- | --- |
| June 22, 2026 | Hartford Superior Court |

| Name of case | Docket number *(if known)* |
| --- | --- |
| Primary Residential Mortgage Inc et al v. Jeremy M Lawson et al | HHD-CV25-6201059-S |

I am a:  ☐ Juror  ☒ Defendant  ☐ Plaintiff  ☐ Witness  ☐ Other *(specify)* _____

Type of case:  ☒ Civil  ☐ Criminal  ☐ Family  ☐ Juvenile  ☐ Appellate/Supreme

☐ Other Judicial event _____

**Why do you need an accommodation under the Americans with Disabilities Act?**
*If you are asking for an accommodation that may involve the rights of the other party or parties, such as a continuance, extension of time, or request for a virtual hearing, your request will be shared with the Judge and all attorneys and self-represented parties of record in your case. Only give as much information as you are comfortable sharing.* **Do not submit medical records.**
*If more information is needed, you will be asked to provide it at a later date.*

**Having last appeared in chains in a Connecticut Court 8/23/24. Hedld 43 days past the maximum sentence for an unlawful punishment to legitimize extreme whistleblower retaliation against a neurodivergent Human Rights Defender. The Defendant can't be refouled and appearing remotely is required.**

**How will the requested accommodation help you?**
*Please give a detailed response.*
*You may be asked to provide further information if it is necessary to help us understand what a reasonable accommodation might be.*

**It will allow the Defendant to avoid flashbacks, nightmares, and potential dissociation. Including to moments of being told they were "violent" in open court. Being pulled away from court when providing open testimony on previous proceedings also constituting violations of Conn Gen S 53-20 "Cruelty to persons". It will not remind them of on day 91 being forced to have a " competency Hearing" order after effectively being tried in absentia using a Motion for a Continuance. It will allow the most basic level of 5th Amendment protections in proceedings that per the Practice book should immediately end as they are unlawful. Under international law a domestic court can't enforce orders that are Cruel, Inhuman, or Degrading. Neither Article 13 and 14 of the UN Convention against Torture due to Article 26 and 27 of the Vienna Convention on the Law of Treaties canbe openly disregarded.**

140.00
NHCC

  **ADA Accommodations**
*ADAProgram@jud.ct.gov*
*https://www.jud.ct.gov/ADA*

 **Interpreters**
Free language services available
*https://www.jud.ct.gov/LEP*

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 4    WCAG 2.1 AA

         III  ○  ‹

11:38  Mon, Jun 8  ⏯ ☁ ! ·                                        ⌐ ⚡ 🛜 32%

high | ▲ NAT | Cour | ʀᴛᴇ Cana | law s | Cou | Free | Case | D × | +

⌂  ←  →  C  ⓘ  civilinquiry.jud.ct.gov/DocumentInquiry/DocumentI  ☆  ⧉  ●

## Part II - Accommodation Request *(To be completed by person requesting accommodation)*

**I need:** *(select all that apply)*

**Administrative Accommodation(s):**

☐ American Sign Language (ASL)   ☐ ASL and a Certified Deaf Interpreter   ☐ Support Person

☐ CART (similar to closed captioning)   ☐ Assistive listening device   ☐ Document remediation
*(to allow a document to be read by assistive technology)*

Sign below and skip Part III if Judicial Accommodation(s) are not requested.

| Signature *(Required)* | Name | Date signed |
|---|---|---|
|  |  |  |

**Judicial Accommodation(s):**

These requests may involve the rights of the other party or parties (e.g., continuance or videoconferencing requests) or a Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding). They will be decided by a Judge. If the request impacts the rights of the other party or parties, you must send a copy of this form to all attorneys and self-represented parties of record in your case and it will be part of the court file. Part III must be completed. If the request involves the Judge's control of the courtroom, this form generally does NOT need to be sent to counsel and self-represented parties of record.

☐ Videoconferencing   ☒ Teleconferencing   ☐ Alternative time schedule _____

☐ Extension of time - Request to extend until *(date)* _____

☐ Continuance - Request to continue case to *(date)* _____   OR   ☒ at the court's discretion.

☐ Other:

Having last appeared in chains in a Connecticut Court 8/23/24. HedId 43 days past the maximum sentence for an unlawful punishment to legitimize extreme whistleblower retaliation against a neurodivergent Human Rights Defender. The Defendant can't be refouled and appearing remotely is required.

_____

Sign below.

| Signature *(Required)* | Name | Date signed |
|---|---|---|
|  | Jeremy M Lawson | 6/6/26 |

## Part III - Certification to All Counsel and Self-Represented Parties

*(To be completed by counsel and self-represented parties of record when Judicial Accommodation(s) involve the rights of the other party or parties are requested in Part II. Part III does NOT need to be completed if the Judicial Accommodation request in Part II involves the Judge's control of the courtroom (e.g., request to take frequent breaks or to remain seated during a proceeding))*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ____6/6/26____ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**Plaintiff Counsel**
CT_Pleadings@brockandscott.com

**Co Defendant Counsel**
RFLudgin@NTPLX.net

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.



| Signed *(signature of person)* | Print or type name of person signing | Date signed |
|---|---|---|
|  | **Borealis S Hedling** | 6/6/26 |
| Mailing address *(Number, street, town, state and zip code)* |  | Telephone number |
| Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland) |  | +1-959-999-8957 |

JD-ES-352  Rev. 1-26
Page 2 of 4