**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00381-ABJ |

## JOINT MOTION TO VACATE DEADLINES AND NOTICE REGARDING HEARING AVAILABILITY

On March 31, 2026, the Consumer Financial Protection Bureau ("CFPB") adopted a plan for a reduction in force ("RIF") ("2026 RIF Plan"). On June 19, 2026, the D.C. Circuit issued a limited remand order, directing this Court to decide in the first instance whether to modify, suspend, or dissolve the preliminary injunction in light of the 2026 RIF Plan and other intervening developments identified in Defendants' motion for a limited remand. Order, *Nat'l Treasury Emps. Union v. Vought*, No. 25-5091 (D.C. Cir. June 19, 2026).

On June 22, 2026, this Court issued a Minute Order indicating that the Court intends to schedule a hearing. In its Minute Order, the Court 1) "ORDERED that any documents, declarations, or other materials either party wishes to submit that bear on the question to be decided, which are not already attached to the pleadings submitted to the D.C. Circuit, are due on Thursday, July 2, 2026," and 2) directed the parties to "inform the Court by Thursday, June 25 whether they intend to call any witnesses at the hearing and whether counsel are available" on various dates the Court proposed.

Regarding availability for a hearing, counsel for Plaintiffs are available on September 2, 3, 10, and 11, 2026, and counsel for Defendants are available on September 2, 10, and 11, 2026.

Plaintiffs and Defendants jointly request that the Court vacate the portion of the June 25 deadline to identify whether the parties intend to call witnesses[1] and the July 2 deadline regarding the submission of documents, declarations, or other materials, and instead allow the parties to confer and submit a proposal by July 9 for the proceedings on remand.  In support thereof, the parties state as follows:

Since the D.C. Circuit's remand, the parties have begun discussions about what further proceedings in the district court should involve and would like the opportunity to engage in further discussions.  Any discussions by the parties would implicate the remaining topics identified by the Court, including whether to call any witnesses, what documents or other materials (such as administrative record materials) may be filed with the Court, and the potential sequencing of any such filings, among other things.  Defendants also note that, on June 10, 2026, the President nominated Brian Johnson to be Director of the CFPB, the United States Senate received the nomination, and the Senate referred the nomination to the Senate Committee on Banking, Housing, and Urban Affairs,[2] which may potentially affect the contours of further proceedings in this case. For these reasons, the parties jointly request a vacatur of this Court's deadlines as described above, with the parties to submit a status report by Thursday, July 9, which the Court can then consider.

This Court should grant the parties' joint motion.  Allowing the parties time to confer regarding further proceedings may potentially streamline those proceedings, thus reducing any burdens for this Court.  Granting the motion would not delay proceedings, as counsel are unavailable for a hearing until early September in any event.  Finally, Defendants specifically note that, while they requested that the D.C. Circuit's remand be limited to 45 days, the D.C. Circuit denied that request, and Defendants believe granting this motion ultimately has the potential to streamline proceedings on remand.

---

[1] Plaintiffs currently intend to call witnesses.  Defendants do not currently believe witness testimony is necessary or appropriate.  The parties would like an opportunity to discuss the issue further.

[2] https://www.congress.gov/nomination/119th-congress/1079?s=1&r=19

A proposed order is attached.


Dated: June 25, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHARLES E.T. ROBERTS
Counsel
Civil Division

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Chief Litigation Counsel
Federal Programs Branch

LIAM C. HOLLAND
Trial Attorney
Federal Programs Branch

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Email: brad.rosenberg@usdoj.gov

*Counsel for Defendants*

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett (*pro hac vice*)
Gupta Wessler LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
jennifer@guptawessler.com

Deepak Gupta (DC Bar No. 495451)
Robert Friedman (DC Bar No. 1046738)
Gupta Wessler LLP
2001 K Street, NW, Suite 850 North
Washington, DC 20006

3

(202) 888-1741

*Counsel for All Plaintiffs*

Paras N. Shah (DC Bar No. 983881)
Allison C. Giles (DC Bar No. 439705)
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff NTEU*

4