**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00381-ABJ |

## [PROPOSED] ORDER

The parties have jointly moved to vacate the deadlines set by this Court's June 22, 2026 Minute Order. For good cause shown, the parties' joint motion shall be, and hereby is, GRANTED. The Court's June 25 deadline to identify whether the parties intend to call any witnesses, and the Court's July 2 deadline, are hereby vacated, and the parties are directed to submit a joint status report with a proposal for further proceedings by Thursday, July 9, 2026. IT IS SO ORDERED.

_____

Amy Berman Jackson
United States District Judge

_____

Date