**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*,<br><br>              *Plaintiffs*,<br><br>    v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,<br><br>             *Defendants*. | Case No. 1:25-cv-00381-ABJ |

**JOINT STATUS REPORT AND MOTION FOR PARTIAL STAY OF PROCEEDINGS**

On March 31, 2026, the Consumer Financial Protection Bureau ("CFPB") adopted a plan for a reduction in force ("RIF") ("2026 RIF Plan"). On June 19, 2026, the D.C. Circuit issued a limited remand order, directing this Court to consider in the first instance Defendants' request to modify, suspend, or dissolve the preliminary injunction in light of the 2026 RIF Plan. Order, *Nat'l Treasury Emps. Union v. Vought*, No. 25-5091 (D.C. Cir. June 19, 2026). On June 22, 2026, this Court issued a Minute Order directing the parties to provide certain information necessary for this Court to determine when to schedule a hearing and the nature of such a hearing about the 2026 RIF Plan. On June 26, 2026, this Court granted the parties an extension of time and directed the parties to, by July 9, provide the information requested in the June 22, 2026, minute order, "propose[] an alternative schedule, or explain[] why the need for that information has been obviated."

In response to this Court's order, the parties have met and conferred and now jointly move to temporarily stay proceedings on Defendants' request to modify, suspend, or dissolve the

preliminary injunction in light of the 2026 RIF Plan. President Trump has nominated Brian Johnson to serve as the Director of the Bureau and that nomination remains pending. The parties agree that Mr. Johnson, if confirmed, should be given the opportunity to review the 2026 RIF Plan and decide whether he would like to pursue it. They therefore propose staying proceedings on Defendants' request to modify, suspend, or dissolve the preliminary injunction in light of the 2026 RIF Plan until 60 days after Mr. Johnson is confirmed. Alternatively, if he is not confirmed by January 3, 2027, the parties propose that the stay of proceedings about the 2026 RIF Plan will expire on that date.[1]

The parties agree that the preliminary injunction remains in effect, and Defendants agree to continue abiding by it. Attached to this status report as Exhibit A, is a declaration from CFPB Chief Financial Officer Ngagne Jafnar Gueye, confirming that the CFPB has sufficient funding to continue to comply with the preliminary injunction and to maintain current staffing levels. The parties will file a joint status report within 7 days of Mr. Johnson's confirmation or, if he is not confirmed by January 3, 2027, by January 10, 2027.

Although Defendants previously requested an expedited timeline, given the pending nomination, the Defendants believe that a temporary stay to allow a Senate-confirmed Director to review the RIF plan will serve judicial efficiency. If this Court grants the temporary stay, the parties will file a status report with the D.C. Circuit.

A proposed order is attached.

---

[1] For the avoidance of doubt, this joint motion for a temporary stay does not apply to any other actions by the Bureau that could affect compliance with the preliminary injunction, including a planned return-to-office directive.

Dated: July 9, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHARLES E.T. ROBERTS
Senior Counsel
Civil Division

*/s/ Brad Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Chief Litigation Counsel
Federal Programs Branch

LIAM C. HOLLAND
Trial Attorney
Federal Programs Branch

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-514-3374
Email:  brad.rosenberg@usdoj.gov

*Counsel for Defendants*

/s/*Jennifer D. Bennett*
Jennifer D. Bennett (pro hac vice)
Gupta Wessler LLP
235 Montgomery Street, Suite 629
San Francisco, CA 94104
(415) 573-0336
jennifer@guptawessler.com

Deepak Gupta (DC Bar No. 495451)
Robert Friedman (DC Bar No. 1046738)
Gupta Wessler LLP
1400 16th Street, NW, Suite 225
Washington, DC 20036
(202) 888-1741

*Counsel for All Plaintiffs*

Paras N. Shah (DC Bar No. 983881)
Allison C. Giles (DC Bar No. 439705)

3

National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff NTEU*

4