**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL TREASURY EMPLOYEES UNION, *et al.*,

*Plaintiffs*,

v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*,

*Defendants*.

Case No. 1:25-cv-00381-ABJ

**Declaration of Ngagne Jafnar Gueye**

1.    I am the Chief Financial Officer and Assistant Director for Finance and Procurement at the Consumer Financial Protection Bureau ("Bureau"). I am responsible for providing overall direction and strategic planning for financial management, budget formulation and execution; administrative oversight and accountability for the Bureau's acquisitions, procurement and contracting responsibilities; and directly influencing the vision, strategic direction, financial integrity, and strategic sourcing for the Bureau. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2.    Under the 6.5% statutory transfer cap prescribed in Dodd Frank (equal to $466.8M in FY26), the CFPB now has enough budgetary resources at its disposal to continue performing its statutory responsibilities indefinitely at current staffing levels, and will continue to do so as long as increases in Bureau spending (relative to FY26 levels) do not outpace the employment cost index.

3.    This is thanks to (1) significant cost savings and efficiencies gained as a result of the Bureau's leadership focus on responsible stewardship of public resources, and (2) natural attrition bringing the Bureau's labor cost below what was a previously unsustainable threshold

under the new 6.5% cap.

Respectfully submitted,

_____
Ngagne Jafnar Gueye
Chief Financial Officer
Consumer Financial Protection Bureau

Dated: July 08, 2026

2