**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL TREASURY EMPLOYEES
UNION, *et al.*,

           *Plaintiffs*,

    v.

RUSSELL VOUGHT, in his official
capacity as Acting Director of the Consumer
Financial Protection Bureau, *et al.*,

           *Defendants*.

Case No. 1:25-cv-00381-ABJ

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion for a partial stay, it is hereby ORDERED that any proceedings about whether to modify, suspend, or dissolve the preliminary injunction in response to the Bureau's proposed 2026 reduction-in-force plan are stayed until 60 days after Brian Johnson is confirmed as Director of the Bureau or January 3, 2027, if he is not confirmed by that date. The preliminary injunction remains in effect, and this partial stay does not apply to any other proceedings in this matter.

The parties will file a joint status report within 7 days of Mr. Johnson's confirmation or on January 10, 2027, whichever is sooner.

    SO ORDERED.

Dated: July ___, 2026

_____
AMY BERMAN JACKSON
United States District Judge