AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| National Treasury Employees Union, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   25cv0381 (ABJ) |
| Russell Vought, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, National Treasury Employees Union, et al.                                               .

Date:     08/07/2026

/s/ Aaron S.J. Zelinsky
*Attorney's signature*

Aaron S.J. Zelinsky (Bar ID 90002042)
*Printed name and bar number*
Zuckerman Spaeder LLP
100 East Pratt Street - Suite 2440
Baltimore, MD 21202

*Address*

azelinsky@zuckerman.com
*E-mail address*

(410) 949-1167
*Telephone number*

(410) 659-0436
*FAX number*