# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5220** **September Term, 2026**

**1:25-cv-00381-ABJ**

**Filed On: October 2, 2026** [2196175]

National Treasury Employees Union, et al.,

Appellees

v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

Appellees

Borealis S. Hedling,

Appellant

**M A N D A T E**

In accordance with the order of August 18, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the order filed August 18, 2026