# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5220** **September Term, 2025**

**1:25-cv-00381-ABJ**

**Filed On: August 18, 2026** **[2188839]**

National Treasury Employees Union, et al.,

Appellees

v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

Appellees

Borealis S. Hedling,

Appellant

**O R D E R**

By order filed June 10, 2026, appellant was directed to either pay the $605 appellate docketing and filing fees to the Clerk of the District Court or file a motion in this court for leave to appeal in forma pauperis by July 10, 2026. To date, the fee remains unpaid and the court is not in receipt of appellant's motion. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by October 2, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk